**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: *City Of Chicago v. U.S. Dept. of Homeland Security, et al.*

Case Number: 25-cv-5462

An appearance is hereby filed by the undersigned as attorney for:
**City of Chicago**

Attorney name (type or print): **Chelsey B. Metcalf**

Firm: **City of Chicago Law Department**

Street address: **121 N. LaSalle, Suite 600**

City/State/Zip: **60602**

Bar ID Number: **6337233**
(See item 3 in instructions)

Telephone Number: **(312) 744-9484**

Email Address: **Chelsey.metcalf@cityofchicago.org**

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **May 16, 2025**

Attorney signature: S/ *Chelsey B. Metcalf*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023