AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
### for the

## Northern District of Illinois

|  |  |  |
|---|---|---|
| **City of Chicago** | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 25-cv-5462 |
| | ) ) ) | |
| **U.S. Dept. of Homeland Security et al.** | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, D.C. 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chelsey Metcalf, City of Chicago Department of Law
121 N. LaSalle, Ste. 600
Chicago, IL 60602
chelsey.metcalf@cityofchicago.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK



May 19, 2025

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Return to: Chelsey Mercan, CORPORATION COUNSEL, 2 N LaSalle St, Chicago, IL 60602, chelsey.mercan@cityofchicago.org

**STATE OF ILLINOIS** )
**COUNTY OF COO K** ) SS

**AFFIRMATIVE LITIGATION DIVISION**
**AFFIDAVIT OF PROCESS SERVER**   2025-06-68

**CASE NO: 25CV5462**

DIE DATE: **06/06/2025**     COURT DATE: 06/09/2025

DEFENDANT: **United States Department of Homeland Security**
ADDRESS:     Dirksen Federal Building
219 S Dearborn St
Chicago, IL 60604
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[A]    I, the undersigned, being over eighteen years of age, not a party to the action, certify that I served this **Summons and Complaint** on the defendant as follows:

    ✓   [1]     **SERVICE ON:** Corporation _____ Company _____ Business _____ Partnership _____ . By leaving a copy of the signed and sealed **Summons and Complaint** with the registered agent, authorized person or partner of defendant.

[B]    The party served is described as follows:

    1.     SEX \_\_\_*F*\_\_\_ RACE \_\_\_*B*\_\_\_ AGE *62*

    2.     NAME:
       Summons served on: *H ROUNDS*
       This \_\_\_*6*\_\_\_ day of \_\_\_*Jul*\_\_\_ 20 *25* Time *9:23* AM/PM

    Additional Remarks:

[C]    I am duly authorized to serve process in this cause and complete this return of service pursuant to 65 ILCS 5/1-2-11(b) (2000 as amended). Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid they verily believes the same to be true.

    Larry Snelling, Chicago Police Superintendent, by: _____ *5385* _____ .
                                              POLICE OFFICER       STAR #

                                  by: _____ .
                                            PROCESS SERVER

**THE NAMED DEFENDANT WAS NOT SERVED:**

| | ATTEMPTED SERVICES | |
|---|---|---|
| | Date | Time AM/PM |

TYPE OF BUILDING _____
NEIGHBORS NAME: _____
ADDRESS: _____

**REASON NOT SERVED**
\_\_\_\_ MOVED           \_\_\_\_ WRONG ADDRESS
\_\_\_\_ DECEASED       \_\_\_\_ BUILDING VACANT
\_\_\_\_ NO SUCH ADDRESS
\_\_\_\_ VACANT LOT      \_\_\_\_ NO CONTACT
\_\_\_\_ UNABLE TO GAIN ENTRY

ADDITIONAL REMARKS:



DEPARTMENT OF LAW

CITY HALL
121 NORTH LASALLE STREET
SUITE 600
CHICAGO, ILLINOIS 60602

R- 37

UNITED STATES POSTAL SERVICE

CERTIFIED MAIL®

9489 0090 0027 6261 2917 95

Label 880-PB, Oct. 2015
Pitney Bowes

United States Dept. of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Case: 1:25-cv-05462 Document #: 8 Filed: 06/10/25 Page 5 of 6 PageID #:36

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9489009000276261291795

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Moving Through Network
**In Transit to Next Facility, Arriving Late**

June 9, 2025

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
June 7, 2025, 4:03 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

Feedback

Case: 1:25-cv-05462 Document #: 8 Filed: 06/10/25 Page 6 of 6 PageID #:37

## Product Information ∨

### See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**