**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: City of Chicago, et al. v.
United States Department of Homeland
Security, et al.

Case Number: 1:25-cv-05462

An appearance is hereby filed by the undersigned as attorney for:
City of Seattle

Attorney name (type or print):  Rebecca Shaw Widen

Firm:    Seattle City Attorney's Office

Street address:    701 5th Avenue, Suite 2050

City/State/Zip:    Seattle, WA 98104

Bar ID Number:  57339
(See item 3  in instructions)

Telephone Number:    206-684-8200

Email Address: Rebecca.Widen@seattle.gov

Are you acting as lead counsel in this case?        ☒ Yes    ☐ No

Are you a member of the court's general bar?        ☐ Yes    ☒ No

Are you a member of the court's trial bar?        ☐ Yes    ☒ No

Are you appearing *pro hac vice*?        ☒ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?        ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 27, 2025

Attorney signature:    S/ Rebecca Widen
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023