**United States District Court  Northern District of Illinois**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

| | |
|---|---|
| Case Title: City of Chicago, et al. | Plantiff(s) |
| VS. | |
| United States Department of Homeland Security, et al. | Defendant(s) |

Case Number:  1:25-cv-05462          Judge:  Honorable John T. Tharp, J.

I, Teresa K. Anderson                                    hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

the City of Boston                                    by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Commonwealth of Massachusetts | 11/30/2007 |
| State of New York | 4/29/2010 |
| U.S. District Court for the District of Arizona | 12/13/2006 |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain: (Attach additional form if necessary)

Has the applicant ever been:

| | | Yes | No |
|---|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | | ☐ | ✔ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | | ☐ | ✔ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | | ✔ | ☐ |
| **denied admission to the bar of any court?** | | ☐ | ✔ |
| **held in contempt of court?** | | ☐ | ✔ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

July 18, 2025

S/ Teresa K. Anderson

| Date | Electronic Signature of Applicant |
|---|---|

| Applicant's Name | Last Name<br>Anderson | First Name<br>Teresa | Middle Name/Initial<br>Kay |
|---|---|---|---|
| Applicant's Law Firm | City of Boston Law Department - Boston Police Department | | |

| Applicant's Address | Street Address<br>One Schroeder Plaza | | | Room/Suite Number |
|---|---|---|---|---|
| | City<br>Boston | State<br>MA | ZIP Code<br>02120 | Work Phone Number and Email<br>617-343-4328 |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 08/16/2023

July 18, 2025

Thomas G. Bruton
Clerk of Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**Re:  Teresa K. Anderson Pro Hac Vice Application**

Dear Clerk Bruton:

This letter supplements my Motion for Leave to Appear Pro Hac Vice.

I was previously admitted to practice law in the State of Arizona (#024919, admission date November 30, 2006).  I chose to move to inactive status when I moved out of Arizona in 2009.  At no point was there any investigation into my conduct or any other disciplinary action; I was in good standing at all times.  The move to inactive status was solely because I no longer intended to live or practice in Arizona.  To date, I pay annual dues to the State Bar of Arizona at the inactive rate.

If any other information is helpful, please let me know.

Thank you,

Teresa K. Anderson