**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: City of Chicago, et al. v. U.S. Dept. of Homeland          Case Number: 1:25-cv-05462

An appearance is hereby filed by the undersigned as attorney for:

City of Boston, Plaintiff

Attorney name (type or print): Teresa K. Anderson

Firm: City of Boston Law Department

Street address: One Schroeder Plaza

City/State/Zip: Boston, MA 02120

Bar ID Number: MA BBO 669985          Telephone Number: 617-343-4328
(See item 3 in instructions)

Email Address: teresa.anderson@pd.boston.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  July 22, 2025

Attorney signature:     S/ Teresa K. Anderson
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023