UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CITY OF CHCAGO, CITY OF BOSTON,   )
CITY AND COUNTY OF DENVER, CITY   )
AND COUNTY OF SAN FRANCISCO, and  )
CITY OF SEATTLE,                  )
                                  )
                Plaintiff,        )
                                  )   No. 25 C 5462
        v.                        )
                                  )   Judge Tharp
UNITED STATES DEPARTMENT OF       )
HOMELAND SECURITY and KRISTI      )
NOEM, in her official capacity as Secretary )
of the Department of Homeland Security,  )
                                  )
                Defendants.       )

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to defendants. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
     PATRICK JOHNSON
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-5327
     patrick.johnson2@usdoj.gov