**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

City Of Chicago, et al.

                                             Plaintiff,

v.

United States Department of Homeland Security, et al.

                                             Defendant.

Case No.:
1:25−cv−05462
Honorable John J. Tharp Jr.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 24, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Attorney Yvonne R Mere's motion for leave to appear pro hac vice [33] on behalf of the City and County of San Francisco is granted. Counsel is directed to file an appearance on behalf of the plaintiff. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.