**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: City of Chicago, et al. v. United States Department of Homeland Security, et al.

Case Number: 1:25-cv-05462

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff City and County of San Francisco

Attorney name (type or print):  Yvonne R. Meré

Firm:  San Francisco City Attorney's Office

Street address:  1390 Market Street, 7th Floor

City/State/Zip:  San Francisco, CA 94102

CA Bar ID Number: 173594
(See item 3 in instructions)

Telephone Number: (415) 554-4708

Email Address: yvonne.mere@sfcityatty.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 27, 2025

Attorney signature:  ___/s/ Yvonne R. Meré___
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023