**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND DECURITY and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | Case No. 1:25-cv-05462 <br><br> Hon. John J. Tharp, Jr. |

## PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME (UNOPPOSED)

Plaintiffs City of Chicago, City of Boston, City and County of Denver, City and County of San Francisco, and City of Seattle (collectively, Plaintiffs) move the Court to extend the summary judgment briefing schedule by 28 days. In support, Plaintiffs state as follows:

1.    On June 16, 2025, Plaintiff filed an Amended Complaint, ECF No. 27, seeking, among other things, to enjoin Defendants from freezing funding under the Securing the Cities counterterrorism program.

2.    On September 18, 2025, the parties submitted a Joint Initial Status Report to the Court, ECF No. 30, outlining a proposed briefing schedule for the parties' cross-motions for summary judgment.

3.    On September 22, 2025, the Court issued a Minute Order, ECF No. 31, entering the parties' proposed briefing schedule as follows:

a. Plaintiffs would file an amended complaint, if any, and motion for summary judgment by November 3, 2025.

b. Defendants would file their opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by December 18, 2025.

c. Plaintiffs would file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by January 8, 2026.

d. Defendants would file their reply in support of their motion for summary judgment by January 20, 2026.

4. Due to Plaintiffs' case load, and in light of recent events,[1] Plaintiffs respectfully request that the Court extend the above deadlines by 28 days. Plaintiffs are not seeking this extension to delay the litigation; rather, Plaintiffs seek the extension so that they have enough time to adequately brief the complex matters in this case.

5. On October 28, 2025, counsel for Plaintiffs asked counsel for Defendants if Defendants were amenable to extending the current briefing schedule by 28 days. Counsel for Defendants agreed to the extension request.

6. So, Plaintiffs and Defendants have agreed to extend all deadlines in the current briefing schedule by 28 days, as follows:

a. Plaintiffs will file an amended complaint, if any, and motion for summary judgment by December 1, 2025.

b. Defendants will file their opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by January 15, 2025.

---

[1] At this time, Plaintiffs do not take a position on the applicability of Amended General Order 25-0024 to this case.

    c. Plaintiffs will file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by <u>February 5, 2026</u>.

    d. Defendants will file their reply in support of their motion for summary judgment by <u>February 17, 2026</u>.

7. Plaintiffs thus respectfully request that the Court enter an order extending time for the parties' summary judgment briefing schedule setting out the above dates.

8. Plaintiffs have shown this motion to counsel for Defendants. Defendants do not oppose the motion, and Defendants agree to the above schedule.

Dated: October 31, 2025

Respectfully submitted,

Mary B. Richardson-Lowry
Corporation Counsel of the City of Chicago

By: /s/ Chelsey Metcalf
Chelsey Metcalf
(chelsey.metcalf@cityofchicago.org)
Stephen Kane (stephen.kane@cityofchicago.org)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (312) 744-9484
*Attorneys for Plaintiff City of Chicago*

Adam Cederbaum
Corporation Counsel, City of Boston

/s/ Samuel B. Dinning
Samuel B. Dinning (samuel.dinning@boston.gov)
Teresa K. Anderson
(teresa.anderson@pd.boston.gov)
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201

3

Tel: (617) 635-4034
*Attorneys for Plaintiff City of Boston*


Katie McLoughlin
Acting City Attorney, City and County of Denver

By: /s/ Matthew J. Mulbarger
Matthew J. Mulbarger
(matthew.mulbarger@denvergov.org)
Denver City Attorney's Office
201 W. Colfax Avenue
Denver, CO 80202
Tel: (720) 913-8050
*Attorneys for Plaintiff City and County of Denver*


David Chiu
City Attorney

/s/ Nancy E. Harris
Nancy E. Harris (Nancy.Harris@sfcityatty.org)
Sara J. Eisenberg (Sara.Eisenberg@sfcityatty.org)
San Francisco City Attorney's Office
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
*Attorneys for Plaintiff City and County of San Francisco*


Ann Davison
Seattle City Attorney

By: /s/ Rebecca Widen
Rebecca Widen (Rebecca.Widen@seattle.gov)
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel: (206) 684-8200
*Attorneys for Plaintiff City of Seattle*

4