UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHCAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, <br><br>Defendants. | No. 25 C 5462 <br><br>Judge Tharp |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Defendants, through undersigned counsel, move to extend the summary judgment briefing schedule to allow defendants to file the administrative record for the agency actions challenged in this case, and in support state as follows:

1. On June 16, 2025, plaintiffs filed an Amended Complaint (Dkt. 27) challenging defendants' administration of the Securing the Cities counterterrorism program.

2. On September 18, 2025, the parties submitted a Joint Initial Status Report (Dkt. 30) outlining a proposed briefing schedule for the parties' cross motions for summary judgment, which the court entered in its September 22, 2025 Minute Order (Dkt. 31).

3. On October 31, 2025, plaintiffs filed their First Motion for Extension of Time (Unopposed) (Dkt. 36) requesting that the court extend the parties' briefing schedule by 28 days. The court issued a Minute Order on November 3, 2025 (Dkt. 37) granting plaintiffs' motion and revising the briefing schedule accordingly.

4. On November 17, 2025, in light of General Order 25-0025, the court issued a Minute Order (Dkt. 39) revising the briefing schedule to its current state, as follows:

    a. Plaintiffs' amended complaint and motion for summary judgment, if any, is due

    January 19, 2026.

  b. Defendants' opposition to plaintiffs' motion for summary judgment and cross motion for summary judgment are due March 5, 2026.

  c. Plaintiffs' reply in support of their motion for summary judgment and opposition to cross motions is due March 26, 2026.

  d. Defendants' reply in support of their cross motion for summary judgment is due April 7, 2026.

5. On January 2, 2026, counsel for defendants and counsel for plaintiffs conferred to discuss amending the briefing schedule in order to accommodate defendants' preparation and filing of the administrative record for the agency actions challenged in this case. Counsel for defendants requested having 60 days to compile the administrative record. Counsel for plaintiffs agreed to the request on the condition that the summary judgment briefing schedule would be revised to begin at least 30 days after defendants file the administrative record.

6. On January 8, 2026, counsel for parties conferred to finalize exact dates for the new proposed briefing schedule. Accordingly, the parties have agreed to extend all deadlines in the current briefing schedule as follows:

  a. Defendants will file the administrative record for the agency actions challenged in this case by <u>March 9, 2026</u>.

  b. Plaintiffs will file an amended complaint, if any, and their motion for summary judgment by <u>April 15, 2026</u>.

  c. Defendants will file their opposition to plaintiffs' motion for summary judgment and cross motion for summary judgment by <u>May 29, 2026</u>.

  d. Plaintiffs will file their reply in support of their motion for summary judgment and opposition to defendants' cross motion for summary judgment by <u>June 19, 2026</u>.

   e. Defendants will file their reply in support of their cross motion for summary judgment by <u>July 2, 2026</u>.

7. Defendants thus respectfully request that the court enter an order extending time for the parties' summary judgment briefing schedule setting out the above dates.

8.

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

        By: <u>s/ Patrick Johnson</u>
          PATRICK JOHNSON
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-5327
          patrick.johnson2@usdoj.gov