UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHCAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 25 C 5462 |
| v. | ) ) | Judge Tharp |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO MODIFY SCHEDULING ORDER

Defendants, through undersigned counsel, move to modify the summary judgment briefing schedule due to the current lapse in appropriations for DHS, and in support state as follows:

1. This matter involves plaintiffs' challenges to defendants' administration of the Securing the Cities counterterrorism program, which seeks to prevent nuclear and other terrorist attacks in urban areas. Dkt. 10.

2. Pursuant to the parties' proposed scheduling order, this court entered the following briefing schedule on March 10, 2026: (1) defendants file administrative record by *March 31, 2026*; (2) plaintiffs file amended complaint, if any, and motion for summary judgment by *May 11, 2026*; (3) defendants file their opposition to plaintiffs' motion and cross motion for summary judgment by *June 22, 2026*; and (4) plaintiffs file their reply in support and opposition to defendants' cross motion for summary judgment by *July 13, 2026*. Dk. # 44.

3. On February 14, 2026, the appropriations act that had been funding DHS lapsed. Defendants do not know when such funding will be restored by Congress.

4. Most of DHS' full-time employees have been furloughed, including the employees who have assisted with submission of the administrative record and the briefs in this case.

5. Undersigned counsel therefore requests the court modify the current briefing schedule and extend the deadlines four weeks as follows:

   a. defendants file administrative record by *April 28, 2026*;

   b. plaintiffs file amended complaint, if any, and motion for summary judgment by *June 8, 2026*;

   c. defendants file their opposition to plaintiffs' motion and cross motion for summary judgment by *July 20, 2026*; and

   d. plaintiffs file their reply in support and opposition to defendants' cross motion for summary judgment by *August 10, 2026*.

6. Plaintiffs have concerns regarding the continued delay of this litigation. However, in light of the ongoing lapse in DHS funding, Plaintiffs' counsel takes no position on this motion.

WHEREFORE, defendants request the court to modify scheduling as set forth above.


Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
    PATRICK JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov