# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: City of Chicago v. U.S. Dep't of Homeland Sec.

Case Number: 25-cv-05462

An appearance is hereby filed by the undersigned as attorney for:

City of Chicago

Attorney name (type or print): John Kauffman

Firm: City of Chicago Department of Law

Street address: 121 North LaSalle Street, Room 600

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6353229
(See item 3 in instructions)

Telephone Number: (312) 744-0458

Email Address: john.kauffman@cityofchicago.org

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 6, 2026

Attorney signature: S/ John Kauffman

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023