# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

City of Chicago, et al.

                                  Plaintiff,

v.

United States Department of Homeland Security, et al.

                                  Defendant.

Case No.:
1:25−cv−05462

Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 7, 2026:

        MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' unopposed motion to modify scheduling order [45] is granted. The briefing schedule is adjusted as follows: defendants must file administrative record by 4/28/2026, the plaintiffs must file amended complaint, if any, and motion for summary judgment by 6/8/2026, defendants must file their opposition to plaintiffs' motion and cross motion for summary judgment by 7/20/2026, and plaintiffs must file their reply in support and opposition to defendants' cross motion for summary judgment by 8/10/02026. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.