UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHCAGO, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 25 C 5462 |
| | ) |
| UNITED STATES DEPARTMENT OF | ) Judge Tharp |
| HOMELAND SECURITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### UNOPPOSED MOTION TO EXTEND FILING DEADLINE

Defendants, through undersigned counsel, move to extend the deadline for filing the administrative record two weeks to May 12, 2026, and in support state as follows:

1.      This matter involves plaintiffs' challenges to defendants' administration of the Securing the Cities counterterrorism program, which seeks to prevent nuclear and other terrorist attacks in urban areas.  Dkt. 10.

2.      Pursuant to the parties' proposed scheduling order, this court entered the following briefing schedule on April 7, 2026: (1) defendants file administrative record by *April 28, 2026*; (2) plaintiffs file amended complaint, if any, and motion for summary judgment by *June 8, 2026*; (3) defendants file their opposition to plaintiffs' motion and cross motion for summary judgment by *July 20, 2026*; and (4) plaintiffs file their reply in support and opposition to defendants' cross motion for summary judgment by *August 10, 2026*.  Dk. # 47.

3.      Defendants have begun compiling the administrative record but have been delayed due, in part, to the DHS funding lapse.

4.      Defendants seek two additional weeks to May 12, 2026, to finish compiling the administrative record and file it with the court.  This short extension will not impact the remaining schedule entered by the court.

5.      Plaintiffs do not oppose this request.

WHEREFORE, defendants request the court extend the deadline to file the administrative record two weeks to May 12, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
    PATRICK JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov