**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: City of Chicago v. U.S. Dept. of Homeland Security, et al.

Case Number: 1:25 cv 5462

An appearance is hereby filed by the undersigned as attorney for:

City of Chicago, Plaintiff

Attorney name (type or print): Raphael J. Ginsburg

Firm: City of Chicago Law Department

Street address: 121 N. LaSalle St., Room 600

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6332724
(See item 3 in instructions)

Telephone Number: 312 744 1056

Email Address: raphael.ginsburg@cityofchicago.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 15, 2026

Attorney signature: S/ Raphael J. Ginsburg
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023