**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN,[1] in his official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | Case No. 1:25-cv-05462 <br><br> Hon. John J. Tharp, Jr. |

**JOINT MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS AND FOR
CLARIFICATION OF SUMMARY JUDGMENT CASE MANAGEMENT
PROCEDURES, AND PLAINTIFFS' SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME**

The Parties respectfully request that the Court (a) grant the Parties leave to file oversized summary judgment briefs and, further, clarify the deadline for Defendants to file their reply in support of their cross-motion for summary judgment, all as set forth in Paragraph 6 below; and (b) clarify that the requirement that the Parties submit statements of material facts and responses thereto pursuant to Local Rule 56.1(a)(2) and (b)(2) has been waived. Plaintiffs additionally request, and Defendants do not oppose, extending the current briefing schedule by 7 days, as set forth in Paragraph 6 below. In support, the Parties state as follows:

---

[1]     Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Markwayne Mullin is automatically substituted for his predecessor, Kristi Noem.

1

1.      The Parties anticipate filing cross-motions for summary judgment.

2.      The Court previously ordered that briefing on the cross-motions would proceed as follows: (a) on June 8, 2026, Plaintiffs file their motion for summary judgment; (b) on July 20, 2026, Defendants file a combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment; and (c) on August 10, 2026, Plaintiffs file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment. ECF No. 47.

3.      The Court originally set a briefing schedule wherein Defendants would have an opportunity to file a reply in support of their cross-motion for summary judgment. *See* ECF No. 31. However, Defendant's reply was inadvertently omitted from the March 27, 2026 Motion to Modify Scheduling Order, ECF No. 45, and hence from the Court's Order setting the current briefing schedule, ECF No. 47. Accordingly, Defendants respectfully request that the Court clarify the briefing schedule by setting a deadline of September 7, 2026 for Defendants to file their reply, as set forth in Paragraph 6 below. Plaintiffs do not oppose this request.

4.      The Parties' anticipated cross-motions will address numerous legal issues involving multiple parties. Given the number of issues presented and the consolidated structure of the briefing, the Parties jointly request modest, symmetrical relief from the Court's default page limitations under Local Rule 7.1. The Parties believe that this approach will allow each Party's motion to be addressed fairly and efficiently.

5.      In addition, Plaintiffs request, and Defendants do not oppose, extending the current motion for summary judgment briefing schedule by 7 days. This extension request is not meant to delay the case or for any other improper purpose. Since Defendants filed the administrative record, the parties have been working in good faith to negotiate the scope of that record. As a result,

Plaintiffs need an additional 7 days to get their opening motion on file.

6. The Parties therefore request leave to file their summary judgment briefs as follows:

   a. By June 15, 2026, Plaintiffs will file a motion for summary judgment not to exceed 30 pages.

   b. By July 27, 2026, Defendants will file a combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment not to exceed 60 pages.

   c. By August 17, 2026, Plaintiffs will file a combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment not to exceed 55 pages.

   d. By September 7, 2026, Defendants will file a reply in support of Defendants' cross-motion for summary judgment not to exceed 25 pages.

7. The Parties also respectfully request clarification regarding the applicability of Local Rule 56.1's requirement related to statements of material fact.

8. In the Parties' Joint Initial Status Report, the Parties jointly requested that the Court waive the requirement to submit statements of material facts and responses thereto pursuant to Local Rule 56.1. ECF No. 30, at 6 (explaining that, in this case, "no discovery is expected . . . the disputed issues are largely legal in nature, and all relevant factual issues will be fully addressed in the parties' summary judgment briefs and exhibits attached thereto").

9. In its subsequent order, the Court ruled that "[u]pon review of the parties' joint status report [30], the parties' agreed case management procedure will apply" and enumerated numerous aspects of that procedure. ECF No. 31 (citation in original). However, the Court did not explicitly address the Parties' joint request regarding the statements of material facts. *See id*.

3

10.     Accordingly, the Parties respectfully request that the Court clarify that the requirement to file statements of material facts and responses thereto pursuant to Local Rule 56.1 has been waived.

For these reasons, the Parties jointly request that the Court (a) grant the Parties leave to file oversized summary judgment briefs and, further, clarify the deadline for Defendants to file their reply in support of their motion for summary judgment, all as set forth in Paragraph 6 above; and (b) clarify that the requirement that the Parties submit statements of material facts and responses thereto pursuant to Local Rule 56.1(a)(2) and (b)(2) has been waived. Plaintiffs additionally request, and Defendants do not oppose, extending the current summary judgment briefing schedule by 7 days, as set forth in Paragraph 6 above.

Dated: June 2, 2026                           Respectfully submitted,

**Mary B. Richardson-Lowry**
Corporation Counsel of the City of Chicago

By: /s/ *Chelsey Metcalf*
Chelsey Metcalf (IL Bar No. 6447233)
Stephen Kane (IL Bar No. 6272490)
Raphael J. Ginsburg (IL Bar No. 6332724)
John Kauffman (IL Bar No. 6353229)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
(312) 744-0458
Chelsey.Metcalf@cityofchicago.org
Stephen.Kane@cityofchicago.org
Raphael.Ginsburg@cityofchicago.org
John.Kauffman@cityofchicago.org

*Counsel for Plaintiff City of Chicago*

4

**Michael Firestone**
Corporation Counsel, City of Boston

By: /s/ *Samuel B. Dinning*
Samuel B. Dinning (MA BBO 704304)
Teresa K. Anderson (MA BBO 669985)
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
(617) 635-4034
samuel.dinning@boston.gov
teresa.anderson@pd.boston.gov

*Counsel for Plaintiff City of Boston*

**David Chiu**
City Attorney

By: /s/ *Nancy E. Harris*
Nancy E. Harris
Sara J. Eisenberg
San Francisco City Attorney's Office
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
(415) 355-3308
Nancy.Harris@sfcityatty.org
Sara.Eisenberg@sfcityatty.org

*Counsel for Plaintiff City and County of
San Francisco*

**Andrew S. Boutros**
United States Attorney

By: /s/ *Patrick Johnson*
Patrick Johnson
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
Patrick.johnson2@usdoj.gov

*Counsel for Defendants*

**Michiko (Miko) Ando Brown**
City Attorney, City and County of Denver

By: /s/ *Matthew J. Mulbarger*
Matthew J. Mulbarger (CO Bar No. 51918)
Denver City Attorney's Office
201 W. Colfax Avenue
Denver, CO 80202
(720) 913-8050
matthew.mulbarger@denvergov.org

*Counsel for Plaintiff City and County of
Denver*

**Erika Evans**
Seattle City Attorney

By: /s/ *Rebecca Widen*
Rebecca Widen
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200
Rebecca.Widen@seattle.gov

*Counsel for Plaintiff City of Seattle*