**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

City of Chicago, et al.

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                      1:25–cv–05462
                                                                      Honorable John J.
                                                                      Tharp Jr.

United States Department of Homeland Security, et
al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

          MINUTE entry before the Honorable John J. Tharp, Jr: The Court grants the parties' joint motion for leave to file oversized briefs and for clarification of summary judgment case management schedule, as follows. Plaintiffs' motion for summary judgment is due 6/15/2026, not to exceed 30 pages. Defendants' combined response to plaintiffs' motion and cross motion for summary judgment is due 7/27/2026, not to exceed 60 pages. Plaintiffs' combined response to Defendants 9; cross motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment is due 8/17/2026, not to exceed 55 pages. Defendants' reply in support of their cross motion for summary judgment is due 9/7/2026, not to exceed 25 pages. Additionally, the Court grants the parties' request to waive the requirement to file statements of material facts and responses thereto pursuant to Local Rule 56.1. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.