UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHCAGO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 25 C 5462 |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, *et al.*, | ) | Judge Tharp |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ADMINISTRATIVE RECORD FILING**

Pursuant to the court's Minute Order dated April, 29, 2026, defendants hereby file the certified contents of the Administrative Record, which contains the non-privileged documents that were directly or indirectly considered in connection with the challenged 2025 decisions by the DHS Countering Weapons of Mass Destruction Office (1) to pause funding to pay reimbursement requests under the Securing the Cities ("STC") program; and (2) to pause procurement of radiological and nuclear detection equipment under the STC program. The Certification of the Administrative Record is attached as Exhibit 1. The Index of the Administrative Record is attached as Exhibit 2. The Administrative Record is attached as Exhibit 3.

Dated: May 12, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov