UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHCAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,[1]<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 25 C 5462<br><br>Judge Tharp |

## CERTIFICATION

My name is Brian Kuleski. I am employed with the U.S. Department of Homeland Security (DHS) as the Division Director for the Securing the Cities (STC) and Mobile Detection Deployment Program (MDDP). I am responsible for the oversight and management of the STC program administered by the DHS Countering Weapons of Mass Destruction Office (CWMD), which oversees the management of written communication intended for, and originated by, the STC program and maintains official DHS STC records. I have held this position since May 12, 2025. Prior to this position, I served as the Director for the CWMD MDDP since 2015.

I am the custodian of the administrative record for the CWMD STC program. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Plaintiffs substitute Markwayne Mullin as a Defendant in place of Kristi Noem.

Executed this 12th day of May, 2026 in Washington, D.C.


_____
Brian Kuleski
Division Director, Securing the Cities and
Mobile Detection Deployment Program
U.S. Department of Homeland Security