**Certified Administrative Record Index:**
**DHS Countering Weapons of Mass Destruction Office, Securing the Cities Program**

| No. | Document Title | Starting Bates No. |
|---|---|---|
| 1 | OMB Memorandum on Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Program, January 27, 2025 | DHS-AR-0001 |
| 2 | S1 Memo on Restricting Grant Funding for Sanctuary Jurisdictions, February 19, 2025 | DHS-AR-0003 |
| 3 | Securing the Cities Improvements Charter, February 21, 2025 | DHS-AR-0005 |
| 4 | EO14222_Implementing the President's Department of Government Efficiency Cost Efficiency Initiative, February 26, 2025 | DHS-AR-0006 |
| 5 | Pause on Payments for Contracts and Grants, March 3, 2025 | DHS-AR-0012 |
| 6 | Seattle Budget Period Extension for Payments, March 6, 2025 | DHS-AR-0015 |
| 7 | Guidance on DHS Contract and Grant Awards_Deputy Sec March 2025 Memo, March 21, 2025 | DHS-AR-0018 |
| 8 | Securing the Cities Program Improvements Action Plan, April 15, 2025 | DHS-AR-0019 |
| 9 | Kuleski email on Pause on STC Purchases of Radiological and Nuclear Detection Equipment, May 14, 2025 | DHS-AR-0025 |
| 10 | Kuleski follow-up email on Pause on STC Purchases of Detection Equipment, May 14, 2025 | DHS-AR-0027 |