**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE,<br><br>           Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,<br><br>           Defendants. | Case No. 1:25-cv-05462<br><br>Hon. John J. Tharp, Jr. |

**INDEX OF ATTACHMENTS TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Attachment | Document Title |
|---|---|
| 1 | **Index of Attachments** |
| 2 | **Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment** |
| 3 | **Declaration of Chelsey Metcalf ("Metcalf Dec.")** |
| A | FY 2008 STC Notice of Funding Opportunity |
| B | DHS, *Securing the Cities Implementation Plan, Fiscal Year 2022 Report to Congress* (Nov. 4, 2022) |
| C | DHS Press Release, *CWMD Meets with Chicago Area BioWatch and STC Partners* (Apr. 4, 2025) |
| D | DHS, *Countering Weapons of Mass Destruction Budget Overview, Fiscal Year 2024 Congressional Justification* (excerpts) |
| E | DHS, *Countering Weapons of Mass Destruction Budget Overview, Fiscal Year 2025 Congressional Justification* (excerpts) |

1

| Attachment | Document Title |
|---|---|
| F | DHS, *Cybersecurity and Infrastructure Security Agency Budget Overview, Fiscal Year 2027 Congressional Justification* (excerpts) |
| **4** | **Declaration of Anthony Rizzo ("Boston Dec.")** |
| A | FY 2020 Notice of Funding Opportunity |
| B | Please Apply Letter (June 18, 2020) |
| C | Award Package (Sept. 11, 2020) |
| D | Please Apply Letter (June 9, 2021) |
| E | Award Package (July 22, 2021) |
| F | Award Package (July 21, 2022) |
| G | Award Package (July 26, 2023) |
| H | Award Package (July 29, 2024) |
| I | Screenshot of Payment Management System for Payment Request submitted May 19, 2025 |
| J | Please Apply Letter (July 1, 2025) |
| K | Award Package (July 31, 2025) |
| **5** | **Declaration of Bethany Hand ("Chicago Dec. 1")** |
| A | FY 2015 Notice of Funding Opportunity |
| B | Award Package (June 29, 2016) |
| C | FY 2021 Notice of Funding Opportunity |
| D | Award Package (July 27, 2021) |
| E | Award Package (Aug. 26, 2024) |
| F | FY 2026 STC Performance Management Review Template |
| G | Please Apply Letter (Aug. 19, 2025) |
| H | Award Package (Sept. 12, 2025) |
| **6** | **Declaration of Rick Girven ("Chicago Dec. 2")** |
| A | Screenshot of Payment Management System for Payment Requests submitted Feb. 21, Mar. 13, Apr. 2, and Apr. 18, 2025 |
| B | Email Correspondence between Chicago and DHS regarding Delayed Reimbursements (Mar. 3–11, 2025) |
| C | Email Correspondence between Chicago and DHS regarding Delayed Reimbursements (Mar. 19, 2025) |
| **7** | **Declaration of Caroline Buhse ("Denver Dec.")** |
| A | FY 2026 UASI Risk Profile for Denver-Aurora-Lakewood, CO |
| B | Notice of Award (March 9, 2021) (Supersedes Award Notice dated Nov. 10, 2020) |

2

| Attachment | Document Title |
|---|---|
| C | Award Package (June 14, 2023) |
| D | Screenshot of Payment Management System for Payment Request submitted Mar. 19, 2025 |
| E | Screenshot of Payment Management System for Payment Request submitted Apr. 18, 2025 |
| F | Screenshot of Payment Management System for Payment Request submitted May 29, 2025 |
| G | Email from Ki L. Harvey (CWMD) regarding Equipment Freeze (June 16, 2025) |
| H | Award Package (Sept. 9, 2025) (Supersedes Award Notice dated June 20, 2025) |
| **8** | **Declaration of Mary Ellen Carroll ("S.F. Dec.")** |
| A | FY 2019 Notice of Funding Opportunity |
| B | Award Package (March 4, 2020) |
| C | Award Package (July 1, 2024) |
| D | Email Correspondence between S.F. and DHS regarding Delayed Reimbursement (Apr. 29, 2025) |
| E | Email from David E. Richardson (CWMD) regarding Release of STC Funds (June 24, 2025) |
| F | Screenshot of Payment Management System for Payment Request submitted Apr. 22, 2025 |
| G | Please Apply Letter (June 12, 2025) |
| H | Award Package (June 27, 2025) |
| **9** | **Declaration of Melissa Cordeiro ("Seattle Dec.")** |
| A | Award Package (Mar. 4, 2020) |
| B | Award Package (Nov. 3, 2025) (Supersedes Award Notice dated Oct. 20, 2025) |
| C | Email Correspondence between Seattle and DHS regarding Purchase Approval (Mar. 19–21, 2025) |
| D | Please Apply Letter (June 12, 2025) |

3