**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,<br><br>        Defendants. | Case No. 1:25-cv-05462<br><br>Hon. John J. Tharp, Jr. |

**DECLARATION OF CHELSEY METCALF IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Chelsey Metcalf, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.      I am an attorney admitted to practice with the bars of Illinois, Wisconsin, the Northern District of Illinois, the Western District of Wisconsin, and the Eastern District of Wisconsin. I am an Assistant Corporation Counsel in the Affirmative Litigation division of the City of Chicago's Department of Law, which is counsel of record for Plaintiff City of Chicago in this action. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify competently to the matters stated herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the U.S. Department of Homeland Security ("DHS") Domestic Nuclear Detection Office's "Pilot Project – Securing the Cities Initiative, Funding Opportunity Number DHS-08-DNDO-106-011" that was posted on https://grants.gov/search-results-detail/40567 and accessed on June 10, 2026.

1

3.      Attached hereto as **Exhibit B** is a true and correct copy of DHS's November 4, 2022 "Securing the Cities Implementation Plan, Fiscal Year 2022 Report to Congress" that was posted on DHS's website at https://www.dhs.gov/sites/default/files/2022-12/CWMD%20-%20Securing%20the%20Cities%20implementation%20Plan.pdf and accessed on June 10, 2026.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a press release dated April 4, 2025 and titled "CWMD Meets with Chicago Area BioWatch and STC Partners" that was posted on DHS's website at www.dhs.gov/news/2025/04/04/cwmd-meets-chicago-area-biowatch-and-stc-partners and accessed on June 10, 2026.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpted portions of DHS's "Countering Weapons of Mass Destruction Budget Overview, Fiscal Year 2024 Congressional Justification" that was posted on DHS's website at https://www.dhs.gov/sites/default/files/2023-03/COUNTERING%20WEAPONS%20OF%20MASS%20DESTRUCTION_Remediated.pdf and accessed on June 10, 2026.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpted portions of DHS's "Countering Weapons of Mass Destruction Budget Overview, Fiscal Year 2025 Congressional Justification" that was posted on DHS's website at https://www.dhs.gov/sites/default/files/2024-04/2024_0318_countering_weapons_of_mass_destruction.pdf and accessed on June 10, 2026.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpted portions of DHS's "Cybersecurity and Infrastructure Security Agency Budget Overview, Fiscal Year 2027 Congressional Justification" that was posted on DHS's website at

2

https://www.dhs.gov/sites/default/files/2026-04/26_0403_ocfo-budget-cisa.pdf and accessed on June 10, 2026.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on June 15, 2026 at Chicago, Illinois.

_____/s/ Chelsey Metcalf_____
CHELSEY METCALF

# Exhibit A



**Domestic Nuclear Detection Office**
**Securing the Cities Initiative**

## OVERVIEW INFORMATION

### Pilot Project – Securing the Cities Initiative

**Funding Opportunity Number** DHS-08-DNDO-106-001

**Catalog of Federal Domestic Assistance (CFDA) Number(s): 97.106**

### Due Dates

**Application Deadline: March 17, 2008**

### General Information

**Program Synopsis:**

The Securing the Cities (STC) Initiative seeks to design and implement an architecture for coordinated and integrated preventative detection and interdiction of illicit radiological materials that may be used as a weapon (Radiation Dispersal Device (RDD) or Improvised Nuclear Device (IND)) within a high risk urban area.

**Program Officer:** Matthew Barton, 202-254-7412, matthew.barton@dhs.gov

### Eligibility Information

DHS strongly encourages a regional approach to domestic nuclear and radiological detection to reduce risk to major urban areas. The effort covered by this announcement focuses on the New York City (NYC) region.

1

DHS expects to receive a single application from a State or local unit of government, interstate or intrastate entity, or a special district, who will work with governmental entities serving jurisdictions within 45 miles of NYC. This single application must include the following jurisdictions: States of New York, New Jersey, and Connecticut; NYC (New York City Police Department (NYPD), in particular), the Port Authority of New York/New Jersey (PANYNJ), and the Metropolitan Transportation Authority (MTA).

## Award Information

**Award type:** Cooperative Agreement.

**Anticipated funding:** Approximately $30,000,000 (monetary and non-monetary assistance).

**Estimated number of awards:** 1

# FULL PROGRAM DESCRIPTION

# TABLE OF CONTENTS

I.      Funding Opportunity Description

II.     Award Information
A.      Type of Award
B.      Authorities
C.      Estimated Funding
D.      Estimated Number of Awards
E.      Maximum Award Size
F.      Anticipated Performance Period

III.    Eligibility Information
A.      Eligible Applicants
B.      Non-responsive Applications
C.      Cost Sharing

IV.     Application and Submission Information
A.      Address to Request Application Package
B.      How to Submit an Application
C.      Content and Form of Application
D.      Submission Dates and Times
E.      Intergovernmental Review
F.      Funding Restrictions

**V.** Application Review Information
**A.** Review Process
**B.** Evaluation Criteria

**VI.** Award Administration Information
**A.** Notice of Award
**B.** Compliance
**C.** Administrative and National Policy Requirements
**D.** DHS Securing the Cities Involvement
**E.** Reporting Requirements

**VII.** Department of Homeland Security Contacts

**VIII.** Other Information

# I.  FUNDING OPPORTUNITY DESCRIPTION

The U.S. Department of Homeland Security's Domestic Nuclear Detection Office (DNDO) is a jointly staffed national office established to improve the Nation's capability to detect and report unauthorized attempts to import, possess, store, develop, or transport nuclear or radiological material for use against the Nation, and to further enhance this capability over time. Among DNDO's key objectives are:

- Develop the global nuclear detection and reporting architecture;
- Develop, acquire, and support the domestic nuclear detection and reporting system;
- Establish situational awareness through information sharing and analysis; and,
- Establish operational protocols to ensure that detection leads to effective response.

**Background on the Securing the Cities (STC) Initiative**

The overall goal of the STC initiative is to prevent a Radiological/Nuclear (RN) attack on high-risk urban areas by enhancing regional capabilities to detect and interdict illicit radioactive materials in and around urban areas. One aspect of addressing this goal is providing assistance to State and local jurisdictions in and around major urban areas that will enable these entities to build capabilities by:

- Leveraging current technologies and deploying them regionally in a coordinated manner;
- Designing, acquiring, and deploying the components of an operationally viable regional architecture for radiological/nuclear detection, focused on State and local jurisdictions;
- Developing and implementing a common, multi-agency Concept of Operations (CONOPS) for sharing sensor data and resolving "hits" within the sensor architecture; and,

3

- Training and exercising by the regional agencies to execute this CONOPS to a high level of proficiency.

Assistance provided through this STC Funding Opportunity Announcement will allow the regional stakeholders to begin scaled implementation of preventive radiological and nuclear detection operational capabilities. Subject to funding availability and an independent assessment, DNDO may execute the STC initiative in other regions in and around major urban areas.


**STC Region One – New York City**

The NYC region was selected as the first initiative location because it is the highest risk region in both Government and non-government risk analysis (Willis, Henry H., et. al., *Estimating Terrorism Risk*, RAND Corporation, 2005).

Funding assistance is necessary to provide the ability for all regional stakeholders to implement regional preventive radiological and nuclear detection (PRND) operational capabilities to reduce risk along roadway, light and heavy rail, and maritime pathways.

DHS intends to provide assistance that will allow regional stakeholders to acquire equipment, training, and support (e.g., workshops) to further the PRND mission in the NYC Region. In addition, DHS intends to provide Federal, non-monetary assistance in the form of the provision of subject matter experts (SMEs) to regional stakeholders participating in the NYC pilot project. Applicants may request a mix of monetary and non-monetary assistance (i.e., Government supplied training and equipment).


**Project Narrative Items**

The applicant should address the following items in the project narrative section of the application:

1. Project Participants: Identify all participating jurisdictions ("participants"), including type of organization (city, county, etc.), organization name, street address, city, county, state, and zip code. Provide a contact person for each participant, including name, telephone, fax and email.

2. Memorandums of Understanding (MOUs) or letters of commitment. The applicant must provide MOUs or letters of commitment signed by an authorized representative of each participant, identifying the participants' roles and responsibilities in the STC initiative under this Funding Opportunity Announcement. If an applicant is relying on existing MOUs, then the applicant must provide an opinion of counsel verifying that the existing MOUs are valid for use with this Funding Opportunity Announcement.

3. Existing Capability: Briefly describe the existing equipment, training and CONOPS possessed by each participant, if any. Indicate the number of operators (personnel) in each jurisdiction that

4

could conceivably deploy PRND capabilities, as well as the approximate number currently equipped and trained.

4. <u>Need for Assistance:</u> Explain the needs of each participating jurisdiction relative to their existing capability with regard to equipment, training, and assistance in developing the regional approach/architecture. Describe how assistance acquired through this Funding Opportunity Announcement will enable participating jurisdictions to proceed together with development of the regional detection approach/architecture. Describe how the regional approach will specifically address the training and equipment needs of each participating jurisdiction.

5. <u>Coordination:</u> Describe how activities under the STC initiative will coordinate with, but not duplicate, activities under other DHS-funded programs, and other related programs.

6. <u>Project Plan:</u> Supply a detailed scope of work for assistance requested through this Funding Opportunity Announcement. This scope of work should harmonize with the Budget Narrative and Justification (see item below). At a minimum, the scope must include:

  a.  The **goals and objectives** to be addressed;

  b.  The **specific activities to be performed** to meet the goals and objectives. Include the following items in the description of the specific activities to be performed:

      (i) For each participating jurisdiction, provide a **detailed line-item list of equipment proposed for purchase** under this Funding Opportunity Announcement. Please note that allowable equipment items are described in Attachment C of this Funding Opportunity Announcement. If a particular participating jurisdiction is not requesting any equipment, please note that information in the equipment listing.

      (ii) For each participating jurisdiction, **provide an itemized list of requested training courses**. Please note that eligible training courses are limited to those courses listed in Attachment D of this Funding Opportunity Announcement. In addition, training on the operation, calibration, and maintenance of equipment listed in Attachment C is eligible, when the vendor from whom eligible equipment is purchased provides that training. If a participating jurisdiction is not requesting any training, please note that information in the training listing.

      (iii) **For each participating jurisdiction, provide a list of the STC workshops to be held**. If a participating jurisdiction will not participate in any of the workshops discussed here, please note that information.

      (iv) If a participating jurisdiction expects to plan, execute, or take part in one or more DHS **Homeland Security Exercise and Evaluation Program (HSEEP)-compliant exercises**, and provide a detailed description of each exercise and its purpose. Identify each participating jurisdiction.

  c.  **Who will carry out the activities**;

5

   d. A **timeline showing or explaining project milestones and estimated deadlines**. Include estimated dates for equipment selection and purchase, equipment deployment, training, workshops, and CONOPS development.

7. <u>Management Experience:</u> Describe the applicant's experience in managing a regional effort that includes State, county, and local government entities, and other interstate or intrastate entities.

## Budget Narrative and Justification

Explain how the scope and the activities of the project will be supported. Describe the key personnel and their activities, as well as how funds will be allocated to project activities.

The budget narrative must include a full budget justification (See Section IV.C of this announcement for cost categories to be addressed in the budget justification).

> **Please see the additional information (FAQ) provided under "Other Supporting Documents" for this announcement at Grants.gov.**

## Management Plan

In addition to addressing the items listed above in the project narrative, the applicant must submit a management plan that would explain the working arrangements among all of the participating jurisdictions, including the applicant. The management plan should include the following items, but is not limited to:

1. How each participating jurisdiction would receive assistance (which can include equipment, training, technical assistance);

2. The arrangements for the implementation and administration of sub-awards. Describe the proposed business process for subawarding and describe payment procedures for subawardees.

3. The roles and responsibilities of each participating jurisdiction, including, but not limited to:

   a. what activities they agree to undertake;

   b. what resources (if any) each party intends to bring to the project; and

   c. how differences in the implementation of a regional approach will be resolved among participating jurisdictions.

## II. AWARD INFORMATION

**A.**     **Type of Award:** Cooperative agreement

**B.**     **Authorities:** Homeland Security Act of 2002, as amended by the SAFE Port Act, Title V, Section 501(a), Public Law 109-347.

**C.**     **Estimated Funding:** Funding is subject to availability, and is estimated at up to $30,000,000 (monetary and non-monetary assistance).

**D.**     **Estimated Number of Awards:** 1

**E.**     **Maximum Award Size**: The maximum amount for an award made under this announcement will not exceed $30,000,000, for total costs (direct and indirect costs). An award may include a mix of Federal monetary assistance and Federal non-monetary assistance (for training and equipment only).

**F.**     **Anticipated Performance Period:**

1.  One year from award.

2.  Extensions to the Performance Period may be awarded, but are not guaranteed and might not include increased funding. Extension approvals will be based on the availability of funds within the award and acceptable performance.

## III.   ELIGIBILITY INFORMATION

**A.**     **Eligible Applicants**

This announcement anticipates a regional project covering the New York City area.

Eligible applicants include State and local governments serving jurisdictions within 45 miles of NYC. For the purposes of this Funding Opportunity Announcement, state-controlled institutions of higher education are not eligible as a lead applicant. Interstate and intrastate entities serving the same area, including the Port Authority of New

7

York/New Jersey (PANYNJ), and the Metropolitan Transportation Authority (MTA) are also eligible.

Eligible applicants must include the participation of the following entities in the project: NYC (New York Police Department, in particular), the State of New York, the State of New Jersey, the State of Connecticut, the Port Authority of New York/New Jersey (PANY/NJ) and the Metropolitan Transportation Authority (MTA). Inclusion of other local governments is highly encouraged, but not required.

The lead applicant that involves the above jurisdictions may involve jurisdictions beyond those that are within 45 miles of the NYC border if: 1) letters of commitment or MOUs from each proposed jurisdiction are included in the application, and 2) a justification is provided in the Project Plan that describes how their inclusion furthers the objectives of the STC initiative.

**B.** **Non-responsive Applications**

1. Applications that do not include the participation of NYC (New York Police Department, in particular), the State of New York, the State of New Jersey, the State of Connecticut, the Port Authority of New York/New Jersey (PANY/NJ) and the Metropolitan Transportation Authority (MTA) will be deemed nonresponsive and returned without review.

2. Applications that do not address the purpose of this announcement will be returned without further review.

3. Applications must substantially comply with the application submission instructions and requirements in this announcement or they will be returned without further review.

**C.** **Cost Sharing**

Cost sharing is not required.

## IV. APPLICATION AND SUBMISSION INFORMATION

**A.** **Address to Request Application Package**

Use Grants.gov to obtain application forms and instructions. Go to http://www.grants.gov, click "Apply for Grants," and then click "Download a Grant Application Package and Instructions." Enter the CFDA or the funding opportunity

number (see the beginning of this announcement), and click the "Download Application Package" button. Click the "download" link for this opportunity and then follow the prompts to download the application package and the instructions package (if applicable).

**B.** **How to Submit an Application**

1. **Applications must be submitted electronically through Grants.gov.**

2. To submit an application through Grants.gov, applicants use Adobe Reader. **You must use either version 7.0.9 or version 8.1.1 of Adobe Reader; Grants.gov does not support any other version of Adobe Reader**. Adobe Reader is available from Grants.gov at no charge.

   The applicant must have a DUNS number to submit an application through Grants.gov. See the Grants.gov website for information on how to obtain a DUNS number. In addition, the applicant must be registered with the Central Contractor Registry (CCR) to submit an application through Grants.gov. See the Grants.gov website for information on how to register with the CCR.

   The applicant must be registered, credentialed and authorized at Grants.gov to submit an application through Grants.gov. See the Grants.gov website for information on how to register, obtain a credential and become authorized.

   DHS strongly encourages applicants to obtain or update all registrations, credentials and authorizations related to Grants.gov well in advance of the deadline for submission.

   If the applicant encounters difficulties, please contact the Grants.gov Help Desk at 1-800-518-4276 to report the problem and obtain assistance with the system.

3. **We may request that you provide original signatures on forms at a later date.**

**C.** **Content and Form of Application**

You must complete the mandatory forms for this announcement, including the SF-424 (Application for Federal Assistance), SF-424A (Budget), and other forms in accordance with the application instructions on Grants.gov and additional instructions below. If submitting any information that is deemed proprietary, please denote the beginning and ending of such information with asterisks (***).

9

**MANDATORY FILES:**

1. **SF 424 – Application for Federal Assistance**

   Applicants must complete an SF 424 application form. This form may be completed while on the Grants.gov Web site or it can be completed offline in its entirety. NOTE: Applications submitted through Grants.gov must use the SF 424 provided by Grants.gov. The SF 424 application form can only be viewed and downloaded once Adobe Reader, version 8.1.1 (version required by Grants.gov) has been installed. The SF 424 application form on Grants.gov is formatted so applicants are only required to complete fields which are indicated with an asterisk (*) and color coded. Once the application is complete, close the document (you will then be prompted to save changes or not).

2. **SF424A Budget**

   Applicants must complete the budget in its entirety. Applicants must provide budgets by object class (salaries, fringe, travel, indirect, etc.). Funds may be requested as long as the item and amount are necessary to perform the proposed work and are not precluded by the cost principles or program funding restrictions (see Section IV.F).

3. **Budget Narrative (Justification) File(s).**

   a. Attach your budget narrative and justification files (including separate budgets for each proposed subaward or subcontract) to the form named "Budget-V1.1" in the application package. If you need to add more documents than this form will allow (i.e. subaward budgets), please use the optional "Attachments" form to attach the additional files (see below).

   b. **Budget detail is required for:**

      i. PERSONNEL: Costs of employee salaries and wages.

         Justification: Identify the project director or principal investigator, if known. For each staff person, provide the title, time commitment to the project (in months), time commitment to the project (as a percentage or full-time equivalent), annual salary, grant salary, wage rates, etc. Do not include the costs of consultants.

      ii. FRINGE BENEFITS: Costs of employee fringe benefits unless treated as part of an approved indirect cost rate.

         Justification: Provide the method used to calculate the proposed rate amount. If a fringe benefit has been negotiated with, or approved by, a

10

Federal government cognizant agency, provide a copy of the agreement. If no rate agreement exists, provide a breakdown of the amounts and percentages that comprise fringe benefit costs such as health insurance, FICA, retirement insurance, taxes, etc. Identify the base for allocating these fringe benefit expenses.

iii. TRAVEL: Costs of project-related travel by employees of the applicant organization (does not include costs of sub-contractor or consultant travel).

Justification: For each proposed trip, provide the purpose, number of travelers, travel origin and destination, number of days, and a breakdown of costs for airfare, lodging, meals, car rental, and incidentals. The basis for the airfare, lodging, meals, car rental, and incidentals must be provided, such as past trips, current quotations, Federal Travel Regulations, etc.

iv. EQUIPMENT: Any article of nonexpendable, tangible personal property having a useful life of more than one year and an acquisition cost which equals or exceeds the lesser of (a) the capitalization level established by the organization financial statement purposes, or (b) $5,000. (Note: Acquisition cost means the net invoice unit price of an item of equipment, including the cost of any modifications, attachments, accessories, calibration and maintenance services, or auxiliary apparatus necessary to make it usable for the purpose for which it is acquired. Ancillary charges, such as taxes, duty, protective in-transit insurance, freight, and installation shall be included in or excluded from acquisition cost in accordance with the organization's regular written accounting practices.)

Justification: For each type of equipment requested, provide a description of the equipment, the cost per unit, the number of units, the total cost, and a plan for use on the project, as well as use or disposal of the equipment after the project ends. An applicant organization that uses its own definition for equipment should provide a copy of its policy or section of its policy which includes the equipment definition.

v. SUPPLIES: Costs of all tangible personal property other than that included under the Equipment category.

Justification: Specify general categories of supplies and their costs. Show computations and provide other information which supports the amount requested.

vi. CONTRACTUAL: Costs of all contracts for services and goods except for those that belong under other categories such as equipment, supplies, construction, etc. Include third party evaluation contracts (if applicable) and contracts with secondary recipient organizations.

11

Justification: Demonstrate that all procurement transactions will be conducted in a manner to provide, to the maximum extent practical, open and free competition. Identify proposed subaward/sub-contractor work and the cost of each subaward/sub-contractor. Provide a detailed budget for each subawardee that is expected to perform work estimated to be $25,000 or more, or 50% of the total work effort, whichever is less. **The subawardee budget(s) should provide the same level of detail as that of the applicant (i.e., by Object Class Category/Cost Classification).** In addition, the following information must be provided:

Subcontracts - Identify each planned subcontractor and its total proposed budget. Each subcontractor's budget and supporting detail should be included as part of the applicant's budget narrative. In addition, the applicant shall provide the following information for each planned subcontract: a brief description of the work to be subcontracted; the number of quotes solicited and received, if applicable; the cost or price analysis performed by the applicant; names and addresses of the subcontractors tentatively selected and the basis for their selection; e.g., unique capabilities (for sole source subcontracts), low bidder, delivery schedule, technical competence; type of contract and estimated cost and fee or profit; and, affiliation with the applicant, if any.

Recipient may be required to make pre-award review and procurement documents available to DHS, including request for proposals or invitations for bids, independent cost estimates, etc. This may include procurements expected to exceed the simplified acquisition threshold fixed at 41 USC 403(11) (currently set at $100,000) and expected to be awarded without competition or only one bid or offer is received in response to a solicitation.

Subawardees – Identify each planned subawardee and its total proposed budget. Each subawardee's budget and supporting detail should be separate from the applicant's budget narrative.

All required flow down provisions in the award must be included in any subcontract or subaward.

vii.    OTHER DIRECT COSTS: Any other items proposed as direct costs. Provide an itemized list with costs, and state the basis for each proposed item.

viii.    INDIRECT COSTS: Provide a copy of the latest rate agreement negotiated with a cognizant Federal agency. If the applicant organization is in the process of initially developing or renegotiating a rate, upon notification that an award will be made, it should immediately develop a tentative indirect

12

cost rate proposal based on its most recently completed fiscal year, in accordance with the cognizant agency's guidelines for establishing indirect cost rates, and submit it to the cognizant agency. Applicants awaiting approval of their indirect cost proposals may also request indirect costs. When an indirect cost rate is requested, those costs included in the indirect cost pool should not also be charged as direct costs to the award. Also, if the applicant is requesting a rate which is less than what is allowed under the program, the authorized representative of the applicant organization must submit a signed acknowledgement that the applicant is accepting a lower rate than allowed.

**Please see the additional information (FAQ) provided under "Other Supporting Documents" for this announcement at Grants.gov.**

4. **Certifications/Assurances.**

   a. Applicants must submit:

      i. SF 424B – Assurances – Non-construction Programs, and

      ii. Certification Regarding Lobbying. If paragraph two of the certification applies, then complete and submit the SF-LLL Disclosure of Lobbying which is provided as an optional form in the application package.

   b. By signing and submitting an application under this announcement, the applicant is providing: Certification Regarding Debarment, Suspension, and Other Responsibility Matters – Primary Covered Transactions (see Attachment A); and Certification Regarding Drug-Free Workplace Requirements (see Attachment B).

5. **Project Abstract**

   The Project Summary/Abstract. Provide a summary description, not to exceed one page, of the proposed activity suitable for dissemination to the public. It should be concise and accurate, and should contain a statement of objectives. It should be informative to other persons working in the same or related fields and insofar as possible understandable to a technically literate lay reader. This Abstract must not include any proprietary/confidential information. Attach the summary/abstract to the "Project Abstract-V1.1" form.

6. **Project Narrative**

   The Project Narrative section (pages must be numbered) should contain a well-argued and specific proposal for activities that will address the all elements in this funding

13

opportunity at the level of detail requested. See the requirements identified under Section I, "Funding Opportunity Description" and evaluation criteria listed in Section V. Attach the Project Narrative to the "Project V1.1" form.

7.  **Other required attachments**

    Attach the following items to the "Attachments V1.1" form.

    a.  Management Plan. Attach the management plan (see Section I for management plan requirements).

    b.  MOUs, letters of commitment, opinion of counsel. Attach the MOUs, letters of commitment and the opinion of counsel (see Section I (item 2 under the Project Narrative description), and Section III.A, for requirements).

    c.  Indirect Cost Rate Agreements.

    d.  Negotiated Fringe Benefit Agreements or, if no agreements exist, the amounts and percentages of all items that comprise the fringe rate, and the basis for allocation, if separate from the Indirect Cost Rate Agreement.

D.   **Submission Dates and Times**

Application Closing Date: **March 17, 2008.**

Proof of timely submission is automatically recorded by Grants.gov. An electronic time stamp is generated within the system when the application is successfully received by Grants.gov. The applicant will receive an acknowledgement of receipt and a tracking number from Grants.gov with the successful transmission of their application.

Without exception, applications must be received by Grants.gov on or before the deadline in this announcement.

E.   **Intergovernmental Review**

This program is subject to Executive Order 12372, "Intergovernmental Review of Federal Programs." When comments are submitted directly to DHS, they should be transmitted electronically to marilyn.morgan@dhs.gov (if unable to transmit electronically please contact the DHS Grants Office at (202) 447-5696 for alternative transmission instructions).

The official list, including addresses of the jurisdictions that have elected to participate in E.O. 12372 can be found on the following URL:

http://www.whitehouse.gov/omb/grants/spoc.html.

**F.** **Funding Restrictions**

1. DHS grant or cooperative agreement funds may only be used for the purpose set forth in the agreement, and must be consistent with the statutory authority for the award. Grant or cooperative agreement funds and non-monetary support may not be used for cost-sharing or matching funds for other Federal grants, lobbying, or intervention in Federal regulatory or adjudicatory proceedings. In addition, Federal funds may not be used to sue the Federal government or any other government entity.

2. **Equipment purchases.**

   a. Prior to the purchase of equipment in the amount of $5,000 or more per unit cost, the Recipient must obtain the written approval from DHS.

   b. The Recipient shall maintain an annual inventory which will include a brief description of the item, serial number and amount of purchase for equipment purchased with grant/cooperative agreement funds, or received under a grant or cooperative agreement, and having a $5,000 or more per unit cost. The inventory must also identify the sub-award under which the equipment was purchased.

   c. Insurance on the equipment will be the responsibility of the Recipient.

   d. Title of equipment will remain with the Recipient until closeout when disposition will be provided in writing by the DHS within 120 days of submission of final reports.

   e. Equipment purchases are limited to those items that fall within the categories described in Attachment C, "Eligible Equipment."

3. **Profit/Fee** is not allowable except when subcontracting for routine goods and services with commercial organizations.

4. **Foreign travel** is not permitted under this announcement.

5. **Construction costs** are not allowable under this funding opportunity.

6. **Pre-award costs** are allowable only with the written consent of DHS and included in the award agreement.

7. **Training** is limited to those courses listed in Attachment D of this announcement ("Eligible Training").

15

8. **Administrative Costs, including Indirect Costs** are limited to 5% of total direct costs and must be included in the maximum amount under this announcement.

# V. APPLICATION REVIEW INFORMATION

A.     **Review Process**

1.  DHS will assemble subject matter experts from inside and outside of the Federal Government to review the full proposals. Panels of professional peers review the submitted proposals either in person, by mail, or electronically.

    At a minimum, 2 subject matter experts review each proposal and provide summary comments and overall ratings based on the criteria below. Copies of all proposals are available for inspection by all of the members of the review panel upon request.

2.  DHS' designated Selection Authority (SA) will make a final funding decision based upon the results of the evaluation, availability of funds, and the overall goals of the STC Initiative.

3.  Confidentiality and Conflict of Interest. Technical and cost proposals submitted under this funding opportunity will be protected from unauthorized disclosure in accordance with applicable laws, and regulations. DHS may use one or more support contractors as subject matter experts or to evaluate cost proposals. However, proposal selection and award decisions are solely the responsibility of DHS personnel.

    DHS screens all panelists for potential conflicts of interest. To determine possible conflicts of interest, DHS requires potential reviewers to complete and sign conflicts of interest and nondisclosure forms. DHS will keep the names of submitting institutions and individuals, as well as the substance of the proposals confidential except to reviewers, and will destroy any declined proposals.

4.  DHS discourages, and will not consider any materials submitted by or on behalf of the applicant other than those materials requested in this funding opportunity announcement.

B.     **Evaluation Criteria**

DHS will use the following criteria to evaluate full proposal submissions. These two (2) criteria are critical elements of the proposal and of equal significance. Proposals that do not provide satisfactory responses to these essential criteria will be deemed nonresponsive and returned.

1. Management Plan: The plan is realistic and comprehensive, and communicates clear roles and responsibilities. Issue resolution methodology is appropriate.

2. Project / Budget Narrative: The narrative details a feasible approach that makes progress towards achievement of the STC goal.

## VI.    AWARD ADMINISTRATION INFORMATION

### A.    Notice of Award

**Award Type.** The award will be made under a cooperative agreement and will be signed by the Grants Officer authorized to obligate DHS funding.

### B.    Compliance

The recipient and any subrecipients must, in addition to the assurances made as part of the application, comply and require each of its subawardees, contractors and subcontractors employed in the completion of the project to comply with all applicable statutes, regulations, executive orders, Office of Management and Budget (OMB) circulars, terms and conditions of the award, and the approved application.

### C.    Administrative and National Policy Requirements

Awards under this announcement are subject to the following administrative and national policy requirements.

1. **Administrative and Cost Principles.** The following Administrative and Cost Principles, as applicable, apply to the award:

   a. 44 CFR 13 "Uniform Administrative Requirements for Grants and Cooperative Agreements to State and Local Governments."

   b. OMB Circular A-87, relocated to 2 CFR Part 225. "Cost Principles for State, Local, and Tribal Governments."

   c. OMB Circular A-110, relocated to 2 CFR Part 215. "Uniform Administrative Requirements for Grants and Agreements with Institutions of Higher Education, Hospitals, and Other Non-profit Organizations."

   d. OMB Circular A-122, relocated to 2 CFR Part 230. "Cost Principles for Non-Profit Organizations."

17

e. OMB Circular A-133, "Audits of States, Local Governments, and Non-Profit Organizations."

These publications may be viewed at:
http://www.whitehouse.gov/omb/grants/grants_circulars.html

2. **Nondiscrimination.** The award is subject to the following terms:

a. TITLE VI OF THE CIVIL RIGHTS ACT OF 1964. As amended, provides that no person in the United States shall, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subject to discrimination under any program or activity receiving Federal financial assistance. Title VI also extends protection to persons with limited English proficiency. (42 U.S.C. 2000d et seq.)

b. TITLE IX OF THE EDUCATION AMENDMENTS OF 1972. Provides that no person in the United States shall, on the basis of sex, be excluded from participation in, be denied benefits of, or be subject to discrimination under any education program or activity receiving Federal financial assistance. (20 U.S.C. 1681 et seq.)

c. THE AGE DISCRIMINATION ACT OF 1975. Provides that no person in the United States shall, on the basis of age, be excluded from participation in, be denied benefits of, or be subject to discrimination under any program or activity receiving Federal financial assistance. (42 U.S.C. 6101 et seq.)

d. SECTION 504 OF THE REHABILITATION ACT OF 1973. Provides that no otherwise qualified individual with a disability in the United States, shall, solely by reason of his/her disability, be excluded from participation in, be denied benefits of, or be subject to discrimination under any program or activity receiving Federal financial assistance. (29 U.S.C. 794)

e. THE AMERICANS WITH DISABILITIES ACT OF 1990 ("ADA"). Prohibits discrimination on the basis of disability in employment (Title I), state and local government services (Title II), places of public accommodation and commercial facilities (Title III). (42 U.S.C. 12101-12213)

3. **Certifications and Assurances.** Certifications and assurances regarding the following apply:

a. LOBBYING. Section 319 of Public Law 101-121 prohibits the use of funds in lobbying members and employees of Congress, as well as employees of Federal agencies, with respect to the award or amendment of any Federal grant, cooperative agreement, contract, or loan. DHS has codified restrictions upon lobbying at 6 CFR Part 9. (31 U.S.C. 1352)

18

b. DRUG-FREE WORKPLACE ACT. Requires the recipient to publish a statement about its drug-free workplace program and give a copy of the statement to each employee (including consultants and temporary personnel) who will be involved in award-supported activities at any site where these activities will be carried out. Also, place(s) where work is being performed under the award (i.e., street address, city, state and zip code) must be maintained on file. The recipient must notify the Grants Officer of any employee convicted of a violation of a criminal drug statute that occurs in the workplace. (41 U.S.C. 701 et seq.)

c. DEBARMENT AND SUSPENSION. Executive Orders (E.O.) 12549 and 12689 provide protection from fraud, waste, and abuse by debarring or suspending those persons that deal in an irresponsible manner with the Federal government. The recipient must certify that they are not debarred or suspended from receiving Federal assistance.

d. FEDERAL DEBT STATUS. The recipient may not be delinquent in the repayment of any Federal debt. Examples of relevant debt include delinquent payroll or other taxes, audit disallowances, and benefit overpayments. (OMB Circular A-129)

4. **Human Subjects.** Recipient of a cooperative agreement or grant must agree to meet all DHS and HHS requirements for studies using human subjects prior to implementing any work with these subjects. These requirements are given in 45 Code of Federal Regulations (CFR) Part 46, Subparts A-D. Subpart A of 45 CFR Part 46 is HHS' codification of the Federal Policy for the Protection of Human Subjects (also known as The Common Rule) which represents the basic foundation for the protection of human subjects in most research conducted or support by U.S. Federal departments and agencies. No actual work involving human subjects, including recruiting, may be initiated before DHS has received a copy of the applicant's Institutional Review Board's (IRB) approval of the project or determination that it is exempt from human subjects requirements, and DHS has provided approval, although development of tools (e.g., survey instruments), protocols and data gathering approaches may proceed. Where human subjects are involved in the research, the recipient must provide evidence of subsequent IRB reviews, including amendments or minor changes of protocol, as part of annual reports.

5. **Trafficking in Persons.**

a. Provisions applicable to a Recipient that is a private entity.

i. The Recipient, Recipient's employees, subrecipients under the Award, and subrecipients' employees may not—

(A) Engage in severe forms of trafficking in persons during the period of time that the Award is in effect;

19

(B) Procure a commercial sex act during the period of time that the Award is in effect; or

(C) Use forced labor in the performance of the Award or subawards under the Award.

ii. DHS may unilaterally terminate the Award, without penalty, if the Recipient or a subrecipient that is a private entity—

(A) Is determined to have violated a prohibition in paragraph a.i. of this section; or

(B) Has an employee who is determined by DHS to have violated a prohibition in paragraph a.i. of this section through conduct that is either—

(1) Associated with performance under the Award; or

(2) Imputed to the Recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)."

b. Provision applicable to a Recipient other than a private entity. DHS may unilaterally terminate the Award, without penalty, if a subrecipient that is a private entity—

i. Is determined to have violated an applicable prohibition in paragraph a.i. of the Award this section; or

ii. Has an employee who is determined by DHS to have violated an applicable prohibition in paragraph a.i of this section through conduct that is either—

(A) Associated with performance under the Award; or

(B) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Governmentwide Debarment and Suspension (Nonprocurement)."

20

**c.** Provisions applicable to any Recipient.

    i.    The Recipient and subrecipient must inform DHS immediately of any information the Recipient or subrecipient receives from any source alleging a violation of a prohibition in paragraph a.i. of this section.

    ii.    DHS' right to terminate unilaterally that is described in paragraph a.ii or b of this section:

        (A) Implements section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)), and

        (B) Is in addition to all other remedies for noncompliance that are available to DHS under the Award.

    iii.    The Recipient must include the requirements of paragraph a.i of this section in any subaward the Recipient makes to a private entity.

**d.** Definitions. For purposes of the Award:

    i.    "Employee" means either:

        (A) An individual employed by the Recipient or a subrecipient who is engaged in the performance of the project or program under the Award; or

        (B) Another person engaged in the performance of the project or program under the Award and not compensated by the Recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

    ii.    "Forced labor" means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

    iii.    "Private entity:"

        (A) Means any entity other than a State, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 CFR 175.25.

21

(B) Includes:

    (1) A nonprofit organization, including any nonprofit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 CRF 175.25(b).

    (2) A for-profit organization.

iv. "Severe forms of trafficking in persons," "commercial sex act," and "coercion" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).

6. **Information and Data Quality.** Congress, through OMB, has instructed each Federal agency to implement Information Quality Guidelines designed to "provide policy and procedural guidance...for ensuring and maximizing the quality, objectivity, utility, and integrity of information, including statistical information, disseminated by Federal agencies." Information quality procedures may apply to data generated by grant or cooperative agreement recipients if those data are disseminated as described in the Guidelines. The Office of Management and Budget (OMB) Circular A-110 has been revised to provide public access to research data through the Freedom of Information Act (FOIA) under some circumstances. Data that is (1) first produced in a project that is supported in whole or in part with Federal funds and (2) cited publicly and officially by a Federal agency in support of an action that has the force and effect of law (i.e., a regulation) may be accessed through FOIA. If such data are requested by the public, DHS must ask for it, and the awardee must submit it, in accordance with A-110 and applicable regulations at 40 C.F.R. 30.36.

7. **Acknowledgement of DHS Support.** DHS' full or partial support must be acknowledged in journal articles, oral or poster presentations, news releases, interviews with reporters and other communications. Any documents developed under an award under this announcement that are intended for distribution to the public or inclusion in a scientific, technical, or other journal shall include the following statement:

This publication [article] was developed under DHS Agreement No. _____ awarded by the U.S. Department of Homeland Security. The views and conclusions contained in this document are those of the authors and should not be interpreted as necessarily representing the official policies, either expressed or implied, of the U.S. Department of Homeland Security. The Department of Homeland Security does not endorse any products or commercial services mentioned in this publication.

8. **Use of DHS Seal and Non-Endorsement.** Recipient shall acquire DHS' approval prior to using the DHS seal. DHS funding of projects under an award does not equate to DHS' endorsement of such projects.

9. **Disposal of Toxic or Other Waste.** Recipient shall be responsible for the removal from Government property of any and all toxic or other material used, provided, or generated in the course of performing this assistance agreement. Recipient shall obtain at its own expense all necessary permits and licenses as required by local, State, and Federal law and shall conduct such removal in a lawful and environmentally responsible manner.

10. **Security Requirements.** If it is determined that Federal Sensitive But Unclassified (SBU) information (e.g. For Official Use Only, Sensitive Security Information, Protected Critical Infrastructure Information, etc.) is either provided to the recipient during the course of this agreement, or if SBU information is generated by the Federal Government during involvement in this agreement, the following security requirements will apply.

    a. The recipient and sub-recipients of the award shall use their own security policies and procedures for State and local information accessed, received or generated during the performance of this award.

    b. The recipient and sub-recipients of the awards shall use their own security procedures and policies to transmit State and local information.

    c. DHS SBU information provided to the recipient will be safeguarded and transmitted in accordance with DHS policies provided to the recipient.

    d. Prior to publicly releasing any information developed using funding awarded under a grant or cooperative agreement issued pursuant to this announcement, recipient and sub-recipients shall review and screen such information, including but not limited to articles, presentations, videos, speeches at conferences, pamphlets, and other forms of printed media, to ensure that DHS SBU information is not disseminated, unless authorization is first acquired from DHS in writing.

    e. Based on need-to-know and pending any distribution restrictions associated with the information, the recipient is permitted to distribute DHS SBU information to sub-recipients that are State or local governments. The recipient or sub-recipient will submit a request to DHS for release of DHS SBU information to a non-governmental organization or private entity. DHS, not the award recipient or sub-recipient, will provide the SBU information pending review of need-to-know and signature of a Non-Disclosure Agreement.

    f. Potential recipients under this announcement are reminded of the Export Administration Regulations, the International Traffic in Arms Regulations, and other Federal regulations restricting the release of critical technologies, including technical data, to foreign nationals.

23

**11. Government Property/Furnished Equipment (GFE) and Facilities.** Each applicant must provide a very specific description of any equipment/hardware that it needs to acquire to perform the work. This description should indicate whether or not each particular piece of equipment/hardware will be included as part of a deliverable item under the resulting award. Also, this description should identify the component, nomenclature, and configuration of the equipment/hardware that it proposes to purchase for this effort. The purchase on a direct re-imbursement basis of special test equipment or other equipment will be evaluated for allowability on a case-by-case basis. Maximum use of Government integration, test, and experiment facilities is encouraged. Government research facilities and operational military units are available and should be considered as potential government furnished equipment/facilities. These facilities and resources are of high value and some are in constant demand by multiple programs.

D.    <u>DHS Securing the Cities Involvement:</u>

DHS responsibilities under the cooperative agreement, in addition to the usual monitoring and technical assistance include the following:

1.  Providing technical assistance in the selection of eligible equipment for participating jurisdictions.

2.  Assistance in the establishment of Federal interagency partnerships, collaboration and cooperation that may be necessary for carrying out the project. Interagency collaboration will include facilitating the provision of subject matter experts (SMEs) with extensive background and operational experience with the Radiological Assistance Program (RAP), Search Response Teams (SRT), and other technical and operational support groups, as well as the National Laboratories, to assist in the development of operational capability. DHS will coordinate RAP/SRT involvement in regular STC demonstrations, drills, and exercises, and will facilitate the provision of operational and technical support for the execution of regular STC demonstrations, drills and exercises.

3.  Provision of training and training materials for participating jurisdictions.

4.  Providing technical assistance to the Recipient in developing CONOPS and standard operating procedures, including the following:

    a.  Facilitating the provision of expert technical advice and recommendations to state and local program managers and decision makers as necessary, to aid in shaping the regional strategy and approach.

    b.  Hands-on technical and operational support to state and local stakeholder first responders/operators in the development of CONOPs and SOPs. This will include

24

technical and instructional support of DHS-led or facilitated advisory workshops and custom tailored operational training events.

5. Attendance and participation in appropriate meetings initiated by State and local stakeholders, including the following:

   a. Supporting the STC CONOPS Working Group and other STC working groups and committees as necessary. SMEs may/will periodically attend, participate, and advise regularly scheduled STC Working Group meetings.

   b. DHS will support the STC Training and Exercises subgroup. SMEs may/will when necessary, attend, participate, and advise regularly scheduled Training and Exercises sub-group meetings.

## E. Reporting Requirements

### 1. Financial Reports

   a. The Recipient shall submit quarterly financial reports (SF 269, Financial Status Report) within 30 days of the reporting period to the DHS Grants Officer.

   b. The Recipient is required to submit a quarterly Cash Transaction Report (SF 272) to the Department of Health and Human Services Division of Payment Management.

   c. The Recipient is required to submit a Final Financial Status Report (SF 269) to the DHS Grants Officer within 90 days after the expiration date of the Performance Period.

### 2. Performance Reports

   a. Performance Reports will be submitted to the DHS Grants Officer.

   b. The Recipient shall submit quarterly Performance Reports within 30 days of the reporting period.

   c. Performance Reports shall describe:

      i. Accomplishments in terms of the approved project objectives;

      ii. A listing, including jurisdiction and course, of the number of personnel attending training or workshops over the reporting period.

25

    **d.** Final Performance Reports shall be submitted 90 days after the expiration date of the Performance Period.

## VII. DEPARTMENT OF HOMELAND SECURITY CONTACTS

**A.** <u>**Program contact(s).**</u> Matthew Barton, 202-254-7412, matthew.barton@dhs.gov

**B.** <u>**Administrative Contact(s)**</u>. Direct questions about deadlines, application submission or other administrative questions to: Joan Keiser, 202-447-5603, joan.keiser@dhs.gov

## VIII. OTHER INFORMATION

**A.** <u>**Copyright and Data Rights.**</u>

1. **Copyright:** The Recipient may publish, or otherwise exercise copyright in, any work first produced under this Agreement unless the work includes information that is otherwise controlled by the government (e.g. classified information or other information subject to national security or export control laws or regulations). For scientific, technical, or other copyrighted work based on or containing data first produced under this Agreement, including those works published in academic, technical or professional journals, symposia proceedings, or similar works, the Recipient grants the government a royalty free, nonexclusive and irrevocable license to reproduce, display, distribute copies, perform, disseminate, or prepare derivative works, and to authorize others to do so, for government purposes in all such copyrighted works. The Recipient shall affix the applicable copyright notices of 17 U.S.C. 401 or 402, and an acknowledgment of government sponsorship (including award number) to any work first produced under this Agreement.

2. **Data Rights:**

   <u>General Requirements.</u> The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, display, distribute copies, perform, disseminate, or prepare derivative works, and to authorize others to do so, for Government purposes in:

   a. Any data that is first produced under this Agreement and provided to the Government; or

b.  Any data owned by third parties that is incorporated in data provided to the Government under this Agreement.

"Data" means recorded information, regardless of form or the media on which it may be recorded.

Requirements for subawards. The Recipient agrees to include in any subaward made under this Agreement the requirements of the Copyright and Data Rights paragraphs of this article and of 37 C.F.R. 401.14.

B.      **Technology Transfer.**

Recipient agrees to work with the technology transfer component of recipient's institution to engage in technology transfer and commercialization activities associated with recipient's research using the funding received under an assistance agreement issued pursuant to this announcement.

27

**Attachment A**

# CERTIFICATION REGARDING DRUG-FREE WORKPLACE REQUIREMENTS

This certification is required by the regulations implementing Sections 5151-5160 of the Drug-Free Workplace Act of 1988 (P.L. 100-690, Title V, Subtitle D; 41 U.S.C. 701 *et seq.*).

1.  By signing and/or submitting this application or grant agreement, the Recipient is providing the certification set out below.

2.  The certification set out below is a material representation of fact upon which reliance is placed when the agency awards the grant. If it is later determined that the grantee knowingly rendered a false certification, or otherwise violates the requirements of the Drug-Free Workplace Act, the agency, in addition to any other remedies available to the Federal Government, may take action authorized under the Drug-Free Workplace Act.

3.  For grantees other than individuals, Alternate I applies.

4.  For grantees who are individuals, Alternate II applies.

5.  Workplaces under grants, for grantees other than individuals, need not be identified on the certification. If known, they may be identified in the grant application. If the grantee does not identify the workplaces at the time of application, or upon award, if there is no application, the grantee must keep the identity of the workplace(s) on file in its office and make the information available for Federal inspection. Failure to identify all known workplaces constitutes a violation of the grantee's drug-free workplace requirements.

6.  Workplace identifications must include the actual address of buildings (or parts of buildings) or other sites where work under the grant takes place. Categorical descriptions may be used (e.g., all vehicles of a mass transit authority or State highway department while in operation, State employees in each local unemployment office, performers in concert halls or radio studios).

7.  If the workplace identified to the agency changes during the performance of the grant, the grantee shall inform the agency of the change(s), if it previously identified the workplaces in question (see paragraph five).

8.  Definitions of terms in the Nonprocurement Suspension and Debarment common rule and Drug-Free Workplace common rule apply to this certification. Grantees' attention is called, in particular, to the following definitions from these rules:

28

*Controlled substance* means a controlled substance in Schedules I through V of the Controlled Substances Act (21 U.S.C. 812) and as further defined by regulation (21 CFR 1308.11 through 1308.15);

*Conviction* means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of the Federal or State criminal drug statutes;

*Criminal drug statute* means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, use, or possession of any controlled substance;

*Employee* means the employee of a grantee directly engaged in the performance of work under a grant, including: (i) All direct charge employees; (ii) All indirect charge employees unless their impact or involvement is insignificant to the performance of the grant; and, (iii) Temporary personnel and consultants who are directly engaged in the performance of work under the grant and who are on the grantee's payroll. This definition does not include workers not on the payroll of the grantee (e.g., volunteers, even if used to meet a matching requirement; consultants or independent contractors not on the grantee's payroll; or employees of subrecipients or subcontractors in covered workplaces).

29

**Certification Regarding Drug-Free Workplace Requirements**

<u>Alternate I. (Grantees Other Than Individuals)</u>

A.     The grantee certifies that it will or will continue to provide a drug-free workplace by:

     1.     Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the grantee's workplace and specifying the actions that will be taken against employees for violation of such prohibition;

     2.     Establishing an ongoing drug-free awareness program to inform employees about –

          a.     The dangers of drug abuse in the workplace;
          b.     The grantee's policy of maintaining a drug-free workplace;
          c.     Any available drug counseling, rehabilitation, and employee assistance programs; and
          d.     The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

     3.     Making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph 1;

     4.     Notifying the employee in the statement required by paragraph 1 that, as a condition of employment under the grant, the employee will –

          a.     Abide by the terms of the statement; and
          b.     Notify the employer in writing of his or her conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

     5.     Notifying the agency in writing, within ten calendar days after receiving notice under paragraph 4.b from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice, including position title, to every grant officer or other designee on whose grant activity the convicted employee was working, unless the Federal agency has designated a central point for the receipt of such notices. Notice shall include the identification number(s) of each affected grant;

     6.     Taking one of the following actions, within 30 calendar days of receiving notice under paragraph 4.b, with respect to any employee who is so convicted –

          a.     Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

          b.     Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a

Federal, State, or local health, law enforcement, or other appropriate agency;

7.      Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs 1, 2, 3, 4, 5, and 6.

B.      The grantee may insert in the space provided below the site(s) for the performance of work done in connection with the specific grant:

Place of Performance (Street address, city, county, state, zip code)

_____

_____

_____Check if there are workplaces on file that are not identified here.

Alternate II. (Grantees Who Are Individuals)

A.      The grantee certifies that, as a condition of the grant, he or she will not engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance in conducting any activity with the grant;

B.      If convicted of a criminal drug offense resulting from a violation occurring during the conduct of any grant activity, he or she will report the conviction, in writing, within 10 calendar days of the conviction, to every grant officer or other designee, unless the Federal agency designates a central point for the receipt of such notices. When notice is made to such a central point, it shall include the identification number(s) of each affected grant.

**Attachment B**

## CERTIFICATION REGARDING DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS

This certification is required by the Department of Homeland Security implementing Executive Orders 12549 and 12689, Debarment and Suspension.

Instructions for Certification

1.  By signing and submitting this proposal, the prospective primary participant is providing the certification set out below.

2.  The inability of a person to provide the certification required below will not necessarily result in denial of participation in this covered transaction. The prospective participant shall submit an explanation of why it cannot provide the certification set out below. The certification or explanation will be considered in connection with the department or agency's determination whether to enter into this transaction. However, failure of the prospective primary participant to furnish a certification or an explanation shall disqualify such person from participation in this transaction.

3.  The certification in this clause is a material representation of fact upon which reliance was placed when the department or agency determined to enter into this transaction. If it is later determined that the prospective primary participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause or default.

4.  The prospective primary participant shall provide immediate written notice to the department or agency to which this proposal is submitted if at any time the prospective primary participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

5.  The terms covered transaction, debarred, suspended, ineligible, lower tier covered transaction, participant, person, primary covered transaction, principal, proposal, and voluntarily excluded, as used in this clause, have the meanings set out in the Definitions and Coverage sections of the rules implementing Executive Order 12549. You may contact the department or agency to which this proposal is being submitted for assistance in obtaining a copy of those regulations.

6.  The prospective primary participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is proposed for debarment under 48 CFR part

32

9, subpart 9.4, debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency entering into this transaction.

7. The prospective primary participant further agrees by submitting this proposal that it will include the clause titled ``Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion-Lower Tier Covered Transaction,'' provided by the department or agency entering into this covered transaction, without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

8. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

9. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

10. Except for transactions authorized under paragraph 6 of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause or default.

## Certification Regarding Debarment, Suspension, and Other Responsibility Matters-- Primary Covered Transactions

(1) The prospective primary participant certifies to the best of its knowledge and belief, that it and its principals:

A. Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded by any Federal department or agency;

B. Have not within a three-year period preceding this proposal been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State or local) transaction or contract under a public transaction;

33

           violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

C.      Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State or local) with commission of any of the offenses enumerated in paragraph (1)(b) of this certification; and

D.      Have not within a three-year period preceding this application/proposal had one or more public transactions (Federal, State or local) terminated for cause or default.

(2)     Where the prospective primary participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

34

**Attachment C**

# ELIGIBLE EQUIPMENT

Equipment purchases are limited to those items that fall within the categories described below. If applicable, eligible equipment must be designed with the intent to meet or exceed the radiation detection requirements of the American National Standards Institute (ANSI) standard for each category.

| Equipment Category | ANSI Standard |
|---|---|
| Personal Radiation Detectors (PRDs), | 42.32 |
| Radio-Isotope Identification Devices (RIIDs), Handheld Isotope Identifiers, Handheld Spectrometers | 42.34 |
| Backpack based Gamma and Neutron Detection Systems | N/A |
| Mobile RN Detection Systems – "System" as defined here includes the vehicle in which the radiation detection component of the system is installed, including traditional law enforcement peripherals (lights, sirens, etc.). While detection systems configured to fit into helicopters are authorized, helicopters are not an allowable expense. | 42.43 |
| Equipment necessary to facilitate response protocols, information sharing, and situational awareness, including computers, network equipment, communication equipment and wiring. | N/A |
| Besides RIIDs, handheld radiation measurement devices necessary to characterize detection events (e.g. Survey meters; alpha, beta, gamma, neutron probes). | Survey meters: 42.33 Probes: N/A |
| Sealed radiation sources for training. Sealed radiation sources for system calibration and/or function checks. Storage lockers, if necessary, to maintain physical security of sources. | N/A |
| Equipment associated with preventive radiological and nuclear detection system calibration or maintenance, excluding vehicle maintenance. | N/A |
| Dosimeters, associated dosimeter readers, tracking software, and computers. | N13.11-2001 |

**Attachment D**

# ELIGIBLE TRAINING

Training courses described below are eligible as allowable cost items under this announcement. In addition, vendors of equipment listed in Attachment C may offer training on the operation, calibration, and maintenance of their equipment. Vendor training is eligible, when obtained from the specific vendor from which Attachment C equipment is purchased.

| Training Course/Category |
|---|
| WMD Rad/Nuc Awareness |
| WMD Rad/Nuc Awareness Train the Trainer (TTT) |
| WMD Rad/Nuc Responder Ops |
| WMD Rad/Nuc Hazmat Technician |
| WMD Rad/Nuc Personal Radiation Detector (PRD) |
| WMD Rad/Nuc Personal Radiation Detector (PRD) Train the Trainer (TTT) |
| WMD Rad/Nuc Detector Enabled Law Enforcement (DELE) |
| WMD Advanced Radiation Detection Course (ARD) |
| DNDO Regional Reachback (RRB) Course |
| DNDO sponsored STC Operational Workshops |
| Courses necessary for the authorized transportation, storage, and use of sealed radiation sources, based on NRC or NRC Agreement State regulations. |

36

# Exhibit B

# Securing the Cities Implementation Plan

Fiscal Year 2022

*November 4, 2022*
Fiscal Year 2022 Report to Congress



*Countering Weapons of Mass Destruction*

# Message from the Acting Assistant Secretary

November 4, 2022

I am pleased to present the following report, "Securing the Cities Implementation Plan," which was prepared by the Countering Weapons of Mass Destruction Office (CWMD).



This report was compiled pursuant to a requirement in the Joint Explanatory Statement, which accompanies the Fiscal Year (FY) 2022 Department of Homeland Security (DHS) Appropriations Act (P.L. 117-103). It discusses the status of in-progress changes being made to the Securing the Cities (STC) implementation plan and a detailed assessment of expenditures.

Pursuant to congressional requirements, this report is being provided to the following Members of Congress:

> The Honorable Lucille Roybal-Allard
> Chairwoman, House Appropriations Subcommittee on Homeland Security
>
> The Honorable Chuck Fleischmann
> Ranking Member, House Appropriations Subcommittee on Homeland Security
>
> The Honorable Chris Murphy
> Chair, Senate Appropriations Subcommittee on Homeland Security
>
> The Honorable Shelley Moore Capito
> Ranking Member, Senate Appropriations Subcommittee on Homeland Security

Should you have any questions, please contact the Department's Office of Legislative Affairs at (202) 447-5890.

Sincerely,

Gary Rasicot
Acting Assistant Secretary

i

# Executive Summary

Through the STC program, CWMD seeks to detect radiological/nuclear (R/N) materials out of regulatory control, preventing terrorist attacks and other high-consequence events using R/N materials in the United States. In accordance with the Countering Weapons of Mass Destruction Act of 2018, the Secretary of Homeland Security designates eligible jurisdictions from among high-risk urban areas (HRUA) to participate in the STC program.[1] CWMD currently supports 13 STC regions covering 14 HRUAs throughout the United States.

This report fulfills requirements set forth in the Joint Explanatory Statement that accompanies the FY 2022 DHS Appropriations Act (P. L. 117-103). This report focuses on summarizing key updates to the STC implementation plan and STC regional progress reported in the Securing the Cities Program Assessment Report and details expenditures to date.

Per U.S. Government Accountability Office (GAO) recommendations[2], CWMD began work with the STC regions in November 2021 to collect and report more detailed quarterly expenditures. In accordance with the new information requirement, regions submitted the first expenditure reports for first quarter of FY 2022 in January of 2022. Although the regions have made progress toward achieving one of the key milestones (initial operational capability (IOC)),[3] current expenditure status of the regions corresponds to delays in STC implementation. Implementation was delayed for reasons such as attrition and personnel turnover (both at the regions and the CWMD STC program management office (PMO)), and the re-evaluation of program processes and regional support. In some cases, implementation was impacted further by operational complications of the Coronavirus Disease 2019 pandemic and civil unrest in some major cities. Recently, as the regions and the CWMD STC PMO are returning to normal operations, regional and program expenditures are expected to increase as result of a ramp-up in equipment procurement, training, and sustainment.

The CWMD STC PMO hosted various seminars, program reviews, and senior leader meetings to facilitate and assist regions in their progress through STC implementation phases as they work to establish R/N detection programs. CWMD continues to work with regions on two fronts: (1) to help regions improve submissions of required reports and data to enable more accurate assessments of implementation progress toward successful IOC, followed by full operational capability, and (2) to help improve efficiency in funding execution.

The funding execution by region is often difficult to control or influence because of local procurement and contract regulations and processes. To mitigate this issue, CWMD set up a centralized procurement strategy through the CWMD Systems Support Directorate to procure primary screening equipment. To maintain flexibility, the STC program continues to provide

---

[1] 6 U.S.C. § 596b(c)(1).

[2] Report – GAO-19-327, *Combatting Nuclear Terrorism: DHS Should Address Limitations to Its Program to Secure Key Cities* (May 13, 2019).

[3] IOC is established on an individual basis with each region through cooperation between the regional PMOs and the CWMD STC program manager, and centers on the region's ability to detect and report the presence of R/N materials out of regulatory control with an initial set of key partners. This is validated via a tabletop exercise.

direct grant funding to lead agencies of the regions so that they may procure equipment locally when centralized procurement is not compatible with local requirements.  This will help to alleviate the burden of local procurement agencies, as well as will help to rework internal timelines and processes to accommodate such delays.



# Securing the Cities Implementation Plan

## Table of Contents

I.     Legislative Language ................................................................................................................. 1

II.    Background ................................................................................................................................. 2

III.   Update to Implementation Plan ........................................................................................... 4

IV.   Detailed Assessment of Expenditures and Status of STC Regions ........................................ 6

V.    Conclusion ............................................................................................................................... 12

Appendix A:   STC Phased Implementation ................................................................................ 13

Appendix: Abbreviations ............................................................................................................... 15

iv

# I.  Legislative Language

This document was compiled pursuant to direction in the Joint Explanatory Statement that accompanies the Fiscal Year (FY) 2022 Department of Homeland Security (DHS) Appropriations Act (P. L. 117-103), which states:

> *Securing the Cities.*—CWMD is directed to provide an updated implementation plan, within 120 days, for the Securing the Cities program that incorporates a detailed assessment on expenditures and their impact on achieving key performance measures and program milestones.

# II.  Background

Through the Securing the Cities (STC) program, the Countering Weapons of Mass Destruction Office (CWMD) seeks to detect radiological/nuclear (R/N) materials out of regulatory control, preventing terrorist attacks and other high-consequence events using R/N materials in the United States.  The STC program began as a pilot in 2007 with stakeholders in New York City (NYC) and Jersey City/Newark, New Jersey—two distinct high-risk urban areas (HRUA) counted as one STC region.  Lessons learned during the pilot program and operations in other regions over the last 15 years helped to refine the program so that CWMD could establish a standard implementation model.  Between 2012 and 2017, the program added four other HRUAs:  Los Angeles/Long Beach (LA/LB), the National Capital Region (NCR), Houston, and Chicago.  These four HRUAs combined with the two HRUAs from the pilot program make up the five legacy STC regions.  In 2020, CWMD added 8 new regions, bringing the total number of STC regions to 13, covering 14 HRUAs throughout the United States.

To ensure continued and constructive collaboration among federal, state, and local stakeholders, CWMD pursued noncompetitive cooperative agreements[4] with the 13 STC regions.  These agreements provide platforms to institute best practices, to track performance of regional capability development, and to ensure directed support to R/N detection.  A cooperative agreement allows CWMD to be involved substantially with providing programmatic and technical subject matter expertise and support as required across these regions.

In coordination with the DHS Office of Procurement Operations, Grants and Financial Assistance Division, CWMD has structured the cooperative agreements to suit best the needs of the state, local, tribal, and territorial (SLTT) partners and to facilitate the development of standardized R/N detection capabilities.  CWMD has adopted the Federal Emergency Management Agency's subgrantee model to ensure better coordination with a single principal partner and to gain efficiencies in federal oversight of a single recipient or lead agency within a region.  The lead agency is responsible for the local program management through a regional STC program management office (PMO), the coordination between partner agencies, and reporting for the region, which includes metrics pertaining to performance measures according to the STC implementation plan.  This single interface provides a streamlined process for partner integration to support successful regional performance.

In June 2021, CWMD submitted to Congress the Implementation Plan for Securing the Cities Program to fulfill the reporting requirement in the Countering Weapons of Mass Destruction Act of 2018 (P.L. 115-387, codified at 6 U.S.C. § 596b).  Further, CWMD submitted the Securing the Cities Program Assessment Report in September 2022, a 1-year assessment report following the submission of the implementation plan.  The report included the assessment of the STC program's effectiveness based on performance metrics and milestones from the implementation

---

[4] Cooperative agreements may be competitive or noncompetitive.  A competitive award allows multiple applicants to compete for some or all funds available under a notice of funding opportunity.  Competitive awards generally require the federal partner to refrain from assisting applicants with their award submissions.  Noncompetitive awards allow STC federal program personnel, with extensive knowledge in building radiation detection capability, to assist the lead agency to apply funds appropriately in the cooperative agreement.

plan, refinement of the detailed assessment approach, and the method that CWMD used in addressing program challenges.

This document draws on information provided in the Securing the Cities Program Assessment Report. It provides a summary of key updates to the STC implementation plan, a detailed assessment on expenditures, and the impact on achieving key performance measures and program milestones.

# III. Update to Implementation Plan

CWMD assesses program performance based on how well each impact measure fits into two broad definitions of success: sufficiency and appropriateness. CWMD assesses STC program performance sufficiency and appropriateness using five impact measures and associated measures of performance (MOP). As stated in the implementation plan for the STC program, "sufficiency" is defined as the measure of the *quantity* of evidence used to support findings and conclusions, which depended on the appropriateness of that data. On the other hand, "appropriateness" is defined as the measure of the *quality* of evidence that encompassed relevance, validity, and reliability used to support findings and conclusions. Based on current methodology for program performance assessment, the five original STC regions that have matured over time have been assessed to be effective. Table 1 below shows the results of this assessment.

**Table 1: Assessment of STC Legacy Regions**

| Legacy STC Regions | Impact Measure 1 | Impact Measure 2 | Impact Measure 3 | Impact Measure 4 | Impact Measure 5 | Overall |
|---|---|---|---|---|---|---|
| NYC/Newark | Yes | Yes | Yes | Yes | Yes | Effective |
| LA/LB | Yes | Yes | Yes | Yes | Yes | Effective |
| NCR | Yes | Yes | Yes | Yes | Yes | Effective |
| Houston | Yes | Yes | Yes | Yes | Yes | Effective |
| Chicago | Yes | Yes | Yes | Yes | No | Effective* |

*Based on the original assessment methodology, Chicago is assessed as having an "effective" capability.

After recent discussions with the STC Chicago PMO, it was decided jointly that it would benefit the program if Chicago remained in Phase II (Implementation); such status is reflected in Table 4 (STC regional status by phases). Because of the Coronavirus Disease 2019 (COVID-19) pandemic and job attrition, key personnel in the STC lead agency and partner agencies were lost. While the STC Chicago PMO actively is hiring a new STC program manager, this delay will allow the program to reestablish its executive committee and subcommittees, renewing each partner's commitment.

The assessment approach detailed in the Implementation Plan for Securing the Cities Program was useful for mature legacy regions that are already in Phase IV (Sustainment). However, during interactions with newer regions, CWMD recognizes that simply confirming whether regions are meeting impact measures and MOPs, as outlined in the original assessment methodology, does not offer a complete representation of program effectiveness. As a result, CWMD initiated a revision of the assessment methodology with more details. Two major areas of revision consisted of integration of Homeland Security Exercise and Evaluation Program[5] (HSEEP)-compliant exercises with application of core capabilities from the National

---

[5] See *HSEEP Guide,* January 2020.

4

Preparedness Goal and moving the tabletop exercise (TTX) from Phase III (Integration) to Phase II (Implementation).

Integration of HSEEP-compliant exercises enables regions to plan, train, and execute operations to a standardized approach and to enable CWMD to assess using a common standard across all regions. Further, HSEEP methodology integrates after-action reports that help regions to continually improve operational readiness through lessons learned. Additionally, the reason for the change in TTX execution timeline from Phase III to Phase II is to use a TTX to validate initial operational capability (IOC), which is in Phase II. The full-scale exercise (FSE) still is required to be executed in Phase III per the implementation plan to validate full operational capability (FOC).

Validating effectiveness of the STC program relies on accurate, timely, and targeted evidence as each individual region progresses through phases of the implementation plan. CWMD's ability to conduct regional program evaluations and other assessments depends on information reported by regional PMOs during each phase and whether each region's scheduled training and exercises remain on track. Since current data does not address CWMD's evaluation and other assessment needs fully, CWMD is refining assessment methodology to ensure that each regional program is effective, on schedule, and mission-capable.

# IV. Detailed Assessment of Expenditures and Status of STC Regions

## U.S. Government Accountability Office (GAO) Recommendations

In 2019, GAO produced a report[6] that examined three areas: (1) the extent to which DHS tracks STC cities' use of program funds and assesses their performance; (2) what assurance DHS has that cities can sustain capabilities gained through the STC program and challenges that cities face in sustaining such capabilities; and (3) potential changes to the STC program and how DHS plans to implement them, the basis for these changes, and the extent to which DHS communicated with cities about impact of making changes. After reviewing DHS documents, conducting site visits to all cities in the program regions, and interviewing DHS and city officials, GAO provided CWMD with four recommendations, all of which were closed officially as implemented as of November 2021. Below are two of the four recommendations that deal with expenditures and performance and respective CWMD responses, including the actions taken to close them.

**GAO Recommendation 1:** The Assistant Secretary of CWMD should ensure the office regularly collects detailed information from cities on expenditures made using program funds and compares the information to approved purchase plans to ensure these funds were spent as approved, consistent with program goals, and that the expenditures are in keeping with the objectives of the program.

- **CWMD Response:** This recommendation was assessed by GAO as implemented and closed on November 3, 2021. DHS CWMD, in coordination with the DHS Office of the Chief Financial Officer, Financial Assistance Policy and Oversight office and STC Partners, instituted a pre- and post-expenditure review process to ensure expenditures are consistent with purchase plans by utilizing restrictions, award-specific conditions, pre- and post-expenditure review measures, as well as desk audits and site visits to fully address GAO's recommendation.
- **CWMD Continuing Related Efforts:** As of November 30, 2022, regions are required to report quarterly on all applicable budget category spending information to include personnel, fringe benefits, travel, equipment, supplies, contractual, construction, other, and indirect costs. It abides by the policies and the spirit of the cooperative agreement. It allows the program to perform its due diligence regarding expenditure tracking, while minimizing any undue burden to the grantee.

**GAO Recommendation 2:** The Assistant Secretary of CWMD should more fully assess cities' performance by collecting information from cities on achieving key performance metrics and program milestones and enforcing reporting requirements on performance during exercises.

---

[6] Report – GAO-19-327, *Combatting Nuclear Terrorism: DHS Should Address Limitations to Its Program to Secure Key Cities* (May 13, 2019).

- **CWMD Response:** This recommendation was assessed by GAO as implemented and closed on August 2, 2021. In June 2021, CWMD issued its Securing the Cities Implementation Plan, which lays out key performance metrics, program milestones, and expected deliverables that CWMD will collect from each city in the program. Additionally, CWMD is developing a HSEEP that will be consistent with its Multi-Year Training and Exercise Plan.
- **CWMD Continuing Related Efforts:** The STC PMO is ensuring that regions submit quarterly financial reports and quarterly operations reports, which cover key metrics (as referenced in the STC implementation plan submitted to Congress in 2021), and is reworking the assessment criteria/infrastructure for measuring each region's progress programmatically and technically. The notice of funding opportunities includes timelines (i.e., validation dates) in which significant regional deliverables are due. This drives regional programmatic schedules, while performance is measured through secondary screening proficiency testing, training, and exercise assessments. Currently, CWMD is re-examining the existing assessment criteria and methodology being applied to assess a region's capability more accurately.

**Expenditures**

Per GAO Recommendation 1 above, CWMD started working with STC regions to collect more detailed expenditures. Table 2 depicts the total award that each region received and expended, less FY 2022 funding, at the aggregate level as of March 2022.

**Table 2: Total Awarded and Expended by Region over the Life of the Program as of Q2 FY 2022**

| Regions Legacy Awardees | Total Awarded ($K) | Total Expended ($K) | Total Expended (%) |
|---|---|---|---|
| Chicago | $ 20,725 | $ 8,554 | 41% |
| Houston | $ 23,612 | $ 14,401 | 61% |
| LA/LB | $ 26,672 | $ 19,867 | 74% |
| NCR | $ 22,350 | $ 15,396 | 69% |
| NYC/Newark | $ 133,757 | $ 125,876 | 94% |
| New Awardees | | | |
| Atlanta | $ 4,950 | $ 243 | 5% |
| Boston | $ 3,500 | $ 95 | 3% |
| Denver | $ 5,700 | $ 651 | 11% |
| Phoenix (Maricopa Co) | $ 3,200 | $ 66 | 2% |
| Miami | $ 4,927 | $ 79 | 2% |
| NOLA | $ 3,248 | $ 936 | 29% |
| San Francisco | $ 7,166 | $ 2,893 | 40% |
| Seattle | $ 2,975 | $ 666 | 22% |
| Total | $ 262,782 | $ 189,723 | 72% |

7

**Detailed Expenditures**

To collect detailed expenditures from regions, CWMD modified the cooperative agreement requiring each region to submit a detailed quarterly expenditure report during the first month of the following quarter. This change went into effect at the beginning of the first quarter of FY 2022. Table 3 provides the detailed expenditures of the FY 2020 and FY 2021 awards reflected in the second quarter reports for FY 2022 submitted by STC regions.

**Table 3: Detailed Expenditures of FY 2020 and FY 2021 Awards by Region as of Q2 FY 2022[7] (in thousands of dollars)**

| Regions (Dollar Unit in $K) | Salaries & Wages | Fringe Benefits | Equipment | Supplies | Travel | Other* | Contractual* | Total |
|---|---|---|---|---|---|---|---|---|
| Chicago Awarded | $ 401 | $ 217 | $ - | $ - | $ - | $ 33 | $ - | $ 650 |
| Chicago Expenditure | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Houston Awarded | $ 277 | $ 141 | $ 2,026 | $ 26 | $ 25 | $ 18 | $ - | $ 2,512 |
| Houston Expenditure | $ 178 | $ 78 | $ - | $ - | $ 2 | $ 0.8 | $ - | $ 260 |
| LA/LB Awarded | $ 521 | $ 113 | $ 822 | $ 11 | $ 62 | $ 443 | $ 200 | $ 2,172 |
| LA/LB Expenditure | $ - | $ - | $ 137 | $ - | $ - | $ - | $ - | $ 137 |
| NCR Awarded | $ 90 | $ 13 | $ 2,700 | $ - | $ - | $ 347 | $ - | $ 3,150 |
| NCR Expenditure | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| NYC/Newark Awarded | $ - | $ - | $ - | $ - | $ - | $ 7,982 | $ 2,553 | $ 10,534 |
| NYC/Newark Expenditure | $ - | $ - | $ - | $ - | $ - | $ 2,654 | $ - | $ 2,654 |
| Atlanta Awarded | $ 397 | $ 74 | $ 4,082 | $ 139 | $ 4 | $ - | $ 254 | $ 4,950 |
| Atlanta Expenditure | $ 132 | $ 40 | $ 67 | $ 0.3 | $ - | $ - | $ 3 | $ 243 |
| Boston Awarded | $ 130 | $ 14 | $ 2,220 | $ 22 | $ - | $ - | $ 1,115 | $ 3,500 |
| Boston Expenditure | $ 81 | $ 8 | $ - | $ 6 | $ - | $ - | $ - | $ 95 |
| Denver Awarded | $ 471 | $ 141 | $ 3,530 | $ 99 | $ 20 | $ 1,339 | $ 100 | $ 5,700 |
| Denver Expenditure | $ 334 | $ 119 | $ - | $ 10 | $ 3 | $ 2 | $ 182 | $ 651 |
| Phoenix (Maricopa Co) Awarded | $ 188 | $ 94 | $ 1,486 | $ 9 | $ - | $ 1,423 | $ - | $ 3,200 |
| Phoenix (Maricopa Co) Expenditure | $ 45 | $ 18 | $ - | $ 2 | $ - | $ 1 | $ - | $ 66 |
| Miami Awarded | $ 441 | $ 194 | $ 1,340 | $ 233 | $ 239 | $ 688 | $ 1,792 | $ 4,927 |
| Miami Expenditure | $ 66 | $ 5 | $ 2 | $ 2 | $ 2 | $ 1 | $ - | $ 79 |
| NOLA Awarded | $ 266 | $ 84 | $ 1,700 | $ 8 | $ 30 | $ 1,106 | $ 54 | $ 3,248 |
| NOLA Expenditure | $ 225 | $ 72 | $ 627 | $ 3 | $ 8 | $ - | $ - | $ 936 |
| San Francisco Awarded | $ 706 | $ 247 | $ 2,378 | $ 41 | $ 48 | $ 1,461 | $ 2,284 | $ 7,166 |
| San Francisco Expenditure | $ 246 | $ 102 | $ 1,388 | $ 12 | $ 0.9 | $ 93 | $ 1,052 | $ 2,893 |
| Seattle Awarded | $ 1,042 | $ 353 | $ 585 | $ 60 | $ 114 | $ 500 | $ 321 | $ 2,975 |
| Seattle Expenditure | $ 117 | $ 19 | $ 520 | $ 2 | $ 0.2 | $ - | $ 7 | $ 666 |
| | | | | | | | | |
| Total Awarded | $ 4,929 | $ 1,687 | $ 22,869 | $ 648 | $ 541 | $ 15,338 | $ 8,673 | $ 54,685 |
| Total Expenditures | $ 1,425 | $ 461 | $ 2,742 | $ 39 | $ 17 | $ 2,752 | $ 1,245 | $ 8,680 |
| Total Remaining | $ 3,505 | $ 1,225 | $ 20,128 | $ 609 | $ 524 | $ 12,586 | $ 7,429 | $ 46,005 |

Note: At the time when this report was drafted, CWMD was preparing the release of FY 2022 awards; thus, FY 2022 awards and expenditures are not reflected in the table.
*See Footnotes for the definitions of the Other[8] and Contractual[9] columns.

---

[7] Some "Total" values do not reflect the sum of numbers as shown on the table due to rounding to the nearest thousand dollars.

[8] Other – Any other items proposed as direct costs. They provided an itemized list with costs and state the basis for each proposed item (e.g., exercises). Additionally, all backfill and overtime for training is contained in this category.

[9] Contractual – Costs of all contracts for services and goods except for those that belong under other categories such as equipment, supplies, etc. They included third-party evaluation contracts (if applicable) and contracts with secondary recipient organizations.

CWMD deliberately has planned and awarded STC regions with funding in accordance with established process and for each region's specific category of activities as reflected in Table 3. Since FY 2021, the regions' STC implementations were impacted by operational complications created by the COVID-19 pandemic and civil unrest in some major cities. In addition, delays may be attributed to attrition and personnel turnover (both at the regions and CWMD STC PMO), and re-evaluation of program processes and regional support.

While regions' current expenditure status reflects delays in execution, their planned activities, including standing up governance structure, development and submission of plans and requirements documents, procurement and distribution of equipment, and execution of TTX and FSE including planning sessions, remain as required and necessary activities to implement STC programs. Current funding is allocated and expended against these activities as regions progress through the implementation phases. Recently, the CWMD STC PMO has engaged each region to review and refine the plan of action and milestones (POAM), which allows CWMD to plan and track the detailed status of the regions' progress. Table 4 provides 13 STC regions' status with respect to the 5 phases of implementation (see Appendix A: STC Phased Implementation). The table provides a snapshot of progress to date in accordance with the activity progress reports that regions submit along with their detailed quarterly expenditure reports, a CWMD requirement implemented per GAO recommendation, and their respective POAM updates.

9

**Table 4:  STC Regional Status by Phases as of 30 April 2022**

| Regions | Phase 0 | Phase I | Phase II | Phase III | Phase IV | Status |
|---|---|---|---|---|---|---|
| NYC/ Newark | | | | | ▲ | Reached Sustainment phase in 2020; currently executing equipment recapitalization; planning FSE |
| LA/LB | | | | | ▲ | Reached Sustainment phase in 2020; currently executing equipment recapitalization; planning for expansion in FY22-23 |
| NCR | | | | | ▲ | Reached Sustainment phase in 2020; currently executing equipment recapitalization; planning for expansion in FY22-23 |
| Houston | | | | | ▲ | Reached Sustainment phase in 2020; currently executing equipment recapitalization; executing expansion in FY22-23; planning FSE |
| Chicago | | | ▲ | | | Re-establishing Executive Committee and Sub-committees; resetting the program; conducting training; planning for expansion; updating documents |
| Atlanta | | ▲ | | | | Memoranda of Understanding (MOUs) signed, and Committees formed; developing regional plans and documents; equipment selected and approved to purchase |
| Denver | | | ▲ | | | Established Committees; MOUs signed; developing regional plans and documents; established equipment requirements; equipment purchase approved |
| Miami | | ▲ | | | | Establishing Committees; MOUs signed; developing regional plans and documents; working on selecting equipment |
| San Francisco | | | ▲ | | | Establishing IOC with equipment and training; developing regional plans and documents; exploring expansion |
| Seattle | | ▲ | | | | Committees formed; MOUs signed; selected equipment; started training; developing regional plans and documents |
| Boston | | ▲ | | | | Established Committees; MOUs signed; establishing equipment requirements; looking at expansion; developing regional plans and documents |
| NOLA | | | ▲ | | | Established Committees; MOUs signed; established IOC by leveraging Mardi Gras event; developing regional plans and documents |
| Phoenix (Maricopa Co) | | ▲ | | | | Established Committees with signed Charters; establishing requirements for program implementation; developing regional plans and documents; starting training |

Generally, Table 4 shows three regions in Phase I (Engagement), two regions between Phases I and II (Implementation), four regions including Chicago in Phase II, and four legacy regions in Phase IV (Sustainment).  The STC regions in Phase I (Engagement) are in the process of establishing a governance structure with standing committees and the associated charters and MOUs, and for developing regional plans and documents as required per deliverables outlined in the implementation plan.

The STC regions in Phase II (Implementation) are continuing development of plans and documents, and in planning and execution of IOC; the phase culminates with completion of plans and documents, and IOC that is validated via a TTX.  Further, regions conduct training and drills and distribute procured equipment during this phase.  While the New Orleans, Louisiana (NOLA), Region achieved IOC by leveraging the Mardi Gras event, it still is in Phase II as the region continues to increase and enhance its capability.  It also continues to finalize the required documents, to conduct training and drills, and to distribute procured equipment to prepare for FOC.  Table 4 depicts the STC regions' progress in respect to STC implementation phases and notes their key performance in respect to reported deliverables and activities to date.  These deliverables and activities are identified in their respective POAMs, and are specified in their cooperative agreement budget justifications for each budget year.

Additionally, as regions and the CWMD STC PMO recently started to return to normal operations, expenditures are expected to increase because of increases in equipment procurement and training as regions work toward FOC.

Efficient funding execution by regions is sometimes difficult to control or influence because of local procurement and contract regulations and processes. To mitigate this issue, CWMD set up a centralized procurement strategy through the CWMD Systems Support Directorate to procure primary screening equipment. To maintain flexibility, the STC program continues to provide direct grant funding to lead agencies of the regions so that they may procure equipment locally when centralized procurement is not compatible with local requirements. Notwithstanding this, CWMD continues to explore other ways to help to improve efficiency to include researching and making other procurement mechanisms available to SLTT partners, as well as by reworking internal timelines and processes to accommodate such delays.

# V.   Conclusion

CWMD started implementing changes based on the 2019 GAO recommendations and lessons learned in its policy, program structure, and functions.  The STC program continues to refine and establish a nationwide operational R/N detection capability to combat the threat of a high-consequence event, which has the potential to cause widespread destruction.  Success of STC programs relies heavily on state, local, and interagency partners.  CWMD is working diligently to support and integrate stakeholders better through all the capabilities discussed within this report.

Over the next several years, CWMD will continue to incorporate recommendations and lessons learned.  This includes further refinement of financial reporting and tracking methodologies and performance assessment methodologies for STC regions as necessary to support the newer regions.  CWMD continues to enhance engagements with the STC regions and stakeholders through various seminars, program reviews, and senior leaders' meetings, facilitating and assisting the regions in the execution of their deliverables and actions as they establish their respective R/N detection programs.  These efforts likely will improve efficiency in their implementation, thus increasing their rate of expenditure.  CWMD will continue to work with all STC regions to improve their submission of required reports and data to enable more accurate assessment of their progress through the STC implementation phases.

# Appendix A: STC Phased Implementation

**Phased Implementation**

The Countering Weapons of Mass Destruction (CWMD) Securing the Cities (STC) program is executed in phases to align the local implementation progress better to program milestones defined within each cooperative agreement. Phasing also signals to each lead agency a graduated approach to capability development resulting in program stability.

**Phase 0 (Planning and Analysis):**
Phase 0 consists of activities that prepare a high-risk urban area (HRUA) to enter into a cooperative agreement with CWMD. The activities include the development and issuance of the annual notice of funding opportunity (NOFO) for each respective HRUA; initial engagement with federal partners, including the Federal Bureau of Investigation and Department of Energy's National Nuclear Security Administration; and with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, reports, and associated timelines, which are foundational documents required to implement a sustainable radiological/nuclear (R/N) detection capability successfully. The reports are focused operationally and are tied directly to the program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis. The Department of Homeland Security (DHS) Secretary's approval is gained during Phase 0 for any additional regions that meet eligibility requirements. Phase 0 starts approximately 1 year prior to the initial award in Phase I.

**Phase I (Engagement):**
Phase I begins with the award of a cooperative agreement with an HRUA. The application submitted by the HRUA identifies the proposed lead agency and provides program details to answer the requirements of the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to define requirements and to build local program structure. This phase is expected to take up to 1 year.

**Phase II (Implementation):**
Phase II efforts focus on meeting immediate HRUA requirements to establish or enhance initial operational capabilities, which involves procuring equipment, receiving training, utilizing protocols, and sharing information to detect and report the presence of radiological/nuclear materials out of regulatory control. Phase II is expected to take 3 years.

**Phase III (Integration):**
During Phase III, CWMD expects a region to achieve full operational capability and to demonstrate successfully its ability to integrate into a national detection framework, as defined in National Security Presidential Memorandum-36, "Guidelines for the United States Government Interagency Response to Terrorist Threats or Incidents in the United States and overseas," and the Domestic Detection Concept of Operations. Successful completion of a full-scale exercise (FSE) and compliance with all DHS reporting requirements will be the criteria for transitioning to the sustainment phase and for an STC region becoming eligible for federal STC program

sustainment funding. Also, expansion to the principal pathways is being planned and executed. Phase III is expected to last 1 year.

**Phase IV (Sustainment):**
At the end of the 5-year period, after the awarding of the cooperative agreement and contingent upon successful completion of the regional FSE, a region enters the Sustainment phase of the STC program. During this phase, the region will continue to train and exercise its personnel while refreshing equipment. To maintain eligibility for federal STC sustainment funding, a region is expected to successfully complete an FSE once every 5 years. This requirement is intended to facilitate long-term sustainment of the regional detection and reporting capability. It will require enduring program management by the local program office to maintain eligibility for continued federal support. Expansion planning and execution continue in this phase.

# Appendix: Abbreviations

| Abbreviation | Definition |
|---|---|
| COVID-19 | Coronavirus Disease 2019 |
| CWMD | Countering Weapons of Mass Destruction |
| DHS | Department of Homeland Security |
| FSE | Full-Scale Exercise |
| FOC | Full Operational Capability |
| FY | Fiscal Year |
| GAO | U.S. Government Accountability Office |
| HRUA | High-Risk Urban Areas |
| HSEEP | Homeland Security Exercise and Evaluation Program |
| IOC | Initial Operational Capability |
| LA/LB | Los Angeles/Long Beach |
| MOP | Measures of Performance |
| MOU | Memorandum of Understanding |
| NCR | National Capital Region |
| NOFO | Notice of Funding Opportunity |
| NOLA | New Orleans, Louisiana |
| NYC | New York City |
| POAM | Plan of Action and Milestones |
| PMO | Program Management Office |
| R/N | Radiological/Nuclear |
| SLTT | State, Local, Tribal, and Territorial |
| STC | Securing the Cities |
| TTX | Tabletop Exercise |

15

# Exhibit C

**250** Countdown to America's 250th Anniversary!

**23** Days  **7** Hours  **40** Minutes

Search

**SECRETARY MARKWAYNE MULLIN**

U.S. Department of Homeland Security

# CWMD Meets with Chicago Area BioWatch and STC Partners

**Release Date:** April 4, 2025

WASHINGTON – On March 27 - 28, the Assistant Secretary for the DHS Countering Weapons of Mass Destruction Office (CWMD), David Richardson, traveled to Chicago, Illinois, to meet with state and local representatives for the BioWatch and Securing the Cities (STC) programs.

During the March 27 BioWatch meeting, A/S Richardson met with the Chicago area BioWatch program representatives to discuss the future of the program, its value, and what actions CWMD could take to strengthen this valuable program further.

The BioWatch program operates 24/7/365 in over 30 major metropolitan areas to provide an early indication of any potential airborne biological attack. DHS CWMD manages the program, supported by other federal agencies. The program is operated by a network of scientists and laboratory technicians, along with emergency managers, law enforcement officers, and public health officials across federal, state, and local levels of government.

On March 28, A/S Richardson met with the Chicago STC program leadership. The purpose of the meeting was to discuss detection equipment needs, the program's status, and to see if there are any areas CWMD can improve upon in supporting the state and local team.

The STC Program was established in 2007 and included in the Countering Weapons of Mass Destruction Act of 2018. STC's mission is to prevent the illicit possession, movement, and use of radiological or nuclear materials and weapons in the United States by enhancing the nuclear detection capabilities of state, local, tribal, and territorial agencies.

Through STC's coordinated planning and operations, federal, state, local, tribal, and territorial partners work together in the STC regions to defend against the threat of radiological or nuclear terrorism. CWMD provides radiological and nuclear detection equipment, training, exercise support, and operational and technical subject matter expertise to the STC regions through cooperative agreement grants.

CWMD supports STC implementations in broad areas centered on high-risk urban areas across the Nation. Urban areas include New York City/Newark, Los Angeles/Long Beach, National Capital Region, Houston,

Chicago, Atlanta, Miami, Denver, Phoenix/Maricopa County, San Francisco, Seattle, Boston, and New Orleans.

CWMD serves as the Department of Homeland Security's focal point for countering weapons of mass destruction efforts. By supporting operational partners across federal, state, local, tribal, and territorial levels, CWMD coordinates DHS efforts to safeguard the United States against chemical, biological, radiological, and nuclear threats.

## Keywords

BIOWATCH (/KEYWORDS/BIOWATCH)

COUNTERING WEAPONS OF MASS DESTRUCTION (CWMD) (/KEYWORDS/COUNTERING-WEAPONS-MASS-DESTRUCTION-CWMD)

COUNTERTERRORISM (/KEYWORDS/COUNTERTERRORISM)

STATE, LOCAL, TRIBAL, AND TERRITORIAL (SLTT) (/KEYWORDS/STATE-LOCAL-TRIBAL-AND-TERRITORIAL-SLTT)

Last Updated: 04/04/2025

# Exhibit D

# Department of Homeland Security

## *Countering Weapons of Mass Destruction*

### *Budget Overview*



**Fiscal Year 2024**

**Congressional Justification**

# Department of Homeland Security

## *Countering Weapons of Mass Destruction*

### *Strategic Context*



**Fiscal Year 2024**

**Congressional Justification**

# Countering Weapons of Mass Destruction
## Strategic Context
## Component Overview

The Countering Weapons of Mass Destruction Office (CWMD) leads DHS efforts and coordinates with domestic and international partners to safeguard the United States against CBRN threats.

The strategic context presents the performance budget by tying together programs with performance measures that gauge the delivery of results to our stakeholders. DHS has integrated a mission and mission support programmatic view into a significant portion of the Level 1 Program, Project, or Activities (PPAs) in the budget. A mission program is a group of activities acting together to accomplish a specific high-level outcome external to DHS, and includes operational processes, skills, technology, human capital, and other resources. Mission support programs are those that are cross-cutting in nature and support multiple mission programs. Performance measures associated with CWMD's mission support program are presented in two measure sets, strategic and management measures. Strategic measures communicate results delivered for our agency mission and are considered our Government Performance and Results Act Modernization Act (GPRAMA) measures. Additional supporting measures, known as management measures, are displayed to enhance connections to resource requests. The measure tables indicate new measures and those being retired, along with historical data if available.

***Capability and Operational Support***: The Capability and Operational Support program analyzes sensor data, defines requirements, provides test and evaluation capabilities, and procures chemical/biological and radiological/nuclear detection equipment that can be carried, worn, or easily moved to support operational end-users. The program manages and supports national biosurveillance and detection capabilities, coordination, and preparedness for biological and chemical events to help communities build capabilities to prepare, respond, and recover.

*Strategic Measures*

| Measure Name: | Number of High Risk Urban Areas that have achieved Full Operational Capability to combat radiological/nuclear threats through the Securing the Cities Program | | | | | | |
|---|---|---|---|---|---|---|---|
| Strategic Alignment: | 1.2 : Prevent and Disrupt Threats | | | | | | |
| Description: | This measure assesses the number of High Risk Urban Areas that have achieved Full Operational Capability through the Securing the Cities (STC) program.  The STC program seeks to give state and local agencies the ability to detect and deter nuclear terrorism.  The program provides funding for equipment, such as radiation detectors, and training during an initial five-year capability development period.  Funding for sustainment beyond five years is available to participating high risk urban areas contingent upon satisfying criteria specified in the STC Implementation Plan; includes a region's ongoing commitment to the mission and successful completion of a series of validation exercises that include one Tabletop Exercise (TTX) and one Full Scale Exercise (FSE).   A major metropolitan area is deemed fully mission capable when 5-10 percent of its law enforcement is trained and equipped to detect and report Radiological/Nuclear material out of regulatory control.  This performance measure aligns with the CWMD Office mission as defined in Public Law 115-387, Countering Weapons of Mass Destruction Act of 2018. | | | | | | |
| Fiscal Year: | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 |
| Targets: | --- | --- | --- | FOUO | FOUO | FOUO | FOUO |
| Results: | --- | --- | --- | FOUO | FOUO | TBD | TBD |

CWMD - 2

**Countering Weapons of Mass Destruction**      **Strategic Context**

| | |
|---|---|
| **Explanation of Result:** | FY 2022 was a very busy year but no one conducted a Full Scale Exercise (FSE) as is required to be FOC. |

| | |
|---|---|
| **Measure Name:** | Percent of Acquisition programs to counter hor threats that meet their Acquisition Program Baseline (APB) schedule, cost, and performance thresholds |
| **Strategic Alignment:** | 1.4 : Counter Weapons of Mass Destruction and Emerging Threats |
| **Description:** | This metric will assess two things: 1) programs having APB schedule thresholds which remain to be achieved, and programs that have completed their final baselined key event during the current annual evaluation period; and 2) programs that have not yet reached Full Operational Capability (FOC) and those that have reached FOC during the current annual evaluation period, defined as CWMD and all supported Component(s) having signed an FOC Achievement Memorandum. |

| **Fiscal Year:** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** | **FY 2024** |
|---|---|---|---|---|---|---|---|
| **Targets:** | --- | --- | --- | --- | --- | 100% | 100% |
| **Results:** | --- | --- | --- | --- | --- | TBD | TBD |

*Management Measures*

| | |
|---|---|
| **Measure Name:** | Number of Biowatch exercises to increase the number of exercises conducted each fiscal year in Biowatch jurisdictions |
| **Strategic Alignment:** | 1.2 : Prevent and Disrupt Threats |
| **Description:** | The measure quantifies the number of Homeland Security Exercise and Evaluation Program (HSEEP) exercises that CWMD conducts in BioWatch jurisdictions.  The range in the measure target is the number of HSEEP events conducted throughout all the BioWatch jurisdictions visited, rather than the number of jurisdictions visited.  The numbers in the target indicate the number of jurisdictions conducting exercises broken down by size (small, medium, and large).  Small jurisdictions are defined as having a Metropolitan Statistical Area (MSA) population less than 500,000 people, medium jurisdictions are defined as having an MSA population between 500,000 and 1,000,000 people, and large jurisdictions are defined as an MSA population greater than 1,000,000 people. |

| **Fiscal Year:** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** | **FY 2024** |
|---|---|---|---|---|---|---|---|
| **Targets:** | --- | --- | --- | --- | 7 | 7 | 7 |
| **Results:** | --- | --- | --- | --- | 21 | TBD | TBD |

| | |
|---|---|
| **Explanation of Result:** | In FY 2022 Q4, the Exercise Branch conducted two tabletop exercises for the St. Louis and Denver jurisdictions and one full-scale exercise for the St. Louis jurisdiction.  The exercises conducted in Q4 were 14% of the total number of exercises (21) conducted in FY22 or 43% of the maximum projected number of exercises (7) in FY22. |

**Countering Weapons of Mass Destruction**        **Strategic Context**

| Measure Name: | Number of Federal, state, local, tribal, and territorial (FSLTT) stakeholders receiving the National Biosurveillance Integration Center's reports | | | | | | |
|---|---|---|---|---|---|---|---|
| Strategic Alignment: | 1.4 : Counter Weapons of Mass Destruction and Emerging Threats | | | | | | |
| Description: | This measure assesses growth of Federal, state, local, tribal, and territorial (FSLTT) stakeholders receiving the National Biosurveillance Integration Center's (NBIC) reports.  Stakeholder growth includes new individuals or groups receiving NBIC reports as well as removal of any recipients electing not to receive future reports or for which the email address is no longer valid.  Only active stakeholder accounts are measured as the total recipient population. Assessing the percentage of growth also results in a greater annual effort even if the measure target percentage remains unchanged.  This is due to having achieved an annual target of growth, the base is now larger, and the following year will have to achieve a greater number of active accounts than the year prior although the target percentage goal did not change. | | | | | | |
| Fiscal Year: | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 |
| Targets: | --- | --- | --- | --- | --- | 4 | 4 |
| Results: | --- | --- | --- | --- | --- | TBD | TBD |

| Measure Name: | Percent of BioWatch laboratories meeting expectation for scored proficiency tests to ensure they can identify known microorganisms of interest | | | | | | |
|---|---|---|---|---|---|---|---|
| Strategic Alignment: | 1.2 : Prevent and Disrupt Threats | | | | | | |
| Description: | This measure gauges whether BioWatch laboratories evaluating environmental samples for biological agents meet program quality assurance (QA) expectations to ensure they can identify known microorganisms of interest.  It is essential that Federal, state, and local agencies have high confidence in the specificity and sensitivity of a BioWatch detection to allow them to make critical decisions in a timely manner to ensure public safety.  A robust and respected quality assurance process provides that assurance and when discrepancies are found, aides the lab in correcting deficiencies.  The total number of proficiencies may also vary annually by laboratory. | | | | | | |
| Fiscal Year: | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 |
| Targets: | --- | --- | --- | 96% | 96% | 96% | 96% |
| Results: | --- | --- | --- | 99% | 96% | TBD | TBD |
| Explanation of Result: | Target exceeded.  In FY 2022, three BioWatch Proficiency Tests (PT) were conducted at 29 BioWatch laboratories.  For PT1, labs met expectations for 54 out of 54 scoring opportunities.  For PT2, labs met expectations for 54 out of 58 scoring opportunities.  For PT3, labs met expectations for 49 out of 52 scoring opportunities. | | | | | | |

| Measure Name: | Percent of identified federal, state, local, tribal, and territorial stakeholders receiving the National Biosurveillance Integration Center reports | | | | | | |
|---|---|---|---|---|---|---|---|
| Strategic Alignment: | 1.2 : Prevent and Disrupt Threats | | | | | | |
| Description: | This measure assesses growth of Federal, state, local, tribal, and territorial (FSLTT) stakeholders receiving the National Biosurveillance Integration Center's (NBIC) reports.  Stakeholder growth includes new individuals or groups receiving NBIC reports as well as removal of any recipients electing not to receive future reports or for which the email address is no longer valid.  Only active stakeholder accounts are measured as the total recipient population.  Assessing the percentage of growth also results in a greater annual effort even if the measure target percentage remains unchanged.  This is due to having achieved an annual target of growth, the | | | | | | |

**Countering Weapons of Mass Destruction**                                                                 **Strategic Context**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| base is now larger, and the following year will have to achieve a greater number of active accounts than the year prior although the target percentage goal did not change. | | | | | | | |
| **Fiscal Year:** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** | **FY 2024** |
| **Targets:** | --- | --- | --- | --- | 95% | N/A | N/A |
| **Results:** | --- | --- | --- | --- | 96% | N/A | N/A |
| **Explanation of Result:** | NBIC sent out 153 reports to 2232 recipients using the Granicus GovDelivery system, which calculates the number of emails sent successfully and the number not sent successfully. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Measure Name:** | Percent of intelligence requirements answered in the annual program of analysis | | | | | | |
| **Strategic Alignment:** | 1.4 : Counter Weapons of Mass Destruction and Emerging Threats | | | | | | |
| **Description:** | This measure assesses consistency of program responsiveness to customer requirements.  Intelligence customer requirements fall into one of three categories: 1) Directed Production: Products directed and/or endorsed by DHS-CWMD Front Office leadership for the purpose of informing upcoming strategic initiatives; 2) Planned Production: Customer requested products that have been vetted and slotted for production during the upcoming FY; and 3) ADHOC Production: Products generated as the result of new and/or evolving threat information that informs an Intelligence Priority or mission relevant key intelligence question.  Additionally, ADHOC requirements also refer to Products generated as result of emerging need reflected from a specific customer request. | | | | | | |
| **Fiscal Year:** | **FY 2018** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** | **FY 2024** |
| **Targets:** | --- | --- | --- | --- | --- | 75% | 75% |
| **Results:** | --- | --- | --- | --- | --- | TBD | TBD |

**Countering Weapons of Mass Destruction**                                                      **Strategic Context**

***CWMD Research and Development***: The Research and Development program manages efforts to identify, explore, develop, and demonstrate science and technologies that address gaps in the detection architecture. Activities also improve the performance of detection and analysis and forensics capabilities, and/or significantly reduce the operational burden of detection systems in the field. The program works closely with supported operational customers to ensure the effective transition of technologies to the field. This program includes Technology Advancement projects, as well as Small Business Innovation Research projects.

*Strategic Measures*

| Measure Name: | Percent of technology or knowledge products transitioned to customers for planned improvements in the Homeland Security Enterprise | | | | | | |
|---|---|---|---|---|---|---|---|
| Strategic Alignment: | 1.4 : Counter Weapons of Mass Destruction and Emerging Threats | | | | | | |
| Description: | This measure reflects the percent at which CWMD meets its planned fiscal year transitions of technology or knowledge products for research and development funded programs/projects.  A successful transition is the transition/transfer of ownership and/or operation of a technology or knowledge product from CWMD to a customer within DHS or industry.  A technology product is a piece of equipment, system, or component of a system, such as an algorithm to be embedded into a piece of software.  Knowledge products may be assessments, standards, training, or documents for decision support.  The transition of technology or knowledge products reflects the value that CWMD provides in delivering solutions to secure key assets, enhance operational efficiencies and effectiveness, and enable the Department and first responders to do their jobs safer, better, and smarter. | | | | | | |
| Fiscal Year: | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 |
| Targets: | --- | --- | --- | --- | --- | 40% | 50% |
| Results: | --- | --- | --- | --- | --- | TBD | TBD |

*Management Measures*

| Measure Name: | Percent of annual Research and Development program and project milestones successfully achieved | | | | | | |
|---|---|---|---|---|---|---|---|
| Strategic Alignment: | 1.2 : Prevent and Disrupt Threats | | | | | | |
| Description: | This measure will gauge how well Research and Development program and project activities and their progress milestones are executed by the Transformational and Applied Research Directorate against numerous types of projects that are planned for and budgeted each year.  A steady or slightly increasing number of milestones met is an indicator of effective program management. | | | | | | |
| Fiscal Year: | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 |
| Targets: | --- | 90.0% | 90.0% | 95.0% | 95.0% | 95.0% | 95.0% |
| Results: | --- | 91.4% | 57.0% | 81.0% | 81.0% | TBD | TBD |
| Explanation of Result: | In FY 2022 Q4, 32% (47 of the planned 58) research & development milestones for the fiscal year were successfully achieved.  Schedule delays were largely due to equipment malfunction, delayed receiving of materials, and clasification reviews.  No cost extensions have been granted and numerous closeout items have been sheduled for Q1 and Q2 of FY 2023. | | | | | | |
| Corrective Action: | CWMD is reassessing the 95% goal for this measure.  Historical results (FY 2020: 57%; FY 2021: 80.7%; and FY 2023: 81%) suggest that an 80% target may be more applicable due to external factors which may cause unexpected delays in part avaliability and scheduling of testing. | | | | | | |

## *Securing the Cities – PPA*

## Budget Comparison and Adjustments

## Comparison of Budget Authority and Request

*(Dollars in Thousands)*

| | FY 2022 Enacted | | | FY 2023 Enacted | | | FY 2024 President's Budget | | | FY 2023 to FY 2024 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Securing the Cities | - | - | $30,040 | - | - | $34,628 | - | - | $34,465 | - | - | ($163) |
| **Total** | - | - | **$30,040** | - | - | **$34,628** | - | - | **$34,465** | - | - | **($163)** |
| Subtotal Discretionary - Appropriation | - | - | $30,040 | - | - | $34,628 | - | - | $34,465 | - | - | ($163) |

## PPA Level I Description

**Securing The Cities:** Through the STC PPA, CWMD enhances the Nation's ability to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or radiological materials that threaten high-risk urban areas. STC is a critical component of CWMD's defense-in-depth strategy to maximize detection opportunities from the furthest distance practicable to the intended target area. STC provides funding, equipment, and training and exercise support through cooperative agreements to ensure that radiological detection is integrated into day-to-day operations. Using regional program offices, STC procures detection equipment, guides the development of contingency operations and standard operating procedures, and integrates STC partner programs into a national radiological/nuclear (R/N) detection architecture.

# Securing the Cities – PPA
# Budget Authority and Obligations
*(Dollars in Thousands)*

|  | FY 2022 | FY 2023 | FY 2024 |
|---|---|---|---|
| **Enacted/Request** | **$30,040** | **$34,628** | **$34,465** |
| Carryover - Start of Year | $707 | $3,057 | - |
| Recoveries | $4 | $1 | - |
| Rescissions to Current Year/Budget Year | - | - | - |
| Net Sequestered Resources | - | - | - |
| Reprogramming/Transfers | - | - | - |
| Supplementals | - | - | - |
| **Total Budget Authority** | **$30,751** | **$37,686** | **$34,465** |
| Collections - Reimbursable Resources | - | - | - |
| Collections - Other Sources | - | - | - |
| **Total Budget Resources** | **$30,751** | **$37,686** | **$34,465** |
| Obligations (Actual/Estimates/Projections) | $27,668 | $37,686 | $34,465 |
| **Personnel: Positions and FTE** |  |  |  |
| Enacted/Request Positions | - | - | - |
| Enacted/Request FTE | - | - | - |
| **Onboard and Actual FTE** |  |  |  |
| Onboard (Actual/Estimates/Projections) | - | - | - |
| FTE (Actual/Estimates/Projections) | - | - | - |

# Securing the Cities – PPA
# Summary of Budget Changes
*(Dollars in Thousands)*

|  | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2022 Enacted** | - | - | - | **$30,040** | **$30,040** |
| **FY 2023 Enacted** | - | - | - | **$34,628** | **$34,628** |
| **FY 2024 Base Budget** | - | - | - | **$34,628** | **$34,628** |
| **Total Technical Changes** | - | - | - | - | - |
| **Total Annualizations and Non-Recurs** | - | - | - | - | - |
| Securing the Cities (STC) | - | - | - | ($163) | ($163) |
| **Total Pricing Changes** | - | - | - | **($163)** | **($163)** |
| **Total Adjustments-to-Base** | - | - | - | **($163)** | **($163)** |
| **FY 2024 Current Services** | - | - | - | **$34,465** | **$34,465** |
| **Total Transfers** | - | - | - | - | - |
| **Total Program Changes** | - | - | - | - | - |
| **FY 2024 Request** | - | - | - | **$34,465** | **$34,465** |
| **FY 2023 TO FY 2024 Change** | - | - | - | **($163)** | **($163)** |

# Securing the Cities – PPA
# Non Pay Budget Exhibits
## Non Pay Summary
*(Dollars in Thousands)*

|  | FY 2022<br>Enacted | FY 2023<br>Enacted | FY 2024<br>President's Budget | FY 2023 to<br>FY 2024 Change |
|---|---|---|---|---|
| Securing the Cities | $30,040 | $34,628 | $34,465 | ($163) |
| **Total** | **$30,040** | **$34,628** | **$34,465** | **($163)** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $30,040 | $34,628 | $34,465 | ($163) |

## Non Pay by Object Class
*(Dollars in Thousands)*

|  | FY 2022<br>Enacted | FY 2023<br>Enacted | FY 2024<br>President's Budget | FY 2023 to<br>FY 2024 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $113 | $113 | $75 | ($38) |
| 23.3 Communications, Utilities, & Miscellaneous | - | - | $2,263 | $2,263 |
| 25.1 Advisory & Assistance Services | $4,455 | $4,455 | $2,212 | ($2,243) |
| 25.7 Operation & Maintenance of Equipment | - | - | $231 | $231 |
| 31.0 Equipment | $12,478 | $17,066 | $18,454 | $1,388 |
| 41.0 Grants, Subsidies, and Contributions | $12,994 | $12,994 | $11,230 | ($1,764) |
| **Total - Non Pay Budget Object Class** | **$30,040** | **$34,628** | **$34,465** | **($163)** |

**Federal Assistance**                                                                 **Securing the Cities – PPA**

# Non Pay Cost Drivers
*(Dollars in Thousands)*

|  | FY 2022 Enacted | FY 2023 Enacted | FY 2024 President's Budget | FY 2023 to FY 2024 Total Changes |
|---|---|---|---|---|
| Equipment | $5,345 | $17,241 | $18,454 | $1,213 |
| Regional Program Management | $11,645 | $7,008 | $6,100 | ($908) |
| Backfill and Overtime | $6,891 | $4,732 | $5,130 | $398 |
| Other Costs | $6,159 | $5,647 | $4,781 | ($866) |
| **Total - Non-Pay Cost Drivers** | **$30,040** | **$34,628** | **$34,465** | **($163)** |

## Explanation of Non-Pay Cost Drivers

**Equipment:** This funding supports new equipment procurement as well as operations and maintenance of fielded assets. STC plans to develop and implement an Integrated Logistics Hub to provide long-term logistic support to regional partners.

**Regional Program Management:** These are costs associated with maintaining the 13 regional offices, including salaries for the program manager and staff,

**Backfill and Overtime:** Cooperative agreement funding for this effort supports initial training of non-Federal personnel in new STC regions as well as initial and refresher training for regional partners in sustainment to maintain capability. This level of funding supports the continuation of training in all 13 STC regions.

**Other Costs:** CWMD requires support contractors to develop and administer the STC program. CWMD also has other costs with program administration, such as contracts to support wireless networks and a Global Information Infrastructure providing a common operating picture to Federal, State, and local agencies for STC regions.

# Exhibit E

# Department of Homeland Security

## *Countering Weapons of Mass Destruction*

### *Budget Overview*



**Fiscal Year 2025**

**Congressional Justification**

# Department of Homeland Security

## *Countering Weapons of Mass Destruction*

### *Strategic Context*



**Fiscal Year 2025**

**Congressional Justification**

# Countering Weapons of Mass Destruction
## Strategic Context
## Component Overview

The Countering Weapons of Mass Destruction Office (CWMD) leads DHS efforts and coordinates with domestic and international partners to safeguard the United States against CBRN threats.

The strategic context presents the performance budget by tying together programs with performance measures that gauge the delivery of results to our stakeholders. DHS has integrated a mission and mission support programmatic view into a significant portion of the Level 1 Program, Project, or Activities (PPAs) in the budget. A mission program is a group of activities acting together to accomplish a specific high-level outcome external to DHS, and includes operational processes, skills, technology, human capital, and other resources. Mission support programs are those that are cross-cutting in nature and support multiple mission programs. Performance measures associated with CWMD's mission support program are presented in two measure sets, strategic and management measures. Strategic measures communicate results delivered for our agency mission and are considered our Government Performance and Results Act Modernization Act (GPRAMA) measures. Additional supporting measures, known as management measures, are displayed to enhance connections to resource requests.

*Capability and Operational Support*: Through its Capability and Operational Support Activities, CWMD analyzes sensor data, defines requirements, provides test and evaluation capabilities, and procures chemical, biological, radiological, and nuclear detection equipment that can be carried, worn, or easily moved to support operational end-users. CWMD manages and supports national biosurveillance and detection capabilities, coordination, and preparedness for biological and chemical events to help communities build capabilities to detect, identify, prevent, and protect against attacks using illicit materials.

*Strategic Measures*

| Measure Name: | Number of High Risk Urban Areas that have achieved Full Operational Capability to combat radiological/nuclear threats through the Securing the Cities Program | | | | | | |
|---|---|---|---|---|---|---|---|
| Strategic Alignment: | 1.4 : Identify and Counter Emerging and Chemical, Biological, Radiological, and Nuclear Threats | | | | | | |
| Description: | This measure assesses the number of High-Risk Urban Areas that have achieved Full Operational Capability through the Securing the Cities (STC) program. The STC program seeks to give State and local agencies the ability to detect and deter nuclear terrorism. The program provides funding for equipment, such as radiation detectors, and training during an initial five-year capability development period. Funding for sustainment beyond five years is available to participating high risk urban areas contingent upon satisfying criteria specified in the STC Implementation Plan; includes a region's ongoing commitment to the mission and successful completion of a series of validation exercises that include one Tabletop Exercise (TTX) and one Full Scale Exercise (FSE). This performance measure aligns with the CWMD Office mission as defined in Public Law 115-387, Countering Weapons of Mass Destruction Act of 2018. | | | | | | |
| Fiscal Year: | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 |
| Targets: | --- | --- | FOUO | FOUO | FOUO | FOUO | FOUO |
| Results: | --- | --- | FOUO | FOUO | FOUO | FOUO | FOUO |
| Explanation of Result: | The Securing the Cities program provides financial and non-financial assistance to State, local, and tribal organizations in high-risk major metropolitan areas to be better prepared against radiological and nuclear threats to help protect U.S. citizens. Due to the sensitivity of the information, the results are FOUO. | | | | | | |

**CWMD - 2**

**Countering Weapons of Mass Destruction**            **Strategic Context**

| | |
|---|---|
| **Measure Name:** | Percent of Acquisition programs to counter chemical, biological, radiological, and nuclear (CBRN) threats that meet their Acquisition Program Baseline (APB) schedule, cost, and performance thresholds |
| **Strategic Alignment:** | 1.4 : Identify and Counter Emerging and Chemical, Biological, Radiological, and Nuclear Threats |
| **Description:** | This metric will assess two things: (1) programs having APB schedule thresholds which remain to be achieved, and programs that have completed their final baselined key event during the current annual evaluation period and (2) programs that have not yet reached FOC and those that have reached FOC during the current annual evaluation period, defined as CWMD and all supported Component(s) having signed an FOC Achievement Memorandum. |

| Fiscal Year: | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|---|---|---|---|
| **Targets:** | --- | --- | --- | --- | 100% | 100% | 100% |
| **Results:** | --- | --- | --- | --- | 86% | TBD | TBD |

| | |
|---|---|
| **Explanation of Result:** | CWMD has seven acquisition programs with baselines against which to assess cost, schedule, and performance. All are meeting their performance thresholds, but only six out of seven (86 percent) are meeting their schedule and cost thresholds. Due to contractual protest and technical risks, the RPM RP program is currently in breach of both cost and schedule thresholds. |
| **Corrective Action:** | The RPM RP program is in the process of re-baselining. Once updates to the program's IMS and LCCE are completed, the program will submit an updated APB and all required documentation to leadership for review/required approvals to release the program from breach status. The program is targeting completion of the breach remediation activities in 2024. |

*Management Measures*

| | |
|---|---|
| **Measure Name:** | Number of Biowatch exercises to increase the number of exercises conducted each fiscal year in Biowatch jurisdictions |
| **Strategic Alignment:** | 1.4 : Identify and Counter Emerging and Chemical, Biological, Radiological, and Nuclear Threats |
| **Description:** | The measure quantifies the number of Homeland Security Exercise and Evaluation Program (HSEEP) exercises that CWMD conducts in BioWatch jurisdictions. The range in the measure target is the number of HSEEP events conducted throughout all the BioWatch jurisdictions visited, rather than the number of jurisdictions visited. The numbers in the target indicate the number of jurisdictions conducting exercises broken down by size (small, medium, and large). Small jurisdictions are defined as having a Metropolitan Statistical Area (MSA) population less than 500,000 people, medium jurisdictions are defined as having an MSA population between 500,000 and 1,000,000 people, and large jurisdictions are defined as an MSA population greater than 1,000,000 people. These numbers are based upon estimates as of 1 April 2020 from https://www2.census.gov/programs-surveys/popest/tables/2020-2021/cities/totals/SUB-IP-EST2021-ANNRNK.xlsx |

| Fiscal Year: | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|---|---|---|---|
| **Targets:** | --- | --- | --- | --- | FOUO | FOUO | FOUO |
| **Results:** | --- | --- | --- | --- | FOUO | FOUO | FOUO |

| | |
|---|---|
| **Explanation of Result:** | Due to the sensitivity of the information, the results are FOUO. |

| | |
|---|---|
| **Measure Name:** | Number of Federal, State, local, tribal, and territorial (FSLTT) stakeholders receiving the National Biosurveillance Integration Center's reports |
| **Strategic Alignment:** | 1.4 : Identify and Counter Emerging and Chemical, Biological, Radiological, and Nuclear Threats |
| **Description:** | |

**Countering Weapons of Mass Destruction**          **Strategic Context**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | This measure assesses growth of Federal, State, local, tribal, and territorial (FSLTT) stakeholders receiving the National Biosurveillance Integration Center's reports. Stakeholder growth includes new individuals or groups receiving NBIC reports as well as removal of any recipients electing not to receive future reports or for which the email address is no longer valid. Only active stakeholder accounts are measured as the total recipient population. Assessing the percentage of growth also results in a greater annual effort even if the measure target percentage remains unchanged. This is due to having achieved an annual target of growth, the base is now larger, and the following year will have to achieve a greater number of active accounts than the year prior although the target percentage goal did not change. | | | | | | |
| **Fiscal Year:** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** | **FY 2024** | **FY 2025** |
| **Targets:** | --- | --- | --- | --- | 4 | 4 | 4 |
| **Results:** | --- | --- | --- | --- | 2,356 | TBD | TBD |
| **Explanation of Result:** | Based off of new accounts only, NBIC was on track to exceed the target measure, however we have been experiencing issues with our email delivery system that resulted in more accounts being removed than expected. NBIC is reviewing its systems and processes for distributing the Integration Center's reports. If based upon this review NBIC determines the FY 2023 result is a system issue (e.g., email distribution error), NBIC will update this figure (as needed). Alternatively, if the FY 2023 result is not the product of a system issue, then NBIC and DHS will coordinate further to reevaluate targets. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Measure Name:** | Percent of BioWatch laboratories meeting expectation for scored proficiency tests to ensure they can identify known microorganisms of interest | | | | | | |
| **Strategic Alignment:** | 1.2 : Prevent and Disrupt Terrorist and Nation State Threats | | | | | | |
| **Description:** | This measure gauges whether BioWatch laboratories evaluating environmental samples for biological agents meet program quality assurance (QA) expectations to ensure they can identify known microorganisms of interest. It is essential that Federal, State, and local agencies have high confidence in the specificity and sensitivity of a BioWatch detection to allow them to make critical decisions in a timely manner to ensure public safety. A robust and respected quality assurance process provides that assurance and when discrepancies are found, aides the lab in correcting deficiencies. The total number of proficiencies may also vary annually by laboratory. | | | | | | |
| **Fiscal Year:** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** | **FY 2024** | **FY 2025** |
| **Targets:** | --- | --- | 96% | 96% | 96% | 96% | 96% |
| **Results:** | --- | --- | 99% | 96% | 98% | TBD | TBD |
| **Explanation of Result:** | In FY 2023, 98 percent of BioWatch laboratories met the expectation for scored proficiency tests to ensure they are able to identify known microorganisms of interest. | | | | | | |

**Countering Weapons of Mass Destruction**                                                                 **Strategic Context**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Measure Name:** | Percent of intelligence requirements answered in the annual program of analysis | | | | | | |
| **Strategic Alignment:** | 1.4 : Identify and Counter Emerging and Chemical, Biological, Radiological, and Nuclear Threats | | | | | | |
| **Description:** | This measure assesses consistency of program responsiveness to customer requirements. Intelligence customer requirements fall into one of three categories: (1) Directed Production: Products directed and/or endorsed by DHS-CWMD Front Office leadership for the purpose of informing upcoming strategic initiatives; (2) Planned Production: Customer requested products that have been vetted and slotted for production during the upcoming FY; and (3) ADHOC Production: Products generated as the result of new and/or evolving threat information that informs an Intelligence Priority or mission relevant key intelligence question. Additionally, ADHOC requirements also refer to Products generated as result of emerging need reflected from a specific customer request. | | | | | | |
| **Fiscal Year:** | **FY 2019** | **FY 2020** | **FY 2021** | **FY 2022** | **FY 2023** | **FY 2024** | **FY 2025** |
| **Targets:** | --- | --- | --- | --- | 75% | 75% | 75% |
| **Results:** | --- | --- | --- | --- | 75% | TBD | TBD |
| **Explanation of Result:** | In FY 2023, this measure met its target. | | | | | | |

Countering Weapons of Mass Destruction                                                 Federal Assistance

# Federal Assistance
## Justification of Program Changes
*(Dollars in Thousands)*

| | FY 2025 President's Budget | | | | |
| --- | --- | --- | --- | --- | --- |
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Program Change 1 - BioWatch Operations** | - | - | - | **$14,241** | **$14,241** |
| Biological Support | - | - | - | $14,241 | $14,241 |
| **Program Change 2 - Chemical Support** | - | - | - | **$1,300** | **$1,300** |
| Training, Exercises, and Readiness | - | - | - | $1,300 | $1,300 |
| **Program Change 3 - Securing the Cities (STC)** | - | - | - | **$1,738** | **$1,738** |
| Securing the Cities | - | - | - | $1,738 | $1,738 |
| **Program Change 4 - Training & Exercises** | - | - | - | **$1,993** | **$1,993** |
| Training, Exercises, and Readiness | - | - | - | $1,993 | $1,993 |
| **Total Program Changes** | - | - | - | **$19,272** | **$19,272** |

## Program Change 1 – BioWatch Operations

| *($ in thousands)* | Pos | FTE | Amount |
| --- | --- | --- | --- |
| Base: Current Services & Transfers | - | - | $84,996 |
| Program Change | - | - | $14,241 |

**Description**
As part of CWMD's adaptive approach to environmental biodetection to enhance capabilities and target areas of highest residual national security risk, the BioWatch program office is taking steps to better address the dynamic threat environment, shrink detection times, expand program coverage, and bolster operational stakeholder engagement. The FY 2025 Budget includes an increase of $14.2M for risk-informed program enhancements to 1) introduce advanced testing techniques for emerging biothreats, 2) optimize laboratory workflows, 3) expand surge detection capacity for special events and non-BioWatch jurisdictions, and 4) provide State and local stakeholders with training and exercising of broadened biodefense capabilities.

**Justification**
Threats: Consistent with recent biological threat and risk assessments and strategic biodefense guidance, testing for additional threat agents is prudent. Expanded coverage of the biothreat spectrum requires additional advisory and assistance services (A&AS) and supplies/consumables for lab operations and quality assurance (QA). Polymerase chain reaction analysis that tests for both RNA and DNA genetic material requires new assays,

**Countering Weapons of Mass Destruction**                                   **Federal Assistance**

reagents, and test plates, along with additional lab staff and test equipment. Additional reagents and A&AS labor are also needed for QA proficiency testing and audits of the additional threat agents to ensure continued accuracy and reliability of sample test results. An expanded sample set better covers the spectrum of potential aerosolized threats that could be weaponized ($12.3M).

Timeliness: Technical studies & analysis to perform workflow testing and optimization are needed to reduce the time required to analyze air samples and increase testing throughput. End-user feedback and engagement in the optimization process is critical to ensure process improvements function as intended ($0.7M).

Coverage: Deployment to cover special events in non-BioWatch jurisdictions requires significant planning, movement, positioning, and recovery of biodetection assets, Federal employees, and support staff. Because there is no infrastructure already in place, portable sample unit (PSU) arrays must be modeled and deployed according to site surveys/visits. Estimated costs, based largely on past event coverage, allow the program to cover one additional major (5-day) event and one additional minor (2-day) event per year ($0.4M).

Engagement: Cooperative agreements with State and local jurisdictions will provide backfill and overtime funding for staff to develop and maintain robust response plans and participate in training and scaled exercises related to biodefense for improved operational proficiency ($0.8M).

**Performance**
An expanded sample set better covers the spectrum of potential aerosolized threats that could be weaponized. Workflow optimization shrinks overall detection timelines, thereby enabling more rapid incident response. Expanded coverage of high-visibility special events protects more people and enhances the agility and unpredictability of the program, thereby serving as a strategic deterrent to drive down national security risk. Increased State and local participation in biodefense exercises improves operational proficiency and response effectiveness to save lives and mitigate consequences.

**Program Change 2 – Chemical Support:**

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | - | - | $5,080 |
| Program Change | - | - | $1,300 |

**Description**
The FY 2025 Budget includes an increase of $1.3M for Chemical Support to expand the implementation of the program's work with SLTT partners to assess and optimize jurisdictional capabilities through engagements and assessment methodologies to one additional jurisdiction for a total of three jurisdictions.

**Justification**

**Countering Weapons of Mass Destruction**                                                     **Federal Assistance**

The engagements and assessment methodologies are building off the legacy Chemical Defense Demonstration Initiative to deliver a comprehensive methodology for all cities to evaluate local chemical threats and defensive capability gaps at the community level. Engaging with and assessing a single jurisdiction requires providing technical assistance to CWMD's SLTT partners. Technical Assistance for a single jurisdiction includes subject matter experts, training and engagement, administrative support, and travel. Technical Assistance is provided to a jurisdiction for a year at an average cost of $1.3M.

**Performance**

Expanded engagements and assessments to one additional jurisdiction each year will accelerate community preparedness across the Nation for chemical attacks. Timely identification and closure of local detection and response capability gaps will improve defensive postures in these jurisdictions to help save lives and mitigate damage.

**Program Change 3 – Securing the Cities (STC):**

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | - | - | $34,628 |
| Program Change | - | - | $1,738 |

**Description**

The FY 2025 Budget includes an increase of $1.7M for recapitalization and sustainment of equipment and to expand regional capabilities.

**Justification**

STC engages and supports State and Local (S&L) operators in the development, sustainment and expansion of radiological/nuclear (R/N) Detection capability in, around, and leading to High-Risk Urban Areas (HRUAs) across the Nation. This results in an extensive cadre of well trained and equipped personnel within the regions who have the capability to support R/N detection search/locate operations (i.e. increase probably of detection of threat material) and a rapid and seamless transition of operations to national-level assets if deemed necessary. Increasing R/N detection coverage across the Nation and ensuring the interoperability and coordination of Federal, State, and local assets reduces overall R/N risk to the Nation.

**Performance**

This funding will recapitalize and sustain equipment, support proficiency training and exercises, and expand regional capabilities in STC jurisdictions.

**Program Change 4 – Training & Exercises:**

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|

**Countering Weapons of Mass Destruction**                                   **Federal Assistance**

| | | | |
|---|---|---|---|
| Base: Current Services & Transfers | - | - | $7,613 |
| Program Change | - | - | $1,993 |

**Description**
The FY 2025 Budget includes an increase of $2.0M to enable FSLTT operators to search, screen, and detect WMD threats in realistic operational training environments and exercises.

**Justification**
This program change will allow increased training and exercise support for the STC program. A robust training and exercise program is essential to preparing State and local jurisdictions and their responders to prevent/or respond to WMD threats and integrate with Federal and DHS component partners. Additionally, this provides a method for SLTT and Federal partners to assess, validate and enhance their capabilities; identifying best practices and shortcomings in resources, training and protocols.

**Performance**
Enhanced training and exercise support will ensure FSLTT partners are provided a consistent and measurable evaluation mechanism to sustain or improve performance.

Federal Assistance                                                                                          **Securing the Cities – PPA**

## *Securing the Cities – PPA*
## Budget Comparison and Adjustments
## Comparison of Budget Authority and Request
*(Dollars in Thousands)*

| | FY 2023 Enacted | | | FY 2024 Annualized CR | | | FY 2025 President's Budget | | | FY 2024 to FY 2025 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Securing the Cities | - | - | $34,628 | - | - | $34,628 | - | - | $36,366 | - | - | $1,738 |
| **Total** | - | - | **$34,628** | - | - | **$34,628** | - | - | **$36,366** | - | - | **$1,738** |
| Subtotal Discretionary - Appropriation | - | - | $34,628 | - | - | $34,628 | - | - | $36,366 | - | - | $1,738 |

## PPA Level I Description

**Securing The Cities:** Through the STC PPA, CWMD enhances the Nation's ability to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or radiological materials that threaten high-risk urban areas. STC is a critical component of CWMD's defense-in-depth strategy to maximize detection opportunities from the furthest distance practicable to the intended target area. STC provides funding, equipment, sustainment support, and training and exercise support through cooperative agreements to ensure that radiological detection is integrated into day-to-day operations. Using regional program offices, STC procures detection equipment, guides the development of contingency operations and standard operating procedures, and integrates STC partner programs into a national R/N detection architecture.

# Securing the Cities – PPA
## Budget Authority and Obligations
*(Dollars in Thousands)*

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| **Enacted/Request** | **$34,628** | **$34,628** | **$36,366** |
| Carryover - Start of Year | $3,410 | $6,603 | - |
| Recoveries | $912 | - | - |
| Rescissions to Current Year/Budget Year | - | - | - |
| Net Sequestered Resources | - | - | - |
| Reprogramming/Transfers | - | - | - |
| Supplementals | - | - | - |
| **Total Budget Authority** | **$38,950** | **$41,231** | **$36,366** |
| Collections - Reimbursable Resources | - | - | - |
| Collections - Other Sources | - | - | - |
| **Total Budget Resources** | **$38,950** | **$41,231** | **$36,366** |
| Obligations (Actual/Estimates/Projections) | $32,347 | $41,231 | $36,366 |
| **Personnel: Positions and FTE** |  |  |  |
| Enacted/Request Positions | - | - | - |
| Enacted/Request FTE | - | - | - |
| **Onboard and Actual FTE** |  |  |  |
| Onboard (Actual/Estimates/Projections) | - | - | - |
| FTE (Actual/Estimates/Projections) | - | - | - |

# Securing the Cities – PPA
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2023 Enacted** | - | - | - | **$34,628** | **$34,628** |
| **FY 2024 Annualized CR** | - | - | - | **$34,628** | **$34,628** |
| **FY 2025 Base Budget** | - | - | - | **$34,628** | **$34,628** |
| **Total Technical Changes** | - | - | - | - | - |
| **Total Annualizations and Non-Recurs** | - | - | - | - | - |
| **Total Pricing Changes** | - | - | - | - | - |
| **Total Adjustments-to-Base** | - | - | - | - | - |
| **FY 2025 Current Services** | - | - | - | **$34,628** | **$34,628** |
| **Total Transfers** | - | - | - | - | - |
| Securing the Cities (STC) | - | - | - | $1,738 | $1,738 |
| **Total Program Changes** | - | - | - | **$1,738** | **$1,738** |
| **FY 2025 Request** | - | - | - | **$36,366** | **$36,366** |
| **FY 2024 TO FY 2025 Change** | - | - | - | **$1,738** | **$1,738** |

# Securing the Cities – PPA
# Non Pay Budget Exhibits
## Non Pay Summary
*(Dollars in Thousands)*

|  | FY 2023 Enacted | FY 2024 Annualized CR | FY 2025 President's Budget | FY 2024 to FY 2025 Change |
|---|---|---|---|---|
| Securing the Cities | $34,628 | $34,628 | $36,366 | $1,738 |
| **Total** | **$34,628** | **$34,628** | **$36,366** | **$1,738** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $34,628 | $34,628 | $36,366 | $1,738 |

## Non Pay by Object Class
*(Dollars in Thousands)*

|  | FY 2023 Enacted | FY 2024 Annualized CR | FY 2025 President's Budget | FY 2024 to FY 2025 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $113 | $113 | $123 | $10 |
| 23.3 Communications, Utilities, & Miscellaneous | - | - | $4,209 | $4,209 |
| 25.1 Advisory & Assistance Services | $4,455 | $4,455 | $5,532 | $1,077 |
| 25.7 Operation & Maintenance of Equipment | - | - | $6,061 | $6,061 |
| 31.0 Equipment | $17,066 | $17,066 | $300 | ($16,766) |
| 41.0 Grants, Subsidies, and Contributions | $12,994 | $12,994 | $20,141 | $7,147 |
| **Total - Non Pay Budget Object Class** | **$34,628** | **$34,628** | **$36,366** | **$1,738** |

Federal Assistance                                                                                    Securing the Cities – PPA

# Non Pay Cost Drivers
*(Dollars in Thousands)*

|  | FY 2023 Enacted | FY 2024 Annualized CR | FY 2025 President's Budget | FY 2024 to FY 2025 Total Changes |
|---|---|---|---|---|
| Equipment | $17,241 | $17,241 | $22,461 | $5,220 |
| Regional Program Management | $7,008 | $7,008 | $4,939 | ($2,069) |
| Backfill and Overtime | $4,732 | $4,732 | $4,780 | $48 |
| Other Costs | $5,647 | $5,647 | $4,186 | ($1,461) |
| **Total - Non-Pay Cost Drivers** | **$34,628** | **$34,628** | **$36,366** | **$1,738** |

## Explanation of Non-Pay Cost Drivers

**Equipment:** The Equipment Cost Driver supports new R/N equipment procurement, IT equipment procurement/wireless networks (IT equipment and networks in support of R/N equipment), and operations and maintenance of all fielded assets. STC continues to develop and implement an Integrated Logistics Support capability to provide long-term logistics support to regional partners. The increase is associated with the Securing the Cities Program Change #3 and also reflects the movement of wireless services for equipment communication to this cost driver from "Other Costs."

**Regional Program Management:** Includes costs for local program management of 13 regional offices such as: administrative management, governance structure, and salaries for the program manager and staff at each region. The decrease is associated with the maturation of program management in the newer STC cites as the start-up costs decrease.

**Backfill and Overtime:** Includes funding for initial training of non-Federal personnel in new STC regions as well as initial and refresher training for regional partners in sustainment to maintain capability. This level of funding supports the continuation of training in all 13 STC regions and varies slightly year to year based on planned activities in each STC region.

**Other Costs:** Includes costs to develop and administer the STC program at the National level. Also includes a Global Information Infrastructure providing a common operating picture to Federal, State, and local agencies for STC regions, and travel costs for in-field support by the National program team. The reduction reflects the movement of wireless support to equipment to the Equipment cost driver in FY 2025.

# Exhibit F

# Department of Homeland Security

## *Cybersecurity and Infrastructure Security Agency*

### *Budget Overview*



**Fiscal Year 2027**
**Congressional Justification**

**Infrastructure Security – PPA**  **Countering Weapons of Mass Destruction – PPA II**

# Non Pay Cost Drivers
*(Dollars in Thousands)*

| | FY 2025 Full-Year CR | FY 2026 Annualized CR | FY 2027 President's Budget | FY 2026 to FY 2027 Total Changes |
|---|---|---|---|---|
| CWMD Operational Programs | - | - | $127,439 | $127,439 |
| CWMD Preparedness | - | - | $47,898 | $47,898 |
| CWMD Policy, Strategy, Risk, and Detection Architecture | - | - | $21,208 | $21,208 |
| CWMD Information Sharing and Data Systems | - | - | $20,108 | $20,108 |
| CWMD Research and Development (R&D) and Testing and Evaluations (T&E) | - | - | $19,419 | $19,419 |
| **Total - Non-Pay Cost Drivers** | - | - | **$236,072** | **$236,072** |

## Explanation of Non-Pay Cost Drivers

**CWMD Operational Programs:** This cost driver funds the Securing the Cities (STC) program and other operations programs under the general statutory responsibilities in the Countering Weapons of Mass Destruction Act of 2018, Pub. L. No. 115-387, codified in 6 U.S.C. §§ 590-597.

The Securing the Cities Program enhances the ability of the United States to detect terrorist attacks and other high-consequence events utilizing nuclear or other radiological materials that pose a risk to homeland security in high-risk urban areas. STC is a critical component of the Nation's defense in-depth strategy to maximize detection opportunities from pathways into and around High-Risk Urban Areas. STC provides funding, equipment, sustainment support, and training and exercise support through cooperative agreements to ensure that radiological detection is integrated into day-to-day operations. Using regional program offices, STC procures detection equipment, guides the development of contingency operations and standard operating procedures, and integrates STC partner programs into a national Radiological/Nuclear detection architecture.

This cost driver also funds the Mobile Detection Deployment Program (MDDP), an intramural program designed to supplement CBRN detection and reporting capabilities for the private sectors and Federal and SLTT partners. Using six pre-positioned Mobile Detection Deployment Units (MDDUs) outfitted with an extensive suite of advanced CBRN detection equipment and communications, MDDP supports domestic law enforcement and first responder capabilities throughout the continental U.S. and its territories to detect chemical/biological agents and R/N material and devices (e.g., improvised nuclear device, radiological dispersal device, radiological exposure device). MDDUs deploy to locations across the country to support a full range of mission postures, from steady-state operations to intelligence/incident-driven search operations.

This cost driver also provides funding for the Biological Support Program (BioWatch), which provides detection capabilities for early warning of bioterrorism and equips State and local stakeholders with improved capabilities to enhance readiness by incorporating improved threat and risk-based approaches to bio-detection activities. The Biological Support Program is primarily delivered through the BioWatch program, which provides steady-state and special event detection operations across the country. As the Nation's primary biodetection capability, BioWatch provides early warning of bioterrorism and helps local communities prepare to respond. The combination of detection, rapid notification, preparedness, and

**Infrastructure Security – PPA**                                                  **Countering Weapons of Mass Destruction – PPA II**

planning helps FSLTT decision-makers take steps to save lives and mitigate consequences. While centrally managed, the program is locally operated through cooperative agreements by a network of field staff, scientists, laboratory technicians, emergency managers, and public health officials. In each of the 30+ BioWatch jurisdictions, collectors draw air through filters to capture particles, and field technicians transport those filters to labs, where scientists process and analyze the samples for evidence of biological threat agents. As part of CWMD's adaptive approach to environmental biodetection to enhance capabilities and target areas of highest residual national security risk, the BioWatch program office is taking steps to better address the dynamic threat environment, reduce detection times, expand program coverage, and bolster operational stakeholder engagement. This includes the introduction of advanced testing techniques for emerging biothreats, optimization of field operations and laboratory workflows, consideration of novel screening technologies, expansion of surge detection capacity for special events and non-BioWatch jurisdictions, and training/exercising of expanded State and local biodefense capabilities.

| FY 27 CWMD Operational Programs | |
|---|---|
| BioWatch | $87,152 |
| Securing the Cities | $34,465 |
| Mobile Detection Deployment Program | $5,822 |
| **TOTAL** | **$127,493** |

**CWMD Preparedness:** This cost driver provides support to SLTT jurisdictional partners, DHS Components, and private critical infrastructure partners to prevent, protect against, and respond to CBRN events in the homeland. This funding supports Chemical Support (also known as ChemPrep) and the Training, Exercise, and Readiness programs. These programs, which consist of subject matter experts, provide assessments and analysis of the capabilities SLTT and private sector critical infrastructure stakeholders to optimize local response capabilities before an incident occurs. The information collected provides a snapshot of local, State, regional, and national CBRN preparedness, which informs decisionmakers on planning and resource allocation for capability enhancement and crisis management. This includes development and delivery of a diverse curriculum of nationally accredited CBRN training programs and awareness products to build nationwide core capabilities, and to enhance awareness of terrorist threats. Readiness programs and activities provide mission-related exercises, technical assistance, subject matter expertise, and capability enhancement for local jurisdictions and DHS Component personnel to support preparedness for chemical, biological, radiological, nuclear and explosive events. This funding also supports test and evaluation activities to identify operational requirements and to characterize, verify, and validate equipment including the technical performance, operational effectiveness and suitability of CBRN technologies under development, commercially available systems, and emerging technologies and systems.

| FY 27 CWMD Preparedness | |
|---|---|
| Training and Exercises | $10,265 |
| Mobile Detection Deployment Program Prep | $4,435 |
| Chemical Support | $5,145 |
| Other Preparedness Activities | $28,053 |
| **TOTAL** | **$47,898** |

**CISA – O&S – 111**

**Infrastructure Security – PPA**                                                          **Countering Weapons of Mass Destruction – PPA II**

**CWMD Policy, Strategy, Risk, and Detection Architecture:** This cost driver provides data-driven, informed resource allocation decision support for a range of WMD/CBRN attack and terrorism scenarios and serves as a key resource across the Department and for FSLTT to improve understanding, anticipating, and mitigating the threat of WMD/CBRN attacks. Specific activities under this cost driver includes, but not limited to: (1) serve as the primary entity of the U.S. Government to support, develop, and acquire enhanced detection system for unauthorized CBRN materials, devices, and agents; (2) complete an annual report to Congress summarizing the Department's CBRN activities; (3) develop the five-year strategy for the Global Nuclear Detection Architecture (GNDA) in coordination with the Departments of Justice, Defense, and Energy, and submitting the strategy and an annual self-assessment of the departments' activities implementing the strategy to Congress; (4) lead the implementation of the domestic portion of the GNDA, as well as ensuring the availability of subject matter expertise to accurately and timely interpret data from al CBRN detection equipment deployed in support of GNDA; (5) establish and support the activities of the National Technical Nuclear Forensics Center, which includes the development and implementation of the national strategic five-year plan for improving the nuclear forensic and attribution capabilities of the United States; and (6) provide Material Threat Determinations under Project BioShield Act of 2004, Pub. L. No. 108-276.

**CWMD Information Sharing and Data Systems:** This cost driver supports focused data analysis capabilities and systems including the National Bio Surveillance Integration Center (NBIC) and Technical Resource for Incident Prevention (TRIPwire). These projects provide the framework to gather, integrate, analyze, secure, and disseminate information/data to better anticipate, prevent, and respond to WMD/CBRN. The funding enables information-sharing to increase awareness of evolving terrorist WMD tactics, techniques, and procedures, as well as to share incident lessons learned and CBRN preparedness information. NBIC is a statutory program under 6 U.S.C. § 195b and specifically disseminates bio surveillance tools, analysis, and information to support common situational awareness and operational responses. TRIPwire is CISA's online, collaborative information-sharing and resource portal designed to share CBRN information with Federal, State, local, tribal, territorial, private sector, and international partners.

This cost driver also supports the operation of CBRN Watch Desk and activities supporting the continuity of operations and government.

**CWMD Research and Development (R&D) and Testing and Evaluations (T&E)**: This cost driver provides funding for personnel supporting the Department's transformational R&D and T&E of CBRN-defense technologies. The CWMD R&D program conducts, supports, coordinates and encourages an aggressive, expedited, evolutionary, and transformational basic and applied research projects to generate and improve technologies to detect and prevent the illicit entry, transport, assembly, or potential use within the United States of a CBRN explosive or dispersal device. This cost driver also funds the grants and cooperative agreements under section 309 of the Homeland Security Act of 2002 (6 U.S.C. § 189) to support the T&E infrastructure in government-own laboratories or federally funded research and development centers. The CWMD T&E program tests and evaluates technologies for detecting CBRN materials, in coordination with the Departments of Defense and Energy, and establishes performance metrics for evaluating the effectiveness of individual detectors and detection systems in detecting CBRN devices or materials under realistic operational and environment conditions against realistic adversary tactics and countermeasures.