**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE,<br><br>               Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,<br><br>               Defendants. | Case No. 1:25-cv-05462<br><br>Hon. John J. Tharp, Jr. |

**DECLARATION OF ANTHONY RIZZO IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Anthony Rizzo, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. This declaration is based on my own personal knowledge, experience, and review of relevant business records. If I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2. I currently serve as the Program Manager for the Metro Boston Securing the Cities Grant at the Boston Police Department. As Program Manager, I am responsible for overseeing the development and sustainment of the radiological/nuclear detection capabilities in the Boston Region through the Securing the Cities (STC) Program (STC-Boston). This includes collaborating with various federal, state, local, and private partners for all aspects of planning, coordinating, and

1

executing standard operating procedures for the detection of illicit radiological materials. I have held this position since June 21, 2021.

3. STC is a federal cooperative agreement grant program designed to increase radiation detection and response capabilities for high-risk urban areas, like the Boston area.

4. The United States Department of Homeland Security (DHS), for purposes of the Urban Area Security Initiative (UASI), has ranked the Boston area as the 11th (FY23), 12th (FY24), and 9th (FY25) highest risk area, in terms of terrorism risk. This ranking is based on DHS/FEMA's risk-informed assessment, including established criteria for threat, vulnerability, and consequence. In addition, Boston hosts many special events, including the Boston Marathon and Boston's Fourth of July celebrations with the Boston Pops Fireworks Spectacular on the Charles River Esplanade. The Boston Marathon is designated by DHS as a Special Event Assessment Rating (SEAR) Level 1 event, a risk assessment that is assigned based on the threat, vulnerability, and consequences for the event.

5. Since managing STC-Boston, my responsibilities have included: overseeing regional subcommittees and processes to ensure effective program implementation and attainment of STC Program goals, coordinating directly with the Countering Weapons of Mass Destruction (CWMD) STC Program Management Office staff to ensure action items and areas of concern are addressed, assisting state and local agencies in developing effective and executable written operational plans and protocols, coordinating DHS-approved training, drills, and exercises for various state and local partners, and overseeing stakeholders' selection and deployment of radiation detection systems.

6. Having been involved with STC-Boston since 2021, I am familiar with the origin and history of the program, as well as the Program's current status. I have worked extensively with

DHS CWMD leadership and staff to ensure STC-Boston complies with all program requirements. Whenever programmatic changes were implemented, we worked closely with DHS to discuss local program impacts, hurdles, and concerns.

7. The Boston Police Department uses STC funding to purchase radiation detection equipment, including personal detection equipment and nuclear and radiological detection equipment for vehicles and vessels. STC funds are also used to conduct annual trainings throughout the New England region in coordination with state and local law enforcement and special trainings leading up to large public events, preparing officers to handle potential attacks involving radiological or nuclear materials.

**STC-Boston FY2020 to FY2024**

8. On June 18, 2020, the City of Boston, through the Boston Police Department, received a Notice of Funding Opportunity (NOFO) and invitation from DHS to apply for the FY2020 Securing the Cities Program, for a grant amount not to exceed $2,000,000. True and correct copies of these documents are attached as Exhibits A and B, respectively. Boston applied for, and received, the full $2,000,000 in September 2020 for the project period of September 11, 2020 to July 31, 2030. A true and correct copy of the FY2020 STC-Boston Notice of Award is attached as Exhibit C.

9. After receiving the FY2020 award, Boston began working closely with DHS on the STC program. In FY2020 (STC-Boston Year 1), Boston established a program management office, hired a program manager, and focused the initial and immediate planning, organizing, and analysis activities on baseline detection and reporting capabilities of state and local principal partners.

10. On June 9, 2021, Boston received a "Please Apply" letter that instructed Boston to apply for continuation funding by June 23, 2021, and stated that a grant award of up to $1,500,000

3

was available. A true and correct copy of the 2021 "Please Apply" letter is attached as Exhibit D. Boston applied and received the full $1,500,000 in funding from DHS for the budget period of August 1, 2021 to July 31, 2022. A true and correct copy of the FY2021 STC-Boston Notice of Award is attached as Exhibit E.

11.     By the end of FY2021 (STC-Boston Year 2), Boston, in close collaboration with DHS, accomplished important counterterrorism tasks, including the development of a STC-Metro Boston Regional Strategic Plan and Implementation Plan, the procurement of radiation detection equipment, initial training for radiation detection capabilities, and initial planning to conduct a multi-agency table-top exercise to establish baseline operational capabilities.

12.     In each of the next three fiscal years—FY2022, FY2023, and FY2024—Boston received "Please Apply" letters instructing Boston to apply for continuation funding that included both new award amounts and unused carryover funds from previous years. Boston was awarded new funding for the August 1, 2022 to July 31, 2025 budget periods as follows:

- On July 21, 2022, Boston was awarded $950,000 in STC funds.  A true and correct copy of the FY2022 STC-Boston Notice of Award is attached as Exhibit F.

- On July 26, 2023, Boston was awarded $1,000,000 in STC funds. A true and correct copy of the FY2023 STC-Boston Notice of Award is attached as Exhibit G.

- On July 29, 2024, Boston was awarded $1,000,000 in STC funds. A true and correct copy of the FY2024 STC-Boston Notice of Award is attached as Exhibit H.

13.     In FY2022 to FY2024 (STC-Boston Years 3 to 5), Boston used the awarded funds to advance to the "Implementation Phase" of STC. In that phase, Boston continued to purchase radiation detection equipment, developed and implemented a locally managed training program, further developed regional protocols and agency-specific operation plans, and more.

4

14. In the FY2020 NOFO, DHS stated that STC funds Boston could "[c]onduct training and exercises to further the nuclear detection mission in the region and gain proficiency in detection operations" and "[a]chieve better integration of Federal, State, and local capabilities allowing regional support to national operations."

15. The FY2020 NOFO also provided for the purchase of eligible equipment and training from lists for allowable costs. Only equipment purchases and training costs not listed required "prior approval of DHS."

16. Each year, from FY2020 to FY2024, for new awards to continue funding the STC-Boston Program and to carryover funding, Boston submitted a fulsome application containing proposed budgets, plans of actions and milestones, financial statements, carryover requests, and more, as required by DHS.

17. Since September 2020, the Boston Police Department has implemented the Securing the Cities Program by, among other actions:

      a. entering into memoranda of understanding with its principal partners in the Metro Boston region, including the City of Boston's Office of Emergency Management, Boston Fire Department, Boston Public Health Commission's Emergency Medical Services, Massachusetts State Police, Massachusetts Environmental Police, Massport Police Department, Northeastern Massachusetts Law Enforcement Council, Metropolitan Law Enforcement Council, Massachusetts Department of Fire Services, and Quincy Police Department;

b.    developing a STC-Metro Boston Regional Operation Plan, Integrated Preparedness Plan, and Implementation Plan for Metro Boston partners to prepare for, and respond to, nuclear and/or radiological threats in the region;

c.    buying equipment to detect nuclear and radiological materials, including to enhance detection systems across transportation routes leading to Boston;

d.    creating and implementing a program that trains employees to use this equipment and respond to terrorist attacks;

e.    conducting drills on preventing and responding to terrorist attacks using nuclear and radiological materials;

f.    conducting sweeps and providing other services at pre-planned special events, including the Boston Marathon (a SEAR 1 event), Indianapolis 500, First Night, and the Boston Pops;

g.    strengthening partnerships with local agencies while expanding collaboration with Maine, New Hampshire, Vermont and Rhode Island; and

h.    paying the salary of the Boston Police Department employee responsible for managing the program.

18.    To date, DHS has awarded Boston $6,450,000 in Securing the Cities funds.

19.    Throughout the program period, Boston has honored the terms and conditions of its STC cooperative agreements with DHS.

### Reimbursement for STC-Boston

20.    From STC-Boston's inception in September 2020 until May 2025, obtaining reimbursements for program-related expenditures from DHS was a routine process. All equipment-related purchases were pre-approved. For each equipment purchase, I would send an

6

email with a justification and wait to purchase any equipment until receipt of approval. All other costs, i.e., reimbursement for training, salary, fringe benefits, were expressly permitted under the cooperative agreement. After Boston paid for said equipment, training, salary, or fringe benefits, Boston submitted a reimbursement request through the federal government's Payment Management System. After that, DHS reimbursed Boston, typically within 72 hours.

21. On May 14, 2025, STC-Boston received an email from DHS, sent to all STC recipients, stating that "the STC program must pause … all radiological nuclear detection equipment and supplies purchases," citing supposed "Federal funding constraints" (the "Equipment Pause Memo"). A copy of the Equipment Pause Memo is available in the administrative record filed in this case, at ECF No. 50-3, pages DHS-AR-0027 to -0028.

22. On May 19, 2025, STC-Boston submitted a request for reimbursement for $801,600.90. A true and correct copy of a screenshot from the federal Payment Management System reflecting Boston's reimbursement request is attached as Exhibit I.

23. This reimbursement request was for money that Boston spent on equipment designed to detect nuclear materials, payroll, and other products or services that were either expressly authorized by Boston's STC cooperative agreements or that DHS had pre-approved.

24. Unlike all prior reimbursement requests, the requested reimbursement was not issued within 72 hours.

25. On or around June 30, 2025—approximately 42 days later—Boston received reimbursement for the May 19, 2025 submission.

### STC-Boston FY2025

26. On or around July 17, 2025, STC-Boston received an invitation to submit an application to carryover unused STC funding only for FY 2025. Unlike previous years, the

7

FY 2025 invitation offered no new grant award amount. STC-Boston submitted an application to carryover funds. A true and correct copy of the July 17, 2025 invitation is attached as Exhibit J.

27.     On July 31, 2025, DHS issued a Notice of Award for $2,838,640 in carryover funds. A true and correct copy of the Notice of Award is attached as Exhibit K.

**Boston's Reliance on STC Funding and Impacts to Public Safety**

28.     The untimely reimbursement for STC funding has harmed, and the ongoing uncertainty regarding future reimbursements will continue to harm, the City of Boston.

29.     The Boston Police Department's budget planning relies on STC funding being available to purchase radiological nuclear detection equipment and supplies. STC funding covers approximately 90% of the Boston Police Department's budget for the purchase and maintenance of radiological nuclear detection equipment.

30.     The threatened loss of federal funds has created confusion and uncertainty in the budget planning process for the Boston Police Department. Not knowing whether certain federal funds will be available for those programs and services has created significant uncertainty about these programs' and services' continued viability.

31.     Additionally, the ongoing "pause" on the ability to purchase equipment to support STC-Boston has caused the following harms:

> a.     Boston told a vendor to continue construction on a Massachusetts State Police vessel for maritime operations without installing radiation detection equipment, that was to be paid for under the STC program, because Boston otherwise lacks funding to buy the radiation detection equipment needed for the vessel;

b. One STC-Boston partner agency requested equipment that would have been used for STC operations. Boston was unable to fulfill this request with its STC equipment inventory and, based on the Equipment Pause Memo barring any further equipment purchases using STC funds and lacking an alternative source of funding, I denied this partner agency's request.

c. STC-Boston's equipment and operations working groups identified needs to enhance existing detection capabilities through the purchase of radiation detection backpacks and radionuclide identification devices for three STC-Boston partner agencies. Boston has been unable to make these purchases since the Equipment Freeze was implemented.

32. Though DHS eventually processed our reimbursement requests after the plaintiffs filed the Amended Complaint in this action, any future failures to reimburse expenses in a timely manner would foretell the end of the STC program. And as a result, the country will be less safe. On a more granular level, the effects of stopping STC-Boston include:

a. May force personnel cuts;

b. Outdated radiation detection equipment will not be serviced or replaced with new detection equipment;

c. Boston will not be able to submit valuable data or reports to the federal government about the presence or absence of radiological or nuclear material; and

d. Boston and the surrounding New England area will no longer conduct STC counterterrorism exercises and trainings and first responders will not

9

receive the training needed to use radiation detection equipment and respond to critical events.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2026, at Boston, Massachusetts.

ANTHONY RIZZO

# Exhibit A

## The Department of Homeland Security (DHS)
## Notice of Funding Opportunity (NOFO)
## FY2020 Securing the Cities Program (STC)

**NOTE:** If you are going to apply for this funding opportunity and have <u>not</u> obtained a Data Universal Numbering System (DUNS) number and/or <u>are not</u> currently registered in the System for Award Management (SAM), please take immediate action to obtain a DUNS Number, if applicable, and then to register immediately in SAM. It may take 4 weeks or more after you submit your SAM registration before your registration is active in SAM, then an additional 24 hours for Grants.gov to recognize your information. Information on obtaining a DUNS number and registering in SAM is available from Grants.gov at: http://www.grants.gov/web/grants/register.html. Detailed information regarding DUNS and SAM is also provided in Section D of this NOFO, subsection, Content and Form of Application Submission.

### A. Program Description

1. Issued By
   U.S. Department of Homeland Security (DHS) *Countering Weapons of Mass Destruction Office*

2. Assistance Listings (formerly Catalog of Federal Domestic Assistance (CFDA) Number) *97.106.*

3. Assistance Listings Title (formerly CFDA Title)
   Securing the Cities Program

4. Funding Opportunity Title
   *FY2020 Securing the Cities Program, 2020 STC: Boston, MA; New Orleans, LA*

5. Funding Opportunity Number: DHS-20-106-STC-0001

6. Authorizing Authority for Program
   Section 1928 of the Homeland Security Act of 2002, as amended (6 U.S.C. § 596b).

7. Appropriation Authority for Program
   Department of Homeland Security Appropriations Act, 2020 (Pub. L. No. 116-93), Title IV Research, Development, Training, and Services; Countering Weapons of Mass Destruction; Federal Assistance.

8. Announcement Type: New, year 1 of 10

Page **1** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

9. Program Overview, Objectives, and Priorities

   a. **Program Overview**

   The STC program enhances the ability of the Unites States to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or other radiological materials that pose a high risk to homeland security in high risk urban areas. Support to recipients includes assistance in developing and integrating local or regional programs into a national detection structure, guiding the development of Concepts of Operations (CONOPs) and standard operating procedures, providing radiological/nuclear (R/N) detection equipment, providing training and exercise products to ensure detection is integrated into day-to-day activities and that partners are proficient in the detection mission area. Capability is defined as trained and equipped personnel who are proficient in the use of R/N detection equipment and guided by detection and response protocols.

   The STC Program supports the 'Prevent Terrorism and Enhance Security' Mission Area as specified in the 2018 Quadrennial Homeland Security Review and is a prevention program as defined in Presidential Policy Directive – 8 (PPD-8).

   b. **Goals and Objectives**

   The STC Program has three primary goals:

   1) Enhance regional capabilities to detect, identify, report, and interdict nuclear and other radioactive materials out of regulatory control.
   2) Provide regional training and exercise opportunities necessary to enhance regional capabilities.
   3) Support long-term sustainment of these critical capabilities over time.

   To accomplish the above goals, the STC Program has the four following objectives

   **STC Objective 1:** Assist state, local, tribal, and territorial governments in developing radiological/nuclear detection and reporting capability. See Homeland Security Act of 2002 § 1928(b)(1).

   **STC Objective 2:** Establish information connectivity to support radiological/nuclear alarm adjudication through developed interagency protocols. See Homeland Security Act of 2002 § 1928(b)(1) & (3).

   **STC Objective 3:** Establish administrative infrastructure to support a radiological/nuclear detection program. See Homeland Security Act of 2002 § 1928(b)(2).

   **STC Objective 4:** Establish coordination mechanisms between federal, state, local, tribal, and territorial partners for steady-state operations, enhanced steady-state operations, and search operations. See Homeland Security Act of 2002 § 1928(b)(4) and (5).

Page **2** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

The program is executed in four phases:

**Phase I (Engagement):**

Phase I starts with the award of a cooperative agreement and **is expected to take up to one year**.

**Phase II (Implementation):**

Phase II efforts focus on meeting immediate regional requirements to establish or enhance initial operational capabilities (IOC) to detect and report the presence of R/N materials out of regulatory control. **Phase II is expected to take three years.**

**Phase III (Integration):**

During Phase III, CWMD expects a region will achieve full operational capability (FOC) and successfully demonstrate the ability to integrate into a national detection framework. Successful completion of a full-scale exercise (FSE) and compliance with all DHS reporting requirements will be the criteria for transitioning to the sustainment phase and for an STC region becoming eligible for federal STC Program sustainment funding. **Phase III is expected to last one year.**

**Phase IV (Sustainment):**

At the end of the five-year period after the awarding of the cooperative agreement, and contingent upon successful completion of the regional FSE, a region enters the sustainment phase of the STC Program. To maintain eligibility for federal STC sustainment funding, a region is expected to successfully complete a FSE once every five years. This requirement is intended to facilitate long-term sustainment of the regional detection and reporting capability. It will require enduring program management to maintain eligibility for continued federal support.

By and through the lead agency/recipient, DHS provides assistance to regional partners to:

o Closely coordinate planning, operations, and information exchange between regional partners, CWMD, and other Federal agencies.
o Conduct training and exercises to further the nuclear detection mission in the region and gain proficiency in detection operations.
o Develop a robust mobile architecture and equipment set for both land and maritime pathways focused on steady-state operations that is flexible enough to surge to enhanced detection postures.
o Execute an information exchange methodology so that multiple STC regions may exchange data amongst each other, CWMD, and other Federal partners.

Page **3** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

o  Achieve better integration of Federal, State, and local capabilities; allowing regional support to national operations, in accordance with the Domestic Detection CONOPS. CWMD will provide the Domestic Detection CONOPS to grant recipients along with templates for regional and local operational plans and procedures.

**c.  Priorities**

This specific NOFO will focus on Phase I of the program and the establishment of the program office and the governance structure of the program. The recipient is expected to establish a small but robust program office that will manage the award and facilitate the coordination of activities under the award. They will also facilitate the establishment of the governance structure through forming the required committees and subcommittees as well as developing the appropriate partnerships within the surrounding region.

**d.  Performance Metrics**

Section I of the NOFO Appendix 1 details performance measures. The STC Program Management Office will monitor regional progress against the measures on a quarterly basis to determine progress in meeting the above objectives.

**B.  Federal Award Information**

1.  Available Funding for the NOFO:        $4,000,000.00

2.  Projected number of Awards (Optional):   2

3.  Period of Performance:                  *120 months*

*Overall anticipated period of performance totaling one hundred and twenty (120) months, to be allocated amongst ten (10) twelve (12) month budget periods, to be implemented in one (1) year increments. Funding for the first budget period will be provided under this NOFO. Should further funding become available for additional budget periods, applicants will need to submit additional applications and budget materials for continuation awards to support additional budget periods.*

*Extensions are allowable. See Section H, Additional Information – Extension.*

4.  Projected Period of Performance Start Date(s):        8/03/2020

5.  Projected Period of Performance End Date(s):          07/31/2030

6.  Funding Instrument Type:                            *Cooperative Agreement*

Page **4** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

## C. Eligibility Information

1. Eligible Applicants

Consistent with the Homeland Security Act of 2002 ("HSA") (Pub. L. 107-296), as amended by section 2(a)(10) of the Countering Weapons of Mass Destruction Act of 2018 (Pub. L. 115-387), codified at 6 U.S.C. 596b., subsection 1928(c), the Secretary of Homeland Security has designated eligible STC Program Applicants as those selected from among the high-risk urban areas. Additionally, CWMD has added the level 5 Stabilization Team proximity to the eligibility requirements to synchronize with the FBI in critical areas of the country by leveraging partnerships and unique capabilities that the FBI has established in these jurisdictions. Proximity within the regions supported by Level 5 Stabilization Teams also allows the STC Program to better protect population centers by shifting focus from the adversary's potential targets to include the threat pathways into and within the region and the United States. The applicant is termed the lead agency (applicant).

2. Applicant Eligibility Criteria

This NOFO applies to all eligible regions as defined in paragraph 1 above that have not been previously awarded an STC grant. Each STC Program recipient will choose its lead agency (applicant) and submit only one application for their region, which will encompass the urban area as well as its regional partners. The following entities within the designated eligible urban area may apply directly to DHS under this solicitation as the lead agency:

- State government(s) (non-operational)
- City or township governments
- County governments
- Others eligible to be lead agencies include law enforcement, first response, or emergency management agencies that are part of the city, township, or county included in the UASI regions defined above

DHS envisions three levels of participants:
- Lead agency (applicant);
- Principal partners (the region's law enforcement agencies, fire services, radiation health agency, special district government entities such as regional transit authorities, Native American tribal government [federally recognized], and maritime components including members of the Area Maritime Security Committee [AMSC], if applicable); and
- Sub-partners (agencies that are represented by a principal partner).

The application must clearly identify the lead agency and all principal partners. **It is crucial to the success of the program for each principal partner to assign personnel of sufficient rank possessing necessary authority to be able to make decisions for their organizations.** Additional principal partners may be designated in subsequent years during continuation award periods. Sub-partners should also be included in the resulting regional nuclear detection program and plans, but do not need to be identified in a region's application.

Page **5** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

3. Maintenance of Effort (MOE)

There is no statutory maintenance-of-effort (MOE) requirement associated with this award of the funding in this Notice.

4. Cost Share or Match

There is no cost share or matching requirement associated with this award of the funding in this Notice.

## D. Application and Submission Information

1. Key Dates and Times

**Application Start Date:** *06/18/2020*

**Application Submission Deadline:** *07/21/2020 at 23:59:59 PM Eastern Daylight Time*

**Anticipated Funding Selection Date** *(Optional)*: **No later than** *07/28/2020*

**Anticipated Award Date** *(Optional)*: **No later than** *08/30/2020*

**Other Key Dates** *(If applicable)*

| Event | Suggested Deadline for Completion |
|---|---|
| Obtaining DUNS Number | Four weeks before actual submission deadline |
| Obtaining a valid EIN | Four weeks before actual submission deadline |
| Updating SAM registration | Four weeks before actual submission deadline |
| Starting application in Grants.gov | One week before actual submission deadline |

2. Agreeing to Terms and Conditions of the Award

By submitting an application, applicants agree to comply with the requirements of this NOFO and the terms and conditions of the award, should they receive an award.

3. Address to Request Application Package

Application forms and instructions are available at Grants.gov. To access these materials, go to http://www.grants.gov , select "Applicants" then "Apply for Grants." In order to obtain the application package, select "Download a Grant Application Package." Enter the Assistance Listings (formerly CFDA) and/or the funding opportunity number located on the cover of this NOFO, select "Download Package," and then follow the prompts to download the application package.

Page **6** of **29**

## The Department of Homeland Security (DHS)
## Notice of Funding Opportunity (NOFO)
## FY2020 Securing the Cities Program (STC)

For a hardcopy of the full NOFO, please email a request to:

*Lisa.Johnson1@hq.dhs.gov*

Applications will only be processed through the Grants.gov portal. Hard copies will not be accepted. If the applicant encounters difficulties, please contact the Grants.gov Help Desk at 1-800-518-4726 to report the problem and obtain assistance with the system.

4. Steps Required to Submit an Application, Unique Entity Identifier, and System for Award Management (SAM)

   To apply for an award under this program, all applicants must:

   a. Apply for, update, or verify their Data Universal Numbering System (DUNS) Number from Dun & Bradstreet (D&B) and Employer ID Number (EIN)
   b. In the application, provide a valid Data Universal Numbering System DUNS number, which is currently the unique entity identifier;
   c. Have an account with login.gov;
   d. Register for, update, or verify their SAM account and ensure the account is active before submitting the application;
   e. Create a Grants.gov account at https://www.grants.gov/;
   f. Add a profile to a Grants.gov account;
   (i) Establish an Authorized Organizational Representative (AOR) in Grants.gov;
   (ii) Submit *(if applicable, add:* an initial*)* application in Grants.gov;
   g. *(If applicable)* Submit the final application in the Grants.gov system; and
   h. Continue to maintain an active SAM registration with current information at all times during which it has an active federal award or an application or plan under consideration by a federal awarding agency.

   Applicants are advised that DHS may not make a federal award until the applicant has complied with all applicable DUNS and SAM requirements. Therefore, an applicant's SAM registration must be active not only at the time of application, but also during the application review period and when DHS is ready to make a federal award. Further, as noted above, an applicant's or recipient's SAM registration must remain active for the duration of an active federal award. If an applicant's SAM registration is expired at the time of application, expires during application review, or expires any other time before award, DHS may determine that the applicant is not qualified to receive a federal award and use that determination as a basis for making a federal award to another applicant.

   *The Standard Language for Using Grants.gov to Apply is provided to aid in fulfilling these requirements (if applicable), based off of*
   *https://www.grants.gov/web/grants/grantors/grantor-standard-language.html:*

Page 7 of 29

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

5. Electronic Delivery

   DHS is participating in the Grants.gov initiative to provide the grant community with a single site to find and apply for grant funding opportunities. DHS requires applicants to submit their applications online through Grants.gov. For this funding opportunity, the *DHS Grants and Financial Assistance Division (GFAD)* requires applicants to submit applications through Grants.gov.

6. How to Register to Apply through Grants.gov

   a. *Instructions:* Registering in Grants.gov is a multi-step process. Read the instructions below about registering to apply for DHS funds. Applicants should read the registration instructions carefully and prepare the information requested before beginning the registration process. Reviewing and assembling the required information before beginning the registration process will alleviate last-minute searches for required information.

      The registration process can take up to four weeks to complete. Therefore, registration should be done in sufficient time to ensure it does not impact your ability to meet required application submission deadlines.

      Organizations must have a Data Universal Numbering System (DUNS) Number, active System for Award Management (SAM) registration, and Grants.gov account to apply for grants. If individual applicants are eligible to apply for this grant funding opportunity, then you may begin with step 3, Create a Grants.gov account, listed below.

      Creating a Grants.gov account can be completed online in minutes, but DUNS and SAM registrations may take several weeks. Therefore, an organization's registration should be done in sufficient time to ensure it does not impact the entity's ability to meet required application submission deadlines. Complete organization instructions can be found on Grants.gov here: https://www.grants.gov/web/grants/applicants/organization-registration.html

      1) *Obtain a DUNS Number*: All entities applying for funding, including renewal funding, must have a DUNS number from Dun & Bradstreet (D&B). Applicants must enter the DUNS number in the data entry field labeled "Organizational DUNS" on the SF-424 form.

         For more detailed instructions for obtaining a DUNS number, refer to: https://www.grants.gov/web/grants/applicants/organization-registration/step-1-obtain-duns-number.html

      2) *Register with SAM*: All organizations applying online through Grants.gov must register with the System for Award Management (SAM). Failure to register with

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

SAM will prevent your organization from applying through Grants.gov. SAM registration must be renewed annually.

For more detailed instructions for registering with SAM, refer to: https://www.grants.gov/web/grants/applicants/organization-registration/step-2-register-with-sam.html

3) *Create a Grants.gov Account*: The next step is to register an account with Grants.gov. Follow the on-screen instructions or refer to the detailed instructions here: https://www.grants.gov/web/grants/applicants/registration.html

4) *Add a Profile to a Grants.gov Account*: A profile in Grants.gov corresponds to a single applicant organization the user represents (i.e., an applicant) or an individual applicant. If you work for or consult with multiple organizations and have a profile for each, you may log in to one Grants.gov account to access all of your grant applications. To add an organizational profile to your Grants.gov account, enter the DUNS Number for the organization in the DUNS field while adding a profile.

For more detailed instructions about creating a profile on Grants.gov, refer to: https://www.grants.gov/web/grants/applicants/registration/add-profile.html

5) *POC Authorized Profile Roles*: After you register with Grants.gov and create an Organization Applicant Profile, the organization applicant's request for Grants.gov roles and access is sent to the EBiz POC. The EBiz POC will then log in to Grants.gov and authorize the appropriate roles, which may include the AOR role, thereby giving you permission to complete and submit applications on behalf of the organization. You will be able to submit your application online any time after you have been assigned the AOR role.

For more detailed instructions about creating a profile on Grants.gov, refer to: https://www.grants.gov/web/grants/applicants/registration/authorize-roles.html

6) *Track Role Status*: To track your role request, refer to: https://www.grants.gov/web/grants/applicants/registration/track-role-status.html

7) *Electronic Signature*: When applications are submitted through Grants.gov, the name of the organization applicant with the AOR role that submitted the application is inserted into the signature line of the application, serving as the electronic signature. The EBiz POC **must** authorize people who are able to make legally binding commitments on behalf of the organization as a user with the AOR role; **this step is often missed, and it is crucial for valid and timely submissions.**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

7.  How to Submit an Application to DHS via Grants.gov

Grants.gov applicants can apply online using Workspace. Workspace is a shared, online environment where members of a grant team may simultaneously access and edit different webforms within an application. For each NOFO, you can create individual instances of a workspace.

Below is an overview of applying on Grants.gov. For access to complete instructions on how to apply for opportunities using Workspace, refer to:
https://www.grants.gov/web/grants/applicants/workspace-overview.html

a.  *Create a Workspace*: Creating a workspace allows you to complete the application online and route it through your organization for review before submitting.

b.  *Complete a Workspace*: Add participants to the workspace to work on the application together, complete all the required forms online or by downloading PDF versions, and check for errors before submission. The Workspace progress bar will display the state of your application process as you apply. As you apply using Workspace, you may click the blue question mark icon near the upper-right corner of each page to access context-sensitive help.

c.  *Adobe Reader*: If you decide not to apply by filling out webforms you can download individual PDF forms in Workspace. The individual PDF forms can be downloaded and saved to your local device storage, network drive(s), or external drives, then accessed through Adobe Reader.

    NOTE: Visit the Adobe Software Compatibility page on Grants.gov to download the appropriate version of the software at:
    https://www.grants.gov/web/grants/applicants/adobe-software-compatibility.html

d.  *Mandatory Fields in Forms:* In the forms, you will note fields marked with an asterisk and a different background color. These fields are mandatory fields that must be completed to successfully submit your application.

e.  *Complete SF-424 Fields First*: The forms are designed to fill in common required fields across other forms, such as the applicant name, address, and DUNS number. To trigger this feature, an applicant must complete the SF-424 information first. Once it is completed, the information will transfer to the other forms.

f.  *Submit a Workspace*: An application may be submitted through workspace by clicking the Sign and Submit button on the Manage Workspace page, under the Forms tab. Grants.gov recommends submitting your application package at least 24-48 hours prior to the close date to provide you with time to correct any potential technical issues that may disrupt the application submission.

Page **10** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

g. *Track a Workspace Submission*: After successfully submitting a workspace application, a Grants.gov Tracking Number (GRANTXXXXXXXX) is automatically assigned to the application. The number will be listed on the Confirmation page that is generated after submission. Using the tracking number, access the Track My Application page under the Applicants tab or the Details tab in the submitted workspace.

For additional training resources, including video tutorials, refer to:
https://www.grants.gov/web/grants/applicants/applicant-training.html

*Applicant Support*: Grants.gov provides applicants 24/7 support via the toll-free number 1-800-518-4726 and email at support@grants.gov. For questions related to the specific grant opportunity, contact the number listed in the application package of the grant you are applying for.

If you are experiencing difficulties with your submission, it is best to call the Grants.gov Support Center and get a ticket number. The Support Center ticket number will assist DHS with tracking your issue and understanding background information on the issue.

8. Timely Receipt Requirements and Proof of Timely Submission
*Online Submission.* All applications must be received by 11:59 Eastern time on the due date established for each program. Proof of timely submission is automatically recorded by Grants.gov. An electronic date/time stamp is generated within the system when the application is successfully received by Grants.gov. The applicant with the AOR role who submitted the application will receive an acknowledgement of receipt and a tracking number (GRANTXXXXXXXX) from Grants.gov with the successful transmission of their application. This applicant with the AOR role will also receive the official date/time stamp and Grants.gov Tracking number in an email serving as proof of their timely submission.

When DHS successfully retrieves the application from Grants.gov, and acknowledges the download of submissions, Grants.gov will provide an electronic acknowledgment of receipt of the application to the email address of the applicant with the AOR role who submitted the application. Again, proof of timely submission shall be the official date and time that Grants.gov receives your application. Applications received by Grants.gov after the established due date for the program will be considered late and may not be considered for funding by DHS.

Applicants using slow internet, such as dial-up connections, should be aware that transmission can take some time before Grants.gov receives your application. Again, Grants.gov will provide either an error or a successfully received transmission in the form of an email sent to the applicant with the AOR role attempting to submit the application. The Grants.gov Support Center reports that some applicants end the transmission because they think that nothing is occurring during the transmission process. Please be patient and give the system time to process the application.

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

9. Content and Form of Application Submission
   a. **Mandatory Files:**
      i. SF 424 – Application for Federal Assistance
         Applicants must complete an SF 424 application form. This form may be completed while on the Grants.gov Web site or it can be completed offline in its entirety. NOTE: Applications submitted through Grants.gov must use the SF 424 provided by Grants.gov. The SF 424 application form can only be viewed and downloaded once Adobe Reader has been installed. The SF 424 application form on Grants.gov is formatted so applicants are only required to complete fields which are indicated with an asterisk (*) and color coded. Once the application is complete, close the document (you will then be prompted to save changes or not).

      ii. SF 424A Application Budget
         Applicants must complete the budget in its entirety. Applicants must provide budgets by object class (salaries, fringe, travel, indirect, etc.). Funds may be requested as long as the item and amount are necessary to perform the proposed work and are not precluded by the cost principles or program funding restrictions.

   b. **Project Narrative**
      Applicants must complete a project narrative as part of their application. This narrative should address the following areas at a minimum:

      i. **Principal Partners:** Application must identify the lead agency (applicant) and all participating principal jurisdictions ("principal partners") taking into account eligibility information above and include type of organization (city, county, etc.), organization name, total number of sworn officers/first responders, street address, city, county, state, and zip code. Provide a primary contact person for each principal partner, including name, telephone, and email. **Primary points of contact should be of sufficient rank and possess the necessary authority to be able to make decisions for their organizations.**

      ii. **Memorandums of Understanding (MOUs) and Letters of Commitment:** The applicant must provide letters of commitment signed by an authorized representative of each principal partner indicating their intention to participate in the regional STC implementation. The letters of commitment should be addressed to the lead agency (applicant). Letters of Commitment are sufficient for the application but, upon award, the awardee must provide signed MOUs between the lead applicant and each principal partner. Additional principal partners may be added over the course of the period of performance, so the initial application is not required to have letters of commitments from all potential partners.

      MOUs will include (but are not limited to) verbiage indicating:

      o Willingness to work in a coordinated fashion with CWMD and regional partners;

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

- o Details dealing with transfer of equipment ownership between lead agency and principal partners when applicable;
- o Willingness to exchange law enforcement sensitive nuclear detection information and programmatic data among principal partners and CWMD; and
- o Willingness to share lessons learned from operational and training deployments.

Applicants are advised that signed MOUs trigger the release of funds and should speak only to administrative requirements. MOUs should not be overly complex or prescriptive. The lead agency (applicant) does not need a MOU with DHS but does need MOUs with all principal partners. DHS requires all signed MOUs to be delivered to the Grants Officer and the STC Program Manager within six months of award. See Appendix 1, Section M, *MOU Template*.

iii. **Existing Capability:** Capability, in this sense, is comprised of appropriately trained and equipped personnel, proficient in the use of radiation detection equipment, and guided by detection and response protocols. Describe the existing nuclear detection capabilities of each principal partner:

- o Equipment: Make, model, and quantity
- o Training: Number of personnel trained for each equipment type
- o Exercises: R/N Detection drills and exercises held over last three years
- o R/N Detection Operations Plan: Summarize existing protocols and coordination mechanisms
- o Sustainment: Describe funding source for existing equipment repair, training, and exercises
- o Information Exchange: Describe any current protocols, systems, and agreements for sharing situational information, alarm reports, and instrument data, especially as it relates to R/N detection
- o Mutual Aid: Describe existing law enforcement or first responder mechanisms for mutual aid or coordinated operations between principal partners

iv. **Need for Assistance:** Bearing in mind the goals and objectives of DHS/CWMD, explain proposed new capabilities for the region and why financial and non-monetary assistance to support these capabilities is needed. Applicant must commit to sharing nuclear detection information among principal partners and with CWMD. Describe how assistance acquired through this funding opportunity will enable principal partners to proceed together with development of the regional detection approach/architecture.

v. **Coordination with other Federal Programs:** If applicable, describe how activities under the STC Program will complement, but not duplicate, activities under other U.S. government-funded programs.

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

vi. **Management Experience:** Describe the applicant's experience in managing a regional effort that includes State, county, and local government entities, and other interstate or intrastate entities.

vii. **Project Description:** Supply a detailed scope of work for assistance requested through this funding opportunity. This scope of work should harmonize with the Budget Narrative and Justification (see item below). At a minimum, the scope must include:

  o Regional goals and objectives linked to STC Program goals and objectives listed in Section A: Notice of Funding Opportunity Description.
  o The specific activities to meet each regional goal and objective.
  o Metrics for success in meeting each regional objective. Provide a list of key performance indicators (KPIs) that you intend to use to measure progress against objectives listed in Section A.
  o Plan of Actions and Milestones (POAM) or Gantt chart with detailed descriptions showing work tasks and project milestones associated with each major STC task. Include estimated dates for the beginning of regional training and exercises, operations plan development, commencement of information exchange between principal partners and CWMD, and, assuming the lead agency were to procure equipment with its funds, equipment selection, estimated procurement timelines, and deployment. This document must provide sufficient detail to allow DHS to evaluate the project schedule. A brief list of bullet points containing vague timeframes, with little or no explanation or illustration of task dependencies is unacceptable. This POAM or Gantt chart with detailed description will form the basis of the Regional Implementation Plan.
  o How the architecture will be designed for steady state operations and be capable of surging to enhanced steady state and search operations.

The documents listed below are the artifacts to codify the local implementation of STC. They are not due with the application; however, they should be listed in the project milestones, and working drafts of these documents are due to the STC Federal Program Manager by the time period indicated after the validation date. The validation date will be set after award and will correspond with the region's emplacement of a local initial STC Program Manager. DHS expects work to commence on each of these documents early in the implementation process. Documents such as the Information Exchange Plan and the Life-Cycle Sustainment Plan are significant efforts and will require at least twelve to eighteen months to complete. Each document will indicate concurrence by all STC principal partners. The STC Program Office will provide templates and significant assistance in the production of these documents as required:

  o Regional Strategic Plan – six (6) months from validation date.
  o Regional Organizational Chart – six (6) months from validation date.
  o Committee Charters (if applicable) – six (6) months from validation date.

Page **14** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

- o Regional Implementation Plan – nine (9) months from validation date.
- o Regional Operations Plan – twelve (12) months from validation date.
- o Regional Multi-Year Training and Exercise Plan – twelve (12) months from validation date.
- o Information Exchange Plan – eighteen (18) months from validation date.
- o Life-Cycle Sustainment Plan – twenty-four (24) months from validation date.

Once finalized, each of the above documents should be placed in a periodic review cycle o update as the program matures.

c. **Budget Narrative and Justification**
In the initial application, the applicant must provide detailed budget numbers for year one, with rough order of magnitude numbers for years two through ten listing approximate breakdown of funding within the respective task areas of planning and organization, equipment, training, and exercises.

DHS recommends the recipient establish a STC Program office to manage the day-to-day administration of the program. This office should initially consist of a qualified full-time program manager and other part-time personnel required to locally manage the program (i.e. part-time financial specialist familiar with grant administration, a part-time program analyst familiar with nuclear detection operations, and administrative specialists to perform clerical duties). The applicant will be provided initial funding to hire a full-time region-wide program manager to coordinate STC activities in the recipient cities for a minimum of two (2) years. Additional staff to those listed above will require specific justification and may be disallowed by the STC Program Office.

CWMD anticipates that it will also hire a full-time CWMD federal employee in the city who will assume the full-time coordination responsibilities with the regional program manager by the end of the two (2) years. CWMD anticipates that the regional program management functions will be coordinated between the CWMD regional federal employee and that the regional program manager position should be able to be shifted to a part time position after the two-year point. The recipient will continue to have program management responsibilities associated with their role as applicant. In the third year, the recipient may apply to CWMD for funding for some program management staff support. The recipient must provide justification for each specific personnel position identified.

Each year, three (3) months before the end of the current period of performance, before incremental funding is added, DHS requires a detailed budget submission showing how the additional funding will be used and how the scope and the activities of the project will be supported by these additions.

Describe the key personnel and their activities, as well as how funds will be allocated to project activities. The budget narrative must include a full budget justification (see Appendix 1, Section L, *Sample Budget Format* - of this announcement for cost categories to be addressed in the budget justification).

DHS strongly encourages applicants to use a budget justification format that documents the proposed budget by major task/activity and apply the object class categories listed in

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

Section D., Number 13 of this announcement. For a sample budget format that might be helpful to applicants see Appendix 1, Section L, *Sample Budget Format*.


Budget Narrative (Justification) File(s)

a. Attach your budget narrative and justification files (including separate budgets for each proposed sub-award or subcontract) to the form named "Budget-V1.1" in the application package. If you need to add more documents than this form will allow (i.e. sub-award budgets), please use the optional "Attachments" form to attach the additional files (see below).


b. Budget detail is required for:

**Personnel:** Costs of employee salaries and wages.
  (i) **Justification**: Identify the project director or principal investigator, if known. For each staff person, provide the title, time commitment to the project (in months), time commitment to the project (as a percentage or full-time equivalent), annual salary, grant salary, wage rates, etc. Do not include the costs of consultants.
  (ii) **Fringe Benefits**: Costs of employee fringe benefits unless treated as part of an approved indirect cost rate.
      1) **Justification**: Provide the method used to calculate the proposed rate amount. If a fringe benefit has been negotiated with, or approved by, a Federal government cognizant agency, provide a copy of the agreement. If no rate agreement exists, provide a breakdown of the amounts and percentages that comprise fringe benefit costs such as health insurance, FICA, retirement insurance, taxes, etc. Identify the base for allocating these fringe benefit expenses.
  (iii) **Travel**: Costs of project-related travel by employees of the applicant organization (does not include costs of sub-contractor or consultant travel).
      1) **Justification**: For each proposed trip, provide the purpose, number of travelers, travel origin and destination, number of days and a breakdown of costs for airfare, lodging, meals, car rental, and incidentals. The basis for the airfare, lodging, meals, car rental, and incidentals must be provided, such as past trips, current quotations, Federal Travel Regulations, etc.
  (iv) **Equipment**: Generally, CWMD will work with recipients to identify the appropriate equipment for their operations and procure that equipment for them. At its discretion, CWMD may instead provide monetary assistance for the procurement of equipment by the recipient if CWMD determines that is in the Government's best interest to meet the needs of an applicant in a particular instance. Primary screening equipment will become the property of the recipients. Other equipment will remain the property of the Federal Government, loaned to the recipients for their use, as long as they participate in

Page **16** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

the STC Program, or until they need to be replaced.  CWMD will replace equipment as deemed necessary.

(v)  **Supplies:** Costs of all tangible personal property other than that included under the Equipment category.

    1)  **Justification**: Specify general categories of supplies and their costs. Show computations and provide other information that supports the amount requested.

(vi)  **Contractual**: Costs of all contracts for services and goods except for those that belong under other categories such as equipment, supplies, etc.  Include third party evaluation contracts (if applicable) and contracts with secondary recipient organizations.

    1)  **Justification:** Demonstrate that all procurement transactions will be conducted in a manner to provide, to the maximum extent practical, open and free competition. Identify proposed sub-award/sub-contractor work and the cost of each sub-award/sub-contractor.  Provide a detailed budget for each sub-awardee that is expected to perform work estimated to be $25,000 or more, or 50% of the total work effort, whichever is less.  The sub-awardee budget(s) should provide the same level of detail as that of the applicant (i.e., by Object Class Category/Cost Classification).  In addition, the following information must be provided:

    2)  **Subcontracts** - Identify each planned subcontractor and its total proposed budget.  Each subcontractor's budget and supporting detail should be included as part of the applicant's budget narrative.  In addition, the applicant will provide the following information for each planned subcontract: a brief description of the work to be subcontracted; the number of quotes solicited and received, if applicable; the cost or price analysis performed by the applicant; names and addresses of the subcontractors tentatively selected and the basis for their selection; e.g., unique capabilities (for sole source subcontracts), low bidder, delivery schedule, technical competence; type of contract and estimated cost and fee or profit; and affiliation with the applicant, if any.

    Recipient may be required to make pre-award review and procurement documents available to DHS, including request for proposals or invitations for bids, independent cost estimates, etc.  This may include procurements expected to exceed the simplified acquisition threshold fixed at 41 USC 134 (currently set at $250,000) and expected to be awarded without competition or only one bid or offer is received in response to a solicitation.

    3)  **Sub-awardees** – Identify each planned sub-awardee and its total proposed budget.  Each sub- awardee's budget and supporting detail should be separate from the applicant's budget narrative. All required flow down provisions in the award must be included in any subcontract or sub- award.

Page **17** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

(vii) **Other Direct Costs**: Any other items proposed as direct costs. Provide an itemized list with costs and state the basis for each proposed item (e.g., exercises).

(viii) **Indirect Costs**: Provide a copy of the latest rate agreement negotiated with a cognizant Federal agency. If the applicant organization is in the process of initially developing or renegotiating a rate, upon notification that an award will be made, it should immediately develop a tentative indirect cost rate proposal based on its most recently completed fiscal year, in accordance with the cognizant agency's guidelines for establishing indirect cost rates and submit it to the cognizant agency. Applicants awaiting approval of their indirect cost proposals may also request indirect costs. When an indirect cost rate is requested, those costs included in the indirect cost pool should not also be charged as direct costs to the award. Also, if the applicants are requesting a rate that is less than what is allowed under the program, the authorized representative of the applicant's organization must submit a signed acknowledgement that the applicant is accepting a lower rate than allowed.

**d. Management Process Description**

Whether the applicant establishes a program office or not, the applicant must designate an initial region-wide program manager and provide a description of how participants will be organized to ensure unified effort resulting in a coordinated regional plan. Wiring diagrams depicting relationships would be appropriate. In addition to addressing the items listed above in the Project Narrative, the applicant must submit a Management Process Description explaining the working arrangements among all the principal partners, including the applicant, and with the CWMD federal program manager.

DHS requires a lead agency (applicant) that distributes funding and equipment/services to principal partners; however, other models proposed in the Management Process Description portion of the application will be considered provided that other models ensure proper handling of Federal funds/assets/property and record keeping.

The Management Process Description should include the following items but is not limited to:

o How each principal partner will receive assistance (which can include equipment, training, and technical assistance).
o The arrangements for the implementation and administration of sub-awards. Describe the proposed business process for sub-awarding and describe payment procedures for sub-awardees. Describe property management processes.
o The roles and responsibilities of principal partners, including, but not limited to:
  o What activities they agree to undertake.
  o What resources (if any) each party intends to bring to the project.
  o How differences in the implementation of a regional approach will be resolved among principal partners.

Page **18** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

10. Certifications/Assurances.
   a. Applicants must submit:
      1) SF 424B – Assurances – Non-construction Programs.
      2) Certification Regarding Lobbying. If paragraph two of the certification applies, then complete and submit the SF-LLL Disclosure of Lobbying, which is provided as an optional form in the application package.
   b. By signing and submitting an application under this announcement, the applicant is providing: Certification Regarding Debarment, Suspension, and Other Responsibility Matters – Primary Covered Transactions (see Attachment A); and Certification Regarding Drug-Free Workplace Requirements (see Attachment B).
   c. *DRUG-FREE WORKPLACE ACT.* Requires the recipient to publish a statement about its drug-free workplace program and give a copy of the statement to each employee (including consultants and temporary personnel) who will be involved in award- supported activities at any site where these activities will be carried out. Also, place(s) where work is being performed under the award (i.e., street address, city, state and zip code) must be maintained on file. The recipient must notify the Grants Officer of any employee convicted of a violation of a criminal drug statute that occurs in the workplace. (41 U.S.C. 701 et seq.)
   d. *DEBARMENT AND SUSPENSION.* Executive Orders (E.O.) 12549 and 12689 provide protection from fraud, waste, and abuse by debarring or suspending those persons that deal in an irresponsible manner with the Federal government. The recipient must certify that they are not debarred or suspended from receiving Federal assistance.
   e. *FEDERAL DEBT STATUS.* The recipient may not be delinquent in the repayment of any Federal debt. Examples of relevant debt include delinquent payroll or other taxes, audit disallowances, and benefit overpayments. (OMB Circular A-129)

11. Optional Forms:
   Attachments Form – use this form to attach other documents if you need another place to electronically attach portions of your application.

12. Other Submission Requirements
   a. All applicants for this award must:
      1. Be registered in SAM before submitting its application;
      2. Provide a valid DUNS number in its application; and
      3. Continue to maintain an active SAM registration with current information at all times during which it has an active federal award or an application or plan under consideration by a federal awarding agency.

   DHS may not make a federal award to an applicant until the applicant has complied with all applicable DUNS and SAM requirements and, if an applicant has not fully complied with the requirements by the time DHS is ready to make a federal award. DHS may determine that the applicant is not qualified to receive a federal award and use that determination as a basis for making a federal award to another applicant.

**Page 19 of 29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

b. DHS is participating in the Grants.gov initiative to provide the grant community with a single site to find and apply for grant funding opportunities. DHS encourages applicants to submit their applications online through Grants.gov.

c. Intergovernmental Review
An intergovernmental review may be required. Applicants must contact their state's Single Point of Contact (SPOC) to comply with the state's process under Executive Order 12372.

(See https://www.archives.gov/federal-register/codification/executive-order/12372.html; https://www.whitehouse.gov/wp-content/uploads/2019/02/SPOC-February-2019.pdf).

13. Funding Restrictions

DHS grant or cooperative agreement funds may only be used for the purpose set forth in the agreement and must be consistent with the statutory authority for the award. Grant or cooperative agreement funds and non-monetary support may not be used for cost-sharing or matching funds for other Federal grants, lobbying, or intervention in Federal regulatory or adjudicatory proceedings. In addition, Federal funds may not be used to sue the Federal government or any other government entity.

a. Equipment purchases.
   1) Except in limited circumstances, CWMD will not provide cooperative agreement funds for recipients to use to buy equipment but will procure the required equipment for them. At its discretion, CWMD may provide monetary assistance for the procurement of equipment by the recipient, if CWMD determines that monetary assistance is in the Government's best interest to meet the needs of an applicant in a particular instance. CWMD will work with recipients to identify the appropriate equipment for their operations and procure that equipment (or like equipment) for them. Primary screening equipment will become the property of the recipients. Other equipment will remain the property of the Federal Government, loaned to the recipients for their use as long as they participate in the STC program, or until the equipment needs to be replaced. CWMD STC will replace all equipment as needed, and as funding permits.
   2) The Recipient shall be responsible for maintaining records of the location, functionality, status of the instrument and other related information, using the STC Inventory template. The recipient shall also be responsible for notifying the CWMD-designated regional asset management point of contact, to regularly report changes in instrument status and to provide an updated STC Inventory spreadsheet on a regular basis, to be specified upon award of cooperative agreement.
   3) Title of primary screening equipment will remain with the Recipient until closeout when disposition will be provided in writing by the DHS within 120 days of submission of final reports. Title of all other equipment will remain with CWMD.

Page **20** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

4) Profit/Fee is not allowable except when subcontracting for routine goods and services with commercial organizations.
5) Foreign travel is not permitted under this announcement.
6) Construction costs are not allowable under this funding opportunity.
7) Training is limited to CWMD STC allowable courses.
8) The STC Region is required to successfully conduct a full-scale exercise of their plan at least once every five years to remain eligible for additional funding awards.
9) Funds may be restricted in the event of the submission of an incomplete, untimely, or noncompliant application.

14. Allowable Costs

a. **Pre-Award Costs**
   *Pre-Award Costs are not allowable, unless prior written approval is received from the CWMD Assistant Secretary. Requests for Pre-Award Costs will require the submission of written justification on letterhead from the Executive level of the jurisdiction applying for the STC award.*

b. **Management and Administration (M&A) Costs**
   M&A costs are allowable. M&A costs are not operational costs, but are necessary costs incurred in direct support of the grant or cooperative agreement or as a consequence of it; such as travel, meeting-related expenses, and salaries of full/part-time staff in direct support of the program, etc. As such these can be itemized in financial reports.

   An application must provide a detailed description of these expenses in the Project Narrative. DHS recommends the grant recipient establish a STC Program office to manage the day-to-day administration of the program. This office should consist of a qualified full-time program manager and other part-time personnel required to manage the program locally (i.e. part-time financial specialist familiar with grant administration, a part-time program analyst familiar with nuclear detection operations, and administrative specialists to perform clerical duties). **At a minimum, an initial region-wide program manager is required.** Applicants should propose the minimum staff and supplies required for the program.

c. **Indirect Facilities & Administrative (F&A) Costs** *(if applicable)*
   Indirect costs are allowable. Provide a copy of the latest rate agreement negotiated with a cognizant Federal agency. If the applicant organization is in the process of initially developing or renegotiating a rate, upon notification that an award will be made, it should immediately develop a tentative indirect cost rate proposal based on its most recently completed fiscal year, in accordance with the cognizant agency's guidelines for establishing indirect cost rates and submit it to the cognizant agency. Applicants awaiting approval of their indirect cost proposals may also request indirect costs. When an indirect cost rate is requested, those

Page **21** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

costs included in the indirect cost pool should not also be charged as direct costs to the award. Also, if the applicant is requesting a rate that is less than what is allowed under the program, the authorized representative of the applicant's organization must submit a signed acknowledgement that the applicant is accepting a lower rate than allowed.

15. Application Review Information
    a. **Application Evaluation Criteria**
       1) **Programmatic Criteria**
          Consistent with the Homeland Security Act of 2002 ("HSA") (Pub. L. 107-296), as amended by section 2(a)(10) of the Countering Weapons of Mass Destruction Act of 2018 (Pub. L. 115-387), codified at 6 U.S.C. 596b., subsection 1928(c), the Secretary of Homeland Security has designated eligible STC Program implementation cities/regions from among the FEMA Administrator's designated section 2003's high-risk urban areas that are also which are located in the proximity of FBI Level 5 Stabilization Teams. The STC eligibility requirement is based on Urban Area Security Initiative eligibility; however, CWMD has added the Stabilization Team alignment to the eligibility requirements to synchronize with the FBI in critical areas of the country by leveraging partnerships and unique capabilities that the FBI has established in these regions.

          In FY 2020, STC will focus on all regions that were not previous recipients under the STC Program. The effort covered by this announcement focuses on the following two high-risk urban areas: Boston, MA and New Orleans, LA.

       2) **Financial Integrity Criteria**
          Prior to making a federal award, the *GFAD* is required by 31 U.S.C. § 3321 note, 41 U.S.C. § 2313, and 2 C.F.R. § 200.205 to review information available through any OMB-designated repositories of government wide eligibility qualification or financial integrity information. Therefore, application evaluation criteria may include the following risk-based considerations of the applicant:
          1) Financial stability.
          2) Quality of management systems and ability to meet management standards.
          3) History of performance in managing federal award.
          4) Reports and findings from audits.
          5) Ability to effectively implement statutory, regulatory, or other requirements.

       3) **Supplemental Financial Integrity Criteria and Review**
          Prior to making a federal award where the anticipated total federal share will be greater than the simplified acquisition threshold, currently $250,000 (see Section 805 of the National Defense Authorization Act for Fiscal Year 2018, Pub. L. No. 115-91, OMB Memorandum M-18-18 at https://www.whitehouse.gov/wp-content/uploads/2018/06/M-18-18.pdf):

Page **22** of **29**

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

1) GFAD is required to review and consider any information about the applicant that is in the designated integrity and performance system accessible through SAM, which is currently the Federal Awardee Performance and Integrity Information System (FAPIIS) and is accessible through the SAM website.

2) An applicant, at its option, may review information in FAPIIS and comment on any information about itself that a federal awarding agency previously entered.

3) *GFAD* will consider any comments by the applicant, in addition to the other information in FAPIIS, in making a judgment about the applicant's integrity, business ethics, and record of performance under federal awards when completing the review of risk posed by applicants as described in 2 C.F.R. § 200.205.

b. **Review and Selection Process**
This is an initial announcement for application under the Securing the Cities Program.

Applicants will be required to submit a new budget that will go through a cost analysis review and justification for any changes in scope.

Prior to making a Federal award with a total amount of Federal share greater than the simplified acquisition threshold, currently $250,000, DHS is required to review and consider any information about the applicant that is in the designated integrity and performance system accessible through SAM (currently FAPIIS).

An applicant, at its option, may review information in the designated integrity and performance systems accessible through SAM and comment on any information about itself at a Federal awarding agency previously entered and is currently in the designated integrity and performance system accessible through SAM.

DHS will consider any comments by the applicant, in addition to the other information in the designated integrity and performance system, in making a judgment about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 2 CFR §200.205 Federal awarding agency review of risk posed by applicants."

16. Federal Award Administration Information
a. **Notice of Award**
Before accepting the award, the AOR and recipient should carefully read the award package. The award package includes instructions on administering the grant award and the terms and conditions associated with responsibilities under federal awards.

Page **23** of **29**

# The Department of Homeland Security (DHS)
## Notice of Funding Opportunity (NOFO)
## FY2020 Securing the Cities Program (STC)

**Recipients must accept all conditions in this NOFO as well as any special terms and conditions in the Notice of Award to receive an award under this program.**

17. Administrative and National Policy Requirements

All successful applicants for DHS grant and cooperative agreements are required to comply with DHS Standard Terms and Conditions, which are available online at: <u>DHS Standard Terms and Conditions.</u>

The applicable DHS Standard Terms and Conditions will be those in effect at the time the award was made, unless the application is for a continuation award. In that event, the terms and conditions in effect at the time the original award was made will generally apply. What terms and conditions will apply for the award will be clearly stated in the award package at the time of award.

18. Reporting
   a. **Federal Financial Reporting Requirements**
      The Federal Financial Report (FFR) form is available online at: <u>SF-425 *OMB #4040-0014*</u>

   b. **Programmatic Performance Reporting Requirements**
      Quarterly performance reporting is required and is a vital tool for the STC Federal Program Office's monitoring of the implementation process and the overall effectiveness of the program. Quarterly Reports will include detailed information from cities on achieving key performance metrics and program milestones and enforcing reporting requirements on performance during exercises. The Quarterly Performance Reporting is directly tied to the performance measures and completing the report enables the STC Program Office to monitor progress and continually improve the implementation process.
      1) Performance and Progress Reports will be uploaded in Grants Solution and submitted to the DHS STC Program Officer.
      2) The Recipient will submit quarterly Performance Reports within 30 days of the end of each reporting period. Quarterly Performance Reports will describe accomplishments in terms of the approved project objectives as detailed in a Plan of Actions and Milestones or Gantt chart. The Quarterly Performance Reports will include information on:
         i. Operations, such as use of equipment for steady-state, enhanced steady-state operations, and search operations;
         ii. Equipment, such as how many of each type of equipment CWMD provided to the grant recipient during the quarter, and how many are operational;
         iii. Training, such as the numbers of instructors, the numbers of courses conducted and of which types, and the total number of qualified operators;

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

    iv.    Exercises, such as the number and types of drills and exercises planned and conducted, along with status of after action reports and improvement plans;

    v.    Reachback and reporting, such as the number of alarms adjudicated, and how many were resolved locally, through National Reachback (DOE Triage), or through the CBP Laboratory Sciences Desk; and

    vi.    Program management, such as numbers of press releases, numbers of district attorneys, judges, and executive leaders briefed, and amount of backfill and overtime dollars expended for training and exercises.

c. **Additional Performance Reporting Requirements** *Other Progress Reports will be submitted as required and include operational reports such as exercise after action summaries, deployment summaries, etc.*

    1) *The Quarterly Performance Report Template is located in Section I of NOFO Appendix 1.*

    2) *Formats and instructions concerning these reports will be provided by the CWMD STC Implementation Team after award.*

d. **Closeout Reporting Requirements**
Within 90 days after the end of the period of performance, or after an amendment has been issued to close out a grant, recipients must submit the following:

    1) The final request for payment, if applicable;

    2) The final FFR (SF-425);

    3) The final progress report detailing all accomplishments;

    4) A qualitative narrative summary of the impact of those accomplishments throughout the period of performance; and

    5) Other documents required by this NOFO, terms and conditions of the award, or other *GFAD* guidance.

If applicable, an inventory of all construction projects that used funds from this program must be reported with the final progress report.

After these reports have been reviewed and approved by *GFAD*, a closeout notice will be completed to close out the grant. The notice will indicate the period of performance as closed, list any remaining funds that will be deobligated, and address the requirement of maintaining the grant records for three years from the date of the final FFR, unless a longer period applies, such as due to an audit or litigation, for equipment or real property used beyond the period of performance, or due to other circumstances outlined in 2 C.F.R. § 200.333.

In addition, any recipient that issues subawards to any subrecipient is responsible for closing out those subawards as described in 2 C.F.R. § 200.343. Recipients acting as pass-through entities must ensure that they complete the closeout of their subawards in time to submit all necessary documentation and information to *GFAD* during the closeout of their prime grant award.

**Page 25 of 29**

**The Department of Homeland Security (DHS)
Notice of Funding Opportunity (NOFO)
FY2020 Securing the Cities Program (STC)**

The recipient is responsible for returning any funds that have been drawn down but remain as unliquidated on recipient financial records.

e. **Disclosing Information per 2 C.F.R. § 180.335**
This reporting requirement pertains to disclosing information related to government-wide suspension and debarment requirements. Before a recipient enters into a grant award with *GFAD*, the recipient must notify *GFAD* if it knows if it or any of the recipient's principals under the award fall under one or more of the four criteria listed at 2 C.F.R. § 180.335:
1) Are presently excluded or disqualified;
2) Have been convicted within the preceding three years of any of the offenses listed in 2 C.F.R. § 180.800(a) or had a civil judgment rendered against it or any of the recipient's principals for one of those offenses within that time period;
3) Are presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses listed in 2 C.F.R. § 180.800(a); or
4) Have had one or more public transactions (federal, state, or local) terminated within the preceding three years for cause or default.
At any time after accepting the award, if the recipient learns that it or any of its principals falls under one or more of the criteria listed at 2 C.F.R. § 180.335, the recipient must provide immediate written notice to *GFAD* in accordance With 2 C.F.R. § 180.350.

f. **Reporting of Matters Related to Recipient Integrity and Performance**
Per 2 C.F.R. Part 200, Appendix I § F.3, the additional post-award reporting requirements in 2 C.F.R. Part 200, Appendix XII may apply to applicants who, if upon becoming recipients, have a total value of currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies that exceeds $10,000,000 for any period of time during the period of performance of an award under this funding opportunity. Recipients that meet these criteria must maintain current information reported in FAPIIS about civil, criminal, or administrative proceedings described in paragraph 2 of Appendix XII at the reporting frequency described in paragraph 4 of Appendix XII.

19. Monitoring
Per 2 C.F.R. § 200.336, *DHS*, through its authorized representatives, has the right, at all reasonable times, to make site visits to review project accomplishments and management control systems to evaluate project accomplishments and to provide any required technical assistance. During site visits, *DHS* will review grant recipients' files related to the grant award. As part of any monitoring and program evaluation activities, grant recipients must permit *DHS*, upon reasonable notice, to review grant-related records and to interview the organization's staff and contractors regarding the program. Recipients must respond in a timely and accurate manner to *DHS* requests for information relating to the grant program.

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

20. DHS Awarding Agency Contact Information
    **Contact and Resource Information**

    DHS Grants Officer:

    Lisa Johnson
    DHS Grants Officer
    Lisa.Johnson1@hq.dhs.gov

    DHS Program Officers:
    Marcus Bay                          Michael Simon
    STC Deputy Program Officer          STC Deputy Program Officer
    Marcus.Bay@hq.dhs.gov               Michael.Simon@hq.dhs.gov
    202-254-7198                        202-254-7040

    Component web address: *https://www.dhs.gov/operations-support-directorate*

21. Additional Information
    a. **Period of Performance Extensions**
       Extensions to the period of performance under this program are *allowed.*
       1) Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.
       2) The extension request will be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.
       3) Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification to be processed. The justification is a written explanation of the reason or reasons for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. Without performance and financial status reports current and justification submitted, extension requests will not be processed.
       4) DHS has no obligation to provide additional resources/funding as a result of an extension.

       Extensions will be considered on a case by case basis. An awardee must demonstrate significant operational or procurement issues to be considered for an extension.

    b. **Disclosures**
       1) **Risk Assessment Evaluation**
          DHS staff will evaluate the risks to the program posed by each applicant, including conducting due diligence to ensure an applicant's ability to manage federal funds. This evaluation is in addition to the evaluation of the applicant's eligibility and the quality of its application on the basis of the Selection Criteria, and results from this

Page **27** of **29**

**The Department of Homeland Security (DHS)
Notice of Funding Opportunity (NOFO)
FY2020 Securing the Cities Program (STC)**

evaluation may assist funding decisions. If an award is made, DHS may apply special conditions that correspond to the degree of risk of the award.

In evaluating risks, DHS may consider the following:
- Financial stability;
- Quality of management systems and ability to meet the management standards prescribed in applicable OMB Guidance;
- Applicant's record in managing previous DHS awards, cooperative agreements, or procurement awards, including:

1. Timeliness of compliance with applicable reporting requirements
2. Accuracy of data reported
3. Conformance to the terms and conditions of previous federal awards
4. If applicable, the extent to which any previously awarded amounts will be expended prior to future awards
5. Information available through OMB-designated repositories of government-wide eligibility qualification or financial integrity information, such as: Federal Awardee Performance and Integrity Information System (FAPIIS), Duns and SAM
6. Reports and findings from single audits performed under Subpart F – Audit Requirements, 2 C.F.R. Part 200 and findings and reports of any other available audits
7. Applicant organization's annual report
8. Publicly available information, including information from the applicant organization's website
9. Applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on award recipients.

In addition, organizations who have not received prior DHS Grants and Financial Assistance Division (GFAD) awards may be required to complete a risk assessment questionnaire as part of the pre-award financial and administrative review.

2) **Applicant Disclosure of High-Risk Status**
Applicants are to disclose if they are currently designated as high risk by a federal awarding agency. This includes, but is not limited to, any status requiring additional oversight by a federal awarding agency due to past programmatic, administrative or financial concerns. If an applicant is designated as high risk by a federal awarding agency, it should provide an explanation with the application package and include the following information:
- The federal awarding agency that assigned the high-risk status;
- The federal awarding agency's point of contact for the risk status, including name, phone number and email address;
- Date of the risk status designation;
- Reason(s) for the risk status.

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**FY2020 Securing the Cities Program (STC)**

DHS seeks this information to ensure appropriate federal oversight of all grant awards. The disclosure of an organization's risk status does not disqualify it from receiving an award; however additional grant oversight may be required. If necessary, this information will be provided in the award documentation. Failure to disclose high risk status may result in award termination or other remedies.

c. **Obligation by DHS/GFAD**

Publication of this Notice of Funding Opportunity (NOFO) does not obligate the Department of Homeland Security (DHS), Grants and Financial Assistance Division (GFAD) to award any specific number of grants and/or cooperative agreements or to obligate any particular amount of funding.

d. **Program Income**

No program income is anticipated to be generated under the award(s) at this point. However, if program income generates during the implementation of the program, the Grants Officer reserves his/her rights in determining exactly how that income will be treated and considered under the award, in line with 2 CFR 200.307. Otherwise, the following will be observed:

For U.S. Organizations, the following paragraph (e) (1) of the 2 CFR 200.307 must apply:

"(1) Deduction. Ordinarily program income must be deducted from total allowable costs to determine the net allowable costs. Program income must be used for current costs unless the Federal awarding agency authorizes otherwise. Program income that the non-Federal entity did not anticipate at the time of the Federal award must be used to reduce the Federal award and non-Federal entity contributions rather than to increase the funds committed to the project." For non-U.S. organizations, see the provision named "Program Income."

# Exhibit B

**U.S. Department of Homeland Security**
Washington, DC 20528



June 18, 2020

David Carabin
Director, Boston Regional Intelligence Center
Boston Police Department Headquarters
1 Schroeder Plaza
Boston, MA  02120

Dear Mr. Carabin:

The Department of Homeland Security invites you to apply for the FY2020 Securing the Cities (STC) Program in an amount not to exceed **$2,000,000**.  This is a four-phased program aimed at enhancing the ability of the United States to detect and prevent terrorist attacks, and other high-consequence events utilizing nuclear or other radiological materials that pose a high risk to homeland security in high risk urban areas.

During year 1, the focus of the Program is Phase 1 (Engagement) which includes the establishment of the program office and the governance structure of the program.  For additional details on the FY2020 STC Program, as well as instructions on how to submit an electronic application, please visit www.Grants.Gov to view the Notice of Funding Opportunity.  From the Grants.Gov homepage, enter the Opportunity Number – DHS-20-106-STC-0001 and select search.  Also remember, applications must be submitted through the www.Grants.Gov portal on or before **Tuesday, July  21, 2020.**

Please keep in mind, your application for Federal assistance does not commit the U.S. Government to fund your project or to pay any costs incurred in the preparation of an application. The Government reserves the right to accept, reject, or revise your application.

We look forward to receiving your application and the required documents.  If you have any questions or encounter difficulties in submitting an application, please email me at Lisa.Johnson1@hq.dhs.gov or by telephone at (202) 447-5094.


Sincerely,

*Lisa Johnson*

Lisa Johnson
Associate Director
Grants and Financial Assistance Division
U.S. Department of Homeland Security, OPO

# Exhibit C

| 1. DATE ISSUED *MM/DD/YYYY*<br><br>09/11/2020 | 1a. SUPERSEDES AWARD NOTICE dated<br><br>except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |
|---|---|

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

245 Murray Lane, SW
Mail Stop 0115
Washington, DC 20528

| 2. ASSISTANCE LISTING NUMBER<br><br>97.106 - Securing the Cities Program |
|---|

| 3. ASSISTANCE TYPE   Cooperative Agreement |
|---|

| 4. GRANT NO. 20CWDSTC00014-01-00<br><br>**Formerly** | 5. TYPE OF AWARD<br><br>Research |
|---|---|
| 4a. FAIN  20CWDSTC00014 | 5a. ACTION TYPE  New |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/11/2020 | **Through** | 07/31/2030 |
| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| **From** | 09/11/2020 | **Through** | 07/31/2021 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

| 8. TITLE OF PROJECT (OR PROGRAM)<br><br>Boston's Securing the Cities Program |
|---|

| 9a. GRANTEE NAME AND ADDRESS<br><br>CITY OF BOSTON<br>1 Schroeder Plz<br>Boston, MA 02120-2014 | 9b. GRANTEE PROJECT DIRECTOR<br><br>Ms. Maria  Cheevers<br>One Schroeder Plaza<br>Boston, MA 02120-2014<br>Phone: 6173435096 |
|---|---|
| 10a. GRANTEE AUTHORIZING OFFICIAL<br><br> Jason  Whyte<br>1 Schroeder Plz Fl 3<br>Boston, MA 02120-2014<br>Phone: 617-343-6096 | 10b. FEDERAL PROJECT OFFICER<br><br> Marcus  Bay<br>1120 Vermont Avenue<br>DHS CWMD<br>Washington, DC 20407-0001<br>Phone: 2022547198 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | |
|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | |
| II Total project costs including grant funds and all other financial participation | **II** |
| a. | Salaries and Wages ……………….…………... | 120,000.00 |
| b. | Fringe Benefits ……………….…............ | 0.00 |
| c. | Total Personnel Costs …….………… | 120,000.00 |
| d. | Equipment …………………………….. | 38,181.82 |
| e. | Supplies ……………………………….. | 0.00 |
| f. | Travel …………………………………. | 64,000.00 |
| g. | Construction ………………………….. | 0.00 |
| h. | Other …………………………………. | 216,000.00 |
| i. | Contractual …………………………… | 1,380,000.00 |
| j. | TOTAL DIRECT COSTS ⟶ | 1,818,181.82 |
| k. | INDIRECT COSTS | 181,818.18 |
| l. | **TOTAL APPROVED BUDGET** | 2,000,000.00 |
| m. | Federal Share | 2,000,000.00 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 2,000,000.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 2,000,000.00 |

| 13. Total Federal Funds Awarded to Date for Project Period | 2,000,000.00 |
|---|---|

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

**15.** PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**   (Other Terms and Conditions Attached -   ● Yes    ○ No)

The Recipient is awarded a total of $2,000,000 under the FY20 Securing the Cities Program.  However indirect costs in the amount $181,818.18 are restricted pending receipt of the Final Indirect Cost Rate agreement.

**GRANTS MANAGEMENT OFFICIAL:**

Lisa Johnson, Associate Director

Phone: (202) 309-8010

| 17.OBJ CLASS  4100 | 18a. VENDOR CODE  046001381 | 18b. EIN  046001380 | 19a. UEI  KJJBSAU7MXK7      19b. DUNS  808850333 | 20. CONG. DIST.  07 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a. O00370020411 | b. CWDSTC00014A | c.  STC | d.                               $2,000,000.00 | e.                  70020411 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE  2 of 4 | DATE ISSUED 09/11/2020 |
|---|---|
| GRANT NO.    20CWDSTC00014-01-00 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 4 | DATE ISSUED 09/11/2020 |
|---|---|
| GRANT NO. 20CWDSTC00014-01-00 | |

| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |
|---|---|---|---|

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |

3

| NOTICE OF AWARD (Continuation Sheet) | PAGE 4 of 4 | DATE ISSUED 09/11/2020 |
|---|---|---|
| | GRANT NO. | 20CWDSTC00014-01-00 |

| | | | |
|---|---|---|---|
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |
| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |

# AWARD ATTACHMENTS

BOSTON, CITY OF                                                    20CWDSTC00014-01-00

1. FY20 STC Boston Award Letter

2. FY20 STC Boston Award Terms and Conditions



**U.S. Department of Homeland Security**
Washington, DC 20528

September 11, 2020

Ms. Maria Cheevers
Director, Officer of Research and Development
City of Boston Police Department
1 Schroeder Plaza
Boston, MA  02120-2014

RE: Agreement No. **20CWDSTC00014**

Dear Ms. Cheevers:

Congratulations!  I am pleased to inform you that the Department of Homeland Security (DHS) has approved your Securing the Cities application.  Your 2020 Securing the Cities application was approved for a cooperative agreement in the amount of $2,000,000.  Of this amount, $181,818.18 is restricted pending receipt of the final Indirect Cost Rate Agreement issued by the Federal cognizant agency.

Attached you will find two documents, the Notice of Award and the Terms and Conditions for the Program.  Please review the two documents in their entirety to become familiar with the requirements of the STC Program.

As you are aware, the Grants and Financial Assistance Division utilizes the GrantSolutions system, which is an online grants management system. Grantees will be able to access their grant portfolio, submit applications, submit performance and financial status reports, access grant related correspondence, and request amendments.  However, each user must establish an account by completing this form - Grantee User Account Form from this link:

https://www.grantsolutions.gov/support/registration.html.

Accounts should be established for your Authorizing Official and Program Director, as well as any other users who require access and notifications of award activity.  All Grantee User Account forms should be submitted directly to the GrantSolutions Help Desk at: help@grantsolutions.gov.  We ask that all accounts for relevant staff be established no later than **Friday, September 25, 2020**.

In addition to GrantSolutions, GFAD uses the Department of Health and Human Services (DHHS), Payment Management System (PMS) for payment of funds under all awards.  PMS is a full service central payment and cash management system which requires you to establish a user account.  You are encouraged to immediately complete the required PMS access forms.  Otherwise payments for any work performed under the grant program will not be processed until



**Bay Area Urban Areas Security Initiative**                    **Page | 2**

these forms are properly submitted to PMS, and an account has been established for your organization.  Please note the following:

> **If your organization has never received grant funds from the DHS Grants and Financial Assistance Division, you must complete the New User and Account Establishment process** directly on the PMS site.  Additional information may be found at: https://pms.psc.gov/grant-recipients/access-newuser.html . When completing the SF1199A form, Section 2 should contain the following information: Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528-0115.

> **If you have received grant funds through this DHS-HQ Grants office in the past**, you will not be required to submit these forms. However, please contact me to verify your account information prior to attempting to access funds.

Lastly and as a reminder, under the terms and conditions of this award, your organization must maintain an active System for Award Management (SAM) registration at https://www.sam.gov/portal/public/SAM/   The account must remain active until you send the final financial report or until you receive the final payment, whichever is later.  If your organization's SAM registration expires during the required period, the Service will suspend payment under this [and all other service] awards to your organization until the registration is updated by your organization.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters -  Program Officer, Mr. Marcus Bay
    Email: Marcus.Bay@HQ.DHS.GOV
    Phone: (202) 254-7198

Grant/Fiscal related matters - Grant Officer, Ms. Lisa Johnson
    Email: Lisa.Johnson1@HQ.DHS.GOV
    Phone: (202) 447-5094

Sincerely,

*Lisa Johnson*

Lisa Johnson
Associate Director
Grants and Financial Assistance Division
U.S. Department of Homeland Security, OPO

## COOPERATIVE AGREEMENT TERMS AND CONDITIONS
## GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)

In addition to the **DHS Standard Terms and Conditions** as outlined here:  http://www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions, the following Terms and Conditions apply specifically to this award as administered by the Grants and Financial Assistance Division (GFAD):

## ARTICLE I.    GENERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. AWARD SPECIFIC TERMS AND CONDITIONS

1.  Working drafts of the following documents are due to the DHS STC Federal Program Manager by the time period indicated after the validation date.  The validation date will be set after award and will correspond with the region's emplacement of a local initial STC Program Manager.  DHS expects work to commence on these documents early in the implementation process.  Each document will indicate concurrence by all STC principal partners.  DHS STC Program Office will provide templates and significant assistance in the production of these documents.  Once finalized, each of the documents should be placed in a periodic review cycle to be updated as the program matures.

Regional Strategic Plan - six (6) months from validation date
Regional Organization Chart - six (6) months from validation date
Committee Charters (if applicable) - six (6) months from validation date
Regional Implementation Plan nine (9) months from validation date
Regional Operations Plan - twelve (12) months from validation date
Regional Multi-Year Training and Exercise Plan - twelve (12) months from validation date
Information Exchange Plan 0 eighteen (18)months from validation date
Life-Cycle Sustainment Plan - twenty-four (24) months from validation date

### B. DHS PROGRAMMATIC INVOLVEMENT

1. Work with recipients to identify the appropriate equipment for specific regional operations and procure identified equipment for the region.  Primary screening equipment procured by DHS will become the property of the recipient.  Secondary screening equipment will remain the property of the Federal government, loaned to the recipients for their use as long as they participate in the STC program, or until the equipment needs to be replaced.  DHS will replace the equipment if doing so is in the Government's best interest, based upon the recipient's need, funds availability, and operational/logistical resources.

2. Assist in the establishment of Federal interagency partnerships, collaboration and cooperation for carrying out the project.

3.  Provide training and training materials for participating jurisdictions and provide updates to eligible training courses, subject to the availability of funds.

4.  Provide technical assistance to STC partners in developing regional operations plan.

5.  Attend and participate in appropriate meetings initiated by State and local stakeholders, including meetings of the STC committees, subcommittees, and working groups, as applicable.  Subject matter experts may periodically attend, participate and advise local program managers as necessary.

6.  Provide technical assistance workshops as deemed necessary by DHS.

## C. AMENDMENTS AND REVISIONS

1. Budget Revisions

a. The Recipient shall obtain prior written approval from the DHS Grants Officer for transfers of funds between direct cost categories in the approved budget when such cumulative transfers among those direct cost categories exceed ten percent of the total budget approved.

b. The Recipient shall obtain prior written approval from the DHS Grants Officer for any budget revision that would result in the need for additional resources/funds.

c. The Recipient is not authorized at any time to transfer amounts budgeted for direct costs to the indirect costs line item or vice versa, without prior written approval of the DHS Grants Officer.

2. Extension Request

a. Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.

b. The extension request shall be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.

c. Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification in order to be processed. The justification is a written explanation of the reason or reasons for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. In addition, extension requests shall not be processed without up-to-date performance and financial status reports.

d. DHS has no obligation to provide additional resources/funding as a result of an extension.

## D. EQUIPMENT

1. Title to equipment acquired by the Recipient with Federal funds provided under this Award shall vest in the Recipient, subject to the conditions pertaining to equipment in the 2 CFR Part 200.

2. Prior to the purchase of Equipment in the amount of $5,000 or more per unit cost, the recipient must obtain the written approval from DHS.

3. For equipment purchased with Award funds having a $5,000 or more per unit cost, the Recipient shall submit an inventory that will include a description of the property; manufacturer model number, serial number or other identification number; the source of property; name on title; acquisition date; and cost of the unit; the address of use; operational condition of the property; and, disposition data, if applicable. This report will be due with the Final Progress Report ninety (90) days after the expiration of the Project Period, and shall be submitted via GrantSolutions using the using the help/Support guidance entitled, "Quicksheet: Add a Grant Note" guidance found here: https://www.grantsolutions.gov/support/granteeUsers.html

## E. FINANCIAL REPORTS

1. Quarterly Federal Financial Reports – the Recipient shall submit a Federal Financial Report (SF-425) into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date. Reports are due on Apr 30,  Jul 30,  Oct 30, and Jan 30.  The report shall be submitted via www.GrantSolutions.gov using the Grant submission guidance entitled, "Grantee Reporting Process: Federal Financial Report"  found here: https://www.grantsolutions.gov/support/granteeUsers.html

2. Final Federal Financial Report – the Recipient shall submit the final Federal Financial Report (SF-425) into the GrantSolutions system no later than ninety (90) days after the end of the Project Period end date. The report shall be submitted via www.GrantSolutions.gov using the Grant submission guidance entitled, "Grantee Reporting Process: Federal Financial Report" found here: https://www.grantsolutions.gov/support/granteeUsers.html

3. Quarterly Federal Financial Reports (Cash Transaction) – the Recipient shall submit the Federal Financial Report (SF-425) Cash Transaction Report to the Department of Health and Human Services, Payment Management System.  Quarterly Cash Transaction reports shall be submitted no later than 1/30, 4/30, 7/30, and 10/30.

## F. PAYMENT

The Recipient shall be paid in advance using the U.S. Department of Health and Human Services/Payment Management System, provided it maintains or demonstrates the willingness and ability to maintain procedures to minimize the time elapsing between the transfer of the funds from the DHS and expenditure disbursement by the Recipient. When these requirements are not met, the Recipient will be required to be on a reimbursement for costs incurred method.

Any overpayment of funds must be coordinated with the U.S. Department of Health and Human Services/Payment Management System.

## G. PERFORMANCE REPORTS

1. Quarterly Performance  Reports – the Recipient shall submit performance reports into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date. Reports are due on Apr 30, Jul 30 Oct 30, and Jan 30.  The report shall be submitted via www.GrantSolutions,gov by selecting the Reports (PPR) feature.  Please remember to include the program name, report type (i.e. 1st Quarter Program) and award number in the note subject line.

a. Performance reports must provide information on the overall progress by quarter.  These reports

* A comparison of actual accomplishments with the goals and objectives established for the period.
* Reasons why established objectives were not met, if applicable.
* Other pertinent information including, when appropriate, analysis and explanation of cost

b. If the performance report contains any information that is deemed proprietary, the Recipient will denote the beginning and ending of such information with asterisks (******)

c. For submission of this information, complete the Performance Progress Report (PPR) found at: http://www.fema.gov/media-library/assets/documents/29485 OMB #0970-0334.

2. Final Performance Report – the Recipient shall submit the Final Performance Report into the GrantSolutions system no later than ninety (90) days after the expiration of the Project Period.  The Final Performance Report shall be submitted via www.GrantSolutions.gov by selecting the Reports (PPR) feature.  Please remember to include the program name, report type (ie, 1st Quarter Program) and award number in the note subject line.

## H. PERIOD OF PERFORMANCE

The approved Project and Budget Periods for the supported activity is contingent upon the following:

1. Acceptable performance of the project as determined by the Department of Homeland Security (DHS);

2. If applicable, acceptance and approval of each non-competing continuation application by the DHS;
3. Subject to the availability of annual DHS appropriated funds.

## I. PRIOR APPROVAL REQUIRED

The Recipient shall not, without the prior written approval of the DHS, request reimbursement, incur costs or obligate funds for any purpose pertaining to the operation of the project, program, or activities prior to the approved Budget Period.

## ARTICLE II. GENERAL TERMS AND CONDITIONS

### A. ACCESS TO RECORDS.

The Recipient shall retain financial records, supporting documents, statistical records, and all other records pertinent to this Award for a period of three years from the date of submission of the final expenditure report. The only exceptions to the aforementioned record retention requirements are the following:

1. If any litigation, dispute, or audit is started before the expiration of the 3-year period, the records shall be retained until all litigation, dispute or audit findings involving the records have been resolved and final action taken.

2. Records for real property and equipment acquired with Federal funds shall be retained for three (3) years after final disposition.

3. The DHS Grants Officer may direct the Recipient to transfer certain records to DHS custody when he or she determines that the records possess long term retention value. However, in order to avoid duplicate recordkeeping, the DHS Grants Officer may make arrangements for the Recipient to retain any records that are continuously needed for joint use.

DHS, the Inspector General, Comptroller General of the United States, or any of their duly authorized representatives, have the right of timely and unrestricted access to any books, documents, papers, or other records of the Recipient that are pertinent to this Award, in order to make audits, examinations, excerpts, transcripts and copies of such documents. This right also includes timely and reasonable access to Recipient's personnel for the purpose of interview and discussion related to such documents. The rights of access in this award term are not limited to the required retention period, but shall last as long as records are retained.

With respect to sub-recipients, DHS shall retain the right to conduct a financial review, require an audit, or otherwise ensure adequate accountability of organizations expending DHS funds. Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Access to Records).

## B. COMPLIANCE ASSURANCE PROGRAM OFFICE TERMS AND CONDITIONS

The Compliance Assurance Program Office (CAPO) is comprised of the DHS Treaty Compliance Office (TCO), Export Control Group (ECG), and the DHS Regulatory Compliance Office (RCO). The Compliance Assurance Program Manager (CAPM) is the DHS official responsible for overseeing CAPO and implementing procedures to ensure that the Recipient and any Recipient institutions/collaborators under this Award comply with international treaties, federal regulations, and DHS policies for Arms Control Agreements, Biosafety, Select Agent and Toxin Security, Animal Care and Use, the Protection of Human Subjects, Life Sciences Dual Use Research of Concern, and Export Controls.

CAPO collects and reviews relevant documentation pertaining to this Award on behalf of the Compliance Assurance Program Manager. Additional guidance regarding the review process is provided in the following sections, along with contact information for the TCO, RCO, and ECG. This guidance applies to the Recipient and any/all Recipient institutions involved in the performance of work under this Award. The Recipient is responsible for ensuring that any/all Recipient institutions and collaborators comply with all requirements and submit relevant documentation, as outlined in sections C – G below, for work being performed under this Award.

## C. TREATY COMPLIANCE FOR BIOLOGICAL AND CHEMICAL DEFENSE EFFORTS

The Recipient and any Recipient institution shall conduct all biological and chemical defense research, development, and acquisition projects in compliance with all arms control agreements of the U.S., including the Chemical Weapons Convention (CWC) and the Biological Weapons Convention (BWC). DHS Directive 041-01, *Compliance With, and Implementation of, Arms Control Agreements*, requires all such projects to be systematically evaluated for compliance at inception, prior to funding approval, whenever there is significant project change, and whenever in the course of project execution an issue potentially raises a compliance concern.

1. Requirements for Initial Treaty Compliance Review. To ensure compliance with DHS Directive 041-01, for each new biological and/or chemical defense-related effort (including paper and modeling studies) to be conducted under this Award, **the Recipient must submit the following documentation for compliance review and certification prior to funding approval**: a completed Treaty Compliance Form (TCF), which includes a Project Summary; a BWC Checklist; and/or a CWC Checklist.

2. Requirements for Ongoing Treaty Compliance Review.  To ensure ongoing treaty compliance for approved biological and/or chemical defense-related efforts funded through this Award, **the Recipient must submit the following documentation for review and approval prior to any significant project change and/or whenever in the course of project execution an issue potentially raises a compliance concern:** an updated Treaty Compliance Form and an updated Statement of Work detailing the proposed modification. The proposed project modification must receive written approval from CAPO prior to initiation.  Examples of project modifications include – but are not limited to—the addition of agents, a change in performer, modifications to the scope of work, and changes to the technical approach.

The Recipient should contact the Treaty Compliance Office (TCO) at treatycompliance@hq.dhs.gov to obtain the TCF template, submit the completed Form, or request additional guidance regarding TCO documentation and review requirements, as applicable to (1) new biological and/or chemical defense-related efforts, or (2) modifications to previously approved efforts.  The TCO will review all submitted materials and provide written confirmation of approval to initiate work to the Recipient once the treaty compliance certification process is complete.  **The Recipient and any Recipient institution shall not initiate any new activities, or execute modifications to approved activities, until receipt of this written confirmation.**

## D. REGULATORY COMPLIANCE FOR BIOLOGICAL LABORATORY WORK

The Recipient and any Recipient institution shall conduct all biological laboratory work in compliance with applicable federal regulations; the latest edition of the CDC/NIH Biosafety in Microbiological and Biomedical Laboratories; DHS Directive 066-02, Biosafety; and any local institutional policies that may apply for Recipient institution facilities performing work under this Award.  The Regulatory Compliance Office (RCO) will review the submitted Treaty Compliance Form (TCF) for planned work under this Award to determine the applicability of the requirements outlined in this section.  **The Recipient must contact the RCO at STregulatorycompliance@hq.dhs.gov for guidance on the requirements, and then submit all required documentation based on RCO guidance, prior to the initiation of any biological laboratory work under this Award.**

1. Requirements for All Biological Laboratory Work.  Biological laboratory work includes laboratory activities involving: (1) recombinant DNA or 'rDNA'; (2) Biological Select Agents and Toxins or 'BSAT'; or (3) biological agents, toxins, or other biological materials that are non-rDNA and non-BSAT.  **Each Recipient and any Recipient institution to be conducting biological laboratory work under this Award must submit copies of the following documentation, as required by the RCO after review of the TCF(s), for review prior to the initiation of such work:**

 a. Research protocol(s), research or project plan(s), or other detailed description of the biological laboratory work to be conducted;

 b. Documentation of project-specific biosafety review for biological laboratory work subject to such review in accordance with institutional policy;

c. Institutional or laboratory biosafety manual (may be a related plan or program manual) for each facility/laboratory to be involved in the biological laboratory work;

d. Biosafety training program description (should be provided as available in existing policies, plans, and/or manuals for all relevant facilities/laboratories where work is conducted;

e. Documentation of the most recent safety/biosafety inspection(s) for each facility/laboratory where the biological laboratory work will be conducted;

f. Exposure Control Plan, as applicable;

g. Documentation from the most recent Occupational Safety and Health Administration (OSHA) or State Occupational Safety and Health Agency inspection report; a copy of the OSHA Form 300 Summary of Work Related Injuries and Illnesses or equivalent, for the most recent calendar year; and documentation of any OSHA citations or notices of violation received in the past five years; and

h. Documentation from the most recent U.S. Department of Transportation (DOT) inspection report; and documentation of any DOT citations or notices of violation received in the past five years.

2. Requirements for Research Involving Recombinant DNA (rDNA). Laboratory activities involving rDNA research are defined by the NIH Guidelines for Research Involving Recombinant DNA Molecules, "NIH Guidelines". Each Recipient and any Recipient institution shall conduct all rDNA work in compliance with the NIH Guidelines. In addition to the documentation referenced in Section B.1 above, **each facility conducting research activities involving rDNA under this Award must submit copies of the following documentation to the RCO for review prior to the initiation of such activities:**

a. Institutional Biosafety Committee (IBC) Charter, and/or other available documentation of IBC policies and procedures;
b. Most recent Office of Biotechnology Activities (OBA) acknowledgement letter of the annual IBC Report;
c. IBC-approved rDNA research protocol(s); and
d. Documentation of final IBC approval for each rDNA research protocol and all subsequent renewals and amendments as they occur.

3. Requirements for Activities Involving Biological Select Agents and Toxins (BSAT). **Planned activities involving the possession transfer, and/or use of BSAT must be reviewed by the RCO prior to initiation.** This requirement also applies to activities involving select toxins that fall below the Permissible Toxin Limits, both at facilities registered with the National Select Agent Program and at unregistered facilities. Each Recipient and any Recipient institution shall conduct all BSAT work in compliance with all applicable regulations, including 42 CFR § 73, 7 CFR § 331, and 9 CFR § 121, related entity- and laboratory-specific policies and procedures, and DHS Directive 026-03, *Select Agent and Toxin Security.* **In addition to the documentation referenced in Section B.1 above, each facility conducting activities involving BSAT under this Award must submit copies of the following documentation to the RCO for review prior to the initiation of such activities:**

a. Current APHIS/CDC Certificate of Registration;
b. Most recent APHIS/CDC inspection report(s), response(s), and attachment(s);
c. Current versions of the Biosafety, Security, and Incident Response Plans required and reviewed under the Select Agent Regulations; and
d. Documentation of the most recent annual BSAT facility inspection, as required of the Responsible Official under the Select Agent Regulations.

The Recipient should contact the CAPO at STregulatorycompliance@hq.dhs.gov to obtain the RCO Documentation Request Checklist, submit documentation, or request more information regarding the DHS RCO documentation and compliance review requirements.  The CAPO will provide written confirmation of receipt of all required documentation to the designated Point(s) of Contact.  The CAPO will evaluate the submitted materials, along with available documentation from any previous reviews for related work at the Recipient and Recipient institution.  Additional documentation may be required in some cases and must be submitted upon request.  The CAPO will review all submitted materials and provide written confirmation to the Recipient once all requirements have been met.

CAPO review of submitted materials may determine the need for further compliance review requirements, which may include documentation-based and on-site components.  The Recipient, and any Recipient institutions conducting biological laboratory work under this Award, must also comply with ongoing CAPO compliance assurance and review requirements, which may include but are not limited to initial and periodic documentation requests, program reviews, site visits, and facility inspections.

The Recipient must promptly report the following to the CAPO, along with any corrective actions taken: (1) any serious or continuing biosafety or BSAT program issues as identified by the APHIS/CDC National Select Agent Program, other compliance oversight authorities, or institutional-level reviews (e.g., IBC or equivalent, laboratory safety/biosafety inspections); (2) any suspension or revocation of the APHIS/CDC Certificate of Registration; and (3) any for-cause suspension or termination of biological, rDNA, or BSAT activities  at the laboratories/facilities where DHS-sponsored work is conducted.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to applicable DHS requirements for biological laboratory activities.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions (e.g., BMBL and NIH Guidelines).  The Recipient must provide CAPO documentation sufficient to illustrate this compliance. The CAPO will evaluate compliance measures for these institutions on a case-by-case basis.  The Recipient must not initiate work nor provide funds for the conduct of biological laboratory work under this Award without CAPO's formal written approval.

## E. RESEARCH INVOLVING ANIMALS

The Recipient and any Recipient institution shall conduct all research involving animals under this Award in compliance with the requirements set forth in the Animal Welfare Act of 1966 (P.L. 89-544), as amended, and the associated regulations in 9 C.F.R., Chapter 1, Subchapter A; the Public Health Service (PHS) Policy on Humane Care and Use of Laboratory Animals (which adopts the "U.S. Government Principles for the Utilization and Care of Vertebrate Animals used in Testing, Research, and Training", 50 FR 20864, May 20, 1985); the National Research Council (NRC) Guide for the Care and Use of Laboratory Animals; the Federation of Animal Science Societies (FASS) Guide for the Care and Use of Agricultural Animals in Agricultural Research and Teaching; and any additional requirements set forth in the DHS Directive for the Care and Use of Animals in Research (026-01). Each Recipient and any Recipient institution planning to perform research involving animals under this Award must comply with the requirements and submit the documentation outlined in this section.

1. Requirements for Initial Review of Research Involving Animals. Research Involving Animals includes any research, experimentation, biological testing, and other related activities involving live, vertebrate animals, including any training for such activities. Each facility conducting research involving animals under this Award must submit copies of the following documentation to the CAPO for review prior to the initiation of such research:

   a. Institutional Animal Care and Use Committee (IACUC)-approved animal research protocol(s), including documentation of IACUC approval, any protocol amendments, and related approval notifications;

   b. Public Health Service (PHS) Animal Welfare Assurance, including any programmatic amendments, and the most recent NIH Office of Laboratory Animal Welfare (OLAW) approval letter for each Recipient and Recipient institution; OR DHS Animal Welfare Assurance, if the Recipient is not funded by the PHS and does not have a PHS Assurance on file with OLAW. Any affiliated IACUCs must be established under the same requirements as set forth in the PHS Policy;

   c. Most recent IACUC semiannual program review and facility inspection reports covering all relevant facilities/laboratories involved in DHS-funded work; and

   d. Most recent Association for Assessment and Accreditation of Laboratory Animal Care (AAALAC) inspection report(s) for AAALAC-accredited institution(s) housing and/or performing work involving animals under this Award.

All documentation, as well as any questions or concerns regarding the requirements referenced above, should be submitted to the CAPO at STregulatorycompliance@hq.dhs.gov.  Additional documentation may be required in some cases and must be submitted upon request.  The CAPO will review all submitted materials and provide written confirmation to the Recipient once all documentation requirements have been met.  Upon receipt of this written confirmation, the Recipient may initiate approved animal research projects under this Award, but must address any potential compliance issues or concerns identified by the CAPO.  Research involving the use of nonhuman primates or international collaborations involving animal research will require more extensive review prior to approval, and must not begin under this Award without first obtaining a formal certification letter from the CAPO.

The Recipient, as well as any Recipient institution and partner institutions conducting animal research under this Award, shall also comply with ongoing CAPO compliance assurance functions, which may include but are not limited to periodic site visits, program reviews, and facility inspections.

2. Requirements for Ongoing Review of Research Involving Animals.  For ongoing animal research activities, each Recipient and any Recipient institutions must submit updates to the CAPO regarding any amendments or changes to (including expiration, renewal, or completion of) ongoing animal protocols as they occur, and may be required to submit annual updates regarding the ACU program at Recipient and Recipient institutions.  Annual updates may include, but are not limited to, the IACUC semiannual (program review and facility inspection) reports, the USDA inspection report, and the most recent AAALAC inspection report, as applicable.

The Recipient must promptly report the following to the CAPO, along with any corrective actions taken: (1) any serious or continuing noncompliance with animal care and use regulations and policies adopted by DHS (as referenced above); (2) any change in AAALAC accreditation status; (3) any USDA Notice of Violation; and (4) IACUC suspension of any animal research activity conducted under this Award.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to all DHS requirements for work involving animals.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions (e.g., Title 9, C.F.R, Chapter 1, Subchapter A; Public Health Service Policy on Humane Care and Use of Laboratory Animals; the Guide for the Care and Use of Laboratory Animals; and the Guide for the Care and Use of Agricultural Animals in Agricultural Research and Teaching).  The Recipient must provide CAPO documentation sufficient to illustrate this compliance.  The CAPO will evaluate compliance measures for these institutions on a case-by-case basis to determine their sufficiency.  The Recipient must not initiate nor provide funds for the conduct of work involving animals at foreign institutions under this Award without formal written approval from the CAPO.

## F. REGULATORY REQUIREMENTS FOR LIFE SCIENCES DUAL USE RESEARCH OF CONCERN (DURC)

The Recipient and any Recipient institutions shall conduct all research involving agents and toxins identified in sections III.1 and 6.2.1 of the USG Policy for Oversight of Dual Use Research of Concern and USG Policy for the Institutional Oversight of Dual Use Research of Concern, respectively, in accordance with both policies referenced above and in accordance with any additional requirements set forth in related DHS policies and instructions. Each Recipient and any Recipient institutions planning to perform research involving agents and toxins identified in sections III.1 and 6.2.1 of the USG DURC policies under this award must submit the following documentation outlined in this section for CAPO review. Institutions were required to implement the policy on or by September 24, 2015.

1. Requirements for Research Using DURC Agents and Toxins. To ensure compliance with the USG DURC Policies, each facility conducting research involving the agents and toxins identified in sections III.1 and 6.2.1 of the USG DURC Policies under this Award must submit the following documentation for compliance review by CAPO prior to the initiation of such activities.

  a. Institutional Review Entity (IRE) charter, and/or other available documentation of IRE policies and procedures, to include the contact information for the Institutional Contact for DURC (ICDUR);

  b. Institution's project-specific risk mitigation plan, as applicable;
  c. DURC training or education program description;
  d. Formal annual assurance of compliance with the USG Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern;
  e. A completed iDURC form and a Statement of Work.

2. Required Notifications to DHS:

a. Within 30 calendar days of initial and periodic reviews of institutional review of research with DURC potential, notify CAPO of the results, including whether the research does or does not meet the DURC definition.

b. Report, in writing, any instances of noncompliance and mitigation measures to correct and prevent future instances of noncompliance within 30 calendar days to CAPO.

3. Flowdown Requirements: The Recipient shall include the substance of this section in all sub-awards/contracts at any tier where the sub-Recipient is performing work with agents or toxins identified in sections III.1 of the USG Policy for Oversight of Dual Use Research of Concern and 6.2.1 of the USG Policy for the Institutional Oversight of Dual Use Research of Concern.

The Recipient should contact CAPO at [STregulatorycompliance@hq.dhs.gov](mailto:STregulatorycompliance@hq.dhs.gov) to submit documentation or to request more information regarding the DHS regulatory documentation and compliance review requirements. CAPO will provide written confirmation of receipt of all required documentation to the designated Points of Contact. CAPO will evaluate the submitted materials. Additional documentation may be required in some cases and must be submitted upon request. CAPO will review all submitted materials and provide written confirmation to the Recipient once all requirements have been met. Upon receipt of this written confirmation, the Recipient may initiate approved projects under this award.

In order to meet the reporting requirements set forth in section IV.2 of the 2012 USG Policy for Oversight of Life Sciences Dual Use Research of Concern (the biannual DURC Data Call), the Recipient and any Recipient institution shall submit documentation regarding all active, planned or recently completed (within twelve months of the submission) unclassified intramural or extramural activities on Federally-funded or conducted life science research projects biannually on the first Monday in May and November. The Recipient should contact

CAPO at STregulatorycompliance@hq.dhs.gov to submit documentation. Documentation should include an update on all listed activities, including status, all agents or toxins incorporated by strain or surrogate name, performers, contract information, and sites of activities. Documentation should also include any changes to existing or completed projects since the most recent submission, including—but not limited to—the addition of agents, a change in performer, modifications to the scope of work, and/or changes to the technical approach. A supplemental report detailing all work involving low pathogenic avian influenza virus H7N9 (LPAI H7N9) and Middle East Respiratory Syndrome Coronavirus (MERS-CoV).

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to the iDURC policy.  The Recipient must provide CAPO documentation sufficient to illustrate this compliance. CAPO will evaluate compliance measures for these institutions on a case-by-case basis.  The Recipient must not initiate work nor provide funds for the conduct of biological laboratory work under this Award without CAPO's formal written approval.

## G. REGULATORY REQUIREMENTS FOR RESEARCH INVOLVING HUMAN SUBJECTS

The Recipient and any Recipient institutions shall conduct all Research Involving Human Subjects in compliance with the requirements set forth in 45 C.F.R. § 46, Subparts A-D, DHS Directive 026-04, Protection of Human Subjects, and any related DHS policies and instructions prior to initiating any work with human subjects under this Award.  Each Recipient and any Recipient institutions planning to perform research involving human subjects under this Award must submit the documentation outlined in this section for CAPO review.

1. Requirements for Research Involving Human Subjects.  Each facility conducting work involving human subjects under this Award is required to have a project-specific Certification of Compliance letter issued by the CAPO. Each Recipient must submit the following documentation to the CAPO for compliance review and certification prior to initiating research involving human subjects under this Award:

    a. Research protocol, as approved by an Institutional Review Board (IRB), for any human subjects research work to be conducted under this Award;
    b. IRB approval letter or notification of exemption (see additional information below on exemption determinations), for any human subjects research work to be conducted under this Award;

    c. IRB-approved informed consent document(s) (templates) or IRB waiver of informed consent for projects involving human subjects research under this Award; and
    d. Federal-wide Assurance (FWA) number from the HHS Office for Human Research Protections (OHRP), or documentation of other relevant assurance, for all Recipient institutions (including Sub-recipients) involved in human subjects research under this Award.

2. Exemptions for Research Involving Human Subjects.  Exemption determinations for human subject research to be conducted under this Award should only be made by authorized representatives of (1) an OHRP-registered IRB, or equivalent, or (2) the CAPO. Exemption determinations made by an OHRP-registered IRB, or equivalent, should be submitted to the CAPO for review and record-keeping. Program managers, principal investigators, research staff, and other DHS or institutional personnel should not independently make exemption determinations in the absence of an IRB or CAPO review.  DHS program managers (or institutions conducting human subjects' research under this Award) seeking an exemption determination from the CAPO should submit a request to STregulatorycompliance@hq.dhs.gov that includes the following:

a. Research protocol or detailed description of planned activities to be conducted under this Award.

b. Identification of the exemption category that applies to the project(s) to be conducted under this Award and explanation of why the proposed research meets the requirements for that category of exemption.

All documentation, as well as any questions or concerns regarding the requirements referenced above, should be submitted to the CAPO at STregulatorycompliance@hq.dhs.gov.  The submitted documentation will be retained by the CAPO and used to conduct a regulatory compliance assessment.  Additional documentation may be required in some cases to complete this assessment.  The Recipient must provide this documentation upon request, and address in writing any compliance issues or concerns raised by the CAPO before a certification letter is issued and participant enrollment can begin under this Award.  The CAPO will review all submitted materials and provide written confirmation to the Recipient once all documentation requirements have been met.

The Recipient and any Recipient institution shall submit updated documentation regarding ongoing research involving human subjects, as available and **prior to the expiration of previous approvals.**  Such documentation includes protocol modifications, IRB renewals for ongoing research protocols ("Continuing Reviews"), and notifications of study completion.

**The Recipient must promptly report the following to the CAPO, along with any corrective actions taken:** (1) any serious or continuing noncompliance with human subjects research regulations and policies adopted by DHS (as referenced above); and (2) suspension, termination, or revocation of IRB approval of any human subjects research activities conducted under this Award.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to all DHS and CAPO requirements for research involving human subjects.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions  (e.g., 45 C.F.R. § 46, including all Subparts, as relevant).  The CAPO will evaluate compliance measures for these institutions on a case-by-case basis to determine their sufficiency.  The Recipient must not initiate nor provide funds for the conduct of work involving human subjects at foreign institutions under this Contract without formal written approval from the CAPO.

## H. COMPLIANCE WITH U.S. EXPORT CONTROLS

Activities performed by the Recipient and any Recipient institution under this Award may or may not be subject to U.S. export control regulations. The Recipient and any Recipient institution shall conduct all such activities, to include any and all DHS-funded research and development, acquisitions, and collaborations in full compliance with U.S. export controls—to include the Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), and the Office of Foreign Assets Control (OFAC) Regulations. The Recipient and any Recipient institution will ensure that all legal requirements for compliance with U.S. export controls are met prior to transferring commodities, technologies, technical data, or other controlled information to a non-U.S. person or entity. Upon DHS request, the Recipient and any Recipient institution must provide to CAPO documentation and any other information necessary to determine satisfaction of this requirement.

All documentation, as well as any questions or concerns regarding export controls, should be submitted to the CAPO at exportcontrols@hq.dhs.gov.

## I. CONTROLLED UNCLASSIFIED INFORMATION

The parties understand that information and materials provided pursuant to or resulting from this Award may be export controlled, sensitive, for official use only, or otherwise protected by law, executive order or regulation. The Recipient is responsible for compliance with all applicable laws and regulations. Nothing in this Award shall be construed to permit any disclosure in violation of those restrictions.

## J. PATENT RIGHTS AND DATA RIGHTS

Patent rights.

The Recipient is subject to applicable regulations governing patents and inventions, including government-wide regulations issued by the Department of Commerce at 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements." The clause at 37 CFR 401.14 is incorporated by reference herein. All reports of subject inventions made under this Award should be submitted to DHS using the Interagency Edison system website at http://@hq.dhs.gov.

Data rights.

1. General Requirements. The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, display, distribute copies, perform, disseminate, or prepare derivative works, and to authorize others to do so, for Government purposes in:
   a. Any data that is first produced under this Award and provided to the Government;
   b. Any data owned by third parties that is incorporated in data provided to the Government under this Award; or
   c. Any data requested in paragraph 2 below, if incorporated in the Award.
"Data" means recorded information, regardless of form or the media on which it may be recorded.

2. <u>Additional requirement for this Award</u>.

   a. <u>Requirement</u>: If the Government believes that it needs additional research data that was produced under this Award, the Government may request the research data and the Recipient agrees to provide the research data within a reasonable time.

   b. <u>Applicability</u>: The requirement in paragraph 2.a of this section applies to any research data that are:

      i. Produced under this Award, either as a Recipient or sub-recipient;
      ii. Used by the Government in developing an agency action that has the force and effect of law; and
      iii. Published, which occurs either when:

        1) The research data is published in a peer-reviewed scientific or technical journal; or
        2) DHS publicly and officially cites the research data in support of an agency action that has the force and effect of law

   c. <u>Definition of "research data:"</u> For the purposes of this section, "research data:"

      i. Means the recorded factual material (excluding physical objects, such as laboratory samples) commonly accepted in the scientific community as necessary to validate research findings.

      ii. Excludes:
        1) Preliminary analyses;
        2) Drafts of scientific papers;
        3) Plans for future research;
        4) Peer reviews;
        5) Communications with colleagues;
        6) Trade secrets;
        7) Commercial information;
        8) Materials necessary that a researcher must hold confidential until they are published, or similar information which is protected under law; and

        9) Personnel and medical information and similar information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, such as information that could be used to identify a particular person in a research study.

   d. <u>Requirements for sub-awards</u>: The Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Patent Rights and Data Rights) and the **DHS Standard Terms and Conditions** award term (Copyright).

## K. PROGRAM INCOME

Post-award program income:

In the event program income becomes available to the recipient post-award, it is the recipient's responsibility to notify the DHS Grants Officer to explain how that development occurred, as part of their request for guidance and/or approval.  The Grant Officer will review approval requests for program income on a case-by-case basis; approval is not automatic.  Consistent with the policy and processes outlined in §200.307, pertinent guidance and options, as determined by the type of recipient and circumstances involved, may be approved by the Grant Officer.

If approval is granted, an award modification will be issued with an explanatory note in the remarks section of the face page, concerning guidance and/or options pertaining to the recipient's approved request.  All instances of program income shall be listed in the progress and financial reports.

## L. PUBLICATIONS

1. All publications produced as a result of this funding which are submitted for publication in any magazine, journal, or trade paper shall carry the following:

a. Acknowledgement. "This material is based upon work supported by the U.S. Department of Homeland Security under Grant Award Number _____" please refer to the Notice of Award, block 4.

b. Disclaimer. "The views and conclusions contained in this document are those of the authors and should not be interpreted as necessarily representing the official policies, either expressed or implied, of the U.S. Department of Homeland Security."

Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Publications).

2. Enhancing Public Access to Publications. "DHS Policy explicitly recognizes and upholds the principles of copyright. Authors and journals can continue to assert copyright in DHS-funded scientific publications, in accordance with current practice. The policy encourages authors to exercise their right to give DHS a copy of their final manuscript or software before publication.  While individual copyright arrangements can take many forms, DHS encourages investigators to sign agreements that specifically allow the manuscript or software to be deposited with DHS for public posting or use after journal publication.  Institutions and investigators may wish to develop particular contract terms in consultation with their own legal counsel, as appropriate.  But, as an example, the kind of language that an author or institution might add to a copyright agreement includes the following: "Journal (or Software recipient) acknowledges that the Author retains the right to provide a final copy of the final manuscript or software application to DHS upon acceptance for Journal publication or thereafter, for public access purposes through DHS's websites or for public archiving purposes."

## M. SITE VISITS

The DHS, through authorized representatives, has the right, at all reasonable times, to make site visits to review project accomplishments and management control systems and to provide such technical assistance as may be required. If any site visit is made by the DHS on the premises of the Recipient, or a contractor under this Award, the Recipient shall provide and shall require its contractors to provide all reasonable facilities and assistance for the safety and convenience of the Government representatives in the performance of their duties. All site visits and evaluations shall be performed in such a manner that will not unduly delay the work.

## N. TERMINATION

Either the Recipient or the DHS may terminate this Award by giving written notice to the other party at least thirty (30) calendar days prior to the effective date of the termination. All notices are to be transmitted to the DHS Grants Officer via registered or certified mail, return receipt requested. The Recipient's authority to incur new costs will be terminated upon arrival of the date of receipt of the letter or the date set forth in the notice. Any costs incurred up to the earlier of the date of the receipt of the notice or the date of termination set forth in the notice will be negotiated for final payment. Closeout of this Award will be commenced and processed pursuant to 2 CFR §200.339.

## O. TRAVEL

Travel required in the performance of the duties approved in this Award must comply with 2 CFR § 200.474.

***Foreign travel must be approved by DHS in advance and in writing.*** Requests for foreign travel identifying the traveler, the purpose, the destination, and the estimated travel costs must be submitted to the DHS Grants Officer sixty (60) days prior to the commencement of travel.

## P. CLASSIFIED SECURITY CONDITION

1. "Classified national security information," as defined in Executive Order (EO) 12958, as amended, means information that has been determined pursuant to EO 12958 or any predecessor order to require protection against unauthorized disclosure and is marked to indicate its classified status when in documentary form.

2. No funding under this award shall be used to support a contract, sub-award, or other agreement for goods or services that will include access to classified national security information if the award recipient itself has not been approved for and has access to such information.

3. Where an award recipient has been approved for and has access to classified national security information, no funding under this award shall be used to support a contract, sub-award, or other agreement for goods or services that will include access to classified national security information by the contractor, sub-awardee or other entity without prior written approval from the DBS Office of Security, Industrial Security Program Branch (ISPB), or, an appropriate official within the Federal department or agency with whom the classified effort will be performed.

4. Such contracts, sub-awards, or other agreements shall be processed and administered in accordance with the DHS "*Standard Operating Procedures, Classified Contracting by State and Local Entities* ," dated July 7, 2008; EOs 12829, 12958, 12968, as amended; the *National Industrial Security Program Operating Manual* (NISPOM); and/or other applicable implementing directives or instructions. All security requirement documents are located at: http://www.dhs.gov/xopnbiz/grants/index.shtm

5. Immediately upon determination by the award recipient that funding under this award will be used to support such a contract, sub-award, or other agreement, and prior to execution of any actions to facilitate the acquisition of such a contract, sub-award, or other agreement, the award recipient shall contact ISPB, or the applicable Federal department or agency, for approval and processing instructions.

DHS Office of Security ISPB contact information:

Telephone:  202-447-5346

Email:  DD254AdministrativeSecurity@dhs.Gov

Mail:  Department of Homeland Security
        Office of the Chief Security Officer
        ATTN: ASD/Industrial Security Program Branch
        Washington, D.C. 20528

## Q. GOVERNING PROVISIONS

The following are incorporated into this Award by this reference:

| | |
|---|---|
| 31 CFR 205 | Rules and Procedures for Funds Transfers |
| 2 CFR Part 200 | Uniform Administrative Requirement, Cost Principles, and Audit Requirements for Federal Awards |
| Application | Grant Application and Assurances dated   7/21/2020 |

## R. ORDER OF PRECEDENCE

1. 2 C.F.R. Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards."

2. The terms and conditions of this Award

3. The Funding Opportunity, DHS-ST-20-106-STC-0001, Securing the Cities Program

4. Application and Assurances dated 7/21/2020.

# Exhibit D

**U.S. Department of Homeland Security**
Washington, DC 20528



June 9, 2021


Please Apply:  **FY 21 STC Cooperative Agreement Continuation**

Dear Applicant,

This letter provides you with important information and instructions to help you submit the application continuation funding for your Securing the Cities Cooperative Agreement.
To facilitate your continuation funding, please submit your application via GrantSolution by Wednesday, June 23. 2021.  **Hard copy application submissions are not accepted by GFAD**.  Up to $1,500,000.00 in funding is available for award.  I encourage you to initiate electronic applications early in the application development process, and to submit early on or before the due date. This will aid in addressing any problems with submission prior to the application deadline.  Continuation application should be prepared in accordance with the instructions for the Continuation Application Package below.

**Application Submission:**
Your non-competing continuation application kit can be found in GrantSolutions.gov.  If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov  prior to the submission deadline.

Prior to completing your application, please review carefully the Non-Competing Continuation Guidance included with this letter.  This guidance provides specific, detailed information regarding the application process and the required application content.  If applicable, please also pay special attention to the instructions regarding applying for carryover or supplemental funding as part of your continuation application.

Page 2 –FY 21 STC Continuation

If any additional assistance is required, please have your staff contact either Christopher Magrino, Program Manager, 202-254-7443 or Christopher.Magrino@hq.dhs.gov for technical/programmatic matters, or Janet Bailey, Grants Officer at (202) 447-0362 or janet.bailey@hq.dhs.gov on administrative matters.

Sincerely,

JANET T BAILEY

Digitally signed by
JANET T BAILEY
Date: 2021.06.09
13:59:38 -04'00'

Janet Bailey
Grants Officer
Grants and Financial Assistance Division
Office of Procurement Operations
Office of the Chief Procurement Officer

Enclosures

# Exhibit E

| 1. DATE ISSUED *MM/DD/YYYY*<br><br>07/22/2021 | 1a. SUPERSEDES AWARD NOTICE dated<br><br>except that any additions or restrictions previously imposed remain in effect unless specifically rescinded | **Department of Homeland Security**<br><br>**DHS Grants and Financial Assistance Division (GFAD)**<br><br>301 7th Street, SW, RM 3051<br>Mail Stop 0115<br>Washington, DC 20528 |
|---|---|---|

| 2. ASSISTANCE LISTING NUMBER<br>97.106 - Securing the Cities Program | |
|---|---|

| 3. ASSISTANCE TYPE   Cooperative Agreement | |
|---|---|

| 4. GRANT NO. 20CWDSTC00014-02-00<br>**Formerly** | 5. TYPE OF AWARD<br>Research |
|---|---|
| 4a. FAIN  20CWDSTC00014 | 5a. ACTION TYPE  Non-Competing Continuation |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/11/2020 | **Through** | 07/31/2030 |
| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| **From** | 08/01/2021 | **Through** | 07/31/2022 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

| 8. TITLE OF PROJECT (OR PROGRAM)<br>Boston's Securing the Cities Program |
|---|

| 9a. GRANTEE NAME AND ADDRESS<br>CITY OF BOSTON<br>1 Schroeder Plz<br>Boston, MA 02120-2014 | 9b. GRANTEE PROJECT DIRECTOR<br>Anthony  Rizzo<br>1 Schroeder Plz Fl 3<br>Boston, MA 02120-2014<br>Phone: 781-413-5712 |
|---|---|
| 10a. GRANTEE AUTHORIZING OFFICIAL<br>Jason  Whyte<br>1 Schroeder Plz Fl 3<br>Boston, MA 02120-2014<br>Phone: 617-343-6096 | 10b. FEDERAL PROJECT OFFICER<br>Kristina  Frierson<br>7th And D Street SW<br>Washington, DC 20407-0001<br>Phone: 202-440-1703 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation **II**

| | | | |
|---|---|---|---|
| a. | Salaries and Wages | ………………….…....... | 125,679.00 |
| b. | Fringe Benefits | ……………….…............ | 13,133.46 |
| c. | Total Personnel Costs | ….…............ | 138,812.46 |
| d. | Equipment | ……………………….….. | 2,510,000.00 |
| e. | Supplies | ……………………….….. | 0.00 |
| f. | Travel | ……………………….….. | 0.00 |
| g. | Construction | ……………………….….. | 0.00 |
| h. | Other | ……………………….….. | 846,852.84 |
| i. | Contractual | ……………………………. | 0.00 |
| j. | TOTAL DIRECT COSTS | ⟶ | 3,495,665.30 |
| k. | INDIRECT COSTS | | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | | 3,495,665.30 |
| m. | Federal Share | | 3,495,665.30 |
| n. | Non-Federal Share | | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 3,495,665.30 |
| b. Less Unobligated Balance From Prior Budget Periods | 1,995,665.30 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 1,500,000.00 |

| 13. Total Federal Funds Awarded to Date for Project Period | 3,500,000.00 |
|---|---|

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a. 3 | | d. 6 | |
| b. 4 | | e. 7 | |
| c. 5 | | f. 8 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**   (Other Terms and Conditions Attached -   ● Yes      ○ No)

By August 16, 2021 forward a cost breakdown table for your FY21 funds.

Before expending equipment funds, forward a cost estimate from selected vendors for your FY21 equipment listing.

**GRANTS MANAGEMENT OFFICIAL:**

Janet Bailey
7th and D Street SW
Washington DC , DC 20407
Phone: (202)447-0362

| 17.OBJ CLASS  4100 | 18a. VENDOR CODE 046001381 | 18b. EIN 046001380 | 19a. UEI KJJBSAU7MXK7      19b. DUNS 808850333 | 20. CONG. DIST. 07 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a. O10470130411 | b. CWDSTC00014A | c. STC | d.                              $1,500,000.00 | e.            70130411 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 4 | DATE ISSUED 07/22/2021 |
| --- | --- |
| GRANT NO. | 20CWDSTC00014-02-00 |

| Federal Financial Report Cycle | | | |
| --- | --- | --- | --- |
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |

2

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 4 | DATE ISSUED 07/22/2021 |
|---|---|
| GRANT NO. 20CWDSTC00014-02-00 | |

| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |
|---|---|---|---|

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |

3

| NOTICE OF AWARD (Continuation Sheet) | PAGE 4 of 4 | DATE ISSUED 07/22/2021 |
|---|---|---|
| | GRANT NO. 20CWDSTC00014-02-00 | |

| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
|---|---|---|---|
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |
| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |

NOTICE OF AWARD (Continuation Sheet)

# AWARD ATTACHMENTS

BOSTON, CITY OF                                     20CWDSTC00014-02-00

1. Award Letter
2. GFAD Terms



**U.S. Department of Homeland Security**
Washington, DC 20528

July 22, 2021

Ms. Maria Cheevers
Director, Officer of Research and Development
City of Boston Police Department
1 Schroeder Plaza Boston, MA 02120-2014

RE: Agreement No. **20CWDSTC00014**

Dear Ms. Cheevers:

The Department of Homeland Security (DHS) has approved your Securing the Cities Continuation application in the amount of $1,500,000.00 and authorizes carryover in the amount of $1,995,665.30. Your previous Terms and Conditions remain in effect.

Your award includes the following award specific restrictions:

- By August 16, 2021 forward a cost breakdown table for your FY21 funds.
- Before expending equipment funds, forward a cost estimate from selected vendors for your FY21 equipment listing.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters -  Program Officer, Kristina Frierson
Email: kristina.Frierson@hq.dhs.gov
Phone: (202) 254-7216

Grant/Fiscal related matters - Grant Officer, Ms. Janet Bailey
Email: Janet.Bailey@HQ.DHS.GOV
Phone: (202) 447-0362

Sincerely,

JANET T BAILEY
Digitally signed by JANET T BAILEY
Date: 2021.07.22 11:16:24 -04'00'

Janet Bailey
Grants Officer
Grants and Financial Assistance Division, OPO
U.S. Department of Homeland Security

**CONTINUATION TERMS AND CONDITIONS**
**GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)**

In addition to the DHS Standard Terms and Conditions shown in Article II, below, and at:
http://www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions, the following Terms and Conditions apply specifically to this Award as administered by the Grants and Financial Assistance Division (GFAD):

## ARTICLE I.    ADMINISTRATIVE TERMS AND CONDITIONS

### A.   GENERAL TERMS AND CONDITIONS

This award is subject to the requirements of the Terms and Conditions outlined in your original award document. The recipient and any sub-recipient must continue to comply with these terms and conditions, as well as the updated terms and conditions presented below.

### B.   AWARD SPECIFIC TERMS AND CONDITIONS

Before expending equipment funds forward a cost estimate from selected vendors for your FY21 equipment listing.

Please forward by August 16, 2021 a cost breakdown table for your FY21 funds.

### C.   DHS PROGRAMMATIC INVOLVEMENT

-Previous DHS programmatic involvement remains in effect.

### D.   GOVERNING PROVISIONS

This award is subject to the requirements of the Governing Provisions outlined in your original award.

### E.   ORDER OF PRECEDENCE

1. The terms and conditions of this Award.

2. The Funding Opportunity,  20CWDSTC00014  , Securing the Cities Program.

3. Application and Assurances dated  06/22/2021 , as revised none.

# Exhibit F

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated |
|---|---|
| 07/21/2022 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

301 7th Street, SW, RM 3051
Mail Stop 0115
Washington, DC 20528

**2. ASSISTANCE LISTING NUMBER**
97.106 - Securing the Cities Program

**3. ASSISTANCE TYPE** Cooperative Agreement

| **4. GRANT NO.** 20CWDSTC00014-03-00 | **5. TYPE OF AWARD** |
|---|---|
| **Formerly** | Research |
| **4a. FAIN** 20CWDSTC00014 | **5a. ACTION TYPE** Non-Competing Continuation |

| **6. PROJECT PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/11/2020 | **Through** | 07/31/2030 |

| **7. BUDGET PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 08/01/2022 | **Through** | 07/31/2023 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

**8. TITLE OF PROJECT (OR PROGRAM)**

Boston's Securing the Cities Program

| **9a. GRANTEE NAME AND ADDRESS** | **9b. GRANTEE PROJECT DIRECTOR** |
|---|---|
| CITY OF BOSTON | Anthony Rizzo |
| 1 Schroeder Plz | 1 Schroeder Plz Fl 3 |
| Boston, MA 02120-2014 | Boston, MA 02120-2014 |
| | Phone: 781-413-5712 |

| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
|---|---|
| Jason Whyte | Ki L Harvey |
| 1 Schroeder Plz Fl 3 | 245 Muarry Lane |
| Boston, MA 02120-2014 | Washington, DC 20528-0001 |
| Phone: 617-343-6096 | Phone: 202-254-7139 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation **II**

| | | | |
|---|---|---|---|
| a. | Salaries and Wages | …………….....……… | 125,679.00 |
| b. | Fringe Benefits | …………….....……… | 13,133.46 |
| c. | Total Personnel Costs | ……..………… | 138,812.46 |
| d. | Equipment | …………………………….. | 3,145,000.00 |
| e. | Supplies | ……………………………….. | 6,468.00 |
| f. | Travel | ……………………………….. | 0.00 |
| g. | Construction | ……………………………….. | 0.00 |
| h. | Other | …………………………….. | 1,064,634.71 |
| i. | Contractual | ……………………………… | 0.00 |
| j. | TOTAL DIRECT COSTS | ➜ | 4,354,915.17 |
| k. | INDIRECT COSTS | | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | | 4,354,915.17 |
| m. | Federal Share | | 4,354,915.17 |
| n. | Non-Federal Share | | 0.00 |

**12. AWARD COMPUTATION**

| | | |
|---|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | | 4,354,915.17 |
| b. Less Unobligated Balance From Prior Budget Periods | | 3,404,915.17 |
| c. Less Cumulative Prior Award(s) This Budget Period | | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | | 950,000.00 |
| **13. Total Federal Funds Awarded to Date for Project Period** | | 4,450,000.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 4 | | d. 7 | |
| b. 5 | | e. 8 | |
| c. 6 | | f. 9 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**
a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ● Yes ○ No)

**GRANTS MANAGEMENT OFFICIAL:**

Janet Bailey
7th and D Street SW
Washington DC , DC 20407
Phone: (202)447-0362

| **17.OBJ CLASS** 4100 | **18a. VENDOR CODE** 046001381 | **18b. EIN** 046001380 | **19a. UEI** KJJBSAU7MXK7 **19b. DUNS** 808850333 | **20. CONG. DIST.** 07 |
|---|---|---|---|---|
| **FY-ACCOUNT NO.** | **DOCUMENT NO.** | **ADMINISTRATIVE CODE** | **AMT ACTION FIN ASST** | **APPROPRIATION** |
| 21. a. O20370240411 | b. CWDSTC00014A | c. STC | d. $950,000.00 | e. 70240411 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 4 | DATE ISSUED 07/21/2022 |
|---|---|
| GRANT NO. 20CWDSTC00014-03-00 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |

2

### NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 4 | DATE ISSUED 07/21/2022 |
|---|---|
| GRANT NO. 20CWDSTC00014-03-00 | |

| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |
|---|---|---|---|

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |

| | | | PAGE 4 of 4 | DATE ISSUED |
|---|---|---|---|---|

NOTICE OF AWARD (Continuation Sheet)

| PAGE | 4 of 4 | DATE ISSUED 07/21/2022 |
|---|---|---|
| GRANT NO. | | 20CWDSTC00014-03-00 |

| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
|---|---|---|---|
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |
| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |

NOTICE OF AWARD (Continuation Sheet)

# AWARD ATTACHMENTS

CITY OF BOSTON                                                                 20CWDSTC00014-03-00

1. Award Letter

2. GFAD Terms and Conditions

3. FY'22 DHS Standard T&Cs_v2 05162022



**U.S. Department of Homeland Security**
Washington, DC 20528

July 21, 2022

Ms. Maria Cheevers
Director, Officer of Research and Development
City of Boston Police Department
1 Schroeder Plaza Boston, MA 02120-2014

RE: Agreement No. 20CWDSTC00014

Dear Ms. Cheevers:

The Department of Homeland Security (DHS) has approved your Securing the Cities continuation application in the amount of $950,000.00 and $3,404,915.17 carryover.  All previous terms and conditions remain in effect.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:      Program Officer, Ki Harvey
                                ki.harvey@hq.dhs.gov
                                Desk: 202-893-7908
                                Cell:  202-961-8010

Page 2                                    Boston Continuation Award Letter

Grant/Fiscal related matters:     Grant Officer, Ms. Janet Bailey
                                  Email: Janet.Bailey@HQ.DHS.GOV
                                  Phone: (202) 505-8897

                                  Sincerely,

                          JANET T            Digitally signed by JANET
                                             T BAILEY
                          BAILEY             Date: 2022.07.19 16:44:33
                                             -04'00'

                                  Janet Bailey
                                  Grants Officer
                                  Grants and Financial Assistance Division
                                  Office of Procurement Operations
                                  Office of the Chief Procurement Officer

     Cc:     Bailey, Robert W. rwbailey@AtlantaGa.Gov
             Jones, Genevieve gejones@AtlantaGa.Gov

**CONTINUATION TERMS AND CONDITIONS**
**GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)**

In addition to the DHS Standard Terms and Conditions shown in Article II, below, and at: http://www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions, the following Terms and Conditions apply specifically to this Award as administered by the Grants and Financial Assistance Division (GFAD):

## ARTICLE I.   ADMINISTRATIVE TERMS AND CONDITIONS

### A.  ENERAL TERMS AND CONDITIONS

This award is subject to the requirements of the Terms and Conditions outlined in your original award document. The recipient and any sub-recipient must continue to comply with these terms and conditions.

### B.  AWARD SPECIFIC TERMS AND CONDITIONS

### C.  DHS PROGRAMMATIC INVOLVEMENT

-Previous DHS programmatic involvement remains in effect.

### D.  GOVERNING PROVISIONS

This award is subject to the requirements of the Governing Provisions outlined in your original award.

### E.  ORDER OF PRECEDENCE

1. The terms and conditions of this Award.

2. The Funding Opportunity,  20CWDSTC00006, Securing the Cities Program.

3. Application and Assurances dated  06/22/2021.

# FY 2022 DHS Standard Terms and Conditions

The Fiscal Year (FY) 2022 DHS Standard Terms and Conditions apply to all new federal financial assistance awards funded in FY 2022. These terms and conditions flow down to subrecipients unless an award term or condition specifically indicates otherwise. The United States has the right to seek judicial enforcement of these obligations.

All legislation and digital resources are referenced with no digital links. The FY 2022 DHS Standard Terms and Conditions will be housed on dhs.gov at www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions.

## A. Assurances, Administrative Requirements, Cost Principles, Representations and Certifications

I. DHS financial assistance recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non-Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program, and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the awarding agency.

II. DHS financial assistance recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at Title 2, Code of Federal Regulations (C.F.R.) Part 200 and adopted by DHS at 2 C.F.R. Part 3002.

III. By accepting this agreement, recipients, and their executives, as defined in 2 C.F.R. § 170.315, certify that their policies are in accordance with OMB's guidance located at 2 C.F.R. Part 200, all applicable federal laws, and relevant Executive guidance.

## B. General Acknowledgements and Assurances

All recipients, subrecipients, successors, transferees, and assignees must acknowledge and agree to comply with applicable provisions governing DHS access to records, accounts, documents, information, facilities, and staff.

I. Recipients must cooperate with any DHS compliance reviews or compliance investigations conducted by DHS.

II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities or personnel.

III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements, as prescribed by law, or detailed in program guidance.

V. Recipients (as defined in 2 C.F.R. Part 200 and including recipients acting as pass-through entities) of federal financial assistance from DHS or one of its awarding component agencies must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receipt of the Notice of Award for the first award under which this term applies. Recipients of multiple awards of DHS financial assistance should only submit one completed tool for their organization, not per award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active award, not every time an award is made. Recipients should submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in the DHS Standard Terms and

# FY 2022 DHS Standard Terms and Conditions

Conditions.  Subrecipients are not required to complete and submit this tool to DHS.  The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool.

The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension if the recipient identifies steps and a timeline for completing the tool.  Recipients should request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline.

**C.  <u>Standard Terms & Conditions</u>**

I. <u>Acknowledgement of Federal Funding from DHS</u>

Recipients must acknowledge their use of federal funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal funds.

II. <u>Activities Conducted Abroad</u>

Recipients must ensure that project activities performed outside the United States are coordinated as necessary with appropriate government authorities and that appropriate licenses, permits, or approvals are obtained.

III. <u>Age Discrimination Act of 1975</u>

Recipients must comply with the requirements of the Age Discrimination Act of 1975, Public Law 94-135 (1975) (codified as amended at Title 42, U.S. Code, § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

IV. <u>Americans with Disabilities Act of 1990</u>

Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

V. <u>Best Practices for Collection and Use of Personally Identifiable Information</u>

Recipients who collect personally identifiable information (PII) are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect.  DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

VI. <u>Civil Rights Act of 1964 – Title VI</u>

Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21 and 44 C.F.R. Part 7.

VII. <u>Civil Rights Act of 1968</u>

Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. 90-284, as amended through Pub. L. 113-4, which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection

# FY 2022 DHS Standard Terms and Conditions

therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex (see 42 U.S.C. § 3601 et seq.), as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100.  The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

VIII. <u>Copyright</u>

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 and an acknowledgement of U.S. Government sponsorship (including the award number) to any work first produced under federal financial assistance awards.

IX. <u>Debarment and Suspension</u>

Recipients are subject to the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689, which are at 2 C.F.R. Part 180 as adopted by DHS at 2 C.F.R. Part 3002.  These regulations restrict federal financial assistance awards, subawards, and contracts with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

X. <u>Drug-Free Workplace Regulations</u>

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of Sec. 5152-5158 of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106).

XI. <u>Duplication of Benefits</u>

Any cost allocable to a particular federal financial assistance award provided for in 2 C.F.R. Part 200, Subpart E may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons.  However, these prohibitions would not preclude recipients from shifting costs that are allowable under two or more awards in accordance with existing federal statutes, regulations, or the federal financial assistance award terms and conditions may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons.

XII. <u>Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX</u>

Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. 92-318 (1972) (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance.  DHS implementing regulations are codified at 6 C.F.R. Part 17 and 44 C.F.R. Part 19.

XIII. <u>Energy Policy and Conservation Act</u>

Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. 94- 163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

# FY 2022 DHS Standard Terms and Conditions

XIV.  <u>False Claims Act and Program Fraud Civil Remedies</u>

Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§3729-3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government.  (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

XV.  <u>Federal Debt Status</u>

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.)

XVI.  <u>Federal Leadership on Reducing Text Messaging while Driving</u>

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving as described in E.O. 13513, including conducting initiatives described in Section 3(a) of the Order when on official government business or when performing any work for or on behalf of the Federal Government.

XVII.  <u>Fly America Act of 1974</u>

Recipients must comply with Preference for U.S. Flag Air Carriers (air carriers holding certificates under 49 U.S.C.) for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

XVIII.  <u>Hotel and Motel Fire Safety Act of 1990</u>

Recipients must ensure that all conference, meeting, convention, or training space funded in whole or in part with federal funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a

XIX.  <u>John S. McCain National Defense Authorization Act of Fiscal Year 2019</u>

Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and
2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. Beginning August 13, 2020, the statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons.

XX.  <u>Limited English Proficiency (Civil Rights Act of 1964, Title VI)</u>

Recipients must comply with Title VI of the Civil Rights Act of 1964, (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance- published-help-department- supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

XXI.  <u>Lobbying Prohibitions</u>

Recipients must comply with 31 U.S.C. § 1352, which provides that none of the funds provided under a federal financial assistance award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency,

# FY 2022 DHS Standard Terms and Conditions

a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification.

XXII.  <u>National Environmental Policy Act</u>

Recipients must comply with the requirements of the National Environmental Policy Act of 1969, (NEPA) Pub. L. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq. and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

XXIII.  <u>Nondiscrimination in Matters Pertaining to Faith-Based Organizations</u>

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs.

XXIV.  <u>Non-Supplanting Requirement</u>

Recipients receiving federal financial assistance awards made under programs that prohibit supplanting by law must ensure that federal funds do not replace (supplant) funds that have been budgeted for the same purpose through non-federal sources.

XXV.  <u>Notice of Funding Opportunity Requirements</u>

All the instructions, guidance, limitations, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this program are incorporated here by reference in the award terms and conditions.  All recipients must comply with any such requirements set forth in the program NOFO.

XXVI.  <u>Patents and Intellectual Property Rights</u>

Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq, unless otherwise provided by law.  Recipients are subject to the specific requirements governing the development, reporting, and disposition of rights to inventions and patents resulting from federal financial assistance awards located at 37 C.F.R. Part 401 and the standard patent rights clause located at 37 C.F.R. § 401.14.

XXVII.  <u>Procurement of Recovered Materials</u>

States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. 89-272 (1965), (codified as amended by the Resource Conservation and Recovery Act, 42 U.S.C. § 6962.)  The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

XXVIII. <u>Rehabilitation Act of 1973</u>

Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. 93-112 (1973), (codified as amended at 29 U.S.C. § 794,) which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial

# FY 2022 DHS Standard Terms and Conditions

assistance.

XXIX.  <u>Reporting of Matters Related to Recipient Integrity and Performance</u>

General Reporting Requirements:

If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this federal award, then the recipients must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated here by reference in the award terms and conditions.

XXX.  <u>Reporting Subawards and Executive Compensation</u>

Reporting of first tier subawards.

Recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation located at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated here by reference in the award terms and conditions.

XXXI.  <u>Required Use of American Iron, Steel, Manufactured Products, and Construction Materials</u>

Recipients must comply with the "Build America, Buy America" provisions of the Infrastructure Investment and Jobs Act and E.O. 14005. Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless:

(1) all iron and steel used in the project are produced in the United States--this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

(2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

(3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project, but are not an integral part of the structure or permanently affixed to the infrastructure project.

# FY 2022 DHS Standard Terms and Conditions

*Waivers*

When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. Information on the process for requesting a waiver from these requirements is on the website below.

(a) When the Federal agency has made a determination that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that:

(1) applying the domestic content procurement preference would be inconsistent with the public interest;

(2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

(3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office.

There may be instances where an award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov.

XXXII. SAFECOM

Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications.

XXXIII. Terrorist Financing

Recipients must comply with E.O. 13224 and U.S. laws that prohibit transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible to ensure compliance with the Order and laws.

XXXIV. Trafficking Victims Protection Act of 2000 (TVPA)

Trafficking in Persons.

Recipients must comply with the requirements of the government-wide financial assistance award term which implements Section 106 (g) of the Trafficking Victims Protection Act of 2000 (TVPA), codified as amended at 22 U.S.C. § 7104. The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated here by reference.

XXXV. Universal Identifier and System of Award Management

Requirements for System for Award Management and Unique Entity Identifier Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated here by reference.

# FY 2022 DHS Standard Terms and Conditions

XXXVI. <u>USA PATRIOT Act of 2001</u>

Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c.

XXXVII. <u>Use of DHS Seal, Logo and Flags</u>

Recipients must obtain permission from their DHS FAO prior to using the DHS seal(s), logos, crests or reproductions of flags or likenesses of DHS agency officials, including use of the United States Coast Guard seal, logo, crests or reproductions of flags or likenesses of Coast Guard officials.

XXXVIII. <u>Whistleblower Protection Act</u>

Recipients must comply with the statutory requirements for whistleblower protections (if applicable) at 10 U.S.C § 2409, 41 U.S.C. § 4712, and 10 U.S.C. § 2324, 41 U.S.C. §§ 4304 and 4310.

# Exhibit G

| **1. DATE ISSUED** *MM/DD/YYYY* | **1a. SUPERSEDES AWARD NOTICE** dated |
|---|---|
| 07/26/2023 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

301 7th Street, SW, RM 3051
Mail Stop 0115
Washington, DC 20528

**2. ASSISTANCE LISTING NUMBER**
97.106 - Securing the Cities Program

**3. ASSISTANCE TYPE** Cooperative Agreement

| **4. GRANT NO.** 20CWDSTC00014-04-00 | **5. TYPE OF AWARD** |
|---|---|
| **Formerly** | Research |
| **4a. FAIN** 20CWDSTC00014 | **5a. ACTION TYPE** Non-Competing Continuation |

| **6. PROJECT PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/11/2020 | **Through** | 07/31/2030 |
| **7. BUDGET PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| **From** | 08/01/2023 | **Through** | 07/31/2024 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

**8. TITLE OF PROJECT (OR PROGRAM)**
Boston's Securing the Cities Program

| **9a. GRANTEE NAME AND ADDRESS** | **9b. GRANTEE PROJECT DIRECTOR** |
|---|---|
| CITY OF BOSTON | Anthony Rizzo |
| 1 Schroeder Plz | 1 Schroeder Plz Fl 3 |
| Boston, MA 02120-2014 | Boston, MA 02120-2014 |
| | Phone: 781-413-5712 |

| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
|---|---|
| Jason Whyte | Ki L Harvey |
| 1 Schroeder Plz Fl 3 | 245 Muarry Lane |
| Boston, MA 02120-2014 | Washington, DC 20528-0001 |
| Phone: 617-343-6096 | Phone: 202-254-7139 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation — **II**

| | | |
|---|---|---|
| a. | Salaries and Wages | 129,480.78 |
| b. | Fringe Benefits | 13,530.74 |
| c. | Total Personnel Costs | 143,011.52 |
| d. | Equipment | 3,327,000.00 |
| e. | Supplies | 2,550.00 |
| f. | Travel | 10,200.00 |
| g. | Construction | 0.00 |
| h. | Other | 808,121.37 |
| i. | Contractual | 209,238.48 |
| j. | TOTAL DIRECT COSTS | 4,500,121.37 |
| k. | INDIRECT COSTS | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | 4,500,121.37 |
| m. | Federal Share | 4,500,121.37 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 4,500,121.37 |
| b. Less Unobligated Balance From Prior Budget Periods | 3,500,121.37 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 1,000,000.00 |

**13. Total Federal Funds Awarded to Date for Project Period** 5,450,000.00

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 5 | | d. 8 | |
| b. 6 | | e. 9 | |
| c. 7 | | f. 10 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ● Yes ○ No)

This amendment approve $1,000,000.00 new funds and $3,500,121.37 in carryover.

**GRANTS MANAGEMENT OFFICIAL:**

Janet Bailey
7th and D Street SW
Washington DC , DC 20407
Phone: (202)447-0362

| **17. OBJ CLASS** 4100 | **18a. VENDOR CODE** 046001381 | **18b. EIN** 046001380 | **19a. UEI** KJJBSAU7MXK7 | **19b. DUNS** 808850333 | **20. CONG. DIST.** 07 |
|---|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | | APPROPRIATION |
| 21. a. O31070350411 | b. CWDSTC00014A | c. STC | d. $1,000,000.00 | | e. 70350411 |
| 22. a. | b. | c. | d. | | e. |
| 23. a. | b. | c. | d. | | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 4 | DATE ISSUED 07/26/2023 |
|---|---|
| GRANT NO. 20CWDSTC00014-04-00 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |

2

| NOTICE OF AWARD (Continuation Sheet) | PAGE 3 of 4 | DATE ISSUED 07/26/2023 |
|---|---|---|
| | GRANT NO. 20CWDSTC00014-04-00 | |

| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |
|---|---|---|---|

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |

3

| NOTICE OF AWARD (Continuation Sheet) | PAGE   4 of 4 | DATE ISSUED 07/26/2023 |
|---|---|---|
| | GRANT NO.    20CWDSTC00014-04-00 | |

| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
|---|---|---|---|
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |
| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |

4

# AWARD ATTACHMENTS

CITY OF BOSTON                                                 20CWDSTC00014-04-00

1. Award Letter

2. FY 2023 DHS Terms and Conditions Version 2 Dated November 29 2022 (1)

3. GFAD Terms and Conditions

**U.S. Department of Homeland Security**
Washington, DC 20528



July 26, 2023

Ms. Maria Cheevers
Director, Officer of Research and Development
City of Boston Police Department
1 Schroeder Plaza Boston, MA 02120-2014

RE: Agreement No. 20CWDSTC00014

Dear Ms. Cheevers:

The Department of Homeland Security (DHS) has approved your Securing the Cities continuation application in the amount of $1,000,000.00 and $3,500,121.37 carryover.

We want to provide guidance on the assignment of personnel working with principal partners. It is crucial to the success of the program for each principal partner to assign personnel of sufficient rank possessing necessary authority to be able to make decisions for their organizations.

Additionally, principal partners may be designated in subsequent years during continuation award periods. Sub-partners should also be included in the resulting regional nuclear detection program and plans, but do not need to be identified in a region's continuation application. Because a layered defense inside and surrounding an HRUA is required to detect and prevent terrorist attacks and other high consequence events in the HRUA, partnerships with outlying areas are essential. The lead HRUA agency uses STC's funding, along with advice from their federal partners (CWMD, FBI, DOE, etc.), to determine how to allocate resources to outlying areas in a way that will best enhance the HRUA's defense against a radiological/nuclear (R/N) attack. The lead agency is empowered to designate principal partners and sub-partners that will support the region's efforts to accomplish STC goals and objectives. Designated STC partners, whether located within or outside of the FEMA designated HRUA, are eligible to receive STC

resources as long as the purpose of providing the resources is to enhance the *ability to detect and prevent terrorist attacks and other R/N threats to and in the HRUA.  Any funding passed through to partners and sub-partners must be documented through subawards consistent with 2 C.F.R. Part 200.*

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:    Program Officer, Ki Harvey
                              ki.harvey@hq.dhs.gov
                              Desk: 202-893-7908
                              Cell:  202-961-8010


Grant/Fiscal related matters:    Grant Officer, Ms. Janet Bailey
                                 Email: Janet.Bailey@HQ.DHS.GOV
                                 Phone: (202) 505-8897


All previous terms and conditions remain in effect.

                              Sincerely,

                              JANET T        Digitally signed by
                                             JANET T BAILEY
                              BAILEY         Date: 2023.07.26
                                             06:56:54 -04'00'

                              Janet Bailey
                              Grants Officer
                              Grants and Financial Assistance Division
                              Office of Procurement Operations
                              Office of the Chief Procurement Officer


Cc:    Ki Harvery
       anthony.rizzo@pd.boston.gov
       Julie.devin@pd.boston.gov

# FY 2023 DHS Standard Terms and Conditions

The Fiscal Year (FY) 2023 DHS Standard Terms and Conditions apply to all new federal financial assistance awards funded in FY 2023. These terms and conditions flow down to subrecipients unless an award term or condition specifically indicates otherwise. The United States has the right to seek judicial enforcement of these obligations.

All legislation and digital resources are referenced with no digital links. The FY 2023 DHS Standard Terms and Conditions will be housed on dhs.gov at www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions.

### A. Assurances, Administrative Requirements, Cost Principles, Representations and Certifications

    I.    DHS financial assistance recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non-Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program, and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the awarding agency.

    II.    DHS financial assistance recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at Title 2, Code of Federal Regulations (C.F.R.) Part 200 and adopted by DHS at 2 C.F.R. Part 3002.

    III.    By accepting this agreement, recipients, and their executives, as defined in 2 C.F.R. § 170.315, certify that their policies are in accordance with OMB's guidance located at 2 C.F.R. Part 200, all applicable federal laws, and relevant Executive guidance.

### B. General Acknowledgements and Assurances

All recipients, subrecipients, successors, transferees, and assignees must acknowledge and agree to comply with applicable provisions governing DHS access to records, accounts, documents, information, facilities, and staff.

    I.    Recipients must cooperate with any DHS compliance reviews or compliance investigations conducted by DHS.

    II.    Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities or personnel.

    III.    Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

    IV.    Recipients must comply with all other special reporting, data collection, and evaluation requirements, as prescribed by law, or detailed in program guidance.

    V.    Recipients (as defined in 2 C.F.R. Part 200 and including recipients acting as pass-through entities) of federal financial assistance from DHS or one of its awarding component agencies must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receipt of the Notice of Award for the first award under which this term applies. Recipients of multiple awards of DHS financial assistance should only submit one completed tool for their organization, not per award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active award, not every time an award is made. Recipients should submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in the DHS Standard Terms and

# FY 2023 DHS Standard Terms and Conditions

Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool. DHS Civil Rights Evaluation Tool | Homeland Security

The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension if the recipient identifies steps and a timeline for completing the tool. Recipients should request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline.

**C.** **Standard Terms & Conditions**

I. Acknowledgement of Federal Funding from DHS

Recipients must acknowledge their use of federal funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal funds.

II. Activities Conducted Abroad

Recipients must ensure that project activities performed outside the United States are coordinated as necessary with appropriate government authorities and that appropriate licenses, permits, or approvals are obtained.

III. Age Discrimination Act of 1975

Recipients must comply with the requirements of the Age Discrimination Act of 1975, Public Law 94-135 (1975) (codified as amended at Title 42, U.S. Code, § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

IV. Americans with Disabilities Act of 1990

Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

V. Best Practices for Collection and Use of Personally Identifiable Information

Recipients who collect personally identifiable information (PII) are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

VI. Civil Rights Act of 1964 – Title VI

Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21 and 44 C.F.R. Part 7.

VII. Civil Rights Act of 1968

Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. 90-284, as amended through Pub. L. 113-4, which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection

# FY 2023 DHS Standard Terms and Conditions

therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex (see 42 U.S.C. § 3601 et seq.), as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

VIII.  Copyright

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 and an acknowledgement of U.S. Government sponsorship (including the award number) to any work first produced under federal financial assistance awards.

IX.  Debarment and Suspension

Recipients are subject to the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689, which are at 2 C.F.R. Part 180 as adopted by DHS at 2 C.F.R. Part 3002. These regulations restrict federal financial assistance awards, subawards, and contracts with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

X.  Drug-Free Workplace Regulations

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of Sec. 5152-5158 of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106).

XI.  Duplication of Benefits

Any cost allocable to a particular federal financial assistance award provided for in 2 C.F.R. Part 200, Subpart E may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons. However, these prohibitions would not preclude recipients from shifting costs that are allowable under two or more awards in accordance with existing federal statutes, regulations, or the federal financial assistance award terms and conditions may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons.

XII.  Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX

Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. 92-318 (1972) (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17 and 44 C.F.R. Part 19.

XIII.  E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety

Recipient State, Tribal, local, or territorial law enforcement agencies must comply with the requirements of section 12(c) of E.O. 14074. Recipient State, Tribal, local, or territorial law enforcement agencies are also encouraged to adopt and enforce policies consistent with E.O. 14074 to support safe and effective policing.

# FY 2023 DHS Standard Terms and Conditions

XIV.   Energy Policy and Conservation Act

Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. 94- 163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

XV.   False Claims Act and Program Fraud Civil Remedies

Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§3729-3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government.  (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

XVI.   Federal Debt Status

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.)

XVII.   Federal Leadership on Reducing Text Messaging while Driving

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving as described in E.O. 13513, including conducting initiatives described in Section 3(a) of the Order when on official government business or when performing any work for or on behalf of the Federal Government.

XVIII.   Fly America Act of 1974

Recipients must comply with Preference for U.S. Flag Air Carriers (air carriers holding certificates under 49 U.S.C.) for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

XIX.   Hotel and Motel Fire Safety Act of 1990

Recipients must ensure that all conference, meeting, convention, or training space funded in whole or in part with federal funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a

XX.   John S. McCain National Defense Authorization Act of Fiscal Year 2019

Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. Beginning August 13, 2020, the statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons.

XXI.   Limited English Proficiency (Civil Rights Act of 1964, Title VI)

Recipients must comply with Title VI of the Civil Rights Act of 1964, (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance- published-help-department- supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

# FY 2023 DHS Standard Terms and Conditions

XXII.     Lobbying Prohibitions

Recipients must comply with 31 U.S.C. § 1352, which provides that none of the funds provided under a federal financial assistance award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification.

XXIII.    National Environmental Policy Act

Recipients must comply with the requirements of the National Environmental Policy Act of 1969, (NEPA) Pub. L. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq. and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

XXIV.    Nondiscrimination in Matters Pertaining to Faith-Based Organizations

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs.

XXV.     Non-Supplanting Requirement

Recipients receiving federal financial assistance awards made under programs that prohibit supplanting by law must ensure that federal funds do not replace (supplant) funds that have been budgeted for the same purpose through non-federal sources.

XXVI.    Notice of Funding Opportunity Requirements

All the instructions, guidance, limitations, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this program are incorporated here by reference in the award terms and conditions.  All recipients must comply with any such requirements set forth in the program NOFO.

XXVII.   Patents and Intellectual Property Rights

Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq, unless otherwise provided by law.  Recipients are subject to the specific requirements governing the development, reporting, and disposition of rights to inventions and patents resulting from federal financial assistance awards located at 37 C.F.R. Part 401 and the standard patent rights clause located at 37 C.F.R. § 401.14.

XXVIII.  Procurement of Recovered Materials

States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. 89-272 (1965), (codified as amended by the Resource Conservation and Recovery Act, 42 U.S.C. § 6962.)  The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

XXIX.    Rehabilitation Act of 1973

Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. 93-112 (1973), (codified as amended at 29 U.S.C. § 794,) which provides

# FY 2023 DHS Standard Terms and Conditions

that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

XXX.    Reporting of Matters Related to Recipient Integrity and Performance

General Reporting Requirements:

If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this federal award, then the recipients must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated here by reference in the award terms and conditions.

XXXI.    Reporting Subawards and Executive Compensation

Reporting of first tier subawards.

Recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation located at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated here by reference in the award terms and conditions.

XXXII.    Required Use of American Iron, Steel, Manufactured Products, and Construction Materials

Recipients must comply with the "Build America, Buy America" provisions of the Infrastructure Investment and Jobs Act and E.O. 14005. Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless:

(1) all iron and steel used in the project are produced in the United States--this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

(2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

(3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

# FY 2023 DHS Standard Terms and Conditions

*Waivers*

When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. Information on the process for requesting a waiver from these requirements is on the website below.

(a) When the Federal agency has made a determination that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that:

(1) applying the domestic content procurement preference would be inconsistent with the public interest;

(2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

(3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office.

There may be instances where an award qualifies, in whole or in part, for an existing waiver described at ["Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov](#).

The awarding Component may provide specific instructions to Recipients of awards from infrastructure programs that are subject to the "Build America, Buy America" provisions. Recipients should refer to the Notice of Funding Opportunity for further information on the Buy America preference and waiver process.

XXXIII. <u>SAFECOM</u>

Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications.

XXXIV. <u>Terrorist Financing</u>

Recipients must comply with E.O. 13224 and U.S. laws that prohibit transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible to ensure compliance with the Order and laws.

XXXV. <u>Trafficking Victims Protection Act of 2000 (TVPA)</u>

Trafficking in Persons.

Recipients must comply with the requirements of the government-wide financial assistance award term which implements Section 106 (g) of the Trafficking Victims Protection Act of 2000 (TVPA), codified as amended at 22 U.S.C. § 7104. The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated here by reference.

# FY 2023 DHS Standard Terms and Conditions

XXXVI. <u>Universal Identifier and System of Award Management</u>

Requirements for System for Award Management and Unique Entity Identifier Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated here by reference.

XXXVII. <u>USA PATRIOT Act of 2001</u>

Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c.

XXXVIII. <u>Use of DHS Seal, Logo and Flags</u>

Recipients must obtain permission from their DHS FAO prior to using the DHS seal(s), logos, crests or reproductions of flags or likenesses of DHS agency officials, including use of the United States Coast Guard seal, logo, crests or reproductions of flags or likenesses of Coast Guard officials.

XXXIX. <u>Whistleblower Protection Act</u>

Recipients must comply with the statutory requirements for whistleblower protections (if applicable) at 10 U.S.C § 2409, 41 U.S.C. § 4712, and 10 U.S.C. § 2324, 41 U.S.C. §§ 4304 and 4310.

**CONTINUATION TERMS AND CONDITIONS**
**GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)**

In addition to the DHS Standard Terms and Conditions as outlined here: In addition to the DHS Standard Terms and Conditions shown in Article II, below, and at: DHS Standard Terms and Conditions, the following Terms and Conditions apply specifically to this Award as administered by the Grants and Financial Assistance Division (GFAD):

## ARTICLE I. GENERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. GENERAL TERMS AND CONDITIONS

This award is subject to the requirements of the Terms and Conditions outlined in your original award document. The recipient and any sub-recipient must continue to comply with these terms and conditions, as well as the updated terms and conditions presented below.

### B. AWARD SPECIFIC TERMS AND CONDITIONS

-This Award does not include any Award Specific Terms and Conditions.

### C. DHS PROGRAMMATIC INVOLVEMENT

-Previous DHS programmatic involvement remains in effect.

### D. GOVERNING PROVISIONS

This award is subject to the requirements of the Governing Provisions outlined in your original award.

### E. ORDER OF PRECEDENCE

1. The terms and conditions of this Award.
2. The Funding Opportunity, DHS-ST-19-106-STC-0001, Securing the Cities Program, 2019
3. Application and Assurances dated 7/7/2023

# Exhibit H

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated |
|---|---|
| 07/29/2024 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

301 7th Street, SW, RM 3051
Mail Stop 0115
Washington, DC 20528

**2. ASSISTANCE LISTING NUMBER**
97.106 - Securing the Cities Program

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO. 20CWDSTC00014-05-00 | 5. TYPE OF AWARD |
|---|---|
| **Formerly** | Research |
| 4a. FAIN 20CWDSTC00014 | 5a. ACTION TYPE Non-Competing Continuation |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/11/2020 | **Through** | 07/31/2030 |

| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 08/01/2024 | **Through** | 07/31/2025 |

# NOTICE OF AWARD
AUTHORIZATION (Legislation/Regulations)
Homeland Security Act of 2002, Public Law 107-296, 6 U.S.C 596

**8. TITLE OF PROJECT (OR PROGRAM)**
Boston's Securing the Cities Program

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| CITY OF BOSTON | Anthony Rizzo |
| 1 Schroeder Plz | 1 Schroeder Plz Fl 3 |
| Boston, MA 02120-2014 | Boston, MA 02120-2014 |
| | Phone: 781-413-5712 |

| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
|---|---|
| Jason Whyte | Ki L Harvey |
| 1 Schroeder Plz Fl 3 | 245 Muarry Lane |
| Boston, MA 02120-2014 | Washington, DC 20528-0001 |
| Phone: 617-343-6096 | Phone: 202-893-7908 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation **II**

| | | | |
|---|---|---|---|
| a. | Salaries and Wages | …………………...…… | 145,768.95 |
| b. | Fringe Benefits | …………………...…… | 17,518.06 |
| c. | Total Personnel Costs | ……...………… | 163,287.01 |
| d. | Equipment | ………………………….. | 3,694,550.63 |
| e. | Supplies | ………………………….. | 0.00 |
| f. | Travel | ………………………….. | 39,932.71 |
| g. | Construction | ………………………….. | 0.00 |
| h. | Other | ………………………….. | 928,331.82 |
| i. | Contractual | ………………………… | 179,417.13 |
| j. | TOTAL DIRECT COSTS | → | 5,005,519.30 |
| k. | INDIRECT COSTS | | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | | 5,005,519.30 |
| m. | Federal Share | | 5,005,519.30 |
| n. | Non-Federal Share | | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 5,005,519.30 |
| b. Less Unobligated Balance From Prior Budget Periods | 4,005,519.30 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 1,000,000.00 |
| 13. Total Federal Funds Awarded to Date for Project Period | 6,450,000.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 6 | | d. 9 | |
| b. 7 | | e. 10 | |
| c. 8 | | f. 11 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

- a. DEDUCTION
- b. ADDITIONAL COSTS
- c. MATCHING
- d. OTHER RESEARCH (Add / Deduct Option)
- e. OTHER *(See REMARKS)*

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

- a. The grant program legislation
- b. The grant program regulations.
- c. This award notice including terms and conditions, if any, noted below under REMARKS.
- d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ⦿ Yes  ◯ No)

This continuation action approves $1,000,000.00 and $4,005,519.30 in carryover. Continuation also includes new program specific term and condition on Equipment. Please carefully read the term and carefully review the enclosed property listing in the Equipment List document that is included with this NOA.

**GRANTS MANAGEMENT OFFICIAL:**

Janet Bailey
7th and D Street SW
Washington DC , DC 20407
Phone: (202)447-0362

| 17.OBJ CLASS 4100 | 18a. VENDOR CODE 046001381 | 18b. EIN 046001380 | 19a. UEI KJJBSAU7MXK7 | 19b. DUNS 808850333 | 20. CONG. DIST. 07 |
|---|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | | APPROPRIATION |
| 21. a. O40670460411 | b. CWDSTC00014A | c. STC | d. $1,000,000.00 | | e. |
| 22. a. | b. | c. | d. | | e. |
| 23. a. | b. | c. | d. | | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 4 | DATE ISSUED 07/29/2024 |
|---|---|
| GRANT NO. 20CWDSTC00014-05-00 | |

**Federal Financial Report Cycle**

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |

2

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 4 | DATE ISSUED 07/29/2024 |
|---|---|
| GRANT NO. | 20CWDSTC00014-05-00 |

| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |
|---|---|---|---|

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 09/11/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |

| NOTICE OF AWARD (Continuation Sheet) | PAGE 4 of 4 | DATE ISSUED 07/29/2024 |
| --- | --- | --- |
| | GRANT NO. 20CWDSTC00014-05-00 | |

| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| --- | --- | --- | --- |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |
| 07/01/2030 | 07/31/2030 | Final | 11/28/2030 |

NOTICE OF AWARD (Continuation Sheet)

# AWARD ATTACHMENTS

CITY OF BOSTON                                                    20CWDSTC00014-05-00

1. Award Letter

2. GFAD Terms and Conditions

3. FY 2024 DHS Terms and Conditions Version 3 Dated April 4 2024_

4. Boston Equipment List

**U.S. Department of Homeland Security**
Washington, DC 20528



July 29, 2024

Ms. Maria Cheevers
Director, Officer of Research and Development
City of Boston Police Department
1 Schroeder Plaza Boston, MA 02120-2014

Dear Ms. Cheevers:

Re: 20CWDSTC00014

The Department of Homeland Security (DHS) has approved your Securing the Cities continuation application in the amount of $1,000,000and $4,005,519.30 carryover.

This award also includes a new program specific term and condition.  DHS is hereby transferring title to the recipient for all the property listed in the [Equipment List – Boston] document that is included with this NOA and uploaded GrantSolutions.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:  Program Officer, Ki Harvey
ki.harvey@hq.dhs.gov
Desk: 202-893-7908
Cell:  202-961-8010

Grant/Fiscal related matters: Grant Officer, Ms. Janet Bailey
Email: Janet.Bailey@HQ.DHS.GOV
Phone: (202) 505-8897

Page 2 –FY Boston Please Apply

All previous terms and conditions remain in effect.

Sincerely,

JANET T BAILEY

Digitally signed by
JANET T BAILEY
Date: 2024.07.26
13:06:07 -04'00'

Janet Bailey
Grants Officer
Grants and Financial Assistance Division
Office of Procurement Operations
Office of the Chief Procurement Officer

Cc:  Ki Harvey
     anthony.rizzo@pd.boston.gov
     Julie.devin@pd.boston.gov

## <u>COOPERATIVE AGREEMENT TERMS AND CONDITIONS</u>
## <u>GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)</u>

In addition to the DHS Standard Terms and Conditions as outlined here: <u>DHS standard terms and conditions</u>, the following Terms and Conditions apply specifically to this award as administered by the Grants and Financial Assistance Division (GFAD):

### <u>ARTICLE I. FEDERAL ADMINISTRATIVE TERMS AND CONDITIONS</u>

### A. AWARD SPECIFIC TERMS AND CONDITIONS AND/OR RESTRICTIONS

-This award does not include any award specific Terms and Conditions.

### B. PROGRAM SPECIFIC TERMS AND CONDITIONS

-The following program specific Terms and Conditions apply.

Transfer of Property Title

DHS is hereby transferring title to the recipient for all the property listed in the [Equipment List - Maricopa] document that is included with this NOA and uploaded GrantSolutions. This inventory is incorporated by reference into the terms and conditions of this award and will be periodically updated as necessary. For property that DHS transfers title (i.e., ownership), recipients must use, manage, and dispose of this property in accordance with 2 C.F.R.§§ 200.313-200.314, as applicable depending on whether the property qualifies as equipment or supplies.

The recipient may request that DHS deliver property directly to a subrecipient or third party, but this request must be in writing. Where the recipient has requested DHS to deliver property directly to a subrecipient or other third party, the recipient still retains title to the property and must comply with all applicable requirements under 2C.F.R.§§ 200.313-200.314. If the recipient wants to transfer title to a subrecipient or other third party or otherwise dispose of the property, it must ask for disposition instructions from DHS.

For property DHS has purchased and transferred title, if there are any issues with the property, such as defective, missing, or incorrect property, whether upon delivery or during its use, the recipient must reach out to DHS who will then communicate with the vendor. Where property has been delivered directly to a subrecipient or other third parties, they must communicate issues through the recipient who will then communicate with DHS.

For property the recipient or subrecipient purchases directly, the purchasing entity is responsible for communicating directly with the applicable vendor regarding any property issues.

### C. DHS SUBSTANTIAL PROGRAMMATIC INVOLVEMENT

Previous DHS programmatic involvement remains in effect.

## ARTICLE II. GENERAL TERMS AND CONDITIONS

### A. APPLICABILITY

1. <u>General</u>. The terms and conditions set forth in this document and elsewhere in the Federal Award package will apply to all budget periods for the Federal Award.

2. <u>Post- Award Changes</u> . DHS may revise terms and conditions in this document and other parts of the Federal Award package if it determines that there was an error in the package or otherwise determines that an administrative change must be made to the package. DHS will notify the Recipient in writing of the change and provide an updated Federal Award package document. Once notification occurs, any subsequent drawdown will indicate Recipient acceptance of the changes to the Federal Award.

3. <u>Continuation Awards</u> . If the Federal Award includes more than one budget period, DHS may revise the terms and conditions in this document or elsewhere in the award package when awarding continuation funding and approving an additional budget period. DHS will notify the Recipient of these changes and the Recipient, by applying for continuation award funding, agrees to comply with the revisions, should it receive a continuation award. These revisions would apply only to that budget period and future budget periods and would not apply retroactively to previous budget periods.

4. <u>Applicability of DHS Standard Terms and Conditions to Tribes</u> . The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to subrecipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist.

### B. AMENDMENTS AND REVISIONS

1. The Recipient is required to report deviations from the approved budget and request prior approvals from DHS for budget and program revisions for the Federal Award in accordance with 2 C.F.R. § 200.308. This Federal Award is a [construction/non-construction] award for the purposes of applying the prior approval requirements. Scope or objective changes are generally not permitted unless authorized by law; Recipients should contact DHS with questions about changes to scope or objectives.

2. DHS does not waive any prior approval requirements pursuant to 2 C.F.R. § 200.308(e).

3. For non-construction work under awards where the Federal share is greater than the simplified acquisition threshold (currently $250,000), per 2 C.F.R. § 200.308(f), the Recipient must obtain prior written approval from DHS for transfers of funds among direct cost categories where the cumulative amount of such transfers exceeds or is expected to exceed 10 percent of the total approved budget.

4. The Recipient must obtain prior written approval from DHS for transfers of funds from direct costs to the indirect costs object class or vice versa.

5. The Recipient must obtain prior written approval from DHS before making any fund or budget transfers between construction and non-construction work.

### C. PRIOR APPROVAL REQUIRED

The Recipient shall not, without the prior written approval of the DHS, request reimbursement, incur costs or obligate funds for any purpose pertaining to the operation of the project, program, or activities prior to the approved Budget Period.

### D. PERIOD OF PERFORMANCE

A. Period of Performance

1. The Budget Period shall be for a period of 12 months. If applicable, the approval by DHS of subsequent budget periods under the federal award are subject to the availability of funds, program authority, satisfactory performance, compliance with the terms and conditions of the federal award, and a determination that a subsequent budget period is in the best interests of the federal government.

2. If applicable, The Recipient must request prior approval to carry over unobligated balances from one budget period to the following budget period.

B. Period of Performance Extension Request

1. Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.

2. The extension request shall be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.

3. Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification to be processed. The justification is a written explanation of the reason(s) for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. Extension requests shall not be processed without up- to-date performance and financial status reports and adequate justification.

4. DHS has no obligation to provide additional resources/funding due to an extension.

## E. CLOSEOUT REPORTING PERIOD

Per 2 C.F.R. § 200.344(a), the Recipient has 120 calendar days after the end of the period of performance to submit all final financial, performance, and other reports required by the terms and conditions of this award.

## F. LIQUIDATION PERIOD

Per 2 C.F.R. § 200.344(b), the Recipient has 120 calendar days after the end of the period of performance to liquidate all obligations incurred under this award.

## G. FINANCIAL REPORTS

1. Quarterly Federal Financial Reports – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant Solutions system no later than thirty (30) days after the end of the budget period end date. Reports are due on April 30th, July 30th, October 30th . The report shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

2. Final Federal Financial Report – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant- Solutions system no later than 120 days after the end of the Project Period end date. The report shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

## H. PERFORMANCE REPORTS

1. Quarterly  Performance Reports – The Recipient shall submit performance reports into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date.  Reports are due on  April 30th, July 30th, October 30th . The report shall be submitted via www.GrantSolutions.gov using the guidance found here:  Grant Solutions Performance Progress Report.

2. Performance Report Content (non-construction):

The performance reports must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

- Description relating financial data and accomplishments to performance goals and objectives of the Federal Award.
- A comparison of actual accomplishments to the objectives of the Federal Award established for the reporting period.
- If applicable, the reasons why established goals were not met.
- Analysis and explanation of cost overruns or high unit costs.
- Any additional pertinent information as determined by the program.

3. Performance Report Content (construction):

The performance report must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

- Certified completion of construction data.
- Any additional pertinent information as determined by the program.

Final Performance Report – the Recipient shall submit the Final Performance Report into the GrantSolutions system no later than 120 days after the expiration of the Project Period. The Final Performance Report shall be submitted using   the guidance found here:  Grant Solutions Performance Progress Report.

## I. PAYMENT

A.  Federal Payment

1.  Payments - General

DHS makes funds available for drawdown by the Recipient in the U.S. Department of Health and Human Services Payment Management System ("PMS"). The Recipient will submit payment requests under the Federal Award through PMS and PMS will deposit payments through electronic funds transfer to the Recipient's bank.

2.  Payment Method

DHS will pay the Recipient in advance pursuant to 2 C.F.R. § 200.305(b)(1). Under this method, the Recipient's payment requests submitted to PMS must be limited to the minimum amounts needed and be timed in accordance with its actual, immediate cash requirements in carrying out the scope of work under the Federal Award. The timing and amount of advance payments must be as close as is administratively feasible to the Recipient's actual disbursements for direct costs and proportionate share of indirect costs and must not be held for more than three business days before the funds are disbursed. The Recipient must disburse any funds available from program income, rebates, refunds, contract settlements, audit recoveries, and interest earned on such funds before requesting additional cash payments.  When these requirements are not met, the Recipient will be required to be on a reimbursement for costs incurred method.

3.  Property Interest

The Recipient and any subrecipients have no property interest in the funds made available by DHS in the Recipient's PMS account. At any time during or after the period of performance of the Federal Award, DHS may adjust the amounts available in Recipient's PMS account due to amendments to the Federal Award, partial or full terminations, closeouts, or other reasons.

## J. INDIRECT COSTS

2 C.F.R. § 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by DHS and included in the award file.

## K. TANGIBLE PERSONAL PROPERTY (EQUIPMENT)

1. The Recipient must provide a property report for all equipment acquired under the Federal Award with a current per unit fair market value of $10,000 or more when it submits the final performance report for the Federal Award. The Recipient will submit the property report using the Standard Form (SF)-428 (Tangible Personal Property Report). The SF-428 must include an attached document providing the description of the property, a serial number or other identification number, the source of funding for the property (including the Federal Award Identification Number (FAIN)), who holds title, the acquisition date, and cost of the property, percentage of federal participation in the project costs for the Federal Award under which the property was acquired, the location, use and condition of the property, and any ultimate disposition data including the date of disposal and sale price of the property.

2. DHS reserves the right to direct the Recipient to transfer title to the equipment to the Federal Government or to an eligible third party. If DHS informs the Recipient that it will exercise this right, then the Recipient—when submitting the final property report in paragraph D.2—will also submit a SF-428-B (Final Report) requesting disposition instructions.

3. If DHS does not exercise the right to direct the Recipient to transfer title to the equipment to the Federal Government or an eligible third party, the Recipient must request disposition instructions from DHS when original or replacement equipment acquired under the Federal award is no longer needed for the original project or program or for other activities currently or previously supported by a Federal awarding agency. The Recipient will submit a disposition request using the SF-428 (Tangible Personal Property Report) and SF-428-C (Disposition Request/Report).

## L. ACCESS TO AND RETENTION OF RECORDS.

DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives have the right of access to any documents, papers, or other records of the Recipient and subrecipients as well as their contractors and subcontractors pertaining to the Federal Award to make audits, examinations, excerpts, and transcripts. The right also includes timely and reasonable access to the personnel of the Recipient, any subrecipients, contractors of the Recipient or subrecipient, and subcontractors to those contractors.

The Recipient must include in any prime contract the requirement for the prime contractor to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives and must require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, require the subrecipient to place this requirement in all prime contracts, and require the subrecipient to require a prime contractor to include this requirement in all subcontracts.

The Recipient and subrecipients as well as their contractors and subcontractors shall retain financial records, supporting documents, statistical records, and all other records pertinent to this Award for a period of three years from the date of submission of the final expenditure report.

## M. ENVIRONMENTAL PLANNING AND HISTORIC PRESERVATION REVIEW (EHP)

DHS funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the DHS EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws.

DHS is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. General guidance for DHS's EHP process is available at DHS Compliance with the National Environmental Policy Act | Homeland Security. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program and applicants should contact their Grants Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies.

If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archaeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS.

## N. COMPLIANCE WITH U.S. EXPORT CONTROLS

Activities performed by the Recipient and any Recipient institution under this Award may or may not be subject to U.S. export control regulations. The Recipient and any Recipient institution shall conduct all such activities, to include any and all DHS-funded research and development, acquisitions, and collaborations in full compliance with all U.S. export controls—to include but not limited to the Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), and the Office of Foreign Assets Control (OFAC) Regulations. The Recipient and any Recipient institution will ensure that all legal requirements for compliance with U.S. export controls are met prior to transferring commodities, technologies, technical data, or other controlled information to a non-U.S. person or entity.

## O. PATENT RIGHTS AND DATA RIGHTS

Patent rights

The Recipient is subject to applicable regulations governing patents and inventions, including government-wide regulations, 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements."

Invention Disclosure and Related Requirements

The clause at 37 CFR 401.14, "Standard Patent Rights Clauses," is incorporated by reference herein. 37 CFR 401.14(c)(1) requires the disclosure of each subject invention to the Federal Agency within two months after the inventor discloses it in writing to contractor personnel responsible for patent matters. Under 35 U.S.C. 201(d), an invention means any invention or discovery which is or may be patentable or otherwise protectable under Title 35 of the U.S. Code, or any novel variety of plant which is or may be protectable under the Plant Variety Protection Act. Invention disclosure statements shall be made by creating an invention record using the Interagency Edison system website at: http://www.iedison.gov .

Rights to Copyrighted Work

The Recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under the award. The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so.

Data rights

1. General Requirements:

The Government has the right to:

    a. Obtain, reproduce, publish, or otherwise use the data produced under a Federal award; and

    b. Authorize others to receive, reproduce, publish, or otherwise use such data for Federal purposes.

Data means recorded information, regardless of form or the media on which it may be recorded.

2. Additional requirements for this Award.

    a. Requirement: If the Government believes that it needs additional research data that was produced under this Award, the Government may request the research data and the Recipient agrees to provide the research data within a reasonable time.

    b. Applicability: The requirement in paragraph 2.a of this section applies to any research data that are:

1. Produced under this Award, either as a Recipient or sub-recipient;
2. Published, which occurs either when:

    a. The research data is published in a peer-reviewed scientific or technical journal; or

    b. DHS publicly and officially cites the research data in support of an agency action that has the force and effect of law.

3. <u>Requirements for sub-awards</u>: The Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Patent Rights and Data Rights) and the DHS Standard Terms and Conditions award term (Copyright).

## P. SITE VISITS

DHS, Inspectors General, the Comptroller General of the United States, or any of their authorized representatives may make site visits as warranted by Program needs to the Recipient and subrecipients as well as their contractors and subcontractors pursuant to 2 C.F.R. § 200.329(f). The Recipient must include in any prime contract the requirement for the prime contractor to provide access to DHS for site visits and require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to DHS for site visits, requirement for the subrecipient to place this requirement in all prime contracts, and requirement for the subrecipient to require a prime contractor to include this requirement in all subcontracts.

## Q. TRAVEL

The Recipient must obtain prior written DHS approval before using Federal Award funding for foreign travel of the Recipient, subrecipient, or their contractors or subcontractors. A request for approval must identify the traveler, purpose of the travel, destination(s), duration of travel, and estimated travel costs. The Recipient must submit any foreign travel request at least 60 days before the travel commences.

## R. PUBLICATIONS

1. The Recipient may not publish or make publicly available articles and other documents produced under or as a result of the Federal Award that contain CUI, export-controlled information, and/or sensitive information designated by DHS without express written authorization from DHS. For articles and other documents produced under or as a result of the Federal Award that do not contain CUI, export-controlled information, or sensitive information, the Recipient may publish these articles and other documents and/or make them publicly available in journals, books, trade publications, websites, or other media. The rights of DHS in any articles or documents are set forth in 2 C.F.R. § 200.315.

2. The Recipient must include the following marking on any article or similar document produced under or as a result of the Federal Award:

   "This document is based upon work supported by the U.S. Department of Homeland Security under *[insert Grant/Cooperative Agreement number]*. The views and conclusions expressed in this document are those of the authors and do not necessarily represent the views of the U.S. Department of Homeland Security or the United States."

## S. TERMINATION PROVISIONS

1. <u>General</u>. The regulations at 2 C.F.R. §§ 200.340-343 set forth the administrative requirements concerning the termination of federal awards. Termination means the ending of a federal award, in whole or in part, at any time before the planned end of the period of performance. As required by 2 C.F.R. § 200.340(b), the purpose of this term and condition is to specify termination provisions applicable to the federal award in addition to those set forth in the regulations.

2. <u>Termination by DHS</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may unilaterally terminate the federal award in whole or part if the Recipient fails to comply with the terms and conditions of the federal award and when, to the greatest extent authorized by law, the federal award no longer effectuates the program goals or agency priorities. When terminating a federal award, the DHS will promptly notify the Recipient in writing via email of the termination that will set forth the reasons for the termination and the effective date of the termination. A Recipient may object and provide written information and documentation challenging the termination electronically via email to DHS within 30 days of receiving the termination notice.

The termination notice may provide additional procedures for submitting an objection to the termination.

3. <u>Termination with Consent</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may terminate the federal award in whole or in part with the consent of the Recipient. In that case, DHS will work with the Recipient to identify mutually agreed upon termination conditions including the effective date, and, in the case of partial termination, the portion to be terminated. DHS will provide to the Recipient for concurrence a draft termination notice setting forth the agreed upon termination conditions and, following the Recipient's written concurrence, DHS will issue the final termination notice.

4. <u>Termination by Recipient</u>. The regulation at 2 C.F.R. § 200.340(a) provides that the Recipient may unilaterally terminate the federal award in whole or in part by sending DHS written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if DHS determines in the case of partial termination that the reduced or modified portion of the federal award will not accomplish the purposes for which DHS made the federal award, DHS will provide written notice to the Recipient of the possibility that DHS will terminate the entire federal award and provide the Recipient with the opportunity to withdraw its partial termination request. If the Recipient does not withdraw its request for partial termination within 30 days of receiving the written notice, DHS will initiate procedures to terminate the entire federal award for cause following the procedures in paragraph I.B.2.

5. <u>Costs Incurred After Termination</u>. The regulation at 2 C.F.R. § 200.343 provides that the cost to the Recipient resulting from financial obligations incurred by the Recipient after termination are not allowable unless the federal awarding agency expressly authorizes them in the notice of termination or subsequently authorizes them. This general prohibition does not apply where costs result from financial obligations properly incurred by the Recipient before the termination and are not in anticipation of termination and those costs would otherwise be allowable if the federal award has expired normally at the end of the period of performance. The regulation at 2 C.F.R. § 200.472 sets forth the potentially allowable costs following termination. The allowability of these costs is the same for all types of terminations and do not vary whether DHS unilaterally terminates a federal award, DHS terminates a federal award with consent, or the Recipient unilaterally terminates the federal award. The Recipient should contact DHS in cases where it seeks authorization of costs incurred following the termination of a federal award.

## T. MONETARY DAMAGES

Monetary damages are not available to the Recipient in the event of a breach of the grant or cooperative agreement by DHS, such that the United States Court of Federal Claims does not have jurisdiction to render judgment upon any claim against the United States arising under the grant or cooperative agreement under 28 U.S.C. § 1491(a).

## U. STANDARD OF REVIEW

The scope of any judicial review for a DHS actions, findings, and conclusions under this cooperative agreement is limited to the standard of review under the Administrative Procedures Act, 5 U.S.C. § 706.

## V. GOVERNING PROVISIONS

The following are incorporated into this Award by this reference:

| | |
|---|---|
| 31 C.F.R.205 | Rules and Procedures for Funds Transfers |
| 2 CFR Part 200 | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards |
| Application | Grant Application and Assurances dated 7/9/2024 as revised 7/9/2024 |

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

The Fiscal Year (FY) 2024 Department of Homeland Security (DHS) Standard Terms and Conditions apply to all new federal awards of federal financial assistance (federal awards) for which the federal award date occurs in FY 2024 and flow down to subrecipients unless a term or condition specifically indicates otherwise. For federal awards that may involve continuation awards made in subsequent FYs, these FY 2024 DHS Standard Terms and Conditions will apply to the continuation award unless otherwise specified in the terms and conditions of the continuation award. The United States has the right to seek judicial enforcement of these terms and conditions.

All legislation and digital resources are referenced with no digital links. These FY 2024 DHS Standard Terms and Conditions are maintained on the DHS website at https://www.dhs.gov/publication/fy15-dhs- standard-terms-and-conditions.

**A. Assurances, Administrative Requirements, Cost Principles, Representations, and Certifications**

   I.   Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the federal awarding agency.

**B. General Acknowledgements and Assurances Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located at 2 C.F.R. Part 200 and adopted by DHS at 2 C.F.R. § 3002.10.**

All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337.

   I.   Recipients must cooperate with any DHS compliance reviews or compliance investigations.

   II.  Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities and personnel.

   III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

   IV.  Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or federal awarding agency program guidance.

   V.   Recipients must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receiving the Notice of Award for the first award under which this term applies. Recipients of multiple federal awards from DHS should only submit one completed tool for their organization, not per federal award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active federal award, not every time a federal award is made. Recipients must submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in these DHS Standard Terms and

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

Conditions.  Subrecipients are not required to complete and submit this tool to DHS.  The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool. DHS Civil Rights Evaluation Tool | Homeland Security

The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension to the 30-day deadline if the recipient identifies steps and a timeline for completing the tool.  Recipients must request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline.

**C.  Standard Terms & Conditions**

I.  Acknowledgement of Federal Funding from DHS

Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds.

II.  Activities Conducted Abroad

Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals.

III.  Age Discrimination Act of 1975

Recipients must comply with the requirements of the Age Discrimination Act of 1975, Pub. L. No. 94-135 (codified as amended at 42 U.S.C. § 6101 *et seq.*), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

IV.  Americans with Disabilities Act of 1990

Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

V.  Best Practices for Collection and Use of Personally Identifiable Information

Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect.  DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

VI.  Civil Rights Act of 1964 – Title VI

Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d *et seq.*), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

VII. <u>Civil Rights Act of 1968</u>

Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90-284 (codified as amended at 42 U.S.C. § 3601 *et seq.*) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

VIII. <u>Copyright</u>

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so.

IX. <u>Debarment and Suspension</u>

Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

X. <u>Drug-Free Workplace Regulations</u>

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106).

XI. <u>Duplicative Costs</u>

Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing or matching requirements of any other federal award in either the current or a prior budget period. (See 2 C.F.R. § 200.403(f)). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal financial assistance award terms and conditions.

XII. <u>Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX</u>

Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 *et seq.*), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XIII.   <u>E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety</u>

Recipient State, Tribal, local, or territorial law enforcement agencies must comply with the requirements of section 12(c) of E.O. 14074. Recipient State, Tribal, local, or territorial law enforcement agencies are also encouraged to adopt and enforce policies consistent with E.O. 14074 to support safe and effective policing.

XIV.   <u>Energy Policy and Conservation Act</u>

Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 *et seq*.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

XV.   <u>False Claims Act and Program Fraud Civil Remedies</u>

Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729-3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government.  (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

XVI.   <u>Federal Debt Status</u>

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.)

XVII.   <u>Federal Leadership on Reducing Text Messaging while Driving</u>

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government.  Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of E.O. 13513.

XVIII.   <u>Fly America Act of 1974</u>

Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-air-carriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

XIX.   <u>Hotel and Motel Fire Safety Act of 1990</u>

Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a.

XX.   <u>John S. McCain National Defense Authorization Act of Fiscal Year 2019</u>

Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XXI.    <u>Limited English Proficiency (Civil Rights Act of 1964, Title VI)</u>

Recipients must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d *et seq*.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help-department-supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

XXII.   <u>Lobbying Prohibitions</u>

Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL).

XXIII.  <u>National Environmental Policy Act</u>

Recipients must comply with the requirements of the National Environmental Policy Act of 1969,  Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 *et seq*.) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

XXIV.   <u>Nondiscrimination in Matters Pertaining to Faith-Based Organizations</u>

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs.

XXV.    <u>Non-Supplanting Requirement</u>

Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose.

XXVI.   <u>Notice of Funding Opportunity Requirements</u>

All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated by reference.  All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the Award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XXVII. <u>Patents and Intellectual Property Rights</u>

Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 *et seq*. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14.

XXVIII. <u>Procurement of Recovered Materials</u>

States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. No. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

XXIX. <u>Rehabilitation Act of 1973</u>

Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

XXX. <u>Reporting of Matters Related to Recipient Integrity and Performance</u>

If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference.

XXXI. <u>Reporting Subawards and Executive Compensation</u>

For federal awards that equal or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference.

XXXII. <u>Required Use of American Iron, Steel, Manufactured Products, and Construction Materials</u>

Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless:

(1) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

(2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

(3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

*Waivers*

When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements.

(a) When the Federal agency has determined that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that:

(1) applying the domestic content procurement preference would be inconsistent with the public interest;

(2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

(3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office.

There may be instances where an award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov.

*Definitions*

The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference.

XXXIII. SAFECOM

Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment | CISA.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XXXIV. <u>Terrorist Financing</u>

Recipients must comply with E.O. 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the E.O. and laws.

XXXV. <u>Trafficking Victims Protection Act of 2000 (TVPA)</u>

Recipients must comply with the requirements of the government-wide financial assistance award term which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated by reference.

XXXVI. <u>Universal Identifier and System of Award Management</u>

Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference.

XXXVII. <u>USA PATRIOT Act of 2001</u>

Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c.

XXXVIII. <u>Use of DHS Seal, Logo and Flags</u>

Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials.

XXXIX. <u>Whistleblower Protection Act</u>

Recipients must comply with the statutory requirements for whistleblower protections at 10 U.S.C § 470141 U.S.C. § 4712.

# Exhibit I



Case: 1:25-cv-05462 Document #: 56-2 Filed: 06/15/26 Page 143 of 155 PageID #:96

# Exhibit J

U.S. Department of Homeland Security
Washington, DC 20528



July 1, 2025

RE: **FY 25 STC Cooperative Agreement Continuation Funding**

Dear Recipient,

The Department of Homeland Security invites you to submit an application for the FY'25 Securing the Cities Program (STC).  Please see the attached application guidance and submit your application via GrantSolutions **no later than July 18, 2025 at 11:59 p.m. Eastern Standard Time.**

**For FY'25, your award authorization will consist of carryover funding ONLY**.  After accounting for any payments that remain pending due to the recent funding pause in the Payment Management System, please assess your current unobligated balance and submit a budget for your FY'25 STC activity based on the remaining available funds.  As you assess your current unobligated balance, please ensure your internal financial records align with the information in the PMS subaccount for this award.

**Application submission**:
Your non-competing continuation application kit can be found in GrantSolutions.gov.  If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov  prior to the submission deadline.

Please also refer to the "Director STC Program Memo/email dated May 14, 2025."   This memo remains in effect for the upcoming budget period and no R/N Detection Equipment maybe purchased after that date and until the pause is lifted, therefore **no funds should be budgeted in the Equipment Category.**

If you need further information regarding the administrative components of your application, please contact your Grants Officer.  For information relating to the content of your application, please contact your Program Officer.



# Countering Weapons of Mass Destruction (CWMD)

## Securing the Cities Cooperative Agreements

# FY'25 GUIDANCE FOR PREPARING A NON-COMPETING CONTINUATION APPLICATION

# Application Due: Friday, July 18, 2025

This non-competing continuation assistance is subject to the availability of funds and the awardee's compliance with requirements of the financial assistance agreement.

GUIDANCE FOR PREPARING CONTINUATION APPLICATION

Table of Contents

PART ONE: GENERAL INSTRUCTIONS                                    3

PART TWO: APPLICATION SUBMISSION                                 4

PART THREE: APPLICATION CONTENT                                  5

PART FOUR:  REQUESTING CARRYOVER

PART FIVE:  APPLICATION REVIEW                                   7

PART SIX:   CONTACT AND RESOURCE INFORMATION                     7

GRANT SOLUTIONS BUDGET INSTRUCTIONS                              8

2

**GUIDANCE FOR PREPARING CONTINUATION APPLICATION**

**PART ONE: GENERAL INSTRUCTIONS**

<u>Eligibility</u>

These instructions are applicable to existing grantees and provide guidance on the preparation and submission of a continuation grant application.

<u>Purpose</u>

The purpose of a continuation grant application is to:

- Report on the progress of the project during the current budget year.

- Provide a work plan (inclusive of program and evaluation activities) for the next phase.

- Provide a detailed budget and budget narrative justification for the next phase.

Each section of the application should justify and support the other sections.

The Guidance for Preparing a Continuation Grant Application prescribes the content, information, and data requirements for continuation grant applications. This guidance should be used in conjunction with the Notice of Funding Opportunity (NOFO) under which the competing grant application was funded and any other application materials provided by the Grants and Financial Assistance Division (GFAD) or posted at GrantsSolutions.gov in the application kit. The NOFO provides information and guidance for grantees for the entire project period.

The continuation application will be reviewed by the DHS Project and Grants Officers. The application must provide detailed information on the progress in accomplishing goals and objectives during Phase I; a detailed work plan that outlines the goals, objectives, and activities for continuation; and a detailed budget and budget justification for continuation. If your continuation application includes a carryover request, a separate detailed budget and budget justification should be provided for the total amount requested in carryover funds.

3

**PART TWO: CONTINUATION APPLICATION PREPARATION AND SUBMISSION**

Application Submission

GFAD provides grantees with the ability to submit non-competing continuation applications electronically via GrantSolutions.gov. Applicants will receive notification from GrantSolutions.gov via email confirmation receipt. Hard copy application submissions are not accepted by GFAD.

Any applications submitted via any means other than electronic communication, including facsimile or electronic mail, will not be accepted for review. Grantees are encouraged to initiate electronic applications early in the application development process, and to submit early on or before the due date. This will aid in addressing any problems with submission prior to the application deadline.

Your continuation application kit can be found in GrantSolutions.gov. If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov prior to the submission deadline. If you need further information regarding the application process, please contact your Grants Officer. For programmatic information, please contact your Program Officer.

**Electronic Submissions via the GrantSolutions System**

Electronic applications submitted via the GrantSolutions system must contain all completed online forms required by the application kit, the Project Narrative, Budget Information and any supplemental attachments. Applications must be received by **11:59 p.m. Eastern Standard Time of the due date specified on the cover page of this guidance**.

Continuation grant applications will not be considered valid until all electronic application components are received by GFAD according to the deadlines specified above. Upon completion of a successful electronic application submission, the GrantSolutions system will provide the grantee with a confirmation page indicating the date and time (Eastern Standard Time) of the electronic application submission. This confirmation page will also provide a listing of all items that constitute the final application submission including all electronic application components.

As items are received by GFAD, the electronic non- competing application status will be updated to reflect receipt of the items. It is recommended that the grantee monitor the status of their application in GrantSolutions to ensure all items are received.

**PART THREE: CONTINUATION APPLICATION CONTENT**

The Continuation grant application should include the required grants management forms, a table of contents, project narrative that includes both a progress report for Phase I and a work plan for continuation, detailed budget narrative and budget justification for Continuation, and any additional materials in the appendices. The contents of the application should be properly labeled and numbered. Contents should be complete and written in 12-point font.

**I.      REQUIRED FORMS AND OTHER REQUIRED INFORMATION**

Table 1 below lists the required forms and other information that must be submitted within this section of the non-competing application.

**Table 1**

| Form | Required for Non-Competing Continuation Grant Applications | Source of Form |
|---|---|---|
| SF-424, Application for Federal Assistance | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| SF-424A, Budget Information Non-Construction Program | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| SF-424B, Assurances Non-Construction Program | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| Research & Related Budget | ✓ | Upload |
| SF-LLL, Disclosure of Lobbying Activities | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| Project Abstract Summary | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |

Additional information and forms may be required to complete your continuation application and will be outlined in the GrantSolutions application kit and any appendices included with these instructions.

**This assistance is subject to funds availability and awardee's compliance with requirements of the financial assistance agreement.**

5

**PART FOUR:  REQUESTING CARRYOVER**

Your carryover request and the supporting documentation needed for analysis may be forwarded with the continuation package.  Please make the documents and attachment and label carryover.

The scope of the request should be limited to the approved goals of the project.  The request can only refer to immediate needs in the current year to justify the need for the carryover.  It is not acceptable to indicate the funds will be needed for future budget periods. The major point is how the funds will be used in the NEXT budget period.

The request should present the implications for the project if the request is not approved.

1.      The request must be reasonable, allowable, and necessary.
2.      Include specific details on how the project will benefit by the unobligated funds.
3.      If the request generates a recurring cost need in future years, the request must also detail how the future year costs will be supported in subsequent budget years.

Requests should include the following information:
- Plan for expenditures, including a description of activities to be carried out during the carryover period, and how the activities relate to the aims of the project.
- Amount of funds to be carried over, and detailed budget justification
- Amount requested should be in line with unobligated balance recorded on your FFR.  Reminder:  Carryover is explicitly for unobligated funds.

When preparing a justification for a carryover request, answer the following questions:
1.      Why were the funds not spent in the past year?
2.      Are costs reasonable, allowable, necessary and in line with the existing scope of work? Are there new costs that were previously unforeseen?

6

**PART FIVE: APPLICATION REVIEW**

Continuation grant applications will be reviewed by the DHS Project and Grants Officers. In addition to evaluating programmatic progress and workplans, DHS staff will evaluate the risks to the program posed by each applicant, including conducting due diligence to ensure an applicant's ability to manage federal funds. This evaluation is in addition to the evaluation of the applicant's eligibility and the quality of its application on the basis of the Selection Criteria, and results from this evaluation will inform funding decisions. If DHS determines that an award will be made, special conditions that correspond to the degree of risk assessed may be applied to the award.

In evaluating risks, DHS may consider the following:

- Financial stability
- Quality of management systems and ability to meet the management standards prescribed in applicable OMB Guidance
- Applicant's record in managing previous DHS awards, cooperative agreements, or procurement awards, including:

1. Timeliness of compliance with applicable reporting requirements
2. Accuracy of data reported
3. Conformance to the terms and conditions of previous federal awards
4. If applicable, the extent to which any previously awarded amounts will be expended prior to future awards
5. Information available through OMB-designated repositories of government- wide eligibility qualification or financial integrity information, such as: Federal Awardee Performance and Integrity Information System (FAPIIS), Duns and SAM
6. Reports and findings from single audits performed under Subpart F – Audit Requirements, 2 C.F.R. Part 200 and findings and reports of any other available audits
7. Applicant organization's annual report
8. Publicly available information, including information from the applicant organization's website
9. Applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on award recipients.

**PART FIVE: CONTACT AND RESOURCE INFORMATION**

DHS Grants Officer:     Diane Osterhus
                        Grants and Financial Assistance Division
                        diane.osterhus@hq.dhs.gov

DHS Program Officer:    Ki Harvey
                        Countering Weapons of Mass Destruction
                        ki.harvey@hq.dhs.gov

7

Grant Solutions Budget Instructions

These instructions detail how to apply for the FY carryover funding.

As part of your Non-Competing Continuation (NCC) Application Kit, you are required to complete the SF-424 (Application for Federal Assistance) and SF-424A (Budget Information Non- Construction Programs) as online forms in the GrantSolutions system.

| Online Forms | Enclosure(s) | Attachment(s) | Status |
|---|---|---|---|
| SF-424 Application for Federal Assistance Version 2 | View Online Print Completed | N/A | ✓ |
| SF-424A Budget Information - Non-Construction | View Online Print Completed | N/A | ✓ |
| SF-424B Assurances - Non-Construction | View Online Print Completed | N/A | ✓ |

### I.   Preparation of the Online SF-424 Form

When completing the SF-424 online form, ensure that Line 18A is *inclusive* of total requested carryover funding for the budget period

**18. Estimated Funding ($)**

| | |
|---|---|
| a. Federal * | 7,447,265.00 |
| b. Applicant * | 0.00 |
| c. State * | 0.00 |
| d. Local * | 0.00 |
| e. Other * | 0.00 |
| f. Program Income * | 0.00 |
| g. TOTAL | 7,447,265.00 |

8

**II.** Preparation of the Online SF-424A Form

When completing the SF-424A online form, the GrantSolutions system allows you to consolidate your request and reflect the amounts requested for each budget activity (i.e., NCC budget request, Carryover Request, and/or Supplement Request) on the same online form. Please ensure that the total requested on your SF-424A budget form matches the amount listed in Line 18A of the SF-424 online application form. **NOTE: Failure to include the same amounts will require a revision.**

**For FY'25, your budget request will consist of carryover funding only.**

Exhibit 1: Section A Budget Summary

424A Instructions

▾ Section A Budget Summary

| | Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds — Federal (c) | Estimated Unobligated Funds — Non Federal (d) | New or Revised Budget — Federal (e) | New or Revised Budget — Non Federal (f) | Total (g) |
|---|---|---|---|---|---|---|---|
| 1. | 2020 NCC Budget Request | 97.061 - Cooperative Agreem | $ 0.00 | $ 0.00 | $ 3,600,000.00 | $ 0.00 | $3,600,000.00 |
| 2. | 2019 Carryover Request | 97.061 - Cooperative Agreem | $ 3,732,265.00 | $ 0.00 | $ 3,732,265.00 | $ 0.00 | $3,732,265.00 |
| 3. | Supplement Request | 97.061 - Cooperative Agreem | $ 0.00 | $ 0.00 | $ 115,000.00 | $ 0.00 | $115,000.00 |
| 4. | | Please select a CFDA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |
| 5. | TOTALS (sum of lines 1-4) | | $3,732,265.00 | $0.00 | $7,447,265.00 | $0.00 | $7,447,265.00 |

**Section A, <span style="color:red">Line 1</span>**
- In field (a), enter a unique activity name (ex: 2024 Carryover Request).
- In field (b), select the correct CFDA Number, 97.106.
- In field (c), enter the total Carryover requested amount.
- In field (e), enter the total Carryover request amount (**amounts in fields c & e must match**).

After completing Section A, move to Section B Budget Categories.

9

Exhibit 2: Section B Budget Categories

▼ Section B Budget Categories

**6. Object Class Categories**

GRANT PROGRAM, FUNCTION OR ACTIVITY

| | (1) 2020 NCC Budget Request | (2) 2019 Carryover Request | (3) Supplement Request | (4) | Total (5) |
|---|---|---|---|---|---|
| **(a)** Personnel | $ 947,579.00 | $ 419,161.00 | $ 0.00 | $ 0.00 | $1,366,740.00 |
| **(b)** Fringe Benefits | $ 213,796.00 | $ 148,147.00 | $ 0.00 | $ 0.00 | $361,943.00 |
| **(c)** Travel | $ 64,321.00 | $ 279,341.00 | $ 0.00 | $ 0.00 | $343,662.00 |
| **(d)** Equipment | $ 7,286.00 | $ 34,129.00 | $ 0.00 | $ 0.00 | $41,415.00 |
| **(e)** Supplies | $ 24,100.00 | $ 46,677.00 | $ 0.00 | $ 0.00 | $70,777.00 |
| **(f)** Contractual | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |
| **(g)** Construction | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |
| **(h)** Other | $ 1,493,963.00 | $ 2,167,970.00 | $ 100,375.00 | $ 0.00 | $3,762,308.00 |
| **(i)** Total Direct Charges (sum of 6a - 6h) | $2,751,045.00 | $3,095,425.00 | $100,375.00 | $0.00 | $5,946,845.00 |
| **(j)** Indirect Charges | $ 848,955.00 | $ 636,840.00 | $ 14,625.00 | $ 0.00 | $1,500,420.00 |
| **(k)** Totals (sum of 6i and 6j) | $3,600,000.00 | $3,732,265.00 | $115,000.00 | $0.00 | **$7,447,265.00** |
| **7. Program Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |

## Section B:

- **In Column 1**, enter Carryover requested budget allocations. The total field must equal the total amount shown in Section A, Line 1, Column G.

10