**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | Case No. 1:25-cv-05462 <br><br> Hon. John J. Tharp, Jr. |

**DECLARATION OF BETHANY HAND IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Bethany Hand, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.      This declaration is based on my own personal knowledge, experience, and review of relevant business records. If I were to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2.      I currently serve as the Assistant Commissioner of Homeland Security for the Chicago Fire Department (CFD), a department of the City of Chicago. As Assistant Commissioner, I am responsible for overseeing and carrying out all homeland security and emergency preparedness programming for the department. Within this role, I direct CFD's federal initiatives and programs, including Securing the Cities (STC), a federal cooperative agreement program

1

designed to increase radiation detection and response capabilities for the highest-risk U.S. cities, such as Chicago.

3.  DHS has consistently ranked the Chicago region in the top five metropolitan statistical areas in terms of terrorism risk. This ranking is based on criteria established for threat, vulnerability, and consequence. DHS continues to assess Chicago as a Threat Level I (the highest threat level), defined by DHS as having credible and specific international and domestic terrorist threats based on Intelligence Community reports that reveal known and credible extremist plots, casings, threats, or aspiration.

4.  As the STC-Chicago Program Director, I oversee the administration, management, strategies, and implementation of the multi-agency regional program. I serve as the STC-Chicago Program Subcommittee Chair (on behalf of the Fire Commissioner), coordinating directly with the United States Department of Homeland Security (DHS), Principal Partner Leadership, and designated agency leadership. I have held this position since August 2022.

5.  Before becoming the Assistant Commissioner, I served as the Program Administrator and Grant Manager for both the Chicago Office of Public Safety Administration and CFD. In that role, I was responsible for the overall management of the STC-Chicago program, carrying out the mission and objectives of the program, and day-to-day operation of the program office. Within this role, I served as the main point of contact for program matters and worked directly with the DHS Countering Weapons of Mass Destruction Office (CWMD) Program Director. My responsibilities included developing STC-Chicago plans and procedures, working directly with each of the partner agencies; implementing and managing the STC-Chicago training program; and regularly assessing the needs of the STC-Chicago region to ensure the region was properly equipped and prepared for all levels of radioactive or nuclear material deployments and

2

search operations. Overall, I ensured that the administrative requirements of the DHS CWMD and STC-Chicago Cooperative Agreement were completed, including by conducting program-required reporting and meeting program milestones on schedule. I held this position from July 2018 through August 2022.

6. Having been involved with the STC-Chicago Program since 2018, I am familiar with the origin and history of the program, as well as the program's current status. I have worked extensively with DHS CWMD leadership and staff to ensure STC-Chicago complied with all program requirements.

**The STC-Chicago Program**

7. Chicago was selected by DHS as an eligible STC region based on a determination that Chicago was at a high risk of sustaining a terrorist attack. A true and correct copy of the DHS's initial Notice of Funding Opportunity (NOFO) is attached as **Exhibit A**.

8. Chicago, through CFD, applied for STC funding in 2016. In June 2016, DHS approved Chicago's cooperative agreement application and awarded Chicago $3.5 million in STC funding for Fiscal Year 2016. As set out in the Notice of Award, the original project period was set as June 30, 2016 to June 29, 2021. A true and correct copy of Chicago's Fiscal Year 2016 STC Award Package is attached as **Exhibit B**.

9. After receiving the 2016 award, Chicago began working closely with DHS on the STC program. In STC Year 1, Chicago focused on the initial and immediate planning, organizing, and analysis activities on baseline detection and reporting capabilities of state and local principal partners.

10. By the end of STC Year 2, Chicago, in close collaboration with DHS, accomplished important counterterrorism tasks, including the development of a STC-Chicago Regional Strategic Plan and Implementation Plan, the procurement of radiological nuclear detection equipment, and the creation of a multi-year training and exercise plan.

11. Chicago continued with STC and applied for additional STC funds. Chicago received additional funds for the June 2016 – June 2021 project period on the following dates for the following amounts:

    a. On June 7, 2018, Chicago was awarded $6,675,000 in STC funds.

    b. On September 30, 2019, Chicago was awarded $8,000,000 in STC funds.

    c. On September 11, 2020, Chicago was awarded $1,900,000 in STC funds.

12. Chicago used the awarded funds to move on to the implementation phase of STC. In that phase, Chicago purchased bulk radiological nuclear equipment, developed and implemented a locally managed training program, further developed regional protocols and agency-specific operation plans, and more. This phase was delayed as a result of the Covid-19 pandemic.

13. In 2021, DHS issued a NOFO to sustain and expand Chicago's detection capabilities under the STC program. The Funding Opportunity would extend Chicago's participation in the STC program from September 30, 2021 through August 31, 2030, via cooperative agreement. A true and correct copy of the 2021 NOFO is attached as **Exhibit C**.

14. As with previous funding opportunities, DHS promised in the NOFO to provide assistance to Chicago, so that Chicago could "[c]onduct training and exercises to further the nuclear detection mission in the region and gain proficiency in detection operations" and "[a]chieve better integration of Federal, State, and local capabilities allowing regional support to

national operations." The funding opportunity, like previous ones, also provided eligible equipment and training lists for allowable costs. Equipment purchases and training costs not listed required "prior approval of DHS."

15. Chicago timely submitted an application. On July 27, 2021, DHS approved Chicago's application and granted the 2021 STC sustainment award to Chicago. In it, DHS awarded Chicago $650,000 STC funds for a project period of September 30, 2021 to August 31, 2030. A true and correct copy of the 2021 STC Award Package is attached as **Exhibit D**.

16. Chicago continued with the STC program and honored the terms and conditions of its cooperative agreements with DHS. In addition, Chicago applied for more STC funds, which were awarded in August 2022, August 2023, and August 2024. The amounts are listed below:

    a. On August 30, 2022, Chicago received $650,000 in FY 2022 STC funds.

    b. On August 21, 2023, Chicago received $500,000 in FY 2023 STC funds.

    c. On August 26, 2024, Chicago received $1,375,000 in FY 2024 STC funds.

A true and correct copy of Chicago's FY 2024 STC award package is attached as **Exhibit E** as an illustrative example.

17. CFD has implemented Securing the Cities by, among other actions:

    a. entering into memoranda of understanding with its principal partners in the Chicago region: the Chicago Police Department, Chicago's Office of Emergency Management and Communications, the Cook County Sherriff's Office, the Illinois State Police, and the Illinois Emergency Management Agency;

b.  developing an STC-Chicago Regional Operation Plan, Strategic Plan, and Implementation Plan—plans for Chicago-region partners to prepare for, and respond to, nuclear and/or radiological threats in the region;

c.  buying equipment to detect nuclear and radiological materials, including to enhance detection systems across transportation routes leading to Chicago;

d.  creating and implementing a program that trains employees to use this equipment and respond to terrorist attacks;

e.  conducting drills on preventing and responding to terrorist attacks using nuclear and radiological materials;

f.  conducting sweeps and providing other services at pre-planned special events, including the 2024 Democratic and Republican National Conventions;

g.  strengthening partnerships with local agencies while expanding collaboration with Indiana and Wisconsin; and

h.  paying the salaries of Fire Department employees responsible for managing the program.

18.  Chicago's implementation of the STC program is consistent with the "phased" approach that DHS created. This is reflected in, for example, a recent template provided from DHS for Chicago's Fiscal Year 2026 "Program Management Review." The template states that, as STC regions progress through the "STC Implementation Phases," the region must first procure and later refresh radiological and nuclear detection equipment. In addition, the template shows that DHS requires STC regions to procure 68% of their radiological and nuclear detection equipment to advance to Phase III (the second to last phase of the program) and the 90% of their equipment to

6

advance to Phase IV (the final phase). A true and correct copy of the Program Management Review template is attached as **Exhibit F**.

### DHS Freezes STC Funding

19.     Under the Cooperative Agreement, a local government agency (here, CFD) is responsible for managing the regional program, coordinating with other state and local governmental agencies, and reporting the region's progress to DHS.

20.     DHS provides STC funding on a reimbursement basis. In other words, Chicago incurs costs that are either expressly permitted in the Cooperative Agreement or that DHS pre-approves on an individualized basis, and then requests reimbursement for those costs.

21.     Throughout the program, Chicago made STC expenditures that were either expressly approved by DHS or were authorized by its cooperative agreement with DHS. The terms of the Cooperative Agreement include eligible equipment and training lists for "allowable cost items." After making a qualifying purchase, Chicago submitted reimbursement requests through the federal government's Payment Management System. DHS then processed the request and reimbursed Chicago, typically within 72 hours.

22.     In early 2025, DHS stopped issuing reimbursements to Chicago for STC expenditures within the normal timeframe (the "Reimbursement Freeze"). The details of Chicago's reimbursement requests and DHS's delayed payments are set out in a declaration made by Rick Girven (the "Girven Declaration"). Each of the delayed reimbursements described in the Girven Declaration were for expenses incurred on radiological or nuclear detection equipment, payroll, and other products or services that were either pre-approved by DHS or explicitly allowed under Chicago's cooperative agreement.

7

23. On May 14, 2025, Chicago received an email from DHS, sent to all STC recipients (the "Equipment Freeze Memo"). The Memo stated that "the STC program must pause … all radiological nuclear detection equipment and supplies purchases," citing supposed "Federal funding constraints" (the "Equipment Freeze"). A copy of the Equipment Freeze Memo is available in the administrative record filed in this case, at ECF No. 50-3, pages DHS-AR-0027 to -0028. The Equipment Freeze remains in effect.

24. On May 28, 2025, I received a phone call from CWMD informing me that Chicago's outstanding reimbursement requests would be processed that day, but only if Chicago provided a breakdown of the costs for those requests within *ten minutes*. Chicago had already provided all of this information to DHS. Nevertheless, I promptly procured the requested information from the City's Grant and Project Accounting Division and sent it to DHS that same day, albeit not within 10 minutes. As explained in the Girven Declaration, DHS did not ultimately process the requests until nearly a month later.

<strong>Fiscal Year 2025 Award</strong>

25. On August 19, 2025, Chicago received a "please apply" letter via email from DHS. The letter invited Chicago to apply for continued funding for Fiscal Year 2025. The letter stated: "F**or FY'25, your award authorization will consist of carryover funding ONLY**" (emphasis in original). The letter also stated that the May 14, 2025 Equipment Freeze Memo "remains in effect for the upcoming budget period and no R/N [radiological/nuclear] Detection Equipment maybe [sic] purchased after that date and until the pause is lifted, therefore **no funds should be budgeted in the Equipment Category**" (emphasis in original). The letter set September 5, 2025 as the deadline for submitting the continuation application. A true and correct copy of the Fiscal Year 2025 "please apply" letter is attached as **Exhibit G**.

8

26. Chicago submitted a timely application for the limited carryover funding.

27. On September 12, 2025, DHS notified Chicago that DHS had approved the continuation application and awarded Chicago $2,635,177 in carryover authorization for the September 16, 2025 to August 31, 2026 budget period. The award is a carryover award that does not include additional funding. A true and correct copy of Chicago's FY 2025 STC award package is attached as **Exhibit H**.

28. Chicago has remaining STC funds that it may use through 2030. Chicago continues to incur costs under STC and intends to seek reimbursement for those costs.

29. To date, Chicago has been awarded a total of $23,250,000.00 in STC funding.

**<u>Impacts to Chicago and Public Safety</u>**

30. The STC funding freeze has already harmed, and will continue to harm, Chicago if the freeze is not stopped.

31. For instance, as a result of DHS's Freezes, Chicago has been forced to defer renewing a license for software used to operate radiation detection devices. The software's primary purpose is equipment management, alerting, and situational awareness. For instance, the software provides the mechanism for Chicago to map every piece of equipment throughout the region and communicate expediently with the law enforcement personnel on the ground. Chicago further has not been able to provide equipment to its regional partners, including Chicago Metra, which has impacted our ability to enhance safety in the region.

32. Were it allowed to do so, Chicago would use its already-awarded STC funds to purchase equipment that would then be deployed to detect radiological and nuclear threats.

33. DHS has suggested that Chicago can meet its unfilled need for radiological/nuclear detection equipment that would have previously been procured using STC funds by borrowing

equipment from other federal programs, such as the Mobile Detection Deployment Program (MDDP). However, MDDP has declined nearly all of Chicago's requests for equipment. For example, Chicago requested specialized equipment that would be deployed at a nearby NASCAR race; at Chicago's Navy Pier as part of the July 4, 2026 celebrations; and at the annual St. Patrick's Day Parade. MDDP stated it would not support these requests.

34. CFD's budget planning relies on STC funding being available to purchase radiological nuclear detection equipment and supplies. Indeed, 100% of CFD's annual budget for R/N detection equipment comes from STC funds.

35. Chicago is currently preparing its Fiscal Year 2026 budgets, and CFD is now determining whether grant-supported programs and services that Chicago has long relied on to keep its communities safe can remain funded. Not knowing whether certain federal funds will continue to be available has created significant uncertainty about the continued viability of these crucial programs and services.

36. Though DHS eventually processed our reimbursement requests after plaintiffs filed the amended complaint in this action, any future failures to reimburse in a timely manner would foretell the end of the STC program. And as a result, the country will be less safe. On a more granular level, the effects of stopping STC include:

    a. Employees will lose their jobs;

    b. Local law enforcement will not monitor the approximately 7,000 detection devices on the streets which detect radiological or nuclear material;

    c. Old detection equipment will not be serviced or replaced with new detection equipment;

    d.   Chicago will not be able to submit valuable data or reports to the federal government about the presence or absence of radiological or nuclear material; and

    e.   Chicago will no longer conduct STC counterterrorism exercises and trainings.

37.    The last is particularly harmful to public safety.

38.    Each year, Chicago hosts many National Special Security Events and events that have a level one Special Event Assessment Rating, such as Lollapalooza, the Chicago Air and Water Show, the Chicago Marathon, the Magnificent Mile Lights Festival and Parade, Sueños Music Festival, Independence Day Fireworks at Navy Pier, and the Chicago Pride Parade. Chicago is home to six major league sports teams and to Chicago O'Hare International Airport—the busiest airport in the world. Chicago has used STC funds in connection with these events as well as the 2024 Democratic and Republican National Conventions in Chicago and Milwaukee.

39.    Chicago uses equipment procured with STC funding to reduce the risk of an attack involving radiological or nuclear materials. The prohibition on using STC funds to purchase equipment will decrease Chicago's ability to prepare itself and the region for unintended and/or malicious release of radiological or nuclear materials, prevent public safety threats, and respond to emergencies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2026 at Chicago, Illinois.

/s/ *Bethany Hand*
BETHANY HAND

11

# Exhibit A

**The Department of Homeland Security (DHS)**
**Notice of Funding Opportunity (NOFO)**
**Securing the Cities Program**

**NOTE:** If you are going to apply for this funding opportunity and have **not** obtained a Data Universal Numbering System (DUNS) number and/or **are not** currently registered in the System for Award Management (SAM), please take immediate action to obtain a DUNS Number, if applicable, and then to register immediately in SAM . It may take 4 weeks or more after you submit your SAM registration before your registration is active in SAM, then an additional 24 hours for Grants.gov to recognize your information. Information on obtaining a DUNS number and registering in SAM is available from Grants.gov at: http://www.grants.gov/documents/19/18243/SAM_New_Grantee_Registration.pdf/8bf1c182-8d35-47e0-99e2-a263fa3d9005

A.     **Notice of Funding Opportunity (NOFO) Description**

**Issued By**
U.S. Department of Homeland Security (DHS), Domestic Nuclear Detection Office (DNDO), Operations Support Directorate (OSD), Securing the Cities (STC) Program

**Catalog of Federal Domestic Assistance (CFDA) Number**
97.106

**CFDA Title**
Securing the Cities Program

**Notice of Funding Opportunity Title**
Securing the Cities Program

**NOFO Number**
DHS-15-DNDO-106-001

**Authorizing Authority for Program**
6 U.S.C. 596

§ 596. CONTRACTING AND GRANT MAKING AUTHORITIES

The Secretary, acting through the Director for Domestic Nuclear Detection, in carrying out the responsibilities under paragraphs (6) and (7) of section 592 (a) of this title, shall—

(1) Operate extramural and intramural programs and distribute funds through grants, cooperative agreements, and other transactions and contracts.

**Appropriation Authority for Program**
For FY15: Appropriation authority granted under Public Law 114-4; Department of Homeland Security Appropriations Act, 2015; Title IV – Research and Development, Training, and Services; Domestic Nuclear Detection Office; System Acquisition enacted $72,603,000. $3,500,000 of the enacted amount applies to this Notice of Funding Opportunity. From this authority, $3,500,000 will be awarded in FY15 for the first selected city. For FY16 and beyond: This program has not received funding. All awards are contingent upon the availability of funds. Applicable appropriations authority for future years will be included in STC Continuation Application Notification.

**Program Type**
Continuation

**Program Overview, Objectives, and Priorities**
The Securing the Cities (STC) Program seeks to reduce the risk of a successful deployment of a radiological/nuclear (R/N) terrorist weapon against a major metropolitan area in the United States by establishing sustainable capability within Global Nuclear Detection Architecture (GNDA) partner agencies to detect, analyze, and report nuclear and other radioactive materials out of regulatory control within their jurisdictions. Capability in this sense is defined as trained and equipped personnel, proficient in the use of R/N detection equipment, and guided by detection and response protocols.

The STC Program supports the 'Prevent Terrorism and Enhance Security' Mission Area as specified in the 2014 Quadrennial Homeland Security Review and is a prevention program as defined in Presidential Program Directive – 8 (PPD-8).

The STC Program has three primary goals:

- Enhance regional capabilities to detect, analyze, report, and interdict nuclear and other radioactive materials out of regulatory control;

- Guide the coordination of STC partners in their roles defined by the GNDA; and

- Encourage participants to sustain their R/N detection program over time.

The STC Program has the following objectives:

Objective 1: Assist State, local, and tribal governments in developing local nuclear detection architectures resulting in awareness, training, technical support, exercises and capability development. DNDO will use a common strategy in each STC implementation tailored for the particular requirements of that area. This strategy will put in place a comprehensive structure for developing all architectural elements and will encompass all elements of capability development.

Objective 2: Establish information connectivity among deployed detection systems in the interior layer and State, local, tribal, private and regional data analysis centers, to include connectivity for technical reachback and adjudication support. Information exchange is critical to reducing the risk of any terrorist attack. An Operations Plan will document coordination practices among partners and with DNDO. Additionally, an Information Exchange Plan will ensure that proper and effective information sharing practices and policies are institutionalized within the region with respect to the STC Program.

Objective 3: Establish administrative infrastructure to support a nuclear detection program. DNDO will play a major role during STC implementations to set up the managing structures that will allow the partners to develop a self-supporting and sustainable program requiring minimal long-term Federal assistance.

Objective 4: Establish coordination mechanisms between stakeholders for routine daily operations and focused/stepped up deployments. An Operations Plan that has concurrence from all principal STC partners is the key document defining coordination within and outside the region. Further, an Information Exchange Plan is required to document the intended

methodology for exchanging information between partners, other STC implementations, and the Federal government.

Assistance provided through this STC funding opportunity will allow the stakeholders to establish or enhance a sustainable regional nuclear detection program that concentrates on steady-state operations but is flexible enough to surge to increased detection postures. See Appendix 1, Section A, *STC Program Phases and Deployment Postures* for a definition of all detection postures. DHS intends to support State and local operations for nuclear detection through a three-phased STC Program that provides for the implementation of nuclear detection capabilities in eligible UASI regions. See Appendix 1, Section A, *STC Program Phases and Deployment Postures*. Subject to funding availability and acceptable performance, DNDO may execute multiple STC implementations concurrently in other parts of the country.

DHS intends to provide assistance that will allow regional stakeholders to:

- Closely coordinate planning, operations, and information exchange between regional partners, with DNDO, and with other Federal agencies.
- Conduct training and exercises to further the nuclear detection mission in the region and gain proficiency in detection operations.
- Develop a robust mobile architecture and equipment set for both land and maritime pathways focused on steady-state operations that is flexible enough to surge to enhanced detection postures.
- Lay the foundation of an information exchange methodology so that multiple STC regions may exchange data amongst each other, with DNDO, and with other Federal partners.
- Achieve better integration of Federal, State, and local capabilities allowing regional support to national operations.

DHS envisions selecting up to three (3) regions under this announcement where each selected region will partner with DHS over a five-year period of performance. The first selected region will begin work immediately. The other two selected regions may be awarded in subsequent fiscal years without further competition based upon determination by the Selection Authority. This assistance is subject to funds availability and awardee's compliance with requirements of the cooperative agreement. For planning purposes, applicants may expect the following activities over the five year period of performance:

- Year One: Planning, organizing, and analysis activities; planning for sustainment activities; initiate implementation plan.
- Years Two and Three: Procure equipment and conduct training; plan and execute exercises.
- Years Four and Five: Procure additional equipment; continue conducting training and exercises with an emphasis on Federal integration; implement self-sustainment plans.

DHS intends on providing a pre-application workshop to interested parties not later than 30 days after funding opportunity is posted on grants.gov. Specific workshop details will be contained in an amendment to the funding opportunity. The goal of a pre-application workshop is to provide technical assistance to prospective applicants that will result in a clear path forward to assemble all required items at the required level of detail.

**B.**    **Federal Award Information**

**Award Amounts, Important Dates, and Extensions:**

| | |
|---|---|
| Available Funding for the NOFO FY 15: | $3,500,000 |
| Projected Funding for the NOFO FY 16 and beyond: | $87,000,000 |
| Total Projected Award: | $90,000,000 |

This announcement may result in DHS selecting up to three (3) eligible UASIs and providing up to $30,000,000 per implementation. The first selected region will begin work immediately. The other two selected regions may be awarded in subsequent fiscal years without further competition based upon determination by the Selection Authority.

**Projected number of Awards**: Three (3)

**Period of Performance:** Sixty (60) Months per award. Extensions are allowable. See Section G, *Additional Information – Extension*. Each awardee may be eligible for up to $30,000,000 over a 60 month period of performance.

**Projected Period of Performance Start Date(s):** (1st Award) 09/15/2015

**Projected Period of Performance End Date(s):** (1st Award) 09/14/2020 Subsequent awards start dates to be determined but will contain a 60 month period of performance.

**Funding Instrument:**
Cooperative Agreement

DHS intends a five-year grant period of performance with incremental funding to build an R/N detection program in each eligible UASI area. During the period of performance, continuation applications will be required to receive annual funding.

This announcement may result in DHS selecting up to three (3) eligible UASIs. The first selected region will begin work immediately. The other two selected regions may be awarded in subsequent fiscal years without further competition based upon determination by the Selection Authority. The STC Program requires substantial DHS involvement with awardee to include:

- DHS and recipient collaborate or jointly participate in the performance of the assisted activities.
- Highly prescriptive DHS requirements prior to award, limiting recipient's discretion with respect to scope of services offered, organizational structure, staffing, mode of operation, and other management processes, coupled with close DHS monitoring or operational involvement during performance over and above the normal exercise of Federal stewardship responsibilities to ensure compliance with these requirements.
- Exclusive regional coordination between the STC local program office and the STC Federal program office.

Additionally, DHS responsibilities under the cooperative agreement, in addition to the usual monitoring and technical assistance include the following:

1. Providing technical assistance in the selection of eligible equipment for participating jurisdictions.

2. Assisting in the establishment of Federal interagency partnerships, collaboration, and cooperation that may be necessary for carrying out the project.

3. Providing technical assistance for training and exercises to include provisioning of training and training materials as well as exercise assistance for participating jurisdictions.

4. Providing technical assistance to STC partners in developing documents that will define and codify the local program implementation.

5. Attending and participating in appropriate meetings initiated by State and local stakeholders, including meetings of the STC committees, subcommittees, and working groups as applicable. Subject matter experts (SMEs) may/will periodically attend, participate, and advise the local program manager as necessary.

6. Providing other technical assistance as required.

## C. Eligibility Information

**Eligible Applicants**

The following entities within eligible Urban Area Security Initiative (UASI) regions may apply directly to DHS under this solicitation:

- City or township governments
- County governments
- Others (see below for clarification)

The applicant is termed the lead agency (applicant).

**Eligibility Criteria**

The STC Program requires a regional approach to R/N detection to reduce risk to major metropolitan areas. The effort covered by this announcement focuses on the following seven Urban Area Security Initiative (UASI) regions: Bay Area, CA; Boston Area, MA; Chicago Area, IL; Dallas/Fort Worth/Arlington Area, TX; Houston Area, TX; Philadelphia Area, PA; and San Diego Area, CA. The New York City, Jersey City/Newark, Los Angeles/Long Beach, and the National Capital Region were covered by separate STC Program funding opportunities and are not eligible for this announcement.

Eligible lead agencies (applicant) include government entities residing within the FEMA defined UASI regions defined above. UASI working group and/or Council of Governments are eligible as lead agency (applicant). Interstate and state agencies who support the UASI region may be a principal partner; however, they may not serve as lead agency (applicant). "Other" eligible lead agencies include law enforcement, first response, or emergency management agencies that are part of the city, township, or county included in the UASI regions defined above.

DHS envisions three levels of participants:

- Lead agency (applicant)
- Principal partners (the region's larger law enforcement agencies, fire services, radiation health agency, special district government entities such as regional transit authorities, Native American tribal government (federally recognized), and maritime components including members of the Area Maritime Security Committee (AMSC), if applicable)
- Sub-partners (agencies that are represented by a principal partner)

The principal partners ideally should number between eight to twelve total agencies. The application must clearly identify all principal partners. **It is crucial to the success of the program for each principal partner to assign personnel to support this program of**

**sufficient rank and stature to be able to make decisions for their organizations.** Sub-partners should also be included in the resulting regional nuclear detection program, but do not need to be identified in a region's application. The application may involve jurisdictions beyond the FEMA defined UASI area if a justification is provided in the Project Plan that describes how their inclusion furthers the objectives of the STC Program.

**Other Eligibility Criteria**
Non-responsive Applications:

1. Applications that do not include a **regional approach** to participation/participants will be deemed nonresponsive and returned without review.
2. Applications that do not address the purpose of this announcement will be returned without further review.
3. Applications must substantially comply with the application submission instructions and requirements in this announcement or they will be returned without further review.
4. Applications that provide only vague or abbreviated work tasks and project milestones associated with each STC task will be returned without review. DHS strongly encourages using Gantt chart or other project management tools to show work tasks and project milestones associated with each STC task. Include estimated dates for information exchange methodology, training, exercises, workshops, Operations Plan development and equipment selection, purchase, and deployment. This document must provide sufficient detail to allow DHS to evaluate the project schedule.

If an eligible UASI region chooses to apply, DHS expects one application per UASI area fully coordinated with all principal partners and encompassing all nuclear detection missions.

**Maintenance of Effort**
There is no maintenance of effort requirement.

**Cost Share or Match**
Voluntary

D. **Application and Submission Information**

**Submission Date and Other Key Dates and Times**

**Date Posted to Grants.gov:** 03/25/2015

**Application Submission Deadline:** 06/03/2015 at 08:00PM EDT. Applications submitted after the submission deadline will not be accepted.

**Anticipated Funding Selection Date:** 08/15/2015

**Anticipated Award Date:** 09/15/2015

**Other Key Dates**

| Event | Suggested Deadline For Completion |
|---|---|
| Obtaining DUNS Number | 05/01/2015 |
| Obtaining a valid EIN | 05/01/2015 |
| Updating SAM registration | 05/01/2015 |
| Starting application in Grants.gov | 04/29/2015 |

| NOFO Teleconference | 04/02/2015 |
| NOFO Workshop Webinar | 04/28/2015 |

**Address to Request Application Package**
Application forms and instructions are available at Grants.gov. To access these materials, go to http://www.grants.gov , select "Applicants" then "Apply for Grants," read the registration requirements and register if necessary (**Allow up to 7-10 business days after you submit before your registration is active in SAM, then an additional 24 hours for Grants.gov to recognize your information**). In order to obtain the application package select "Download a Grant Application Package." Enter the CFDA and/or the funding opportunity number located on the cover of this funding opportunity, select "Download Package," and then follow the prompts to download the application package.

For a hardcopy of the full funding opportunity, please email the DHS Grants Officer.

DHS Grants Officer: Janet Bailey, DHS Grants Officer, janet.bailey@hq.dhs.gov, 202-447-0362.

DHS Program Officer: Christopher Magrino, DHS/DNDO Program Officer, christopher.magrino@hq.dhs.gov, 202-254-7443.

General STC email address: DNDOSTC@hq.dhs.gov

Component web address: http://www.dhs.gov/xabout/structure/gc_1298579972155.shtm

Applications will be processed through the Grants.gov portal. If the applicant encounters difficulties, please contact the Grants.gov Help Desk at 1-800-518-4726 to report the problem and obtain assistance with the system.

**Content and Form of Application Submission**
The application consists of three sections: the Project Narrative, the Budget Description, and the Management Process Description. The applicant must fully and completely address all the items in each of the three sections of the application.

### 1. <u>Project Narrative</u>

**Principal Partners:** Application must identify the lead agency (applicant) and all participating principal jurisdictions ("principal partners") taking into account eligibility information above and include type of organization (city, county, etc.), organization name, total number of sworn officers/first responders, street address, city, county, state, and zip code. Provide a primary contact person for each principal partner, including name, telephone, and email. **<u>Primary points of contact should be of sufficient rank and stature to be able to make decisions for their organizations.</u>**

**Memorandums of Understanding (MOUs) and Letters of Commitment:** The applicant must provide letters of commitment signed by an authorized representative of each principal partner indicating their intention to participate in the regional STC implementation. The letters of commitment should be addressed to the lead agency (applicant). Letters of Commitment are sufficient for the application but, upon award, the awardee must provide signed MOUs between

the lead applicant and each principal partner. Information will include (but is not limited to) verbiage indicating:

- Willingness to work in a coordinated fashion;
- Details dealing with transfer of equipment and reimbursements between lead agency and principal partners;
- Willingness to exchange law enforcement sensitive nuclear detection information and programmatic data among principal partners and DNDO; and
- Willingness to share lessons learned from operational and training deployments.

Applicants are advised that signed MOUs trigger the release of funds and should speak only to administrative requirements. MOUs should not be overly complex or prescriptive. The lead agency (applicant) does not need a MOU with DHS but does need MOUs with all principal partners. DHS requires all signed MOUs to be delivered to the Grants Officer and the STC Program Manager within six months of award. See Appendix 1, Section H, *MOU Template*.

**Existing Capability:** Capability, in this sense, is comprised of appropriately trained and equipped personnel, proficient in the use of radiation detection equipment, and guided by detection and response protocols. Describe the existing nuclear detection capabilities of each principal partner:

- Equipment: Make, model, and quantity
- Training: Number of personnel trained for each equipment type
- Exercises: R/N Detection drills and exercises held over last three years
- R/N Detection Operations Plan: Yes or no. Summarize existing protocols and coordination mechanisms
- Sustainment: Describe funding source for existing equipment repair, training, and exercises
- Information Exchange: Describe any current protocols, systems, and agreements for sharing situational information, alarm reports, and instrument data, especially as it relates to R/N detection
- Mutual Aid: Describe existing law enforcement or first responder mechanisms for mutual aid or coordinated operations between principal partners

**Need for Assistance:** Explain proposed new capabilities for the region and why financial assistance to support these capabilities is needed. Applicant must commit to sharing nuclear detection information among principal partners and with DNDO. Describe how assistance acquired through this funding opportunity will enable principal partners to proceed together with development of the regional detection approach/architecture.

**Coordination with other Federal Programs:** If applicable, describe how activities under the STC Program will coordinate with, but not duplicate, activities under other U.S. government-funded programs.

**Project Description:** Supply a detailed scope of work for assistance requested through this funding opportunity. This scope of work should harmonize with the Budget Narrative and Justification (see item below). At a minimum, the scope must include:

- Regional goals and objectives linked to STC program goals and objectives listed in Section A: Notice of Funding Opportunity Description.
- The specific activities to meet each regional goal and objective.
- Metrics for success in meeting each regional objective. Provide a list of key performance indicators that you intend to use to measure progress against objectives listed in Section A.
- A Plan of Actions and Milestones (POAM) or Gantt chart with detailed descriptions showing work tasks and project milestones associated with each major STC task. Include estimated dates for the beginning of regional training and exercises, operations plan development, commencement of information exchange between principal partners and DNDO, and equipment selection, purchase, and deployment. This document must provide sufficient detail to allow DHS to evaluate the project schedule. A brief list of bullet points containing vague timeframes, with little or no explanation or illustration of task dependencies is unacceptable. This POAM or Gantt chart with detailed description will form the basis of the Regional Implementation Plan.
- How the architecture will be designed for steady state operations and be capable of surging to enhanced steady state and search operations.
- Sustainment planning. The project description must introduce how the region will support and sustain STC capabilities beyond program completion of an award under this funding opportunity. Sustainment includes equipment calibration, maintenance, logistics and replacement; refresher training or training of new personnel; and periodic exercises. Describe potential sources of financial support in the future and the applicant's commitment to obtain future financial assistance beyond DNDO support. Detailed coverage of this topic will be required in Regional Sustainment Plan due eighteen (18) months from validated date.

The documents listed below are the artifacts to codify the local implementation of STC. Working drafts of these documents are due to the STC Federal Program Manager by the time period indicated after the validation date. The validation date will be set after award and will correspond with the region's emplacement of a local STC Program Manager. DHS expects work to commence on each of these documents early in the implementation process. Documents such as the Information Exchange Plan and the Life-Cycle Sustainment Plan are significant efforts and will require at least twelve to eighteen months to complete. Each document shall indicate concurrence by all STC principal partners. The STC Program Office will provide templates and significant assistance in the production of these documents as required:

- Regional Strategic Plan – six (6) months from validation date.
- Regional Organizational Chart – six (6) months from validation date.
- Committee Charters (if applicable) – six (6) months from validation date.
- Regional Implementation Plan – nine (9) months from validation date.
- Regional Operations Plan – twelve (12) months from validation date.
- Regional Multi-Year Training and Exercise Plan – twelve (12) months from validation date.
- Information Exchange Plan – eighteen (18) months from validation date.
- Life-Cycle Sustainment Plan – twenty-four (24) months from validation date.

Once finalized, each of the above documents should be placed in a periodic review cycle to update as the program matures.

**Management Experience:** Describe the applicant's experience in managing a regional effort that includes State, county, and local government entities, and other interstate or intrastate entities.

## 2. <u>Budget Narrative and Justification</u>

In the initial application, the applicant must provide detailed budget numbers for year one, with rough order of magnitude numbers for years two through five listing approximate breakdown of funding into equipment, training support, backfill/overtime expenses, and program personnel expenses. Since the first year of the period of performance will entail planning and program construction, initial submission should include detailed budget line items associated with planning and program costs.

DHS recommends the grant recipient establish a STC program office to manage the day-to-day administration of the program. This office should consist of a qualified full-time program manager and other part-time personnel required to locally manage the program (i.e. part-time financial specialist familiar with grant administration, a part-time program analyst familiar with nuclear detection operations, and administrative specialists to perform clerical duties). At a minimum, a region-wide program manager is required.

Each year before incremental funding is added, DHS will expect detailed budget submissions showing how the added funding will be used and how the scope and the activities of the project will be supported by these additions.

Describe the key personnel and their activities, as well as how funds will be allocated to project activities. The budget narrative must include a full budget justification (see Section G, *Sample Budget Format* - of this announcement for cost categories to be addressed in the budget justification).

DHS strongly encourages applicants to use a budget justification format that documents the proposed budget by major task/activity, and apply the object class categories listed in Section C of this announcement. For a sample budget format that might be helpful to applicants see Appendix 1, Section G, *Sample Budget Format*.

## 3. <u>Management Process Description</u>

Applicant must designate a region-wide program manager and provide a description of how participants will be organized to ensure unified effort resulting in a coordinated regional plan. Wiring diagrams depicting relationships would be appropriate. DHS urges that the committee structure be implemented, and to minimize participant's travel time, schedule all committee meetings on a single day. In addition to addressing the items listed above in the Project Narrative, the applicant must submit a Management Process Description explaining the working arrangements among all of the principal partners, including the applicant.

DHS prefers a lead agency (applicant) who distributes either funding or equipment/services to principal partners; however, other models proposed in the Management Process Description portion of the application will be considered.

The Management Process Description should include the following items but is not limited to:

- How each principal partner will receive assistance (which can include equipment, training, and technical assistance).
- The arrangements for the implementation and administration of sub-awards. Describe the proposed business process for sub-awarding and describe payment procedures for sub-awardees.
- The roles and responsibilities of principal partners, including, but not limited to:
  - What activities they agree to undertake.
  - What resources (if any) each party intends to bring to the project.
  - How differences in the implementation of a regional approach will be resolved among principal partners.

**Dun and Bradstreet Universal Numbering System (DUNS) Number, System for Award Management (SAM), and Authorized Organizational Representative (AOR)**

DHS is participating in the Grants.gov Initiative that provides the Grant Community a single site to find and apply for grant funding opportunities; therefore, applicants with electronic access are to submit their applications electronically through http://www.grants.gov/web/grants/applicants/apply-for-grants.html. Before you can apply for a DHS grant at grants.gov, you must have a DUNS number and must be registered in the System for Awards Management (SAM).

The DUNS number must be included in the data entry field labeled "Organizational DUNS" on the SF-424 form. Instructions for obtaining a DUNS number can be found at the following website: http://www.grants.gov//web/grants/applicants/organization-registration/step-1-obtain-duns-number.html

In addition to having a DUNS number, applicants applying electronically through Grants.gov must register with the federal System for Award Management (SAM). Step-by-step instructions for registering with SAM can be found here: http://www.grants.gov/web/grants/applicants/organization-registration/step-2-register-with-sam.html. All applicants must register with SAM in order to apply online. Failure to register with the SAM will result in your application being rejected by Grants.gov during the submissions process.

**Please give yourself plenty of time before your grant application submission deadline to obtain a DUNS number and then to register in SAM. It may take 4 weeks or more after you submit your SAM registration before your registration is active in SAM, then an additional 24 hours for Grants.gov to recognize your information.**

**Authorized Organizational Representative.** The next step in the registration process is creating a username and password with Grants.gov to become an Authorized Organizational Representative (AOR). AORs will need to know the DUNS number of the organization for which they will be submitting applications to complete this process. To read more detailed instructions for creating a profile on Grants.gov visit: http://www.grants.gov/web/grants/applicants/organization-registration/step-3-username-password.html.

**AOR Authorization.** After creating a profile on Grants.gov, the E-Biz Point of Contact (E-Biz POC) a representative from your organization who is the contact listed for SAM will receive an email to grant the AOR permission to submit applications on behalf of their organization.  The E-Biz POC will then log in to Grants.gov and approves an applicant as the AOR, thereby giving him or her permission to submit applications.  To learn more about AOR Authorization visit: http://www.grants.gov/web/grants/applicants/organization-registration/step-4-aor-authorization.html.  To track an AOR status visit: http://www.grants.gov/web/grants/applicants/organization-registration/step-5-track-aor-status.html.

**Applicants are, therefore, encouraged to register early.  The registration process can take four weeks or more to be completed.  Therefore, registration should be done in sufficient time to ensure it does not impact your ability to meet required submission deadlines.  After you have been approved as an AOR you will be able to submit your application online.**

**Electronic Signature.** Applications submitted through Grants.gov constitute a submission as electronically signed applications.  The registration and account creation with Grants.gov with E-Biz POC approval, establishes an Authorized Organization Representative (AOR).  When you submit the application through Grants.gov, the name of your AOR on file will be inserted into the signature line of the application.  Applicants must register the individual who is able to make legally binding commitments for the applicant organization as the Authorized Organization Representative (AOR); this step is often missed and it is crucial for valid submissions.

If you experience difficulties accessing information or have any questions please call the grants.gov customer support hotline at (800) 518-4726 or email grants.gov at support@grants.gov.

The Federal awarding agency may not make a Federal award to an applicant until the applicant has complied with all applicable DUNS and SAM requirements and, if an applicant has not fully complied with the requirements by the time the Federal awarding agency is ready to make a Federal award, the Federal awarding agency may determine that the applicant is not qualified to receive a Federal award and use that determination as a basis for making a Federal award to another applicant.

**Intergovernmental Review**
An intergovernmental review is required.  Applicants must contact their State's Single Point of Contact (SPOC) to comply with the State's process under Executive Order 12372 (see http://www.fws.gov/policy/library/rgeo12372.pdf).  Name and addresses of the SPOCs are maintained at the Office of Management and Budget's home page at http://www.whitehouse.gov/omb/grants_spoc to ensure currency.

**Funding Restrictions**
DHS grant or cooperative agreement funds may only be used for the purpose set forth in the agreement and must be consistent with the statutory authority for the award.  Grant or cooperative agreement funds and non-monetary support may not be used for cost-sharing or matching funds for other Federal grants, lobbying, or intervention in Federal regulatory or

adjudicatory proceedings. In addition, Federal funds may not be used to sue the Federal government or any other government entity.

1. Equipment purchases.
    i. Prior to the purchase of equipment in the amount of $5,000 or more per unit cost, the Recipient must obtain the written approval from DHS.
    ii. The Recipient shall maintain an annual inventory, which will include a brief description of the item, serial number, and amount of purchase for equipment purchased with grant/cooperative agreement funds, or received under a grant or cooperative agreement, and having a $5,000 or more per unit cost. The inventory must also identify the sub-award under which the equipment was purchased.
    iii. Insurance on the equipment will be the responsibility of the Recipient.
    iv. Title of equipment will remain with the Recipient until closeout when disposition will be provided in writing by the DHS within 120 days of submission of final reports.
    v. Equipment purchases are limited to those items that fall within the categories described in Appendix 1, Section B, *Eligible Equipment*.
2. Profit/Fee is not allowable except when subcontracting for routine goods and services with commercial organizations.
3. Foreign travel is not permitted under this announcement.
4. Construction costs are not allowable under this funding opportunity.
5. Pre-award costs are allowable only with the written consent of DHS and included in the award agreement.
6. Training is limited to those courses listed in Appendix 1, Section C, *Eligible Training*.

Funds may be restricted in the event of the submission of an incomplete, untimely, or noncompliant application.

**Management and Administration (M&A)**
M&A costs are allowable. M&A are not operational costs but are necessary costs incurred in direct support of the grant or cooperative agreement or as a consequence of it, such as travel, meeting-related expenses, and salaries of full/part-time staff in direct support of the program. As such these can be itemized in financial reports.

An application must provide in the project narrative a detailed description of these expenses. DHS recommends the grant recipient establish a STC program office to manage the day-to-day administration of the program. This office should consist of a qualified full-time program manager and other part-time personnel required to locally manage the program (i.e. part-time financial specialist familiar with grant administration, a part-time program analyst familiar with nuclear detection operations, and administrative specialists to perform clerical duties). At a minimum, a region-wide program manager is required. Applicants should propose the minimum staff and supplies required for the program.

**Indirect (Facilities & Administrative (F&A)) Costs**
Indirect (F&A) Costs means those costs incurred for a common or joint purpose benefitting more than one cost objective and not readily assignable to the costs objectives specifically benefitted, without effort disproportionate to the results achieved.

Indirect costs are allowable. Provide a copy of the latest rate agreement negotiated with a cognizant Federal agency. If the applicant organization is in the process of initially developing or renegotiating a rate, upon notification that an award will be made, it should immediately

Page **13** of **24**

develop a tentative indirect cost rate proposal based on its most recently completed fiscal year, in accordance with the cognizant agency's guidelines for establishing indirect cost rates, and submit it to the cognizant agency. Applicants awaiting approval of their indirect cost proposals may also request indirect costs. When an indirect cost rate is requested, those costs included in the indirect cost pool should not also be charged as direct costs to the award. Also, if the applicant is requesting a rate that is less than what is allowed under the program, the authorized representative of the applicant's organization must submit a signed acknowledgement that the applicant is accepting a lower rate than allowed. Please see the additional information in Appendix 1, Section F, *Eligible Costs*.

**Other Submission Requirements**
Supplemental information in Appendix 1 may be found on grants.gov.

**How to Submit an Application**

**\*\*IMPORTANT!\*\*** To avoid submission errors you must ONLY CREATE, SAVE, & SUBMIT application in an Adobe Reader version compatible with Grants.gov documents. Applications packages should be prepared using the same version of Adobe Reader.

1.  Applications must be submitted electronically through Grants.gov. If the applicant encounters difficulties, please contact the Grants.gov Help Desk at 1-800-518-4726 to report the problem and obtain assistance with the system.

2.  **Once the application is submitted and accepted in grants.gov, applicant should email** janet.bailey@dhs.gov and Christopher.magrino@dhs.gov **and provide the grants.gov tracking number shown on your submission receipt.**

3.  To submit an application through Grants.gov, applicants must use Adobe Reader. You must use a version of Adobe Reader that is compatible with Grants.gov. Adobe Reader is available from Grants.gov at no charge.

4.  The applicant must have a DUNS number to submit an application through Grants.gov.

    NEW REQUIREMENTS: Final guidance provided by the Office of Management and Budget (OMB) in a Federal Register notice on September 14, 2010 established requirements for all financial assistance applicants, recipients, and sub-recipients to maintain and use a DUNS number, and to require that applicants maintain a registration in the CCR.

    a.  Pursuant to 2 CFR Part 25, any entity applying through this funding opportunity that is not exempt under 2 CFR 25.110 is required to:

        1)  Be registered in the CCR prior to submitting an application or plan;

        2)  Provide its DUNS number in each application or plan it submits to DHS. A DUNS number is the nine-digit number established and assigned by Dun & Bradstreet, Inc. (D&B) to uniquely identify business entities. You may obtain a DUNS number from D&B by telephone (currently 866–705–5711) or the Internet (currently at http://fedgov.dnb.com/webform);

        3)  Maintain an active CCR registration with current information at all times during which it has an active award or an application or plan under consideration by DHS. To remain registered in the CCR database after the initial registration, the you must review and update on an annual basis from the date of initial registration or

Page **14** of **24**

subsequent updates its information in the CCR database to ensure it is current, accurate, and complete.

b. Effect of non-compliance.

   1) Applicants:  If, at time of award, the intended recipients have not complied with the requirements to provide a DUNS number and maintain an active CCR registration with current information, DHS will determine that the applicants are not qualified to receive an award; and will use that determination as a basis for making an award to another applicant.

   2) Sub-recipients:  A sub-recipient is any entity that receives sub-awards directly from a recipient of DHS awards; and is accountable to the award recipient for the use of the Federal funds provided by the sub-award.

      a) Applicants that receive awards must notify potential sub-recipients that no entity may receive a sub-award from the applicant unless the proposed sub-recipient has provided its DUNS number to the applicant.

      b) Applicants that receive awards may not make a sub-award to an entity unless the proposed sub-recipient has provided its DUNS number to the applicant.

      c) DHS will request the DUNS number(s) of proposed sub-recipients when an applicant has been selected for funding.  DHS reserves the right to limit, restrict or otherwise place special conditions on an award under this funding opportunity to ensure that sub-recipients have DUNS numbers.

c. All new grant and cooperative agreement awards issued by DHS will contain an award term that implements the OMB guidance.

5. Federal Financial Accountability and Transparency Act (FFATA) Sub-award and Executive Compensation Reporting Requirement.

NEW REQUIREMENTS: Interim final guidance provided by OMB in a Federal Register notice on September 14, 2010 established requirements for recipients' reporting of information on sub-awards and executives' total compensation, as required by the Federal Funding Accountability and Transparency Act of 2006.  This guidance applies to all entities that apply for or receive DHS awards, or receive sub-awards under those awards, with certain exemptions and exceptions.

a. Exemption:  If, in the previous tax year, your organization had gross income, from all sources, under $300,000, you are exempt from the requirements to report sub-awards, and the total compensation of the five most highly compensated executives of any sub-recipient.  DHS reserves the right to request authoritative documentation that would support a request to exercise this exemption.

b. Exception: 2 CFR 170.110 provides an exception from the executive compensation reporting requirements by a primary award recipient, or a sub-recipient's organization (in the case of reporting executive compensation for sub-recipient executives).

None of the requirements regarding reporting names and total compensation of an entity's five most highly compensated executives apply unless in the entity's preceding fiscal year, it received:

1)    80 percent or more of its annual gross revenue in Federal procurement contracts (and subcontracts) and Federal financial assistance awards subject to the Transparency Act, as defined at 2 CFR 170.320 (and sub-awards); AND

2)    $25,000,000 or more in annual gross revenue from Federal procurement contracts (and subcontracts) and Federal financial assistance awards subject to the Transparency Act, as defined at 2 CFR 170.320; AND

3)    The public does not have access to information about the compensation of the senior executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.

DHS reserves the right to request authoritative documentation that would support a request to exercise this exception.

Reporting of sub-awards is still required even if your organization meets these tests:

c.   Sub-award reporting: Unless your organization is exempt from reporting (see 1 above), you must report each action that obligates $25,000 or more in Federal funds for a sub-award to an entity. The $25,000 threshold does not include Recovery funds (as defined in the American Recovery and Reinvestment Act of 2009, Pub. L. 111–5). You will report sub-award information at http://www.fsrs.gov.

d.   Reporting Executive Compensation - Primary award recipient. If your organization does not meet all of the requirements for the exception (see 2 above), you must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year. You will report this information as part of your registration profile at http://www.ccr.gov.

e.   Reporting Executive Compensation – Sub-award recipients. For each sub-award recipient that does not meet all of the requirements for the exception (see 2 above), you must report the names and total compensation of each of the sub-recipient's five most highly compensated executives for the sub-recipient's preceding completed fiscal year. You will report sub-award recipient executive compensation information at http://www.fsrs.gov.

f.   All prime recipients awarded through this funding opportunity who do not have an exemption under 2 CFR 170.110 are required to have the necessary processes and systems in place to comply with the reporting requirements. DHS encourages you to visit www.fsrs.gov, which is the reporting portal for sub-recipient and executive compensation information. In addition, www.usaspending.gov has many resources available on the sub-recipient and executive compensation reporting requirements.

g.   All new grant and cooperative agreement awards issued by DHS will contain an award term that implements the OMB guidance.

6.   We may request that you provide original signatures on forms at a later date.

You must complete the mandatory forms for this announcement, including the SF-424 (Application for Federal Assistance), SF-424A (Budget), and other forms in accordance with the application instructions on Grants.gov and additional instructions below. If submitting any

information that is deemed proprietary, please denote the beginning and ending of such information with asterisks (***).

MANDATORY FILES:

1.  SF 424 – Application for Federal Assistance

Applicants must complete an SF 424 application form.  This form may be completed while on the Grants.gov Web site or it can be completed offline in its entirety.  NOTE:  Applications submitted through Grants.gov must use the SF 424 provided by Grants.gov.  The SF 424 application form can only be viewed and downloaded once Adobe Reader has been installed.  The SF 424 application form on Grants.gov is formatted so applicants are only required to complete fields which are indicated with an asterisk (*) and color coded.  Once the application is complete, close the document (you will then be prompted to save changes or not).

2.  SF424A Budget

Applicants must complete the budget in its entirety.  Applicants must provide budgets by object class (salaries, fringe, travel, indirect, etc.).  Funds may be requested as long as the item and amount are necessary to perform the proposed work and are not precluded by the cost principles or program funding restrictions.

3.  Budget Narrative (Justification) File(s)

   a.  Attach your budget narrative and justification files (including separate budgets for each proposed subaward or subcontract) to the form named "Budget-V1.1" in the application package.  If you need to add more documents than this form will allow (i.e. subaward budgets), please use the optional "Attachments" form to attach the additional files (see below).

   b.  Budget detail is required for:

      1)  PERSONNEL:  Costs of employee salaries and wages.

Justification:  Identify the project director or principal investigator, if known.  For each staff person, provide the title, time commitment to the project (in months), time commitment to the project (as a percentage or full-time equivalent), annual salary, grant salary, wage rates, etc.  Do not include the costs of consultants.

      2)  FRINGE BENEFITS:  Costs of employee fringe benefits unless treated as part of an approved indirect cost rate.

Justification:  Provide the method used to calculate the proposed rate amount.  If a fringe benefit has been negotiated with, or approved by, a Federal government cognizant agency, provide a copy of the agreement.  If no rate agreement exists, provide a breakdown of the amounts and percentages that comprise fringe benefit costs such as health insurance, FICA, retirement insurance, taxes, etc.  Identify the base for allocating these fringe benefit expenses.

      3)  TRAVEL:  Costs of project-related travel by employees of the applicant organization (does not include costs of sub-contractor or consultant travel).

Justification:  For each proposed trip, provide the purpose, number of travelers, travel origin and destination, number of days and a breakdown of costs for airfare, lodging, meals, car rental, and

incidentals.  The basis for the airfare, lodging, meals, car rental, and incidentals must be provided, such as past trips, current quotations, Federal Travel Regulations, etc.

4) EQUIPMENT:  Any article of nonexpendable, tangible personal property having a useful life of more than one year and an acquisition cost which equals or exceeds the lesser of (a) the capitalization level established by the organization financial statement purposes, or (b) $5,000.  Note: Acquisition cost means the net invoice unit price of an item of equipment, including the cost of any modifications, attachments, accessories, calibration and maintenance services, or auxiliary apparatus necessary to make it usable for the purpose for which it is acquired.  Ancillary charges, such as taxes, duty, protective in-transit insurance, freight, and installation shall be included in or excluded from acquisition cost in accordance with the organization's regular written accounting practices.

Justification:  For each type of equipment requested, provide a description of the equipment, the cost per unit, the number of units, the total cost, and a plan for use on the project, as well as use or disposal of the equipment after the project ends.  An applicant organization that uses its own definition for equipment should provide a copy of its policy or section of its policy, which includes the equipment definition.

5) SUPPLIES:  Costs of all tangible personal property other than that included under the Equipment category.

Justification:  Specify general categories of supplies and their costs.  Show computations and provide other information that supports the amount requested.

6) CONTRACTUAL:  Costs of all contracts for services and goods except for those that belong under other categories such as equipment, supplies, construction, etc.  Include third party evaluation contracts (if applicable) and contracts with secondary recipient organizations.

Justification:  Demonstrate that all procurement transactions will be conducted in a manner to provide, to the maximum extent practical, open and free competition.  Identify proposed subaward/sub-contractor work and the cost of each subaward/sub-contractor.  Provide a detailed budget for each subawardee that is expected to perform work estimated to be $25,000 or more, or 50% of the total work effort, whichever is less.  The subawardee budget(s) should provide the same level of detail as that of the applicant (i.e., by Object Class Category/Cost Classification).  In addition, the following information must be provided:

Subcontracts - Identify each planned subcontractor and its total proposed budget.  Each subcontractor's budget and supporting detail should be included as part of the applicant's budget narrative.  In addition, the applicant shall provide the following information for each planned subcontract:  a brief description of the work to be subcontracted; the number of quotes solicited and received, if applicable; the cost or price analysis performed by the applicant; names and addresses of the subcontractors tentatively selected and the basis for their selection; e.g., unique capabilities (for sole source subcontracts), low bidder, delivery schedule, technical competence; type of contract and estimated cost and fee or profit; and affiliation with the applicant, if any.

Recipient may be required to make pre-award review and procurement documents available to DHS, including request for proposals or invitations for bids, independent cost estimates, etc.  This may include procurements expected to exceed the simplified acquisition threshold fixed at

Page **18** of **24**

41 USC 403(11) (currently set at $100,000) and expected to be awarded without competition or only one bid or offer is received in response to a solicitation.

Sub-awardees – Identify each planned sub-awardee and its total proposed budget. Each sub-awardee's budget and supporting detail should be separate from the applicant's budget narrative.

All required flow down provisions in the award must be included in any subcontract or sub-award.

    7) OTHER DIRECT COSTS: Any other items proposed as direct costs. Provide an itemized list with costs, and state the basis for each proposed item (e.g., exercises).

    8) INDIRECT COSTS: Provide a copy of the latest rate agreement negotiated with a cognizant Federal agency. If the applicant organization is in the process of initially developing or renegotiating a rate, upon notification that an award will be made, it should immediately develop a tentative indirect cost rate proposal based on its most recently completed fiscal year, in accordance with the cognizant agency's guidelines for establishing indirect cost rates, and submit it to the cognizant agency. Applicants awaiting approval of their indirect cost proposals may also request indirect costs. When an indirect cost rate is requested, those costs included in the indirect cost pool should not also be charged as direct costs to the award. Also, if the applicants are requesting a rate that is less than what is allowed under the program, the authorized representative of the applicant's organization must submit a signed acknowledgement that the applicant is accepting a lower rate than allowed. Please see the additional information in Appendix 1, Section F, *Eligible Costs*.

4. Certifications/Assurances. Certifications and assurances regarding the following apply:

    a. LOBBYING. Section 319 of Public Law 101-121 prohibits the use of funds in lobbying members and employees of Congress, as well as employees of Federal agencies, with respect to the award or amendment of any Federal grant, cooperative agreement, contract, or loan. DHS has codified restrictions upon lobbying at 6 CFR Part 9. (31 U.S.C. 1352)

    b. DRUG-FREE WORKPLACE ACT. Requires the recipient to publish a statement about its drug-free workplace program and give a copy of the statement to each employee (including consultants and temporary personnel) who will be involved in award-supported activities at any site where these activities will be carried out. Also, place(s) where work is being performed under the award (i.e., street address, city, state and zip code) must be maintained on file. The recipient must notify the Grants Officer of any employee convicted of a violation of a criminal drug statute that occurs in the workplace. (41 U.S.C. 701 et seq.)

    c. DEBARMENT AND SUSPENSION. Executive Orders (E.O.) 12549 and 12689 provide protection from fraud, waste, and abuse by debarring or suspending those persons that deal in an irresponsible manner with the Federal government. The recipient must certify that they are not debarred or suspended from receiving Federal assistance.

    d. FEDERAL DEBT STATUS. The recipient may not be delinquent in the repayment of any Federal debt. Examples of relevant debt include delinquent payroll or other taxes, audit disallowances, and benefit overpayments. (OMB Circular A-129)

5. Project Abstract

Provide a summary description, not to exceed one page, of the proposed activity suitable for dissemination to the public. It should be concise and accurate, and should contain a statement of objectives. It should be informative to other persons working in the same or related fields and insofar as possible understandable to a technically literate lay reader. This Abstract must not include any proprietary/confidential information.

6. Project Narrative. Attach Project Narrative (see *Content and Form of Application Submission* section above).

7. Management Process Description. Attach the Management Process Description (see *Content and Form of Application Submission* section above).

8. Letters of commitment. Attach the letters of commitment (see *Content and Form of Application Submission* section above).

9. Indirect Cost Rate Agreements.

10. Negotiated Fringe Benefit Agreements or, if no agreements exist, the amounts and percentages of all items that comprise the fringe rate, and the basis for allocation, if separate from the Indirect Cost Rate Agreement.

E.  **Application Review Information**

**Criteria**
DHS will use two evaluation factors: threat, vulnerabilities, and consequences to nation in the event of a successful attack; and viability of applicant's plan to build a regionally coordinated nuclear detection program. Threat, vulnerabilities, and consequences will be evaluated for each applicant based on DHS resources vice information provided in the application. Threat, vulnerabilities, and consequences are more important than viability of applicant's plan.

1. Threat, Vulnerabilities, and Consequences. Based on ongoing intelligence analysis and extensive security reviews, DHS continues to focus the bulk of UASI funds based on risk analyses. Risk is evaluated at the Federal level using an analytical model developed by DHS in conjunction with other Federal entities. Risk is defined as the product of three principal variables:
   - Threat – the likelihood of an attack occurring
   - Vulnerability – the relative exposure to an attack
   - Consequence – the expected impact of an attack

   The risk model used to allocate UASI funds considers the potential risk of terrorism to people, critical infrastructure, and economic security and estimates the relative risk of terrorism faced by a given area. In evaluating risk, DHS considers the populations in a particular area that could be at risk, the concentration of people in the area and specific characteristics of their location that might contribute to risk, such as Intelligence Community assessments of threat, proximity to nationally critical infrastructure, and the economic impact of an attack. In considering threat, DHS uses the Intelligence Community's best assessment of regions of the country and potential targets most likely to be attacked. For vulnerability and consequence, DHS considers the expected impact and consequences of successful attacks occurring in specific regions to people, the economy, critical infrastructure, and national security facilities. STC will utilize this existing DHS risk model to evaluate threat, vulnerabilities, and consequences of a successful attack.

2. Viability of applicant's plan.  Viability of the applicant's plan is composed of two sub criteria.
   - Project Narrative.  The narrative details a feasible approach that makes progress towards achievement of the STC goals.
   - Management Process Description.  The application will be evaluated on effectiveness of the proposed management process description to deliver an overall comprehensive program management approach.  This approach should include lines of authority and demonstrate the applicant's ability to manage allocated project personnel and to assign responsibilities within the overall program budget and schedules to complete all tasks and subtasks, meetings, and deliverables.  Application review will focus on how extensively the project includes or benefits different levels of government: local, tribal, State, and Federal agencies.  Evaluators will focus on whether the applicant has proposed a structure based upon a coordination framework for joint operations.   During the implementation of STC in a region, DHS will assist regional partners in developing a vision for integrating and aligning Federal, State, regional, and local elements into a larger strategy for the region (Strategic Plan for STC governance of an integrated nuclear detection and reporting architecture).

**Review and Selection Process**
DHS is committed to full and open competition among eligible applicants.  Ensuring an objective application evaluation system is crucial.  DHS applies the following standards:

1. DHS Requires an objective review process which includes a panel of technical/programmatic expertise within and external to DHS.
2. DHS requires a conflict of interest check to be documented for all external reviewers.
3. DHS does not require in-person panel reviews.
4. All reviews will be documented and submitted to the DHS panel convening authority.
5. DHS makes all final funding decisions.

DHS will use the above criteria to evaluate applications.  Proposals that do not provide satisfactory responses to these essential criteria will be deemed nonresponsive and returned.  Project Narrative is more important than the Management Process Description.

The Selection Authority for this announcement may select up to three (3) separate applications.  The first selected region will begin work immediately.  The other two selected regions may be awarded in subsequent fiscal years without further competition based upon determination by the Selection Authority.

**F.**    **Federal Award Administration Information**

**Notice of Award**
The applicant can expect to receive a cooperative agreement award by email executed by a DHS Grants Officer authorized to obligate DHS funding.

**Administrative and National Policy Requirements**

All successful applicants for all DHS grant and cooperative agreements are required to comply with DHS Standard Administrative Terms and Conditions, which are available online at:

http://www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions

Before accepting the award the authorized official should carefully read the award package for instructions on administering the grant award and the terms and conditions associated with responsibilities under Federal Awards. Recipients must accept all conditions in this NOFO as well as any Special Terms and Conditions in the Notice of Award to receive an award under this program.

Copyright: The Recipient may publish, or otherwise exercise copyright in, any work first produced under this Agreement unless the work includes information that is otherwise controlled by the government (e.g. classified information or other information subject to national security or export control laws or regulations). For scientific, technical, or other copyrighted work based on or containing data first produced under this Agreement, including those works published in academic, technical, or professional journals, symposia proceedings, or similar works, the Recipient grants the government a royalty free, nonexclusive, and irrevocable license to reproduce, display, distribute copies, perform, disseminate, or prepare derivative works, and to authorize others to do so, for government purposes in all such copyrighted works. The Recipient shall affix the applicable copyright notices of 17 U.S.C. 401 or 402, and an acknowledgment of government sponsorship (including award number) to any works first produced under this Agreement.

Data Rights: General Requirements. The Recipient grants the Government a royalty free, nonexclusive, and irrevocable license to reproduce, display, distribute copies, perform, disseminate, or prepare derivative works, and to authorize others to do so, for Government purposes in:

- Any data that is first produced under this Agreement and provided to the Government; or
- Any data owned by third parties that is incorporated in data provided to the Government under this Agreement.

"Data" means recorded information, regardless of form or the media on which it may be recorded.

The Recipient agrees to include in any sub-award made under this Agreement, the requirements of the Copyright and Data Rights paragraphs of this article and of 37 CFR 401.14.

Recipient agrees to work with the technology transfer component of recipient's institution to engage in technology transfer and commercialization activities associated with recipient's research using the funding received under an assistance agreement issued pursuant to this announcement.

**Reporting**
**Federal Financial Reporting Requirements**
1. Financial Reports
    a. Quarterly Financial Status Reports. The Recipient shall submit a Federal Financial Report (SF 425) to the DHS Grants Officer no later than 30 after the end of the reporting period end date.

b. Final Financial Status Report. The Recipient shall submit the Final Financial Status Report (SF 425) to the DHS Grants Officer no later than 90 days after the project period end date.

c. Quarterly Federal Financial Reports (Cash Transaction). The Recipient shall submit the FFR (SF 425) Federal Cash Transaction Report to the Department of Health and Human Services, Payment Management System, Smartlink.

The Federal Financial Reporting Form (FFR) is available here: http://www.whitehouse.gov/sites/default/files/omb/grants/approved_forms/SF-425.pdf, SF-425 OMB #00348-0061

**Program Performance Reporting Requirements**

2. Performance and Progress Reports

a. Performance and Progress Reports will be submitted to the DHS STC Program Officer.

b. The Recipient shall submit quarterly Performance Reports within 30 days of the end of each reporting period. Quarterly Progress Reports shall describe accomplishments in terms of the approved project objectives as detailed on POAM or Gantt chart. See Appendix 1, Section D, *Quarterly Performance Reports* for submission format and required reporting information

c. Other Progress Reports will be submitted as required and include operational reports such as exercise after action summaries, deployment summaries, etc. Formats and instructions concerning these reports will be provided by the DNDO STC Implementation Team after award.

Final Performance Reports shall be submitted 90 days after the expiration date of the Performance Period. See Appendix 1, Section E, *Final Performance Report* for submission format and required reporting information.

**Close Out**

Within 90 days after the end of the period of performance, or after an amendment has been issued to close out a grant, whichever comes first, recipients must submit a final FFR and final progress report detailing all accomplishments and a qualitative summary of the impact of those accomplishments throughout the period of performance.

If applicable, an inventory of all construction projects that used funds from this program has to be reported using the Real Property Status Report (Standard Form SF 429) available at *http://www.whitehouse.gov/sites/default/files/omb/grants/approved_forms/sf-429.pdf*.

After these reports have been reviewed and approved by DHS Grant's Officer, a close-out notice will be completed to close out the grant. The notice will indicate the period of performance as closed, list any remaining funds that will be deobligated, and address the requirement of maintaining the grant records for three years from the date of the final FFR.

The recipient is responsible for returning any funds that have been drawn down but remain as unliquidated on recipient financial records.

G.    **DHS Awarding Agency Contact Information**

**Contact and Resource Information**

DHS Grants Officer:  Janet Bailey, DHS Grants Officer, janet.bailey@hq.dhs.gov, 202-447-0362.

DHS Program Officer:  Christopher Magrino, DHS/DNDO Program Officer, christopher.magrino@hq.dhs.gov, 202-254-7443.

General STC email address:  DNDOSTC@hq.dhs.gov

Component web address:  http://www.dhs.gov/xabout/structure/gc_1298579972155.shtm

**H.**     **Additional Information**

Appendix 1 contains additional information on this opportunity and is posted on grants.gov.

Extensions to this program are allowed.

Extensions will be considered on a case by case basis.  An awardee must demonstrate significant operational or procurement issues in order to be considered for an extension.

# U.S. Department of Homeland Security
# Domestic Nuclear Detection Office



# Securing the Cities

# FY15 Notice of Funding Opportunity

# DHS-15-DNDO-106-001
# Appendix 1

*TBD*

1

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

## TABLE OF CONTENTS

Section A: STC Program Phases and Deployment Postures ............................................................ 3

Section B: Eligible Equipment ...................................................................................................... 4

Section C: Eligible Training .......................................................................................................... 5

Section D: Quarterly Performance Reports................................................................................... 6

Section E: Final Performance Reports........................................................................................... 7

Section F: Eligible Costs............................................................................................................... 8

Section G: Sample Budget Format................................................................................................ 10

Section H: Memorandum of Understanding Template.................................................................. 12

Standing Funding Opportunity Number DHS-15-DNDO-106-001
Appendix 1

# Section A: STC Program Phases and Deployment Postures

**STC Program Phases**

The Department of Homeland Security (DHS) intends to enable State and local operations for nuclear detection through a three-phased Securing the Cities (STC) Program that provides for the implementation of nuclear detection capabilities in all eligible Urban Area Security Initiative (UASI) regions as defined in the accompanying funding opportunity. The three phases and their transition points are described below.

### Phase I – Initial Operating Capability

Domestic Nuclear Detection Office (DNDO) provides a mechanism for cities to develop an initial operating capability to detect and report the presence of nuclear materials that are out of regulatory control. This capability utilizes detection equipment, protocols, and personnel and is integrated into and supports the Global Nuclear Detection Architecture (GNDA). During Phase I, efforts will focus on satisfying the immediate needs of state and local agencies in developing baseline detection and reporting capabilities. DNDO will provide resources allowing partners an increased understanding and awareness of the nuclear threat, enhanced regional capabilities to detect and interdict nuclear threats, and increased cooperation and coordination among regional jurisdictions and agencies. Initial capabilities include development of Operations Plans including alarm adjudication protocols, deployment of equipment, training and exercise support, and technical program assistance. Phase I concludes when the region establishes a nuclear detection program encompassing coordinated operations, self-delivered nuclear detection training and exercise capabilities, and a plan in place to sustain the program over time in support of the GNDA. This phase of the implementation is expected to take the first 2-3 years of the engagement.

### Phase II – Integration

DNDO provides additional resources to allow development of enhanced detection, analysis, communication, and coordination functionality and builds on the integration of state and local capabilities with United States Government (USG) activities and the GNDA that previously existed or were established during Phase I. In this phase, the USG will leverage capabilities established locally in Phase I to partner with state and local jurisdictions to ensure a National coordinated response in support of the GNDA. In addition, DNDO will work with the STC partners to define end states for DNDO direct support to state and local activities. Phase II concludes when a region successfully demonstrates its ability to integrate into a national nuclear detection framework in support of the GNDA. This phase of the implementation is expected to take about 2 years of the engagement.

### Phase III – Sustainment

DNDO provides indirect support to sustain the program. DNDO will maintain connectivity with the established local architecture through alarm adjudication and subject matter expertise to provide advice on training, exercise, and other program support. This support includes:

- DNDO's systems engineering and evaluation programs provide detection equipment testing to aid partners in making equipment decisions.

3

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

- Product acquisition and deployment support includes guidance to help interpret equipment specifications so operators clearly understand equipment capabilities.
- Transformational and applied research offerings explore up-and-coming radiation detection technology.
- The DNDO Red Team operates in overt or covert modes to assist stakeholders to understand potential vulnerabilities.
- Training and exercise programs provide training materials and exercise assistance.

State and local participants will maintain and continue to improve their developed capabilities   to support the GNDA using local funds or other Federal Government grant funds.

## Three Operational Deployment Postures

| | |
|---|---|
| Steady-State Operations: | Nuclear and radiological detection operations conducted on a routine basis by federal and State, local, tribal, and territorial (SLTT) assets to detect or locate nuclear and radiological materials/devices and associated event reporting.  Other related steady state operations include routine law enforcement or counterterrorism activities such as border security, cargo security, and immigration enforcement.  These are decentralized operations, single or multi-agency, without any change in jurisdiction. |
| Enhanced Steady State: | Augmented Preventive Radiological and Nuclear Detection (PRND) operations in response to threat information or to support a planned event.  An enhanced steady state condition is caused by a deliberative decision by appropriate leadership to increase PRND capability for a period of time over a particular area. These operations may be utilized to support a special event (e.g., National Special Security Event), or to respond to general or specific intelligence such as to supplement RNSO outside the established radiological/nuclear (R/N) search area. |
| Search: | This posture is also referred to as Radiological/Nuclear Search Operations (RNSO).  FBI-led operations in response to a credible threat, as determined by the Threat Credibility Evaluation (TCE) process, designed to locate and support the interdiction of RN materials or devices in an R/N Search Area. RNSO involves the management, planning, and execution of interagency search efforts, conducted in direct support of an FBI investigation. |

Standing Funding Opportunity Number DHS-15-DNDO-106-001
Appendix 1

# Section B: Eligible Equipment

Equipment purchases are limited to those items that fall within the categories described below. If applicable, eligible equipment must be designed with the intent to meet or exceed the radiation detection requirements of the American National Standards Institute (ANSI) standard for each category. Where applicable, the appropriate military specification standards can be used in place of ANSI standards for eligible equipment types. Manufacturers offering new equipment for consideration should be asked to provide evidence of independent testing for compliance with these standards.

**Special Requirements for Neutron Detection Equipment:** Helium-3 ($^3$He) is an important element used in several national security, homeland defense, and medical applications. The supply of $^3$He is extremely limited and, while research is currently being conducted to develop alternative devices for neutron detection, grantees developing NUCLEAR DETECTION capability may be unable to acquire $^3$He gas for neutron detection equipment. Grantees seeking to develop or enhance neutron detection are encouraged to contact DNDO at DNDO.SLA@dhs.gov for more information about the availability of $^3$He and alternative detection technologies.

| Equipment Category | Standard |
|---|---|
| Alarming Personal Radiation Detectors (PRDs) | ANSI/IEEE N42.32 |
| Portable Radiation Detection Instrumentation | ANSI/IEEE N42.33 |
| Hand-held Instruments for the Detection & Identification of Radionuclides | ANSI/IEEE N42.34 |
| Mobile and Transportable Radiation Monitors. While detection systems configured to fit into helicopters and maritime vessels are authorized, helicopters and maritime vessels are not an allowable expense | ANSI/IEEE N42.43 |
| Spectroscopic Personal Radiation Detectors (SPRDs) | ANSI/IEEE N42.48 |
| Alarming Electronic Personal Emergency Radiation Detectors | ANSI/IEEE N42.49A |
| Non-Alarming Personal Emergency Radiation Detectors | ANSI/IEEE N42.49B |
| Backpack-based Radiation Detection Systems | ANSI/IEEE N42.53 |
| Equipment necessary to facilitate response protocols, information exchange, and situational awareness, including computers, network equipment, communication equipment and wiring | NA |
| Sealed radiation sources for training. Sealed radiation sources for system calibration and/or function checks. Storage lockers, if necessary, to maintain physical security of sources | Various |
| Equipment associated with preventive nuclear detection system calibration or maintenance, excluding vehicle maintenance | NA |

Standing Funding Opportunity Number DHS-15-DNDO-106-001
Appendix 1

# Section C: Eligible Training

Training courses described below are eligible as allowable cost items under this announcement. In addition, vendors of equipment listed in Section B may offer familiarization seminars on the operation, calibration, and maintenance of their equipment. Vendor familiarization seminars are eligible, when obtained from the specific vendor from which Section B equipment is purchased.

**Training Course/Category:**
- AWR 140 WMD Rad/Nuc Awareness
- AWR 140-1 WMD Rad/Nuc Awareness Train the Trainer (TTT)
- PER 243 WMD Rad/Nuc Personal Radiation Detector (PRD)
- PER 243-01 WMD Rad/Nuc Personal Radiation Detector (PRD) Train the Trainer (TTT)
- PER 245 Secondary Screener (RIID)
- PER 246 Primary Screener: Backpack Basic Course
- HSEEP Exercise Training
- DHS-013-PREV - Primary Screening: PRD Basic Operator
- DHS-014-PREV - Primary Screening: Backpack
- DHS-012-PREV - Primary Screening: Mobile Detection System
- DHS-015-PREV - Secondary Screening: RIID
- DNDO-Sponsored STC Operational Workshops
- Courses necessary for the authorized transportation, storage, and use of sealed radiation sources, based on NRC or NRC Agreement State regulations
- Other Radiological/NUCLEAR DETECTION related courses approved on a case-by-case basis by STC Program Manager

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

# Section D: Quarterly Performance Reports

Quarterly performance reports must be submitted within 30 days of the end of each reporting quarter during the period of performance.  Quarters end on the last day of March, June, September, and December.  The below format shall be used to document performance based upon Gantt chart or other program based documents.  The STC Program Office requires one regional report from the principal grantee each quarter.  Each principal partner must submit this report to principal grantee for inclusion in the overall quarterly report.  *(Double click with left mouse on image below to open the actual interactive .pdf, which can then be downloaded and/or completed)*

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1



## STC Quarterly Performance Report
### FOR OFFICIAL USE ONLY

**Directions:** Principal stakeholder should fill out all blank fields.

| AGENCY INFORMATION | |
| --- | --- |
| **Agency Name:** | |
| **Date:** | |
| **Point of Contact:** | |
| **Email:** | |
| **Telephone:** | |

| SECTION 1.0 OPERATIONS | |
| --- | --- |
| Number of instruments deployed daily – steady state operations | |
| Percentage of instruments deployed daily - steady state operations | |
| Number of enhanced steady state deployments | |
| Number of instruments deployed per day of enhanced steady state | |
| Percentage of instruments deployed per day of enhanced steady state | |
| Number of search operation deployments | |
| Number of instruments deployed per day of search operations | |
| Percentage of instruments deployed per day of search operations | |
| Number of rad/nuc detection capable vehicle and/or vessel patrols | |
| Frequency of rad/nuc detection capable vehicle and/or vessel patrols | |
| Duration of rad/nuc detection capable vehicle and/or vessel patrols | |
| Average time between initial detection and final resolution | |

| SECTION 2.0 EQUIPMENT | |
| --- | --- |
| Number of PRDs purchased this quarter | |
| Number of Backpacks purchased this quarter | |
| Number of Mobile Systems purchased this quarter | |
| Number of RIIDs purchased this quarter | |
| Number of PRDs fully operational this quarter | |
| Percentage of PRDs fully operational this quarter | |
| Number of Backpacks fully operational this quarter | |
| Percentage of Backpacks fully operational this quarter | |
| Number of Mobile Systems fully operational this quarter | |
| Percentage of Mobile Systems fully operational this quarter | |
| Number of RIIDs fully operational this quarter | |
| Percentage of RIIDs fully operational this quarter | |
| Number of PRDs requiring maintenance actions this quarter | |
| Number of Backpacks requiring maintenance actions this quarter | |
| Number of Mobile Systems requiring maintenance actions this quarter | |
| Number of RIIDs requiring maintenance actions this quarter | |

**FOR OFFICIAL USE ONLY**   **v2.0   January 2015**

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Page 1 of 2

# Section E: Final Performance Reports

Final Performance Reports shall be submitted 90 days after the expiration date of the Performance Period. STC Program Office requires the lead agency (applicant) to provide a final report.

**FINAL REPORT**

**STC Implementation:** _____ **Date**: _____

**Principal Author**: _____

**Title:** _____

**Phone**: _____

Prepare a brief narrative report discussing the highlights of the project. Address the following topics (use additional pages if necessary).

**Summary:**
1. **Training Issues:**

    **Solutions:**

2. **Exercise/Drills Issues:**

    **Solutions:**

3. **Equipment Issues:**

    **Solutions:**

4. **Protocol Issues:**

    **Solutions:**

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

# Section F: Eligible Costs

Definitions of eligible costs under each task area:
- Planning & Organization
- Equipment
- Training
- Exercises

## Planning & Organization
- Developing and enhancing plans and protocols
- Developing information exchange plans
- Reviews, assessments, and inspections
- Developing communications and interoperability protocols and solutions
- Designing automated information systems to assist in accomplishing the objectives of the STC Program
- Planning to enhance security during heightened alerts, during nuclear terrorist incidents
- Planning responses to terrorist use of radiological or nuclear devices
- Planning and conducting public education campaigns, limited to the allowable costs for such activities explained in 2 CFR Part 225 Cost Principles For State, Local, And Indian Tribal Governments (OMB Circular A–87)
- Development of Memoranda of Understanding or Mutual Aid Agreements
- Developing and maintaining databases of equipment and trained personnel
- Developing and maintaining deployment schedules and operational readiness status
- Development of operational plans and associated logistics, for venue screening (e.g. stadiums) or heightened periods of alert
- Conferences to facilitate planning
- Supplies necessary for planning
- Management of the resultant Cooperative Agreement, including compliance with reporting and data collection requirements
- Development of operating plans for information collection and processing necessary to respond to DHS data calls
- Travel/per diem related to planning activities
- Overtime or backfill costs for the above planning and organization items, and/or hiring full- or part-time staff or contract/consultants to assist with planning activities
- Other planning and organization activities with prior approval of DHS

## Equipment
- Equipment purchases as per Section B
- Equipment necessary to deliver any Section C course
- Equipment maintenance, calibration and logistics of Section B items
- Travel/per diem related to maintenance, calibration and logistics of Section B items
- Overtime or backfill costs for Section B maintenance, calibration and logistics, and/or hiring full- or part-time staff or contract/consultants to assist with equipment purchase, maintenance, calibration and logistics activities
- Other equipment items with prior approval of DHS

10

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

**Training**

- Conferences or workshops to develop training plans
- Contracts for delivery of any Section C course
- Backfill or overtime costs for attending or instructing any Section C course
- Travel/per diem to attend or instruct any Section C course
- Supplies necessary to deliver any Section C course
- Other training courses or activities with prior approval of DHS

**Exercises**

- Design, develop, conduct and evaluate an Homeland Security Exercise and Evaluation Program (HSEEP) compliant exercise
- Exercise planning workshops
- Full- or part-time staff or contractors/consultants to design, develop, conduct and/or evaluate the exercise
- Overtime or backfill costs, including expenses for part-time and volunteer law enforcement or emergency response personnel participating an HSEEP compliant exercise
- Travel/per diem for the above exercise activities
- Supplies for the above exercise activities
- Other exercise activities with prior approval of DHS

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

## Section G: Sample Budget Format

| OBJECT CLASS CATEGORY | Equipment Purchases | Exercise Planning | Exercise Execution | Training Costs | Workshop Costs | Total |
|---|---|---|---|---|---|---|
| Personnel | $0 | $10 | $50 | $25 | $25 | $110 |
| Fringe Benefits | 0 | 1 | 2 | 2 | 2 | $7 |
| Travel | 0 | 20 | 32 | 7 | 7 | $66 |
| Equipment | 100 | 0 | 0 | 0 | 0 | $100 |
| Supplies | 0 | 2 | 33 | 35 | 15 | $85 |
| Contractual | 0 | $50 | 154.4 | 65 | 40 | $309 |
| Construction | 0 | 0 | 0 | 0 | 0 | $0 |
| Other | 0 | 0 | 0 | 0 | 0 | $0 |
| Total Direct Charges | $100 | $83 | $271 | $134 | $89 | $677 |
| Indirect Charges | 0 | 2.2 | 11.4 | 5.4 | 5.4 | $24 |
| TOTAL | $100 | $85 | $283 | $139 | $94 | $702 |

Where appropriate for a task (at a minimum, equipment purchases, training costs, exercise costs, etc.), support these task budget summaries with a jurisdiction-by-jurisdiction breakout using the same object class categories. Example:

| TASK BUDGET: Equipment | Purchases A | B | C | D | Total | |
|---|---|---|---|---|---|---|
| Personnel | 0 | 0 | 0 | 0 | 0 | |
| Fringe Benefits | 0 | 0 | 0 | 0 | 0 | |
| Travel | 0 | 0 | 0 | 0 | 0 | |
| Equipment | 25 | 25 | 25 | 25 | 100 | |
| Supplies | 0 | 0 | 0 | 0 | 0 | |
| Contractual | 0 | 0 | 0 | 0 | 0 | |
| Construction | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | |
| Total Direct Charges | 25 | 25 | 25 | 25 | 100 | |
| Indirect Charges | 0 | 0 | 0 | 0 | 0 | |
| TOTAL | 25 | 25 | 25 | 25 | 100 | |

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

| TASK BUDGET: Exercise | Execution Jurisdiction A | Jurisdiction B | Jurisdiction C | Jurisdiction D | Total | |
|---|---|---|---|---|---|---|
| Personnel | 10 | 12 | 11 | 15 | 48 | |
| Fringe Benefits | 2 | 2.5 | 1.5 | 3 | 9 | |
| Travel | 30 | 25 | 6 | 0 | 61 | |
| Equipment | 0 | 0 | 0 | 0 | 0 | |
| Supplies | 3 | 7 | 2 | 13 | 25 | |
| Contractual | 0 | 0 | 0 | 0 | 0 | |
| Construction | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | |
| Total Direct Charges | 45 | 46.5 | 20.5 | 31 | 143 | |
| Indirect Charges | 2.4 | 2.9 | 2.5 | 3.6 | 11.4 | |
| TOTAL | 47.4 | 49.4 | 23 | 34.6 | 154.4 | |

13

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

# Section H: Memorandum of Understanding Template

A Memorandum of Understanding (MOU) is required of an agency when an application for funds includes an explicit non-financial collaboration with partnering organizations. The MOU provides documentation that demonstrates the organizations have consulted and coordinated the responsibilities of their grant activities.

The following elements should be considered when constructing an MOU:

- Describe each partner agency;
- State the purpose of the MOU;
- Clearly describe the agreed upon roles and responsibilities each organization or agency will be providing to ensure project success. The roles and responsibilities should align with project goals, objectives and target outputs;
- Identify the staff responsible for completing the specific responsibilities;
- Describe how the collaboration/partnership benefits the project;
- Describe the resources each partner would contribute to the project. This can be  contributing staff time, making in-kind contributions, delivering services, offering training or expertise, etc.;
- Provide a statement that the lead agency accepts full responsibility for the performance of the collaborative organizations/agencies; and
- The MOU must be signed by all partners. Signatories must be officially authorized to sign on behalf of the agency and include title and agency name.

## MEMORANDUM OF UNDERSTANDING

**All *italicized* sentences are considered instructions and should be deleted prior to the submission of the final MOU.**

This Memorandum of Understanding (MOU) is entered into by and between: *Provide the agency name and a brief description of each agency.*

**A. Purpose.** *State the purpose of the MOU. Include statements that explain how the collaborative relationship enhances or benefits the Applicant's program;*

**B. Roles and Responsibilities**. *Clearly describe and delineate the agreed upon roles and responsibilities each organization or agency will be providing to ensure project success. The roles and responsibilities should align with project goals, objectives and target outputs. This may be contribution of staff time, in-kind contributions of space or materials, delivery of program services, provision of training or staff expertise, etc.*

Agency A agrees to:

| Responsibility/Activity | Responsibility/Activity |
|---|---|

Standing Funding Opportunity Number DHS-15-DNDO-106-001

Appendix 1

| | |
|---|---|
| | |
| | |
| | |

Agency B agrees to:

| Responsibility/Activity | Responsibility/Activity |
|---|---|
| | |
| | |
| | |
| | |

**C.** __Reporting Requirements__.  *Describe who will be responsible for collecting, collating and submitting data as per the project target outputs and outcomes.*

**D.** __Timeframe__.  *Clearly state the time period that this MOU will be in effect.*
This MOU will commence on _____ and will dissolve at the end of the grant funding period on _____ .

**F**. __Confidentiality__.

In order to ensure the safety of clients, all parties to the Memorandum of Understanding agree to adhere to the confidentiality expectations as outlined in the Grant Agreement.

The designated lead agency accepts full responsibility for the performance of the collaborative organizations/agencies.

This Memorandum of Understanding is the complete agreement between _____ and _____ and may be amended only by written agreement signed by each of the parties involved.

*The MOU must be signed by all partners.  Signatories must be officially authorized to sign on behalf of the agency and include title and agency name.*

**AGENCY A**

15

Standing Funding Opportunity Number DHS-15-DNDO-106-001
Appendix 1

Authorized Official: _____          _____
                              Signature                          Printed Name and Title


Address: _____


Telephone(s): _____


E-Mail Address: _____

## AGENCY B


Authorized Official: _____          _____
                              Signature                          Printed Name and Title


Address: _____


Telephone(s): _____


E-Mail Address: _____

16

# Exhibit B

**U.S. Department of Homeland Security**
Washington, DC 20528



June 29, 2016

Jose Santiago
Commissioner - Chicago Fire Department
City of Chicago
3510 S. Michigan Ave.
Chicago, IL  60653-1020

RE: Agreement Number: 2016-DN-106-000001

Dear Mr. Santiago:

Congratulations!  I am pleased to inform you that the Department of Homeland Security (DHS) has approved your application for a cooperative agreement award.  The funds associated with the award in the amount of $3,500,000.00 are restricted until DHS receives and approves a revised application.

The official Notice of Grant Award (NGA) and the terms and conditions for this cooperative agreement are enclosed.  Please carefully read your terms and conditions which include a detailed and project-specific description of the substantial activities to be carried out by Service staff under the award.

This award will enable the City of Chicago, Fire Department to provide regional partners radiological and nuclear detection capabilities to reduce risk along roadway, light and heavy rail, and maritime pathways.  It will provide assistance that will allow regional partners to acquire equipment, training, and support to further the radiological and nuclear detection mission in the Chicago Region.

**System for Award Management (SAM) Registration**: Under the terms and conditions of this award, your organization must maintain an active SAM registration at https://www.sam.gov/portal/public/SAM/ until the final financial report is submitted or final payment is received, whichever is later.  If your organization's SAM registration expires during the required period, the Service will suspend payment under this and all other Service awards to your organization until you update your organization's SAM registration.



**Acceptance of the Award:**  Your initial expenditure of grant funds will indicate your acceptance of this grant award.  Also enclosed are the Terms and Conditions to this award as administered by the Department of Homeland Security's (DHS) Grants and Financial Assistance Division. Please read closely these terms and conditions which are critical to the success of your project. All DHS grant and cooperative agreements are required to comply with the enclosed DHS Standard Administrative Terms and Conditions.

**Payments:**  Payment of funds for this award will be made through the Department of Health and Human Services (DHHS) Payment Management System (PMS).  PMS is a full service central payment and cash management system. I encourage immediate completion of the required PMS forms. You will not receive payment for any work performed on this grant until these forms are properly submitted to PMS and an account has been established.

I**f your organization has never received grant funds from my office**, the Direct Deposit Sign-up Form (SF1199A) and the PMS Access Form must be completed, scanned, and returned to me via email. These forms, along with instructions may be found at:

http://www.dpm.psc.gov/grant_recipient/grantee_forms.aspx?explorer.event=true.

When completing the SF1199A form, Section 2 should contain the following information: Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528-0115. **If you have received grant funds through my office in the past**, you will not be required to submit these forms. Please contact me to verify your account information prior to accessing funds. If you require any assistance with the PMS documents you may contact the PMS Help Desk. The PMS Help Desk provides assistance to all users of the Payment Management System (PMS) and can be reached at (877) 614-5533. We encourage immediate completion of the required PMS forms. **(You will not receive payment for any work performed on this grant until these forms are properly submitted to PMS.)**

**Project Period Extensions:**
If additional time is needed to complete the approved project, you must send written notice to the Grants Officer.  This notice must be received by the Grants Officer at least 60 calendar days before the authorized project period end date, and must include supporting reasons and revised end date.  Extensions for time cannot be authorized for the purpose of spending an unused balance of funds that remains after the approved project activities have been completed.



Chicago                                                                                          Page | 3

**Project Contacts:**

| The Grants Officer for this award is: | The Program Manager for this award is: |
|---|---|
| Janet Bailey<br>OPO/GFAD<br>Phone: 202-447-0362<br>Email: janet.bailey@hq.dhs.gov | Christopher Magrino<br>DHS/DNDO<br>Phone:  202-254-7443<br>Email:  christopher.magrino@hq.dhs.gov |

If you have questions concerning this award, please contact me at janet.bailey@hq.dhs.gov or 202-447-0362. We look forward to working with you in the coming year.

Sincerely,

Janet Bailey
Grants Officer
Grants and Financial Assistance Division
Office of Procurement Operations
Office of the Chief Procurement Officer

Enclosures
 Award
 Terms and Conditions

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**NOTICE OF FINANCIAL ASSISTANCE AWARD**

| 1. NOFO No.: | DHS-15-DNDO-106-001 | Obligation/Action Date: | June 30, 2016 |
|---|---|---|---|
| 2. PROJECT TITLE: | Securing the Cities Program | | |

| 3. AWARDING OFFICE | 4. INSTRUMENT TYPE | 5. AWARD NUMBER | 6. MODIFICATION NUMBER |
|---|---|---|---|
| GFAD | Cooperative Agreement | 2016-DN-106-000001 | 0 |

| 7. BUDGET PERIOD: | | | 8. PROJECT PERIOD | | |
|---|---|---|---|---|---|
| From: 6/30/2015 | To: | 6/29/2016 | From: 6/30/2016 | To: | 6/29/2021 |

| 9. RECIPIENT ORGANIZATION | 10. PROGRAM DIRECTOR or PRINCIPAL INVESTIGATOR |
|---|---|
| City of Chicago 3510 S. Michigan Ave. Chicago, IL 60653-1020 | Joshua Dennis - 312-745-3711 - josh.dennis@cityofchicago.org |

| 11. AWARD AUTHORITY |
|---|
| 6 U.S.C. 596 § 596. CONTRACTING AND GRANT MAKING AUTHORITIES |

### 12. TYPE OF AWARD ACTION

☑ New  ☐ Revision  ☐ Continuation  ☐ Supplement

| 13. EIN NUMBER | 14. DUNS NUMBER | 15. CONGRESSIONAL DISTRICT | 16. CFDA NUMBER |
|---|---|---|---|
| 36-6005820 | 1445789650000 | 1-5, 7, 9 | 97.106 |

### 17. RECIPIENT TYPE

☐ State Government  ☐ Indian Tribal Government  ☐ Hospital  ☐ For Profit Organization  ☐ Individual

☐ Institution of Higher Education  ☐ Other Nonprofit Organization  ☑ Other (Please Specify)   Local Government

| ACCOUNTING AND APPROPRIATIONS DATA | | DHS OFFICIALS | |
|---|---|---|---|
| 18. APPROPRIATIONS FY | 19. CAN/TAS/PR NUMBER | 20. GRANTS OFFICER | 21. PROGRAM OFFICER |
| 2016 | O603 07020162018 0862000 RDOS-16-00024/000002 | Janet Bailey MGMT OPO Stop 0115 245 Murray Lane, SW Washington, DC 20528-00115 | Christopher Magrino DNDO OSD Stop 0550 245 Murray Lane, SW Washington, DC 20528-0550 |

| 22. APPROVED BUDGET | | 23. CURRENT BUDGET PERIOD INFORMATION | |
|---|---|---|---|
| a. Personnel | $721,961.00 | | |
| b. Fringe Benefits | $377,740.00 | a. DHS Funds Obligated This Action | $3,500,000.00 |
| c. Travel | $24,132.00 | b. DHS Funds Previously Obligated | $0.00 |
| d. Equipment | $1,659,500.00 | c. DHS Share of Total Approved Budget | $3,500,000.00 |
| e. Supplies | $0.00 | d. Total Approved Budget | $3,500,000.00 |
| f. Contractual | $550,000.00 | 24. CUMMULATIVE DHS OBLIGATIONS | |
| g. Facilities/Construction | $0.00 | a. This Budget Period | $3,500,000.00 |
| h. Other | $0.00 | b. Prior Budget Periods | $0.00 |
| i. Total Direct Costs | $3,333,333.00 | c. Project Period to Date | $3,500,000.00 |
| j. Indirect Costs | $166,667.00 | 25. AWARD TERMS AND CONDITIONS | |
| k. Match/Cost Share | $0.00 | This award/agreement consists of this form plus the following: | |

| | | 25. AWARD TERMS AND CONDITIONS |
|---|---|---|
| **I. Total Approved Budget** | **$3,500,000.00** | a. Standard Financial Assistance Terms and Conditions; |
| | | b. Applicable program regulations; |
| | | c. DHS Financial Assistance Policies and Guidelines; |
| | | d. Date of Application/proposal as submitted or revised on: June 14, 2016 |
| | | e. Code of Federal Domestic Assistance; and |
| | | f. Funding Opportunity Announcement. |

Remarks:

A.   This Award is subject to the availability of funds and the administration and completion of an approved Homeland Security program/project within the Period of Performance. Funds provided by this Award shall not be used for other purposes.

B.   The Recipient's drawing or requesting project funds indicates acceptance of this Award and its associated terms and conditions. If the Recipient cannot accept this Award, including the legal obligation to perform in accordance with its provisions, the Recipient should notify the DHS Grants Officer immediately upon receipt of this Award. If resolution cannot be reached, the DHS Grants Officer will void the Award.

c.  All Funds are restricted pending receipt and approval of revised application.

# The Department of Homeland Security Standard Terms and Conditions 2016

The FY 2016 DHS Standard Terms and Conditions apply to all new Federal financial assistance awards funded in FY 2016.  The terms and conditions of DHS financial assistance awards flow down to subrecipients, unless a particular award term or condition specifically indicates otherwise.

## Assurances, Administrative Requirements, Cost Principles, and Audit Requirements

DHS financial assistance recipients must complete either the OMB Standard Form 424B Assurances – Non-Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs as applicable.  Certain assurances in these documents may not be applicable to your program, and the DHS financial assistance office may require applicants to certify additional assurances.  Applicants are required to fill out the assurances applicable to their program as instructed by the awarding agency.  Please contact the financial assistance office if you have any questions.

DHS financial assistance recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at 2 C.F.R. Part 200, and adopted by DHS at 2 C.F.R. Part 3002.

## DHS Specific Acknowledgements and Assurances

All recipients, sub-recipients, successors, transferees, and assignees must acknowledge and agree to comply with applicable provisions governing DHS access to records, accounts, documents, information, facilities, and staff.

1. Recipients must cooperate with any compliance reviews or compliance investigations conducted by DHS.

2. Recipients must give DHS access to, and the right to examine and copy, records, accounts, and other documents and sources of information related to the award and permit access to facilities, personnel, and other individuals and information as may be necessary, as required by DHS regulations *and* other applicable laws or program guidance.

3. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

4. Recipients must comply with all other special reporting, data collection, and evaluation requirements, as prescribed by law or detailed in program guidance.

5. If, during the past three years, the recipient has been accused of discrimination on the grounds of race, color, national origin (including limited English proficiency), sex, age, disability, religion, or familial status, the recipient must provide a list of all such proceedings, pending or completed, including outcome and copies of settlement agreements to the DHS financial assistance office and the DHS Office of Civil Rights and Civil Liberties (CRCL) by e-mail at crcl@hq.dhs.gov or by mail at U.S. Department of Homeland Security Office for Civil Rights and Civil Liberties Building 410, Mail Stop #0190 Washington, D.C. 20528.

6. In the event any court or administrative agency makes a finding of discrimination on grounds of race, color, national origin (including limited English proficiency), sex, age, disability, religion, or familial status against the recipient, or the recipient settles a case or matter alleging such discrimination, recipients must forward a copy of the complaint and findings to the DHS financial assistance office and the CRCL office by e-mail or mail at the addresses listed above.

The United States has the right to seek judicial enforcement of these obligations.

| | |
|---|---|
| **Acknowledgment of Federal Funding from DHS** | All recipients must acknowledge their use of federal funding when issuing statements, press releases, requests for proposals, bid invitations, and other documents describing projects or programs funded in whole or in part with Federal funds. |
| **Activities Conducted Abroad** | All recipients must ensure that project activities carried on outside the United States are coordinated as necessary with appropriate government authorities and that appropriate licenses, permits, or approvals are obtained. |

Standard Terms & Conditions: *Version 6.0*                                                     January 29, 2016

# The Department of Homeland Security Standard Terms and Conditions 2016

**Age Discrimination Act of 1975**

All recipients must comply with the requirements of the *Age Discrimination Act of 1975* (Title 42 U.S. Code, § 6101 *et seq.*), which prohibits discrimination on the basis of age in any program or activity receiving Federal financial assistance.

**Americans with Disabilities Act of 1990**

All recipients must comply with the requirements of Titles I, II, and III of the *Americans with Disabilities Act*, which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. (42 U.S.C. §§ 12101–12213).

**Best Practices for Collection and Use of Personally Identifiable Information (PII)**

DHS defines personally identifiable information (PII) as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. All recipients who collect PII are required to have a publically-available privacy policy that describes standards on the usage and maintenance of PII they collect.  Award recipients may also find as a useful resource the DHS Privacy Impact Assessments: Privacy Guidance and Privacy template respectively.

**Civil Rights Act of 1964 – Title VI**

All recipients must comply with the requirements of Title VI of the *Civil Rights Act of 1964* (42 U.S.C. § 2000d *et seq*.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance.  DHS implementing regulations for the Act are found at 6 C.F. R., Part 21 and 44 C.F.R. Part 7.

**Civil Rights Act of 1968**

All recipients must comply with Title VIII of the *Civil Rights Act of 1968*, which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex (42 U.S.C. § 3601 et seq.), as implemented by the Department of Housing and Urban Development at 24 C.F.R. Part 100.  The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units—i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features (See 24 C.F.R. § 100.201).

**Copyright**

All recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 and an acknowledgement of Government sponsorship (including award number) to any work first produced under Federal financial assistance awards.

**Debarment and Suspension**

All recipients are subject to the non-procurement debarment and suspension regulations implementing Executive Orders 12549 and 12689, and 2 C.F.R. Part 180.  These regulations restrict awards, subawards, and contracts with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

**Drug-Free Workplace Regulations**

All recipients must comply with the *Drug-Free Workplace Act of 1988* (41 U.S.C. § 701 *et seq*.), which requires all organizations receiving grants from any Federal agency agree to maintain a drug-free workplace.  DHS has adopted the Act's implementing regulations at 2 C.F.R Part 3001.

**Duplication of Benefits**

Any cost allocable to a particular Federal award provided for in 2 C.F.R. Part 200, Subpart E may not be charged to other Federal awards to overcome fund

**The Department of Homeland Security Standard Terms and Conditions 2016**

deficiencies, to avoid restrictions imposed by Federal statutes, regulations, or terms and conditions of the Federal awards, or for other reasons. However, this prohibition would not preclude a recipient form shifting costs that are allowable under two or more Federal awards in accordance with existing Federal statutes, regulations, or the terms and conditions of the Federal award.

**Education Amendments of 1972 (*Equal Opportunity in Education Act*) – Title IX**

All recipients must comply with the requirements of Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681 *et seq*.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving Federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17 and 44 C.F.R. Part 19

***Energy Policy and Conservation Act***

All recipients must comply with the requirements of 42 U.S.C. § 6201 which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

***False Claims Act* and Program Fraud Civil Remedies**

All recipients must comply with the requirements of 31 U.S.C. § 3729- 3733 which prohibits the submission of false or fraudulent claims for payment to the Federal Government. See 31 U.S.C. § 3801-3812 which details the administrative remedies for false claims and statements made.

**Federal Debt Status**

All recipients are required to be non-delinquent in their repayment of any Federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. See OMB Circular A-129.

**Federal Leadership on Reducing Text Messaging while Driving**

All recipients are encouraged to adopt and enforce policies that ban text messaging while driving as described in E.O. 13513, including conducting initiatives described in Section 3(a) of the Order when on official Government business or when performing any work for or on behalf of the federal government.

***Fly America Act of 1974***

All recipients must comply with Preference for U.S. Flag Air Carriers: (air carriers holding certificates under 49 U.S.C. § 41102) for international air transportation of people and property to the extent that such service is available, in accordance with the *International Air Transportation Fair Competitive Practices Act of 1974* (49 U.S.C. § 40118) and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

***Hotel and Motel Fire Safety Act of 1990***

In accordance with Section 6 of the *Hotel and Motel Fire Safety Act of 1990*, 15 U.S.C. § 2225a, all recipients must ensure that all conference, meeting, convention, or training space funded in whole or in part with Federal funds complies with the fire prevention and control guidelines of the *Federal Fire Prevention and Control Act of 1974*, as amended, 15 U.S.C. § 2225.

**Limited English Proficiency (*Civil Rights Act of 1964*, Title VI)**

All recipients must comply with the *Title VI of the Civil Rights Act of 1964* (Title VI) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance https://www.dhs.gov/guidance-published-help-department-supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

**The Department of Homeland Security Standard Terms and Conditions 2016**

| | |
|---|---|
| **Lobbying Prohibitions** | All recipients must comply with 31 U.S.C. § 1352, which provides that none of the funds provided under an award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any Federal action concerning the award or renewal. |
| **Non-supplanting Requirement** | All recipients who receive awards made under programs that prohibit supplanting by law must ensure that Federal funds do not replace (supplant) funds that have been budgeted for the same purpose through non-Federal sources. |
| **Notice of Funding Opportunity Requirements** | All of the instructions, guidance, limitations, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this program are incorporated here by reference in the terms and conditions of your award.  All recipients must comply with any such requirements set forth in the program NOFO. |
| **Patents and Intellectual Property Rights** | Unless otherwise provided by law, recipients are subject to the Bayh-Dole Act, Pub. L. No. 96-517, as amended, and codified in 35 U.S.C. § 200 et seq.  All recipients are subject to  the specific requirements governing the development, reporting, and disposition of rights to inventions and patents resulting from financial assistance awards located at 37 C.F.R. Part 401 and the standard patent rights clause located at 37 C.F.R. § 401.14. |
| **Procurement of Recovered Materials** | All recipients must comply with Section 6002 of the *Solid Waste Disposal Act*, as amended by the *Resource Conservation and Recovery Act*. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition. |
| **Reporting Subawards and Executive Compensation** | All recipients are required to comply with the requirements set forth in the government-wide Award Term on Reporting Subawards and Executive Compensation located at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated here by reference in the terms and conditions of your award. |
| **SAFECOM** | All recipients who receive awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. |
| **Terrorist Financing** | All recipients must comply with E.O. 13224 and U.S. law that prohibit transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism.  It is the legal responsibility of recipients to ensure compliance with the Order and laws. |
| ***Trafficking Victims Protection Act of 2000*** | All recipients must comply with the requirements of the government-wide award term which implements Section 106(g) of the *Trafficking Victims Protection Act of 2000*, (TVPA) as amended (22 U.S.C. § 7104).  The award term is located at 2 CFR § 175.15, the full text of which is incorporated here by reference in the terms and conditions of your award. |
| ***Rehabilitation Act of 1973*** | All recipients must comply with the requirements of Section 504 of the *Rehabilitation Act of 1973*, 29 U.S.C. § 794, as amended, which provides that no otherwise qualified handicapped individual in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance. |

## The Department of Homeland Security Standard Terms and Conditions 2016

**Reporting of Matters Related to Recipient Integrity and Performance**

If the total value of your currently active grants, cooperative agreements, and procurement contracts from all Federal assistance office exceeds $10,000,000 for any period of time during the period of performance of this Federal award, you must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated here by reference in the terms and conditions of your award.

**Universal Identifier and System of Award Management (SAM)**

All recipients are required to comply with the requirements set forth in the government-wide Award Term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated here by reference in the terms and conditions of your award.

*USA Patriot Act of 2001*

All recipients must comply with requirements of the *Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act* (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c.

**Use of DHS Seal, Logo and Flags**

All recipients must obtain permission from their financial assistance office, prior to using the DHS seal(s), logos, crests or reproductions of flags or likenesses of DHS agency officials, including use of the United States Coast Guard seal, logo, crests or reproductions of flags or likenesses of Coast Guard officials.

*Whistleblower Protection Act*

All recipients must comply with the statutory requirements for whistleblower protections (if applicable) at 10 U.S.C § 2409, 41 U.S.C. 4712, and 10 U.S.C. § 2324, 41 U.S.C. §§ 4304 and 4310.

# Exhibit C

**The Department of Homeland Security (DHS)
Notice of Funding Opportunity (NOFO)
Securing the Cities Program (STC)**

**<u>NOTE:</u>  If you are going to apply for this funding opportunity and have <u>not</u> obtained a Data Universal Numbering System (DUNS) number and/or <u>are not</u> currently registered in the System for Award Management (SAM), please take immediate action to obtain a DUNS Number, if applicable, and then to register immediately in SAM.  It may take 4 weeks or more after you submit your SAM registration before your registration is active in SAM, then an additional 24 hours for Grants.gov to recognize your information.  Information on obtaining a DUNS number and registering in SAM is available from Grants.gov at:** http://www.grants.gov/web/grants/register.html.  Detailed information regarding DUNS and SAM is also provided in Section D of this NOFO.

Contents

A.  Program Description .................................................................................................................3

  1.  Issued By........................................................................................................................3
  2.  Assistance Listings (formerly Catalog of Federal Domestic Assistance (CFDA) Number) ...........................................................................................................................3
  3.  Assistance Listings Title (formerly CFDA Title) ........................................................3
  4.  Funding Opportunity Title ...........................................................................................3
  5.  Funding Opportunity Number ......................................................................................3
  6.  Authorizing Authority for Program .............................................................................3
  7.  Appropriation Authority for Program .........................................................................3
  8.  Announcement Type .....................................................................................................3
  9.  Program Category (*Optional*) .....................................................................................3
  10.  Program Overview, Objectives, and Priorities...........................................................3
    1)  Goals and Objectives.................................................................................................4
    2)  Priorities ....................................................................................................................5
  11.  Performance Measures.................................................................................................5
B.  Federal Award Information.......................................................................................................5
C.  Eligibility Information..............................................................................................................6
  1.  Eligible Applicants.......................................................................................................6
  2.  Applicant Eligibility Criteria.......................................................................................7
  3.  Other Eligibility Criteria.............................................................................................7
  4.  Maintenance of Effort (MOE) .....................................................................................7
  5.  Cost Share or Match ....................................................................................................7
D.  Application and Submission Information.................................................................................7
  1.  Key Dates and Times ...................................................................................................7
  2.  Agreeing to Terms and Conditions of the Award........................................................8
  3.  Address to Request Application Package ....................................................................8

4. Steps Required to Submit an Application, Unique Entity Identifier, and System for Award Management (SAM) ........................................................................................8

5. Electronic Delivery ..........................................................................................................9

6. How to Register to Apply through Grants.gov ........................................................9

7. How to Submit an Application to DHS via Grants.gov.........................................11

8. Submitting the Final Application in [another grant system] (if applicable) ...........13

9. Timely Receipt Requirements and Proof of Timely Submission.......................13

10. Content and Form of Application Submission........................................................14

11. Other Submission Requirements ...............................................................................16

12. Intergovernmental Review *(Include if applicable)* .................................................16

13. Funding Restrictions ......................................................................................................17

14. Allowable Costs................................................................................................................18

E. Application Review Information ..........................................................................................19

1. Application Evaluation Criteria ................................................................................. 19

2. Review and Selection Process ..................................................................................... 20

F. Federal Award Administration Information......................................................................21

1. Notice of Award ............................................................................................................... 21

2. Pass-Through Requirements ........................................................................................ 21

3. Administrative and National Policy Requirements............................................... 21

4. Reporting............................................................................................................................ 21

5. Monitoring and Oversight ............................................................................................ 24

G. DHS Awarding Agency Contact Information ...................................................................24

H. Additional Information............................................................................................................24

I. Appendix 1 ....................................................................................................................................28

6. Section A: STC Program Phases and Deployment Postures ............................... 28

7. Section B: Eligible Equipment .................................................................................... 29

8. Section C: Eligible Training.......................................................................................... 31

9. Section D: Reports ........................................................................................................... 32

*10.* Section E: Final Performance Reports ..................................................................... 37

11. Section F: Eligible Costs ............................................................................................... 38

12. Section G: Sample Budget Format............................................................................. 40

13. Section H: Memorandum of Understanding Template ........................................ 42

A. **Program Description**

1. **Issued By**

   U.S. Department of Homeland Security (DHS) Countering Weapons of Mass Destruction Office

2. **Assistance Listings (formerly Catalog of Federal Domestic Assistance (CFDA) Number)**

   97.106.

3. **Assistance Listings Title (formerly CFDA Title)**

   Securing the Cities Program

4. **Funding Opportunity Title**

   Securing the Cities Program, 2021 STC Sustainment

5. **Funding Opportunity Number**

   DHS-ST-21-106-STC-0001

6. **Authorizing Authority for Program**

   Section 1928 of the Homeland Security Act of 2002, as amended (6 U.S.C. §596b).

7. **Appropriation Authority for Program**

   Department of Homeland Security Consolidated Appropriations Act, 2021 (Pub. L. No. 116-260), Division F Department of Homeland Security; Title IV Research Development, Training, and Services; Countering Weapons of Mass Destruction; Federal Assistance.

8. **Announcement Type**

   New

9. **Program Category (*Optional*)**

   Not Applicable

10. **Program Overview, Objectives, and Priorities**

    1) **Program Overview**

       The STC program enhances the ability of the Unites States to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or other radiological materials that pose a high risk to the homeland security in high risk urban areas. Support to recipients includes assistance in developing and integrating local or regional programs into a national detection structure, guiding the development of Concepts of Operations (CONOPs) and standard operating procedures, providing radiological/nuclear (R/N) detection equipment, providing training and exercise products to ensure detection is integrated into day-to-day activities and that partners

are proficient in the detection mission area. Capability is defined as trained and equipped personnel who are proficient in the use of R/N detection equipment and guided by detection and response protocols.

The STC Program supports the 'Prevent Terrorism and Enhance Security' Mission Area as specified in the 2018 Quadrennial Homeland Security Review and is a prevention program as defined in Presidential Policy Directive – 8 (PPD-8).

The STC Program is implemented in four phases; Phase I (Engagement), Phase II (Implementation), Phase III (Integration), and Phase IV (Sustainment). All recipients of this award have advanced to Phase IV, where they will be recapitalizing equipment and expanding capabilities along routes of ingress to the HRUA. Recipients in other phases may be funded under separate NOFOs.

1) **Goals and Objectives**

   The STC Program has three primary goals:
   1) Enhance regional capabilities to detect, analyze, report, and interdict radiological and nuclear materials that could be used by an adversary;
   2) Guide the coordination of STC partners in their roles in a local, regional, and national defense in depth detection structure; and
   3) Encourage participants to sustain their R/N detection program over time.

   To accomplish the above goals, the STC Program has the four (4) following objectives:

   Objective 1: Assist State, local, territorial and tribal governments in developing local radiological/nuclear detection architectures resulting in awareness, training, technical support, exercises, and capability development. The Countering Weapons of Mass Destruction Office (CWMD) will use a common strategy in each STC implementation that will then be tailored for the requirements of that area. This strategy will put in place a comprehensive structure for developing all architectural elements and will encompass all elements of capability development.

   Objective 2: Provide a common information sharing environment. Establish information connectivity among domestically deployed detection systems and Federal, State, local, tribal, territorial, and regional data analysis centers, to include connectivity for technical reachback and adjudication support. Information exchange is critical to reducing the risk of any terrorist attack. An Operations Plan will document coordination protocols among operational partners and with federal agencies. Additionally, an Information Exchange Plan will ensure that proper and effective information sharing practices and policies are institutionalized within the region with respect to the STC Program.

Objective 3:  Use a regional approach to coordinate activities and resources for all participating agencies.  Establish administrative infrastructure to support a nuclear detection program.

Objective 4:  Establish coordination mechanisms between operational partners that support the Domestic Detection Concept of Operations[1] and have concurrence from all principal STC partners.  Further, an Information Exchange Plan is required, which documents the utilization of the CWMD STC methodology and DHS Geospatial Information Infrastructure (GII) system for exchanging information between partners, other STC implementations, and the Federal Government. The DHS GII houses the authoritative data set for all STC regions. All secondary screening alarms must be reported via CWMD STC approved mechanisms, in accordance with the Domestic Detection CONOPS.

## 2) Priorities

This specific NOFO will focus on previous STC Program Recipients to sustain the regional capabilities and/or expanding those capabilities (by incorporating additional partners into the program), by recapitalizing the R/N detection equipment which has reached the end of its expected usable life cycle and funding the Regional Program Office to continue to manage the detection efforts within the region. This will enable the eligible applicants to continue to provide uninterrupted detection capabilities for their region and reducing the risk of R/N materials posing a threat to the high-risk urban area.

## 11. Performance Measures

Section D of the NOFO Appendix 1 details performance measures.  The STC Program Management Office will monitor regional progress against the measures on a quarterly basis to determine progress in meeting the above objectives. Reporting on these performance metrics and measures is required and is directly tied to continuation awards from paragraph 8 above.

## B.  Federal Award Information

**1.  Available Funding for the NOFO:**          $650,000.00

**2.  Projected number of Awards *(Optional)*:**          1

---

[1] DHS CWMD worked with the Federal Bureau of Investigation and the Department of Energy to create the Domestic Detection CONOPS to facilitate an effective "whole of government" response among mission partners to detect and communicate about potential or actual threats involving R/N materials within the United States.  DHS will provide the Domestic Detection CONOPS to grant recipients as a basis for planning their regional CONOPS.

**3. Maximum Award Amount (*Optional*):**     N/A

**4. Period of Performance:**     *107 months*

**5. Projected Period of Performance Start Date(s):**     09/30/2021

**6. Projected Period of Performance End Date(s):**     08/31/2030

**7. Funding Instrument Type:**     *Cooperative Agreement*

By and through the lead agency/recipient, DHS provides assistance to regional partners to:
- o Closely coordinate planning, operations, and information exchange between regional partners, CWMD, and other Federal agencies.
- o Conduct training and exercises to further the nuclear detection mission in the region and gain proficiency in detection operations.
- o Develop a robust mobile architecture and equipment set for both land and maritime pathways focused on steady-state operations that is flexible enough to surge to enhanced detection postures.
- o Execute the CWMD STC information exchange methodology so that multiple STC regions may exchange data amongst each other, CWMD, and other Federal partners.
- o Achieve better integration of Federal, State, and local capabilities allowing regional support to national operations, in accordance with the Domestic Detection CONOPS.  CWMD will provide the Domestic Detection CONOPS to grant recipients along with templates for regional and local operational plans and procedures.

## C. **Eligibility Information**

### 1. **Eligible Applicants**

Only previously awarded lead agencies under the Securing the Cities grant number 16DNSTC00001 are eligible to apply.  The City of Chicago Fire Department and the city of Houston were originally selected for funding in FY15 under NOFO DHS-15-DNDO-106-001. The City of Houston is already covered under a sustainment cooperative agreement.  Therefore, the City of Chicago Fire Department is the only entity eligible to apply for the sustainment funding for the STC Program under this announcement.  Refer to the Homeland Security Act of 2002 ("HSA") (Pub. L. 107-296), as amended by section 2(a) (10) of the Countering Weapons of Mass Destruction Act of 2018 (Pub. L. 115-387), codified at 6 U.S.C. 596b.

2. **Applicant Eligibility Criteria**

This NOFO focuses on existing high-risk urban areas that were previous recipients under the STC Program and that are in the Sustainment phase under their original award. The STC Program recipient will submit only one application for their region from their Lead Agency, which will encompass the urban area as well as its regional partners.

The application must clearly identify the lead agency and all principal partners. **It is crucial to the success of the program for each principal partner to assign personnel sufficient rank and possessing necessary authority to be able to make decisions for their organizations.** Sub-partners should also be included in the resulting regional nuclear detection program and plans, but do not need to be identified in a region's application.

3. **Other Eligibility Criteria**

No other eligibility criteria applicable.

4. **Maintenance of Effort (MOE)**

There is no statutory maintenance-of-effort (MOE) requirement associated with this award of the funding in this Notice.

5. **Cost Share or Match**

There is no cost share or matching requirement associated with this award of the funding in this Notice.

D. **Application and Submission Information**

1. **Key Dates and Times**
   a. **Application Start Date:**               *05/07/2021*
   b. **Application Submission Deadline:**      *06/07/2021 at 23:59:59 PM Eastern Daylight Time*

   c. **Anticipated Funding Selection Date:**   **No later than** *09/01/2021*

   d. **Anticipated Award Date:**               **No later than** *09/01/2021*

   e. **Other Key Dates**

| Event | Suggested Deadline for Completion |
|---|---|
| Obtaining DUNS Number | Four weeks before actual submission deadline |
| Obtaining a valid EIN | Four weeks before actual submission deadline |
| Updating SAM registration | Four weeks before actual submission deadline |

Page **7** of **45**

| Starting application in Grantsolutions.gov | Two weeks before actual submission deadline |
|---|---|

2. **Agreeing to Terms and Conditions of the Award**

By submitting an application, applicants agree to comply with the requirements of this NOFO and the terms and conditions of the award, should they receive an award.

3. **Address to Request Application Package**

Application forms and instructions are available at Grantsolutions.gov. To access these materials, go to http://www.Grants.gov.

For a hardcopy of the full NOFO, please write or fax a request to:
 *Janet Bailey*
 *Office of Procurement Operations (MGMT I OPO)*
 *245 Murray Lane SW*
 *Mail Stop 0115*
 *Washington, D.C. 20528-0115*
 *Phone: 202-447-0362*
 *Email: janet.bailey@HQ.DHS.GOV*

Applications will be processed through the Grants.gov portal

4. **Steps Required to Submit an Application, Unique Entity Identifier, and System for Award Management (SAM)**

To apply for an award under this program, all applicants must:

a. Apply for, update, or verify their Data Universal Numbering System (DUNS) Number from Dun & Bradstreet (D&B) and Employer ID Number (EIN)
b. In the application, provide a valid Data Universal Numbering System DUNS number, which is currently the unique entity identifier;
c. Have an account with login.gov;
d. Register for, update, or verify their SAM account and ensure the account is active before submitting the application;
e. Create a Grants.gov account;
f. Add a profile to a Grants.gov account;

g.  Establish an Authorized Organizational Representative (AOR) in Grants.gov;
h.  Submit application in Grants.gov;
i.  Continue to maintain an active SAM registration with current information, including information on a recipient's immediate and highest level owner and subsidiaries, as well on all predecessors that have been awarded a Federal contract or grant within the last 3 years, if applicable, at all times during which it has an active federal award or an application or plan under consideration by a federal awarding agency.

Applicants are advised that DHS may not make a federal award until the applicant has complied with all applicable DUNS and SAM requirements.  Therefore, an applicant's SAM registration must be active not only at the time of application, but also during the application review period and when DHS is ready to make a federal award.  Further, as noted above, an applicant's or recipient's SAM registration must remain active for the duration of an active federal award.  If an applicant's SAM registration is expired at the time of application, expires during application review, or expires any other time before award, DHS may determine that the applicant is not qualified to receive a federal award and use that determination as a basis for making a federal award to another applicant.

*The Standard Language for Using Grants.gov to Apply is provided to aid in fulfilling these requirements (if applicable), based off of* *https://www.grants.gov/web/grants/grantors/grantor-standard-language.html*:

## 5.  Electronic Delivery

DHS is participating in the Grants.gov initiative to provide the grant community with a single site to find and apply for grant funding opportunities.  DHS encourages or requires applicants to submit their applications online through Grants.gov, depending on the funding opportunity.  For this funding opportunity, the *DHS GFAD* requires applicants to submit applications through Grants.gov.

## 6.  How to Register to Apply through Grants.gov

a.  *Instructions:* Registering in Grants.gov is a multi-step process.  Read the instructions below about registering to apply for DHS funds. Applicants should read the registration instructions carefully and prepare the information requested before beginning the registration process.  Reviewing and assembling the required information before beginning the registration process will alleviate last-minute searches for required information.

The registration process can take up to four weeks to complete.  Therefore, registration should be done in sufficient time to ensure it does not impact your ability to meet required application submission deadlines.

Organizations must have a Data Universal Numbering System (DUNS) Number, active System for Award Management (SAM) registration, and Grantsolutions.gov account to apply for grants. If individual applicants are eligible to apply for this grant funding opportunity, then you may begin with step 3, Create a Grants.gov account, listed below.

Creating a Grants.gov account can be completed online in minutes, but DUNS and SAM registrations may take several weeks. Therefore, an organization's registration should be done in sufficient time to ensure it does not impact the entity's ability to meet required application submission deadlines. Complete organization instructions can be found on Grants.gov here:
https://www.Grants.gov/web/grants/applicants/organization-registration.html

1) *Obtain a DUNS Number*: All entities applying for funding, including renewal funding, must have a DUNS number from Dun & Bradstreet (D&B). Applicants must enter the DUNS number in the data entry field labeled "Organizational DUNS" on the SF-424 form.

   For more detailed instructions for obtaining a DUNS number, refer to:
   https://www.Grants.gov/web/grants/applicants/organization-registration/step-1-obtain-duns-number.html

2) *Register with SAM*: All organizations applying online through Grants.gov must register with the System for Award Management (SAM). Failure to register with SAM will prevent your organization from applying through Grants.gov. SAM registration must be renewed annually.

   For more detailed instructions for registering with SAM, refer to:

   https://www.Grants.gov/web/grants/applicants/organization-registration/step-2-register-with-sam.html

3) *Create a Grants.gov Account*: The next step is to register an account with Grants.gov. Follow the on-screen instructions or refer to the detailed instructions here: https://www.Grants.gov/web/grants/applicants/registration.html

4) *Add a Profile to a Grants.gov Account*: A profile in Grants.gov corresponds to a single applicant organization the user represents (i.e., an applicant) or an individual applicant. If you work for or consult with multiple organizations and have a profile for each, you may log in to one Grants.gov account to access all of your grant applications. To add an organizational profile to your Grants.gov account, enter the DUNS Number for the organization in the DUNS field while adding a profile.

For more detailed instructions about creating a profile on Grants.gov, refer to:
https://www.Grants.gov/web/grants/applicants/registration/add-profile.html

5) *EBiz POC Authorized Profile Roles*: After you register with Grants.gov and create an Organization Applicant Profile, the organization applicant's request for Grants.gov roles and access is sent to the EBiz POC. The EBiz POC will then log in to Grants.gov and authorize the appropriate roles, which may include the AOR role, thereby giving you permission to complete and submit applications on behalf of the organization. You will be able to submit your application online any time after you have been assigned the AOR role.

For more detailed instructions about creating a profile on Grants.gov, refer to:
https://www.Grants.gov/web/grants/applicants/registration/authorize-roles.html

6) *Track Role Status*: To track your role request, refer to:
https://www.Grants.gov/web/grants/applicants/registration/track-role-status.html

7) *Electronic Signature*: When applications are submitted through Grantsolutions.gov, the name of the organization applicant with the AOR role that submitted the application is inserted into the signature line of the application, serving as the electronic signature. The EBiz POC **must** authorize people who are able to make legally binding commitments on behalf of the organization as a user with the AOR role; **this step is often missed, and it is crucial for valid and timely submissions.**

**7. How to Submit an Application to DHS via Grants.gov**

Grants.gov applicants can apply online using Workspace. Workspace is a shared, online environment where members of a grant team may simultaneously access and edit different webforms within an application. For each NOFO, you can create individual instances of a workspace.

Below is an overview of applying on Grants.gov. For access to complete instructions on how to apply for opportunities using Workspace, refer to:
https://www.Grants.gov/web/grants/applicants/workspace-overview.html

a. *Create a Workspace*: Creating a workspace allows you to complete it online and route it through your organization for review before submitting.

b. *Complete a Workspace*: Add participants to the workspace to work on the application together, complete all the required forms online or by downloading PDF versions, and check for errors before submission. The Workspace progress bar will display the state of your application process as you apply. As you apply using Workspace, you may

click the blue question mark icon near the upper-right corner of each page to access context-sensitive help.

c. *Adobe Reader*: If you decide not to apply by filling out webforms you can download individual PDF forms in Workspace. The individual PDF forms can be downloaded and saved to your local device storage, network drive(s), or external drives, then accessed through Adobe Reader.

    NOTE: Visit the Adobe Software Compatibility page on Grants.gov to download the appropriate version of the software at: https://www.Grants.gov/web/grants/applicants/adobe-software-compatibility.html

d. *Mandatory Fields in Forms:* In the forms, you will note fields marked with an asterisk and a different background color. These fields are mandatory fields that must be completed to successfully submit your application.

e. *Complete SF-424 Fields First*: The forms are designed to fill in common required fields across other forms, such as the applicant name, address, and DUNS number. To trigger this feature, an applicant must complete the SF-424 information first. Once it is completed, the information will transfer to the other forms.

f. *Submit a Workspace*: An application may be submitted through workspace by clicking the Sign and Submit button on the Manage Workspace page, under the Forms tab. Grants.gov recommends submitting your application package at least 24-48 hours prior to the close date to provide you with time to correct any potential technical issues that may disrupt the application submission.

g. *Track a Workspace Submission*: After successfully submitting a workspace application, a Grants.gov Tracking Number (GRANTXXXXXXXX) is automatically assigned to the application. The number will be listed on the Confirmation page that is generated after submission. Using the tracking number, access the Track My Application page under the Applicants tab or the Details tab in the submitted workspace.

For additional training resources, including video tutorials, refer to: https://www.Grants.gov/web/grants/applicants/applicant-training.html

*Applicant Support*: Grants.gov provides applicants 24/7 support via the toll-free number 1-800-518-4726 and email at support@Grants.gov. For questions related to the specific grant opportunity, contact the number listed in the application package of the grant you are applying for.

If you are experiencing difficulties with your submission, it is best to call the Grants.gov Support Center and get a ticket number. The Support Center ticket number will assist DHS with tracking your issue and understanding background information on the issue.

8. **Submitting the Final Application in [another grant system] (if applicable)**

   *If the DHS FAO requires applicants to finish their application in another system, this section must include instructions for that process.*

9. **Timely Receipt Requirements and Proof of Timely Submission**

   a. *Online Submission.* All applications must be received by 23:59:59 Eastern time on the due date established for each program. Proof of timely submission is automatically recorded by Grantsolutions.gov. An electronic date/time stamp is generated within the system when the application is successfully received by Grants.gov. The applicant with the AOR role who submitted the application will receive an acknowledgement of receipt and a tracking number (GRANTXXXXXXXX) from Grants.gov with the successful transmission of their application. This applicant with the AOR role will also receive the official date/time stamp and Grants.gov Tracking number in an email serving as proof of their timely submission.

   When DHS successfully retrieves the application from Grants.gov, and acknowledges the download of submissions, Grants.gov will provide an electronic acknowledgment of receipt of the application to the email address of the applicant with the AOR role who submitted the application. Again, proof of timely submission shall be the official date and time that Grants.gov receives your application. Applications received by Grants.gov after the established due date for the program will be considered late and will not be considered for funding by DHS.

   Applicants using slow internet, such as dial-up connections, should be aware that transmission can take some time before Grants.gov receives your application. Again, Grants.gov will provide either an error or a successfully received transmission in the form of an email sent to the applicant with the AOR role attempting to submit the application. The Grants.gov Support Center reports that some applicants end the transmission because they think that nothing is occurring during the transmission process. Please be patient and give the system time to process the application.

   b. *If the application is submitted initially through Grants.gov and then finalized in another system, use language like this:* As application submission is a two-step process, the applicant with the Authorized Organizational Representative (AOR) role who submitted the application will receive an acknowledgment of receipt, a tracking number (GRANTXXXXXXXX) from Grants.gov, and *[insert DHS FAO's tracking number or information]* with the successful transmission of the initial application. This notification does not serve as proof of timely submission as the application is not complete until it is submitted in *[DHS FAO's system]*. All applications must be received in *[DHS FAO's system]* by **HH:MM AM/PM Eastern Time on *[Month Day, Year]*.** *If applicable, add how the applicant will know whether its final*

*submission in DHS FAO's system is successful & submitted on time, such as stating that there is an electronic date/time stamp generated in the system or that the applicant will receive an email to confirm receipt.*

**10. Content and Form of Application Submission**

**c. Mandatory Files:**

SF 424 – Application for Federal Assistance
Applicants must complete an SF 424 application form. This form may be completed while on the Grants.gov Web site or it can be completed offline in its entirety. NOTE: Applications submitted through Grants.gov must use the SF 424 provided by Grants.gov. The SF 424 application form can only be viewed and downloaded once Adobe Reader has been installed. The SF 424 application form on Grants.gov is formatted so applicants are only required to complete fields which are indicated with an asterisk (*) and color coded. Once the application is complete, close the document (you will then be prompted to save changes or not).

SF 424A Application Budget
Applicants must complete the budget in its entirety. Applicants must provide budgets by object class (salaries, fringe, travel, indirect, etc.). Funds may be requested if the item and amount are necessary to perform the proposed work and are not precluded by the cost principles or program funding restrictions.

**d. Project Narrative:**

Applicants must complete a project narrative as part of their application. This narrative should address the following areas at a minimum:
1. Cost of program office sustainment
2. New Principle Partners or sub-partners – plans for pro-growth expansion
3. The age of the equipment being recapitalized
4. The condition of the equipment being recapitalized
5. The type and quantity of the equipment being recapitalized
6. A detailed schedule for the recapitalization of R/N detection equipment throughout the period of performance

**e. Principal Partners:**

Application must identify the lead agency (applicant) and all participating and planned principal jurisdictions ("principal partners") by name only, accounting for the eligibility information above and include type of organization (city, county, etc.).

**f. Existing Capability:**

Capability, in this sense, is comprised of appropriately trained and equipped personnel, proficient in the use of radiation detection equipment, and guided by detection and response protocols. Describe the existing R/N detection capabilities of each NEW principal partner:

    o   Equipment:  Make, model, quantity, and age
    o   Training:  Number of personnel trained for each equipment type

g. **Need for Assistance:**
Given the age of some of the equipment procured with STC funding, it is imperative that this equipment be programed for recapitalization.  This need should be clearly articulated in the application, in the Project Narrative section.  This award will only be utilized to recapitalize R/N detection equipment, expand the R/N capability within the Region, and to sustain the STC Regional Program Office.

h. **Coordination with other Federal Programs:**
The Lead Agency will continue to serve as the focal point for coordination between STC partners.  The applicant should describe how activities under the STC Program will complement, but not duplicate, activities under other U.S. government-funded programs.

i. **Project Description:**
Supply a detailed scope of work for assistance requested through this funding opportunity.  This scope of work should harmonize with the Budget Narrative and Justification (see item below).  At a minimum, the scope must include:

    o   Regional goals and objectives linked to STC Program goals and objectives listed in Section A: Notice of Funding Opportunity Description.
    o   The specific activities to meet each regional goal and objective.
    o   Metrics for success in meeting each regional objective.  Provide a list of key performance indicators (KPIs) that you intend to use to measure progress against objectives listed in Section A.
    o   Plan of Actions and Milestones (POAM) or Gantt chart with detailed descriptions showing work tasks and project milestones associated with each major STC task. Include estimated dates for the beginning of regional training and exercises, operations plan development, commencement of information exchange between principal partners and CWMD, and, assuming the lead agency were to procure equipment with its funds, equipment selection, estimated procurement timelines, and deployment.  This document must provide sufficient detail to allow DHS to evaluate the project schedule.  A brief list of bullet points containing vague timeframes, with little or no explanation or illustration of task dependencies is unacceptable.  This POAM or Gantt chart with detailed description will form the basis of the Regional Implementation Plan.
    o   How the architecture will be designed for steady state operations and be capable of surging to enhanced steady state and search operations.

j. **Budget Narrative:**  Provide a cost breakdown of all items requested and a narrative establishing need.

k. **Project Plan Requirements:** The Lead Agency should verify that each of the following documents have been created and updated, as required, and provide certification to this fact or a projected date of completion. Each document will indicate concurrence by all STC principal partners. The CWMD STC Program Office will provide templates and help coordinate significant assistance in the production of these documents if required:
   o Regional Strategic Plan
   o Regional Organizational Chart
   o Committee Charters
   o Regional Implementation Plan
   o Regional Operations Plan
   o Regional Multi-Year Training and Exercise Plan/Calendar
   o Regional Information Exchange Plan
   o Life-Cycle Sustainment Plan

   Once finalized, each of the above documents should be placed in a periodic review cycle to update as the program matures.

**11. Other Submission Requirements**
   a. All applicants for this award must:
      1. Be registered in SAM before submitting its application;
      2. Provide a valid DUNS number in its application; and
      3. Continue to maintain an active SAM registration with current information at all times during which it has an active federal award or an application or plan under consideration by a federal awarding agency.

      DHS may not make a federal award to an applicant until the applicant has complied with all applicable DUNS and SAM requirements and, if an applicant has not fully complied with the requirements by the time DHS is ready to make a federal award. DHS may determine that the applicant is not qualified to receive a federal award and use that determination as a basis for making a federal award to another applicant.
   b. DHS is participating in the Grant Solution initiative to provide the grant community with a single site to find and apply for grant funding opportunities.

**12. Intergovernmental Review *(Include if applicable)***
   An intergovernmental review may be required. Applicants must contact their state's Single Point of Contact (SPOC) to comply with the state's process under Executive Order 12372.

   (See https://www.archives.gov/federal-register/codification/executive-order/12372.html; https://www.whitehouse.gov/wp-content/uploads/2019/02/SPOC-February-2019.pdf).

**13. Funding Restrictions**

DHS grant or cooperative agreement funds may only be used for the purpose set forth in the agreement and must be consistent with the statutory authority for the award.  Grant or cooperative agreement funds and non-monetary support may not be used for cost-sharing or matching funds for other Federal grants, lobbying, or intervention in Federal regulatory or adjudicatory proceedings.  In addition, Federal funds may not be used to sue the Federal government or any other government entity.

i)   Equipment purchases.
  (1) Except in limited circumstances, CWMD will not provide cooperative agreement funds for recipients to use to buy equipment.   At its discretion, CWMD may provide monetary assistance for the procurement of equipment by the recipient, if CWMD determines that monetary assistance is in the Government's best interest as a means to meet the needs of an applicant in a particular instance.  CWMD will work with recipients to identify the appropriate equipment for their operations and procure that equipment for them.  Personal Radiation Detectors (PRDs) will become the property of the recipients.  Other equipment will remain the property of the Federal Government, loaned to the recipients for their use as long as they participate in the STC program, or until they need to be replaced.  CWMD STC will maintain or replace all equipment as needed, as funding permits.
  (2) The Recipient shall be responsible for maintaining records of the location, functionality, status of the instrument and other related information, using the STC Inventory template. The recipient shall also be responsible for notifying the CWMD STC-designated regional asset management point of contact, to regularly report changes in instrument status and to provide an updated STC Inventory spreadsheet on a quarterly basis.
  (3) Title of PRDs will remain with the Recipient until closeout when disposition will be provided in writing by the DHS within 120 days of submission of final reports. Title of all other equipment will remain with CWMD.
ii)  Profit/Fee is not allowable except when subcontracting for routine goods and services with commercial organizations.
iii) Foreign travel is not permitted under this announcement.
iv)  Construction costs are not allowable under this funding opportunity.
v)   Training is limited to CWMD STC allowable courses.
vi)  Funds may be restricted in the event of the submission of an incomplete, untimely, or noncompliant application.

**14. Allowable Costs**

a) **Pre-Award Costs**
*Pre-Award Costs are not allowable, unless prior written approval is received from the CWMD Assistant Secretary.  Requests for Pre-Award Costs will require the submission of written justification on letterhead from the Executive level of the jurisdiction applying for the STC award.*

b) **Management and Administration (M&A) Costs**
M&A costs are allowable.  M&A are not operational costs but are necessary costs incurred in direct support of the grant or cooperative agreement or as a consequence of it, such as travel, meeting-related expenses, and salaries of full/part-time staff in direct support of the program.  As such these can be itemized in financial reports.

An application must provide in the Project Narrative a detailed description of these expenses.  DHS recommends the grant recipient establish a STC Program office to manage the day-to-day administration of the program.  This office should consist of a qualified full-time program manager and other part-time personnel required to manage the program locally (i.e. part-time financial specialist familiar with grant administration, a part-time program analyst familiar with nuclear detection operations, and administrative specialists to perform clerical duties).  **At a minimum, an initial region-wide program manager is required.**  Applicants should propose the minimum staff and supplies required for the program. DHS will allow the salary for this initial region-wide program manager to be an allowable M&A cost until CWMD hires and provides a federal employee to coordinate the STC program.

c) **Indirect Facilities & Administrative (F&A) Costs**
Indirect costs are allowable.  Provide a copy of the latest rate agreement negotiated with a cognizant Federal agency.  If the applicant organization is in the process of initially developing or renegotiating a rate, upon notification that an award will be made, it should immediately develop a tentative indirect cost rate proposal based on its most recently completed fiscal year, in accordance with the cognizant agency's guidelines for establishing indirect cost rates and submit it to the cognizant agency.  Applicants awaiting approval of their indirect cost proposals may also request indirect costs.  When an indirect cost rate is requested, those costs included in the indirect cost pool should not also be charged as direct costs to the award.  Also, if the applicant is requesting a rate that is less than what is allowed under the program, the authorized representative of the applicant's organization must submit a signed acknowledgement that the applicant is accepting a lower rate than allowed.

d) **Supplanting of Funds**
Funds approved under this Award will be used to supplement and not to supplant other funds dedicated to this effort.

Page **18** of **45**

**E.** **Application Review Information**

    **1.** **Application Evaluation Criteria**

        **a.** **Programmatic Criteria**

        Consistent with the Homeland Security Act of 2002 ("HSA") (Pub. L. 107-296), as amended by section 2(a)(10) of the Countering Weapons of Mass Destruction Act of 2018 (Pub. L. 115-387), codified at 6 U.S.C. 596b., subsection 1928(c), the Secretary of Homeland Security has designated eligible STC Program implementation cities/regions from among the FEMA Administrator's designated section 2003's high-risk urban areas that are also which are located in the proximity of FBI Level 5 Stabilization Teams. The STC eligibility requirement is based on Urban Area Security Initiative eligibility; however, CWMD has added the Stabilization Team alignment to the eligibility requirements to synchronize with the FBI in critical areas of the country by leveraging partnerships and unique capabilities that the FBI has established in these regions.

        **b.** **Financial Integrity Criteria**

        Prior to making a federal award, the *DHS GFAD* is required by 31 U.S.C. § 3321 note, 41 U.S.C. § 2313, and 2 C.F.R.§ 200.205 to review information available through any OMB-designated repositories of government wide eligibility qualification or financial integrity information. Therefore, application evaluation criteria may include the following risk-based considerations of the applicant:
1) Financial stability.
2) Quality of management systems and ability to meet management standards.
3) History of performance in managing federal award.
4) Reports and findings from audits.
5) Ability to effectively implement statutory, regulatory, or other requirements.

        **c.** **Supplemental Financial Integrity Criteria and Review**

        Prior to making a federal award where the anticipated total federal share will be greater than the simplified acquisition threshold, currently $250,000 (see Section 805 of the National Defense Authorization Act for Fiscal Year 2018, Pub. L. No. 115-91, OMB Memorandum M-18-18 at https://www.whitehouse.gov/wp-content/uploads/2018/06/M-18-18.pdf):

1) *DHS GFAD* is required to review and consider any information about the applicant that is in the designated integrity and performance system accessible through SAM, which is currently the Federal Awardee Performance and Integrity Information System (FAPIIS) and is accessible through the beta.sam website.
2) An applicant, at its option, may review information in FAPIIS and comment on any information about itself that a federal awarding agency previously entered.

3) *DHS GFAD* will consider any comments by the applicant, in addition to the other information in FAPIIS, in making a judgment about the applicant's integrity, business ethics, and record of performance under federal awards when completing the review of risk posed by applicants as described in 2 C.F.R. § 200.206.

## 2. Review and Selection Process

This is an initial announcement for application for a new multi-year cooperative agreement centered on sustainment and expansion of existing STC implementations. This is a non-competitive process open only to those eligible as defined in Section C.

In FY21, STC will focus this NOFO on all STC regions that are previous recipients under the STC Program, have received their fifth year of funding under the program, and which have R/N detection equipment that has exceeded or is at the end of its expected lifecycle.

The Applicant will be required to submit a new budget that will go through a cost analysis review and justification for any changes in scope.

Prior to making a Federal award with a total amount of Federal share greater than the simplified acquisition threshold, DHS is required to review and consider any information about the applicant that is in the designated integrity and performance system accessible through SAM (currently FAPIIS).

An applicant, at its option, may review information in the designated integrity and performance systems accessible through SAM and comment on any information about itself at a Federal awarding agency previously entered and is currently in the designated integrity and performance system accessible through SAM.

DHS will consider any comments by the applicant, in addition to the other information in the designated integrity and performance system, in making a judgment about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 2 CFR §200.205 Federal awarding agency review of risk posed by applicants."

Applications from eligible applicants under this NOFO will be reviewed by the STC Program Office and the GFAD personnel to ensure that the application contains all the required information and that the project aligns with the priorities of the STC Program. If additional information is required, the appropriate DHS point of contact will contact the Lead Agency to coordinate the required documentation. DHS may withhold making an award until the required documentation is received or make an award with restrictions depending on the requirement needing to be met.

**F. Federal Award Administration Information**

1.  **Notice of Award**

    Before accepting the award, the AOR and recipient should carefully read the award package. The award package includes instructions on administering the grant award and the terms and conditions associated with responsibilities under federal awards. **Recipients must accept all conditions in this NOFO as well as any special terms and conditions in the Notice of Award to receive an award under this program.**

    The applicant can expect to receive a cooperative agreement award via Grants Solution and by email executed by a DHS Grants Officer authorized to obligate DHS funding.

2.  **Pass-Through Requirements**

    There are no pass-through requirements.

3.  **Administrative and National Policy Requirements**

    All successful applicants for DHS grant and cooperative agreements are required to comply with DHS Standard Terms and Conditions, which are available online at: DHS Standard Terms and Conditions.

    The applicable DHS Standard Terms and Conditions will be those in effect at the time the award was made, unless the application is for a continuation award. In that event, the terms and conditions in effect at the time the original award was made will generally apply. What terms and conditions will apply for the award will be clearly stated in the award package at the time of award.

4.  **Reporting**

    a.  **Federal Financial Reporting Requirements**

        The Federal Financial Report (FFR) form is available online at: SF-425 *OMB #4040-0014*

    b.  **Programmatic Performance Reporting Requirements**

        Quarterly operations reporting is required and is a vital tool for the STC Federal Program Office's monitoring of the implementation process and the overall effectiveness of the program. Quarterly Operations Reports will include detailed information from cities on achieving key performance metrics and program milestones and enforcing reporting requirements on performance during exercises. The quarterly operations reporting is directly tied to the performance measures and completing the report enables the CWMD STC Program Office to monitor progress and continually improve the implementation process.

        1)  Quarterly Operations and Grant Progress Reports will be uploaded in Grants Solution and submitted to the DHS STC Program Officer.

2) The Recipient will submit quarterly Operations Reports within 30 days of the end of each reporting period.  Quarterly Performance Reports will describe accomplishments in terms of the approved project objectives as detailed in a Plan of Actions and Milestones or Gantt chart.  The Quarterly Operations Reports will include information on:

   i. Operations, such as use of equipment for steady-state, enhanced steady-state operations, and search operations;

   ii. Equipment, such as how many of each type of equipment CWMD provided to the grant recipient during the quarter, and how many are operational;

   iii. Training, such as the numbers of instructors, the numbers of courses conducted and of which types, and the total number of qualified operators;

   iv. Exercises, such as the number and types of drills and exercises planned and conducted, along with status of after-action reports and improvement plans;

   v. Reachback and reporting, such as the number of alarms adjudicated, and how many were resolved locally, through National Reachback (DOE Triage), or through the CBP Laboratory Sciences S Desk; and

Program management, such as numbers of press releases, numbers of district attorneys, judges, and executive leaders briefed, and amount of backfill and overtime dollars expended for training and exercises.

**c. Additional Reporting Requirements**

Other Progress Reports will be submitted as required and include operational reports such as exercise after action summaries, deployment summaries, etc.

1. The Quarterly Performance Report Template is located in Section I of NOFO Appendix 1.
2. Formats and instructions concerning these reports will be provided by the CWMD STC Implementation Team after award.

**d. Closeout Reporting Requirements**

Within 120 days after the end of the period of performance, or after an amendment has been issued to close out a grant, recipients must submit the following:

1) The final request for payment, if applicable;
2) The final FFR (SF-425);
3) The final progress report detailing all accomplishments;
4) A qualitative narrative summary of the impact of those accomplishments throughout the period of performance; and
5) Other documents required by this NOFO, terms and conditions of the award, or other *DHS GFAD* guidance.

If applicable, an inventory of all construction projects that used funds from this program must be reported with the final progress report.

After these reports have been reviewed and approved by *DHS GFAD*, a closeout notice will be completed to close out the grant.  The notice will indicate the period of

performance as closed, list any remaining funds that will be deobligated, and address the requirement of maintaining the grant records for three years from the date of the final FFR, unless a longer period applies, such as due to an audit or litigation, for equipment or real property used beyond the period of performance, or due to other circumstances outlined in 2 C.F.R. § 200.334.

In addition, any recipient that issues subawards to any subrecipient is responsible for closing out those subawards as described in 2 C.F.R. § 200.344. Recipients acting as pass-through entities must ensure that they complete the closeout of their subawards in time to submit all necessary documentation and information to *DHS GFAD* during the closeout of their prime grant award.

The recipient is responsible for returning any funds that have been drawn down but remain as unliquidated on recipient financial records.

e.  **Disclosing Information per 2 C.F.R. § 180.335**
    This reporting requirement pertains to disclosing information related to government-wide suspension and debarment requirements.  Before a recipient enters into a grant award with *DHS GFAD*, the recipient must notify *DHS GFAD* if it knows if it or any of the recipient's principals under the award fall under one or more of the four criteria listed at 2 C.F.R. § 180.335:
    1)  Are presently excluded or disqualified;
    2)  Have been convicted within the preceding three years of any of the offenses listed in 2 C.F.R. § 180.800(a) or had a civil judgment rendered against it or any of the recipient's principals for one of those offenses within that time period;
    3)  Are presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses listed in 2 C.F.R. § 180.800(a); or
    4)  Have had one or more public transactions (federal, state, or local) terminated within the preceding three years for cause or default.

    At any time after accepting the award, if the recipient learns that it or any of its principals falls under one or more of the criteria listed at 2 C.F.R. § 180.335, the recipient must provide immediate written notice to *DHS GFAD* in accordance with 2 C.F.R. § 180.350.

f.  **Reporting of Matters Related to Recipient Integrity and Performance** *(if applicable)*
    Per 2 C.F.R. Part 200, Appendix I § F.3, the additional post-award reporting requirements in 2 C.F.R. Part 200, Appendix XII may apply to applicants who, if upon becoming recipients, have a total value of currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies that exceeds $10,000,000 for any period of time during the period of performance of an

Page **23** of **45**

award under this funding opportunity.  Recipients that meet these criteria must maintain current information reported in FAPIIS about civil, criminal, or administrative proceedings described in paragraph 2 of Appendix XII at the reporting frequency described in paragraph 4 of Appendix XII.

5. **Monitoring and Oversight**

Per 2 C.F.R. § 200.329, DHS GFAD, through its authorized representatives, has the right, at all reasonable times, to conduct desk reviews, make site visits to review project accomplishments and management control systems to review project accomplishments and to provide any required technical assistance.  During site visits, DHS GFAD will review grant recipients' files related to the grant award.  As part of any monitoring and program evaluation activities, grant recipients must permit DHS GFAD, upon reasonable notice, to review grant-related records and to interview the organization's staff and contractors regarding the program.  Recipients must respond in a timely and accurate manner to DHS GFAD requests for information relating to the grant program**.**

## G. <u>DHS Awarding Agency Contact Information</u>

a. **Contact and Resource Information**

The NOFO must give potential applicants a point(s) of contact for answering questions or helping with problems while the funding opportunity is open.  The intent of this requirement is to be as helpful as possible to potential applicants, so the DHS FAO should consider approaches such as giving:

DHS Grants Officer:
Janet Bailey
DHS Grants Officer
Janet.Bailey@hq.dhs.gov
202-447-0362

DHS Program Officer:
Christopher Magrino
Christopher.Magrino@hq.dhs.gov
202-254-7443

Component web address*: https://www.dhs.gov/operations-support-directorate*

## H. <u>Additional Information</u>

a. **Period of Performance Extensions**

Extensions to the period of performance under this program are *allowed.*

Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.

2) The extension request will be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.

3) Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification to be processed. The justification is a written explanation of the reason or reasons for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. Without performance and financial status reports current and justification submitted, extension requests will not be processed.

4) DHS has no obligation to provide additional resources/funding as a result of an extension.

Extensions will be considered on a case by case basis. An awardee must demonstrate significant operational or procurement issues to be considered for an extension.

**b. Other**

**Obligation by DHS/GFAD**

Publication of this Notice of Funding Opportunity (NOFO) does not obligate the Department of Homeland Security (DHS), Grants and Financial Assistance Division (GFAD) to award any specific number of grants and/or cooperative agreements or to obligate any particular amount of funding.

**Program Income**

No program income is anticipated to be generated under the award(s) at this point. However, if program income generates during the implementation of the program, the Grants Officer reserves his/her rights in determining exactly how that income will be treated and considered under the award, in line with 2 CFR 200.307. Otherwise, the following will be observed:

For U.S. Organizations, the following paragraph (e) (1) of the 2 CFR 200.307 must apply:

"(1) Deduction. Ordinarily program income must be deducted from total allowable costs to determine the net allowable costs. Program income must be used for current costs unless the Federal awarding agency authorizes otherwise. Program income that the non-Federal entity did not anticipate at the time of the Federal award must be used to reduce the Federal award and non-Federal entity contributions rather than to increase the funds committed to the project." For non-U.S. organizations, see the provision named "Program Income."

c. **Appendices**
Appendix I **– page 28**

**Disclosure**

**Risk Assessment Evaluation**

DHS staff will evaluate the risks to the program posed by each applicant, including conducting due diligence to ensure an applicant's ability to manage federal funds. This evaluation is in addition to the evaluation of the applicant's eligibility and the quality of its application on the basis of the Selection Criteria, and results from this evaluation may assist funding decisions. If an award is made, DHS may apply special conditions that correspond to the degree of risk of the award.

In evaluating risks, DHS may consider the following:
- Financial stability;
- Quality of management systems and ability to meet the management standards prescribed in applicable OMB Guidance;
- Applicant's record in managing previous DHS awards, cooperative agreements, or procurement awards, including:

1. Timeliness of compliance with applicable reporting requirements
2. Accuracy of data reported
3. Conformance to the terms and conditions of previous federal awards
4. If applicable, the extent to which any previously awarded amounts will be expended prior to future awards
5. Information available through OMB-designated repositories of government-wide eligibility qualification or financial integrity information, such as: Federal Awardee Performance and Integrity Information System (FAPIIS), Duns and SAM
6. Reports and findings from single audits performed under Subpart F – Audit Requirements, 2 C.F.R. Part 200 and findings and reports of any other available audits
7. Applicant organization's annual report
8. Publicly available information, including information from the applicant organization's website
9. Applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on award recipients.

In addition, organizations who have not received prior DHS Grants and Financial Assistance Division (GFAD) awards may be required to complete a risk assessment questionnaire as part of the pre-award financial and administrative review.

**Applicant Disclosure of High-Risk Status**

Applicants are to disclose if they are currently designated as high risk by a federal awarding agency.  This includes, but is not limited to, any status requiring additional oversight by a federal awarding agency due to past programmatic, administrative or financial concerns. If an applicant is designated as high risk by a federal awarding agency, it should provide an explanation with the application package and include the following information:

- The federal awarding agency that assigned the high-risk status;
- The federal awarding agency's point of contact for the risk status, including name, phone number and email address;
- Date of the risk status designation;
- Reason(s) for the risk status.

DHS seeks this information to ensure appropriate federal oversight of all grant awards. The disclosure of an organization's risk status does not disqualify it from receiving an award; however additional grant oversight may be required.  If necessary, this information will be provided in the award documentation.  Failure to disclose high risk status may result in award termination or other remedies.

# Appendix 1

**Section A: STC Program Phases and Deployment Postures**

**STC Program Phases**

The Department of Homeland Security (DHS) intends to enable State and local operations for nuclear detection through a four-phased Securing the Cities (STC) Program that provides for the implementation of nuclear detection capabilities in all eligible Urban Area Security Initiative (UASI) regions as defined in the accompanying funding opportunity.  The four phases and their transition points are described below.

**Phase I (Engagement):** CWMD, along with Federal partners, engages directly with regional principal partners and operational partners to assist in establishing the regional program management structure and to identify regional participants, and determine baseline capabilities, operational requirements, and gaps. CWMD fosters increased understanding and awareness of the nuclear threat, the benefit of mutually supportive enhanced regional capabilities to detect and interdict nuclear threats, and increased cooperation and coordination among regional jurisdictions and agencies. Key milestones of Phase I include establishment of the regional program management office and governance (functional committee) structure, designation of all regional partners, and identification of regional requirements for training, equipment, and reporting/information exchange. **Phase I is expected to take up to one year.**

**Phase II (Implementation):** Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC) to detect and report the presence of R/N materials that are out of regulatory control. Key tasks to be completed include development of operations and deployment plans including alarm adjudication protocols, deployment of equipment, delivery of training and exercise support, and technical program assistance. Key milestones of Phase II include completion of a regional operations plan and proficient responders using R/N detection equipment in the field for Steady State/Enhanced Steady State operations and reporting in accordance with the Domestic WMD Detection Concept of Operations (CONOPS) and regional protocols.  During this phase, the region is expected to execute its Multi-year Training and Exercise Plan (MYTEP). **Phase II is expected to take three years.**

**Phase III (Integration):** During Phase III, CWMD expects that a region will be fully mission capable (FMC) and successfully demonstrate the ability to integrate into a national detection framework. To that end, the region will conduct a series of exercises commencing with a table top exercises (TTX) and culminating with a full-scale exercise (FSE) that exercises the regional detection and reporting capability in the context of a an operational scenario that leads up to and

includes a federally led operation. Successful completion of this exercise will be the criterion for transitioning to the Sustainment phase and for a region becoming eligible for Federal STC Program sustainment funding. **Phase III is expected to last one year.**

Phase IV (Sustainment): At the five-year point, contingent upon successful completion of the regional FSE, a region enters the sustainment phase of the STC Program. CWMD continues to provide direct technical and financial support to sustain the regional capability. A region is expected to execute all plans supporting sustainment, including the regional MYTEP and comply with all reporting criteria required by CWMD. CWMD provides equipment maintenance and recapitalization for the region. To maintain eligibility for CWMD Federal sustainment funding, a region is expected to successfully complete the FSE cycle outlined in the Integration phase every five years. This requirement is intended to aid a region in setting intermediate and long-term goals that facilitate long term sustainment of the regional detection and reporting capability. It will require enduring program management to maintain eligibility for continued Federal support.

Section B: Eligible Equipment

Equipment will be purchased through the CWMD STC Office and provided to principal partners. Equipment decisions will be made based upon the region's validated requirements and with concurrence of DHS CWMD and the regional partners. Eligible equipment for purchase is limited to those items that fall within the categories described below. If applicable, eligible equipment must be designed with the intent to meet or exceed the radiation detection requirements of the American National Standards Institute (ANSI) standard for each category. Where applicable, the appropriate military specification standards can be used in place of ANSI standards for eligible equipment types. Manufacturers offering new equipment for consideration should be asked to provide evidence of independent testing for compliance with these standards.

**Special Requirements for Real Time Data Streaming, Sharing and Reporting:** Primary screening equipment purchased with STC funds (by state and local agencies or provided through CWMD procurements to STC stakeholders), must transmit near real time data to the STC Information Sharing Environment (DHS GII) via an approved transmission method, protocols, schemas and other guidance provided by the DHS CWMD STC PMO. This also applies to special equipment which may be approved by the CWMD STC PM, if data transmission is deemed necessary. Secondary screening equipment purchased with STC funds (by state and local agencies or through CWMD procurements) must be fully configurable and functional with an Android OS tablet. This includes setting up instrument parameters, changing settings and downloading spectral files to the tablet. It must be possible to download data to the Android tablets, without the use of a third-party applications (e.g. downloading

using the OS of the Android). The RIIDs must be able to download data in at least two ways. One way must use a physical connection (cable) or SD card. The second way must be using an approved wireless method (traditional, non-tethering Bluetooth or secure WIFI). Secondary screening data shall be reported using one of the STC approved GIS/Reachback tools.

**Special Requirements for Neutron Detection Equipment:** Helium-3 ($^3$He) is an important element used in several national security, homeland defense, and medical applications. The supply of $^3$He may be limited. Grantees developing NUCLEAR DETECTION capability may be unable to acquire $^3$He gas for neutron detection equipment and should seek alternatives.

| Equipment Category | Standard |
|---|---|
| Alarming Personal Radiation Detectors (PRDs) | ANSI/IEEE N42.32 |
| Portable Radiation Detection Instrumentation | ANSI/IEEE N42.33 |
| Hand-held Instruments for the Detection & Identification of Radionuclides | ANSI/IEEE N42.34 |
| Mobile and Transportable Radiation Monitors. While detection systems configured to fit into helicopters and maritime vessels are authorized, helicopters and maritime vessels are not an allowable expense | ANSI/IEEE N42.43 |
| Alarming Electronic Personal Emergency Radiation Detectors | ANSI/IEEE N42.49A |
| Non-Alarming Personal Emergency Radiation Detectors | ANSI/IEEE N42.49B |
| Non-Spectroscopic Backpack-based Radiation Detection Systems | ANSI/IEEE N42.53 |
| Equipment necessary to facilitate response protocols, information | NA |
| Sealed radiation sources for training. Sealed radiation sources for system calibration and/or function checks. Storage lockers, if necessary, to maintain physical security of sources | Various |
| Equipment associated with preventive nuclear detection system calibration or maintenance, excluding vehicle maintenance | NA |

Section C: Eligible Training

DHS FEMA certified/approved training courses and CWMD approved operational workshops described below are eligible as allowable cost items under this announcement.  In addition, vendors of equipment listed in Section B may offer familiarization seminars on the operation, calibration, and maintenance of their equipment.  Vendor familiarization seminars may be eligible, when obtained from the specific vendor from which Section B equipment is purchased and with STC Program Manager approval

**Training Course/Category:**
- AWR-140 — WMD Rad/Nuc Awareness
- AWR-140-1 — WMD Rad/Nuc Awareness Train the Trainer (TTT)
- PER-243 — WMD Rad/Nuc Personal Radiation Detection (PRD)
- PER-243-01 — WMD Rad/Nuc Personal Radiation Detector (PRD) TTT
- PER-245 — Secondary Screener/Radiation Isotope Identifier Device (SS/RIID)
- PER-246 — Primary Screener Backpack Basic (PS/BB)
- PER-247 — Secondary Screener/Radiation Detection Kit Operations and Strategies Course (SS/RDK)
- PER-300 — Primary Screener (PRD) Refresher (Instructor Led, TTT, Web based)
- PER-349 — Primary Screener (Backpack) Refresher (Instructor Led Training TTT, Web based)
- PER-355 — Equipment Employment (PS and SS)
- HSEEP — Homeland Security Exercise Evaluation Program Training
- CWMD — Sponsored STC Operational Workshops (this includes Radiation Safety Officer Training, both initial and refresher)
- Courses necessary for the authorized transportation, storage, and use of sealed radiation sources, based on NRC or NRC Agreement State regulations
- Other Radiological/Nuclear Detection related courses approved on a case-by-case basis by STC Program Manager

To receive funding for self-delivered training courses, agencies must have a cadre of instructors who are certified through an instructor development course. Hardcopy course materials are sent to requesting agencies for delivery at their local training sites, by the local agency's certified instructors. The following courses are FEMA approved courses for self-delivery by stakeholders:

- DHS-013-PREV  Primary Screening: PRD Basic Operator
- DHS-014-PREV  Primary Screening: Backpack
- DHS-012-PREV  Primary Screening: Mobile Detection System
- DHS-015-PREV  Secondary Screening: RIID

Section D: Reports

**CWMD STC Program Office Reports**

**Quarterly Operations Report**: Quarterly operations reports must be submitted within 30 days of the end of each reporting quarter during the period of performance.  Quarters end on the last day of March, June, September, and December.  The STC Program Office requires one regional report from the Lead Agency each quarter.  Each principal partner must submit this report to Lead Agency for inclusion in the overall quarterly operations report.



**STC Quarterly Operations Report**
**FOR OFFICIAL USE ONLY**

**Directions:** Principal stakeholder should fill out all blank fields.

| AGENCY INFORMATION | |
|---|---|
| **Agency Name:** | |
| **Date:** | |
| **Point of Contact:** | |
| **Email:** | |
| **Telephone:** | |

| SECTION 1.0 OPERATIONS | |
|---|---|
| Number of instruments deployed daily – steady state operations | |
| Percentage of instruments deployed daily - steady state operations | |
| Number of enhanced steady state deployments | |
| Number of instruments deployed per day of enhanced steady state | |
| Percentage of instruments deployed per day of enhanced steady state | |
| Number of search operation deployments | |
| Number of instruments deployed per day of search operations | |
| Percentage of instruments deployed per day of search operations | |
| Number of rad/nuc detection capable vehicle and/or vessel patrols | |
| Frequency of rad/nuc detection capable vehicle and/or vessel patrols | |
| Duration of rad/nuc detection capable vehicle and/or vessel patrols | |
| Average time between initial detection and final resolution | |
| Number of operational activity reports submitted to CWMD | |

| SECTION 2.0 EQUIPMENT | |
|---|---|
| Number of PRDs provided by CWMD this quarter | |
| Number of Backpacks provided by CWMD this quarter | |
| Number of Mobile Systems provided by CWMD this quarter | |
| Number of RIIDs provided by CWMD this quarter | |
| Number of PRDs fully operational this quarter | |
| Percentage of PRDs fully operational this quarter | |
| Number of Backpacks fully operational this quarter | |
| Percentage of Backpacks fully operational this quarter | |
| Number of Mobile Systems fully operational this quarter | |
| Percentage of Mobile Systems fully operational this quarter | |
| Number of RIIDs fully operational this quarter | |
| Percentage of RIIDs fully operational this quarter | |
| Number of PRDs requiring maintenance actions this quarter | |
| Number of Backpacks requiring maintenance actions this quarter | |
| Number of Mobile Systems requiring maintenance actions this quarter | |
| Number of RIIDs requiring maintenance actions this quarter | |

**FOR OFFICIAL USE ONLY**  v4.3  March 2021

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Page 1 of 2



**STC Quarterly Operations Report**
**FOR OFFICIAL USE ONLY**

| SECTION 3.0 TRAINING | |
|---|---|
| Number of certified rad/nuc instructors | |
| Number of initial Primary Screening approved or certified training courses conducted | |
| Number of refresher Primary Screening approved or certified training courses conducted | |
| Number of initial Secondary Screening approved or certified training courses conducted | |
| Number of refresher Secondary Screening approved or certified training courses conducted | |
| Number of qualified operators | |
| **SECTION 4.0 EXERCISES** | |
| Number of drills and exercises scheduled | |
| Number of drills and exercises conducted | |
| Number of discussion based exercises (seminars, workshops, table tops) conducted | |
| Number of operations based exercises (functional, drills, full scale) conducted | |
| Number of Reachback drills conducted at state or local level | |
| Number of Reachback drills conducted at National-Level (Triage) | |
| Number of after action reports pending | |
| Number of improvement plans pending | |
| Number of drills/exercise reports submitted to CWMD | |
| **SECTION 5.0 REACHBACK AND REPORTING** | |
| Number of alarms adjudicated and resolved at local level and reported to STC GIS app | |
| Number of alarms adjudicated and resolved through National-Level Reachback(Triage) | |
| | |
| | |
| **SECTION 6.0 PROGRAM MANAGEMENT** | |
| Backfill and overtime dollars expended to execute training courses this quarter | |
| Backfill and overtime dollars expended to execute drills and exercises this quarter | |
| | |
| | |
| | |
| | |
| | |
| **SECTION 7.0 COMMENTS** | |
| General Comments | |

**FOR OFFICIAL USE ONLY**       **v4.3   March 2021**

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Page 2 of 2

**Submit Form**

**Student Training Rosters:** Student training roster information must be submitted within 5 business days after Preventative Radiological and Nuclear Detection (PRND) training concludes. Reports must be submitted via the STC Student Training Web Application or using the STC provided Excel template.  The below information must be provided in advance of reporting, in order to update the database for each region. All of the data on the STC Excel template must be reported, in addition, including but not limited to the data below:

- Attendee first/last name
- Regional Training Site address
- Instructor first/last name
- Attendee Agency affiliation
- Agency Work Duty Station/Address

**Operational Activity Report:** Operational activity reports must be submitted within 5 business days of completion of the Enhanced Steady State/Search operation.  (Note: Steady State operations must also be reported in the Quarterly Operations Reports – See Section I).  Reports must be submitted via the STC geospatial report form in the Survey123 application. The STC provided fillable .pdf document may be used in special circumstances, pending arrangements with the CWMD STC PMO



STC Operational Activity Report Form Generic July 17 2019 final.pdf

**Secondary Screening Alarm Report:** Minimizing delays in the notification to federal response assets is critical. The protocols discussed herein do not prohibit or preclude domestic first responder agencies from using and employing their own organic reach back and adjudication capabilities (State and Local-Level Reach back). Mission partners will use their agency SOP and will contact either DOE/NNSA Triage or LSSD-TC when the responder cannot resolve an alarm in the field and/or when any of the triggers for National-Level Reach back are present, per the Domestic Detection CONOPS. STC Secondary Screening Alarms must be reported using one of the approved STC geospatial tools.

The local FBI WMD Field Office must be notified, per local agency SOPs, whenever secondary screeners are dispatched.

**Drill/Exercise Reports:** Drill/Exercise reports must be submitted upon the completion of the drill/exercise.    Reports must be submitted via the STC geospatial report form in the Survey123 application. The STC provided fillable .pdf document may be used in special circumstances,

Page **35** of **45**

pending arrangements with the CWMD STC PMO.



STC Drill and Exercise Reporting Form Generic July 17 2019 FOUO final.pdf

**DHS Grants Office Reports**

**Quarterly Financial Reporting:** Lead Agencies shall include as an attachment on the quarterly basis a detailed Standard Form – Federal Financial Report (SF-FFR/SF-425) spending information on drawdowns from the Payment Management System (PMS). The information must be reported by the following budget categories:

- Salary and Wages
- Travel
- Equipment
- Supplies
- Contractual
- Other
- Indirect Costs

6.  Section E: Final Performance Reports

Final Performance Reports shall be submitted 90 days after the expiration date of the Performance Period.  STC Program Office requires the lead agency (applicant) to provide a final report.

**FINAL REPORT**

**STC Implementation:** _____ **Date**: _____

**Principal Author**: _____

**Title:** _____

**Phone**: _____

Prepare a brief narrative report discussing the highlights of the project. Address the following topics (use additional pages if necessary).

**Summary:**
1.  **Training Issues:**

    **Solutions:**

2.  **Exercise/Drills Issues:**

    **Solutions:**

3.  **Equipment Issues:**

    **Solutions:**

4.  **Protocol Issues:**

    **Solutions:**

7. Section F: Eligible Costs

Definitions of eligible costs under each task area:
- Planning & Organization
- Training
- Exercises

**Planning & Organization**
- Developing and enhancing plans and protocols
- Developing information exchange plans
- Reviews, assessments, and inspections
- Developing communications and interoperability protocols and solutions
- Planning to enhance security during heightened alerts, during nuclear terrorist incidents
- Development of Memoranda of Understanding or Mutual Aid Agreements
- Developing and maintaining deployment schedules and operational readiness status
- Development of operational plans and associated logistics, for venue screening (e.g. stadiums) or heightened periods of alert
- Supplies necessary for planning
- Management of the resultant Cooperative Agreement, including compliance with reporting and data collection requirements
- Travel/per diem related to planning activities
- Overtime or backfill costs for the above planning and organization items, and/or hiring full- or part-time staff or contract/consultants to assist with planning activities
- Other planning and organization activities with prior approval of DHS

**Equipment**

- Equipment necessary to deliver any Section C course
- Equipment maintenance, calibration (for RIIDs and mobile systems) and logistics of Section B items
- Travel/per diem related to allowable maintenance, calibration and logistics of Section B items
- Overtime or backfill costs for Section B maintenance, calibration and logistics, and/or hiring full- or part-time staff or contract/consultants to assist with equipment purchase, maintenance, calibration and logistics activities
- Other equipment items with prior approval of DHS

**Training**

- Contracts for delivery of any Section C course
- Backfill or overtime costs for attending or instructing any Section C course
- Travel/per diem to attend or instruct any Section C course
- Supplies necessary to deliver any Section C course
- Other training courses or activities with prior approval of DHS

**Exercises**

- Design, develop, conduct and evaluate a **Homeland Security Exercise and Evaluation Program** (HSEEP) compliant exercise
- Exercise planning workshops
- Full- or part-time staff or contractors/consultants to design, develop, conduct and/or evaluate the Full Scale or Table-Top Exercises that the STC region is required to conduct per the STC Implementation Plan
- Overtime or backfill costs, including expenses for part-time and volunteer law enforcement or emergency response personnel participating an HSEEP compliant exercise
- Travel/per diem for the above exercise activities
- Supplies for the above exercise activities
- Other exercise activities with prior approval of DHS

8. Section G: Sample Budget Format

| OBJECT CLASS | Equipment | Exercise Planning | Exercise Execution | Training Costs | Workshop Costs | Total |
|---|---|---|---|---|---|---|
| Personnel | 0 | $10 | $5 | $25 | $110 | |
| Fringe Benefits | 0 | $1 | $2 | $ 2 | 2 | $7 |
| Travel | 0 | $20 | $32 | $ 7 | 7 | $66 |
| Equipment | $100 | 0 | 0 | 0 | 0 | $100 |
| Supplies | 0 | 2 | $33 | $ 35 | $15 | $85 |
| Contractual | 0 | $50 | $96 | $ 65 | $40 | $309 |
| Construction | 0 | 0 | 0 | 0 | 0 | $0 |
| Other | $100 | 0 | 0 | 0 | 0 | $0 |
| Total Direct | 0 | $83 | $271 | $134 | $89 | $677 |
| Indirect Charges | $100 | $2.2 | $11.4 | $5.40 | $5.40 | $24 |
| TOTAL | $200 | $85 | $283 | $139 | $94 | $702 |

Where appropriate for a task (at a minimum, equipment purchases, training costs, exercise costs, etc.), support these task budget summaries with a jurisdiction-by-jurisdiction breakout using the same object class categories. Example:

| Task Budget: Equipment | Purchase A | Purchase B | Purchase C | Purchase D | Total |
|---|---|---|---|---|---|
| Personnel | 0 | 0 | 0 | 0 | 0 |
| Fringe Benefits | 0 | 0 | 0 | 0 | 0 |
| Travel | 25 | 0 | 0 | 0 | 25 |
| Equipment | 25 | 25 | 25 | 25 | 100 |
| Supplies | 0 | 0 | 0 | 0 | 0 |
| Contractual | 0 | 0 | 0 | 0 | 0 |
| Construction | 0 | 0 | 0 | 0 | 0 |
| Other | 25 | 0 | 0 | 0 | 25 |
| Total Direct | 75 | 25 | 25 | 25 | 150 |
| Indirect Charges | 25 | 0 | 0 | 0 | 25 |
| TOTAL | 100 | 25 | 25 | 25 | 175 |

| TASK BUDGET: Exercise Execution | | | | | |
|---|---|---|---|---|---|

| | Jurisdiction A | Jurisdiction B | Jurisdiction C | Jurisdiction D | Total | |
|---|---|---|---|---|---|---|
| Personnel | 10 | 12 | 11 | 15 | 48 | |
| Fringe Benefits | 2 | 2.5 | 1.5 | 3 | 9 | |
| Travel | 30 | 25 | 6 | 0 | 61 | |
| Equipment | 0 | 0 | 0 | 0 | 0 | |
| Supplies | 3 | 7 | 2 | 13 | 25 | |
| Contractual | 0 | 0 | 0 | 0 | 0 | |
| Construction | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | |
| Total Direct Charges | 45 | 46.5 | 20.5 | 31 | 143 | |
| Indirect Charges | 2.4 | 2.9 | 2.5 | 3.6 | 11.4 | |
| TOTAL | 47.4 | 49.4 | 23 | 34.6 | 154.4 | |

9. Section H: Memorandum of Understanding Template

A Memorandum of Understanding (MOU) is required of an agency when an application for funds includes an explicit non-financial collaboration with partnering organizations. The MOU provides documentation that demonstrates the organizations have consulted and coordinated the responsibilities of their grant activities.

The following elements should be considered when constructing an MOU:

- Describe each partner agency;
- State the purpose of the MOU;
- Clearly describe the agreed upon roles and responsibilities each organization or agency will be providing to ensure project success. The roles and responsibilities should align with project goals, objectives and target outputs;
- Identify the staff responsible for completing the specific responsibilities;
- Describe how the collaboration/partnership benefits the project;
- Describe the resources each partner would contribute to the project. This can be contributing staff time, making in-kind contributions, delivering services, offering training or expertise, etc.;
- Provide a statement that the lead agency accepts full responsibility for the performance of the collaborative organizations/agencies; and
- Reporting and information sharing requirements of DHS CWMD and responsibilities of each partner
- Equipment, training and Backfill and Overtime reimbursement
- Confidentiality agreement related to handling of STC related data and information
- The MOU must be signed by all partners. Signatories must be officially authorized to sign on behalf of the agency and include title and agency name.

# <u>MEMORANDUM OF UNDERSTANDING</u>

**All *italicized* sentences are considered instructions and should be deleted prior to the submission of the final MOU.**

This Memorandum of Understanding (MOU) is entered into by and between: *Provide the agency name and a brief description of each agency.*

A. <u>Purpose</u>.  *State the purpose of the MOU.  Include statements that explain how the collaborative relationship enhances or benefits the Applicant's program;*

B. <u>Roles and Responsibilities</u>.  *Clearly describe and delineate the agreed upon roles and responsibilities each organization or agency will be providing to ensure project success.  The roles and responsibilities should align with project goals, objectives and target outputs.  This may be contribution of staff time, in-kind contributions of space or materials, delivery of program services, provision of training or staff expertise, etc.*

Agency A agrees to:

| Responsibility/Activity | Responsibility/Activity |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Agency B agrees to:

| Responsibility/Activity | Responsibility/Activity |
|---|---|

| | |
|---|---|
| | |
| | |
| | |

**C.** **Reporting Requirements.** *Describe who will be responsible for collecting, collating and submitting data as per the project target outputs and outcomes.*

**D.** **Timeframe.** *Clearly state the time period that this MOU will be in effect.*
This MOU will commence on _____ and will dissolve at the end of the grant funding period on _____.

**F**. **Confidentiality.**

In order to ensure the safety of clients, all parties to the Memorandum of Understanding agree to adhere to the confidentiality expectations as outlined in the Grant Agreement.

The designated lead agency accepts full responsibility for the performance of the collaborative organizations/agencies.

This Memorandum of Understanding is the complete agreement between _____ and _____; it may be amended only by written agreement signed by each of the parties involved.

*The MOU must be signed by all partners.  Signatories must be officially authorized to sign on behalf of the agency and include title and agency name.*

**AGENCY A**

Authorized Official: _____          _____

Signature                                    Printed Name and Title

Page **44** of **45**

Address: _____

Telephone(s): _____

E-Mail Address: _____

**<u>AGENCY B</u>**

Authorized Official: _____     _____

                                    Signature                               Printed Name and Title

Address: _____

Telephone(s): _____

E-Mail Address: _____

# Exhibit D

| 1. DATE ISSUED  *MM/DD/YYYY* <br> 07/27/2021 | 1a. SUPERSEDES AWARD NOTICE dated <br> except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |
|---|---|

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

301 7th Street, SW, RM 3051
Mail Stop 0115
Washington, DC 20528

**2. CFDA NO.**
97.106 - Cooperative Agreements, I - USE OF PROPERTY, FACILITIES, OR EQUIPMENT, L - DISSEMINATION OF TECHNICAL INFORMATION

**3. ASSISTANCE TYPE**  Cooperative Agreement

| 4. GRANT NO. 21CWDSTC00017-01-00 <br> **Formerly** | 5. TYPE OF AWARD <br> Other |
|---|---|
| 4a. FAIN  21CWDSTC00017 | 5a. ACTION TYPE  New |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/30/2021 | **Through** | 08/31/2030 |

| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/30/2021 | **Through** | 08/31/2022 |

# NOTICE OF AWARD
AUTHORIZATION (Legislation/Regulations)
Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

**8. TITLE OF PROJECT (OR PROGRAM)**
Securing the Cities Program, 2021 STC Sustainment, DHS-ST-21-106-STC-0001

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| CHICAGO, CITY OF <br> 3510 S Michigan Ave <br> Chicago, IL 60653-1020 | Michelle  Cullerton-Conforti <br> 3510 S. Michigan Avenue <br> Chicago, IL 60653-1020 <br> Phone: 312-745-3908 |
| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
| Michelle  Cullerton-Conforti <br> 3510 S Michigan Ave <br> Chicago, IL 60653-1020 <br> Phone: 312-745-3908 | Kristina  Frierson <br> 7th And D Street SW <br> Washington, DC 20407-0001 <br> Phone: 202-440-1703 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation  **II**

| | | II |
|---|---|---|
| a. | Salaries and Wages …………….....………… | 401,000.00 |
| b. | Fringe Benefits …………….....………… | 216,500.00 |
| c. | Total Personnel Costs …..………… | 617,500.00 |
| d. | Equipment …………………………….. | 0.00 |
| e. | Supplies …………………………….. | 0.00 |
| f. | Travel …………………………….. | 0.00 |
| g. | Construction …………………………….. | 0.00 |
| h. | Other …………………………….. | 0.00 |
| i. | Contractual ……………………………… | 0.00 |
| j. | TOTAL DIRECT COSTS ⟶ | 617,500.00 |
| k. | INDIRECT COSTS | 32,500.00 |
| l. | **TOTAL APPROVED BUDGET** | 650,000.00 |
| m. | Federal Share | 650,000.00 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of  Federal Financial Assistance (from item 11m) | 650,000.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 650,000.00 |
| 13. Total Federal Funds Awarded to Date for Project Period | 650,000.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16**. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**   (Other Terms and Conditions Attached -   ● Yes   ○ No)

The following award specific award restrictions have been placed on your award:

1. All costs associated with equipment are restricted pending approved equipment cost estimates from vendors.

2. All costs associated with travel are restricted pending approved travel requests.

**GRANTS MANAGEMENT OFFICIAL:**

Janet Bailey
7th and D Street SW
Washington DC , DC 20407
Phone: (202)447-0362

| 17.OBJ CLASS  4100 | 18a. VENDOR CODE  366005820 | 18b. EIN  366005820 | 19. DUNS  144578965 | 20. CONG. DIST.  01 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a.  O92470910411 | b.  CWDSTC00017A | c.  STC | d.  $438,225.67 | e.  O92470910411 |
| 22. a.  O10270130411 | b.  CWDSTC00017A | c.  STC | d.  $211,774.33 | e.  70130411 |
| 23. a. | b. | c. | d. | e. |

# AWARD ATTACHMENTS

CHICAGO, CITY OF                                        21CWDSTC00017-01-00

1. Award Letter
2. GFAD TERMS
3. FY 21 DHS TERMS



**U.S. Department of Homeland Security**
Washington, DC 20528

July 27, 2021

Annette Nance-Holt
Acting Fire Commissioner
Chicago Fire Department
3510 S. Michigan Avenue
2nd Floor
Chicago, Illinois 60653-1020

RE: Agreement No. **21CWDSTC00017**

Dear Ms. Nance-Holt:

Congratulations!  I am pleased to inform you that the Department of Homeland Security (DHS) has approved your Securing the Cities application.  Your 2020 Securing the Cities application was approved for a cooperative agreement in the amount of $650,000.00.  The following award specific award restrictions have been placed on your award:

1.  All costs associated with equipment are restricted pending approved equipment cost estimates from vendors.

2.  All costs associated with travel are restricted pending approved travel requests.

Attached are the Notice of Award, GFAD and DHS Terms and Conditions for the Program. Please review the documents in their entirety, to become familiar with the requirements of the STC Program.

The Grants and Financial Assistance Division utilizes the GrantSolutions system, which is an online grants management system. Grantees will be able to access their grant portfolio, submit applications, submit performance and financial status reports, access grant related correspondence, and request amendments.  However, each user must establish an account by completing this form - Grantee User Account Form from this link:

https://www.grantsolutions.gov/support/registration.html.



**Chicago Fire Department**                                                                      Page | 2

Accounts should be established for your Authorizing Official and Program Director, as well as any other users who require access and notifications of award activity. All Grantee User Account forms should be submitted directly to the GrantSolutions Help Desk at: help@grantsolutions.gov. We ask that all accounts for relevant staff be established no later than **Monday, August 9, 2021**.

In addition to GrantSolutions, GFAD uses the Department of Health and Human Services (DHHS), Payment Management System (PMS) for payment of funds under all awards. PMS is a full service central payment and cash management system which requires you to establish a user account. You are encouraged to immediately complete the required PMS access forms. Otherwise payments for any work performed under the grant program will not be processed until these forms are properly submitted to PMS, and an account has been established for your organization. Please note the following:

> **If your organization has never received grant funds from the DHS Grants and Financial Assistance Division, you must complete the New User and Account Establishment process** directly on the PMS site. Additional information may be found at: https://pms.psc.gov/grant-recipients/access-newuser.html . When completing the SF1199A form, Section 2 should contain the following information: Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528-0115.

> **If you have received grant funds through this DHS-HQ Grants office in the past**, you will not be required to submit these forms. However, please contact me to verify your account information prior to attempting to access funds.

Lastly and as a reminder, under the terms and conditions of this award, your organization must maintain an active System for Award Management (SAM) registration at https://www.sam.gov/portal/public/SAM/ The account must remain active until you send the final financial report or until you receive the final payment, whichever is later. If your organization's SAM registration expires during the required period, the Service will suspend payment under this [and all other service] awards to your organization until the registration is updated by your organization.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:          Program Officer, Kristina Frierson
                                     kristina.Frierson@hq.dhs.gov
                                     Desk: 202 254 7216
                                     BB:  202 440 1703



**Chicago Fire Department** Page | 3

Grant/Fiscal related matters:  Grant Officer, Ms. Janet Bailey
Email: Janet.Bailey@HQ.DHS.GOV
Phone: (202) 447-0362

Sincerely,

JANET T
BAILEY

Digitally signed by JANET
T BAILEY
Date: 2021.07.27 11:21:54
-04'00'

Janet Bailey
Grants Officer
Grants and Financial Assistance Division
Office of Procurement Operations
Office of the Chief Procurement Officer

Enclosures
 Award
 Terms and Conditions

**COOPERATIVE AGREEMENT TERMS AND CONDITIONS**
**GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)**

In addition to the **DHS Standard Terms and Conditions** as outlined here: http://www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions, the following Terms and Conditions apply specifically to this award as administered by the Grants and Financial Assistance Division (GFAD):

## ARTICLE I.    GENERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. AWARD SPECIFIC TERMS AND CONDITIONS

All costs associated with equipment are restricted pending approved equipment cost estimates from vendors.

All costs associated with travel are restricted pending approved travel requests.

### B. DHS PROGRAMMATIC INVOLVEMENT

By and through the lead agency/recipient, DHS provides assistance to regional partners to:

Closely coordinate planning, operations, and information exchange between regional partners, CWMD, and other Federal agencies.

Conduct training and exercises to further the nuclear detection mission in the region and gain proficiency in detection operations.

Develop a robust mobile architecture and equipment set for both land and maritime pathways focused on steady-state operations that is flexible enough to surge to enhanced detection postures.

Execute the CWMD STC information exchange methodology so that multiple STC regions may exchange data amongst each other, CWMD, and other Federal partners.

Achieve better integration of Federal, State, and local capabilities allowing regional support to national operations, in accordance with the Domestic Detection CONOPS. CWMD will provide the Domestic Detection CONOPS to grant recipients along with templates for regional and local operational plans and procedures.

### C. AMENDMENTS AND REVISIONS

1. Budget Revisions

a. The Recipient shall obtain prior written approval from the DHS Grants Officer for transfers of funds between direct cost categories in the approved budget when such cumulative transfers among those direct cost categories exceed ten percent of the total budget approved.

b. The Recipient shall obtain prior written approval from the DHS Grants Officer for any budget revision that would result in the need for additional resources/funds.

c. The Recipient is not authorized at any time to transfer amounts budgeted for direct costs to the indirect costs line item or vice versa, without prior written approval of the DHS Grants Officer.

2. Extension Request

a. Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.

b. The extension request shall be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.

c. Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification in order to be processed. The justification is a written explanation of the reason or reasons for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. In addition, extension requests shall not be processed without up-to-date performance and financial status reports.

d. DHS has no obligation to provide additional resources/funding as a result of an extension.

## D. EQUIPMENT

1. Title to equipment acquired by the Recipient with Federal funds provided under this Award shall vest in the Recipient, subject to the conditions pertaining to equipment in the 2 CFR Part 200.

2. Prior to the purchase of Equipment in the amount of $5,000 or more per unit cost, the recipient must obtain the written approval from DHS.

submit an inventory that will include a description of the property; manufacturer model number, serial number or other identification number; the source of property; name on title; acquisition date; and cost of the unit; the address of use; operational condition of the property; and, disposition data, if applicable. This report will be due with the Final Progress Report ninety (90) days after the expiration of the Project Period, and shall be submitted via GrantSolutions using the using the help/Support guidance entitled, "Quicksheet: Add a Grant Note" guidance found here: https://www.grantsolutions.gov/support/granteeUsers.html

## E. FINANCIAL REPORTS

1. Quarterly Federal Financial Reports – the Recipient shall submit a Federal Financial Report (SF-425) into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date. Reports are due on 1/30,4/30, 7/30, and 10/30.  The report shall be submitted via www.GrantSolutions.gov using the Grant submission guidance entitled, "Grantee Reporting Process: Federal Financial Report"  found here: https://www.grantsolutions.gov/support/granteeUsers.html

2. Final Federal Financial Report – the Recipient shall submit the final Federal Financial Report (SF-425) into the GrantSolutions system no later than 120 days after the end of the Project Period end date. The report shall be submitted via www.GrantSolutions.gov by using the Help/ Support menu to access the Grant Recipient Support and Reference guidance entitled, "Grant Recipient Process: Federal Financial Report."

3. Quarterly Federal Financial Reports (Cash Transaction) – the Recipient shall submit the Federal Financial Report (SF-425) Cash Transaction Report to the Department of Health and Human Services, Payment Management System. Quarterly Cash Transaction reports shall be submitted no later than 1/30, 4/30, 7/30, and 10/30.

## F. PAYMENT

The Recipient shall be paid in advance using the U.S. Department of Health and Human Services/Payment Management System, provided it maintains or demonstrates the willingness and ability to maintain procedures to minimize the time elapsing between the transfer of the funds from the DHS and expenditure disbursement by the Recipient. When these requirements are not met, the Recipient will be required to be on a reimbursement for costs incurred method.

Any overpayment of funds must be coordinated with the U.S. Department of Health and Human Services/Payment Management System.

## G. PERFORMANCE REPORTS

1. Annual Performance Reports – the Recipient shall submit performance reports into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date. Reports are due on Apr 30, Jul 30 Oct 30, and Jan 30. The report shall be submitted via www.GrantSolutions.gov using the Help/Support Reference entitled, "Grant Recipient Process: Performance Progress Reporting.

a. Performance reports must provide information on the overall progress by quarter. These reports shall include:

* A comparison of actual accomplishments with the goals and objectives established for the period.
* Reasons why established objectives were not met, if applicable.
* Other pertinent information including, when appropriate, analysis and explanation of cost overruns.

b. If the performance report contains any information that is deemed proprietary, the Recipient will denote the beginning and ending of such information with asterisks (******)

2. Final Performance Report – the Recipient shall submit the Final Performance Report into the GrantSolutions system no later than 120 days after the expiration of the Project Period. The Final Performance Report shall be submitted via www.GrantSolutions.gov using the Help/Support guidance as noted above in G.1.

## H. PERIOD OF PERFORMANCE

The approved Project and Budget Periods for the supported activity is contingent upon the following:

1. Acceptable performance of the project as determined by the Department of Homeland Security (DHS);

2. If applicable, acceptance and approval of each non-competing continuation application by the DHS;
3. Subject to the availability of annual DHS appropriated funds.

## I. PRIOR APPROVAL REQUIRED

The Recipient shall not, without the prior written approval of the DHS, request reimbursement, incur costs or obligate funds for any purpose pertaining to the operation of the project, program, or activities prior to the approved Budget Period.

## ARTICLE II.    GENERAL TERMS AND CONDITIONS

## A. ACCESS TO RECORDS.

The Recipient shall retain financial records, supporting documents, statistical records, and all other records pertinent to this Award for a period of three years from the date of submission of the final expenditure report. The only exceptions to the aforementioned record retention requirements are the following:

1. If any litigation, dispute, or audit is started before the expiration of the three-year period, the records shall be retained until all litigation, dispute or audit findings involving the records have been resolved and final action taken.

2. Records for real property and equipment acquired with Federal funds shall be retained for three (3) years after final disposition.

3. The DHS Grants Officer may direct the Recipient to transfer certain records to DHS custody when he or she determines that the records possess long term retention value. However, in order to avoid duplicate recordkeeping, the DHS Grants Officer may make arrangements for the Recipient to retain any records that are continuously needed for joint use.

DHS, the Inspector General, Comptroller General of the United States, or any of their duly authorized representatives, have the right of timely and unrestricted access to any books, documents, papers, or other records of the Recipient that are pertinent to this Award, in order to make audits, examinations, excerpts, transcripts and copies of such documents. This right also includes timely and reasonable access to Recipient's personnel for the purpose of interview and discussion related to such documents. The rights of access in this award term are not limited to the required retention period, but shall last as long as records are retained.

With respect to sub-recipients, DHS shall retain the right to conduct a financial review, require an audit, or otherwise ensure adequate accountability of organizations expending DHS funds. Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Access to Records).

## B. COMPLIANCE ASSURANCE PROGRAM OFFICE TERMS AND CONDITIONS

The Compliance Assurance Program Office (CAPO) is comprised of the DHS Treaty Compliance Office (TCO), Export Control Group (ECG), and the DHS Regulatory Compliance Office (RCO).  The Compliance Assurance Program Manager (CAPM) is the DHS official responsible for overseeing CAPO and implementing procedures to ensure that the Recipient and any Recipient institutions/collaborators under this Award comply with international treaties, federal regulations, and DHS policies for Arms Control Agreements, Biosafety, Select Agent and Toxin Security, Animal Care and Use, the Protection of Human Subjects, Life Sciences Dual Use Research of Concern, and Export Controls.

CAPO collects and reviews relevant documentation pertaining to this Award on behalf of the Compliance Assurance Program Manager.  Additional guidance regarding the review process is provided in the following sections, along with contact information for the TCO, RCO, and ECG.  This guidance applies to the Recipient and any/all Recipient institutions involved in the performance of work under this Award. The Recipient is responsible for ensuring that any/all Recipient institutions and collaborators comply with all requirements and submit relevant documentation, as outlined in sections C – G below, for work being performed under this Award.

## C. TREATY COMPLIANCE FOR BIOLOGICAL AND CHEMICAL DEFENSE EFFORTS

The Recipient and any Recipient institution shall conduct all biological and chemical defense research, development, and acquisition projects in compliance with all arms control agreements of the U.S., including the Chemical Weapons Convention (CWC) and the Biological Weapons Convention (BWC).  DHS Directive 041-01, *Compliance With, and Implementation of, Arms Control Agreements*, requires all such projects to be systematically evaluated for compliance at inception, prior to funding approval, whenever there is significant project change, and whenever in the course of project execution an issue potentially raises a compliance concern.

1. Requirements for Initial Treaty Compliance Review.  To ensure compliance with DHS Directive 041-01, for each new biological and/or chemical defense-related effort (including paper and modeling studies) to be conducted under this Award, **the Recipient must submit the following documentation for compliance review and certification prior to funding approval**: a completed Treaty Compliance Form (TCF), which includes a Project Summary; a BWC Checklist; and/or a CWC Checklist.

2. Requirements for Ongoing Treaty Compliance Review.  To ensure ongoing treaty compliance for approved biological and/or chemical defense-related efforts funded through this Award, **the Recipient must submit the following documentation for review and approval prior to any significant project change and/or whenever in the course of project execution an issue potentially raises a compliance concern:** an updated Treaty Compliance Form and an updated Statement of Work detailing the proposed modification. The proposed project modification must receive written approval from CAPO prior to initiation.  Examples of project modifications include – but are not limited to—the addition of agents, a change in performer, modifications to the scope of work, and changes to the technical approach.

The Recipient should contact the Treaty Compliance Office (TCO) at treatycompliance@hq.dhs.gov to obtain the TCF template, submit the completed Form, or request additional guidance regarding TCO documentation and review requirements, as applicable to (1) new biological and/or chemical defense-related efforts, or (2) modifications to previously approved efforts.  The TCO will review all submitted materials and provide written confirmation of approval to initiate work to the Recipient once the treaty compliance certification process is complete.  **The Recipient and any Recipient institution shall not initiate any new activities, or execute modifications to approved activities, until receipt of this written confirmation.**

## D. REGULATORY COMPLIANCE FOR BIOLOGICAL LABORATORY WORK

The Recipient and any Recipient institution shall conduct all biological laboratory work in compliance with applicable federal regulations; the latest edition of the CDC/NIH Biosafety in Microbiological and Biomedical Laboratories; DHS Directive 066-02, Biosafety; and any local institutional policies that may apply for Recipient institution facilities performing work under this Award.  The Regulatory Compliance Office (RCO) will review the submitted Treaty Compliance Form (TCF) for planned work under this Award to determine the applicability of the requirements outlined in this section.  **The Recipient must contact the RCO at STregulatorycompliance@hq.dhs.gov for guidance on the requirements, and then submit all required documentation based on RCO guidance, prior to the initiation of any biological laboratory work under this Award.**

1. Requirements for All Biological Laboratory Work.  Biological laboratory work includes laboratory activities involving: (1) recombinant DNA or 'rDNA'; (2) Biological Select Agents and Toxins or 'BSAT'; or (3) biological agents, toxins, or other biological materials that are non-rDNA and non-BSAT.  **Each Recipient and any Recipient institution to be conducting biological laboratory work under this Award must submit copies of the following documentation, as required by the RCO after review of the TCF(s), for review prior to the initiation of such work:**

a. Research protocol(s), research or project plan(s), or other detailed description of the biological laboratory work to be conducted;
b. Documentation of project-specific biosafety review for biological laboratory work subject to such review in accordance with institutional policy;
c. Institutional or laboratory biosafety manual (may be a related plan or program manual) for each facility/laboratory to be involved in the biological laboratory work;

d. Biosafety training program description (should be provided as available in existing policies, plans, and/or manuals for all relevant facilities/laboratories where work is conducted;

e. Documentation of the most recent safety/biosafety inspection(s) for each facility/laboratory where the biological laboratory work will be conducted;

f. Exposure Control Plan, as applicable;

g. Documentation from the most recent Occupational Safety and Health Administration (OSHA) or State Occupational Safety and Health Agency inspection report; a copy of the OSHA Form 300 Summary of Work Related Injuries and Illnesses or equivalent, for the most recent calendar year; and documentation of any OSHA citations or notices of violation received in the past five years; and

h. Documentation from the most recent U.S. Department of Transportation (DOT) inspection report; and documentation of any DOT citations or notices of violation received in the past five years.

2. Requirements for Research Involving Recombinant DNA (rDNA). Laboratory activities involving rDNA research are defined by the NIH Guidelines for Research Involving Recombinant DNA Molecules, "NIH Guidelines". Each Recipient and any Recipient institution shall conduct all rDNA work in compliance with the NIH Guidelines. In addition to the documentation referenced in Section B.1 above, **each facility conducting research activities involving rDNA under this Award must submit copies of the following documentation to the RCO for review prior to the initiation of such activities:**

a. Institutional Biosafety Committee (IBC) Charter, and/or other available documentation of IBC policies and procedures;
b. Most recent Office of Biotechnology Activities (OBA) acknowledgement letter of the annual IBC Report;
c. IBC-approved rDNA research protocol(s); and
d. Documentation of final IBC approval for each rDNA research protocol and all subsequent renewals and amendments as they occur.

3. Requirements for Activities Involving Biological Select Agents and Toxins (BSAT). **Planned activities involving the possession transfer, and/or use of BSAT must be reviewed by the RCO prior to initiation.** This requirement also applies to activities involving select toxins that fall below the Permissible Toxin Limits, both at facilities registered with the National Select Agent Program and at unregistered facilities. Each Recipient and any Recipient institution shall conduct all BSAT work in compliance with all applicable regulations, including 42 C.F.R. § 73, 7 C.F.R. § 331, and 9 C.F.R. § 121, related entity- and laboratory-specific policies and procedures, and DHS Directive 026-03, *Select Agent and Toxin Security.* **In addition to the documentation referenced in Section B.1 above, each facility conducting activities involving BSAT under this Award must submit copies of the following documentation to the RCO for review prior to the initiation of such activities:**

a. Current APHIS/CDC Certificate of Registration;
b. Most recent APHIS/CDC inspection report(s), response(s), and attachment(s);
c. Current versions of the Biosafety, Security, and Incident Response Plans required and reviewed under the Select Agent Regulations; and

   d. Documentation of the most recent annual BSAT facility inspection, as required of the Responsible Official under the Select Agent Regulations.

The Recipient should contact the CAPO at STregulatorycompliance@hq.dhs.gov to obtain the RCO Documentation Request Checklist, submit documentation, or request more information regarding the DHS RCO documentation and compliance review requirements.  The CAPO will provide written confirmation of receipt of all required documentation to the designated Point(s) of Contact.  The CAPO will evaluate the submitted materials, along with available documentation from any previous reviews for related work at the Recipient and Recipient institution.  Additional documentation may be required in some cases and must be submitted upon request.  The CAPO will review all submitted materials and provide written confirmation to the Recipient once all requirements have been met.

CAPO review of submitted materials may determine the need for further compliance review requirements, which may include documentation-based and on-site components.  The Recipient, and any Recipient institutions conducting biological laboratory work under this Award, must also comply with ongoing CAPO compliance assurance and review requirements, which may include but are not limited to initial and periodic documentation requests, program reviews, site visits, and facility inspections.

The Recipient must promptly report the following to the CAPO, along with any corrective actions taken: (1) any serious or continuing biosafety or BSAT program issues as identified by the APHIS/CDC National Select Agent Program, other compliance oversight authorities, or institutional-level reviews (e.g., IBC or equivalent, laboratory safety/biosafety inspections); (2) any suspension or revocation of the APHIS/CDC Certificate of Registration; and (3) any for-cause suspension or termination of biological, rDNA, or BSAT activities  at the laboratories/facilities where DHS-sponsored work is conducted.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to applicable DHS requirements for biological laboratory activities.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions (e.g., BMBL and NIH Guidelines).  The Recipient must provide CAPO documentation sufficient to illustrate this compliance. The CAPO will evaluate compliance measures for these institutions on a case-by-case basis.  The Recipient must not initiate work nor provide funds for the conduct of biological laboratory work under this Award without CAPO's formal written approval.

## E. RESEARCH INVOLVING ANIMALS

The Recipient and any Recipient institution shall conduct all research involving animals under this Award in compliance with the requirements set forth in the Animal Welfare Act of 1966 (P.L. 89-544), as amended, and the associated regulations in 9 C.F.R., Chapter 1, Subchapter A; the Public Health Service (PHS) Policy on Humane Care and Use of Laboratory Animals (which adopts the "U.S. Government Principles for the Utilization and Care of Vertebrate Animals used in Testing, Research, and Training", 50 FR 20864, May 20, 1985); the National Research Council (NRC) Guide for the Care and Use of Laboratory Animals; the Federation of Animal Science Societies (FASS) Guide for the Care and Use of Agricultural Animals in Agricultural Research and Teaching; and any additional requirements set forth in the DHS Directive for the Care and Use of Animals in Research (026-01). Each Recipient and any Recipient institution planning to perform research involving animals under this Award must comply with the requirements and submit the documentation outlined in this section.

1. Requirements for Initial Review of Research Involving Animals. Research Involving Animals includes any research, experimentation, biological testing, and other related activities involving live, vertebrate animals, including any training for such activities. Each facility conducting research involving animals under this Award must submit copies of the following documentation to the CAPO for review prior to the initiation of such research:

a. Institutional Animal Care and Use Committee (IACUC)-approved animal research protocol(s), including documentation of IACUC approval, any protocol amendments, and related approval notifications;
b. Public Health Service (PHS) Animal Welfare Assurance, including any programmatic amendments, and the most recent NIH Office of Laboratory Animal Welfare (OLAW) approval letter for each Recipient and Recipient institution; OR DHS Animal Welfare Assurance, if the Recipient is not funded by the PHS and does not have a PHS Assurance on file with OLAW. Any affiliated IACUCs must be established under the same requirements as set forth in the PHS Policy;

c. Most recent IACUC semiannual program review and facility inspection reports covering all relevant facilities/laboratories involved in DHS-funded work; and
d. Most recent Association for Assessment and Accreditation of Laboratory Animal Care (AAALAC) inspection report(s) for AAALAC-accredited institution(s) housing and/or performing work involving animals under this Award.

All documentation, as well as any questions or concerns regarding the requirements referenced above, should be submitted to the CAPO at STregulatorycompliance@hq.dhs.gov. Additional documentation may be required in some cases and must be submitted upon request. The CAPO will review all submitted materials and provide written confirmation to the Recipient once all documentation requirements have been met. Upon receipt of this written confirmation, the Recipient may initiate approved animal research projects under this Award, but must address any potential compliance issues or concerns identified by the CAPO. Research involving the use of nonhuman primates or international collaborations involving animal research will require more extensive review prior to approval, and must not begin under this Award without first obtaining a formal certification letter from the CAPO.

The Recipient, as well as any Recipient institution and partner institutions conducting animal research under this Award, shall also comply with ongoing CAPO compliance assurance functions, which may include but are not limited to periodic site visits, program reviews, and facility inspections.

2. Requirements for Ongoing Review of Research Involving Animals.  For ongoing animal research activities, each Recipient and any Recipient institutions must submit updates to the CAPO regarding any amendments or changes to (including expiration, renewal, or completion of) ongoing animal protocols as they occur, and may be required to submit annual updates regarding the ACU program at Recipient and Recipient institutions.  Annual updates may include, but are not limited to, the IACUC semiannual (program review and facility inspection) reports, the USDA inspection report, and the most recent AAALAC inspection report, as applicable.

The Recipient must promptly report the following to the CAPO, along with any corrective actions taken: (1) any serious or continuing noncompliance with animal care and use regulations and policies adopted by DHS (as referenced above); (2) any change in AAALAC accreditation status; (3) any USDA Notice of Violation; and (4) IACUC suspension of any animal research activity conducted under this Award.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to all DHS requirements for work involving animals.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions (e.g., Title 9, C.F.R, Chapter 1, Subchapter A; Public Health Service Policy on Humane Care and Use of Laboratory Animals; the Guide for the Care and Use of Laboratory Animals; and the Guide for the Care and Use of Agricultural Animals in Agricultural Research and Teaching).  The Recipient must provide CAPO documentation sufficient to illustrate this compliance.  The CAPO will evaluate compliance measures for these institutions on a case-by-case basis to determine their sufficiency.  The Recipient must not initiate nor provide funds for the conduct of work involving animals at foreign institutions under this Award without formal written approval from the CAPO.

## F. REGULATORY REQUIREMENTS FOR LIFE SCIENCES DUAL USE RESEARCH OF CONCERN (DURC)

The Recipient and any Recipient institutions shall conduct all research involving agents and toxins identified in sections III.1 and 6.2.1 of the USG Policy for Oversight of Dual Use Research of Concern and USG Policy for the Institutional Oversight of Dual Use Research of Concern, respectively, in accordance with both policies referenced above and in accordance with any additional requirements set forth in related DHS policies and instructions. Each Recipient and any Recipient institutions planning to perform

1. Requirements for Research Using DURC Agents and Toxins. To ensure compliance with the USG DURC Policies, each facility conducting research involving the agents and toxins identified in sections III.1 and 6.2.1 of the USG DURC Policies under this Award must submit the following documentation for compliance review by CAPO prior to the initiation of such activities.

a. Institutional Review Entity (IRE) charter, and/or other available documentation of IRE policies and procedures, to include the contact information for the Institutional Contact for DURC (ICDUR);

b. Institution's project-specific risk mitigation plan, as applicable;

c. DURC training or education program description;

d. Formal annual assurance of compliance with the USG Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern;

e. A completed iDURC form and a Statement of Work.

2. Required Notifications to DHS:

a. Within 30 calendar days of initial and periodic reviews of institutional review of research with DURC potential, notify CAPO of the results, including whether the research does or does not meet the DURC definition.

b. Report, in writing, any instances of noncompliance and mitigation measures to correct and prevent future instances of noncompliance within 30 calendar days to CAPO.

3. Flowdown Requirements: The Recipient shall include the substance of this section in all sub-awards/contracts at any tier where the sub-Recipient is performing work with agents or toxins identified in sections III.1 of the USG Policy for Oversight of Dual Use Research of Concern and 6.2.1 of the USG Policy for the Institutional Oversight of Dual Use Research of Concern.

The Recipient should contact CAPO at STregulatorycompliance@hq.dhs.gov to submit documentation or to request more information regarding the DHS regulatory documentation and compliance review requirements. CAPO will provide written confirmation of receipt of all required documentation to the designated Points of Contact. CAPO will evaluate the submitted materials. Additional documentation may be required in some cases and must be submitted upon request. CAPO will review all submitted materials and provide written confirmation to the Recipient once all requirements have been met. Upon receipt of this written confirmation, the Recipient may initiate approved projects under this award.

In order to meet the reporting requirements set forth in section IV.2 of the 2012 USG Policy for Oversight of Life Sciences Dual Use Research of Concern (the biannual DURC Data Call), the Recipient and any Recipient institution shall submit documentation regarding all active, planned or recently completed (within twelve months of the submission) unclassified intramural or extramural activities on Federally-funded or conducted life science research projects biannually on the first Monday in May and November. The Recipient should contact CAPO at STregulatorycompliance@hq.dhs.gov to submit documentation. Documentation should include an update on all listed activities, including status, all agents or toxins incorporated by strain or surrogate name, performers, contract information, and sites of activities. Documentation should also include any changes to existing or completed projects since the most recent submission, including—but not limited to—the addition of agents, a change in performer, modifications to the scope of work, and/or changes to the technical approach. A supplemental report detailing all work involving low pathogenic avian influenza virus H7N9 (LPAI H7N9) and Middle East Respiratory Syndrome Coronavirus (MERS-CoV).

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to the iDURC policy.  The Recipient must provide CAPO documentation sufficient to illustrate this compliance. CAPO will evaluate compliance measures for these institutions on a case-by-case basis.  The Recipient must not initiate work nor provide funds for the conduct of biological laboratory work under this Award without CAPO's formal written approval.

## G. REGULATORY REQUIREMENTS FOR RESEARCH INVOLVING HUMAN SUBJECTS

The Recipient and any Recipient institutions shall conduct all Research Involving Human Subjects in compliance with the requirements set forth in 45 C.F.R. § 46, Subparts A-D, DHS Directive 026-04, Protection of Human Subjects, and any related DHS policies and instructions prior to initiating any work with human subjects under this Award.  Each Recipient and any Recipient institutions planning to perform research involving human subjects under this Award must submit the documentation outlined in this section for CAPO review.

1. Requirements for Research Involving Human Subjects.  Each facility conducting work involving human subjects under this Award is required to have a project-specific Certification of Compliance letter issued by the CAPO. Each Recipient must submit the following documentation to the CAPO for compliance review and certification prior to initiating research involving human subjects under this Award:

   a. Research protocol, as approved by an Institutional Review Board (IRB), for any human subjects research work to be conducted under this Award;
   b. IRB approval letter or notification of exemption (see additional information below on exemption determinations), for any human subjects research work to be conducted under this Award;

   c. IRB-approved informed consent document(s) (templates) or IRB waiver of informed consent for projects involving human subjects research under this Award; and
   d. Federal-wide Assurance (FWA) number from the HHS Office for Human Research Protections (OHRP), or documentation of other relevant assurance, for all Recipient institutions (including Sub-recipients) involved in human subjects research under this Award.

2. Exemptions for Research Involving Human Subjects.  Exemption determinations for human subject research to be conducted under this Award should only be made by authorized representatives of (1) an OHRP-registered IRB, or equivalent, or (2) the CAPO. Exemption determinations made by an OHRP-registered IRB, or equivalent, should be submitted to the CAPO for review and record-keeping. Program managers, principal investigators, research staff, and other DHS or institutional personnel should not independently make exemption determinations in the absence of an IRB or CAPO review.  DHS program managers (or institutions conducting human subjects' research under this Award) seeking an exemption determination from the CAPO should submit a request to STregulatorycompliance@hq.dhs.gov that includes the following:

a. Research protocol or detailed description of planned activities to be conducted under this Award.

b. Identification of the exemption category that applies to the project(s) to be conducted under this Award and explanation of why the proposed research meets the requirements for that category of exemption.

All documentation, as well as any questions or concerns regarding the requirements referenced above, should be submitted to the CAPO at STregulatorycompliance@hq.dhs.gov.  The submitted documentation will be retained by the CAPO and used to conduct a regulatory compliance assessment.  Additional documentation may be required in some cases to complete this assessment.  The Recipient must provide this documentation upon request, and address in writing any compliance issues or concerns raised by the CAPO before a certification letter is issued and participant enrollment can begin under this Award.  The CAPO will review all submitted materials and provide written confirmation to the Recipient once all documentation requirements have been met.

The Recipient and any Recipient institution shall submit updated documentation regarding ongoing research involving human subjects, as available and **prior to the expiration of previous approvals.**  Such documentation includes protocol modifications, IRB renewals for ongoing research protocols ("Continuing Reviews"), and notifications of study completion.

**The Recipient must promptly report the following to the CAPO, along with any corrective actions taken:** (1) any serious or continuing noncompliance with human subjects research regulations and policies adopted by DHS (as referenced above); and (2) suspension, termination, or revocation of IRB approval of any human subjects research activities conducted under this Award.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to all DHS and CAPO requirements for research involving human subjects.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions  (e.g., 45 C.F.R. § 46, including all Subparts, as relevant). The CAPO will evaluate compliance measures for these institutions on a case-by-case basis to determine their sufficiency.  The Recipient must not initiate nor provide funds for the conduct of work involving human subjects at foreign institutions under this Contract without formal written approval from the CAPO.

## H. COMPLIANCE WITH U.S. EXPORT CONTROLS

Activities performed by the Recipient and any Recipient institution under this Award may or may not be subject to U.S. export control regulations. The Recipient and any Recipient institution shall conduct all such activities, to include any and all DHS-funded research and development, acquisitions, and collaborations in full compliance with U.S. export controls—to include the Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), and the Office of Foreign Assets Control (OFAC) Regulations. The Recipient and any Recipient institution will ensure that all legal requirements for compliance with U.S. export controls are met prior to transferring commodities, technologies, technical data, or other controlled information to a non-U.S. person or entity. Upon DHS request, the Recipient and any Recipient institution must provide to CAPO documentation and any other information necessary to determine satisfaction of this requirement.

All documentation, as well as any questions or concerns regarding export controls, should be submitted to the CAPO at exportcontrols@hq.dhs.gov.

## I. CONTROLLED UNCLASSIFIED INFORMATION

The parties understand that information and materials provided pursuant to or resulting from this Award may be export controlled, sensitive, for official use only, or otherwise protected by law, executive order or regulation. The Recipient is responsible for compliance with all applicable laws and regulations. Nothing in this Award shall be construed to permit any disclosure in violation of those restrictions.

## J. PATENT RIGHTS AND DATA RIGHTS

Patent rights.

The Recipient is subject to applicable regulations governing patents and inventions, including government-wide regulations issued by the Department of Commerce at 37 C.F.R. Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements." The clause at 37 C.F.R. 401.14 is incorporated by reference herein. All reports of subject inventions made under this Award should be submitted to DHS using the Interagency Edison system website at http://@hq.dhs.gov.

Data rights.

1. General Requirements. The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, display, distribute copies, perform, disseminate, or prepare derivative works, and to authorize others to do so, for Government purposes in:

   a. Any data that is first produced under this Award and provided to the Government;
   b. Any data owned by third parties that is incorporated in data provided to the Government under this Award; or
   c. Any data requested in paragraph 2 below, if incorporated in the Award.
"Data" means recorded information, regardless of form or the media on which it may be recorded.

2. <u>Additional requirement for this Award</u>.

    a. <u>Requirement</u>: If the Government believes that it needs additional research data that was produced under this Award, the Government may request the research data and the Recipient agrees to provide the research data within a reasonable time.

    b. <u>Applicability</u>: The requirement in paragraph 2.a of this section applies to any research data that are:

        i. Produced under this Award, either as a Recipient or sub-recipient;

        ii. Used by the Government in developing an agency action that has the force and effect of law; and

        iii. Published, which occurs either when:

            1) The research data is published in a peer-reviewed scientific or technical journal; or

            2) DHS publicly and officially cites the research data in support of an agency action that has the force and effect of law

    c. <u>Definition of "research data:"</u> For the purposes of this section, "research data:"

        i. Means the recorded factual material (excluding physical objects, such as laboratory samples) commonly accepted in the scientific community as necessary to validate research findings.

        ii. Excludes:

            1) Preliminary analyses;

            2) Drafts of scientific papers;

            3) Plans for future research;

            4) Peer reviews;

            5) Communications with colleagues;

            6) Trade secrets;

            7) Commercial information;

            8) Materials necessary that a researcher must hold confidential until they are published, or similar information which is protected under law; and

            9) Personnel and medical information and similar information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, such as information that could be used to identify a particular person in a research study.

    d. <u>Requirements for sub-awards</u>: The Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Patent Rights and Data Rights) and the **DHS Standard Terms and Conditions** award term (Copyright).

## K. PROGRAM INCOME

<u>Post-award program income</u>:

In the event program income becomes available to the recipient post-award, it is the recipient's responsibility to notify the DHS Grants Officer to explain how that development occurred, as part of their request for guidance and/or approval. The Grant Officer will review approval requests for program income on a case-by-case basis; approval is not automatic. Consistent with the policy and processes outlined in §200.307, pertinent guidance and options, as determined by the type of recipient and circumstances involved, may be approved by the Grant Officer.

If approval is granted, an award modification will be issued with an explanatory note in the remarks section of the face page, concerning guidance and/or options pertaining to the recipient's approved request.  All instances of program income shall be listed in the progress and financial reports.


## L. PUBLICATIONS

1. All publications produced as a result of this funding which are submitted for publication in any magazine, journal, or trade paper shall carry the following:

a. Acknowledgement. "This material is based upon work supported by the U.S. Department of Homeland Security under Grant Award Number, 21CWDSTC00017."

b. Disclaimer. "The views and conclusions contained in this document are those of the authors and should not be interpreted as necessarily representing the official policies, either expressed or implied, of the U.S. Department of Homeland Security."

Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Publications).

2. Enhancing Public Access to Publications. "DHS Policy explicitly recognizes and upholds the principles of copyright. Authors and journals can continue to assert copyright in DHS-funded scientific publications, in accordance with current practice. The policy encourages authors to exercise their right to give DHS a copy of their final manuscript or software before publication.  While individual copyright arrangements can take many forms, DHS encourages investigators to sign agreements that specifically allow the manuscript or software to be deposited with DHS for public posting or use after journal publication.  Institutions and investigators may wish to develop particular contract terms in consultation with their own legal counsel, as appropriate.  But, as an example, the kind of language that an author or institution might add to a copyright agreement includes the following: "Journal (or Software recipient) acknowledges that the Author retains the right to provide a final copy of the final manuscript or software application to DHS upon acceptance for Journal publication or thereafter, for public access purposes through DHS's websites or for public archiving purposes."


## M. SITE VISITS

The DHS, through authorized representatives, has the right, at all reasonable times, to make site visits to review project accomplishments and management control systems and to provide such technical assistance as may be required. If any site visit is made by the DHS on the premises of the Recipient, or a contractor under this Award, the Recipient shall provide and shall require its contractors to provide all reasonable facilities and assistance for the safety and convenience of the Government representatives in the performance of their duties. All site visits and evaluations shall be performed in such a manner that will not unduly delay the work.


## N. TERMINATION

Either the Recipient or the DHS may terminate this Award by giving written notice to the other party at least thirty (30) calendar days prior to the effective date of the termination. All notices are to be transmitted to the DHS Grants Officer via registered or certified mail, return receipt requested. The Recipient's authority to incur new costs will be terminated upon arrival of the date of receipt of the letter or the date set forth in the notice. Any costs incurred up to the earlier of the date of the receipt of the notice or the date of termination set forth in the notice will be negotiated for final payment. Closeout of this Award will be commenced and processed pursuant to 2 CFR §200.339.

## O. TRAVEL

Travel required in the performance of the duties approved in this Award must comply with 2 CFR § 200.474.

**Foreign travel must be approved by DHS in advance and in writing.** Requests for foreign travel identifying the traveler, the purpose, the destination, and the estimated travel costs must be submitted to the DHS Grants Officer sixty (60) days prior to the commencement of travel.

## P. CLASSIFIED SECURITY CONDITION

1. "Classified national security information," as defined in Executive Order (EO) 12958, as amended, means information that has been determined pursuant to EO 12958 or any predecessor order to require protection against unauthorized disclosure and is marked to indicate its classified status when in documentary form.

2. No funding under this award shall be used to support a contract, sub-award, or other agreement for goods or services that will include access to classified national security information if the award recipient itself has not been approved for and has access to such information.

3. Where an award recipient has been approved for and has access to classified national security information, no funding under this award shall be used to support a contract, sub-award, or other agreement for goods or services that will include access to classified national security information by the contractor, sub-awardee or other entity without prior written approval from the DBS Office of Security, Industrial Security Program Branch (ISPB), or, an appropriate official within the Federal department or agency with whom the classified effort will be performed.

4. Such contracts, sub-awards, or other agreements shall be processed and administered in accordance with the DHS "*Standard Operating Procedures, Classified Contracting by State and Local Entities*," dated July 7, 2008; EOs 12829, 12958, 12968, as amended; the *National Industrial Security Program Operating Manual* (NISPOM); and/or other applicable implementing directives or instructions. All security requirement documents are located at: http://www.dhs.gov/xopnbiz/grants/index.shtm

5. Immediately upon determination by the award recipient that funding under this award will be used to support such a contract, sub-award, or other agreement, and prior to execution of any actions to facilitate the acquisition of such a contract, sub-award, or other agreement, the award recipient shall contact ISPB, or the applicable Federal department or agency, for approval and processing instructions.

DHS Office of Security ISPB contact information:

Telephone:  202-447-5346

Email:  DD254AdministrativeSecurity@dhs.Gov

Mail:  Department of Homeland Security
Office of the Chief Security Officer
ATTN: ASD/Industrial Security Program Branch
Washington, D.C. 20528

## Q. GOVERNING PROVISIONS

The following are incorporated into this Award by this reference:

31 CFR 205          Rules and Procedures for Funds Transfers

2 CFR Part 200          Uniform Administrative Requirement, Cost Principles, and Audit Requirements for Federal Awards

Application          Grant Application and Assurances dated June 7, 2021, as revised No Revision Required

## R.  ORDER OF PRECEDENCE

1. 2 C.F.R. Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards."

2. The terms and conditions of this Award

3. The Funding Opportunity,  'DHS-ST-21-106-STC-0001, Securing the Cities Program, 2021 STC Sustainment

4. Application and Assurances dated June 7, 2021, as revised  No Revision Required

# 2021 DHS Standard Terms and Conditions

**The 2021 DHS Standard Terms and Conditions apply to all new federal financial assistance awards funded in FY 2021. These terms and conditions flow down to subrecipients, unless an award term or condition specifically indicates otherwise. The United States has the right to seek judicial enforcement of these obligations.**

**Assurances, Administrative Requirements, Cost Principles, Representations and Certifications**

DHS financial assistance recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non-Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program, and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances applicable to their program as instructed by the awarding agency. Please contact the DHS FAO if you have any questions.

DHS financial assistance recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at Title 2, Code of Federal Regulations (C.F.R.) Part 200, and adopted by DHS at 2 C.F.R. Part 3002.

By accepting this agreement, the recipient and its executives, as defined in 2 C.F.R. § 170.315, certify that the recipient's policies are in accordance with OMB's guidance located at 2 C.F.R. Part 200, all applicable federal laws, and relevant Executive guidance.

## DHS Specific Acknowledgements and Assurances

All recipients, subrecipients, successors, transferees, and assignees must acknowledge and agree to comply with applicable provisions governing DHS access to records, accounts, documents, information, facilities, and staff.

1. Recipients must cooperate with any compliance reviews or compliance investigations conducted by DHS.

2. Recipients must give DHS access to, and the right to examine and copy, records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities, personnel, and other individuals and information as may be necessary, as required by DHS regulations and other applicable laws or program guidance.

3. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

4. Recipients must comply with all other special reporting, data collection, and evaluation requirements, as prescribed by law or detailed in program guidance.

5. Recipients of federal financial assistance from DHS must complete the *DHS Civil Rights Evaluation Tool* within thirty (30) days of receipt of the Notice of Award or, for State Administrative Agencies, thirty (30) days from receipt of the DHS Civil Rights Evaluation Tool from DHS or its awarding component agency. After the initial submission for the first award under which this term applies, recipients are required to provide this information once every two (2) years if they have an active award, not every time an award is made. Recipients should submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in the DHS Standard Terms and Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool.

# 2021 DHS Standard Terms and Conditions

The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension if the recipient identifies steps and a timeline for completing the tool. Recipients should request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline.

**Standard Terms & Conditions**

I. **Acknowledgement of Federal Funding from DHS**

Recipients must acknowledge their use of federal funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal funds.

II. **Activities Conducted Abroad**

Recipients must ensure that project activities carried on outside the United States are coordinated as necessary with appropriate government authorities and that appropriate licenses, permits, or approvals are obtained.

III. *Age Discrimination Act of 1975*

Recipients must comply with the requirements of the *Age Discrimination Act of 1975*, Pub.L No. 94-135 (1975) *(*codified as amended at Title 42, U.S. Code, § 6101 *et seq.*), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

IV. *Americans with Disabilities Act of 1990*

Recipients must comply with the requirements of Titles I, II, and III of the *Americans with Disabilities Act*, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101–12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

V. **Best Practices for Collection and Use of Personally Identifiable Information**

Recipients who collect personally identifiable information (PII) are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

VI. *Civil Rights Act of 1964 – Title VI*

Recipients must comply with the requirements of Title VI of the *Civil Rights Act of 1964* (codified as amended at 42 U.S.C. § 2000d *et seq.*), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21 and 44 C.F.R. Part 7.

VII. *Civil Rights Act of 1968*

Recipients must comply with Title VIII of the *Civil Rights Act of 1968*, Pub. L. 90-284, as amended through Pub. L. 113-4, which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex (see 42 U.S.C. § 3601 *et seq.*), as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units—i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in

# 2021 DHS Standard Terms and Conditions

buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

**VIII.** **Copyright**

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 and an acknowledgement of U.S. Government sponsorship (including the award number) to any work first produced under federal financial assistance awards.

**IX.** **Debarment and Suspension**

Recipients are subject to the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689, which are at 2 C.F.R. Part 180 as adopted by DHS at 2 C.F.R. Part 3000. These regulations restrict federal financial assistance awards, subawards, and contracts with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

**X.** **Drug-Free Workplace Regulations**

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of Sec. 5152-5158 of the *Drug-Free Workplace Act of 1988* (41 U.S.C. §§ 8101-8106).

**XI.** **Duplication of Benefits**

Any cost allocable to a particular federal financial assistance award provided for in 2 C.F.R. Part 200, Subpart E may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons. However, these prohibitions would not preclude recipients from shifting costs that are allowable under two or more awards in accordance with existing federal statutes, regulations, or the federal financial assistance award terms and conditions.

**XII.** **Education Amendments of 1972 (*Equal Opportunity in Education Act*) – Title IX**

Recipients must comply with the requirements of Title IX of the *Education Amendments of 1972*, Pub. L. 92-318 (1972) (codified as amended at 20 U.S.C. § 1681 *et seq.*), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17 and 44 C.F.R. Part 19

**XIII.** ***Energy Policy and Conservation Act***

Recipients must comply with the requirements of the *Energy Policy and Conservation Act*, Pub. L. 94- 163 (1975) (codified as amended at 42 U.S.C. § 6201 *et seq.*), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

**XIV.** ***False Claims Act and Program Fraud Civil Remedies***

Recipients must comply with the requirements of the *False Claims Act*, 31 U.S.C. §§3729-3733, which prohibit the submission of false or fraudulent claims for payment to the federal government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

**XV.** **Federal Debt Status**

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit

# 2021 DHS Standard Terms and Conditions

overpayments. (See OMB Circular A-129.)

**XVI.** **Federal Leadership on Reducing Text Messaging while Driving**

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving as described in E.O. 13513, including conducting initiatives described in Section 3(a) of the Order when on official government business or when performing any work for or on behalf of the federal government.

**XVII.** *Fly America Act of 1974*

Recipients must comply with Preference for U.S. Flag Air Carriers (air carriers holding certificates under 49 U.S.C. § 41102) for international air transportation of people and property to the extent that such service is available, in accordance with the *International Air Transportation Fair Competitive Practices Act of 1974*, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

**XVIII.** *Hotel and Motel Fire Safety Act of 1990*

In accordance with Section 6 of the *Hotel and Motel Fire Safety Act of 1990*, 15 U.S.C. § 2225a, recipients must ensure that all conference, meeting, convention, or training space funded in whole or in part with federal funds complies with the fire prevention and control guidelines of the *Federal Fire Prevention and Control Act of 1974*, (codified as amended at 15 U.S.C. § 2225.)

**XIX.** *Limited English Proficiency (Civil Rights Act of 1964, Title VI)*

Recipients must comply with Title VI of the *Civil Rights Act of 1964, (42 U.S.C. § 2000d et seq.)* prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance- published-help-department-supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

**XX.** **Lobbying Prohibitions**

Recipients must comply with 31 U.S.C. § 1352, which provides that none of the funds provided under a federal financial assistance award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification.

**XXI.** *National Environmental Policy Act*

Recipients must comply with the requirements of the *National Environmental Policy Act of 1969, (NEPA)* Pub. L. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 *et seq.* and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

**XXII.** **Nondiscrimination in Matters Pertaining to Faith-Based Organizations**

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19

# 2021 DHS Standard Terms and Conditions

and other applicable statues, regulations, and guidance governing the participations of faith-based organizations in individual DHS programs.

XXIII. **Non-Supplanting Requirement**

Recipients receiving federal financial assistance awards made under programs that prohibit supplanting by law must ensure that federal funds do not replace (supplant) funds that have been budgeted for the same purpose through non-federal sources.

XXIV. **Notice of Funding Opportunity Requirements**

All the instructions, guidance, limitations, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this program are incorporated here by reference in the award terms and conditions. All recipients must comply with any such requirements set forth in the program NOFO.

XXV. **Patents and Intellectual Property Rights**

Recipients are subject to the *Bayh-Dole Act,* 35 U.S.C. § 200 *et seq,* unless otherwise provided by law. Recipients are subject to the specific requirements governing the development, reporting, and disposition of rights to inventions and patents resulting from federal financial assistance awards located at 37 C.F.R. Part 401 and the standard patent rights clause located at 37 C.F.R. § 401.14.

XXVI. **Procurement of Recovered Materials**

States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. 89-272 (1965), (codified as amended by the *Resource Conservation and Recovery Act*, 42 U.S.C. § 6962.) The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

XXVII. *Rehabilitation Act of 1973*

Recipients must comply with the requirements of Section 504 of the *Rehabilitation Act of 1973*, Pub. L. 93-112 (1973), (codified as amended at 29 U.S.C. § 794,) which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

XXVIII. **Reporting of Matters Related to Recipient Integrity and Performance**

1. **General Reporting Requirements**

   If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this federal award, then the recipients during that period of time must maintain the currency of information reported to the System for Award Management (SAM) that is made available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS) about civil, criminal, or administrative proceedings described in paragraph 2 of this award term and condition. This is a statutory requirement under Pub. L.110-417, § 872, as amended 41 U.S.C. § 2313. As required by Pub. L. 111-212, § 3010, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for federal procurement contracts, will be publicly available.

2. **Proceedings about Which Recipients Must Report**

   Recipients must submit the required information about each proceeding that:

# 2021 DHS Standard Terms and Conditions

a. Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the federal government;

b. Reached its final disposition during the most recent five-year period; and

c. One or more of the following:

1) A criminal proceeding that resulted in a conviction, as defined in paragraph 5 of this award term and condition;

2) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;

3) An administrative proceeding, as defined in paragraph 5, that resulted in a finding of fault and liability and the recipient's payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or

4) Any other criminal, civil, or administrative proceeding if:

a) It could have led to an outcome described in this award term and condition;

b) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on the recipient's part; and

c) The requirement in this award term and condition to disclose information about the proceeding does not conflict with applicable laws and regulations.

3. **Reporting Procedures**
Recipients must enter the information that SAM requires about each proceeding described in paragraph 2 of this award term and condition in the SAM Entity Management area. Recipients do not need to submit the information a second time under financial assistance awards that the recipient received if the recipient already provided the information through SAM because it was required to do so under federal procurement contracts that the recipient was awarded.

4. **Reporting Frequency**
During any period of time when recipients are subject to the main requirement in paragraph 1 of this award term and condition, recipients must report proceedings information through SAM for the most recent five-year period, either to report new information about any proceeding(s) that recipients have not reported previously or affirm that there is no new information to report. Recipients that have federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must disclose semiannually any information about the criminal, civil, and administrative proceedings.

5. **Definitions**
For the purpose of this award term and condition:

a. *Administrative proceeding*: means a non-judicial process that is adjudicatory in nature to decide fault or liability (e.g., Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the federal and state level but only in connection with performance of a federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.

# 2021 DHS Standard Terms and Conditions

b. *Conviction:* means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere.

c. *Total value of currently active grants, cooperative agreements, and procurement contracts* includes—

1) Only the federal share of the funding under any federal award with a recipient cost share or match; and

2) The value of all expected funding increments under a federal award and options, even if not yet exercised.

XXIX. **Reporting Subawards and Executive Compensation**

1. **Reporting of first tier subawards.**

a. *Applicability. Unless the recipient is exempt as provided in paragraph 4 of this award term, the recipient must report each action that equals or exceeds $30,000 in federal funds for a subaward to a non-federal entity or federal agency (See definitions in paragraph 5 of this award term).*

b. *Where and when to report*.

1) Recipients must report each obligating action described in paragraph 1 of this award term to the Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS).

2) For subaward information, recipients report no later than the end of the month following the month in which the obligation was made. For example, if the obligation was made on November 7, 2016, the obligation must be reported by no later than December 31, 2016.

c. *What to report*. The recipient must report the information about each obligating action that the submission instructions posted at http://www.fsrs.gov.

2. **Reporting Total Compensation of Recipient Executives.**

a. *Applicability and what to report.* Recipients must report total compensation for each of the five most highly compensated executives for the preceding completed fiscal year, if—

1) The total federal funding authorized to date under this federal award equals or exceeds $30,000 as defined in 2 C.F.R. § 170.320;

2) In the preceding fiscal year, recipients received—

a) Eighty percent or more of recipients' annual gross revenues from federal procurement contracts (and subcontracts) and federal financial assistance subject to the *Federal Funding Accountability and Transparency Act* (Transparency Act), as defined at 2 C.F.R. § 170.320 (and subawards); and

# 2021 DHS Standard Terms and Conditions

    b) $25,000,000 or more in annual gross revenues from federal procurement contracts (and subcontracts) and federal financial assistance subject to the Transparency Act, as defined at 2 C.F.R. § 170.320 (and subawards); and

    c) The public does not have access to information about the compensation of the executives through periodic reports filed under Section 13(a) or 15(d) of the *Securities Exchange Act of 1934* ([15 U.S.C. 78m(a), 78o(d)](#)) or Section 6104 of the Internal Revenue Code of 1986. (See the U.S. Security and Exchange Commission total compensation filings at *http://www.sec.gov/answers/execomp.htm.* to determine if the public has access to the compensation information.)

3) *Where and when to report.* Recipients must report executive total compensation described in paragraph 2.a. of this award term:

    a) As part of the recipient's registration profile at https://www.sam.gov.

    b) By the end of the month following the month in which this award is made, and annually thereafter.

3. **Reporting of Total Compensation of Subrecipient Executives.**

a. *Applicability and what to report.* Unless recipients are exempt as provided in paragraph 4. of this award term, for each first-tier subrecipient under this award, recipients shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if—

1) In the subrecipient's preceding fiscal year, the subrecipient received—

    a) Eighty percent or more of its annual gross revenues from federal procurement contracts (and subcontracts) and federal financial assistance subject to the Transparency Act, as defined at 2 C.F.R. § 170.320 (and subawards); and

    b) $25,000,000 or more in annual gross revenues from federal procurement contracts (and subcontracts), and federal financial assistance subject to the Transparency Act (and subawards); and

2) The public does not have access to information about the compensation of the executives through periodic reports filed under Section 13(a) or 15(d) of the *Securities Exchange Act of 1934* (15 U.S.C. 78m(a), 78o(d)) or Section 6104 of the Internal Revenue Code of 1986. (See the U.S. Security and Exchange Commission total compensation filings at *http://www.sec.gov/answers/execomp.htm.* to determine if the public has access to the compensation information.)

b. *Where and when to report.* Subrecipients must report subrecipient executive total compensation described in paragraph 3.a. of this award term:

1) To the recipient.

2) By the end of the month following the month during which recipients make the subaward. For example, if a subaward is obligated on any date during the month of October of a given year (*i.e.,* between October 1 and 31), subrecipients must report any required compensation information of the subrecipient by November 30 of that year.

# 2021 DHS Standard Terms and Conditions

4. **Exemptions**

   If, in the previous tax year, recipients had gross income, from all sources, under $300,000, then recipients are exempt from the requirements to report:

   a. Subawards, and

   b. The total compensation of the five most highly compensated executives of any subrecipient

5. **Definitions**

   For purposes of this award term:

   a. *Federal Agency* means a federal agency as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C. 552(f).

   b. *Non-Federal Entity:* means all the following, as defined in 2 C.F.R. Part 25:

      1) A Governmental organization, which is a state, local government, or Indian tribe;

      2) A foreign public entity;

      3) A domestic or foreign nonprofit organization;

      4) A domestic or foreign for-profit organization;

   c. *Executive:* means officers, managing partners, or any other employees in management positions.

   d. *Subaward*: means a legal instrument to provide support for the performance of any portion of the substantive project or program for which the recipient received this award and that the recipient awards to an eligible subrecipient.

      1) The term does not include recipients' procurement of property and services needed to carry out the project or program (for further explanation, see 2 C.F.R. § 200.331).

      2) A subaward may be provided through any legal agreement, including an agreement that a recipient or a subrecipient considers a contract.

   e. *Subrecipient:* means a non-federal entity or federal agency that:

      1) Receives a subaward from the recipient under this award; and

      2) Is accountable to the recipient for the use of the federal funds provided by the subaward.

   f. *Total compensation:* means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (see 17 C.F.R. § 229.402(c)(2)):

      1) *Salary and bonus.*

      2) *Awards of stock, stock options, and stock appreciation rights.* Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

# 2021 DHS Standard Terms and Conditions

3) *Earnings for services under non-equity incentive plans.* This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives and are available generally to all salaried employees.

4) *Change in pension value.* This is the change in present value of defined benefit and actuarial pension plans.

5) *Above-market earnings on deferred compensation which is not tax-qualified.*

6) *Other compensation*, if the aggregate value of all such other compensation (e.g. severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000.

## XXX. SAFECOM

Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications.

## XXXI. Terrorist Financing

Recipients must comply with E.O. 13224 and U.S. laws that prohibit transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible to ensure compliance with the Order and laws.

## XXXII. *Trafficking Victims Protection Act of 2000 (TVPA)*
Trafficking in Persons.

**1. Provisions applicable to a recipient that is a private entity.**

a. Recipients, the employees, subrecipients under this award, and subrecipients' employees may not—

1) Engage in severe forms of trafficking in persons during the period of time the award is in effect;

2) Procure a commercial sex act during the period of time that the award is in effect; or

3) Use forced labor in the performance of the award or subawards under the award.

b. DHS may unilaterally terminate this award, without penalty, if a recipient or a subrecipient that is a private entity —

1) Is determined to have violated a prohibition in paragraph 1.a of this award term; or

2) Has an employee who is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph 1.a of this award term through conduct that is either—

a) Associated with performance under this award; or

b) Imputed to recipients or subrecipients using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 C.F.R. Part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 C.F.R. Part 3000.

# 2021 DHS Standard Terms and Conditions

2. **Provision applicable to recipients other than a private entity.**
   DHS may unilaterally terminate this award, without penalty, if a subrecipient that is a private entity—

   a. Is determined to have violated an applicable prohibition in paragraph 1.a of this award term; or

   b. Has an employee who is determined by the agency official authorized to terminate the award to have violated an applicable prohibition in paragraph 1.a of this award term through conduct that is either—

      1) Associated with performance under this award; or

      *2)* Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 C.F.R. Part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 C.F.R. Part 3000*.*

3. **Provisions applicable to any recipient.**

   a. Recipients must inform DHS immediately of any information received from any source alleging a violation of a prohibition in paragraph 1.a of this award term.

   b. It is DHS's right to terminate unilaterally that is described in paragraph 1.b or 2 of this section:

      1) Implements TVPA, Section 106(g) as amended by 22 U.S.C. 7104(g)), and

      2) Is in addition to all other remedies for noncompliance that are available to us under this award.

   c. Recipients must include the requirements of paragraph 1.a of this award term in any subaward made to a private entity.

4. **Definitions.**
   For the purposes of this award term:

   a. *Employee*: means either:

      1) An individual employed by a recipient or a subrecipient who is engaged in the performance of the project or program under this award; or

      2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

   b. *Forced labor:* means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

   c. *Private entity*: means any entity other than a state, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 C.F.R. § 175.25. It includes:

# 2021 DHS Standard Terms and Conditions

1) A nonprofit organization, including any nonprofit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 C.F.R. § 175.25(b).

2) A for-profit organization.

d. *Severe forms of trafficking in persons*, *commercial sex act*, and *coercion* are defined in TVPA, Section 103, as amended (22 U.S.C. § 7102).

**XXXIII. Universal Identifier and System of Award Management**

**1. Requirements for System for Award Management and Unique Entity Identifier**
Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated here by reference.

**2. Definitions**
For purposes of this term:

1. *System for Award Management (SAM):* means the federal repository into which a recipient must provide information required for the conduct of business as a recipient. Additional information about registration procedures may be found on SAM.gov.

2. *Unique Entity Identifier:* means the identifier assigned by SAM to uniquely identify business entities.

3. *Entity:* includes non-Federal entities as defined at 2 C.F.R. § 200.1 and includes the following, for purposes of this part:

   a. A foreign organization;

   b. A foreign public entity;

   c. A domestic for-profit organization; and

   d. A federal agency.

4. *Subaward:* means a legal instrument to provide support for the performance of any portion of the substantive project or program for which a recipient received this award and that the recipient awards to an eligible subrecipient.

   a. The term does not include the recipients' procurement of property and services needed to carry out the project or program (for further explanation, see 2 C.F.R. § 200.330).

   b. A subaward may be provided through any legal agreement, including an agreement that a recipient considers a contract.

5. *Subrecipient* means an entity that:

   a. Receives a subaward from the recipient under this award; and

   b. Is accountable to the recipient for the use of the federal funds provided by the subaward.

# 2021 DHS Standard Terms and Conditions

**XXXIV.** <u>**USA PATRIOT Act of 2001**</u>

Recipients must comply with requirements of Section 817 of the *Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act)*, which amends 18 U.S.C. §§ 175–175c.

**XXXV.** <u>**Use of DHS Seal, Logo and Flags**</u>

Recipients must obtain permission from their DHS FAO prior to using the DHS seal(s), logos, crests or reproductions of flags or likenesses of DHS agency officials, including use of the United States Coast Guard seal, logo, crests or reproductions of flags or likenesses of Coast Guard officials.

***XXXVI.*** <u>***Whistleblower Protection Act***</u>

Recipients must comply with the statutory requirements for whistleblower protections (if applicable) at 10 U.S.C § 2409, 41 U.S.C. § 4712, and 10 U.S.C. § 2324, 41 U.S.C. §§ 4304 and 4310.

# Exhibit E

| | |
|---|---|
| **1. DATE ISSUED** *MM/DD/YYYY*<br>08/26/2024 | **1a. SUPERSEDES AWARD NOTICE dated**<br>except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

301 7th Street, SW, RM 3051
Mail Stop 0115
Washington, DC 20528

**2. CFDA NO.**
97.106 - Cooperative Agreements, I - USE OF PROPERTY, FACILITIES, OR EQUIPMENT, L - DISSEMINATION OF TECHNICAL INFORMATION

**3. ASSISTANCE TYPE** Cooperative Agreement

| | |
|---|---|
| **4. GRANT NO.** 21CWDSTC00017-04-00<br>**Formerly** | **5. TYPE OF AWARD**<br>Other |
| **4a. FAIN** 21CWDSTC00017 | **5a. ACTION TYPE** Non-Competing Continuation |

| **6. PROJECT PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/30/2021 | **Through** | 08/31/2030 |
| **7. BUDGET PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| **From** | 09/01/2024 | **Through** | 08/31/2025 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Homeland Security Act of 2002, Public Law 107-296, 6 U.S.C 596

**8. TITLE OF PROJECT (OR PROGRAM)**

Chicago Securing the Cities Program, 2021 STC Sustainment, DHS-ST-21-106-STC-0001

| **9a. GRANTEE NAME AND ADDRESS** | **9b. GRANTEE PROJECT DIRECTOR** |
|---|---|
| CITY OF CHICAGO FIRE DEPARTMENT<br>3510 S Michigan Ave<br>Chicago, IL 60653-1020 | Ms. Bethany Hand<br>3510 S. Michigan Ave.<br>Fire Department<br>Chicago, IL 60653-6065<br>Phone: 312-745-3908 |
| **10a. GRANTEE AUTHORIZING OFFICIAL**<br>Ms. Bethany Hand<br>3510 S. Michigan Ave.<br>Fire Department<br>Chicago, IL 60653-6065 | **10b. FEDERAL PROJECT OFFICER**<br>Ki L Harvey<br>245 Muarry Lane<br>Washington, DC 20528-0001<br>Phone: 202-893-7908 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation **II**

| | | | |
|---|---|---|---|
| a. | Salaries and Wages | …………………................... | 1,266,000.00 |
| b. | Fringe Benefits | …………………................... | 776,000.00 |
| c. | Total Personnel Costs | ……..………… | 2,042,000.00 |
| d. | Equipment | …………………………….. | 799,250.00 |
| e. | Supplies | …………………………. | 5,000.00 |
| f. | Travel | …………………………. | 20,000.00 |
| g. | Construction | …………………………….. | 0.00 |
| h. | Other | …………………………….. | 0.00 |
| i. | Contractual | …………………………… | 150,000.00 |
| j. | TOTAL DIRECT COSTS | ⟶ | 3,016,250.00 |
| k. | INDIRECT COSTS | | 158,750.00 |
| l. | **TOTAL APPROVED BUDGET** | | 3,175,000.00 |
| m. | Federal Share | | 3,175,000.00 |
| n. | Non-Federal Share | | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 3,175,000.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 1,800,000.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 1,375,000.00 |
| **13. Total Federal Funds Awarded to Date for Project Period** | 3,175,000.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 5 | | d. 8 | |
| b. 6 | | e. 9 | |
| c. 7 | | f. 10 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ● Yes ○ No)

The continuation award is in the amount of $1,375,000.00 and $1,800,000.00 carryover. This continuation award also contains a new program specific term. Please carefully read new term and review Equipment List – document that is included with this notice of award.

**GRANTS MANAGEMENT OFFICIAL:**

Janet Bailey
7th and D Street SW
Washington DC , DC 20407
Phone: (202)447-0362

| **17.OBJ CLASS** 4100 | **18a. VENDOR CODE** 366005820 | **18b. EIN** 366005820 | **19a. UEI** SF6NEGGTK8U7 **19b. DUNS** 144578965 | **20. CONG. DIST.** 01 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a. O40970460411 | b. CWDSTC00017A | c. STC | d. $1,375,000.00 | e. |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |



**U.S. Department of Homeland Security**
Washington, DC 20528

August 26, 2023

Annette Nance-Holt
Acting Fire Commissioner
Chicago Fire Department
3510 S. Michigan Avenue
2nd Floor
Chicago, Illinois 60653-1020

Dear Ms. Nance-Holt:

The Department of Homeland Security (DHS) has approved your Securing the Cities continuation application in the amount of $1,375,000.00 and $1,800,000.00 carryover.

This award also includes a new program specific term and condition.  DHS is hereby transferring title to the recipient for all the property listed in the [Equipment List – Chicago] document that is included with this NOA and uploaded GrantSolutions.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:  Program Officer, Ki Harvey
          ki.harvey@hq.dhs.gov
          Desk: 202-893-7908
          Cell:  202-961-8010

Grant/Fiscal related matters:  Grant Officer, Ms. Janet Bailey
          Janet.Bailey@HQ.DHS.GOV
          Phone: (202) 505-8897

All previous terms and conditions remain in effect.

Page 2 –FY Chicago Award Letter

---

Sincerely,


Janet Bailey
Grants Officer
Grants and Financial Assistance Division
Office of Procurement Operations
Office of the Chief Procurement Officer


Enclosures

Cc:    Bethany.Hand@cityofchicago.org
       Mark.Zilch@cityofchicago.org

# Exhibit F







List the people in the PMO. Talk about any updates to personnel, concerns, etc.



Include info on partners, e.g., have there been any changes, has anyone dropped out, who are the most active partners, which partners have been challenging, etc.



Details on the phases are located in the Backup Slides: **Entrance Criteria for Phase Transitions. Your "official" phase is located on the Baseline Memo sent in Feb 25. If you think that phase is no longer accurate, please include that information.**

If the phase is complete, list the year it was completed on the first bullet. That is the only required information.

For your current phase, list the year it is expect it to be complete, completed milestones with year completed, and outstanding milestones with estimated year of completion.

For a future phase, list an estimated year of completion on the first bullet. That is the only required information.

5



# Steady-State Operations:

Are they being conducted?
How do you determine if there are steady-state operations?
Additional info.

# Enhanced Steady-State Operations

When are they being conducted?
Do you have visibility into them?
Additional info.

# Common Operating Picture:

Do you have a COP software? If so, which one? What is tracked in system?

When is the system used? If not you don't have a system, do you plan to purchase one? Any additional information you'd like to include. Do you use another COP when conducting ops with other partners (e.g., CST, etc.).



List special events that are upcoming in the next year. Include the tentative date for the event and if STC PMO and/or partners are involved, plans to request MDDP, concerns, etc.



List any pending expansion partners, engaged before the pause but had not signed an MOU/MOA, or potential agencies, agencies that you believe would be a good strategic partner. Under each agency list status of communication, reason(s) why they'd be a good expansion partner, and any additional pertinent info.

8



In-Direct Program:
Provide information on the status of in-direct training, e.g., how active is the program, are there enough trainers, what percent of classes are they teaching vs. CTOS, is there a desire to get secondary screening trainers, etc.

Source License:
Provide information on the status of a source license, e.g., do you have one, are you working to get one, what is the status of getting one, storage location(s), etc.

Challenges:
Write to any challenges with training.



This slide will be used for discussion, but the bulk of information will be in the PMR workbook.

Include what equipment you would like to purchase in the coming year and for what purpose e.g., initial procurement needs, operational needs, or recap.

Ex.
PRDs:
-150 (initial procurement to equip principal partner)
-10 (recap)

Backpacks
- 2 (rotational reserve for enhanced steady-state ops)

10



If this does not apply add "N/A" to slide title and delete content.

# Does your region have an Area Maritime Security Committee (AMSC)?
# If yes, please answer the below:

Which USCG Sector Chairs the AMSC in your region?
How many AMSC meetings have you attended in the past year?
How many do you  plan to attend in the next year?
Are you a member of any AMSC sub-committees or working groups?
Do you need assistance from the National PMO to engage with your AMSC?

- For devices identified for maritime or aerial surveillance, how many deployments did you

11

accomplish for steady-state and enhanced steady-state operations?

- Please describe your maritime or aerial operations/goals for FY26.



Last STC-Sponsored Exercise:
     Type (TTX, FE, FSE, etc.), Date
     Outstanding Items:

Next STC-Sponsored Exercise:
     Type (TTX, FE, FSE, etc.), Date
     Additional info, concerns, etc.

12



Please describe both internal and external challenges and risks to program operations/management



Countering Weapons of Mass Destruction

[FOR OFFICIAL USE ONLY]

14

14



15



* Note: From **STC Implementation Plan**, June 23, 2023, Table 2: STC Program Output Measures and Target, p.16.

- Equipment - Quantity and type of equipment provided by CWMD or purchased by STC region per year – annually defined by STC region based on capability surveys, risk assessments, training completed and external factors.
- Training - Number of LE and FR with primary and/or secondary screening certifications per capita - annually defined by STC region based on capability surveys, risk assessments and external factors.

** Note. Refer to Table 1: Examples of Outcomes and Performance Measures in CWMD's STC Implementation Plan, GAO-24-106922, **Nuclear Terrorism Prevention,** March 2024, p. 24.

## STC Implementation Phases



- **Phase 0 (Planning and Analysis):** Phase 0 is an ongoing programmatic process for each implementation cycle, where the annual Notice of Funding Opportunity (NOFO) is built for entering into a cooperative agreement with each HRUA or STC region. Initial engagement with federal partners, such as FBI and DOE's NNSA occurs as well as initial contact with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, which are foundational documents required to successfully implement a sustainable R/N detection capability, reports, and associated timelines. The reports are operationally focused and directly tied to program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis.

- **Phase I (Engagement):** Phase I begins with the award of a cooperative agreement with a STC region. The application submitted by the region identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to refine requirements and build local program structure. Phase I is expected to take up to 1 year.

- **Phase II (Implementation):** Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC). Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a Tabletop Exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. Phase II is expected to take 3 years.

- **Phase III (Integration):** During Phase III, CWMD expects a region to achieve Full Operational Capability (FOC) and successfully demonstrate its ability to integrate into a national detection framework as defined in National Security Presidential Memorandum-36 and the Domestic Detection Concept of Operations. A region must successfully complete a Full-Scale Exercise (FSE) and be in compliance with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- **Phase IV (Sustainment):** The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years and review regional documents regularly -- incorporating updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO who can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.

 Homeland Security

Countering Weapons of Mass Destruction Office   17

**[FOR OFFICIAL USE ONLY]**

# Exhibit G

U.S. Department of Homeland Security
Washington, DC 20528



August 19, 2025

RE: **FY 25 STC Cooperative Agreement Continuation Funding (Carryover Authorization)**

Dear Recipient,

The Department of Homeland Security invites you to submit an application for the FY'25 Securing the Cities Program (STC).  Please see the attached application guidance and submit your application via GrantSolutions **no later than September 5, 2025 at 11:59 p.m. Eastern Standard Time.**

**For FY'25, your award authorization will consist of carryover funding ONLY**.  After accounting for any payments that remain pending due to the recent funding pause in the Payment Management System, please assess your current unobligated balance and submit a budget for your FY'25 STC activity based on the remaining available funds.  As you assess your current unobligated balance, please ensure your internal financial records align with the information in the PMS subaccount for this award.

**Application submission**:
Your non-competing continuation application kit can be found in GrantSolutions.gov.  If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov  prior to the submission deadline.

Please also refer to the "Director STC Program Memo/email dated May 14, 2025."   This memo remains in effect for the upcoming budget period and no R/N Detection Equipment maybe purchased after that date and until the pause is lifted, therefore **no funds should be budgeted in the Equipment Category.**

If you need further information regarding the administrative components of your application, please contact your Grants Officer.  For information relating to the content of your application, please contact your Program Officer.



# Countering Weapons of Mass Destruction (CWMD)

## Securing the Cities Cooperative Agreements

# FY'25 GUIDANCE FOR PREPARING A NON-COMPETING CONTINUATION APPLICATION

# Application Due: Friday, September 5, 2025

This non-competing continuation assistance is subject to the availability of funds and the awardee's compliance with requirements of the financial assistance agreement.

1

GUIDANCE FOR PREPARING CONTINUATION APPLICATION

Table of Contents

PART ONE: GENERAL INSTRUCTIONS     3

PART TWO: APPLICATION SUBMISSION     4

PART THREE: APPLICATION CONTENT     5

PART FOUR:  REQUESTING CARRYOVER

PART FIVE:  APPLICATION REVIEW     7

PART SIX:   CONTACT AND RESOURCE INFORMATION     7

GRANT SOLUTIONS BUDGET INSTRUCTIONS     8

2

**GUIDANCE FOR PREPARING CONTINUATION APPLICATION**

**PART ONE: GENERAL INSTRUCTIONS**

<u>Eligibility</u>

These instructions are applicable to existing grantees and provide guidance on the preparation and submission of a continuation grant application.

<u>Purpose</u>

The purpose of a continuation grant application is to:

- Report on the progress of the project during the current budget year.

- Provide a work plan (inclusive of program and evaluation activities) for the next phase.

- Provide a detailed budget and budget narrative justification for the next phase.

Each section of the application should justify and support the other sections.

The Guidance for Preparing a Continuation Grant Application prescribes the content, information, and data requirements for continuation grant applications. This guidance should be used in conjunction with the Notice of Funding Opportunity (NOFO) under which the competing grant application was funded and any other application materials provided by the Grants and Financial Assistance Division (GFAD) or posted at GrantsSolutions.gov in the application kit. The NOFO provides information and guidance for grantees for the entire project period.

The continuation application will be reviewed by the DHS Project and Grants Officers. The application must provide detailed information on the progress in accomplishing goals and objectives during Phase I; a detailed work plan that outlines the goals, objectives, and activities for continuation; and a detailed budget and budget justification for continuation. If your continuation application includes a carryover request, a separate detailed budget and budget justification should be provided for the total amount requested in carryover funds.

3

**PART TWO: CONTINUATION APPLICATION PREPARATION AND SUBMISSION**

<u>Application Submission</u>

GFAD provides grantees with the ability to submit non-competing continuation applications electronically via GrantSolutions.gov. Applicants will receive notification from GrantSolutions.gov via email confirmation receipt. <u>Hard copy application submissions are not accepted by GFAD</u>.

Any applications submitted via any means other than electronic communication, including facsimile or electronic mail, will not be accepted for review. Grantees are encouraged to initiate electronic applications early in the application development process, and to submit early on or before the due date. This will aid in addressing any problems with submission prior to the application deadline.

Your continuation application kit can be found in GrantSolutions.gov. If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov prior to the submission deadline. If you need further information regarding the application process, please contact your Grants Officer. For programmatic information, please contact your Program Officer.

**Electronic Submissions via the GrantSolutions System**

Electronic applications submitted via the GrantSolutions system must contain all completed online forms required by the application kit, the Project Narrative, Budget Information and any supplemental attachments. Applications must be received by **11:59 p.m. Eastern Standard Time of the due date specified on the cover page of this guidance**.

Continuation grant applications will not be considered valid until all electronic application components are received by GFAD according to the deadlines specified above. Upon completion of a successful electronic application submission, the GrantSolutions system will provide the grantee with a confirmation page indicating the date and time (Eastern Standard Time) of the electronic application submission. This confirmation page will also provide a listing of all items that constitute the final application submission including all electronic application components.

As items are received by GFAD, the electronic non- competing application status will be updated to reflect receipt of the items. It is recommended that the grantee monitor the status of their application in GrantSolutions to ensure all items are received.

**PART THREE: CONTINUATION APPLICATION CONTENT**

The Continuation grant application should include the required grants management forms, a table of contents, project narrative that includes both a progress report for Phase I and a work plan for continuation, detailed budget narrative and budget justification for Continuation, and any additional materials in the appendices. The contents of the application should be properly labeled and numbered. Contents should be complete and written in 12-point font.

I.       **REQUIRED FORMS AND OTHER REQUIRED INFORMATION**
Table 1 below lists the required forms and other information that must be submitted within this section of the non-competing application.

**Table 1**

| Form | Required for Non-Competing Continuation Grant Applications | Source of Form |
|---|---|---|
| SF-424, Application for Federal Assistance | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| SF-424A, Budget Information Non-Construction Program | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| SF-424B, Assurances Non-Construction Program | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| Research & Related Budget | ✓ | Upload |
| SF-LLL, Disclosure of Lobbying Activities | ✓ <br> **If your organization does not engage in lobbying, simply enter "N/A" in sections 10a. and 10b. of this form** | Non-competing continuation application kit at www.grantsolutions.gov |
| Project Abstract Summary | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |

Additional information and forms may be required to complete your continuation application and will be outlined in the GrantSolutions application kit and any appendices included with these instructions.

**This assistance is subject to funds availability and awardee's compliance with requirements of the financial assistance agreement.**

5

**PART FOUR:  REQUESTING CARRYOVER**

Your carryover request and the supporting documentation needed for analysis may be forwarded with the continuation package.  Please make the documents and attachment and label carryover.

The scope of the request should be limited to the approved goals of the project.  The request can only refer to immediate needs in the current year to justify the need for the carryover.  It is not acceptable to indicate the funds will be needed for future budget periods. The major point is how the funds will be used in the NEXT budget period.

The request should present the implications for the project if the request is not approved.

1. The request must be reasonable, allowable, and necessary.
2. Include specific details on how the project will benefit by the unobligated funds.
3. If the request generates a recurring cost need in future years, the request must also detail how the future year costs will be supported in subsequent budget years.

Requests should include the following information:
- Plan for expenditures, including a description of activities to be carried out during the carryover period, and how the activities relate to the aims of the project.
- Amount of funds to be carried over, and detailed budget justification
- Amount requested should be in line with unobligated balance recorded on your FFR.  Reminder:  Carryover is explicitly for unobligated funds.

When preparing a justification for a carryover request, answer the following questions:
1. Why were the funds not spent in the past year?
2. Are costs reasonable, allowable, necessary and in line with the existing scope of work? Are there new costs that were previously unforeseen?

6

**PART FIVE: APPLICATION REVIEW**

Continuation grant applications will be reviewed by the DHS Project and Grants Officers. In addition to evaluating programmatic progress and workplans, DHS staff will evaluate the risks to the program posed by each applicant, including conducting due diligence to ensure an applicant's ability to manage federal funds. This evaluation is in addition to the evaluation of the applicant's eligibility and the quality of its application on the basis of the Selection Criteria, and results from this evaluation will inform funding decisions. If DHS determines that an award will be made, special conditions that correspond to the degree of risk assessed may be applied to the award.

In evaluating risks, DHS may consider the following:
- Financial stability
- Quality of management systems and ability to meet the management standards prescribed in applicable OMB Guidance
- Applicant's record in managing previous DHS awards, cooperative agreements, or procurement awards, including:

1. Timeliness of compliance with applicable reporting requirements
2. Accuracy of data reported
3. Conformance to the terms and conditions of previous federal awards
4. If applicable, the extent to which any previously awarded amounts will be expended prior to future awards
5. Information available through OMB-designated repositories of government- wide eligibility qualification or financial integrity information, such as: Federal Awardee Performance and Integrity Information System (FAPIIS), Duns and SAM
6. Reports and findings from single audits performed under Subpart F – Audit Requirements, 2 C.F.R. Part 200 and findings and reports of any other available audits
7. Applicant organization's annual report
8. Publicly available information, including information from the applicant organization's website
9. Applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on award recipients.

**PART FIVE: CONTACT AND RESOURCE INFORMATION**

DHS Grants Officer:          Marsha Mathis
                             Grants and Financial Assistance Division
                             marsha.mathis@hq.dhs.gov

DHS Program Officer:         Ki Harvey
                             Countering Weapons of Mass Destruction
                             ki.harvey@hq.dhs.gov

7

Grant Solutions Budget Instructions

These instructions detail how to apply for the FY carryover funding.

As part of your Non-Competing Continuation (NCC) Application Kit, you are required to complete the SF-424 (Application for Federal Assistance) and SF-424A (Budget Information Non- Construction Programs) as online forms in the GrantSolutions system.

| Online Forms | Enclosure(s) | Attachment(s) | Status |
|---|---|---|---|
| SF-424 Application for Federal Assistance Version 2 | View Online<br>Print Completed | N/A | ✓ |
| SF-424A Budget Information - Non-Construction | View Online<br>Print Completed | N/A | ✓ |
| SF-424B Assurances - Non-Construction | View Online<br>Print Completed | N/A | ✓ |

**I. Preparation of the Online SF-424 Form**

When completing the SF-424 online form, ensure that Line 18A is *inclusive* of total requested carryover funding for the budget period

| 18. Estimated Funding ($) | |
|---|---|
| a. Federal * | 7,447,265.00 |
| b. Applicant * | 0.00 |
| c. State * | 0.00 |
| d. Local * | 0.00 |
| e. Other * | 0.00 |
| f. Program Income * | 0.00 |
| g. TOTAL | 7,447,265.00 |

8

## II. Preparation of the Online SF-424A Form

When completing the SF-424A online form, the GrantSolutions system allows you to consolidate your request and reflect the amounts requested for each budget activity (i.e., NCC budget request, Carryover Request, and/or Supplement Request) on the same online form. Please ensure that the total requested on your SF-424A budget form matches the amount listed in Line 18A of the SF-424 online application form. **NOTE: Failure to include the same amounts will require a revision.**

### Exhibit 1: Section A Budget Summary

424A Instructions

**Section A Budget Summary**

| Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds | | New or Revised Budget | | |
|---|---|---|---|---|---|---|
| | | Federal (c) | Non Federal (d) | Federal (e) | Non Federal (f) | Total (g) |
| 1. 2020 NCC Budget Request | 97.061 - Cooperative Agreem | $ 0.00 | $ 0.00 | $ 3,600,000.00 | $ 0.00 | $3,600,000.00 |
| 2. 2019 Carryover Request | 97.061 - Cooperative Agreem | $ 3,732,265.00 | $ 0.00 | $ 3,732,265.00 | $ 0.00 | $3,732,265.00 |
| 3. Supplement Request | 97.061 - Cooperative Agreem | $ 0.00 | $ 0.00 | $ 115,000.00 | $ 0.00 | $115,000.00 |
| 4. | Please select a CFDA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |
| 5. TOTALS (sum of lines 1-4) | | $3,732,265.00 | $0.00 | $7,447,265.00 | $0.00 | $7,447,265.00 |

**Section A, Line 1:**
- In field (a), enter a unique activity name (ex: Carryover Request).
- In field (b), select the correct CFDA Number, 97.106
- In field (c), enter the total Carryover requested amount.
- In field (e), enter the total Carryover request amount (amounts in fields c & e must match).

After completing Section A, move to Section B Budget Categories.

9

Exhibit 2: Section B Budget Categories

**▾ Section B Budget Categories**

6. Object Class Categories

| | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | | | | | Total (5) |
|---|---|---|---|---|---|---|---|---|---|
| | (1) 2020 NCC Budget Request | | (2) 2019 Carryover Request | | (3) Supplement Request | | (4) | | |
| (a) Personnel | $ | 947,579.00 | $ | 419,161.00 | $ | 0.00 | $ | 0.00 | $1,366,740.00 |
| (b) Fringe Benefits | $ | 213,796.00 | $ | 148,147.00 | $ | 0.00 | $ | 0.00 | $361,943.00 |
| (c) Travel | $ | 64,321.00 | $ | 279,341.00 | $ | 0.00 | $ | 0.00 | $343,662.00 |
| (d) Equipment | $ | 7,286.00 | $ | 34,129.00 | $ | 0.00 | $ | 0.00 | $41,415.00 |
| (e) Supplies | $ | 24,100.00 | $ | 46,677.00 | $ | 0.00 | $ | 0.00 | $70,777.00 |
| (f) Contractual | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $0.00 |
| (g) Construction | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $0.00 |
| (h) Other | $ | 1,493,963.00 | $ | 2,167,970.00 | $ | 100,375.00 | $ | 0.00 | $3,762,308.00 |
| (i) Total Direct Charges (sum of 6a - 6h) | | $2,751,045.00 | | $3,095,425.00 | | $100,375.00 | | $0.00 | $5,946,845.00 |
| (j) Indirect Charges | $ | 848,955.00 | $ | 636,840.00 | $ | 14,625.00 | $ | 0.00 | $1,500,420.00 |
| (k) Totals (sum of 6i and 6j) | | $3,600,000.00 | | $3,732,265.00 | | $115,000.00 | | $0.00 | $7,447,265.00 |
| 7. Program Income | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 | $0.00 |

## Section B:
- In Column 1, enter the carryover budget allocations. The total field must equal the total amount shown in Section A, Line 2, Column G.

## Application Assistance

If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov prior to the submission deadline. If you need further information regarding the application process, please contact your Grants Officer, as identified. For programmatic information, please contact your Program Officer, as identified.

# Exhibit H

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated |
|---|---|
| 09/12/2025 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

6595 Springfield Center Dr
Springfield, VA 22150

| 2. ASSISTANCE LISTING NUMBER |
|---|
| 97.106 - Securing the Cities Program |

| 3. ASSISTANCE TYPE Cooperative Agreement |  |
|---|---|
| **4. GRANT NO.** 21CWDSTC00017-05-00 | **5. TYPE OF AWARD** |
| **Formerly** | Other |
| **4a. FAIN** 21CWDSTC00017 | **5a. ACTION TYPE** Non-Competing Continuation |

| 6. PROJECT PERIOD | *MM/DD/YYYY* |  | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 09/30/2021 | **Through** | 08/31/2030 |
| 7. BUDGET PERIOD | *MM/DD/YYYY* |  | *MM/DD/YYYY* |
| **From** | 09/16/2025 | **Through** | 08/31/2026 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Homeland Security Act of 2002, Public Law 107-296, 6 U.S.C 596

**8. TITLE OF PROJECT (OR PROGRAM)**

Chicago Securing the Cities Program, 2021 STC Sustainment, DHS-ST-21-106-STC-0001

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| CITY OF CHICAGO FIRE DEPARTMENT<br>3510 S Michigan Ave<br>Chicago, IL 60653-1020 | Farah Fidai<br>1338 S Clinton St<br>Chicago, IL 60607<br>Phone: 6302223075 |
| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
| Ms. Bethany Hand<br>3510 S. Michigan Ave.<br>Fire Department<br>Chicago, IL 60653-6065 | Ki L Harvey<br>245 Muarry Lane<br>Washington, DC 20528-0001<br>Phone: 202-893-7908 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation **II**

| | | | |
|---|---|---|---|
| a. | Salaries and Wages | …………………............... | 1,073,956.08 |
| b. | Fringe Benefits | …………………............... | 783,216.75 |
| c. | Total Personnel Costs | ….…............ | 1,857,172.83 |
| d. | Equipment | …………………................. | 0.00 |
| e. | Supplies | …………………................. | 20,000.00 |
| f. | Travel | …………………................. | 23,746.53 |
| g. | Construction | …………………................. | 0.00 |
| h. | Other | …………………................. | 344,150.00 |
| i. | Contractual | …………………................. | 268,658.85 |
| j. | TOTAL DIRECT COSTS | ⟶ | 2,513,728.21 |
| k. | INDIRECT COSTS | | 121,449.01 |
| l. | **TOTAL APPROVED BUDGET** | | 2,635,177.22 |
| m. | Federal Share | | 2,635,177.22 |
| n. | Non-Federal Share | | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 2,635,177.22 |
| b. Less Unobligated Balance From Prior Budget Periods | 2,635,177.22 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 0.00 |
| 13. Total Federal Funds Awarded to Date for Project Period | 3,175,000.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 6 | | d. 9 | |
| b. 7 | | e. 10 | |
| c. 8 | | f. 11 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ● Yes ○ No)

**GRANTS MANAGEMENT OFFICIAL:**

Diane Osterhus, Sr. Grants Policy Officer
6595 Springfield Center Dr
Springfield, VA 22150
Phone: (202)447-5606

| 17.OBJ CLASS 4100 | 18a. VENDOR CODE 366005820 | 18b. EIN 366005820 | 19a. UEI SF6NEGGTK8U7 | 19b. DUNS 144578965 | 20. CONG. DIST. 01 |
|---|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | | APPROPRIATION |
| 21. a. O40970460411 | b. CWDSTC00017A | c. STC | d. $0.00 | | e. |
| 22. a. | b. | c. | d. | | e. |
| 23. a. | b. | c. | d. | | e. |

| NOTICE OF AWARD (Continuation Sheet) | PAGE 2 of 3 | DATE ISSUED 09/12/2025 |
|---|---|---|
| | GRANT NO. 21CWDSTC00017-05-00 | |

**Federal Financial Report Cycle**

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 09/30/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |
| 07/01/2030 | 08/31/2030 | Final | 12/29/2030 |

**Performance Progress Report Cycle**

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|

2

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 3 | DATE ISSUED 09/12/2025 |
|---|---|
| GRANT NO. 21CWDSTC00017-05-00 | |

| | | | |
|---|---|---|---|
| 09/01/2022 | 11/30/2022 | Quarterly | 11/30/2022 |
| 12/01/2022 | 02/28/2023 | Quarterly | 02/28/2023 |
| 03/01/2023 | 05/31/2023 | Quarterly | 08/13/2023 |
| 06/01/2023 | 08/31/2023 | Quarterly | 08/31/2023 |
| 12/01/2023 | 02/29/2024 | Quarterly | 02/29/2024 |
| 06/01/2024 | 08/31/2024 | Quarterly | 08/31/2024 |
| 09/01/2024 | 11/30/2024 | Quarterly | 11/30/2024 |
| 12/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 08/15/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 12/31/2029 | Quarterly | 01/30/2030 |
| 01/01/2030 | 03/31/2030 | Quarterly | 04/30/2030 |
| 04/01/2030 | 06/30/2030 | Quarterly | 07/30/2030 |
| 07/01/2030 | 08/31/2030 | Final | 12/29/2030 |

3

# AWARD ATTACHMENTS

CITY OF CHICAGO FIRE DEPARTMENT                    21CWDSTC00017-05-00

1. Award Letter
2. T&Cs
3. DHS Std T&Cs



**U.S. Department of Homeland Security**
Washington, DC 20528

September 12, 2025

Ms. Bethany Hand
City of Chicago Fire Department
3510 S. Michigan Ave.
Chicago, IL 60653-6065

Dear Recipient:

Re: 21CWDSTC00017

The Department of Homeland Security (DHS) has approved your Securing the Cities continuation application in the amount of $2,635,177.22 in carryover authorization for the 09/16/2025 – 08/31/2026 budget period.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:  Program Officer, Ki Harvey
ki.harvey@hq.dhs.gov
Desk: 202-893-7908
Cell:  202-961-8010

Grant/Fiscal related matters:  Grant Officer, Ms. Marsha Mathis
Email: marsha.mathis@hq.dhs.gov

Sincerely,

MARSHA D
MATHIS

Digitally signed by MARSHA
D MATHIS
Date: 2025.09.11 11:59:42
-04'00'

Marsha Mathis
Office of Procurement Operations
Office of the Chief Procurement Officer

# COOPERATIVE AGREEMENT TERMS AND CONDITIONS
## GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)

A recipient under this funding opportunity must comply with the FY 2025 Department of Homeland Security Standard Terms and Conditions, v. 3 (Apr. 18, 2025). **However**, Paragraphs C.IX and C.XVII(2)(a)(iii) do not apply to any federal award under this funding opportunity to the extent their application is limited by the injunction in San Francisco v. Trump, No. 3:25-cv-01350 (N.D. Cal.), or any other litigation, so long as that injunction is in force. The FY 2025 Department of Homeland Security Standard Terms and Conditions, v. 3 (Apr. 18, 2025) are attached for reference.

## ARTICLE I. FEDERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. AWARD SPECIFIC TERMS AND CONDITIONS AND/OR RESTRICTIONS

-This award does not include any award specific Terms and Conditions.

### B. PROGRAM SPECIFIC TERMS AND CONDITIONS

-Previously outlined program specific Terms and Conditions apply.

### C. DHS SUBSTANTIAL PROGRAMMATIC INVOLVEMENT

Previously outlined DHS programmatic involvement remains in effect.

## ARTICLE II. GENERAL TERMS AND CONDITIONS

### A. APPLICABILITY

1. <u>General</u>. The terms and conditions set forth in this document and elsewhere in the Federal Award package will apply to all budget periods for the Federal Award.

2. <u>Post-Award Changes</u>. DHS may revise terms and conditions in this document and other parts of the Federal Award package if it determines that there was an error in the package or otherwise determines that an administrative change must be made to the package. DHS will notify the Recipient in writing of the change and provide an updated Federal Award package document. Once notification occurs, any subsequent drawdown will indicate Recipient acceptance of the changes to the Federal Award.

3. <u>Continuation Awards</u>. If the Federal Award includes more than one budget period, DHS may revise the terms and conditions in this document or elsewhere in the award package when awarding continuation funding and approving an additional budget period. DHS will notify the Recipient of these changes and the Recipient, by applying for continuation award funding, agrees to comply with the revisions, should it receive a continuation award. These revisions would apply only to that budget period and future budget periods and would not apply retroactively to previous budget periods.

4. <u>Applicability of DHS Standard Terms and Conditions to Tribes</u>. The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to subrecipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist.

### B. AMENDMENTS AND REVISIONS

1. The Recipient is required to report deviations from the approved budget and request prior approvals from DHS for budget and program revisions for the Federal Award in accordance with 2 C.F.R. § 200.308. This Federal Award is a [construction/non-construction] award for the purposes of applying the prior approval

requirements. Scope or objective changes are generally not permitted unless authorized by law; Recipients should contact DHS with questions about changes to scope or objectives.

2. DHS does not waive any prior approval requirements pursuant to 2 C.F.R. § 200.308(e).

3. For non-construction work under awards where the Federal share is greater than the simplified acquisition threshold (currently $250,000), per 2 C.F.R. § 200.308(f), the Recipient must obtain prior written approval from DHS for transfers of funds among direct cost categories where the cumulative amount of such transfers exceeds or is expected to exceed 10 percent of the total approved budget.

4. The Recipient must obtain prior written approval from DHS for transfers of funds from direct costs to the indirect costs object class or vice versa.

5. The Recipient must obtain prior written approval from DHS before making any fund or budget transfers between construction and non-construction work.

## C. PRIOR APPROVAL REQUIRED

The Recipient shall not, without the prior written approval of the DHS, request reimbursement, incur costs or obligate funds for any purpose pertaining to the operation of the project, program, or activities prior to the approved Budget Period.

## D. PERIOD OF PERFORMANCE

A.  Period of Performance

1. The Budget Period shall be for a period of 12 months.  If applicable, the approval by DHS of subsequent budget periods under the federal award are subject to the availability of funds, program authority, satisfactory performance, compliance with the terms and conditions of the federal award, and a determination that a subsequent budget period is in the best interests of the federal government.

2. If applicable, The Recipient must request prior approval to carry over unobligated balances from one budget period to the following budget period.

B.  Period of Performance Extension Request

1. Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.

2. The extension request shall be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.

3. Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification to be processed. The justification is a written explanation of the reason(s) for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. Extension requests shall not be processed without up- to-date performance and financial status reports and adequate justification.

4. DHS has no obligation to provide additional resources/funding due to an extension.

## E. CLOSEOUT REPORTING PERIOD

Per 2 C.F.R. § 200.344(a), the Recipient has 120 calendar days after the end of the period of performance to submit all final financial, performance, and other reports required by the terms and conditions of this award.

## F. LIQUIDATION PERIOD

Per 2 C.F.R. § 200.344(b), the Recipient has 120 calendar days after the end of the period of performance to liquidate all obligations incurred under this award.

## G. FINANCIAL REPORTS

1. Quarterly Federal Financial Reports – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant Solutions system no later than thirty (30) days after the end of the budget period end date. Reports are due on January 30th, April 30th, July 30th and October 30th. The report shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

2. Final Federal Financial Report – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant- Solutions system no later than 120 days after the end of the Project Period end date. The report shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

## H. PERFORMANCE REPORTS

1. Quarterly  Performance Reports – The Recipient shall submit performance reports into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date.  Reports are due on  January 30th, April 30th, July 30th and October 30th. The report shall be submitted via www.GrantSolutions.gov using the guidance found here: Grant Solutions Performance Progress Report.

2. Performance Report Content (non-construction):

The performance reports must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

- Description relating financial data and accomplishments to performance goals and objectives of the Federal Award.
- A comparison of actual accomplishments to the objectives of the Federal Award established for the reporting period.
- If applicable, the reasons why established goals were not met.
- Analysis and explanation of cost overruns or high unit costs.
- Any additional pertinent information as determined by the program.

3. Performance Report Content (construction):

The performance report must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

- Certified completion of construction data.
- Any additional pertinent information as determined by the program.

Final Performance Report – the Recipient shall submit the Final Performance Report into the GrantSolutions system no later than 120 days after the expiration of the Project Period. The Final Performance Report shall be submitted using   the guidance found here: **Grant Solutions Performance Progress Report.**

## I. PAYMENT

A. Federal Payment

1. Payments - General

DHS makes funds available for drawdown by the Recipient in the U.S. Department of Health and Human Services Payment Management System ("PMS"). The Recipient will submit payment requests under the Federal Award through PMS and PMS will deposit payments through electronic funds transfer to the Recipient's bank.

2. Payment Method

DHS will pay the Recipient in advance pursuant to 2 C.F.R. § 200.305(b)(1). Under this method, the Recipient's payment requests submitted to PMS must be limited to the minimum amounts needed and be timed in accordance with its actual, immediate cash requirements in carrying out the scope of work under

the Federal Award. The timing and amount of advance payments must be as close as is administratively feasible to the Recipient's actual disbursements for direct costs and proportionate share of indirect costs and must not be held for more than three business days before the funds are disbursed. The Recipient must disburse any funds available from program income, rebates, refunds, contract settlements, audit recoveries, and interest earned on such funds before requesting additional cash payments. When these requirements are not met, the Recipient will be required to be on a reimbursement for costs incurred method.

3. Property Interest

The Recipient and any subrecipients have no property interest in the funds made available by DHS in the Recipient's PMS account. At any time during or after the period of performance of the Federal Award, DHS may adjust the amounts available in Recipient's PMS account due to amendments to the Federal Award, partial or full terminations, closeouts, or other reasons.

## J. INDIRECT COSTS

2 C.F.R. § 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by DHS and included in the award file.

## K. TANGIBLE PERSONAL PROPERTY (EQUIPMENT)

1. The Recipient must provide a property report for all equipment acquired under the Federal Award with a current per unit fair market value of $10,000 or more when it submits the final performance report for the Federal Award. The Recipient will submit the property report using the Standard Form (SF)-428 (Tangible Personal Property Report). The SF-428 must include an attached document providing the description of the property, a serial number or other identification number, the source of funding for the property (including the Federal Award Identification Number (FAIN)), who holds title, the acquisition date, and cost of the property, percentage of federal participation in the project costs for the Federal Award under which the property was acquired, the location, use and condition of the property, and any ultimate disposition data including the date of disposal and sale price of the property.

2. DHS reserves the right to direct the Recipient to transfer title to the equipment to the Federal Government or to an eligible third party. If DHS informs the Recipient that it will exercise this right, then the Recipient —when submitting the final property report in paragraph D.2—will also submit a SF-428-B (Final Report) requesting disposition instructions.

3. If DHS does not exercise the right to direct the Recipient to transfer title to the equipment to the Federal Government or an eligible third party, the Recipient must request disposition instructions from DHS when original or replacement equipment acquired under the Federal award is no longer needed for the original project or program or for other activities currently or previously supported by a Federal awarding agency. The Recipient will submit a disposition request using the SF-428 (Tangible Personal Property Report) and SF-428-C (Disposition Request/Report).

## L. ACCESS TO AND RETENTION OF RECORDS.

DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives have the right of access to any documents, papers, or other records of the Recipient and subrecipients as well as their contractors and subcontractors pertaining to the Federal Award to make audits, examinations, excerpts, and transcripts. The right also includes timely and reasonable access to the personnel of the Recipient, any subrecipients, contractors of the Recipient or subrecipient, and subcontractors to those contractors.

The Recipient must include in any prime contract the requirement for the prime contractor to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives and must require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, require the subrecipient to place this requirement in all prime contracts, and require the subrecipient to require a prime contractor to include this requirement in all subcontracts.

The Recipient and subrecipients as well as their contractors and subcontractors shall retain financial records, supporting documents, statistical records, and all other records pertinent to this Award for a period of three years from the date of submission of the final expenditure report.

## M. ENVIRONMENTAL PLANNING AND HISTORIC PRESERVATION REVIEW (EHP)

DHS funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the DHS EHP review process. This review does not address all federal, state, and local requirements.

Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws.

DHS is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. General guidance for DHS's EHP process is available at DHS Compliance with the National Environmental Policy Act | Homeland Security. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program and applicants should contact their Grants Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies.

If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archaeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS.

## N. COMPLIANCE WITH U.S. EXPORT CONTROLS

Activities performed by the Recipient and any Recipient institution under this Award may or may not be subject to U.S. export control regulations. The Recipient and any Recipient institution shall conduct all such activities, to include any and all DHS-funded research and development, acquisitions, and collaborations in full compliance with all U.S. export controls—to include but not limited to the Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), and the Office of Foreign Assets Control (OFAC) Regulations. The Recipient and any Recipient institution will ensure that all legal requirements for compliance with U.S. export controls are met prior to transferring commodities, technologies, technical data, or other controlled information to a non-U.S. person or entity.

## O. PATENT RIGHTS AND DATA RIGHTS

Patent rights

The Recipient is subject to applicable regulations governing patents and inventions, including government-wide regulations, 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements."

Invention Disclosure and Related Requirements

The clause at 37 CFR 401.14, "Standard Patent Rights Clauses," is incorporated by reference herein. 37 CFR 401.14(c)(1) requires the disclosure of each subject invention to the Federal Agency within two months after the inventor discloses it in writing to contractor personnel responsible for patent matters. Under 35 U.S.C. 201(d), an invention means any invention or discovery which is or may be patentable or otherwise protectable under Title 35 of the U.S. Code, or any novel variety of plant which is or may be protectable under the Plant Variety Protection Act. Invention disclosure statements shall be made by creating an invention record using the Interagency Edison system website at: http://www.iedison.gov .

Rights to Copyrighted Work

The Recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under the award. The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so.

Data rights

1. General Requirements:

The Government has the right to:

a. Obtain, reproduce, publish, or otherwise use the data produced under a Federal award; and

b. Authorize others to receive, reproduce, publish, or otherwise use such data for Federal purposes.

Data means recorded information, regardless of form or the media on which it may be recorded.

2. <u>Additional requirements for this Award</u>.

a. Requirement: If the Government believes that it needs additional research data that was produced under this    Award, the Government may request the research data and the Recipient agrees to provide the research data within a reasonable time.

b. Applicability: The requirement in paragraph 2.a of this section applies to any research data that are:

1. Produced under this Award, either as a Recipient or sub-recipient;
2. Published, which occurs either when:

a. The research data is published in a peer-reviewed scientific or technical journal; or

b. DHS publicly and officially cites the research data in support of an agency action that has the force and effect of law.

3. <u>Requirements for sub-awards</u>: The Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Patent Rights and Data Rights) and the DHS Standard Terms and Conditions award term (Copyright).

## P. SITE VISITS

DHS, Inspectors General, the Comptroller General of the United States, or any of their authorized representatives may make site visits as warranted by Program needs to the Recipient and subrecipients as well as their contractors and subcontractors pursuant to 2 C.F.R. § 200.329(f). The Recipient must include in any prime contract the requirement for the prime contractor to provide access to DHS for site visits and require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to DHS for site visits, requirement for the subrecipient to place this requirement in all prime contracts, and requirement for the subrecipient to require a prime contractor to include this requirement in all subcontracts.

## Q. TRAVEL

The Recipient must obtain prior written DHS approval before using Federal Award funding for foreign travel of the Recipient, subrecipient, or their contractors or subcontractors. A request for approval must identify the traveler, purpose of the travel, destination(s), duration of travel, and estimated travel costs. The Recipient must submit any foreign travel request at least 60 days before the travel commences.

## R. PUBLICATIONS

1. The Recipient may not publish or make publicly available articles and other documents produced under or as a result of the Federal Award that contain CUI, export-controlled information, and/or sensitive information designated by DHS without express written authorization from DHS. For articles and other documents produced under or as a result of the Federal Award that do not contain CUI, export-controlled information, or sensitive information, the Recipient may publish these articles and other documents and/or make them publicly available in journals, books, trade publications, websites, or other media. The rights of DHS in any articles or documents are set forth in 2 C.F.R. § 200.315.

2. The Recipient must include the following marking on any article or similar document produced under or as a result of the Federal Award:

"This document is based upon work supported by the U.S. Department of Homeland Security under *[insert Grant/Cooperative Agreement number]*. The views and conclusions expressed in this document

are those of the authors and do not necessarily represent the views of the U.S. Department of Homeland Security or the United States."

## S. TERMINATION PROVISIONS

1. <u>General</u>. The regulations at 2 C.F.R. §§ 200.340-343 set forth the administrative requirements concerning the termination of federal awards. Termination means the ending of a federal award, in whole or in part, at any time before the planned end of the period of performance. As required by 2 C.F.R. § 200.340(b), the purpose of this term and condition is to specify termination provisions applicable to the federal award in addition to those set forth in the regulations.

2. <u>Termination by DHS</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may unilaterally terminate the federal award in whole or part if the Recipient fails to comply with the terms and conditions of the federal award and when, to the greatest extent authorized by law, the federal award no longer effectuates the program goals or agency priorities. When terminating a federal award, the DHS will promptly notify the Recipient in writing via email of the termination that will set forth the reasons for the termination and the effective date of the termination. A Recipient may object and provide written information and documentation challenging the termination electronically via email to DHS within 30 days of receiving the termination notice. The termination notice may provide additional procedures for submitting an objection to the termination.

3. <u>Termination with Consent</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may terminate the federal award in whole or in part with the consent of the Recipient. In that case, DHS will work with the Recipient to identify mutually agreed upon termination conditions including the effective date, and, in the case of partial termination, the portion to be terminated. DHS will provide to the Recipient for concurrence a draft termination notice setting forth the agreed upon termination conditions and, following the Recipient's written concurrence, DHS will issue the final termination notice.

4. <u>Termination by Recipient</u>. The regulation at 2 C.F.R. § 200.340(a) provides that the Recipient may unilaterally terminate the federal award in whole or in part by sending DHS written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if DHS determines in the case of partial termination that the reduced or modified portion of the federal award will not accomplish the purposes for which DHS made the federal award, DHS will provide written notice to the Recipient of the possibility that DHS will terminate the entire federal award and provide the Recipient with the opportunity to withdraw its partial termination request. If the Recipient does not withdraw its request for partial termination within 30 days of receiving the written notice, DHS will initiate procedures to terminate the entire federal award for cause following the procedures in paragraph I.B.2.

5. <u>Costs Incurred After Termination</u>. The regulation at 2 C.F.R. § 200.343 provides that the cost to the Recipient resulting from financial obligations incurred by the Recipient after termination are not allowable unless the federal awarding agency expressly authorizes them in the notice of termination or subsequently authorizes them. This general prohibition does not apply where costs result from financial obligations properly incurred by the Recipient before the termination and are not in anticipation of termination and those costs would otherwise be allowable if the federal award has expired normally at the end of the period of performance. The regulation at 2 C.F.R. § 200.472 sets forth the potentially allowable costs following termination. The allowability of these costs is the same for all types of terminations and do not vary whether DHS unilaterally terminates a federal award, DHS terminates a federal award with consent, or the Recipient unilaterally terminates the federal award. The Recipient should contact DHS in cases where it seeks authorization of costs incurred following the termination of a federal award.

## T. MONETARY DAMAGES

Monetary damages are not available to the Recipient in the event of a breach of the grant or cooperative agreement by DHS, such that the United States Court of Federal Claims does not have jurisdiction to render judgment upon any claim against the United States arising under the grant or cooperative agreement under 28 U.S.C. § 1491(a).

## U. STANDARD OF REVIEW

The scope of any judicial review for a DHS actions, findings, and conclusions under this cooperative agreement is limited to the standard of review under the Administrative Procedures Act, 5 U.S.C. § 706.

## V. GOVERNING PROVISIONS

The following are incorporated into this Award by this reference:

| | |
|---|---|
| 31 C.F.R.205 | Rules and Procedures for Funds Transfers |
| 2 CFR Part 200 | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards |
| Application | Grant Application and Assurances dated 09/2025 |

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

The Fiscal Year (FY) 2025 Department of Homeland Security (DHS) Standard Terms and Conditions apply to all new federal awards of federal financial assistance (federal awards) for which the federal award date occurs in FY 2025 and flow down to subrecipients unless a term or condition specifically indicates otherwise. For federal continuation awards made in subsequent FYs, the FY 2025 DHS Standard Terms and Conditions apply unless otherwise specified in the terms and conditions of the continuation awards. The United States has the right to seek judicial enforcement of these terms and conditions.

All legislation and digital resources are referenced with no digital links. These FY 2025 DHS Standard Terms and Conditions are maintained on the DHS website at https://www.dhs.gov/publication/dhs-standard-terms-and-conditions.

A. **Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications**

    I.    Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances, as instructed.

B. **General Acknowledgements and Assurances Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located in Title 2, Code of Federal Regulations, Part 200 and adopted by DHS at 2 C.F.R. § 3002.10.**

All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337.

    I.    Recipients must cooperate with any DHS compliance reviews or compliance investigations.

    II.    Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal award and permit access to facilities and personnel.

    III.    Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

    IV.    Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or DHS Component program guidance. Organization costs related to data and evaluation are allowable. The definition of data and evaluation costs is in 2 C.F.R. § 200.455(c), the full text of which is incorporated by reference.

    V.    Recipients must complete DHS Form 3095 within 60 days of receipt of the Notice of Award for the first award under which this term applies. For further instructions and to access the form, please visit: https://www.dhs.gov/civil-rightsresources-recipients-dhs-financial-assistance.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

**C. Standard Terms & Conditions**

I. Acknowledgement of Federal Funding from DHS

Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds.

II. Activities Conducted Abroad

Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals.

III. *Age Discrimination Act of 1975*

Recipients must comply with the requirements of the *Age Discrimination Act of 1975*, Pub. L. No. 94-135 (codified as amended at Title 42, U.S. Code § 6101 *et seq.*), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

IV. *Americans with Disabilities Act of 1990*

Recipients must comply with the requirements of Titles I, II, and III of the *Americans with Disabilities Act*, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

V. Best Practices for Collection and Use of Personally Identifiable Information

(1) Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect.

(2) Definition. DHS defines "PII" as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

VI. *CHIPS and Science Act of 2022*, Public Law 117-167 CHIPS

(1) Recipients of DHS research and development (R&D) awards must report to the DHS Component research program office any finding or determination of sex based and sexual harassment and/or an administrative or disciplinary action taken against principal investigators or co-investigators to be completed by an authorized organizational representative (AOR) at the recipient institution.

(2) Notification. An AOR must disclose the following information to agencies within 10 days of the date/the finding is made, or 10 days from when a recipient imposes an administrative action on the reported individual, whichever is sooner. Reports should include:

(a) Award number,

(b) Name of PI or Co-PI being reported,

DHS Standard Terms & Conditions: FY 2025 *Version 3*                    April 18, 2025

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

    (c)  Awardee name,

    (d)  Awardee address,

    (e)  AOR name, title, phone, and email address,

    (f)  Indication of the report type:

      (i)    Finding or determination has been made that the reported individual violated awardee policies or codes of conduct, statutes, or regulations related to sexual harassment, sexual assault, or other forms of harassment, including the date that the finding was made.

      (ii)    Imposition of an administrative or disciplinary action by the recipient on the reporting individual related to a finding/determination or an investigation of an alleged violation of recipient policy or codes of conduct, statutes, or regulations, or other forms of harassment.

      (iii)    The date and nature of the administrative/disciplinary action, including a basic explanation or description of the event, which should not disclose personally identifiable information regarding any complaints or individuals involved. Any description provided must be consistent with the *Family Educational Rights in Privacy Act*.

(3) Definitions.

    (a)  An "authorized organizational representative (AOR)" is an administrative official who, on behalf of the proposing institution, is empowered to make certifications and representations and can commit the institution to the conduct of a project that an agency is being asked to support as well as adhere to various agency policies and award requirements.

    (b)  "Principal investigators and co-principal investigators" are award personnel supported by a grant, cooperative agreement, or contract under Federal law.

    (c)  A "reported individual" refers to recipient personnel who have been reported to a federal agency for potential sexual harassment violations.

    (d)  "Sex based harassment" means a form of sex discrimination and includes harassment based on sex, sex stereotypes, sex characteristics, pregnancy or related conditions, sexual orientation, and gender identity.

    (e)  "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment, whether such activity is carried out by a supervisor or by a co-worker, volunteer, or contractor.

VII.    *Civil Rights Act of 1964 – Title VI*

Recipients must comply with the requirements of Title VI of the *Civil Rights Act of 1964*, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d *et seq*.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7.

VIII. *Civil Rights Act of 1968*

Recipients must comply with Title VIII of the *Civil Rights Act of 1968*, Pub. L. No. 90284 (codified as amended at 42 U.S.C. § 3601 *et seq.*) which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

IX. Communication and Cooperation with the Department of Homeland Security and Immigration Officials

(1) All recipients and other recipients of funds under this award must agree that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials:

(a) They must comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with DHS regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, State, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: 1) sending such information to, or requesting or receiving such information from, Federal immigration officials; 2) maintaining such information; or 3) exchanging such information with any other Federal, State, or local government entity;

(b) They must comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes;

(c) That they will honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance;

(d) That they will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien; and

(e) That they will not leak or otherwise publicize the existence of an immigration enforcement operation.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

(2) The recipient must certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and using a form that is acceptable to DHS, that it will comply with the requirements of this term. Additionally, the recipient agrees that it will require any subrecipients or contractors to certify in the same manner that they will comply with this term prior to providing them with any funding under this award.

(3) The recipient agrees that compliance with this term is material to the Government's decision to make or continue with this award and that the Department of homeland Security may terminate this grant, or take any other allowable enforcement action, if the recipient fails to comply with this term.

X. Copyright

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so.

XI. Debarment and Suspension

Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

XII. Drug-Free Workplace Regulations

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government- wide implementation (2 C.F.R. Part 182) of the *Drug-Free Workplace Act of 1988* (41 U.S.C. §§ 8101-8106).

XIII. Duplicative Costs

Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing requirements of any other federal award in either the current or a prior budget period. See 2 C.F.R. § 200.403(f). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal award terms and conditions.

XIV. Education Amendments of 1972 (*Equal Opportunity in Education Act*) – Title IX

Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 *et seq*.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

XV. *Energy Policy and Conservation Act*

Recipients must comply with the requirements of the *Energy Policy and Conservation Act*, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 *et seq*.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

XVI. Equal Treatment of Faith-Based Organizations

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries.

Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statutes, regulations, and guidance governing the participations of faith-based organizations in individual DHS programs.

XVII. Anti-Discrimination

Recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 372(b)(4).

(1) Definitions. As used in this clause –

(a) DEI means "diversity, equity, and inclusion."

(b) DEIA means "diversity, equity, inclusion, and accessibility."

(c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025.

(d) Discriminatory prohibited boycott means refusing to deal, cutting commercial relations, or otherwise limiting commercial relations specifically with Israeli companies or with companies doing business in or with Israel or authorized by, licensed by, or organized under the laws of Israel to do business.

(e) Federal anti-discrimination laws mean Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin.

(f) Illegal immigrant means any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States.

(2) Grant award certification.

(a) By accepting the grant award, recipients are certifying that:

(i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and

(ii) They do not engage in and will not during the term of this award engage in, a discriminatory prohibited boycott.

(iii) They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration.

(3) DHS reserves the right to suspend payments in whole or in part and/or terminate financial assistance awards if the Secretary of Homeland Security or her designee determines that the recipient has violated any provision of subsection (2)..

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

(4) Upon suspension or termination under subsection (3), all funds received by the recipient shall be deemed to be in excess of the amount that the recipient is determined to be entitled to under the Federal award for purposes of 2 C.F.R. § 200.346. As such, all amounts received will constitute a debt to the Federal Government that may be pursued to the maximum extent permitted by law.

XVIII.   *False Claims Act* and Program Fraud Civil Remedies

Recipients must comply with the requirements of the *False Claims Act*, 31 U.S.C. §§ 3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

XIX.   Federal Debt Status

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. See OMB Circular A-129.

XX.   Federal Leadership on Reducing Text Messaging While Driving

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of Executive Order 13513.

XXI.   *Fly America Act of 1974*

Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation,     https://www.transportation.gov/policy/aviation-policy/certificated-aircarriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the *International Air Transportation Fair Competitive Practices Act of 1974*, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

XXII.   *Hotel and Motel Fire Safety Act of 1990*

Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the *Hotel and Motel Fire Safety Act of 1990*, 15 U.S.C. § 2225a.

XXIII.   *John S. McCain National Defense Authorization Act of Fiscal Year 2019*

Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the *John S. McCain National Defense Authorization Act for Fiscal Year 2019*, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons.

XXIV.   Limited English Proficiency (*Civil Rights Act of 1964, Title VI*)

Recipients must comply with Title VI of the *Civil Rights Act of 1964* (42 U.S.C. § 2000d *et seq*.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps

DHS Standard Terms & Conditions: FY 2025 *Version 3*                    April 18, 2025

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help- department-supported-organizationsprovide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

XXV.     Lobbying Prohibitions

Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL).

XXVI.    *National Environmental Policy Act*

Recipients must comply with the requirements of the *National Environmental Policy Act of 1969*, Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 *et seq.*) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

XXVII.   National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254

(1)  Recipient research institutions ("covered institutions") must comply with the requirements in NSPM-33 and provisions of Pub. L.117-167, Section 10254 (codified at 42 U.S.C. § 18951) certifying that the institution has established and operates a research security program that includes elements relating to:

(a)  cybersecurity;

(b)  foreign travel security;

(c)  research security training; and

(d)  export control training, as appropriate.

(2)  Definition. "Covered institutions" means recipient research institutions receiving federal Research and Development (R&D) science and engineering support "in excess of $50 million per year."

XXVIII.  Non-Supplanting Requirement

Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose.

XXIX.    Notice of Funding Opportunity Requirements

All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated

DHS Standard Terms & Conditions: FY 2025 *Version 3*                    April 18, 2025

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the federal award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect.

XXX.     Patents and Intellectual Property Rights

Recipients are subject to the *Bayh-Dole Act*, 35 U.S.C. § 200 *et seq*. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14.

XXXI.     Presidential Executive Orders

Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference.

XXXII.     Procurement of Recovered Materials

States, political subdivisions of states, and their contractors must comply with Section 6002 of the *Solid Waste Disposal Act*, Pub. L. No. 89-272 (1965) (codified as amended by the *Resource Conservation and Recovery Act* at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

*XXXIII.     Rehabilitation Act of 1973*

Recipients must comply with the requirements of Section 504 of the *Rehabilitation Act of 1973*, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

XXXIV.     Reporting Recipient Integrity and Performance Matters

If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide federal award term and condition for Recipient Integrity and Performance Matters is in 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference.

XXXV.     Reporting Subawards and Executive Compensation

For federal awards that total or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide federal award term and condition on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference.

XXXVI.     Required Use of American Iron, Steel, Manufactured Products, and Construction Materials

(1)  Recipients of a federal award from a financial assistance program that provides funding for infrastructure are hereby notified that none of the funds provided under this federal award may be used for a project for infrastructure unless:

DHS Standard Terms & Conditions: FY 2025 *Version 3*                    April 18, 2025

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

    (a)  all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

    (b)  all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

    (c)  all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States.

(2)  The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

(3)  *Waivers*

When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements.

    (a)  When the Federal agency has determined that one of the following exceptions applies, the federal awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that:

        (i)    applying the domestic content procurement preference would be inconsistent with the public interest;

        (ii)   the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

        (iii)  the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

    (b)  A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office.

    (c)  There may be instances where a federal award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

(4) *Definitions*. The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference.

XXXVII.  <u>SAFECOM</u>

Recipients receiving federal awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment | CISA.

XXXVIII.  <u>Subrecipient Monitoring and Management</u>

Pass-through entities must comply with the requirements for subrecipient monitoring and management as set forth in 2 C.F.R. §§ 200.331-333.

XXXIX.  <u>System for Award Management and Unique Entity Identifier Requirements</u>

Recipients are required to comply with the requirements set forth in the governmentwide federal award term and condition regarding the System for Award Management and Unique Entity Identifier Requirements in 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference.

XL.  <u>Termination of a Federal Award</u>

(1) By DHS. DHS may terminate a federal award, in whole or in part, for the following reasons:

    (a) If the recipient fails to comply with the terms and conditions of the federal award;

    (b) With the consent of the recipient, in which case the parties must agree upon the termination conditions, including the effective date, and in the case of partial termination, the portion to be terminated; or

    (c) Pursuant to the terms and conditions of the federal award, including, to the extent authorized by law, if the federal award no longer effectuates the program goals or agency priorities.

(3) By the Recipient. The recipient may terminate the federal award, in whole or in part, by sending written notification to DHS stating the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. However, if DHS determines that the remaining portion of the federal award will not accomplish the purposes for which the federal award was made, DHS may terminate the federal award in its entirety.

(4) Notice. Either party will provide written notice of intent to terminate for any reason to the other party no less than 30 calendar days prior to the effective date of the termination.

(5) Compliance with Closeout Requirements for Terminated Awards. The recipient must continue to comply with closeout requirements in 2 C.F.R. §§ 200.344200.345 after an award is terminated.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

XLI.     Terrorist Financing

Recipients must comply with Executive Order 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the Executive Order and laws.

XLII.     Trafficking Victims Protection Act of 2000(TVPA)

Recipients must comply with the requirements of the government-wide federal award term and condition which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The federal award term and condition is in 2 C.F.R. § 175.105, the full text of which is incorporated by reference.

XLIII.     *Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001*, Pub. L. 107-56

Recipients must comply with the requirements of Pub. L. 107-56, Section 817 of the USA PATRIOT Act, which amends 18 U.S.C. §§ 175–175c.

XLIV.     Use of DHS Seal, Logo and Flags

Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials.

XLV.     *Whistleblower Protection Act*

Recipients must comply with the statutory requirements for whistleblower protections in 10 U.S.C § 470141 U.S.C. § 4712.