**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | Case No. 1:25-cv-05462 <br><br> Hon. John J. Tharp, Jr. |

**DECLARATION OF RICK GIRVEN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Rick Girven, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.      This declaration is based on my own personal knowledge, experience, and review of relevant business records. If I were to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2.      I currently serve as an Assistant Comptroller for the City of Chicago's Department of Finance. As an Assistant Comptroller, I am responsible for overseeing three accounting unit managers engaged in supervising staff handling the financial operations and management of Federal, State, and local grant funded programs. I am responsible for coordinating the administration of charging Indirect Costs and Fringe Benefits to eligible grant-funded programs. I have held this position since December 2022. Before becoming an Assistant Comptroller, I served

1

as the Director of Accounting. In that role, I managed two accounting units engaged in supervising the staff handling the financial operations and management of federal, state, and local grant funded programs.

3. I obtained a Master's Degree of Public Administration in Accounting and Business Management from Roosevelt University.

4. The primary role of Chicago's Grant and Project Accounting Division (GPAD), which is under my purview, is to deliver fiscal and support services for programs funded by federal, state, and other external grants. GPAD monitors and enforces compliance measures with Chicago's Office of Management and Budget's Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, as well as the State of Illinois' Grant Accountability and Transparency Act.

**Reimbursement Process for Chicago's Securing the Cities Program**

5. Chicago, through GPAD, submits reimbursement requests for the Securing the Cities (STC) program under two Department of Homeland Security (DHS) cooperative agreements: (1) 2016-DN-106-000001; and (2) 2021-CWDSTC-00017.

6. The reimbursement process, with respect to GPAD, generally begins when the Chicago Fire Department (CFD), the awardee for each cooperative agreement, receives an invoice or accounting record indicating that CFD has received equipment, services, or otherwise incurred expenses through the STC program. CFD sends the invoice or accounting record to GPAD, and GPAD reviews the paperwork and sends payment to the vendor, using general City of Chicago funds.

7. Then, a member of the GPAD team submits reimbursement requests through the federal government's Payment Management System. For each request, GPAD submits an

2

explanation of expenditures with the amounts for each designated grant award on the Payment Management System.

8. After that, DHS reimburses Chicago via electronic funds transfer. Prior to February 2025, DHS would typically send reimbursements within 72 hours of a request being submitted.

**Chicago's Late Reimbursement Payments**

9. All that changed in 2025.

10. From February 21, 2025 to April 18, 2025, Chicago submitted five requests for reimbursement under the Securing the Cities program for a total of $1,191,321.18:

    a. On February 21, 2025, Chicago requested reimbursement of expenses totaling $43,013.83;

    b. Also on February 21, 2025, Chicago separately requested reimbursement of expenses totaling $428,669.98;

    c. On March 13, 2025, Chicago requested reimbursement of expenses totaling $26,035.05;

    d. On April 2, 2025, Chicago requested reimbursement of expenses totaling $30,632.53; and

    e. On April 18, 2025, Chicago requested reimbursement of expenses totaling $662,969.79.

11. Attached as Ex. A is a true and correct copy of a screenshot showing Chicago's pending STC reimbursement requests as of June 17, 2025.

12. For months, Chicago received no reimbursement. Chicago also did not receive any explanation why reimbursements were not being issued.

3

13. On March 3, 2025, GPAD requested a status update on Chicago's February 21 reimbursement requests from U.S. Department of Health and Human Services employee Vivian Hughes, who assists Chicago with drawdown requests made through the federal government's Payment Management Services system. Hughes responded: "All DHS-OPO payments are on pause. The payment has been approved but not yet release[d] for payment. We must await guidance from DHS …." Hughes instructed us to "contact your grant officer directly." A true and correct copy of this email correspondence is included in the attached Ex. B, at page 2.

14. On March 4 and March 11, 2025, GPAD emailed Chicago's DHS grant officer about Chicago's pending reimbursement requests. The grant officer did not respond. A true and correct copy of this email correspondence is included in the attached Ex. B, at page 1.

15. On March 19, 2025, GPAD emailed Vivian Hughes again to inquire when DHS anticipated reimbursing Chicago. Hughes responded: "The payment has been approved but not yet release[d] for payment. We must await guidance from DHS …. If you have any questions, contact your grants officer directly." A true and correct copy of this email correspondence is included in the attached Ex. C, at page 3.

16. The same day, GPAD emailed another DHS grant officer to request an update about Chicago's pending reimbursement requests. The grant officer responded: "I am sorry to say, I have no further information on your question. We are awaiting guidance on this issue. As soon as we have information to provide, we will do so." A true and correct copy of this email correspondence is included in the attached Ex. C, at pages 1 and 2..

17. DHS did not begin reimbursing Chicago until June 18, 2025, two days after, as I understand, Chicago filed its Amended Complaint in this case. Even then, DHS only reimbursed Chicago for the April 2, 2025 request of $30,632.53. Requests for $1,160,688.65 remained unpaid.

4

18.     On June 23, 2025, Chicago received a payment of $69,048.88 for Securing the Cities. This payment covered reimbursement requests that Chicago had submitted on February 21, 2025 and March 13, 2025.

19.     On June 24, 2025, Chicago received a payment of $1,091,639.77. This payment covered the remaining outstanding reimbursements, which, at latest, had been submitted by April 18, 2025.

20.     The delay in over a million dollars of reimbursements harmed Chicago. All grant expenditures are paid upfront out of general City of Chicago funds until Chicago receives reimbursements. Due to Chicago's current financial constraints, it is vital for all grant related expenditures to be reimbursed as soon as possible, so that Chicago can continue to operate and provide critical services earmarked under its programs, including the STC public safety program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2026 at Chicago, Illinois.


_____
RICK GIRVEN

# Exhibit A



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

TUESDAY, JUN 17, 2025

**PSC | Payment Management System**

Yulanda Ross (ROSSY41057) ▾

## PMS USER ACCOUNT NOTIFICATIONS

🟥 Expired    🟧 Will Expire within 5 days    🟨 Will Expire within 10 days

| | Notification | Count | By | Actions |
|---|---|---|---|---|
| 1 | Number of Days until Recertification Required | 119 days | 2025-10-15 12:00:00 AM | 📇 |
| 2 | Payee Accounts | 1 accounts | | 🔍 |

|◁ ◁◁ 1 ▷▷ ▷|    Records per page 5 ▾    Displaying 1 to 2 of 2 items

### MY PAYMENT REQUESTS (5)

| | Transaction Number | Payee Account | Payment Type | Request Amount | Request Date | Due Date | Request Status | Actions |
|---|---|---|---|---|---|---|---|---|
| 1 | 2052177169 | E2557P1 | ACH Payment | $ 662,969.79 | 2025-04-18 01:37:31 PM | 2025-04-21 | Pending Review | 🔗❌ |
| 2 | 4040516755 | E2557P1 | ACH Payment | $ 30,632.53 | 2025-04-02 03:23:57 PM | 2025-04-03 | Request in Transit | 🔗❌ |
| 3 | 4040485794 | E2557P1 | ACH Payment | $ 26,035.05 | 2025-03-13 10:06:56 AM | 2025-03-14 | Request in Transit | 🔗❌ |
| 4 | 4040456956 | E2557P1 | ACH Payment | $ 428,669.98 | 2025-02-21 10:53:52 AM | 2025-02-24 | Request in Transit | 🔗❌ |
| 5 | 4040455790 | E2557P1 | ACH Payment | $ 43,013.83 | 2025-02-21 10:51:33 AM | 2025-02-24 | Request in Transit | 🔗❌ |

|◁ ◁◁ 1 ▷▷ ▷|    Records per page 5 ▾    Displaying 1 to 5 of 5 items

# Exhibit B

## Chelsey Metcalf

| | |
|---|---|
| **From:** | Yulanda Ross <Yulanda.Ross@cityofchicago.org> |
| **Sent:** | Tuesday, March 11, 2025 11:59 AM |
| **To:** | 'Janet.Bailey@HQ.DHS.GOV' |
| **Cc:** | Kevin Allen |
| **Subject:** | RE: F93 DHS-OPO Payment Status - RE: PAN E2557P1 - Payment Request Inquiry -City of Chicago Department of Finance/CFD - 16DNSTC00001 & 21CWDSTC00017 |

Hi, Janet

Just following up on this email status.

Thank you

**Yulanda Ross, MBA, MAT**
Director of Accounting
**City of Chicago | Finance Department | Grant and Project Accounting Division**
121 North LaSalle Street, Room 700 | Chicago, Illinois 60602
Office Phone: 312.744.7144 | Office Fax: 312.744.7310



**From:** Yulanda Ross
**Sent:** Tuesday, March 4, 2025 8:35 AM
**To:** Janet.Bailey@HQ.DHS.GOV
**Cc:** Kevin Allen
**Subject:** FW: F93 DHS-OPO Payment Status - RE: PAN E2557P1 - Payment Request Inquiry -City of Chicago Department of Finance/CFD - 16DNSTC00001 & 21CWDSTC00017

Good Morning, Janet

I hope all is well. I am inquiring about the hold of funds on the PMS system for the Securing the Cities grant. Can you provide us with any updates on when funding maybe released for this program? We are aware of the sensitive climate and the transitional position of Federal agencies. Any information would be greatly appreciated.

Thank you so much for your assistance.

Have a wonderful day.

**Yulanda Ross, MBA, MAT**
Director of Accounting
**City of Chicago | Finance Department | Grant and Project Accounting Division**

121 North LaSalle Street, Room 700 | Chicago, Illinois 60602
Office Phone: 312.744.7144 | Office Fax: 312.744.7310



**From:** Hughes, Vivian (OS/ASA/PSC/FMP) <Vivian.Hughes@psc.hhs.gov>
**Sent:** Monday, March 3, 2025 9:41 AM
**To:** Yulanda Ross <Yulanda.Ross@cityofchicago.org>
**Cc:** Kevin Allen <Kevin.Allen@cityofchicago.org>; Hughes, Vivian (OS/ASA/PSC/FMP) <Vivian.Hughes@psc.hhs.gov>
**Subject:** F93 DHS-OPO Payment Status - RE: PAN E2557P1 - Payment Request Inquiry -City of Chicago Department of Finance/CFD

[Warning: External email]

All DHS-OPO payments are on pause. The payment has been approved but not yet release for payment. We must await guidance from DHS , that is the reason you will not see a Treasury schedule number. If you have any questions, contact your grants officer directly.

**From:** Yulanda Ross <Yulanda.Ross@cityofchicago.org>
**Sent:** Monday, March 3, 2025 9:13 AM
**To:** Hughes, Vivian (OS/ASA/PSC/FMP) <Vivian.Hughes@psc.hhs.gov>
**Cc:** Kevin Allen <Kevin.Allen@cityofchicago.org>
**Subject:** PAN E2557P1 - Payment Request Inquiry -City of Chicago Department of Finance/CFD
**Importance:** High

Good Morning, Vivian

The City of Chicago Department of Finance requested a drawdown for the Securing the Cities on 2/21/2025 in the amount of $428,669.98 & $43,013.83. We have not received the funds in our JP Morgan GPAD bank account as of today. Can you please provide us with an update on this request? Two separate requests were made to distinguish between fiscal years within our organization for internal bookkeeping purposes. Please advise if we must request the drawdown again with both amounts together.

Thank you for your assistance in advance.

## MY PAYMENT REQUESTS (2)

| | Transaction Number | Payee Account | Payment Type | |
|---|---|---|---|---|
| 1 | 4040456956 | E2557P1 | ACH Payment | |
| 2 | 4040455790 | E2557P1 | ACH Payment | |



**PAYMENT WORKFLOW:** Payment Request › Approve Request › Confirm Request › Release Request › **Request Completed**

| View Request | Documents | All Details |

## PAYMENT DETAILS

| | |
|---|---|
| **Payee Account Number:** | E2557P1 |
| **UEI:** | SF6NEGGTK8U7 |
| **Payment Type:** | ACH Payment |
| **Payment Request Date:** | 2025-02-21 |
| **Payment Due Date:** | 2025-02-23 |
| **Payment Request Amount ($):** | $428,669.98 |

## SUBACCOUNTS

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| 2016-DN-106-000001 | ######9383 | |

Close

| View Request | Documents | **All Details** |

### STATUS HISTORY

| Status | Status Change By | Status Change Date | Status Change |
|---|---|---|---|
| Payment Transaction Submitted | yulanda.ross@cityofchicago.org | 2025-02-21 09:53:52 AM | |
| Payment Transaction Completed | jenny.chen@psc.hhs.gov | 2025-02-21 02:28:37 PM | Included in sche |
| Processed by PMS | vivian.hughes@psc.hhs.gov | 2025-02-21 11:29:46 AM | Vivian Hughes: |
| Processed by PMS | keishay.bulluck@psc.hhs.gov | 2025-02-21 02:28:01 PM | Keishay Bulluck |
| Processed by PMS | jenny.chen@psc.hhs.gov | 2025-02-21 02:28:37 PM | Jenny Chen: |

### NOTIFICATIONS

| | Subject |
|---|---|
| | No notifications. |

3

| View Request | Documents | All Details |
|---|---|---|

## PAYMENT DETAILS

| | |
|---|---|
| **Payee Account Number:** | E2557P1 |
| **UEI:** | SF6NEGGTK8U7 |
| **Payment Type:** | ACH Payment |
| **Payment Request Date:** | 2025-02-21 |
| **Payment Due Date:** | 2025-02-23 |
| **Payment Request Amount ($):** | $43,013.83 |

## SUBACCOUNTS

| Subaccount Number | Bank Account Number | Subaccount Amoun |
|---|---|---|
| 2016-DN-106-000001 | ######9383 | |
| 21CWDSTC00017 | ######9383 | |

Close

4



## Payment Request - View Request



**Yulanda Ross, MBA, MAT**
Director of Accounting
**City of Chicago | Finance Department | Grant and Project Accounting Division**
121 North LaSalle Street, Room 700 | Chicago, Illinois 60602
Office Phone: 312.744.7144 | Office Fax: 312.744.7310



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

5

# Exhibit C

## Chelsey Metcalf

| | |
|---|---|
| **From:** | Osterhus, Diane <diane.osterhus@HQ.DHS.GOV> |
| **Sent:** | Wednesday, March 19, 2025 1:23 PM |
| **To:** | Yulanda Ross |
| **Cc:** | Rick Girven; Michele James; Kevin Allen; Harvey, Ki; Osterhus, Diane |
| **Subject:** | RE: F93B E2557P1 -RE: Payment Management System - Status of Payment Inquiry - E2557P1 - 366005820 - Securing the Cities |



[Warning: External email]

Hello Yulanda,

Nice to "meet" you! 😊

I'm sorry to say, I have no further information on your question.  We are awaiting guidance on this issue.  As soon as we have information to provide, we will do so.

We appreciate your patience and understanding at this time.

Kind Regards.

**Diane J. Osterhus**
Program Analyst
Office of Procurement Operations
Office of the Chief Procurement Officer
U.S. Department of Homeland Security
T: 202-768-8211

**From:** Yulanda Ross <Yulanda.Ross@cityofchicago.org>
**Sent:** Wednesday, March 19, 2025 11:33 AM
**To:** Osterhus, Diane <diane.osterhus@HQ.DHS.GOV>
**Cc:** Rick Girven <Rick.Girven@cityofchicago.org>; Michele James <Michele.James@cityofchicago.org>; Kevin Allen <Kevin.Allen@cityofchicago.org>
**Subject:** FW: F93B E2557P1 -RE: Payment Management System - Status of Payment Inquiry - E2557P1 - 366005820 - Securing the Cities
**Importance:** High

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good Morning, Diane

I hope all is well.

1

Based on our last NoA notice; you have been assigned to this grant as our Grants Officer.

I am reaching out to you directly based on an email that we received from our PMS representative for the Securing the Cities grant. We have requested several payments on the PMS portal but have been advised that the funds cannot be disbursed until guidance is received from the DHHS office.

Can you provide insight on how long will it take before we can receive reimbursement of funds for expenditures already incurred under this grant?

Thank you in advance for your assistance.

---

97.106 - Securing the Cities Program

**DHS Grants and Financial Assistance Division (GFAD)**

301 7th Street, SW, RM 3051
Mail Stop 0115
Washington, DC 20528

| 3. ASSISTANCE TYPE | Cooperative Agreement | |
|---|---|---|
| 4. GRANT NO. 21CWDSTC00017-04-01 Formerly | 5. TYPE OF AWARD Other | |
| 4a. FAIN 21CWDSTC00017 | 5a. ACTION TYPE Post Award Amendment | |

| 6. PROJECT PERIOD | MM/DD/YYYY | | MM/DD/YYYY |
|---|---|---|---|
| From | 09/30/2021 | Through | 08/31/2030 |
| 7. BUDGET PERIOD | MM/DD/YYYY | | MM/DD/YYYY |
| From | 09/01/2024 | Through | 08/31/2025 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Homeland Security Act of 2002, Public Law 107-296, 6 U.S.C 596

8. TITLE OF PROJECT (OR PROGRAM)

Chicago Securing the Cities Program, 2021 STC Sustainment, DHS-ST-21-106-STC-0001

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| CITY OF CHICAGO FIRE DEPARTMENT 3510 S Michigan Ave Chicago, IL 60653-1020 | Ms. Bethany Hand 3510 S. Michigan Ave. Fire Department Chicago, IL 60653-6065 Phone: 312-745-3908 |
| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
| Ms. Bethany Hand 3510 S. Michigan Ave. Fire Department Chicago, IL 60653-6065 | Ki L Harvey 245 Muarry Lane Washington, DC 20528-0001 Phone: 202-893-7908 |

ALL AMOUNTS ARE SHOWN IN USD

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 3,175,000.00 |
| II Total project costs including grant funds and all other financial participation | II | b. Less Unobligated Balance From Prior Budget Periods | 1,800,000.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 1,375,000.00 |
| a. Salaries and Wages | 1,266,000.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 0.00 |
| b. Fringe Benefits | 776,000.00 | 13. Total Federal Funds Awarded to Date for Project Period | 3,175,000.00 |
| c. Total Personnel Costs | 2,042,000.00 | 14. RECOMMENDED FUTURE SUPPORT | |

14. RECOMMENDED FUTURE SUPPORT
*(Subject to the availability of funds and satisfactory progress of the project):*

| | | YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|---|---|
| d. Equipment | 799,250.00 | a. 5 | | d. 8 | |
| e. Supplies | 5,000.00 | b. 6 | | e. 9 | |
| f. Travel | 20,000.00 | c. 7 | | f. 10 | |
| g. Construction | 0.00 | | | | |
| h. Other | 0.00 | | | | |

15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:

| | | | |
|---|---|---|---|
| i. Contractual | 150,000.00 | a. DEDUCTION b. ADDITIONAL COSTS c. MATCHING d. OTHER RESEARCH (Add / Deduct Option) e. OTHER (See REMARKS) | **b** |
| j. TOTAL DIRECT COSTS | 3,016,250.00 | | |

16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

| k. INDIRECT COSTS | 158,750.00 |
|---|---|

a. The grant program legislation.
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

| l. TOTAL APPROVED BUDGET | 3,175,000.00 |
|---|---|

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

| m. Federal Share | 3,175,000.00 |
|---|---|
| n. Non-Federal Share | 0.00 |

REMARKS (Other Terms and Conditions Attached - ● Yes ○ No)
The purpose of this amendment is to change the Grants Officer to Diane Osterhus.

All other terms and conditions remain in effect.

2

**Yulanda Ross, MBA, MAT**
Director of Accounting
**City of Chicago | Finance Department | Grant and Project Accounting Division**
121 North LaSalle Street, Room 700 | Chicago, Illinois  60602
Office Phone:  312.744.7144 | Office Fax: 312.744.7310



---

**From:** Hughes, Vivian (OS/ASA/PSC/FMP) <Vivian.Hughes@psc.hhs.gov>
**Sent:** Wednesday, March 19, 2025 9:28 AM
**To:** Yulanda Ross <Yulanda.Ross@cityofchicago.org>
**Cc:** Bailey, Janet <Janet.Bailey@HQ.DHS.GOV>; Rick Girven <Rick.Girven@cityofchicago.org>; Michele James <Michele.James@cityofchicago.org>; Kevin Allen <Kevin.Allen@cityofchicago.org>
**Subject:** F93B E2557P1 -RE: Payment Management System - Status of Payment Inquiry - E2557P1 - 366005820 - Securing the Cities

[Warning: External email]

The payment has been approved but not yet release for payment.  We must await guidance from DHS , that is the reason you will not see a Treasury schedule number. If you have any questions, contact your grants officer directly.

---

**From:** Yulanda Ross <Yulanda.Ross@cityofchicago.org>
**Sent:** Wednesday, March 19, 2025 9:58 AM
**To:** Hughes, Vivian (OS/ASA/PSC/FMP) <Vivian.Hughes@psc.hhs.gov>
**Cc:** Bailey, Janet <Janet.Bailey@HQ.DHS.GOV>; Rick Girven <Rick.Girven@cityofchicago.org>; Michele James <Michele.James@cityofchicago.org>; Kevin Allen <Kevin.Allen@cityofchicago.org>
**Subject:** Payment Management System - Status of Payment Inquiry - E2557P1 - 366005820 - Securing the Cities

Good Morning, Vivian & Janet

I hope all is well. Our office would like to know when we can anticipate releasing of funds requested within the PMS system. We currently have (3) pending transactions that have not been disbursed. If you can provide us with an estimated timeframe. I noticed on the financial transactions report that there is a payment due date of 01/24/2026. Will it take this long to receive payment for our existing request? The costs associated with this request are for reimbursement attributed to salary, fringe, equipment, and indirect costs for the Securing the Cities grant.

Any insight on this inquiry would be helpful.

Thank you and have a wonderful day.

3



**Yulanda Ross, MBA, MAT**
Director of Accounting
**City of Chicago | Finance Department | Grant and Project Accounting Division**
121 North LaSalle Street, Room 700 | Chicago, Illinois 60602
Office Phone: 312.744.7144 | Office Fax: 312.744.7310



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

4