IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

Defendants.

Case No. 1:25-cv-05462

Hon. John J. Tharp, Jr.

**DECLARATION OF CAROLINE BUHSE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Caroline Buhse, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.     This declaration is based on my own personal knowledge, experience, and review of relevant business records. If I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2.     I am the Grants and Finance Manager for the City and County of Denver's Office of Emergency Management (OEM). I have been in this position since June of 2024. As Grants and Finance Manager, I am responsible for all matters surrounding grant administration, finance, budgeting, and procurement carried out by our office. I supervise a team of six staff members who administer counterterrorism and emergency management grants on behalf of Denver and the surrounding metropolitan statistical area. I direct OEM's federal initiatives and programs,

1

including Securing the Cities (STC), a federal cooperative agreement program designed to increase

radiation detection and response capabilities for the highest-risk U.S. cities, such as Denver.

3.     The U.S. Department of Homeland Security (DHS) has consistently ranked the

Denver region in the top 26 metropolitan statistical areas, in terms of terrorism risk. This ranking

is based on criteria established for threat, vulnerability, and consequence. A true and correct copy

of the federal government's Denver-Lakewood MSA Risk Analysis is attached as **Exhibit A**.

4.     I oversee the administration, management, strategies, and implementation of the

multi-agency regional STC Program. I ensure that the administrative requirements of the STC-

Denver Cooperative Agreement are completed, including by conducting program-required

reporting and meeting program milestones on schedule. I also attend the STC-Denver Executive

and Operational Committee meetings in order to coordinate with all the partners in the Denver

STC program on a regular basis and provide financial and bigger-picture updates to the group.

Having reviewed business records regarding the STC-Denver Program since 2024, I am familiar

with the origin and history of the program, as well as the program's current status. I have worked

extensively with DHS's Countering Weapons of Mass Destruction Office's leadership and staff to

ensure STC-Denver complied with all program requirements and to discuss local program impacts,

hurdles, and concerns.

### The STC-Denver Program

5.     In 2019, Denver was selected by DHS as an STC region based on a determination

that Denver was at a high risk of sustaining a terrorist attack. Denver, through OEM, responded to

the Securing the Cities Notice of Funding Opportunity, DHS-ST-19-106-STC-0001.

6.     In March 2020, Denver received from DHS a Notice of Award, awarding Denver

$2,000,000 in STC funding for FY2020. A true and correct copy of Denver's Fiscal Year 2020

STC Award Package, as amended, is attached as **Exhibit B**. As set out in the original Notice of Award, and each Notice of Award DHS has provided Denver since then, the Cooperative Agreement has a roughly ten-year project period which ends on October 30, 2029.

7. After receiving the 2020 award, Denver began working closely with DHS on the STC program. In STC Year 1, Denver focused on the initial and immediate planning, organizing, and analysis activities on baseline detection and reporting capabilities of state and local principal partners.

8. Denver made STC expenditures that were either expressly approved or authorized by its cooperative agreements with DHS. For instance, DHS provided eligible equipment and training lists for "allowable cost items." Then, Denver submitted reimbursement requests through the federal government's Payment Management System. After that, DHS reimbursed Denver, typically within 72 hours.

9. Denver continued with STC, applied for, and was awarded additional STC funds in March of 2021 in the second year of our Cooperative Agreement. On March 9, 2021 Denver was granted $2,500,000 for STC Year 2.

10. As was the case for the 2020 awarded funds, Denver made STC expenditures that were either expressly approved by DHS or allowable under Denver's cooperative agreements with DHS. Denver next submitted reimbursement requests for said expenditures. Then, DHS reimbursed Denver, typically within 72 hours.

11. By the end of STC Year 2, Denver, in close collaboration with DHS, accomplished important counterterrorism tasks, including developing standard operating procedures with all operators carrying out the STC mission in Denver, in addition to purchasing equipment and hosting trainings and exercises for operators.

3

12. Denver received additional funds for STC Year 3, STC Year 4, and STC Year 5. The amounts are listed below:

    a. On July 1, 2022, Denver received $950,000 in FY 2022 STC funds.

    b. On July 1, 2023, Denver received $712,500 in FY 2023 STC funds.

    c. On July 1, 2024, Denver received $1,000,000 in FY 2024 STC funds.

A true and correct copy of Denver's FY 2023 STC award package is attached as **Exhibit C** as an illustrative example.

13. Denver used the awarded funds to move on to the implementation phase of STC. In that phase, Denver purchased bulk equipment, developed and implemented a locally managed training program, further developed regional protocols and agency-specific operation plans, and more. Denver is currently in Phase II (Implementation) of the STC program. Denver is in the process of completing documentation in order to move to Phase III (Integration) of the STC program.

14. The Denver Office of Emergency Management has implemented Securing the Cities by, among other actions:

    a. entering into memorandums of understanding with its principal partners in the Denver region: the Denver Police Department, Denver Fire Department, Denver Health and Hospital Authority, and Colorado State Patrol.

    b. developing an STC-Denver Regional Operations Plan and Strategic Plan for Denver-region partners to prepare for, and respond to, nuclear and/or radiological threats in the region;

    c. buying equipment to detect nuclear and radiological materials;

d. creating and implementing a program that trains employees to use this equipment and respond to terrorist attacks;

e. conducting drills on preventing and responding to terrorist attacks using nuclear and radiological materials;

f. developing a train-the-trainer program, including purchasing our own radioactive sources, in order to be able to conduct trainings within the Denver region without needing support from federal partners;

g. conducting sweeps and providing other services at pre-planned special events, including the visits of then-President Joe Biden to Denver in November of 2023 and then-candidate Donald Trump's to Aurora in October of 2024; and

h. paying the salaries of Denver OEM employees responsible for managing the program.

15. In early 2025, DHS stopped issuing reimbursements to Denver for STC expenditures within the normal timeframe (the "Reimbursement Freeze"). The following reimbursements were received more than 30 days after they were submitted for payment:

a. On March 19, 2025, Denver requested $144,606.10. DHS processed the reimbursement on June 24, 2025. A true and correct copy of Denver's submission for this reimbursement is attached as **Exhibit D**.

b. On April 18, 2025, Denver requested $32,021.01. DHS processed the reimbursement on June 16, 2025. A true and correct copy of Denver's submission for this reimbursement is attached as **Exhibit E**.

5

c. On May 29, 2025, Denver requested $127,440.11. DHS processed the reimbursement on July 1, 2025. A true and correct copy of Denver's submission for this reimbursement is attached as **Exhibit F**.

16. Each of these reimbursements were for expenses either pre-approved by DHS or explicitly allowed under Denver's cooperative agreement.

17. These reimbursements were not paid by DHS until June, 24, June 26, and July 1, 2025.

18. On May 14, 2025, Denver received an email from DHS, sent to all STC recipients (the "Equipment Freeze Memo"). The Memo stated that "the STC program must pause ... all radiological nuclear detection equipment and supplies purchases," citing supposed "Federal funding constraints" (the "Equipment Freeze"). A copy of the Equipment Freeze Memo is available in the administrative record filed in this case, at ECF No. 50-3, pages DHS-AR-0027 to -0028.

### Fiscal Year 2025 Award

19. On June 16, 2025, Denver received correspondence about filling out an application for carryforward funds from DHS. The correspondence stated "While filling out your application for carryover funds, please prioritize salaries for the Regional PMO and pause on R/N detection equipment purchases continues, so the rest should be Other (GF/OT) and supplies. If you choose to put funds in equipment, there is no indication when the pause might be lifted." Using this guidance, the Denver STC team pulled together and submitted our FY25 application in Grant Solutions. This application did not include any budget for equipment purchases. A true and correct copy of this email correspondence is attached as **Exhibit G**.

6

20. On June 20, 2025, Denver submitted a timely application for the limited carryover funding.

21. On June 30, 2025, DHS notified Denver that DHS had approved the continuation application and awarded Denver $1,899,805.86 in carryover authorization for the July 1, 2025 to June 30, 2026 budget period. The award is a carryover award that does not include additional funding. A true and correct copy of Denver's FY 2025 Notice of Award is attached as **Exhibit H**.

22. To date, Denver has been awarded a total of $8,362,500 in STC funding.

## Impacts to Denver and Public Safety

23. The Reimbursement Freeze and Equipment Freeze have already harmed, and will continue to harm, Denver residents if they are not stopped.

24. For instance, as a result of DHS's Freezes, Denver was forced to forgo a contract renewal for asset tracking software, resulting in loss of access to the platform and requiring STC staff to track all assets and training records manually in Excel. Similarly, Denver was forced to cancel all outstanding trainings and not book new trainings, despite requests from our operating partners for the majority of 2025 and the beginning of 2026. Finally, Denver purchased an aerial detection unit, a radiation detection unit that can be mounted on a helicopter, that has been sitting in storage and is non-functional since it was received in February of 2025. This has resulted in Denver losing a detection capability that is greatly needed. Denver finally received approval on June 7, 2026 to move forward with the reconfiguration of this unit to make it functional.

25. Denver OEM's budget planning relies on STC funding being available to purchase radiological nuclear detection equipment and supplies. One hundred percent of funding for Denver OEM's costs for such equipment comes from STC funds.

26. Though DHS eventually processed our reimbursement requests after the plaintiffs filed the amended complaint in this action, any future failures to reimburse in a timely manner would foretell the end of the STC program. And as a result, the country will be less safe. On a more granular level, the effects of stopping STC include:

    a. Employees will lose their jobs;

    b. Local law enforcement will not monitor the approximately 1,800 detection devices on the streets which detect radiological or nuclear material;

    c. Old detection equipment will not be serviced or replaced with new detection equipment;

    d. Denver will not be able to submit valuable data or reports to the federal government about the presence or absence of radiological or nuclear material; and

    e. Denver will no longer conduct STC counterterrorism exercises and trainings.

27. The last is particularly harmful to public safety.

28. Denver is a regional political and cultural center that regularly hosts large gatherings of people. Denver is home to five major league sports teams and to Denver International Airport—the third busiest airport in the United States, and the tenth busiest airport in the world. Denver also hosts large political events each year. In the last several years, the Denver metropolitan statistical area hosted various political dignitaries including then-President Joe Biden in November of 2023, then-Vice President Kamala Harris in March of 2024, and then-Presidential candidate Donald Trump and then-Vice Presidential candidate JD Vance in October of 2024. Denver is home to Red Rocks Amphitheater, a world-class amphitheater with an official capacity of 9,525 seated guests, which hosts events on an almost daily basis from late spring through the early fall. Denver

uses equipment procured with STC funding to reduce the risk of an attack involving radiological or nuclear materials. The prohibition on using STC funds to purchase equipment will decrease Denver's ability to prepare itself and the region for unintended and/or malicious release of radiological or nuclear materials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2026 at Denver, Colorado.

_____
CAROLINE BUHSE

# Exhibit A

# Denver-Aurora-Lakewood, CO

**Counties:** Adams, CO; Arapahoe, CO; Broomfield, CO; Clear Creek, CO; Denver, CO; Douglas, CO; Elbert, CO; Gilpin, CO; Jefferson, CO; Park, CO

| Relative Risk Score | Min | Average | This UASI | Max | This UASI | Rank FY 2025 | Change | Rank FY 2026 |
|---|---|---|---|---|---|---|---|---|
| | | 0.71 ▮ [bar] 100 | | | **6.54** | 24 | ▼ | 26 |



| Threat Component | | | | | This UASI | Rank FY 2025 | Change | Rank FY 2026 |
|---|---|---|---|---|---|---|---|---|
| | | | | | 72.94 | 30 | | 30 |

| | Level 4 | Level 3 | Level 2 | Level 1 | | | |
|---|---|---|---|---|---|---|---|
| CT (80%) | 5 (0.42) | 39 (0.56) | 43 (0.75) | 13 (1.0) | Counterterrorism (CT) | Level 2 | Level 2 |
| TOC (10%) | 19 (0.25) | 16 (0.50) | 21 (0.75) | 44 (1.0) | Transnational Organized Crime (TOC) | Level 2 | Level 2 |
| CS (10%) | 62 (0.345) | 19 (0.507) | 13 (0.544) | 6 (1.0) | Cybersecurity (CS) | Level 2 | Level 2 |

<<<<< Lowest Threat          Highest Threat >>>>>

| Vulnerability Component | This UASI | Rank FY 2025 | Change | Rank FY 2026 |
|---|---|---|---|---|
| | 48.20 | 38 | ▼ | 46 |
| *Vulnerability Baseline (40%)* — A baseline of 40% of the Vulnerability Component | 40 | | | |
| Targeted Infrastructure Assets (12%) — 0 to 97 | 11 | 15 | | 15 |
| Border Crossings (7.2%) — 0 to 52,881,023 | 2,576,701 | 22 | ▲ | 21 |
| Nationwide Encounters (3%) — 0 to 100 | Redacted* | 33 | ▼ | 41 |
| International Borders (3.6%) — This UASI is part of the 90% without an International Border | No (0) | | | |
| International Waters (3.6%) — This UASI is part of the 77% without an International Water | No (0) | | | |
| Daily Visitors (6%) — 18,523 to 855,474 | 205,743 | 16 | ▼ | 21 |
| Visitor Impact (6%) — 0.02 to 0.29 | 0.07 | 17 | ▼ | 30 |
| Special Event Metric (9%) — 0 to 100 | Redacted* | 26 | ▼ | 35 |
| Isolation (3.6%) — 0.003 to 1 | 0.04 | 14 | ▲ | 13 |
| Community Resilience (3%) — 11.36 to 39.02 | 15.07 | 95 | ▼ | 96 |
| Economic Concentration (3%) — 7.20 to 14.96 | 7.53 | 94 | ▲ | 93 |

**Border Crossings**
- Land Crossings (0)
- Air Crossings (2,576,701)
- Water Crossings (0)



| Consequence Component | This UASI | Rank FY 2025 | Change | Rank FY 2026 |
|---|---|---|---|---|
| | 12.33 | 23 | ▼ | 24 |
| Consequence Baseline (1%) — A baseline of 1% of the Consequence Component | 1 | | | |
| Population Density Metric (Millions) (39.6%) — 1,728 M to 1,797,193 M | 44,567 | 18 | ▲ | 17 |
| Density — Average local density of the UASI | 11,428 | 15 | | 15 |
| Total Population (19.8%) — 737,508 to 16,707,651 | 3,899,696 | 22 | | 22 |
| Residents | 3,052,498 | 21 | | 21 |
| Commuters | 641,455 | 20 | | 20 |
| Daily Visitors | 205,743 | 16 | ▼ | 21 |
| Gross Domestic Product (Million $) (19.8%) — $31,357 M to $1,797,167 M | 330,181 | 19 | | 19 |
| National Infrastructure (9.9%) — 0 to 126 | 16 | 28 | | 28 |
| Level 1 Assets — 0 to 7 | 0 | 34 | | 34 |
| Level 2 Assets — 0 to 120 | 16 | 25 | | 25 |
| Department of Defense Personnel (9.9%) — 0.38 to 100 | Redacted* | 40 | ▼ | 41 |

**% of Daily Visitors**
97% Domestic
3% International

Total Population chart: This Jurisdiction / Average — 0.0 M to 5.0 M

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.G. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

*Note that the values are normalized and some data elements are marked Redacted. FEMA is not authorized to share these raw values. For Nationwide Encounters, U.S. Customs and Border Protection (CBP) posts state values at CBP data sources

**DRAFT - FY 2026 UASI Risk Profile**

# Exhibit B

| 1. DATE ISSUED  *MM/DD/YYYY*  03/09/2021 | 1a. SUPERSEDES AWARD NOTICE dated  11/10/2020  except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |
|---|---|

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

245 Murray Lane, SW
Mail Stop 0115
Washington, DC 20528

**2. CFDA NO.**
97.106 - Cooperative Agreements, I - USE OF PROPERTY, FACILITIES, OR EQUIPMENT, L - DISSEMINATION OF TECHNICAL INFORMATION

**3. ASSISTANCE TYPE**  Cooperative Agreement

| 4. GRANT NO.  20CWDSTC00009-01-03  Formerly | 5. TYPE OF AWARD  Other |
|---|---|
| 4a. FAIN  20CWDSTC00009 | 5a. ACTION TYPE  Post Award Amendment |

| 6. PROJECT PERIOD | *MM/DD/YYYY*  From  03/04/2020 | Through | *MM/DD/YYYY*  10/30/2029 |
|---|---|---|---|
| 7. BUDGET PERIOD | *MM/DD/YYYY*  From  03/04/2020 | Through | *MM/DD/YYYY*  03/08/2021 |

**NOTICE OF AWARD**

AUTHORIZATION (Legislation/Regulations)
Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

**8. TITLE OF PROJECT (OR PROGRAM)**
Denver OEM Securing the Cities Program

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| OFFICE OF EMERGENCY MGMT.  1437 Bannock St Rm 3  Denver, CO 80202-5309 | Kathleen  Butterfield  101 West Colfax 7th floor  Denver, CO 80202-5284  Phone: 720-865-7659 |

| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
|---|---|
| Mr. Matthew  Mueller  101 West Colfax 7th floor  Denver Office of Emergency Management  DENVER, CO 80202-5284 | Kevin  Adler  7th And D Street SW  Washington, DC 20407-0001  Phone: 111-111-1111 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only
II Total project costs including grant funds and all other financial participation  **II**

| | | |
|---|---|---:|
| a. | Salaries and Wages | 229,873.00 |
| b. | Fringe Benefits | 68,962.00 |
| c. | Total Personnel Costs | 298,835.00 |
| d. | Equipment | 0.00 |
| e. | Supplies | 50,000.00 |
| f. | Travel | 100,000.00 |
| g. | Construction | 0.00 |
| h. | Other | 1,201,165.00 |
| i. | Contractual | 350,000.00 |
| j. | TOTAL DIRECT COSTS | 2,000,000.00 |
| k. | INDIRECT COSTS | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | 2,000,000.00 |
| m. | Federal Share | 2,000,000.00 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---:|
| a. Amount of Federal Financial Assistance (from item 11m) | 2,000,000.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 2,000,000.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 0.00 |
| **13. Total Federal Funds Awarded to Date for Project Period** | 2,000,000.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a.  2 | | d.  5 | |
| b.  3 | | e.  6 | |
| c.  4 | | f.  7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**  (Other Terms and Conditions Attached -  [X] Yes   [ ] No)
This Amendment changes the ending date to 3/8/2021.

**GRANTS MANAGEMENT OFFICIAL:**

Lisa Johnson, Associate Director
7th and D Street SW
Washington DC , DC 20407
Phone: (202) 309-8010

| 17.OBJ CLASS  4100 | 18a. VENDOR CODE  846000580 | 18b. EIN  846000580 | 19. DUNS  022570793 | 20. CONG. DIST.  01 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a.  O80670800411 | b.  CWDSTC00009A | c.  STC | d.  $0.00 | e.  O80670800411 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

## NOTICE OF AWARD (Continuation Sheet)

| PAGE  2 of 3 | DATE ISSUED<br>03/09/2021 |
|---|---|
| GRANT NO.    20CWDSTC00009-01-03 | |

### Federal Financial Report Cycle

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 03/04/2020 | 03/31/2020 | Quarterly | 04/30/2020 |
| 04/01/2020 | 06/30/2020 | Quarterly | 07/30/2020 |
| 07/01/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 01/28/2030 |

### Performance Progress Report Cycle

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 03/04/2020 | 03/31/2020 | Quarterly | 04/30/2020 |
| 04/01/2020 | 06/30/2020 | Quarterly | 07/30/2020 |

2

NOTICE OF AWARD (Continuation Sheet)

| | | | |
|---|---|---|---|
| PAGE 3 of 3 | | DATE ISSUED 03/09/2021 | |
| GRANT NO. | 20CWDSTC00009-01-03 | | |

| | | | |
|---|---|---|---|
| 07/01/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 01/28/2030 |

3

# Exhibit C

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated |
|---|---|
| 06/14/2023 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**2. CFDA NO.**
97.106 - Cooperative Agreements, I - USE OF PROPERTY, FACILITIES, OR EQUIPMENT, L - DISSEMINATION OF TECHNICAL INFORMATION

**3. ASSISTANCE TYPE**  Cooperative Agreement

| 4. GRANT NO. 20CWDSTC00009-04-00 | 5. TYPE OF AWARD |
|---|---|
| **Formerly** | Other |
| 4a. FAIN 20CWDSTC00009 | 5a. ACTION TYPE Non-Competing Continuation |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 03/04/2020 | **Through** | 10/30/2029 |
| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| **From** | 07/01/2023 | **Through** | 06/30/2024 |

**8. TITLE OF PROJECT (OR PROGRAM)**

Denver OEM Securing the Cities Program YR4

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

301 7th Street, SW, RM 3051
Mail Stop 0115
Washington, DC 20528

# NOTICE OF AWARD
AUTHORIZATION (Legislation/Regulations)
Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| DENVER, CITY & COUNTY OF | Lin Bonesteel |
| 1437 Bannock St Rm 3 | 101 W Colfax Ave FL 7 |
| Denver, CO 80202-5309 | Denver, CO 80202-5167 |
| | Phone: 720-708-7068 |
| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
| Lin Bonesteel | Ki L Harvey |
| 101 W Colfax Ave FL 7 | 245 Muarry Lane |
| Denver, CO 80202-5167 | Washington, DC 20528-0001 |
| Phone: 720-708-7068 | Phone: 202-254-7139 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation   **II**

| | | |
|---|---|---|
| a. | Salaries and Wages ......................... | 255,000.00 |
| b. | Fringe Benefits ......................... | 92,500.00 |
| c. | Total Personnel Costs ............ | 347,500.00 |
| d. | Equipment ......................... | 2,058,400.00 |
| e. | Supplies ......................... | 40,000.00 |
| f. | Travel ......................... | 22,500.00 |
| g. | Construction ......................... | 0.00 |
| h. | Other ......................... | 992,167.03 |
| i. | Contractual ......................... | 5,000.00 |
| j. | TOTAL DIRECT COSTS  ⟶ | 3,465,567.03 |
| k. | INDIRECT COSTS | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | 3,465,567.03 |
| m. | Federal Share | 3,465,567.03 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 3,465,567.03 |
| b. Less Unobligated Balance From Prior Budget Periods | 2,753,067.03 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 712,500.00 |
| **13.** Total Federal Funds Awarded to Date for Project Period | 7,362,500.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 5 | | d. 8 | |
| b. 6 | | e. 9 | |
| c. 7 | | f. 10 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a.   DEDUCTION
b.   ADDITIONAL COSTS
c.   MATCHING
d.   OTHER RESEARCH (Add / Deduct Option)
e.   OTHER *(See REMARKS)*

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a.   The grant program legislation
b.   The grant program regulations.
c.   This award notice including terms and conditions, if any, noted below under REMARKS.
d.   Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**   (Other Terms and Conditions Attached -    Yes    No)

This award approves $712,500.00 and $2,753,067.03 carryover funds.

**GRANTS MANAGEMENT OFFICIAL:**

Janet Bailey
7th and D Street SW
Washington DC , DC 20407
Phone: (202)447-0362

| 17.OBJ CLASS 4100 | 18a. VENDOR CODE 846000580 | 18b. EIN 846000580 | 19a. UEI JPKVFSLKLVJ5 | 19b. DUNS 022570793 | 20. CONG. DIST. 01 |
|---|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | | APPROPRIATION |
| 21. a. O30570350411 | b. CWDSTC00009A | c. STC | d. $712,500.00 | | e. 70350411 |
| 22. a. | b. | c. | d. | | e. |
| 23. a. | b. | c. | d. | | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 4 | DATE ISSUED 06/14/2023 |
|---|---|
| GRANT NO. 20CWDSTC00009-04-00 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 03/04/2020 | 03/31/2020 | Quarterly | 04/30/2020 |
| 04/01/2020 | 06/30/2020 | Quarterly | 07/30/2020 |
| 07/01/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 02/16/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 01/28/2030 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 4 | DATE ISSUED 06/14/2023 |
|---|---|
| GRANT NO. 20CWDSTC00009-04-00 | |

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 03/04/2020 | 03/31/2020 | Quarterly | 04/30/2020 |
| 04/01/2020 | 06/30/2020 | Quarterly | 07/30/2020 |
| 07/01/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 01/01/2023 | 03/31/2023 | Quarterly | 02/05/2023 |
| 10/01/2022 | 12/31/2022 | Quarterly | 02/05/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 01/28/2030 |

3

| NOTICE OF AWARD (Continuation Sheet) | PAGE 4 of 4 | DATE ISSUED 06/14/2023 |
|---|---|---|
| | GRANT NO. 20CWDSTC00009-04-00 | |

# AWARD ATTACHMENTS

DENVER, CITY & COUNTY OF                                    20CWDSTC00009-04-00

1. Award Letter
2. FY 2023 DHS Terms and Conditions
3. GFAD Terms and Conditions



**U.S. Department of Homeland Security**
Washington, DC 20528

June 14, 2023

Mr. Matthew Mueller
Executive Director Denver Office of Emergency Management
101 West Colfax Drive, 7th Floor
Denver, CO 80202-5284

RE: Agreement No. 20CWDSTC00009

Mr. Mueller:

The Department of Homeland Security (DHS) has approved your Securing the Cities continuation application in the amount of $712,500.00 and $2,753,067.03 carryover.

We want to provide guidance on the assignment of personnel working with principal partners. It is crucial to the success of the program for each principal partner to assign personnel of sufficient rank possessing necessary authority to be able to make decisions for their organizations.

Additionally, principal partners may be designated in subsequent years during continuation award periods. Sub-partners should also be included in the resulting regional nuclear detection program and plans, but do not need to be identified in a region's continuation application. Because a layered defense inside and surrounding an HRUA is required to detect and prevent terrorist attacks and other high consequence events in the HRUA, partnerships with outlying areas are essential. The lead HRUA agency uses STC's funding, along with advice from their federal partners (CWMD, FBI, DOE, etc.), to determine how to allocate resources to outlying areas in a way that will best enhance the HRUA's defense against a radiological/nuclear (R/N) attack. The lead agency is empowered to designate principal partners and sub-partners that will support the region's efforts to accomplish STC goals and objectives. Designated STC partners, whether located

within or outside of the FEMA designated HRUA, are eligible to receive STC resources as long as the purpose of providing the resources is to enhance the *ability to detect and prevent terrorist attacks and other R/N threats to and in the HRUA.  Any funding passed through to partners and sub-partners must be documented through subawards consistent with 2 C.F.R. Part 200.*

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:      Program Officer, Ki Harvey
                                ki.harvey@hq.dhs.gov
                                Desk: 202-893-7908
                                Cell:  202-961-8010

Grant/Fiscal related matters:   Grant Officer, Ms. Janet Bailey
                                Email: Janet.Bailey@HQ.DHS.GOV
                                Phone: (202) 505-8897

All previous terms and conditions remain in effect.

                                Sincerely,

                                JANET T        Digitally signed by
                                               JANET T BAILEY
                                BAILEY         Date: 2023.06.12
                                               06:29:40 -04'00'

                                Janet Bailey
                                Grants Officer
                                Grants and Financial Assistance Division
                                Office of Procurement Operations
                                Office of the Chief Procurement Officer

Cc:    Lin.bonesteel@denvergov.org

# FY 2023 DHS Standard Terms and Conditions

The Fiscal Year (FY) 2023 DHS Standard Terms and Conditions apply to all new federal financial assistance awards funded in FY 2023. These terms and conditions flow down to subrecipients unless an award term or condition specifically indicates otherwise. The United States has the right to seek judicial enforcement of these obligations.

All legislation and digital resources are referenced with no digital links. The FY 2023 DHS Standard Terms and Conditions will be housed on dhs.gov at www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions.

### A. Assurances, Administrative Requirements, Cost Principles, Representations and Certifications

I. DHS financial assistance recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non-Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program, and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the awarding agency.

II. DHS financial assistance recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at Title 2, Code of Federal Regulations (C.F.R.) Part 200 and adopted by DHS at 2 C.F.R. Part 3002.

III. By accepting this agreement, recipients, and their executives, as defined in 2 C.F.R. § 170.315, certify that their policies are in accordance with OMB's guidance located at 2 C.F.R. Part 200, all applicable federal laws, and relevant Executive guidance.

### B. General Acknowledgements and Assurances

All recipients, subrecipients, successors, transferees, and assignees must acknowledge and agree to comply with applicable provisions governing DHS access to records, accounts, documents, information, facilities, and staff.

I. Recipients must cooperate with any DHS compliance reviews or compliance investigations conducted by DHS.

II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities or personnel.

III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements, as prescribed by law, or detailed in program guidance.

V. Recipients (as defined in 2 C.F.R. Part 200 and including recipients acting as pass-through entities) of federal financial assistance from DHS or one of its awarding component agencies must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receipt of the Notice of Award for the first award under which this term applies. Recipients of multiple awards of DHS financial assistance should only submit one completed tool for their organization, not per award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active award, not every time an award is made. Recipients should submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in the DHS Standard Terms and

# FY 2023 DHS Standard Terms and Conditions

Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool. DHS Civil Rights Evaluation Tool | Homeland Security

The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension if the recipient identifies steps and a timeline for completing the tool. Recipients should request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline.

**C. Standard Terms & Conditions**

I. Acknowledgement of Federal Funding from DHS

Recipients must acknowledge their use of federal funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal funds.

II. Activities Conducted Abroad

Recipients must ensure that project activities performed outside the United States are coordinated as necessary with appropriate government authorities and that appropriate licenses, permits, or approvals are obtained.

III. Age Discrimination Act of 1975

Recipients must comply with the requirements of the Age Discrimination Act of 1975, Public Law 94-135 (1975) (codified as amended at Title 42, U.S. Code, § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

IV. Americans with Disabilities Act of 1990

Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

V. Best Practices for Collection and Use of Personally Identifiable Information

Recipients who collect personally identifiable information (PII) are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

VI. Civil Rights Act of 1964 – Title VI

Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21 and 44 C.F.R. Part 7.

VII. Civil Rights Act of 1968

Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. 90-284, as amended through Pub. L. 113-4, which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection

FY 2023 DHS Standard Terms & Conditions: Version 2

November 29, 2022

# FY 2023 DHS Standard Terms and Conditions

therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex (see 42 U.S.C. § 3601 et seq.), as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100.  The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

VIII.   Copyright

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 and an acknowledgement of U.S. Government sponsorship (including the award number) to any work first produced under federal financial assistance awards.

IX.   Debarment and Suspension

Recipients are subject to the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689, which are at 2 C.F.R. Part 180 as adopted by DHS at 2 C.F.R. Part 3002.  These regulations restrict federal financial assistance awards, subawards, and contracts with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

X.   Drug-Free Workplace Regulations

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of Sec. 5152-5158 of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106).

XI.   Duplication of Benefits

Any cost allocable to a particular federal financial assistance award provided for in 2 C.F.R. Part 200, Subpart E may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons.  However, these prohibitions would not preclude recipients from shifting costs that are allowable under two or more awards in accordance with existing federal statutes, regulations, or the federal financial assistance award terms and conditions may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons.

XII.   Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX

Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. 92-318 (1972) (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance.  DHS implementing regulations are codified at 6 C.F.R. Part 17 and 44 C.F.R. Part 19.

XIII.   E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety

Recipient State, Tribal, local, or territorial law enforcement agencies must comply with the requirements of section 12(c) of E.O. 14074. Recipient State, Tribal, local, or territorial law enforcement agencies are also encouraged to adopt and enforce policies consistent with E.O. 14074 to support safe and effective policing.

# FY 2023 DHS Standard Terms and Conditions

XIV.  Energy Policy and Conservation Act

Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. 94- 163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

XV.  False Claims Act and Program Fraud Civil Remedies

Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§3729-3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government.  (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

XVI.  Federal Debt Status

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.)

XVII.  Federal Leadership on Reducing Text Messaging while Driving

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving as described in E.O. 13513, including conducting initiatives described in Section 3(a) of the Order when on official government business or when performing any work for or on behalf of the Federal Government.

XVIII.  Fly America Act of 1974

Recipients must comply with Preference for U.S. Flag Air Carriers (air carriers holding certificates under 49 U.S.C.) for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

XIX.  Hotel and Motel Fire Safety Act of 1990

Recipients must ensure that all conference, meeting, convention, or training space funded in whole or in part with federal funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a

XX.  John S. McCain National Defense Authorization Act of Fiscal Year 2019

Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. Beginning August 13, 2020, the statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons.

XXI.  Limited English Proficiency (Civil Rights Act of 1964, Title VI)

Recipients must comply with Title VI of the Civil Rights Act of 1964, (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance- published-help-department- supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

# FY 2023 DHS Standard Terms and Conditions

XXII.    Lobbying Prohibitions

Recipients must comply with 31 U.S.C. § 1352, which provides that none of the funds provided under a federal financial assistance award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification.

XXIII.    National Environmental Policy Act

Recipients must comply with the requirements of the National Environmental Policy Act of 1969, (NEPA) Pub. L. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq. and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

XXIV.    Nondiscrimination in Matters Pertaining to Faith-Based Organizations

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs.

XXV.    Non-Supplanting Requirement

Recipients receiving federal financial assistance awards made under programs that prohibit supplanting by law must ensure that federal funds do not replace (supplant) funds that have been budgeted for the same purpose through non-federal sources.

XXVI.    Notice of Funding Opportunity Requirements

All the instructions, guidance, limitations, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this program are incorporated here by reference in the award terms and conditions.  All recipients must comply with any such requirements set forth in the program NOFO.

XXVII.    Patents and Intellectual Property Rights

Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq, unless otherwise provided by law.  Recipients are subject to the specific requirements governing the development, reporting, and disposition of rights to inventions and patents resulting from federal financial assistance awards located at 37 C.F.R. Part 401 and the standard patent rights clause located at 37 C.F.R. § 401.14.

XXVIII.    Procurement of Recovered Materials

States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. 89-272 (1965), (codified as amended by the Resource Conservation and Recovery Act, 42 U.S.C. § 6962.)  The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

XXIX.    Rehabilitation Act of 1973

Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. 93-112 (1973), (codified as amended at 29 U.S.C. § 794,) which provides

# FY 2023 DHS Standard Terms and Conditions

that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

XXX.   Reporting of Matters Related to Recipient Integrity and Performance

General Reporting Requirements:

If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this federal award, then the recipients must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated here by reference in the award terms and conditions.

XXXI.   Reporting Subawards and Executive Compensation

Reporting of first tier subawards.

Recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation located at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated here by reference in the award terms and conditions.

XXXII.   Required Use of American Iron, Steel, Manufactured Products, and Construction Materials

Recipients must comply with the "Build America, Buy America" provisions of the Infrastructure Investment and Jobs Act and E.O. 14005. Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless:

(1) all iron and steel used in the project are produced in the United States--this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

(2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

(3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

# FY 2023 DHS Standard Terms and Conditions

*Waivers*

When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. Information on the process for requesting a waiver from these requirements is on the website below.

(a) When the Federal agency has made a determination that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that:

    (1) applying the domestic content procurement preference would be inconsistent with the public interest;

    (2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

    (3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office.

There may be instances where an award qualifies, in whole or in part, for an existing waiver described at ["Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov](#).

The awarding Component may provide specific instructions to Recipients of awards from infrastructure programs that are subject to the "Build America, Buy America" provisions. Recipients should refer to the Notice of Funding Opportunity for further information on the Buy America preference and waiver process.

XXXIII.  <u>SAFECOM</u>

Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications.

XXXIV.  <u>Terrorist Financing</u>

Recipients must comply with E.O. 13224 and U.S. laws that prohibit transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible to ensure compliance with the Order and laws.

XXXV.  <u>Trafficking Victims Protection Act of 2000 (TVPA)</u>

Trafficking in Persons.

Recipients must comply with the requirements of the government-wide financial assistance award term which implements Section 106 (g) of the Trafficking Victims Protection Act of 2000 (TVPA), codified as amended at 22 U.S.C. § 7104. The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated here by reference.

# FY 2023 DHS Standard Terms and Conditions

XXXVI. <u>Universal Identifier and System of Award Management</u>

Requirements for System for Award Management and Unique Entity Identifier Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated here by reference.

XXXVII. <u>USA PATRIOT Act of 2001</u>

Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c.

XXXVIII. <u>Use of DHS Seal, Logo and Flags</u>

Recipients must obtain permission from their DHS FAO prior to using the DHS seal(s), logos, crests or reproductions of flags or likenesses of DHS agency officials, including use of the United States Coast Guard seal, logo, crests or reproductions of flags or likenesses of Coast Guard officials.

XXXIX. <u>Whistleblower Protection Act</u>

Recipients must comply with the statutory requirements for whistleblower protections (if applicable) at 10 U.S.C § 2409, 41 U.S.C. § 4712, and 10 U.S.C. § 2324, 41 U.S.C. §§ 4304 and 4310.

**CONTINUATION TERMS AND CONDITIONS**
**GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)**

In addition to the DHS Standard Terms and Conditions as outlined here: In addition to the DHS Standard Terms and Conditions shown in Article II, below, and at: DHS Standard Terms and Conditions, the following Terms and Conditions apply specifically to this Award as administered by the Grants and Financial Assistance Division (GFAD):

## ARTICLE I. GENERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. GENERAL TERMS AND CONDITIONS

This award is subject to the requirements of the Terms and Conditions outlined in your original award document. The recipient and any sub-recipient must continue to comply with these terms and conditions, as well as the updated terms and conditions presented below.

### B. AWARD SPECIFIC TERMS AND CONDITIONS

-This Award does not include any Award Specific Terms and Conditions.

### C. DHS PROGRAMMATIC INVOLVEMENT

-Previous DHS programmatic involvement remains in effect.

### D. GOVERNING PROVISIONS

This award is subject to the requirements of the Governing Provisions outlined in your original award.

### E. ORDER OF PRECEDENCE

The terms and conditions of this Award.

1. The Funding Opportunity, DHS-ST-19-106-STC-0001, Securing the Cities Program, 2019 STC: Phoenix, AZ; San Francisco, CA; Denver, CO; Miami, FL; Atlanta, GA; Seattle, WA

2. Application and Assurances dated 5/2/2023 as revised 5/2/2023

# Exhibit D

Case: 1:25-cv-05462 Document #: 56-5 Filed: 06/15/26 Page 34 of 70 PageID #:767

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    WEDNESDAY, MAR 19, 2025

  Payment Management System

 (/pms/app/main/redirecttolegacy)

 (/pms/app/main)  (/pms/app/logout)  Joe Truong
(TRUONGJ430450) ▾

# Payment Request - View Request   Transaction #4040496410

**PAYMENT WORKFLOW:**   Payment Request   Approve Request

Confirm Request   Release Request

Request Completed

Your Payment Request has been submitted. The Transaction Number for Future Reference is 4040496410

Close

| View Request | Documents | All Details |

## PAYMENT DETAILS

| | |
|---|---|
| **Payee Account Number:** | E7333P1 |
| **UEI:** | JPKVFSLKLVJ5 |
| **Payment Type:** | ACH Payment |
| **Payment Request Date:** | 2025-03-19 |
| **Payment Due Date:** | 2025-03-20 |
| **Payment Request Amount ($):** | $144,606.10 |

## SUBACCOUNTS

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) |
|---|---|---|
| 20CWDSTC00009 | ######8945 | $144,606.10 |

Close ▸

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support).

Privacy Policy (https://www.hhs.gov/web/p

Request Payment on Selected

PrevNext

Mar ⌄  2025 ⌄

Payment Management System

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

Done

# **Exhibit E**

Case: 1:25-cv-05462 Document #: 56-5 Filed: 06/15/26 Page 38 of 70 PageID #:771

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    FRIDAY, APR 18, 2025

  Payment Management System

**MENU**

🏠 (/pms/app/main/redirecttolegacy) Payment Request Action #4040541896

⊞ (/pms/app/main ...

Payment Request          Approve Request         Joe Truong
                                                (TRUONGJ430450) ▾

Confirm Request          Release Request

**Request Completed**

Your Payment Request has been submitted. The Transaction Number for Future Reference is 4040541896

[ Close ]

| View Request | Documents | All Details |

## PAYMENT DETAILS

| | |
|---|---|
| **Payee Account Number:** | E7333P1 |
| **UEI:** | JPKVFSLKLVJ5 |
| **Payment Type:** | ACH Payment |
| **Payment Request Date:** | 2025-04-18 |
| **Payment Due Date:** | 2025-04-21 |
| **Payment Request Amount ($):** | $32,921.01 |

## SUBACCOUNTS

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) | Payment Justification |
|---|---|---|---|
| 20CWDSTC00009 | ######8945 | $32,921.01 | This drawdown includes expenditures for staff salaries and benefits, in addition to a few expenditures associated with fixing a broken PRD. |

| Close ▸ |
| --- |

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support).

Privacy Policy (https://www.hhs.gov/web/p

Request Payment on Selected

PrevNext

Apr ⌄ | 2025 ⌄

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

| Done |
| --- |

# Exhibit F

Case: 1:25-cv-05462 Document #: 56-5 Filed: 06/15/26 Page 41 of 70 PageID #:774

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES                    THURSDAY, MAY 29, 2025

  Payment Management System

 (/pms/app/main/redirectToLegacy) action #2052238005
(/pms/app/mai

| Payment Request | Approve Request | Joe Truong (TRUONGJ430450) ▾ |
| Confirm Request | Release Request | |

Request Completed

Your Payment Request was submitted. Your Payment Request is subject to further review. The Transaction Number for Future Reference is 2052238005

[ Close ]

| View Request | Documents | All Details |

## PAYMENT DETAILS

| | |
|---|---|
| **Payee Account Number:** | E7333P1 |
| **UEI:** | JPKVFSLKLVJ5 |
| **Payment Type:** | ACH Payment |
| **Payment Request Date:** | 2025-05-29 |
| **Payment Due Date:** | 2025-05-30 |
| **Payment Request Amount ($):** | $127,440.11 |

## SUBACCOUNTS

| Subaccount Number | Bank Account Number | Subaccount Amount Requested ($) | Payment Justification |
|---|---|---|---|
| 20CWDSTC00009 | ######8945 | $127,440.11 | This drawdown includes expenditures for staff salaries and benefits, stakeholder reimbursements for backfill and overtime related to training, and the purchase of two backpacks received in April |

Close ▸

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support).

Privacy Policy (https://www.hhs.gov/web/p

Request Payment on Selected

PrevNext

May ⌄ | 2025 ⌄

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Done

# Exhibit G

## Buhse, Caroline - OEM Grants and Finance Manager

| | |
|---|---|
| **From:** | Buhse, Caroline - OEM Grants and Finance Manager |
| **Sent:** | Thursday, June 11, 2026 12:28 PM |
| **To:** | Ibarra, Kayla - OEM CA2308 Administrator II |
| **Subject:** | RE: Carryover Funds |



**Caroline Buhse** | Grants and Finance Manager
Office of Emergency Management
City and County of Denver
Pronouns | She/Her/Hers
cell: (720) 301-7933

311 | denvergov.org | Denver 8 TV | Facebook | Twitter | Instagram

**From:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Sent:** Monday, June 16, 2025 7:44 AM
**To:** rwbailey@atlantaga.gov; Devine, Matthew (DEM) <matthew.devine@sfgov.org>; Anthony.Rizzo@pd.boston.gov; Martin Li <Martin.Li@cityofchicago.org>; Buhse, Caroline - OEM Grants and Finance Manager <Caroline.Buhse@denvergov.org>; Ibarra, Kayla - OEM CA2307 Administrator I <Kayla.Ibarra@denvergov.org>; Charlie Johnson (charlie.johnson@houstontx.gov) <charlie.johnson@houstontx.gov>; Emily Helder <emily.helder@lacity.org>; Madden, Charles (HSEMA) (charles.madden@dc.gov) <charles.madden@dc.gov>; COLLEEN PELLEGRINO (COLLEEN.PELLEGRINO@nypd.org) <colleen.pellegrino@nypd.org>; ZOZULYA, RUSLANA <ruslana.zozulya@nypd.org>; Aimee.Mankins@maricopa.gov; Megan Madison (EMG) <megan.madison@maricopa.gov>; Yin, Tai <tai.yin@seattle.gov>; james.elliott@seattle.gov
**Cc:** Senior, Timothy <Timothy.Senior@hq.dhs.gov>
**Subject:** [EXTERNAL] Carryover Funds
**Importance:** High

| | |
|---|---|
| **This Message Is From an External Sender**<br>This message came from outside your organization. | Report Suspicious |

Good morning

When filling out your application for carryover funds, please prioritize salaries for the Reginal PMO and pause on R/N detection equipment purchases continues, so the rest should be Other (BF/OT) and supplies. If you choose to put funds in equipment, there is no indication when the pause might be lifted.

Any questions let me know.

V/R, Ki

Ki L. Harvey
Deputy Director, Securing the Cities Program
Operations Support Directorate
Countering Weapons of Mass Destruction Office
Cell 202-961-8010
Teams 202-893-7908

# Exhibit H

| | | |
|---|---|---|
| **1. DATE ISSUED** *MM/DD/YYYY*<br>09/09/2025 | **1a. SUPERSEDES AWARD NOTICE dated** 06/30/2025<br>except that any additions or restrictions previously imposed<br>remain in effect unless specifically rescinded | |

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

6595 Springfield Center Dr
Springfield, VA 22150

| | |
|---|---|
| **2. ASSISTANCE LISTING NUMBER**<br>97.106 - Securing the Cities Program | |
| **3. ASSISTANCE TYPE** Cooperative Agreement | |

| | |
|---|---|
| **4. GRANT NO.** 20CWDSTC00009-06-01<br>**Formerly** | **5. TYPE OF AWARD**<br>Other |
| **4a. FAIN** 20CWDSTC00009 | **5a. ACTION TYPE** Post Award Amendment |

# NOTICE OF AWARD
AUTHORIZATION (Legislation/Regulations)
Homeland Security Act of 2002, Public Law 107-296, 6 U.S.C 596

| **6. PROJECT PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 03/04/2020 | **Through** | 10/30/2029 |
| **7. BUDGET PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| **From** | 07/01/2025 | **Through** | 06/30/2026 |

**8. TITLE OF PROJECT (OR PROGRAM)**
Denver OEM Securing the Cities Program YR6

| **9a. GRANTEE NAME AND ADDRESS** | **9b. GRANTEE PROJECT DIRECTOR** |
|---|---|
| Denver, City & County of<br>101 W Colfax Ave Fl 7<br>Denver, CO 80202-5167 | Kayla Ibarra<br>201 W Colfax Ave<br>Denver, CO 80202-5167<br>Phone: 303-319-5855 |
| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
| Kayla Ibarra<br>201 W Colfax Ave<br>Denver, CO 80202-5167<br>Phone: 303-319-5855 | Kristina Frierson<br>7th And D Street SW<br>Washington, DC 20407-0001<br>Phone: 202-440-1703 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation **II**

| | | |
|---|---|---|
| a. | Salaries and Wages ……………….............… | 375,000.00 |
| b. | Fringe Benefits ……………….............… | 150,000.00 |
| c. | Total Personnel Costs …….………… | 525,000.00 |
| d. | Equipment ……………………………….. | 0.00 |
| e. | Supplies ……………………………….. | 230,805.86 |
| f. | Travel ……………………………….. | 30,000.00 |
| g. | Construction ……………………………….. | 0.00 |
| h. | Other ……………………………….. | 721,500.00 |
| i. | Contractual ……………………………… | 392,500.00 |
| j. | TOTAL DIRECT COSTS → | 1,899,805.86 |
| k. | INDIRECT COSTS | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | 1,899,805.86 |
| m. | Federal Share | 1,899,805.86 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 1,899,805.86 |
| b. Less Unobligated Balance From Prior Budget Periods | 1,899,805.86 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 0.00 |
| **13.** Total Federal Funds Awarded to Date for Project Period | 8,362,500.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 7 | | d. 10 | |
| b. 8 | | e. 11 | |
| c. 9 | | f. 12 | |

**15.** PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ● Yes ○ No)

The purpose of this amendment is to issue updated GFAD Terms and Conditions as attached (see paragraph at the top of page 1 regarding the applicability of the FY'25 DHS Standard terms and conditions).

All other terms and conditions remain in effect.

**GRANTS MANAGEMENT OFFICIAL:**

Diane Osterhus, Sr. Grants Policy Officer
6595 Springfield Center Dr
Springfield, VA 22150
Phone: (202)447-5606

| **17.OBJ CLASS** 4100 | **18a. VENDOR CODE** 846000580 | **18b. EIN** 846000580 | **19a. UEI** JPKVFSLKLVJ5 **19b. DUNS** 022570793 | **20. CONG. DIST.** 01 |
|---|---|---|---|---|
| **FY-ACCOUNT NO.** | **DOCUMENT NO.** | **ADMINISTRATIVE CODE** | **AMT ACTION FIN ASST** | **APPROPRIATION** |
| 21. a. O40370460411 | b. CWDSTC00009A | c. STC | d. $0.00 | e. |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 3 | DATE ISSUED 09/09/2025 |
|---|---|
| GRANT NO. 20CWDSTC00009-06-01 | |

### Federal Financial Report Cycle

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 03/04/2020 | 03/31/2020 | Quarterly | 04/30/2020 |
| 04/01/2020 | 06/30/2020 | Quarterly | 07/30/2020 |
| 07/01/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 02/16/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 02/27/2030 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 3 | DATE ISSUED 09/09/2025 |
|---|---|
| GRANT NO. 20CWDSTC00009-06-01 | |

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 04/01/2020 | 06/30/2020 | Quarterly | 07/30/2020 |
| 07/01/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 01/01/2023 | 03/31/2023 | Quarterly | 02/05/2023 |
| 10/01/2022 | 12/31/2022 | Quarterly | 02/05/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/31/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/15/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/29/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 02/27/2030 |

3

# AWARD ATTACHMENTS

Denver, City & County of                                    20CWDSTC00009-06-01

1. Amendment Letter
2. T&Cs
3. DHS Std T&Cs



**U.S. Department of Homeland Security**
Washington, DC 20528

September 9, 2025

Mr. Matthew Mueller
Executive Director
Denver Office of Emergency Management
101 West Colfax Drive, 7th Floor
Denver, CO 80202-5284

RE: 20CWDSTC00009-06-01

The Department of Homeland Security (DHS) has issued an amendment to the above-referenced award.

The purpose of this amendment is to issue updated GFAD Terms and Conditions as attached (see paragraph at the top of page 1 regarding the applicability of the FY'25 DHS Standard terms and conditions).

All other terms and conditions remain in effect.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:  Program Officer, Ki Harvey
ki.harvey@hq.dhs.gov
Desk: 202-893-7908
Cell: 202-961-8010

Grant/Fiscal related matters: Grant Officer, Ms. Marsha Mathis
Email: marsha.mathis@hq.dhs.gov

Sincerely,

MARSHA D MATHIS
Digitally signed by MARSHA D MATHIS
Date: 2025.09.09 14:57:53 -04'00'

Marsha Mathis
Office of Procurement Operations
Office of the Chief Procurement Officer

# COOPERATIVE AGREEMENT TERMS AND CONDITIONS GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)

A recipient under this funding opportunity must comply with the FY 2025 Department of Homeland Security Standard Terms and Conditions, v. 3 (Apr. 18, 2025). **However**, Paragraphs C.IX and C.XVII(2)(a)(iii) do not apply to any federal award under this funding opportunity to the extent their application is limited by the injunction in San Francisco v. Trump, No. 3:25-cv-01350 (N.D. Cal.), or any other litigation, so long as that injunction is in force. The FY 2025 Department of Homeland Security Standard Terms and Conditions, v. 3 (Apr. 18, 2025) are attached for reference.

## ARTICLE I. FEDERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. AWARD SPECIFIC TERMS AND CONDITIONS AND/OR RESTRICTIONS

-This award does not include any award specific Terms and Conditions.

### B. PROGRAM SPECIFIC TERMS AND CONDITIONS

-Previously outlined program specific Terms and Conditions apply.

### C. DHS SUBSTANTIAL PROGRAMMATIC INVOLVEMENT

Previously outlined DHS programmatic involvement remains in effect.

## ARTICLE II. GENERAL TERMS AND CONDITIONS

### A. APPLICABILITY

1. <u>General</u>. The terms and conditions set forth in this document and elsewhere in the Federal Award package will apply to all budget periods for the Federal Award.
2. <u>Post-Award Changes</u>. DHS may revise terms and conditions in this document and other parts of the Federal Award package if it determines that there was an error in the package or otherwise determines that an administrative change must be made to the package. DHS will notify the Recipient in writing of the change and provide an updated Federal Award package document. Once notification occurs, any subsequent drawdown will indicate Recipient acceptance of the changes to the Federal Award.

3. <u>Continuation Awards</u>. If the Federal Award includes more than one budget period, DHS may revise the terms and conditions in this document or elsewhere in the award package when awarding continuation funding and approving an additional budget period. DHS will notify the Recipient of these changes and the Recipient, by applying for continuation award funding, agrees to comply with the revisions, should it receive a continuation award. These revisions would apply only to that budget period and future budget periods and would not apply retroactively to previous budget periods.

4. <u>Applicability of DHS Standard Terms and Conditions to Tribes</u>. The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to subrecipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist.

### B. AMENDMENTS AND REVISIONS

1. The Recipient is required to report deviations from the approved budget and request prior approvals from DHS for budget and program revisions for the Federal Award in accordance with 2 C.F.R. § 200.308. This Federal Award is a [construction/non-construction] award for the purposes of applying the prior approval

requirements. Scope or objective changes are generally not permitted unless authorized by law; Recipients should contact DHS with questions about changes to scope or objectives.

2. DHS does not waive any prior approval requirements pursuant to 2 C.F.R. § 200.308(e).

3. For non-construction work under awards where the Federal share is greater than the simplified acquisition threshold (currently $250,000), per 2 C.F.R. § 200.308(f), the Recipient must obtain prior written approval from DHS for transfers of funds among direct cost categories where the cumulative amount of such transfers exceeds or is expected to exceed 10 percent of the total approved budget.

4. The Recipient must obtain prior written approval from DHS for transfers of funds from direct costs to the indirect costs object class or vice versa.

5. The Recipient must obtain prior written approval from DHS before making any fund or budget transfers between construction and non-construction work.

## C. PRIOR APPROVAL REQUIRED

The Recipient shall not, without the prior written approval of the DHS, request reimbursement, incur costs or obligate funds for any purpose pertaining to the operation of the project, program, or activities prior to the approved Budget Period.

## D. PERIOD OF PERFORMANCE

A. Period of Performance

1. The Budget Period shall be for a period of 12 months. If applicable, the approval by DHS of subsequent budget periods under the federal award are subject to the availability of funds, program authority, satisfactory performance, compliance with the terms and conditions of the federal award, and a determination that a subsequent budget period is in the best interests of the federal government.

2. If applicable, The Recipient must request prior approval to carry over unobligated balances from one budget period to the following budget period.

B. Period of Performance Extension Request

1. Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.

2. The extension request shall be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.

3. Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification to be processed. The justification is a written explanation of the reason(s) for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. Extension requests shall not be processed without up- to-date performance and financial status reports and adequate justification.

4. DHS has no obligation to provide additional resources/funding due to an extension.

## E. CLOSEOUT REPORTING PERIOD

Per 2 C.F.R. § 200.344(a), the Recipient has 120 calendar days after the end of the period of performance to submit all final financial, performance, and other reports required by the terms and conditions of this award.

## F. LIQUIDATION PERIOD

Per 2 C.F.R. § 200.344(b), the Recipient has 120 calendar days after the end of the period of performance to liquidate all obligations incurred under this award.

## G. FINANCIAL REPORTS

1. Quarterly Federal Financial Reports – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant Solutions system no later than thirty (30) days after the end of the budget period end date. Reports are due on January 30th, April 30th, July 30th and October 30th. The report shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

2. Final Federal Financial Report – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant- Solutions system no later than 120 days after the end of the Project Period end date. The report

   shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

## H. PERFORMANCE REPORTS

1. Quarterly Performance Reports – The Recipient shall submit performance reports into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date. Reports are due on January 30th, April 30th, July 30th and October 30th. The report shall be submitted via www.GrantSolutions.gov using the guidance found here: Grant Solutions Performance Progress Report.

2. Performance Report Content (non-construction):

   The performance reports must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

   - Description relating financial data and accomplishments to performance goals and objectives of the Federal Award.
   - A comparison of actual accomplishments to the objectives of the Federal Award established for the reporting period.
   - If applicable, the reasons why established goals were not met.
   - Analysis and explanation of cost overruns or high unit costs.
   - Any additional pertinent information as determined by the program.

   3. Performance Report Content (construction):

      The performance report must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

   - Certified completion of construction data.
   - Any additional pertinent information as determined by the program.

Final Performance Report – the Recipient shall submit the Final Performance Report into the GrantSolutions system no later than 120 days after the expiration of the Project Period. The Final Performance Report shall be submitted using the guidance found here: **Grant Solutions Performance Progress Report**.

## I. PAYMENT

A. Federal Payment

1. Payments - General

   DHS makes funds available for drawdown by the Recipient in the U.S. Department of Health and Human Services Payment Management System ("PMS"). The Recipient will submit payment requests under the Federal Award through PMS and PMS will deposit payments through electronic funds transfer to the Recipient's bank.

2. Payment Method

   DHS will pay the Recipient in advance pursuant to 2 C.F.R. § 200.305(b)(1). Under this method, the Recipient's payment requests submitted to PMS must be limited to the minimum amounts needed and be timed in accordance with its actual, immediate cash requirements in carrying out the scope of work under

the Federal Award. The timing and amount of advance payments must be as close as is administratively feasible to the Recipient's actual disbursements for direct costs and proportionate share of indirect costs and must not be held for more than three business days before the funds are disbursed. The Recipient must disburse any funds available from program income, rebates, refunds, contract settlements, audit recoveries, and interest earned on such funds before requesting additional cash payments.  When these requirements are not met, the Recipient will be required to be on a reimbursement for costs incurred method.

3.  Property Interest

The Recipient and any subrecipients have no property interest in the funds made available by DHS in the Recipient's PMS account. At any time during or after the period of performance of the Federal Award, DHS may adjust the amounts available in Recipient's PMS account due to amendments to the Federal Award, partial or full terminations, closeouts, or other reasons.

## J. INDIRECT COSTS

2 C.F.R. § 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by DHS and included in the award file.

## K. TANGIBLE PERSONAL PROPERTY (EQUIPMENT)

1. The Recipient must provide a property report for all equipment acquired under the Federal Award with a current per unit fair market value of $10,000 or more when it submits the final performance report for the Federal Award. The Recipient will submit the property report using the Standard Form (SF)-428 (Tangible Personal Property Report). The SF-428 must include an attached document providing the description of the property, a serial number or other identification number, the source of funding for the property (including the Federal Award Identification Number (FAIN)), who holds title, the acquisition date, and cost of the property, percentage of federal participation in the project costs for the Federal Award under which the property was acquired, the location, use and condition of the property, and any ultimate disposition data including the date of disposal and sale price of the property.

2. DHS reserves the right to direct the Recipient to transfer title to the equipment to the Federal Government or to an eligible third party. If DHS informs the Recipient that it will exercise this right, then the Recipient —when submitting the final property report in paragraph D.2—will also submit a SF-428-B (Final Report) requesting disposition instructions.

3. If DHS does not exercise the right to direct the Recipient to transfer title to the equipment to the Federal Government or an eligible third party, the Recipient must request disposition instructions from DHS when original or replacement equipment acquired under the Federal award is no longer needed for the original project or program or for other activities currently or previously supported by a Federal awarding agency. The Recipient will submit a disposition request using the SF-428 (Tangible Personal Property Report) and SF-428-C (Disposition Request/Report).

## L. ACCESS TO AND RETENTION OF RECORDS.

DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives have the right of access to any documents, papers, or other records of the Recipient and subrecipients as well as their contractors and subcontractors pertaining to the Federal Award to make audits, examinations, excerpts, and transcripts. The right also includes timely and reasonable access to the personnel of the Recipient, any subrecipients, contractors of the Recipient or subrecipient, and subcontractors to those contractors.

The Recipient must include in any prime contract the requirement for the prime contractor to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives and must require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, require the subrecipient to place this requirement in all prime contracts, and require the subrecipient to require a prime contractor to include this requirement in all subcontracts.

The Recipient and subrecipients as well as their contractors and subcontractors shall retain financial records, supporting documents, statistical records, and all other records pertinent to this Award for a period of three years from the date of submission of the final expenditure report.

## M. ENVIRONMENTAL PLANNING AND HISTORIC PRESERVATION REVIEW (EHP)

DHS funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the DHS EHP review process. This review does not address all federal, state, and local requirements.

Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws.

DHS is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. General guidance for DHS's EHP process is available at DHS Compliance with the National Environmental Policy Act | Homeland Security. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program and applicants should contact their Grants Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies.

If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archaeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS.

## N. COMPLIANCE WITH U.S. EXPORT CONTROLS

Activities performed by the Recipient and any Recipient institution under this Award may or may not be subject to U.S. export control regulations. The Recipient and any Recipient institution shall conduct all such activities, to include any and all DHS-funded research and development, acquisitions, and collaborations in full compliance with all U.S. export controls—to include but not limited to the Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), and the Office of Foreign Assets Control (OFAC) Regulations. The Recipient and any Recipient institution will ensure that all legal requirements for compliance with U.S. export controls are met prior to transferring commodities, technologies, technical data, or other controlled information to a non-U.S. person or entity.

## O. PATENT RIGHTS AND DATA RIGHTS

Patent rights

The Recipient is subject to applicable regulations governing patents and inventions, including government-wide regulations, 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements."

Invention Disclosure and Related Requirements

The clause at 37 CFR 401.14, "Standard Patent Rights Clauses," is incorporated by reference herein. 37 CFR 401.14(c)(1) requires the disclosure of each subject invention to the Federal Agency within two months after the inventor discloses it in writing to contractor personnel responsible for patent matters. Under 35 U.S.C. 201(d), an invention means any invention or discovery which is or may be patentable or otherwise protectable under Title 35 of the U.S. Code, or any novel variety of plant which is or may be protectable under the Plant Variety Protection Act. Invention disclosure statements shall be made by creating an invention record using the Interagency Edison system website at: http://www.iedison.gov .

Rights to Copyrighted Work

The Recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under the award. The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so.

Data rights

1. General Requirements:

The Government has the right to:

a. Obtain, reproduce, publish, or otherwise use the data produced under a Federal award; and

b. Authorize others to receive, reproduce, publish, or otherwise use such data for Federal purposes.

Data means recorded information, regardless of form or the media on which it may be recorded.

2. <u>Additional requirements for this Award</u>.

a. Requirement: If the Government believes that it needs additional research data that was produced under this    Award, the Government may request the research data and the Recipient agrees to provide the research data within a reasonable time.

b. Applicability: The requirement in paragraph 2.a of this section applies to any research data that are:

1. Produced under this Award, either as a Recipient or sub-recipient;
2. Published, which occurs either when:

a. The research data is published in a peer-reviewed scientific or technical journal; or

b. DHS publicly and officially cites the research data in support of an agency action that has the force and effect of law.

3. <u>Requirements for sub-awards</u>: The Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Patent Rights and Data Rights) and the DHS Standard Terms and Conditions award term (Copyright).

## P. SITE VISITS

DHS, Inspectors General, the Comptroller General of the United States, or any of their authorized representatives may make site visits as warranted by Program needs to the Recipient and subrecipients as well as their contractors and subcontractors pursuant to 2 C.F.R. § 200.329(f). The Recipient must include in any prime contract the requirement for the prime contractor to provide access to DHS for site visits and require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to DHS for site visits, requirement for the subrecipient to place this requirement in all prime contracts, and requirement for the subrecipient to require a prime contractor to include this requirement in all subcontracts.

## Q. TRAVEL

The Recipient must obtain prior written DHS approval before using Federal Award funding for foreign travel of the Recipient, subrecipient, or their contractors or subcontractors. A request for approval must identify the traveler, purpose of the travel, destination(s), duration of travel, and estimated travel costs. The Recipient must submit any foreign travel request at least 60 days before the travel commences.

## R. PUBLICATIONS

1. The Recipient may not publish or make publicly available articles and other documents produced under or as a result of the Federal Award that contain CUI, export-controlled information, and/or sensitive information designated by DHS without express written authorization from DHS. For articles and other documents produced under or as a result of the Federal Award that do not contain CUI, export-controlled information, or sensitive information, the Recipient may publish these articles and other documents and/or make them publicly available in journals, books, trade publications, websites, or other media. The rights of DHS in any articles or documents are set forth in 2 C.F.R. § 200.315.

2. The Recipient must include the following marking on any article or similar document produced under or as a result of the Federal Award:

"This document is based upon work supported by the U.S. Department of Homeland Security under ***[insert Grant/Cooperative Agreement number]***. The views and conclusions expressed in this document

are those of the authors and do not necessarily represent the views of the U.S. Department of Homeland Security or the United States."

## S. TERMINATION PROVISIONS

1. <u>General</u>. The regulations at 2 C.F.R. §§ 200.340-343 set forth the administrative requirements concerning the termination of federal awards. Termination means the ending of a federal award, in whole or in part, at any time before the planned end of the period of performance. As required by 2 C.F.R. § 200.340(b), the purpose of this term and condition is to specify termination provisions applicable to the federal award in addition to those set forth in the regulations.

2. <u>Termination by DHS</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may unilaterally terminate the federal award in whole or part if the Recipient fails to comply with the terms and conditions of the federal award and when, to the greatest extent authorized by law, the federal award no longer effectuates the program goals or agency priorities. When terminating a federal award, the DHS will promptly notify the Recipient in writing via email of the termination that will set forth the reasons for the termination and the effective date of the termination. A Recipient may object and provide written information and documentation challenging the termination electronically via email to DHS within 30 days of receiving the termination notice. The termination notice may provide additional procedures for submitting an objection to the termination.

3. <u>Termination with Consent</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may terminate the federal award in whole or in part with the consent of the Recipient. In that case, DHS will work with the Recipient to identify mutually agreed upon termination conditions including the effective date, and, in the case of partial termination, the portion to be terminated. DHS will provide to the Recipient for concurrence a draft termination notice setting forth the agreed upon termination conditions and, following the Recipient's written concurrence, DHS will issue the final termination notice.

4. <u>Termination by Recipient</u>. The regulation at 2 C.F.R. § 200.340(a) provides that the Recipient may unilaterally terminate the federal award in whole or in part by sending DHS written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if DHS determines in the case of partial termination that the reduced or modified portion of the federal award will not accomplish the purposes for which DHS made the federal award, DHS will provide written notice to the Recipient of the possibility that DHS will terminate the entire federal award and provide the Recipient with the opportunity to withdraw its partial termination request. If the Recipient does not withdraw its request for partial termination within 30 days of receiving the written notice, DHS will initiate procedures to terminate the entire federal award for cause following the procedures in paragraph I.B.2.

5. <u>Costs Incurred After Termination</u>. The regulation at 2 C.F.R. § 200.343 provides that the cost to the Recipient resulting from financial obligations incurred by the Recipient after termination are not allowable unless the federal awarding agency expressly authorizes them in the notice of termination or subsequently authorizes them. This general prohibition does not apply where costs result from financial obligations properly incurred by the Recipient before the termination and are not in anticipation of termination and those costs would otherwise be allowable if the federal award has expired normally at the end of the period of performance. The regulation at 2 C.F.R. § 200.472 sets forth the potentially allowable costs following termination. The allowability of these costs is the same for all types of terminations and do not vary whether DHS unilaterally terminates a federal award, DHS terminates a federal award with consent, or the Recipient unilaterally terminates the federal award. The Recipient should contact DHS in cases where it seeks authorization of costs incurred following the termination of a federal award.

## T. MONETARY DAMAGES

Monetary damages are not available to the Recipient in the event of a breach of the grant or cooperative agreement by DHS, such that the United States Court of Federal Claims does not have jurisdiction to render judgment upon any claim against the United States arising under the grant or cooperative agreement under 28 U.S.C. § 1491(a).

## U. STANDARD OF REVIEW

The scope of any judicial review for a DHS actions, findings, and conclusions under this cooperative agreement is limited to the standard of review under the Administrative Procedures Act, 5 U.S.C. § 706.

## V. GOVERNING PROVISIONS

The following are incorporated into this Award by this reference:

| 31 C.F.R.205 | Rules and Procedures for Funds Transfers |
|---|---|
| 2 CFR Part 200 | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards |
| Application | Grant Application and Assurances dated 08/2025 |

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

The Fiscal Year (FY) 2025 Department of Homeland Security (DHS) Standard Terms and Conditions apply to all new federal awards of federal financial assistance (federal awards) for which the federal award date occurs in FY 2025 and flow down to subrecipients unless a term or condition specifically indicates otherwise. For federal continuation awards made in subsequent FYs, the FY 2025 DHS Standard Terms and Conditions apply unless otherwise specified in the terms and conditions of the continuation awards. The United States has the right to seek judicial enforcement of these terms and conditions.

All legislation and digital resources are referenced with no digital links. These FY 2025 DHS Standard Terms and Conditions are maintained on the DHS website at https://www.dhs.gov/publication/dhs-standard-terms-and-conditions.

A. **Assurance, Administrative Requirements, Cost Principles, Representations, and Certifications**

    I.    Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances, as instructed.

B. **General Acknowledgements and Assurances Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located in Title 2, Code of Federal Regulations, Part 200 and adopted by DHS at 2 C.F.R. § 3002.10.**

All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337.

    I.    Recipients must cooperate with any DHS compliance reviews or compliance investigations.

    II.    Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal award and permit access to facilities and personnel.

    III.    Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

    IV.    Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or DHS Component program guidance. Organization costs related to data and evaluation are allowable. The definition of data and evaluation costs is in 2 C.F.R. § 200.455(c), the full text of which is incorporated by reference.

    V.    Recipients must complete DHS Form 3095 within 60 days of receipt of the Notice of Award for the first award under which this term applies. For further instructions and to access the form, please visit: https://www.dhs.gov/civil-rightsresources-recipients-dhs-financial-assistance.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

**C. Standard Terms & Conditions**

I. Acknowledgement of Federal Funding from DHS

Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds.

II. Activities Conducted Abroad

Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals.

III. *Age Discrimination Act of 1975*

Recipients must comply with the requirements of the *Age Discrimination Act of 1975*, Pub. L. No. 94-135 (codified as amended at Title 42, U.S. Code § 6101 *et seq*.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

IV. *Americans with Disabilities Act of 1990*

Recipients must comply with the requirements of Titles I, II, and III of the *Americans with Disabilities Act*, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

V. Best Practices for Collection and Use of Personally Identifiable Information

(1) Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect.

(2) Definition. DHS defines "PII" as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

VI. *CHIPS and Science Act of 2022*, Public Law 117-167 CHIPS

(1) Recipients of DHS research and development (R&D) awards must report to the DHS Component research program office any finding or determination of sex based and sexual harassment and/or an administrative or disciplinary action taken against principal investigators or co-investigators to be completed by an authorized organizational representative (AOR) at the recipient institution.

(2) Notification. An AOR must disclose the following information to agencies within 10 days of the date/the finding is made, or 10 days from when a recipient imposes an administrative action on the reported individual, whichever is sooner. Reports should include:

(a) Award number,

(b) Name of PI or Co-PI being reported,

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

(c) Awardee name,

(d) Awardee address,

(e) AOR name, title, phone, and email address,

(f) Indication of the report type:

   (i) Finding or determination has been made that the reported individual violated awardee policies or codes of conduct, statutes, or regulations related to sexual harassment, sexual assault, or other forms of harassment, including the date that the finding was made.

   (ii) Imposition of an administrative or disciplinary action by the recipient on the reporting individual related to a finding/determination or an investigation of an alleged violation of recipient policy or codes of conduct, statutes, or regulations, or other forms of harassment.

   (iii) The date and nature of the administrative/disciplinary action, including a basic explanation or description of the event, which should not disclose personally identifiable information regarding any complaints or individuals involved. Any description provided must be consistent with the *Family Educational Rights in Privacy Act*.

(3) Definitions.

(a) An "authorized organizational representative (AOR)" is an administrative official who, on behalf of the proposing institution, is empowered to make certifications and representations and can commit the institution to the conduct of a project that an agency is being asked to support as well as adhere to various agency policies and award requirements.

(b) "Principal investigators and co-principal investigators" are award personnel supported by a grant, cooperative agreement, or contract under Federal law.

(c) A "reported individual" refers to recipient personnel who have been reported to a federal agency for potential sexual harassment violations.

(d) "Sex based harassment" means a form of sex discrimination and includes harassment based on sex, sex stereotypes, sex characteristics, pregnancy or related conditions, sexual orientation, and gender identity.

(e) "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment, whether such activity is carried out by a supervisor or by a co-worker, volunteer, or contractor.

VII. *Civil Rights Act of 1964 – Title VI*

Recipients must comply with the requirements of Title VI of the *Civil Rights Act of 1964*, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d *et seq*.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of a federal award from the Federal Emergency Management Agency
(FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7.

VIII.    *Civil Rights Act of 1968*

Recipients must comply with Title VIII of the *Civil Rights Act of 1968*, Pub. L. No. 90284 (codified as amended at 42 U.S.C. § 3601 *et seq.*)  which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units— i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

IX.    Communication and Cooperation with the Department of Homeland Security and Immigration Officials

(1)  All recipients and other recipients of funds under this award must agree that they will comply with the following requirements related to coordination and cooperation with the Department of Homeland Security and immigration officials:

(a)  They must comply with the requirements of 8 U.S.C. §§ 1373 and 1644. These statutes prohibit restrictions on information sharing by state and local government entities with DHS regarding the citizenship or immigration status, lawful or unlawful, of any individual. Additionally, 8 U.S.C. § 1373 prohibits any person or agency from prohibiting, or in any way restricting, a Federal, State, or local government entity from doing any of the following with respect to information regarding the immigration status of any individual: 1) sending such information to, or requesting or receiving such information from, Federal immigration officials; 2) maintaining such information; or 3) exchanging such information with any other Federal, State, or local government entity;

(b)  They must comply with other relevant laws related to immigration, including prohibitions on encouraging or inducing an alien to come to, enter, or reside in the United States in violation of law, 8 U.S.C. § 1324(a)(1)(A)(iv), prohibitions on transporting or moving illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(ii), prohibitions on harboring, concealing, or shielding from detection illegal aliens, 8 U.S.C. § 1324(a)(1)(A)(iii), and any applicable conspiracy, aiding or abetting, or attempt liability regarding these statutes;

(c)  That they will honor requests for cooperation, such as participation in joint operations, sharing of information, or requests for short term detention of an alien pursuant to a valid detainer. A jurisdiction does not fail to comply with this requirement merely because it lacks the necessary resources to assist in a particular instance;

(d)  That they will provide access to detainees, such as when an immigration officer seeks to interview a person who might be a removable alien; and

(e)  That they will not leak or otherwise publicize the existence of an immigration enforcement operation.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

(2) The recipient must certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and using a form that is acceptable to DHS, that it will comply with the requirements of this term. Additionally, the recipient agrees that it will require any subrecipients or contractors to certify in the same manner that they will comply with this term prior to providing them with any funding under this award.

(3) The recipient agrees that compliance with this term is material to the Government's decision to make or continue with this award and that the Department of homeland Security may terminate this grant, or take any other allowable enforcement action, if the recipient fails to comply with this term.

X. <u>Copyright</u>

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so.

XI. <u>Debarment and Suspension</u>

Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000. These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

XII. <u>Drug-Free Workplace Regulations</u>

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government- wide implementation (2 C.F.R. Part 182) of the *Drug-Free Workplace Act of 1988* (41 U.S.C. §§ 8101-8106).

XIII. <u>Duplicative Costs</u>

Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing requirements of any other federal award in either the current or a prior budget period. See 2 C.F.R. § 200.403(f). However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal award terms and conditions.

XIV. <u>Education Amendments of 1972 (*Equal Opportunity in Education Act*) – Title IX</u>

Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 *et seq*.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of a federal award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

XV. *Energy Policy and Conservation Act*

Recipients must comply with the requirements of the *Energy Policy and Conservation Act*, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 *et seq.*), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

XVI. Equal Treatment of Faith-Based Organizations

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries.

Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statutes, regulations, and guidance governing the participations of faith-based organizations in individual DHS programs.

XVII. Anti-Discrimination

Recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 372(b)(4).

(1) Definitions. As used in this clause –

(a) DEI means "diversity, equity, and inclusion."

(b) DEIA means "diversity, equity, inclusion, and accessibility."

(c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025.

(d) Discriminatory prohibited boycott means refusing to deal, cutting commercial relations, or otherwise limiting commercial relations specifically with Israeli companies or with companies doing business in or with Israel or authorized by, licensed by, or organized under the laws of Israel to do business.

(e) Federal anti-discrimination laws mean Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin.

(f) Illegal immigrant means any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States.

(2) Grant award certification.

(a) By accepting the grant award, recipients are certifying that:

(i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and

(ii) They do not engage in and will not during the term of this award engage in, a discriminatory prohibited boycott.

(iii) They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration.

(3) DHS reserves the right to suspend payments in whole or in part and/or terminate financial assistance awards if the Secretary of Homeland Security or her designee determines that the recipient has violated any provision of subsection (2)..

DHS Standard Terms & Conditions: FY 2025 *Version 3*                    April 18, 2025

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

(4) Upon suspension or termination under subsection (3), all funds received by the recipient shall be deemed to be in excess of the amount that the recipient is determined to be entitled to under the Federal award for purposes of 2 C.F.R. § 200.346. As such, all amounts received will constitute a debt to the Federal Government that may be pursued to the maximum extent permitted by law.

XVIII. *False Claims Act* and Program Fraud Civil Remedies

Recipients must comply with the requirements of the *False Claims Act*, 31 U.S.C. §§ 3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

XIX. Federal Debt Status

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. See OMB Circular A-129.

XX. Federal Leadership on Reducing Text Messaging While Driving

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government. Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of Executive Order 13513.

XXI. *Fly America Act of 1974*

Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-aircarriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the *International Air Transportation Fair Competitive Practices Act of 1974*, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

XXII. *Hotel and Motel Fire Safety Act of 1990*

Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the *Hotel and Motel Fire Safety Act of 1990*, 15 U.S.C. § 2225a.

XXIII. *John S. McCain National Defense Authorization Act of Fiscal Year 2019*

Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the *John S. McCain National Defense Authorization Act for Fiscal Year 2019*, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons.

XXIV. Limited English Proficiency (*Civil Rights Act of 1964, Title VI*)

Recipients must comply with Title VI of the *Civil Rights Act of 1964* (42 U.S.C. § 2000d *et seq.*) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help- department-supported-organizationsprovide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

XXV. Lobbying Prohibitions

Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL).

XXVI. *National Environmental Policy Act*

Recipients must comply with the requirements of the *National Environmental Policy Act of 1969*, Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 *et seq.*) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

XXVII. National Security Presidential Memorandum-33 (NSPM-33) and provisions of the CHIPS and Science Act of 2022, Pub. L. 117-167, Section 10254

(1) Recipient research institutions ("covered institutions") must comply with the requirements in NSPM-33 and provisions of Pub. L.117-167, Section 10254 (codified at 42 U.S.C. § 18951) certifying that the institution has established and operates a research security program that includes elements relating to:

(a) cybersecurity;

(b) foreign travel security;

(c) research security training; and

(d) export control training, as appropriate.

(2) Definition. "Covered institutions" means recipient research institutions receiving federal Research and Development (R&D) science and engineering support "in excess of $50 million per year."

XXVIII. Non-Supplanting Requirement

Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose.

XXIX. Notice of Funding Opportunity Requirements

All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

by reference. All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the federal award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect.

XXX.     Patents and Intellectual Property Rights

Recipients are subject to the *Bayh-Dole Act*, 35 U.S.C. § 200 *et seq*. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14.

XXXI.     Presidential Executive Orders

Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference.

XXXII.     Procurement of Recovered Materials

States, political subdivisions of states, and their contractors must comply with Section 6002 of the *Solid Waste Disposal Act*, Pub. L. No. 89-272 (1965) (codified as amended by the *Resource Conservation and Recovery Act* at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

XXXIII.     *Rehabilitation Act of 1973*

Recipients must comply with the requirements of Section 504 of the *Rehabilitation Act of 1973*, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

XXXIV.     Reporting Recipient Integrity and Performance Matters

If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide federal award term and condition for Recipient Integrity and Performance Matters is in 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference.

XXXV.     Reporting Subawards and Executive Compensation

For federal awards that total or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide federal award term and condition on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference.

XXXVI.     Required Use of American Iron, Steel, Manufactured Products, and Construction Materials

(1)  Recipients of a federal award from a financial assistance program that provides funding for infrastructure are hereby notified that none of the funds provided under this federal award may be used for a project for infrastructure unless:

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

    (a) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

    (b) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

    (c) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States.

(2) The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

(3) *Waivers*

When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. The agency should notify the recipient for information on the process for requesting a waiver from these requirements.

    (a) When the Federal agency has determined that one of the following exceptions applies, the federal awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that:

        (i) applying the domestic content procurement preference would be inconsistent with the public interest;

        (ii) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

        (iii) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

    (b) A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office.

    (c) There may be instances where a federal award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

(4) *Definitions*. The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference.

XXXVII.  SAFECOM

Recipients receiving federal awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment | CISA.

XXXVIII.  Subrecipient Monitoring and Management

Pass-through entities must comply with the requirements for subrecipient monitoring and management as set forth in 2 C.F.R. §§ 200.331-333.

XXXIX.  System for Award Management and Unique Entity Identifier Requirements

Recipients are required to comply with the requirements set forth in the governmentwide federal award term and condition regarding the System for Award Management and Unique Entity Identifier Requirements in 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference.

XL.  Termination of a Federal Award

(1) By DHS. DHS may terminate a federal award, in whole or in part, for the following reasons:

(a)  If the recipient fails to comply with the terms and conditions of the federal award;

(b)  With the consent of the recipient, in which case the parties must agree upon the termination conditions, including the effective date, and in the case of partial termination, the portion to be terminated; or

(c)  Pursuant to the terms and conditions of the federal award, including, to the extent authorized by law, if the federal award no longer effectuates the program goals or agency priorities.

(3) By the Recipient. The recipient may terminate the federal award, in whole or in part, by sending written notification to DHS stating the reasons for such termination, the effective date, and in the case of partial termination, the portion to be terminated. However, if DHS determines that the remaining portion of the federal award will not accomplish the purposes for which the federal award was made, DHS may terminate the federal award in its entirety.

(4) Notice. Either party will provide written notice of intent to terminate for any reason to the other party no less than 30 calendar days prior to the effective date of the termination.

(5) Compliance with Closeout Requirements for Terminated Awards. The recipient must continue to comply with closeout requirements in 2 C.F.R. §§ 200.344200.345 after an award is terminated.

# FY 2025 DHS STANDARD TERMS AND CONDITIONS

XLI.     Terrorist Financing

Recipients must comply with Executive Order 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the Executive Order and laws.

XLII.     Trafficking Victims Protection Act of 2000(TVPA)

Recipients must comply with the requirements of the government-wide federal award term and condition which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The federal award term and condition is in 2 C.F.R. § 175.105, the full text of which is incorporated by reference.

XLIII.     *Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism (USA PATRIOT) Act of 2001*, Pub. L. 107-56

Recipients must comply with the requirements of Pub. L. 107-56, Section 817 of the USA PATRIOT Act, which amends 18 U.S.C. §§ 175–175c.

XLIV.     Use of DHS Seal, Logo and Flags

Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials.

XLV.     *Whistleblower Protection Act*

Recipients must comply with the statutory requirements for whistleblower protections in 10 U.S.C § 470141 U.S.C. § 4712.