# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | Case No. 1:25-cv-05462 <br><br> Hon. John J. Tharp, Jr. |

## DECLARATION OF MELISSA CORDEIRO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Melissa Cordeiro, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. This declaration is based on my own personal knowledge, experience, and review of relevant business records. If I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2. I serve as the Grants and Contracts Unit Manager for the Seattle Police Department (SPD). I have held this position since May 2020. I oversee the Grants and Contracts Unit, which is within the Administrative Services Bureau at SPD. Within this role, I oversee SPD's federal grant initiatives and programs, including Securing the Cities (STC), a federal cooperative program designed to increase the radiation detection capabilities of first responders in certain U.S. cities designated as being at a higher risk of terrorist attack, such as Seattle. I am familiar with the City

1

of Seattle's involvement in the STC program.

**Background**

3.        In 2020, the City of Seattle (Seattle) was selected by the U.S. Department of Homeland Security (DHS) as an STC region based on a determination that Seattle was at a high risk of sustaining a terrorist attack. In March 2020, SPD entered into a STC Cooperative Agreement with DHS on Seattle's behalf. On October 21, 2019, SPD had responded to the Securing the Cities Notice of Funding Opportunity, DHS-20-106-STC-0001, describing the Cooperative Agreement and setting a projected project period end date of July 31, 2030.

4.        On March 4, 2020, SPD received from DHS the Notice of Award, grant number 20CWDSTC00008-01-00, 2030. SPD has continuously administered the STC program for Seattle since that time. As set out in the original Notice of Award, and each Notice of Award DHS has provided SPD since then, the Cooperative Agreement has a roughly ten-year project period which ends on October 30, 2029. A true and correct copy of the March 4, 2020 Notice of Award is attached as Exhibit A.

5.        Since March 4, 2020, Seattle has received annual Notices of Award under the STC Cooperative Agreement obligating DHS to reimburse Seattle for approved STC expenditures. Each Notice of Award has provided a new budget period, and restated the October 30, 2029 project period end date, for the Cooperative Agreement. Seattle's current Cooperative Agreement budget period, per the Notice of Award issued November 3, 2025, is July 1, 2025 through June 30, 2026. The project period continues to be March 4, 2020 through October 30, 2029. To date, Seattle has been awarded a total of $4,962,507.00 in STC funding. A true and correct copy of Seattle's current Notice of Award is attached as Exhibit B.

6.        Under the Cooperative Agreements, Seattle incurs costs that are either expressly

2

permitted in the Agreements or that DHS has pre-approved on an individualized basis and then requests reimbursement for the costs.

7. Starting in fiscal year 2022, DHS required Seattle to apply annually to carry over any previously awarded but unspent STC funds. In or around April of each year, Seattle received an email with a "Please Apply" letter and instructions for applying for the carryover award, and for applying for a continuation award which provided new funds to supplement the existing carryover funds. The Please Apply letter replaced the Notice of Funding Opportunity process that preceded it.

8. The Please Apply letters set out the amount that was available for a continuation award (that is, for new funds). Once Seattle filled out and submitted the relevant application forms, it received a new Notice of Award from DHS for (1) the carryover funds, confirming that previously awarded funds are still available, and (2) a continuation award for the new funds indicated in the Please Apply letter.

9. Upon information and belief, without a new Notice of Award each year prior to the expiration of the budget period, or an extension of the budget period from DHS, Seattle loses its carryover funds and does not receive any new continuation funds.

10. Each year until 2025, DHS provided Seattle the full carryover of previously awarded funds to be available in the subsequent budget period.

**DHS's 2025 Funding Freeze**

11. Unlike in previous years, DHS did not send Seattle a Please Apply letter in or around April 2025. In early May 2025, Seattle contacted DHS to inquire about the fact that it had not received a Please Apply letter and that no new Notice of Award had been offered. DHS advised that no new Notice of Award was being offered at that time.

3

12. Meanwhile, on May 14, 2025, Seattle received a memorandum from DHS placing an immediate freeze on the procurement of radiological nuclear detection equipment and supplies under the STC Cooperative Agreement until further notice (the "Equipment Pause Memo"). A copy of the Equipment Pause Memo is available in the administrative record filed in this case, at ECF No. 50-3, pages DHS-AR-0027 to -0028.

13. In response to the Equipment Freeze Memo, Seattle was forced to halt a pending order of 1,000 Thermo RadEye personal radiation detectors, the purchase of which had already been pre-approved by DHS in March 2025. That purchase totaled approximately $1,101,600. A true and correct copy of DHS's March 2025 letter pre-approving the purchase is attached hereto as Exhibit C.

14. On June 12, 2025, Seattle received a new Please Apply letter from DHS. Unlike all previous years, the letter did not include a new amount for continuation funds, which would have represented an increase in available funds under the STC cooperative agreement. Instead, the letter stated: "**For FY'25, your award authorization will consist of carryover funding ONLY**" (emphasis in original). The letter also stated that DHS's current freeze on STC equipment purchases "remains in effect for the upcoming budget period and no R/N [radiological/nuclear] Detection Equipment maybe [sic] purchased after that date and until the pause is lifted, therefore **no funds should be budgeted in the Equipment Category**" (emphasis in original). The effect of this letter was to remove both the new funds that had routinely been provided to meet new program needs and to withhold previously awarded funds for equipment purchases, including the $1,101,600 for Thermo RadEye personal radiation detectors DHS had already approved for purchase. A true and correct copy of the June 12, 2025 Please Apply letter is attached hereto as Exhibit D.

15. The letter demanded that Seattle apply by June 20, 2025, a highly compressed timeframe relative to prior years. Seattle submitted a timely application.

16. Pursuant to DHS' requirements, Seattle submits quarterly reporting reimbursement invoices to DHS for STC expenditures. Until 2025, Seattle's reimbursement invoices were routinely and promptly paid by DHS, typically within several days. However, in May 2025, Seattle had pending reimbursements in the amount of $103,756.52 that remained unpaid by DHS for more than 30 days. The underlying expenses were expenditures that were explicitly allowed under Seattle's Cooperative Agreement or had been approved by DHS. DHS did not provide a reason for non-payment. After considerable delay, DHS processed the outstanding reimbursement requests on June 25, 2025.

<strong>Impact of STC Funding Freeze on Seattle</strong>

17. Though DHS eventually processed the reimbursement requests after the Amended Complaint was filed in this action, any future failures to reimburse in a timely manner and the continuing freeze on equipment purchases would foretell the end of the STC-Seattle program. As a result, Seattle's residents and millions of visitors will be less safe.

18. Since joining the program, Seattle has relied on STC funding to purchase specialized, advanced radiation detection devices and the supplies needed for their functionality, such as radioactive isotopes, tungsten electrodes, bump cards, laptop equipment for DHS provided laptops, and radioactive materials licenses. Seattle also relies on STC funds to hire personnel to operate the STC program for the region, attend semi-annual conferences, and hold trainings across the state on radiation detection and terrorist attack prevention for law enforcement and first responders. As the lead agency for the region, SPD deploys this equipment and training for 22 partner agencies in and around Seattle.

5

19. Seattle's budget planning relies on STC funding being available to purchase radiological nuclear detection equipment and supplies. A significant portion, approximately 25%, of Seattle's annual budget for such equipment and supplies comes from STC funds.

20. Seattle's participation in the STC program is critical to public safety in the region, particularly in the context of the many large public events held in the region. For example, Seattle hosted the FIFA Club World Cup in 2025 and is hosting the FIFA World Cup in 2026, both at Lumen Field. The FIFA events are attended by tens of thousands of residents and visitors from around the world. SPD conducted Joint Hazard Assessment Team Training with the Seattle Fire Department in preparation for the FIFA Club World Cup events at Lumen Field in June and July 2025. This training provides instruction and techniques for law enforcement officers and other first responders in the detection and prevention of radioactive threats and terrorist attacks at large public events. The equipment and personnel for this training are funded through Seattle's STC funds. Before the current freeze on STC equipment funding, Seattle intended to conduct similar training in preparation for protecting public safety during the 2026 FIFA World Cup event as well. Due to the disruption of funding, Seattle was unable to conduct the scale and type of training it had originally intended. Seattle intended to deploy and utilize the new Thermo RadEye PRD4 personal radiation detectors which had been approved for purchase by DHS in March 2025 (see paragraphs 13-14, above), for purposes of public safety preparation for the 2025 and 2026 FIFA events. The Thermo RadEye PRD4 personal radiation detectors have better detection range, accuracy, and neutron detection capability as compared to the sPRD-STC model, which is the model Seattle currently has in stock. DHS' continuing freeze on equipment purchases prevents Seattle from using state-of-the-art detection devices for the prevention of terrorist attack at these FIFA events, and at other large events in the region.

21.     DHS recently authorized Seattle to purchase 50 additional sPRD-STC radiation detectors ahead of the 2026 FIFA events.  These radiation detectors are not state-of-the-art and are not as effective as the Thermo RadEye PRD4 personal radiation detectors requested by SPD and previously approved by DHS.

22.     Two positions within SPD, a Program Manager and a Grant Manager, are either wholly or partially funded through the STC program. A loss of STC funding would mean the probable elimination of these positions. Additionally, the funding is budgeted to cover the hiring of a Planning & Development Specialist to assist the Program Manager in running the program. Without ongoing STC funding, the Program Manager position would dissolve, the Planning & Development Specialist would never be hired, and a portion of the Grant Manager's salary would have to be covered via other grant work/programs. Failure to fund these positions would mean that there are no persons for local area partnership agencies to contact for radiological-nuclear weapon detection training and implementation. Additionally, radiological-nuclear detection equipment issued by SPD to these agencies would either be returned or, at some point, would expire or need repair that would no longer be covered under the program. Ultimately, this means the City of Seattle and surrounding cities that partner with SPD would no longer be protected through the use of advanced radiological-nuclear detection, which would be detrimental to the Seattle region given its high risk for such an attack.

23.     Also, the recent Maritime Radiological Detection Grant, previously funded by FEMA, and administered by the Seattle Fire Department, expired in 2023. This grant provided funds for radiological detection capability on all law enforcement and many fire department boats working in and around Puget Sound and Washington State's waterways. Since funding through that grant has terminated, STC-Seattle has assumed responsibility for the training, equipment,

7

maintenance, and service requirements of the maritime equipment as well as all land-side radiological detection responsibilities. Without STC funding, the radiological-nuclear detection in and around the Puget Sound and Washington State's waterways would also cease.

24. DHS's equipment procurement freeze for the STC program hinders Seattle's ability to expand its radiological-nuclear detection abilities and could even reduce the current level of activity of the grant. Current equipment will expire or need repair, and new state-of-the-art models will be unable to be purchased. Without STC funding, Seattle has no way to repair existing equipment, replace equipment that no longer operates appropriately, or replace/buy new equipment as needed. Without the ability to purchase equipment and repair existing equipment, over time, fewer working units would be deployed as operational and the risk to the City of Seattle and its surrounding areas would increase as detection capabilities reduce. The World Cup games would also be at greater risk of a successful radiological or nuclear attack, as there will be fewer and/or less effective devices available for use. Lastly, the Puget Sound and Washington State's waterways would also be at risk as Seattle's ability to support their radiological-nuclear detection would be limited or removed completely.

25. The STC program fulfills a crucial, woefully overlooked and underfunded component of public safety in the field of radiation detection and adjudication in the Seattle region. Any loss or restriction of STC funding prevents Seattle from implementing important public safety steps to enhance security for the people of Seattle, the broader region, and its many visitors.

26. Seattle's intent was to continue in the STC program to increase counterterrorism efforts in the region. However, barred from the ability to purchase effective equipment, Seattle is stalled from expanding or even maintaining the current level of operation to the detriment of public safety and national security.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___6/12/26___ at ___Seattle___, Washington.

_____
MELISSA CORDEIRO

# Exhibit A

| | |
|---|---|
| **1. DATE ISSUED** *MM/DD/YYYY* <br> 03/04/2020 | **1a. SUPERSEDES AWARD NOTICE dated** <br> except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**Department of Homeland Security**

**Department of Homeland Security**

**2. CFDA NO.**
97.108 - Cooperative Agreements

**3. ASSISTANCE TYPE** Cooperative Agreement

245 Murray Lane, SW
Mail Stop 0115
Washington, DC 20528

| | |
|---|---|
| **4. GRANT NO.** 20CWDSTC00008-01-00 <br> **Formerly** | **5. TYPE OF AWARD** <br> Other |
| **4a. FAIN** 20CWDSTC0000 | **5a. ACTION TYPE** New |

**NOTICE OF AWARD**

AUTHORIZATION (Legislation/Regulations)

Section 4(a)(12) of the Nuclear Forensics and Attribution Act, Public Law 111-140

| **6. PROJECT PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 03/04/2020 | Through | 10/30/2029 |
| **7. BUDGET PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| From | 03/04/2020 | Through | 10/30/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
Seattle Region Sustaining the Cities Program

| **9a. GRANTEE NAME AND ADDRESS** | **9b. GRANTEE PROJECT DIRECTOR** |
|---|---|
| SEATTLE, CITY OF <br> 610 5th Ave <br> Seattle, WA 98104-1900 | Stephen Hirjak <br> 610 Fifth Avenue <br> Seattle, WA 98124-4986 <br> Phone: 206-684-5753 |
| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
| Ms. Sheryl Jardine <br> 610 5TH AVE <br> P.O. Box 34986 <br> Seattle Police Department | Mr. Michael Simon <br> 1120 Vermont Ave. <br> DHS, CWMD <br> Washiongton, DC 20005 <br> Phone: (202) 254-7040 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation [ II ]

| | | |
|---|---|---|
| a. | Salaries and Wages | 820,832.00 |
| b. | Fringe Benefits | 283,514.00 |
| c. | Total Personnel Costs | 1,104,346.00 |
| d. | Equipment | 0.00 |
| e. | Supplies | 58,546.00 |
| f. | Travel | 109,515.00 |
| g. | Construction | 0.00 |
| h. | Other | 0.00 |
| i. | Contractual | 252,600.00 |
| j. | TOTAL DIRECT COSTS | 1,525,007.00 |
| k. | INDIRECT COSTS | 0.00 |
| l. | TOTAL APPROVED BUDGET | 1,525,007.00 |
| m. | Federal Share | 1,525,007.00 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 1,525,007.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| **d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 1,525,007.00 |
| **13. Total Federal Funds Awarded to Date for Project Period** | 1,525,007.00 |

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER (See REMARKS)

[ **b** ]

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached – [ X ] Yes [ ] No)

**GRANTS MANAGEMENT OFFICIAL:**

Lisa Johnson, Associate Director
7th and D Street SW
Washington DC , DC 20407
Phone: (202) 309-8010

| **17.OBJ CLASS** 4100 | **18a. VENDOR CODE** 916001275 | **18b. EIN** 916001275 | **19. DUNS** 130986214 | **20. CONG. DIST.** 07 |
|---|---|---|---|---|
| **FY-ACCOUNT NO.** | **DOCUMENT NO.** | **ADMINISTRATIVE CODE** | **AMT ACTION FIN ASST** | **APPROPRIATION** |
| 21. a. 091170910411 | b. CWDSTC00008A | c. STC | d. $1,525,007.00 | e. 091170910411 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

# AWARD ATTACHMENTS

Seattle Police Department                                                20CWDSTC00008-01-00

1. STC Award Letter SEA WA
2. STC Terms and Conditions SEA WA



**U.S. Department of Homeland Security**
Washington, DC 20528

March 4, 2020

Ms. Sheryl Jardine
Grants & Contracts Unit Manager
Seattle Police Department
610 Fifth Avenue, P.O. Box 34986
Seattle, WA 98124-4986

RE: Agreement No. 20CWDSTC00008-01-00

Dear Ms. Jardine:

Congratulations! I am pleased to inform you that the Department of Homeland Security (DHS) has approved your Securing the Cities application for a cooperative agreement award. Your application was awarded in the amount of $1,525,007.

As you are aware, the Grants and Financial Assistance Division utilizes the GrantSolutions system, which is an online grants management system. Grantees will be able to access their grant portfolio, submit applications, submit performance and financial status reports, access grant related correspondence, and request amendments. However, user accounts must be established by completing the form Grantee User Account Form from this link: https://www.grantsolutions.gov/support/registration.html. Accounts should be established for your Authorizing Official and Program Director, as well as any other users who require access and notifications of award activity. All Grantee User Account forms should be submitted directly to the GrantSolutions Help Desk at: help@grantsolutions.gov. We ask that all accounts for relevant staff be established no later than **Friday, March 20, 2020**.

In addition to GrantSolutions, GFAD uses the Department of Health and Human Services (DHHS), Payment Management System (PMS) for payment of funds under all awards. PMS is a full service central payment and cash management system which requires you to establish a user account. You are encouraged to immediately complete the required PMS access forms. Otherwise payments for any work performed under the grant program will not be processed until these forms are properly submitted to PMS, and an account has been established for your organization. Please note the following:

**If your organization has never received grant funds from the DHS Grants and Financial Assistance Division, you must complete the New User and Account Establishment process** directly on the PMS site. Additional information may be found at: https://pms.psc.gov/grant-recipients/access-newuser.html . When completing the



**Homeland Security**

**Bay Area Urban Areas Security Initiative**        Page | 2

SF1199A form, Section 2 should contain the following information: Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528-0115.

**If you have received grant funds through this DHS-HQ Grants office in the past**, you will not be required to submit these forms. However, please contact me to verify your account information prior to attempting to access funds.

Lastly and as a reminder, under the terms and conditions of this award, your organization must maintain an active System for Award Management (SAM) registration at https://www.sam.gov/portal/public/SAM/ The account must remain active until you send the final financial report or until you receive the final payment, whichever is later. If your organization's SAM registration expires during the required period, the Service will suspend payment under this [and all other service] awards to your organization until the registration is updated by your organization.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters - Program Officer, Mr. Michael Simon
           Email: Michael.Simon@HQ.DHS.GOV
           Phone: (202) 254-7040

Grant/Fiscal related matters - Grant Officer, Ms. Lisa Johnson
           Email: Lisa.Johnson1@HQ.DHS.GOV
           Phone: (202) 447-5094

Sincerely,

*Lisa Johnson*

Lisa Johnson
Associate Director
Grants and Financial Assistance Division
U.S. Department of Homeland Security, OPO

## COOPERATIVE AGREEMENT TERMS AND CONDITIONS
## GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)

In addition to the **DHS Standard Terms and Conditions** as outlined here: http://www.dhs.gov/publication/fy15-dhs-standard-terms-and-conditions, the following Terms and Conditions apply specifically to this award as administered by the Grants and Financial Assistance Division (GFAD):

### ARTICLE I.    GENERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. AWARD SPECIFIC TERMS AND CONDITIONS

1. Working drafts of the following documents are due to the DHS STC Federal Program Manager by the time period indicated after the validation date. The validation date will be set after award and will correspond with the region's emplacement of a local initial STC Program Manager. DHS expects work to commence on these documents early in the implementation process. Each document will indicate concurrence by all STC principal partners. DHS STC Program Office will provide templates and significant assistance in the production of these documents. Once finalized, each of the documents should be placed in a periodic review cycle to be updated as the program matures.

Regional Strategic Plan - six (6) months from validation date
Regional Organization Chart - six (6) months from validation date
Committee Charters (if applicable) - six (6) months from validation date
Regional Implementation Plan nine (9) months from validation date
Regional Operations Plan - twelve (12) months from validation date
Regional Multi-Year Training and Exercise Plan - twelve (12) months from validation date
Information Exchange Plan 0 eighteen (18)months from validation date
Life-Cycle Sustainment Plan - twenty-four (24) months from validation date

### B. DHS PROGRAMMATIC INVOLVEMENT

1. Work with recipients to identify the appropriate equipment for specific regional operations and procure identified equipment for the region. Primary screening equipment procured by DHS will become the property of the recipient. Secondary screening equipment will remain the property of the Federal government, loaned to the recipients for their use as long as they participate in the STC program, or until the equipment needs to be replaced. DHS will replace the equipment if doing so is in the Government's best interest, based upon the recipient's need, funds availability, and operational/logistical resources.

2. Assist in the establishment of Federal interagency partnerships, collaboration and cooperation for carrying out the project.

3. Provide training and training materials for participating jurisdictions and provide updates to eligible training courses, subject to the availability of funds.

4. Provide technical assistance to STC partners in developing regional operations plan.

## D. EQUIPMENT

1. Title to equipment acquired by the Recipient with Federal funds provided under this Award shall vest in the Recipient, subject to the conditions pertaining to equipment in the 2 CFR Part 200.

2. Prior to the purchase of Equipment in the amount of $5,000 or more per unit cost, the recipient must obtain the written approval from DHS.

3. For equipment purchased with Award funds having a $5,000 or more per unit cost, the Recipient shall submit an inventory that will include a description of the property; manufacturer model number, serial number or other identification number; the source of property; name on title; acquisition date; and cost of the unit; the address of use; operational condition of the property; and, disposition data, if applicable. This report will be due with the Final Progress Report ninety (90) days after the expiration of the Project Period, and shall be submitted via GrantSolutions using the using the help/Support guidance entitled, "Quicksheet: Add a Grant Note" guidance found here: https://www.grantsolutions.gov/support/granteeUsers.html

## E. FINANCIAL REPORTS

1. Quarterly Federal Financial Reports – the Recipient shall submit a Federal Financial Report (SF-425) into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date. Reports are due on Apr 30, Jul 30, Oct 30, and Jan 30. The report shall be submitted via www.GrantSolutions.gov using the Grant submission guidance entitled, "Grantee Reporting Process: Federal Financial Report" found here: https://www.grantsolutions.gov/support/granteeUsers.html

2. Final Federal Financial Report – the Recipient shall submit the final Federal Financial Report (SF-425) into the GrantSolutions system no later than ninety (90) days after the end of the Project Period end date. The report shall be submitted via www.GrantSolutions.gov using the Grant submission guidance entitled, "Grantee Reporting Process: Federal Financial Report" found here: https://www.grantsolutions.gov/support/granteeUsers.html

3. Quarterly Federal Financial Reports (Cash Transaction) – the Recipient shall submit the Federal Financial Report (SF-425) Cash Transaction Report to the Department of Health and Human Services, Payment Management System. Quarterly Cash Transaction reports shall be submitted no later than 1/30, 4/30, 7/30, and 10/30.

## F. PAYMENT

The Recipient shall be paid in advance using the U.S. Department of Health and Human Services/Payment Management System, provided it maintains or demonstrates the willingness and ability to maintain procedures to minimize the time elapsing between the transfer of the funds from the DHS and expenditure disbursement by the Recipient. When these requirements are not met, the Recipient will be required to be on a reimbursement for costs incurred method.

3. Subject to the availability of annual DHS appropriated funds.

## I. PRIOR APPROVAL REQUIRED

The Recipient shall not, without the prior written approval of the DHS, request reimbursement, incur costs or obligate funds for any purpose pertaining to the operation of the project, program, or activities prior to the approved Budget Period.

## ARTICLE II.    GENERAL TERMS AND CONDITIONS

### A. ACCESS TO RECORDS.

The Recipient shall retain financial records, supporting documents, statistical records, and all other records pertinent to this Award for a period of three years from the date of submission of the final expenditure report. The only exceptions to the aforementioned record retention requirements are the following:

1. If any litigation, dispute, or audit is started before the expiration of the 3-year period, the records shall be retained until all litigation, dispute or audit findings involving the records have been resolved and final action taken.

2. Records for real property and equipment acquired with Federal funds shall be retained for three (3) years after final disposition.

3. The DHS Grants Officer may direct the Recipient to transfer certain records to DHS custody when he or she determines that the records possess long term retention value. However, in order to avoid duplicate recordkeeping, the DHS Grants Officer may make arrangements for the Recipient to retain any records that are continuously needed for joint use.

DHS, the Inspector General, Comptroller General of the United States, or any of their duly authorized representatives, have the right of timely and unrestricted access to any books, documents, papers, or other records of the Recipient that are pertinent to this Award, in order to make audits, examinations, excerpts, transcripts and copies of such documents. This right also includes timely and reasonable access to Recipient's personnel for the purpose of interview and discussion related to such documents. The rights of access in this award term are not limited to the required retention period, but shall last as long as records are retained.

With respect to sub-recipients, DHS shall retain the right to conduct a financial review, require an audit, or otherwise ensure adequate accountability of organizations expending DHS funds. Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Access to Records).

### B. COMPLIANCE ASSURANCE PROGRAM OFFICE TERMS AND CONDITIONS

2. Requirements for Ongoing Treaty Compliance Review.  To ensure ongoing treaty compliance for approved biological and/or chemical defense-related efforts funded through this Award, **the Recipient must submit the following documentation for review and approval prior to any significant project change and/or whenever in the course of project execution an issue potentially raises a compliance concern:** an updated Treaty Compliance Form and an updated Statement of Work detailing the proposed modification. The proposed project modification must receive written approval from CAPO prior to initiation.  Examples of project modifications include – but are not limited to—the addition of agents, a change in performer, modifications to the scope of work, and changes to the technical approach.

The Recipient should contact the Treaty Compliance Office (TCO) at treatycompliance@hq.dhs.gov to obtain the TCF template, submit the completed Form, or request additional guidance regarding TCO documentation and review requirements, as applicable to (1) new biological and/or chemical defense-related efforts, or (2) modifications to previously approved efforts.  The TCO will review all submitted materials and provide written confirmation of approval to initiate work to the Recipient once the treaty compliance certification process is complete.  **The Recipient and any Recipient institution shall not initiate any new activities, or execute modifications to approved activities, until receipt of this written confirmation.**

## D. REGULATORY COMPLIANCE FOR BIOLOGICAL LABORATORY WORK

The Recipient and any Recipient institution shall conduct all biological laboratory work in compliance with applicable federal regulations; the latest edition of the CDC/NIH Biosafety in Microbiological and Biomedical Laboratories; DHS Directive 066-02, Biosafety; and any local institutional policies that may apply for Recipient institution facilities performing work under this Award.  The Regulatory Compliance Office (RCO) will review the submitted Treaty Compliance Form (TCF) for planned work under this Award to determine the applicability of the requirements outlined in this section. **The Recipient must contact the RCO at STregulatorycompliance@hq.dhs.gov for guidance on the requirements, and then submit all required documentation based on RCO guidance, prior to the initiation of any biological laboratory work under this Award.**

1. Requirements for All Biological Laboratory Work.  Biological laboratory work includes laboratory activities involving: (1) recombinant DNA or 'rDNA'; (2) Biological Select Agents and Toxins or 'BSAT'; or (3) biological agents, toxins, or other biological materials that are non-rDNA and non-BSAT. **Each Recipient and any Recipient institution to be conducting biological laboratory work under this Award must submit copies of the following documentation, as required by the RCO after review of the TCF(s), for review prior to the initiation of such work:**

   a. Research protocol(s), research or project plan(s), or other detailed description of the biological laboratory work to be conducted;
   b. Documentation of project-specific biosafety review for biological laboratory work subject to such review in accordance with institutional policy;
   c. Institutional or laboratory biosafety manual (may be a related plan or program manual) for each facility/laboratory to be involved in the biological laboratory work;

d. Documentation of the most recent annual BSAT facility inspection, as required of the Responsible Official under the Select Agent Regulations.

The Recipient should contact the CAPO at STregulatorycompliance@hq.dhs.gov to obtain the RCO Documentation Request Checklist, submit documentation, or request more information regarding the DHS RCO documentation and compliance review requirements.  The CAPO will provide written confirmation of receipt of all required documentation to the designated Point(s) of Contact.  The CAPO will evaluate the submitted materials, along with available documentation from any previous reviews for related work at the Recipient and Recipient institution.  Additional documentation may be required in some cases and must be submitted upon request.  The CAPO will review all submitted materials and provide written confirmation to the Recipient once all requirements have been met.

CAPO review of submitted materials may determine the need for further compliance review requirements, which may include documentation-based and on-site components.  The Recipient, and any Recipient institutions conducting biological laboratory work under this Award, must also comply with ongoing CAPO compliance assurance and review requirements, which may include but are not limited to initial and periodic documentation requests, program reviews, site visits, and facility inspections.

The Recipient must promptly report the following to the CAPO, along with any corrective actions taken: (1) any serious or continuing biosafety or BSAT program issues as identified by the APHIS/CDC National Select Agent Program, other compliance oversight authorities, or institutional-level reviews (e.g., IBC or equivalent, laboratory safety/biosafety inspections); (2) any suspension or revocation of the APHIS/CDC Certificate of Registration; and (3) any for-cause suspension or termination of biological, rDNA, or BSAT activities  at the laboratories/facilities where DHS-sponsored work is conducted.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to applicable DHS requirements for biological laboratory activities.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions (e.g., BMBL and NIH Guidelines).  The Recipient must provide CAPO documentation sufficient to illustrate this compliance. The CAPO will evaluate compliance measures for these institutions on a case-by-case basis.  The Recipient must not initiate work nor provide funds for the conduct of biological laboratory work under this Award without CAPO's formal written approval.

## E. RESEARCH INVOLVING ANIMALS

The Recipient, as well as any Recipient institution and partner institutions conducting animal research under this Award, shall also comply with ongoing CAPO compliance assurance functions, which may include but are not limited to periodic site visits, program reviews, and facility inspections.

2. Requirements for Ongoing Review of Research Involving Animals.  For ongoing animal research

The Recipient must promptly report the following to the CAPO, along with any corrective actions taken: (1) any serious or continuing noncompliance with animal care and use regulations and policies adopted by DHS (as referenced above); (2) any change in AAALAC accreditation status; (3) any USDA Notice of Violation; and (4) IACUC suspension of any animal research activity conducted under this Award.

Foreign Contractors/Collaborators and U.S. Institutions with Foreign Subcomponents.  Foreign organizations (including direct Contractors, Subcontractors, Grant Recipients, Sub-recipients, and subcomponents or collaborating partners to U.S. Recipients) are subject to all DHS requirements for work involving animals.  All entities involved in activities under this Award must comply with applicable national and regional/local regulations, and standards and guidelines equivalent to those described for U.S. institutions (e.g., Title 9, C.F.R, Chapter 1, Subchapter A; Public Health Service Policy on Humane Care and Use of Laboratory Animals; the Guide for the Care and Use of Laboratory Animals; and the Guide for the Care and Use of Agricultural Animals in Agricultural Research and Teaching).  The Recipient must provide CAPO documentation sufficient to illustrate this compliance.  The CAPO will evaluate compliance measures for these institutions on a case-by-case basis to determine their sufficiency.  The Recipient must not initiate nor provide funds for the conduct of work involving animals at foreign institutions under this Award without formal written approval from the CAPO.

## F. REGULATORY REQUIREMENTS FOR LIFE SCIENCES DUAL USE RESEARCH OF CONCERN (DURC)

The Recipient and any Recipient institutions shall conduct all research involving agents and toxins identified in sections III.1 and 6.2.1 of the USG Policy for Oversight of Dual Use Research of Concern and USG Policy for the Institutional Oversight of Dual Use Research of Concern, respectively, in accordance with both policies referenced above and in accordance with any additional requirements set forth in related DHS policies and instructions. Each Recipient and any Recipient institutions planning to perform

1. Requirements for Research Using DURC Agents and Toxins. To ensure compliance with the USG DURC Policies, each facility conducting research involving the agents and toxins identified in sections III.1 and 6.2.1 of the USG DURC Policies under this Award must submit the following documentation for compliance review by CAPO prior to the initiation of such activities.

a. Institutional Review Entity (IRE) charter, and/or other available documentation of IRE policies and procedures, to include the contact information for the Institutional Contact for DURC (ICDUR);

b. Institution's project-specific risk mitigation plan, as applicable;
c. DURC training or education program description;

The Recipient and any Recipient institutions shall conduct all Research Involving Human Subjects in compliance with the requirements set forth in 45 C.F.R. § 46, Subparts A-D, DHS Directive 026-04, Protection of Human Subjects, and any related DHS policies and instructions prior to initiating any work with human subjects under this Award. Each Recipient and any Recipient institutions planning to perform research involving human subjects under this Award must submit the documentation outlined in this section for CAPO review.

1. Requirements for Research Involving Human Subjects. Each facility conducting work involving human subjects under this Award is required to have a project-specific Certification of Compliance letter issued by the CAPO. Each Recipient must submit the following documentation to the CAPO for compliance review and certification prior to initiating research involving human subjects under this Award:

a. Research protocol, as approved by an Institutional Review Board (IRB), for any human subjects research work to be conducted under this Award;
b. IRB approval letter or notification of exemption (see additional information below on exemption determinations), for any human subjects research work to be conducted under this Award;

c. IRB-approved informed consent document(s) (templates) or IRB waiver of informed consent for projects involving human subjects research under this Award; and
d. Federal-wide Assurance (FWA) number from the HHS Office for Human Research Protections (OHRP), or documentation of other relevant assurance, for all Recipient institutions (including Sub-recipients) involved in human subjects research under this Award.

2. Exemptions for Research Involving Human Subjects. Exemption determinations for human subject research to be conducted under this Award should only be made by authorized representatives of (1) an OHRP-registered IRB, or equivalent, or (2) the CAPO. Exemption determinations made by an OHRP-registered IRB, or equivalent, should be submitted to the CAPO for review and record-keeping. Program managers, principal investigators, research staff, and other DHS or institutional personnel should not independently make exemption determinations in the absence of an IRB or CAPO review. DHS program managers (or institutions conducting human subjects' research under this Award) seeking an exemption determination from the CAPO should submit a request to STregulatorycompliance@hq.dhs.gov that includes the following:

a. Research protocol or detailed description of planned activities to be conducted under this Award.

b. Identification of the exemption category that applies to the project(s) to be conducted under this Award and explanation of why the proposed research meets the requirements for that category of

All documentation, as well as any questions or concerns regarding export controls, should be submitted to the CAPO at exportcontrols@hq.dhs.gov.

## I. CONTROLLED UNCLASSIFIED INFORMATION

The parties understand that information and materials provided pursuant to or resulting from this Award may be export controlled, sensitive, for official use only, or otherwise protected by law, executive order or regulation. The Recipient is responsible for compliance with all applicable laws and regulations. Nothing in this Award shall be construed to permit any disclosure in violation of those restrictions.

## J. PATENT RIGHTS AND DATA RIGHTS

Patent rights.

The Recipient is subject to applicable regulations governing patents and inventions, including government-wide regulations issued by the Department of Commerce at 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements." The clause at 37 CFR 401.14 is incorporated by reference herein. All reports of subject inventions made under this Award should be submitted to DHS using the Interagency Edison system website at http://@hq.dhs.gov.

Data rights.

1. General Requirements. The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, display, distribute copies, perform, disseminate, or prepare derivative works, and to authorize others to do so, for Government purposes in:
    a. Any data that is first produced under this Award and provided to the Government;
    b. Any data owned by third parties that is incorporated in data provided to the Government under this Award; or
    c. Any data requested in paragraph 2 below, if incorporated in the Award.
"Data" means recorded information, regardless of form or the media on which it may be recorded.

2. Additional requirement for this Award.
    a. Requirement: If the Government believes that it needs additional research data that was produced under this Award, the Government may request the research data and the Recipient agrees to provide the research data within a reasonable time.
    b. Applicability: The requirement in paragraph 2.a of this section applies to any research data that are:

    i. Produced under this Award, either as a Recipient or sub-recipient;
    ii. Used by the Government in developing an agency action that has the force and effect of law; and
    iii. Published, which occurs either when:

    1) The research data is published in a peer-reviewed scientific or technical journal; or

b. Disclaimer. "The views and conclusions contained in this document are those of the authors and should not be interpreted as necessarily representing the official policies, either expressed or implied, of the U.S. Department of Homeland Security."

Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Publications).

2. Enhancing Public Access to Publications. "DHS Policy explicitly recognizes and upholds the principles of copyright. Authors and journals can continue to assert copyright in DHS-funded scientific publications, in accordance with current practice. The policy encourages authors to exercise their right to give DHS a copy of their final manuscript or software before publication. While individual copyright arrangements can take many forms, DHS encourages investigators to sign agreements that specifically allow the manuscript or software to be deposited with DHS for public posting or use after journal publication. Institutions and investigators may wish to develop particular contract terms in consultation with their own legal counsel, as appropriate. But, as an example, the kind of language that an author or institution might add to a copyright agreement includes the following: "Journal (or Software recipient) acknowledges that the Author retains the right to provide a final copy of the final manuscript or software application to DHS upon acceptance for Journal publication or thereafter, for public access purposes through DHS's websites or for public archiving purposes."

## M. SITE VISITS

The DHS, through authorized representatives, has the right, at all reasonable times, to make site visits to review project accomplishments and management control systems and to provide such technical assistance as may be required. If any site visit is made by the DHS on the premises of the Recipient, or a contractor under this Award, the Recipient shall provide and shall require its contractors to provide all reasonable facilities and assistance for the safety and convenience of the Government representatives in the performance of their duties. All site visits and evaluations shall be performed in such a manner that will not unduly delay the work.

## N. TERMINATION

Either the Recipient or the DHS may terminate this Award by giving written notice to the other party at least thirty (30) calendar days prior to the effective date of the termination. All notices are to be transmitted to the DHS Grants Officer via registered or certified mail, return receipt requested. The Recipient's authority to incur new costs will be terminated upon arrival of the date of receipt of the letter or the date set forth in the notice. Any costs incurred up to the earlier of the date of the receipt of the notice or the date of termination set forth in the notice will be negotiated for final payment. Closeout of this Award will be commenced and processed pursuant to 2 CFR §200.339.

## O. TRAVEL

Travel required in the performance of the duties approved in this Award must comply with 2 CFR § 200.474.

| 31 CFR 205 | Rules and Procedures for Funds Transfers |
| 2 CFR Part 200 | Uniform Administrative Requirement, Cost Principles, and Audit Requirements for Federal Awards |
| Application | Grant Application and Assurances dated 11/25/2019 |

## R. ORDER OF PRECEDENCE

1. 2 C.F.R. Part 200, "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards."

2. The terms and conditions of this Award

3. The Funding Opportunity, DHS-ST-19-106-STC-0001, Securing the Cities Program

4. Application and Assurances dated 11/25/2019, as revised 1/30/2020

# Exhibit B

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated 10/20/2025 |
|---|---|
| 11/03/2025 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**Department of Homeland Security**

**DHS Grants and Financial Assistance Division (GFAD)**

6595 Springfield Center Dr
Springfield, VA 22150

**2. ASSISTANCE LISTING NUMBER**
97.106 - Securing the Cities Program

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO. 20CWDSTC00008-06-02 | 5. TYPE OF AWARD |
|---|---|
| **Formerly** | Other |
| 4a. FAIN 20CWDSTC00008 | 5a. ACTION TYPE Post Award Amendment |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| **From** | 03/04/2020 | **Through** | 10/30/2029 |
| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| **From** | 07/01/2025 | **Through** | 06/30/2026 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Homeland Security Act of 2002, Public Law 107-296, 6 U.S.C 596

**8. TITLE OF PROJECT (OR PROGRAM)**
Seattle Region Sustaining the Cities

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| Seattle Police Department | Stephen Hirjak |
| 610 5th Ave | 610 Fifth Avenue |
| Seattle, WA 98104-1900 | Seattle, WA 98124-4986 |
| | Phone: 206-684-5753 |

| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
|---|---|
| Ms. Melissa Cordeiro | Kristina Frierson |
| 610 5th Ave | 7th And D Street SW |
| Seattle Police Department | Washington, DC 20407-0001 |
| Seattle, WA 98104-1900 | Phone: 202-440-1703 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation **II**

| | | | |
|---|---|---|---|
| a. | Salaries and Wages | …………….....……… | 340,400.91 |
| b. | Fringe Benefits | …………….....……… | 98,732.87 |
| c. | Total Personnel Costs | ……..………… | 439,133.78 |
| d. | Equipment | ……………………….. | 0.00 |
| e. | Supplies | ……………………….. | 1,628,789.56 |
| f. | Travel | ……………………….. | 29,250.00 |
| g. | Construction | ……………………….. | 0.00 |
| h. | Other | ……………………….. | 0.00 |
| i. | Contractual | ………………….……… | 897,601.88 |
| j. | TOTAL DIRECT COSTS | ⟶ | 2,994,775.22 |
| k. | INDIRECT COSTS | | 0.00 |
| l. | **TOTAL APPROVED BUDGET** | | 2,994,775.22 |
| m. | Federal Share | | 2,994,775.22 |
| n. | Non-Federal Share | | 0.00 |

**12. AWARD COMPUTATION**

| | | |
|---|---|---|
| a. | Amount of Federal Financial Assistance (from item 11m) | 2,994,775.22 |
| b. | Less Unobligated Balance From Prior Budget Periods | 2,994,775.22 |
| c. | Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. | **AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | 0.00 |

**13. Total Federal Funds Awarded to Date for Project Period** 4,962,507.00

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 7 | | d. 10 | |
| b. 8 | | e. 11 | |
| c. 9 | | f. 12 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER *(See REMARKS)*

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ● Yes ○ No)

The purpose of this amendment is to rescind the updated Terms and Conditions issued via Amendment 1 on 10/20/2025 and re-issue the FY'24 DHS Standard Terms and Conditions as attached.

**GRANTS MANAGEMENT OFFICIAL:**

Diane Osterhus, Sr. Grants Policy Officer
6595 Springfield Center Dr
Springfield, VA 22150
Phone: (202)447-5606

| 17.OBJ CLASS 4100 | 18a. VENDOR CODE 916001275 | 18b. EIN 916001275 | 19a. UEI RGJ5CPK2YHK1 | 19b. DUNS 130986214 | 20. CONG. DIST. 07 |
|---|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | | APPROPRIATION |
| 21. a. O40570460411 | b. CWDSTC00008A | c. STC | d. $0.00 | | e. |
| 22. a. | b. | c. | d. | | e. |
| 23. a. | b. | c. | d. | | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 4 | DATE ISSUED 11/03/2025 |
|---|---|
| GRANT NO. 20CWDSTC00008-06-02 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 03/04/2020 | 03/31/2020 | Quarterly | 11/07/2020 |
| 07/01/2020 | 09/30/2020 | Quarterly | 11/07/2020 |
| 04/01/2020 | 06/30/2020 | Quarterly | 11/07/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/30/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 07/30/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 02/27/2030 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 4 | DATE ISSUED 11/03/2025 |
|---|---|
| GRANT NO. 20CWDSTC00008-06-02 | |

| Performance Progress Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 03/04/2020 | 03/31/2020 | Quarterly | 04/30/2020 |
| 04/01/2020 | 06/30/2020 | Quarterly | 07/30/2020 |
| 07/01/2020 | 09/30/2020 | Quarterly | 10/30/2020 |
| 10/01/2020 | 12/31/2020 | Quarterly | 01/30/2021 |
| 01/01/2021 | 03/31/2021 | Quarterly | 04/30/2021 |
| 04/01/2021 | 06/30/2021 | Quarterly | 07/30/2021 |
| 07/01/2021 | 09/30/2021 | Quarterly | 10/30/2021 |
| 10/01/2021 | 12/31/2021 | Quarterly | 01/30/2022 |
| 01/01/2022 | 03/31/2022 | Quarterly | 04/30/2022 |
| 04/01/2022 | 06/30/2022 | Quarterly | 07/16/2022 |
| 07/01/2022 | 09/30/2022 | Quarterly | 10/30/2022 |
| 10/01/2022 | 12/31/2022 | Quarterly | 01/30/2023 |
| 01/01/2023 | 03/31/2023 | Quarterly | 04/30/2023 |
| 04/01/2023 | 06/30/2023 | Quarterly | 07/30/2023 |
| 07/01/2023 | 09/30/2023 | Quarterly | 10/30/2023 |
| 10/01/2023 | 12/31/2023 | Quarterly | 01/30/2024 |
| 01/01/2024 | 03/31/2024 | Quarterly | 04/30/2024 |
| 04/01/2024 | 06/30/2024 | Quarterly | 07/30/2024 |
| 07/01/2024 | 09/30/2024 | Quarterly | 10/30/2024 |
| 10/01/2024 | 12/31/2024 | Quarterly | 01/30/2025 |
| 01/01/2025 | 03/31/2025 | Quarterly | 04/30/2025 |
| 04/01/2025 | 06/30/2025 | Quarterly | 08/12/2025 |
| 07/01/2025 | 09/30/2025 | Quarterly | 10/30/2025 |
| 10/01/2025 | 12/31/2025 | Quarterly | 01/30/2026 |
| 01/01/2026 | 03/31/2026 | Quarterly | 04/30/2026 |
| 04/01/2026 | 06/30/2026 | Quarterly | 07/30/2026 |
| 07/01/2026 | 09/30/2026 | Quarterly | 10/30/2026 |
| 10/01/2026 | 12/31/2026 | Quarterly | 01/30/2027 |
| 01/01/2027 | 03/31/2027 | Quarterly | 04/30/2027 |
| 04/01/2027 | 06/30/2027 | Quarterly | 07/30/2027 |
| 07/01/2027 | 09/30/2027 | Quarterly | 10/30/2027 |
| 10/01/2027 | 12/31/2027 | Quarterly | 01/30/2028 |
| 01/01/2028 | 03/31/2028 | Quarterly | 04/30/2028 |
| 04/01/2028 | 06/30/2028 | Quarterly | 07/30/2028 |
| 07/01/2028 | 09/30/2028 | Quarterly | 10/30/2028 |
| 10/01/2028 | 12/31/2028 | Quarterly | 01/30/2029 |
| 01/01/2029 | 03/31/2029 | Quarterly | 04/30/2029 |
| 04/01/2029 | 06/30/2029 | Quarterly | 07/30/2029 |
| 07/01/2029 | 09/30/2029 | Quarterly | 10/30/2029 |
| 10/01/2029 | 10/30/2029 | Final | 02/27/2030 |

3

| | PAGE 4 of 4 | DATE ISSUED |
|---|---|---|
| NOTICE OF AWARD (Continuation Sheet) | | 11/03/2025 |
| | GRANT NO. 20CWDSTC00008-06-02 | |

# AWARD ATTACHMENTS

Seattle Police Department                                      20CWDSTC00008-06-02

1. Award letter
2. T&Cs



**U.S. Department of Homeland Security**
Washington, DC 20528

November 3, 2025

Ms. Melissa Cordeiro
Acting Grants and Contracts Unit Manager
Seattle Police Department
610 Fifth Avenue
Seattle, WA 98124-4986

RE:  20CWDSTC00008

The Department of Homeland Security (DHS) has issued an amendment to the above-referenced award.

The purpose of this amendment is to **<u>rescind</u>** the updated Terms and Conditions issued via Amendment 1 on 10/20/2025 and re-issue the FY'24 DHS Standard Terms and Conditions as attached.

All other terms and conditions remain in effect.

If you have questions concerning this award, please contact the appropriate DHS official listed below.

Program/Technical matters:     Program Officer, Ki Harvey
                                ki.harvey@hq.dhs.gov
                                Desk: 202-893-7908
                                Cell:  202-961-8010

Grant/Fiscal related matters:     Grants Officer, Ms. Marsha Mathis
                                Email: marsha.mathis@hq.dhs.gov

Sincerely,

MARSHA D MATHIS    Digitally signed by MARSHA D MATHIS
                   Date: 2025.11.03 12:04:04 -05'00'

Marsha Mathis
Office of Procurement Operations
Office of the Chief Procurement Officer

## COOPERATIVE AGREEMENT TERMS AND CONDITIONS
## GRANTS AND FINANCIAL ASSISTANCE DIVISION (GFAD)

In addition to the DHS Standard Terms and Conditions as outlined here: DHS standard terms and conditions, the following Terms and Conditions apply specifically to this award as administered by the Grants and Financial Assistance Division (GFAD):

## ARTICLE I. FEDERAL ADMINISTRATIVE TERMS AND CONDITIONS

### A. AWARD SPECIFIC TERMS AND CONDITIONS AND/OR RESTRICTIONS

-This award does not include any award specific Terms and Conditions.

### B. PROGRAM SPECIFIC TERMS AND CONDITIONS

-Previously outlined program specific Terms and Conditions apply.

### C. DHS SUBSTANTIAL PROGRAMMATIC INVOLVEMENT

Previously outlined DHS programmatic involvement remains in effect.

## ARTICLE II. GENERAL TERMS AND CONDITIONS

### A. APPLICABILITY

1. General. The terms and conditions set forth in this document and elsewhere in the Federal Award package will apply to all budget periods for the Federal Award.

2. Post-Award Changes. DHS may revise terms and conditions in this document and other parts of the Federal Award package if it determines that there was an error in the package or otherwise determines that an administrative change must be made to the package. DHS will notify the Recipient in writing of the change and provide an updated Federal Award package document. Once notification occurs, any subsequent drawdown will indicate Recipient acceptance of the changes to the Federal Award.

3. Continuation Awards. If the Federal Award includes more than one budget period, DHS may revise the terms and conditions in this document or elsewhere in the award package when awarding continuation funding and approving an additional budget period. DHS will notify the Recipient of these changes and the Recipient, by applying for continuation award funding, agrees to comply with the revisions, should it receive a continuation award. These revisions would apply only to that budget period and future budget periods and would not apply retroactively to previous budget periods.

4. Applicability of DHS Standard Terms and Conditions to Tribes. The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to subrecipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist.

### B. AMENDMENTS AND REVISIONS

1. The Recipient is required to report deviations from the approved budget and request prior approvals from DHS for budget and program revisions for the Federal Award in accordance with 2 C.F.R. § 200.308. This Federal Award is a [construction/non-construction] award for the purposes of applying the prior approval

requirements. Scope or objective changes are generally not permitted unless authorized by law; Recipients should contact DHS with questions about changes to scope or objectives.

2. DHS does not waive any prior approval requirements pursuant to 2 C.F.R. § 200.308(e).

3. For non-construction work under awards where the Federal share is greater than the simplified acquisition threshold (currently $250,000), per 2 C.F.R. § 200.308(f), the Recipient must obtain prior written approval from DHS for transfers of funds among direct cost categories where the cumulative amount of such transfers exceeds or is expected to exceed 10 percent of the total approved budget.

4. The Recipient must obtain prior written approval from DHS for transfers of funds from direct costs to the indirect costs object class or vice versa.

5. The Recipient must obtain prior written approval from DHS before making any fund or budget transfers between construction and non-construction work.

## C. PRIOR APPROVAL REQUIRED

The Recipient shall not, without the prior written approval of the DHS, request reimbursement, incur costs or obligate funds for any purpose pertaining to the operation of the project, program, or activities prior to the approved Budget Period.

## D. PERIOD OF PERFORMANCE

A. Period of Performance

1. The Budget Period shall be for a period of 12 months. If applicable, the approval by DHS of subsequent budget periods under the federal award are subject to the availability of funds, program authority, satisfactory performance, compliance with the terms and conditions of the federal award, and a determination that a subsequent budget period is in the best interests of the federal government.

2. If applicable, The Recipient must request prior approval to carry over unobligated balances from one budget period to the following budget period.

B. Period of Performance Extension Request

1. Extensions to the Period of Performance can only be authorized in writing by the DHS Grants Officer.

2. The extension request shall be submitted to the DHS Grants Officer sixty (60) days prior to the expiration date of the performance period.

3. Requests for time extensions to the Period of Performance will be considered, but will not be granted automatically, and must be supported by adequate justification to be processed. The justification is a written explanation of the reason(s) for the delay; an outline of remaining resources/funds available to support the extended Period of Performance; and a description of performance measures necessary to complete the project. Extension requests shall not be processed without up- to-date performance and financial status reports and adequate justification.

4. DHS has no obligation to provide additional resources/funding due to an extension.

## E. CLOSEOUT REPORTING PERIOD

Per 2 C.F.R. § 200.344(a), the Recipient has 120 calendar days after the end of the period of performance to submit all final financial, performance, and other reports required by the terms and conditions of this award.

## F. LIQUIDATION PERIOD

Per 2 C.F.R. § 200.344(b), the Recipient has 120 calendar days after the end of the period of performance to liquidate all obligations incurred under this award.

## G. FINANCIAL REPORTS

1. Quarterly Federal Financial Reports – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant Solutions system no later than thirty (30) days after the end of the budget period end date. Reports are due on January 30th, April 30th, July 30th and October 30th. The report shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

2. Final Federal Financial Report – The Recipient shall submit a Federal Financial Report (SF-425) into the Grant- Solutions system no later than 120 days after the end of the Project Period end date. The report

   shall be submitted via Grant Solutions using the guidance found here: Grant Solutions Federal Financial Report

## H. PERFORMANCE REPORTS

1. Quarterly  Performance Reports – The Recipient shall submit performance reports into the GrantSolutions system no later than thirty (30) days after the end of the reporting period end date.  Reports are due on  January 30th, April 30th, July 30th and October 30th. The report shall be submitted via www.GrantSolutions.gov using the guidance found here: Grant Solutions Performance Progress Report.

2. Performance Report Content (non-construction):

   The performance reports must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

   ◆ Description relating financial data and accomplishments to performance goals and objectives of the Federal Award.
   ◆ A comparison of actual accomplishments to the objectives of the Federal Award established for the reporting period.
   ◆ If applicable, the reasons why established goals were not met.
   ◆ Analysis and explanation of cost overruns or high unit costs.
   ◆ Any additional pertinent information as determined by the program.

   3. Performance Report Content (construction):

      The performance report must contain the following information. If the Recipient considers any of the following information to be proprietary, the Recipient must identify the beginning that information with ****Begin Proprietary Information**** and the end of the information with ****End Proprietary Information****.

   ● Certified completion of construction data.
   ● Any additional pertinent information as determined by the program.

Final Performance Report – the Recipient shall submit the Final Performance Report into the GrantSolutions system no later than 120 days after the expiration of the Project Period. The Final Performance Report shall be submitted using   the guidance found here:  **Grant Solutions Performance Progress Report**.

## I. PAYMENT

A. Federal Payment

1. Payments - General

   DHS makes funds available for drawdown by the Recipient in the U.S. Department of Health and Human Services Payment Management System ("PMS"). The Recipient will submit payment requests under the Federal Award through PMS and PMS will deposit payments through electronic funds transfer to the Recipient's bank.

2. Payment Method

   DHS will pay the Recipient in advance pursuant to 2 C.F.R. § 200.305(b)(1). Under this method, the Recipient's payment requests submitted to PMS must be limited to the minimum amounts needed and be timed in accordance with its actual, immediate cash requirements in carrying out the scope of work under

the Federal Award. The timing and amount of advance payments must be as close as is administratively feasible to the Recipient's actual disbursements for direct costs and proportionate share of indirect costs and must not be held for more than three business days before the funds are disbursed. The Recipient must disburse any funds available from program income, rebates, refunds, contract settlements, audit recoveries, and interest earned on such funds before requesting additional cash payments. When these requirements are not met, the Recipient will be required to be on a reimbursement for costs incurred method.

3. Property Interest

The Recipient and any subrecipients have no property interest in the funds made available by DHS in the Recipient's PMS account. At any time during or after the period of performance of the Federal Award, DHS may adjust the amounts available in Recipient's PMS account due to amendments to the Federal Award, partial or full terminations, closeouts, or other reasons.

## J. INDIRECT COSTS

2 C.F.R. § 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by DHS and included in the award file.

## K. TANGIBLE PERSONAL PROPERTY (EQUIPMENT)

1. The Recipient must provide a property report for all equipment acquired under the Federal Award with a current per unit fair market value of $10,000 or more when it submits the final performance report for the Federal Award. The Recipient will submit the property report using the Standard Form (SF)-428 (Tangible Personal Property Report). The SF-428 must include an attached document providing the description of the property, a serial number or other identification number, the source of funding for the property (including the Federal Award Identification Number (FAIN)), who holds title, the acquisition date, and cost of the property, percentage of federal participation in the project costs for the Federal Award under which the property was acquired, the location, use and condition of the property, and any ultimate disposition data including the date of disposal and sale price of the property.
2. DHS reserves the right to direct the Recipient to transfer title to the equipment to the Federal Government or to an eligible third party. If DHS informs the Recipient that it will exercise this right, then the Recipient —when submitting the final property report in paragraph D.2—will also submit a SF-428-B (Final Report) requesting disposition instructions.
3. If DHS does not exercise the right to direct the Recipient to transfer title to the equipment to the Federal Government or an eligible third party, the Recipient must request disposition instructions from DHS when original or replacement equipment acquired under the Federal award is no longer needed for the original project or program or for other activities currently or previously supported by a Federal awarding agency. The Recipient will submit a disposition request using the SF-428 (Tangible Personal Property Report) and SF-428-C (Disposition Request/Report).

## L. ACCESS TO AND RETENTION OF RECORDS.

DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives have the right of access to any documents, papers, or other records of the Recipient and subrecipients as well as their contractors and subcontractors pertaining to the Federal Award to make audits, examinations, excerpts, and transcripts. The right also includes timely and reasonable access to the personnel of the Recipient, any subrecipients, contractors of the Recipient or subrecipient, and subcontractors to those contractors.

The Recipient must include in any prime contract the requirement for the prime contractor to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, and any of their authorized representatives and must require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to records to DHS, Inspectors General, the Comptroller General of the United States, require the subrecipient to place this requirement in all prime contracts, and require the subrecipient to require a prime contractor to include this requirement in all subcontracts.

The Recipient and subrecipients as well as their contractors and subcontractors shall retain financial records, supporting documents, statistical records, and all other records pertinent to this Award for a period of three years from the date of submission of the final expenditure report.

## M. ENVIRONMENTAL PLANNING AND HISTORIC PRESERVATION REVIEW (EHP)

DHS funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the DHS EHP review process. This review does not address all federal, state, and local requirements.

Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws.

DHS is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS grant funds, through its EHP review process, as mandated by: the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. General guidance for DHS's EHP process is available at DHS Compliance with the National Environmental Policy Act | Homeland Security. Specific applicant guidance on how to submit information for EHP review depends on the individual grant program and applicants should contact their Grants Officer to be put into contact with EHP staff responsible for assisting their specific grant program. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies.

If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archaeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS.

## N. COMPLIANCE WITH U.S. EXPORT CONTROLS

Activities performed by the Recipient and any Recipient institution under this Award may or may not be subject to U.S. export control regulations. The Recipient and any Recipient institution shall conduct all such activities, to include any and all DHS-funded research and development, acquisitions, and collaborations in full compliance with all U.S. export controls—to include but not limited to the Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), and the Office of Foreign Assets Control (OFAC) Regulations. The Recipient and any Recipient institution will ensure that all legal requirements for compliance with U.S. export controls are met prior to transferring commodities, technologies, technical data, or other controlled information to a non-U.S. person or entity.

## O. PATENT RIGHTS AND DATA RIGHTS

Patent rights

The Recipient is subject to applicable regulations governing patents and inventions, including government-wide regulations, 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements."

Invention Disclosure and Related Requirements

The clause at 37 CFR 401.14, "Standard Patent Rights Clauses," is incorporated by reference herein. 37 CFR 401.14(c)(1) requires the disclosure of each subject invention to the Federal Agency within two months after the inventor discloses it in writing to contractor personnel responsible for patent matters. Under 35 U.S.C. 201(d), an invention means any invention or discovery which is or may be patentable or otherwise protectable under Title 35 of the U.S. Code, or any novel variety of plant which is or may be protectable under the Plant Variety Protection Act. Invention disclosure statements shall be made by creating an invention record using the Interagency Edison system website at: http://www.iedison.gov .

Rights to Copyrighted Work

The Recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under the award. The Recipient grants the Government a royalty free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work for Federal purposes, and to authorize others to do so.

Data rights

1. General Requirements:

The Government has the right to:

a. Obtain, reproduce, publish, or otherwise use the data produced under a Federal award; and

b. Authorize others to receive, reproduce, publish, or otherwise use such data for Federal purposes.

Data means recorded information, regardless of form or the media on which it may be recorded.

2. <u>Additional requirements for this Award</u>.

a. Requirement: If the Government believes that it needs additional research data that was produced under this     Award, the Government may request the research data and the Recipient agrees to provide the research data within a reasonable time.

b. Applicability: The requirement in paragraph 2.a of this section applies to any research data that are:

1. Produced under this Award, either as a Recipient or sub-recipient;
2. Published, which occurs either when:

a. The research data is published in a peer-reviewed scientific or technical journal; or

b. DHS publicly and officially cites the research data in support of an agency action that has the force and effect of law.

3. <u>Requirements for sub-awards</u>: The Recipient agrees to include in any sub-award made under this Agreement the requirements of this award term (Patent Rights and Data Rights) and the DHS Standard Terms and Conditions award term (Copyright).

## P. SITE VISITS

DHS, Inspectors General, the Comptroller General of the United States, or any of their authorized representatives may make site visits as warranted by Program needs to the Recipient and subrecipients as well as their contractors and subcontractors pursuant to 2 C.F.R. § 200.329(f). The Recipient must include in any prime contract the requirement for the prime contractor to provide access to DHS for site visits and require the prime contractor to place this same requirement in all subcontracts. The Recipient must also include in any subaward the requirement for the subrecipient to provide access to DHS for site visits, requirement for the subrecipient to place this requirement in all prime contracts, and requirement for the subrecipient to require a prime contractor to include this requirement in all subcontracts.

## Q. TRAVEL

The Recipient must obtain prior written DHS approval before using Federal Award funding for foreign travel of the Recipient, subrecipient, or their contractors or subcontractors. A request for approval must identify the traveler, purpose of the travel, destination(s), duration of travel, and estimated travel costs. The Recipient must submit any foreign travel request at least 60 days before the travel commences.

## R. PUBLICATIONS

1. The Recipient may not publish or make publicly available articles and other documents produced under or as a result of the Federal Award that contain CUI, export-controlled information, and/or sensitive information designated by DHS without express written authorization from DHS. For articles and other documents produced under or as a result of the Federal Award that do not contain CUI, export-controlled information, or sensitive information, the Recipient may publish these articles and other documents and/or make them publicly available in journals, books, trade publications, websites, or other media. The rights of DHS in any articles or documents are set forth in 2 C.F.R. § 200.315.

2. The Recipient must include the following marking on any article or similar document produced under or as a result of the Federal Award:

"This document is based upon work supported by the U.S. Department of Homeland Security under ***[insert Grant/Cooperative Agreement number]***. The views and conclusions expressed in this document

are those of the authors and do not necessarily represent the views of the U.S. Department of Homeland Security or the United States."

## S. TERMINATION PROVISIONS

1. <u>General</u>. The regulations at 2 C.F.R. §§ 200.340-343 set forth the administrative requirements concerning the termination of federal awards. Termination means the ending of a federal award, in whole or in part, at any time before the planned end of the period of performance. As required by 2 C.F.R. § 200.340(b), the purpose of this term and condition is to specify termination provisions applicable to the federal award in addition to those set forth in the regulations.

2. <u>Termination by DHS</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may unilaterally terminate the federal award in whole or part if the Recipient fails to comply with the terms and conditions of the federal award and when, to the greatest extent authorized by law, the federal award no longer effectuates the program goals or agency priorities. When terminating a federal award, the DHS will promptly notify the Recipient in writing via email of the termination that will set forth the reasons for the termination and the effective date of the termination. A Recipient may object and provide written information and documentation challenging the termination electronically via email to DHS within 30 days of receiving the termination notice. The termination notice may provide additional procedures for submitting an objection to the termination.

3. <u>Termination with Consent</u>. The regulation at 2 C.F.R. § 200.340(a) provides that DHS may terminate the federal award in whole or in part with the consent of the Recipient. In that case, DHS will work with the Recipient to identify mutually agreed upon termination conditions including the effective date, and, in the case of partial termination, the portion to be terminated. DHS will provide to the Recipient for concurrence a draft termination notice setting forth the agreed upon termination conditions and, following the Recipient's written concurrence, DHS will issue the final termination notice.

4. <u>Termination by Recipient</u>. The regulation at 2 C.F.R. § 200.340(a) provides that the Recipient may unilaterally terminate the federal award in whole or in part by sending DHS written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if DHS determines in the case of partial termination that the reduced or modified portion of the federal award will not accomplish the purposes for which DHS made the federal award, DHS will provide written notice to the Recipient of the possibility that DHS will terminate the entire federal award and provide the Recipient with the opportunity to withdraw its partial termination request. If the Recipient does not withdraw its request for partial termination within 30 days of receiving the written notice, DHS will initiate procedures to terminate the entire federal award for cause following the procedures in paragraph I.B.2.

5. <u>Costs Incurred After Termination</u>. The regulation at 2 C.F.R. § 200.343 provides that the cost to the Recipient resulting from financial obligations incurred by the Recipient after termination are not allowable unless the federal awarding agency expressly authorizes them in the notice of termination or subsequently authorizes them. This general prohibition does not apply where costs result from financial obligations properly incurred by the Recipient before the termination and are not in anticipation of termination and those costs would otherwise be allowable if the federal award has expired normally at the end of the period of performance. The regulation at 2 C.F.R. § 200.472 sets forth the potentially allowable costs following termination. The allowability of these costs is the same for all types of terminations and do not vary whether DHS unilaterally terminates a federal award, DHS terminates a federal award with consent, or the Recipient unilaterally terminates the federal award. The Recipient should contact DHS in cases where it seeks authorization of costs incurred following the termination of a federal award.

## T. MONETARY DAMAGES

Monetary damages are not available to the Recipient in the event of a breach of the grant or cooperative agreement by DHS, such that the United States Court of Federal Claims does not have jurisdiction to render judgment upon any claim against the United States arising under the grant or cooperative agreement under 28 U.S.C. § 1491(a).

## U. STANDARD OF REVIEW

The scope of any judicial review for a DHS actions, findings, and conclusions under this cooperative agreement is limited to the standard of review under the Administrative Procedures Act, 5 U.S.C. § 706.

## V. GOVERNING PROVISIONS

The following are incorporated into this Award by this reference:

| | |
|---|---|
| 31 C.F.R.205 | Rules and Procedures for Funds Transfers |
| 2 CFR Part 200 | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards |
| Application | Grant Application and Assurances dated 6/20/2025 as revised 6/20/2025 |

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

The Fiscal Year (FY) 2024 Department of Homeland Security (DHS) Standard Terms and Conditions apply to all new federal awards of federal financial assistance (federal awards) for which the federal award date occurs in FY 2024 and flow down to subrecipients unless a term or condition specifically indicates otherwise. For federal awards that may involve continuation awards made in subsequent FYs, these FY 2024 DHS Standard Terms and Conditions will apply to the continuation award unless otherwise specified in the terms and conditions of the continuation award. The United States has the right to seek judicial enforcement of these terms and conditions.

All legislation and digital resources are referenced with no digital links. These FY 2024 DHS Standard Terms and Conditions are maintained on the DHS website at https://www.dhs.gov/publication/fy15-dhs- standard-terms-and-conditions.

**A. Assurances, Administrative Requirements, Cost Principles, Representations, and Certifications**

   I.   Recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non- Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the federal awarding agency.

**B. General Acknowledgements and Assurances Recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards in effect as of the federal award date and located at 2 C.F.R. Part 200 and adopted by DHS at 2 C.F.R. § 3002.10.**

All recipients and subrecipients must acknowledge and agree to provide DHS access to records, accounts, documents, information, facilities, and staff pursuant to 2 C.F.R. § 200.337.

   I.   Recipients must cooperate with any DHS compliance reviews or compliance investigations.

   II.  Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities and personnel.

   III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports.

   IV.  Recipients must comply with all other special reporting, data collection, and evaluation requirements required by law, federal regulation, Notice of Funding Opportunity, federal award specific terms and conditions, and/or federal awarding agency program guidance.

   V.   Recipients must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receiving the Notice of Award for the first award under which this term applies. Recipients of multiple federal awards from DHS should only submit one completed tool for their organization, not per federal award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active federal award, not every time a federal award is made. Recipients must submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in these DHS Standard Terms and

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool. DHS Civil Rights Evaluation Tool | Homeland Security

The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension to the 30-day deadline if the recipient identifies steps and a timeline for completing the tool. Recipients must request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline.

## C. Standard Terms & Conditions

### I. Acknowledgement of Federal Funding from DHS

Recipients must acknowledge their use of federal award funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal award funds.

### II. Activities Conducted Abroad

Recipients must coordinate with appropriate government authorities when performing project activities outside the United States obtain all appropriate licenses, permits, or approvals.

### III. Age Discrimination Act of 1975

Recipients must comply with the requirements of the Age Discrimination Act of 1975, Pub. L. No. 94-135 (codified as amended at 42 U.S.C. § 6101 *et seq.*), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance.

### IV. Americans with Disabilities Act of 1990

Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. No. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities.

### V. Best Practices for Collection and Use of Personally Identifiable Information

Recipients who collect personally identifiable information (PII) as part of carrying out the scope of work under a federal award are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively.

### VI. Civil Rights Act of 1964 – Title VI

Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964, Pub. L. No. 88-352 (codified as amended at 42 U.S.C. § 2000d *et seq.*), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 7.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

VII.     Civil Rights Act of 1968

Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. No. 90-284 (codified as amended at 42 U.S.C. § 3601 *et seq*.)  which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection. therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex, as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100.  The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units—i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

VIII.    Copyright

Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 to any work first produced under federal awards and also include an acknowledgement that the work was produced under a federal award (including the federal award number and federal awarding agency). As detailed in 2 C.F.R. § 200.315, a federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable right to reproduce, publish, or otherwise use the work for federal purposes and to authorize others to do so.

IX.      Debarment and Suspension

Recipients must comply with the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689 set forth at 2 C.F.R. Part 180 as implemented by DHS at 2 C.F.R. Part 3000.  These regulations prohibit recipients from entering into covered transactions (such as subawards and contracts) with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

X.       Drug-Free Workplace Regulations

Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106).

XI.      Duplicative Costs

Recipients are prohibited from charging any cost to this federal award that will be included as a cost or used to meet cost sharing or matching requirements of any other federal award in either the current or a prior budget period. (See 2 C.F.R. § 200.403(f)).  However, recipients may shift costs that are allowable under two or more federal awards where otherwise permitted by federal statutes, regulations, or the federal financial assistance award terms and conditions.

XII.     Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX

Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. No. 92-318 (codified as amended at 20 U.S.C. § 1681 *et seq*.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance.  DHS implementing regulations are codified at 6 C.F.R. Part 17. Recipients of an award from the Federal Emergency Management Agency (FEMA) must also comply with FEMA's implementing regulations at 44 C.F.R. Part 19.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XIII.  <u>E.O. 14074 – Advancing Effective, Accountable Policing and Criminal Justice Practices to Enhance Public Trust and Public Safety</u>

Recipient State, Tribal, local, or territorial law enforcement agencies must comply with the requirements of section 12(c) of E.O. 14074. Recipient State, Tribal, local, or territorial law enforcement agencies are also encouraged to adopt and enforce policies consistent with E.O. 14074 to support safe and effective policing.

XIV.  <u>Energy Policy and Conservation Act</u>

Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. No. 94-163 (1975) (codified as amended at 42 U.S.C. § 6201 *et seq*.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act.

XV.  <u>False Claims Act and Program Fraud Civil Remedies</u>

Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§ 3729-3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government.  (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.)

XVI.  <u>Federal Debt Status</u>

All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.)

XVII.  <u>Federal Leadership on Reducing Text Messaging while Driving</u>

Recipients are encouraged to adopt and enforce policies that ban text messaging while driving recipient-owned, recipient-rented, or privately owned vehicles when on official government business or when performing any work for or on behalf of the Federal Government.  Recipients are also encouraged to conduct the initiatives of the type described in Section 3(a) of E.O. 13513.

XVIII.  <u>Fly America Act of 1974</u>

Recipients must comply with Preference for U.S. Flag Air Carriers (a list of certified air carriers can be found at: Certificated Air Carriers List | US Department of Transportation, https://www.transportation.gov/policy/aviation-policy/certificated-air-carriers-list)for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942.

XIX.  <u>Hotel and Motel Fire Safety Act of 1990</u>

Recipients must ensure that all conference, meeting, convention, or training space funded entirely or in part by federal award funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a.

XX.  <u>John S. McCain National Defense Authorization Act of Fiscal Year 2019</u>

Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. The statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XXI.  Limited English Proficiency (Civil Rights Act of 1964, Title VI)

Recipients must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d *et seq.*) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance-published-help-department-supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov.

XXII.  Lobbying Prohibitions

Recipients must comply with 31 U.S.C. § 1352 and 6 C.F.R. Part 9, which provide that none of the funds provided under a federal award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. Per 6 C.F.R. Part 9, recipients must file a lobbying certification form as described in Appendix A to 6 C.F.R. Part 9 or available on Grants.gov as the Grants.gov Lobbying Form and file a lobbying disclosure form as described in Appendix B to 6 C.F.R. Part 9 or available on Grants.gov as the Disclosure of Lobbying Activities (SF-LLL).

XXIII.  National Environmental Policy Act

Recipients must comply with the requirements of the National Environmental Policy Act of 1969,  Pub. L. No. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 *et seq.*) (NEPA) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans.

XXIV.  Nondiscrimination in Matters Pertaining to Faith-Based Organizations

It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs.

XXV.  Non-Supplanting Requirement

Recipients of federal awards under programs that prohibit supplanting by law must ensure that federal funds supplement but do not supplant non-federal funds that, in the absence of such federal funds, would otherwise have been made available for the same purpose.

XXVI.  Notice of Funding Opportunity Requirements

All the instructions, guidance, limitations, scope of work, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this federal award are incorporated by reference.  All recipients must comply with any such requirements set forth in the NOFO. If a condition of the NOFO is inconsistent with these terms and conditions and any such terms of the Award, the condition in the NOFO shall be invalid to the extent of the inconsistency. The remainder of that condition and all other conditions set forth in the NOFO shall remain in effect.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XXVII. <u>Patents and Intellectual Property Rights</u>

Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 *et seq*. and applicable regulations governing inventions and patents, including the regulations issued by the Department of Commerce at 37 C.F.R. Part 401 (Rights to Inventions Made by Nonprofit Organizations and Small Business Firms under Government Awards, Contracts, and Cooperative Agreements) and the standard patent rights clause set forth at 37 C.F.R. § 401.14.

XXVIII. <u>Procurement of Recovered Materials</u>

States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. No. 89-272 (1965) (codified as amended by the Resource Conservation and Recovery Act at 42 U.S.C. § 6962) and 2 C.F.R. § 200.323. The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

XXIX. <u>Rehabilitation Act of 1973</u>

Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. No. 93-112 (codified as amended at 29 U.S.C. § 794), which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

XXX. <u>Reporting of Matters Related to Recipient Integrity and Performance</u>

If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of the federal award, then the recipient must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated by reference.

XXXI. <u>Reporting Subawards and Executive Compensation</u>

For federal awards that equal or exceed $30,000, recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation set forth at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated by reference.

XXXII. <u>Required Use of American Iron, Steel, Manufactured Products, and Construction Materials</u>

Recipients of an award of Federal financial assistance from a program for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless:

(1) all iron and steel used in the project are produced in the United States—this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States;

(2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and

DHS Standard Terms & Conditions: FY 2024 *Version 3*

April 4, 2024

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

(3)  all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States.

The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project.  As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project.  Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project but are not an integral part of the structure or permanently affixed to the infrastructure project.

*Waivers*

When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements.  The agency should notify the recipient for information on the process for requesting a waiver from these requirements.

(a)  When the Federal agency has determined that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that:

(1)  applying the domestic content procurement preference would be inconsistent with the public interest;

(2)  the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or

(3)  the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent.

A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request.  Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the Made in America Office.

There may be instances where an award qualifies, in whole or in part, for an existing waiver described at "Buy America" Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov.

*Definitions*

The definitions applicable to this term are set forth at 2 C.F.R. § 184.3, the full text of which is incorporated by reference.

XXXIII. SAFECOM

Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. The SAFECOM Guidance is updated annually and can be found at Funding and Sustainment | CISA.

# FY 2024 DHS STANDARD TERMS AND CONDITIONS

XXXIV. <u>Terrorist Financing</u>

Recipients must comply with E.O. 13224 and applicable statutory prohibitions on transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible for ensuring compliance with the E.O. and laws.

XXXV. <u>Trafficking Victims Protection Act of 2000 (TVPA)</u>

Recipients must comply with the requirements of the government-wide financial assistance award term which implements Trafficking Victims Protection Act of 2000, Pub. L. No. 106-386, § 106 (codified as amended at 22 U.S.C. § 7104). The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated by reference.

XXXVI. <u>Universal Identifier and System of Award Management</u>

Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated reference.

XXXVII. <u>USA PATRIOT Act of 2001</u>

Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c.

XXXVIII. <u>Use of DHS Seal, Logo and Flags</u>

Recipients must obtain written permission from DHS prior to using the DHS seals, logos, crests, or reproductions of flags, or likenesses of DHS agency officials. This includes use of DHS component (e.g., FEMA, CISA, etc.) seals, logos, crests, or reproductions of flags, or likenesses of component officials.

XXXIX. <u>Whistleblower Protection Act</u>

Recipients must comply with the statutory requirements for whistleblower protections at 10 U.S.C § 470141 U.S.C. § 4712.

# Exhibit C

| | |
|---|---|
| **From:** | Osterhus, Diane |
| **To:** | Elliott, James |
| **Cc:** | Yin, Tai; Harvey, Ki; Osterhus, Diane |
| **Subject:** | RE: Seattle STC - purchase request |
| **Date:** | Friday, March 21, 2025 8:22:05 AM |

**CAUTION: External Email**

Hello James,

Your request has been approved.

Kind Regards,,


**Diane J. Osterhus**

Program Analyst

Office of Procurement Operations

Office of the Chief Procurement Officer

U.S. Department of Homeland Security

T: 202-768-8211

---

**From:** Elliott, James <James.Elliott@seattle.gov>
**Sent:** Wednesday, March 19, 2025 12:11 PM
**To:** Osterhus, Diane <diane.osterhus@HQ.DHS.GOV>; Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** Yin, Tai <Tai.Yin@seattle.gov>
**Subject:** Seattle STC - purchase request

<span style="color:white;background:green">This email is from an external US Government agency.</span>

Ms. Osterhaus and Mr. Harvey – Good afternoon.  On behalf of the Seattle STC PMO, the Seattle PD requests approval to expend Budgeted STC Cooperative Agreement Equipment Funds on the purchase of 1,000 new Thermo RadEye PRD4 personal radiation detectors for general issue to Seattle area STC program members.

Per the attached quote, the PRD4 units are $1101.60 per unit, which includes the carry holster, for a total of $1,101,600. Shipping and sales tax will be an additional charge.

These items will be issued out to those agencies that have completed Primary Screening training with the remainder to be held in Seattle PD inventory pending completion of training.

If you have any questions, please don't hesitate to contact me at your convenience.


James Elliott

Program Manager
Securing the Cities Grant
206-886-5585

# Exhibit D

U.S. Department of Homeland Security
Washington, DC 20528



June 12, 2025

RE: **FY 25 STC Cooperative Agreement Continuation Funding**

Dear Recipient,

The Department of Homeland Security invites you to submit an application for the FY'25 Securing the Cities Program (STC).  Please see the attached application guidance and submit your application via GrantSolutions **no later than June 20, 2025 at 11:59 p.m. Eastern Standard Time.**

**For FY'25, your award authorization will consist of carryover funding ONLY**.  After accounting for any payments that remain pending due to the recent funding pause in the Payment Management System, please assess your current unobligated balance and submit a budget for your FY'25 STC activity based on the remaining available funds.  As you assess your current unobligated balance, please ensure your internal financial records align with the information in the PMS subaccount for this award.

**Application submission**:
Your non-competing continuation application kit can be found in GrantSolutions.gov.  If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov  prior to the submission deadline.

Please also refer to the "Director STC Program Memo/email dated May 14, 2025."   This memo remains in effect for the upcoming budget period and no R/N Detection Equipment maybe purchased after that date and until the pause is lifted, therefore **no funds should be budgeted in the Equipment Category.**

If you need further information regarding the administrative components of your application, please contact your Grants Officer.  For information relating to the content of your application, please contact your Program Officer.



# Countering Weapons of Mass Destruction (CWMD)

# Securing the Cities Cooperative Agreements

# FY'25 GUIDANCE FOR PREPARING A NON-COMPETING CONTINUATION APPLICATION

# Application Due: Friday, June 20, 2025

This non-competing continuation assistance is subject to the availability of funds and the awardee's compliance with requirements of the financial assistance agreement.

1

GUIDANCE FOR PREPARING CONTINUATION APPLICATION

Table of Contents

PART ONE: GENERAL INSTRUCTIONS                                    3

PART TWO: APPLICATION SUBMISSION                                 4

PART THREE: APPLICATION CONTENT                                  5

PART FOUR:  REQUESTING CARRYOVER

PART FIVE:  APPLICATION REVIEW                                   7

PART SIX:   CONTACT AND RESOURCE INFORMATION                     7

GRANT SOLUTIONS BUDGET INSTRUCTIONS                              8

**GUIDANCE FOR PREPARING CONTINUATION APPLICATION**

**PART ONE: GENERAL INSTRUCTIONS**

Eligibility

These instructions are applicable to existing grantees and provide guidance on the preparation and submission of a continuation grant application.

Purpose

The purpose of a continuation grant application is to:

- Report on the progress of the project during the current budget year.

- Provide a work plan (inclusive of program and evaluation activities) for the next phase.

- Provide a detailed budget and budget narrative justification for the next phase.

Each section of the application should justify and support the other sections.

The Guidance for Preparing a Continuation Grant Application prescribes the content, information, and data requirements for continuation grant applications. This guidance should be used in conjunction with the Notice of Funding Opportunity (NOFO) under which the competing grant application was funded and any other application materials provided by the Grants and Financial Assistance Division (GFAD) or posted at GrantsSolutions.gov in the application kit. The NOFO provides information and guidance for grantees for the entire project period.

The continuation application will be reviewed by the DHS Project and Grants Officers. The application must provide detailed information on the progress in accomplishing goals and objectives during Phase I; a detailed work plan that outlines the goals, objectives, and activities for continuation; and a detailed budget and budget justification for continuation. If your continuation application includes a carryover request, a separate detailed budget and budget justification should be provided for the total amount requested in carryover funds.

3

**PART TWO: CONTINUATION APPLICATION PREPARATION AND SUBMISSION**

Application Submission

GFAD provides grantees with the ability to submit non-competing continuation applications electronically via GrantSolutions.gov. Applicants will receive notification from GrantSolutions.gov via email confirmation receipt. Hard copy application submissions are not accepted by GFAD.

Any applications submitted via any means other than electronic communication, including facsimile or electronic mail, will not be accepted for review. Grantees are encouraged to initiate electronic applications early in the application development process, and to submit early on or before the due date. This will aid in addressing any problems with submission prior to the application deadline.

Your continuation application kit can be found in GrantSolutions.gov. If you encounter any difficulties submitting your non-competing continuation grant application through GrantSolutions.gov, please contact the GrantSolutions helpdesk at (866) 577-0771 or help@grantsolutions.gov prior to the submission deadline. If you need further information regarding the application process, please contact your Grants Officer. For programmatic information, please contact your Program Officer.

**Electronic Submissions via the GrantSolutions System**

Electronic applications submitted via the GrantSolutions system must contain all completed online forms required by the application kit, the Project Narrative, Budget Information and any supplemental attachments. Applications must be received by **11:59 p.m. Eastern Standard Time of the due date specified on the cover page of this guidance**.

Continuation grant applications will not be considered valid until all electronic application components are received by GFAD according to the deadlines specified above. Upon completion of a successful electronic application submission, the GrantSolutions system will provide the grantee with a confirmation page indicating the date and time (Eastern Standard Time) of the electronic application submission. This confirmation page will also provide a listing of all items that constitute the final application submission including all electronic application components.

As items are received by GFAD, the electronic non- competing application status will be updated to reflect receipt of the items. It is recommended that the grantee monitor the status of their application in GrantSolutions to ensure all items are received.

4

**PART THREE: CONTINUATION APPLICATION CONTENT**

The Continuation grant application should include the required grants management forms, a table of contents, project narrative that includes both a progress report for Phase I and a work plan for continuation, detailed budget narrative and budget justification for Continuation, and any additional materials in the appendices. The contents of the application should be properly labeled and numbered. Contents should be complete and written in 12-point font.

I.      **REQUIRED FORMS AND OTHER REQUIRED INFORMATION**
    Table 1 below lists the required forms and other information that must be submitted within this section of the non-competing application.

**Table 1**

| Form | Required for Non-Competing Continuation Grant Applications | Source of Form |
|---|---|---|
| SF-424, Application for Federal Assistance | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| SF-424A, Budget Information Non-Construction Program | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| SF-424B, Assurances Non-Construction Program | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| Research & Related Budget | ✓ | Upload |
| SF-LLL, Disclosure of Lobbying Activities | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |
| Project Abstract Summary | ✓ | Non-competing continuation application kit at www.grantsolutions.gov |

Additional information and forms may be required to complete your continuation application and will be outlined in the GrantSolutions application kit and any appendices included with these instructions.

**This assistance is subject to funds availability and awardee's compliance with requirements of the financial assistance agreement.**

5

**PART FOUR:  REQUESTING CARRYOVER**

Your carryover request and the supporting documentation needed for analysis may be forwarded with the continuation package.  Please make the documents and attachment and label carryover.

The scope of the request should be limited to the approved goals of the project.  The request can only refer to immediate needs in the current year to justify the need for the carryover.  It is not acceptable to indicate the funds will be needed for future budget periods. The major point is how the funds will be used in the NEXT budget period.

The request should present the implications for the project if the request is not approved.

1. The request must be reasonable, allowable, and necessary.
2. Include specific details on how the project will benefit by the unobligated funds.
3. If the request generates a recurring cost need in future years, the request must also detail how the future year costs will be supported in subsequent budget years.

Requests should include the following information:
- Plan for expenditures, including a description of activities to be carried out during the carryover period, and how the activities relate to the aims of the project.
- Amount of funds to be carried over, and detailed budget justification
- Amount requested should be in line with unobligated balance recorded on your FFR.  Reminder:  Carryover is explicitly for unobligated funds.

When preparing a justification for a carryover request, answer the following questions:
1. Why were the funds not spent in the past year?
2. Are costs reasonable, allowable, necessary and in line with the existing scope of work? Are there new costs that were previously unforeseen?

6

**PART FIVE: APPLICATION REVIEW**

Continuation grant applications will be reviewed by the DHS Project and Grants Officers. In addition to evaluating programmatic progress and workplans, DHS staff will evaluate the risks to the program posed by each applicant, including conducting due diligence to ensure an applicant's ability to manage federal funds. This evaluation is in addition to the evaluation of the applicant's eligibility and the quality of its application on the basis of the Selection Criteria, and results from this evaluation will inform funding decisions. If DHS determines that an award will be made, special conditions that correspond to the degree of risk assessed may be applied to the award.

In evaluating risks, DHS may consider the following:
- Financial stability
- Quality of management systems and ability to meet the management standards prescribed in applicable OMB Guidance
- Applicant's record in managing previous DHS awards, cooperative agreements, or procurement awards, including:

1. Timeliness of compliance with applicable reporting requirements
2. Accuracy of data reported
3. Conformance to the terms and conditions of previous federal awards
4. If applicable, the extent to which any previously awarded amounts will be expended prior to future awards
5. Information available through OMB-designated repositories of government- wide eligibility qualification or financial integrity information, such as: Federal Awardee Performance and Integrity Information System (FAPIIS), Duns and SAM
6. Reports and findings from single audits performed under Subpart F – Audit Requirements, 2 C.F.R. Part 200 and findings and reports of any other available audits
7. Applicant organization's annual report
8. Publicly available information, including information from the applicant organization's website
9. Applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on award recipients.

**PART FIVE: CONTACT AND RESOURCE INFORMATION**

| | |
|---|---|
| DHS Grants Officer: | Diane Osterhus<br>Grants and Financial Assistance Division<br>diane.osterhus@hq.dhs.gov |
| DHS Program Officer: | Ki Harvey<br>Countering Weapons of Mass Destruction<br>ki.harvey@hq.dhs.gov |

7

Grant Solutions Budget Instructions

These instructions detail how to apply for the FY carryover funding.

As part of your Non-Competing Continuation (NCC) Application Kit, you are required to complete the SF-424 (Application for Federal Assistance) and SF-424A (Budget Information Non- Construction Programs) as online forms in the GrantSolutions system.

| Online Forms | Enclosure(s) | Attachment(s) | Status |
|---|---|---|---|
| SF-424 Application for Federal Assistance Version 2 | View Online Print Completed | N/A | ✓ |
| SF-424A Budget Information - Non-Construction | View Online Print Completed | N/A | ✓ |
| SF-424B Assurances - Non-Construction | View Online Print Completed | N/A | ✓ |

## I.   Preparation of the Online SF-424 Form

When completing the SF-424 online form, ensure that Line 18A is *inclusive* of total requested carryover funding for the budget period

**18. Estimated Funding ($)**

| | |
|---|---|
| a. Federal * | 7,447,265.00 |
| b. Applicant * | 0.00 |
| c. State * | 0.00 |
| d. Local * | 0.00 |
| e. Other * | 0.00 |
| f. Program Income * | 0.00 |
| g. TOTAL | 7,447,265.00 |

8

**II.** Preparation of the Online SF-424A Form

When completing the SF-424A online form, the GrantSolutions system allows you to consolidate your request and reflect the amounts requested for each budget activity (i.e., NCC budget request, Carryover Request, and/or Supplement Request) on the same online form.  Please ensure that the total requested on your SF-424A budget form matches the amount listed in Line 18A of the SF-424 online application form.  **NOTE: Failure to include the same amounts will require a revision.**

**For FY'25, your budget request will consist of carryover funding only.**

Exhibit 1: Section A Budget Summary

424A Instructions

**Section A Budget Summary**

| | Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds — Federal (c) | Estimated Unobligated Funds — Non Federal (d) | New or Revised Budget — Federal (e) | New or Revised Budget — Non Federal (f) | Total (g) |
|---|---|---|---|---|---|---|---|
| 1. | 2020 NCC Budget Request | 97.061 - Cooperative Agreem | $ 0.00 | $ 0.00 | $ 3,600,000.00 | $ 0.00 | $3,600,000.00 |
| 2. | 2019 Carryover Request | 97.061 - Cooperative Agreem | $ 3,732,265.00 | $ 0.00 | $ 3,732,265.00 | $ 0.00 | $3,732,265.00 |
| 3. | Supplement Request | 97.061 - Cooperative Agreem | $ 0.00 | $ 0.00 | $ 115,000.00 | $ 0.00 | $115,000.00 |
| 4. | | Please select a CFDA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |
| 5. | TOTALS (sum of lines 1-4) | | $3,732,265.00 | $0.00 | $7,447,265.00 | $0.00 | $7,447,265.00 |

**Section A, <span style="color:red">Line 1</span>**
- In field (a), enter a unique activity name (ex: 2024 Carryover Request).
- In field (b), select the correct CFDA Number,  97.106.
- In field (c), enter the total Carryover requested amount.
- In field (e), enter the total Carryover request amount
  (**amounts in fields c & e must match**).

After completing Section A, move to Section B Budget Categories.

Exhibit 2: Section B Budget Categories

▾ Section B Budget Categories

**6. Object Class Categories**

**GRANT PROGRAM, FUNCTION OR ACTIVITY**

| | (1) 2020 NCC Budget Request | (2) 2019 Carryover Request | (3) Supplement Request | (4) | Total (5) |
|---|---|---|---|---|---|
| (a) Personnel | $ 947,579.00 | $ 419,161.00 | $ 0.00 | $ 0.00 | $1,366,740.00 |
| (b) Fringe Benefits | $ 213,796.00 | $ 148,147.00 | $ 0.00 | $ 0.00 | $361,943.00 |
| (c) Travel | $ 64,321.00 | $ 279,341.00 | $ 0.00 | $ 0.00 | $343,662.00 |
| (d) Equipment | $ 7,286.00 | $ 34,129.00 | $ 0.00 | $ 0.00 | $41,415.00 |
| (e) Supplies | $ 24,100.00 | $ 46,677.00 | $ 0.00 | $ 0.00 | $70,777.00 |
| (f) Contractual | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |
| (g) Construction | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |
| (h) Other | $ 1,493,963.00 | $ 2,167,970.00 | $ 100,375.00 | $ 0.00 | $3,762,308.00 |
| (i) Total Direct Charges (sum of 6a - 6h) | $2,751,045.00 | $3,095,425.00 | $100,375.00 | $0.00 | $5,946,845.00 |
| (j) Indirect Charges | $ 848,955.00 | $ 636,840.00 | $ 14,625.00 | $ 0.00 | $1,500,420.00 |
| (k) Totals (sum of 6i and 6j) | $3,600,000.00 | $3,732,265.00 | $115,000.00 | $0.00 | **$7,447,265.00** |
| **7. Program Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $0.00 |

## Section B:
- **In Column 1**, enter Carryover requested budget allocations. The total field must equal the total amount shown in Section A, Line 1, Column G.

10