## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

City of Chicago, et al.

|                                          |                  |
|------------------------------------------|------------------|
|                                          | Plaintiff,       |
| v.                                       | Case No.:        |
|                                          | 1:25−cv−05462    |
|                                          | Honorable John J. Tharp Jr. |

United States Department of Homeland Security, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' motion for partial summary judgment [55] is taken under advisement. The plaintiffs' response is due 7/17/2026; the defendants' reply is due 8/7/2026. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.