UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHCAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 25 C 5462 <br><br> Judge Tharp |

### UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Defendants, through undersigned counsel, move to modify the summary judgment briefing schedule, and in support state as follows:

1.     This matter involves plaintiffs' challenges to defendants' administration of the Securing the Cities counterterrorism program, which seeks to prevent nuclear and other terrorist attacks in urban areas.  Dkt. # 10.

2.     Pursuant to the parties' proposed scheduling order, this court entered the following briefing schedule on June 3, 2026: (1) plaintiffs file  a motion for summary judgment by *June 15, 2026*; (2) defendants file a combined response to plaintiffs' motion and cross motion for summary judgment by *July 27, 2026*; (3) plaintiffs file a response to defendants' cross motion for summary judgment and reply in support of plaintiffs' motion for summary judgment by *August 17, 2026*; and (4) defendants file a reply in support of their cross motion for summary judgment by *September 7, 2026*.  Dk. # 53.

3.     Plaintiffs filed their motion for summary judgment on June 15, 2026, consistent with the schedule.  However, defendants will need additional time to file their response and cross motion for summary judgment because the undersigned attorney is retiring on the week of July 27,

2026 and given the press of other deadlines has been unable to complete defendants' brief. Therefore, this matter will need to be reassigned to another attorney in the office.

4.      Undersigned counsel therefore requests the court modify the current briefing schedule and extend the deadlines 30 days as follows:

    a.   defendants file their opposition to plaintiffs' motion and cross motion for summary judgment by *August 26, 2026*;

    b.   plaintiffs file their reply in support and opposition to defendants' cross motion for summary judgment by *September 16, 2026;* and

    c.   defendants file a reply in support of their cross motion for summary judgment by *October 7, 2026.*

5.      Plaintiffs do not object to this motion.

WHEREFORE, defendants request the court to modify scheduling as set forth above.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
    PATRICK JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov