## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

City of Chicago, et al.

                                             Plaintiff,

v.

United States Department of Homeland Security, et al.

                                             Defendant.

Case No.:
1:25−cv−05462

Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' unopposed motion to amend scheduling order [59] for plaintiffs' motion for summary judgment [55] is granted. The summary judgment briefing schedule previously set by the court [53] is amended as follows. Defendants' opposition to plaintiffs' motion and cross−motion for summary judgment is due August 26, 2026; plaintiffs' reply in support and opposition to defendants' cross−motion for summary judgment is due September 16, 2026; defendants' reply in support of their cross motion for summary judgment is due October 7, 2026. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.