UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CITY OF CHICAGO, CITY OF BOSTON,            )
CITY AND COUNTY OF DENVER, CITY             )
AND COUNTY OF SAN FRANCISCO, and            )
CITY OF SEATTLE,                            )
                                            )
                    Plaintiffs,             )
                                            )
         v.                                 )   No. 25-cv-05462
                                            )
UNITED STATES DEPARTMENT OF                 )   Hon. John J. Tharp, Jr.
HOMELAND SECURITY and                       )
MARKWAYNE MULLIN, in his official           )
capacity as Secretary of the Department of  )
Homeland Security,                          )
                                            )
                    Defendants.

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Patrick Johnson is no longer assigned to this case and should be terminated from the case, and that the undersigned Assistant United States Attorney has been designated in place of that previously designated attorney. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading, and it does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Michael T. Morrell
    MICHAEL T. MORRELL
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6206
    michael.morrell@usdoj.gov

1