UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITYAND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 25 C 5462 |
| UNITED STATES DEPARTMENT OFHOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, | ) | Judge Tharp |
| Defendants. | ) | |

**DEFENDANTS' SECOND UNOPPOSED**
**<u>MOTION TO MODIFY SCHEDULING ORDER</u>**

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move to modify the summary judgment briefing schedule, and in support state as follows:

1. This matter involves plaintiffs' challenges to defendants' administration of the Securing the Cities counterterrorism program, which seeks to prevent nuclear and other terrorist attacks in urban areas. Dkt. 10.

2. Defendants previously moved to modify the summary judgment briefing schedule because the then-assigned Assistant United States Attorney was retiring and the matter would need to be reassigned. Dkt. 59.

3. This matter was reassigned to the undersigned attorney. The undersigned attorney began working with the United States Attorney's Office on August 10, 2026, and because of IT-related issues, did not have access to Westlaw or LexisNexis until August 14, 2026.

4. Undersigned counsel therefore requests the court modify the current briefing schedule and extend the deadlines by one week as follows:

a. Defendants file their opposition to plaintiffs' motion and cross motion for summary judgment by *September 2, 2026*;

b. Plaintiffs file their reply in support and opposition to defendants' cross motion for summary judgment by *September 23, 2026*; and

c. Defendants file a reply in support of their cross motion for summary judgment by *October 14, 2026*.

5. Plaintiffs kindly do not oppose this request.

WHEREFORE, defendants request the court to modify scheduling as set forth above.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Michael T. Morrell
MICHAEL T. MORRELL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6206
michael.morrell@usdoj.gov