**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

City of Chicago, et al.

Plaintiff,

v.

Case No.: 1:25−cv−05462
Honorable John J. Tharp Jr.

United States Department of Homeland Security, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 20, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The defendants' second unopposed motion to modify scheduled order [62] is granted. The briefing schedule is modified as follows. Defendants must file their opposition to plaintiffs'; motion and cross motion for summary judgment by September 2, 2026; plaintiffs must file their reply in support and opposition to defendants' cross motion for summary judgment by September 23, 2026; defendants must file a reply in support of their cross motion for summary judgment by October 14, 2026. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.