IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, CITY OF BOSTON,CITY AND COUNTY OF DENVER, CITYAND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | ) | No. 25 C 5462<br><br>Judge Tharp |

**DECLARATION**

1. I, Brian Kuleski, Director of the STC and Mobile Detection Deployment Programs, declare the following to be true and correct to the best of my knowledge.

2. On May 12, 2025, I was appointed Director of Securing the Cities (STC) and Mobile Detection Deployment Programs (MDDP). I had previously served as Director of MDDP since 2015. My professional background includes service as a Florida State Police Officer starting in 2002, where I was trained to operate radiological and nuclear (R/N) detection equipment under the Florida's preventive R/N detection protocol and concept of operations starting in 2007. Before my federal service, I also supported the DHS Domestic Nuclear Detection Office (DNDO) as a contractor. The MDDP provides chemical, biological, radiological, and nuclear (CBRN) detection equipment, personnel, and technical support to federal, state, local, tribal, and territorial (FSLTT) partners. This support is utilized for daily patrol operations, National Special Security Events

(NSSEs), DHS Special Event Assessment Rating (SEAR) events, and other significant occasions. An MDDP unit may also be deployed to augment a partner's detection capabilities upon request.

3. The CWMD Office terminated in 2026, and the STC program has been transferred to the Federal Emergency Management Agency (FEMA). Ex. A-1, A-2.

4. The DHS DNDO initiated the STC program in fiscal year 2007 as a pilot in the New York/Newark region. The program was later authorized by the Countering Weapons of Mass Destruction Act of 2018, 6 U.S.C. § 596b. The statute requires the CWMD Office "to enhance the ability of the United States to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or other radiological materials that pose a high risk to homeland security in high-risk urban areas (HRUAs)." 6 U.S.C. § 596b(a).

**Cooperative Agreements with STC Regions**

5. By statutory design, the STC program uses cooperative agreements, rather than grants, as the federal assistance, funding mechanism. Beginning in FY 2020, the CWMD Office established a new series of 10-year cooperative agreements with the regions, funded in one-year budget increments. Each region must apply annually to receive the next increment of funding. For example, Chicago's agreement was awarded on July 27, 2021, for a performance period through August 31, 2030. ECF No. 56-3 at 110.

6. Each STC region has a lead agency, which is responsible for local program management and building detection and reporting capabilities, beginning at the city center of an HRUA and expanding outward. The lead agency can procure detection equipment through a centralized procurement system established by the STC national project management office (PMO) or directly contract with vendors for equipment suitable and approved by the STC national PMO, for local conditions. Ex. C at 6; Ex. I-1 at 8-9; Ex. N-1 at 9-12. The lead agency is also

responsible for developing and submitting required operational plans and other reports, including quarterly performance reports with expenditure information to the STC national PMO, as required by the cooperative agreement. ECF No. 56-3 at 84-85.

7. The STC national PMO provides programmatic and financial oversight, technical assistance, and subject matter expertise in a five-phase program implementation. Specifically, the STC national PMO helps the 13 STC regions (covering 14 HRUAs) design detection architectures, develop operational capabilities to detect and report R/N materials out of regulatory control, integrate with FSLTT operations and national technical reach-back, and facilitate alarm adjudication, among other activities. Ex. C at 3-5, 9; ECF No. 56-4 at 68, 84-85, 115-116.

8. STC regions may use their federal assistance funds to procure detection and communication equipment with approval from the STC national PMO, conduct training and exercises, and cover administrative program costs, such as regional program personnel salary and fringe benefits. ECF No. 56-3 at 101-102. To ensure proper integration and interoperability between FSLTT and regional detection and reporting capabilities, the STC national PMO acquires, approves, tracks, and monitors any purchases of R/N detection equipment, as well as any personnel hired by the lead agencies for the STC program. Ex. C at 10-11. ECF No. 56-3 at 92-93.

**<u>Securing the Cities Program Management Review</u>**

9. Upon my appointment as the Division Director for STC and MDDP on May 12, 2025, I began a national-level program management review, which included the following review criteria:

i. Reviewing STC statutory authority.
ii. Reviewing STC program funding and financial drawdowns by each STC region.
iii. Reviewing the current administration's and the DHS policies, as well as CWMD directives.
iv. Revising status updates for each STC region.
v. Monitoring and collecting feedback from weekly regional management offices.

vi. Receiving briefings on the DHS Payment Management System and the process for drawdown approval.
vii. Reviewing current financial obligations.
viii. Implementing previously-identified improvements to ensure STC program activities align with statutory requirements.
ix. Consideration centralized procurement of all radiological and nuclear detection equipment.

10. I also reviewed the program's budget. I determined that the program faced significant budget constraints, as programmatic demands grew while funding remained flat.

| Fiscal Year | Appropriations |
|---|---|
| 2018 | $21M |
| 2019 | $30M |
| 2020 | $24M |
| 2021 | $24M |
| 2022 | $30M |
| 2023 | $34M |
| 2024 | $34M |
| 2025 | $34M |
| 2026 | $34M (The CWMD Office terminated on 1 May 2026) |

11. Spending grew in part because of the program's prior leadership. In FY 2024, despite the impending termination of the CWMD Office, its prior leadership encouraged STC regions to expand geographically despite being very early in implementation of their own programs. Ex. C at 8. This approach prompted several regions to spend funds more quickly on purchasing detection equipment, often without the accompanying training, operator competency, maturation of program administration, and threat and risk assessments to valid the expansion.

12. The Government Accountability Office (GAO) reported that "officials from some regions told us their concerns about a lack of guidance and criteria from CWMD on how, when, and where to expand their programs. Officials from one region expressed reservations about program expansion without a framework or clear set of expectations from CWMD. Officials from some regions indicated that they would need additional resources to support and sustain a larger footprint." Ex. D at 15-16. Because of unclear and inconsistent guidance from successive

leadership of the CWMD Office, the historical spending rates reported by the regions, and unclear regional expansion plans, I concluded that continued expansion and equipment purchases would create an unsustainable strain on the office's resources. Ex. F-7 at 6-7 (equipment forecasts for initial procurement on slide 6 and equipment forecasts for expansion on slide 7).

13. Additionally, recent equipment purchases were made without conducting threat and capability assessments to establish baseline requirements regarding the amount and types of detection capabilities needed. For example, one regional office requested CWMD Office approval to procure spectroscopic personal R/N detectors, which are more expensive, more complex to use, and require additional training compared to standard equipment. Ex. D at 17-18.

14. Take Chicago as an example. As a part of each region's implementation, the CWMD Office established baseline levels of equipment and training for each region to meet. Chicago has purchased equipment sufficient to get it to 70% of its baseline requirement, but it only has trained staff at 51% of its baseline requirement. Ex. F-1 at 1. In effect, this means Chicago has purchased equipment through the STC program without having the trained personnel required to use the equipment. Ex. C at 32.

15. STC regions were also purchasing equipment for specialized events rather than for steady-state operations, contrary to the goals of the STC program.

16. Further compounding the federal budget constraint was the impending termination of the CWMD Office. Ex. B1-B3. Despite the termination clause in the CWMD Act, Congress authorized the CWMD Office to continue operating through a series of appropriations acts. Ex. B-2 at 4, Ex. B-3 at 8. In 2025, the U.S. Senate and House of Representatives included proposals to terminate the CWMD Office and transfer STC functions and appropriations to either the Cybersecurity and Infrastructure Security Agency or the Federal Emergency Management Agency

(FEMA). Because the proposed Senate and House annual appropriations acts contained conflicting language, there was significant uncertainty regarding STC's available appropriations and the period of availability for those funds. Additionally, because the CWMD Act terminated the CWMD Office, which was statutorily mandated to administer the STC program, it was uncertain whether FEMA or CISA would have authority to commit or obligate STC appropriations.[1]

17. On May 14, 2025, in light of these budgetary constraints and in order to establish the baseline requirements that each regional office needed, I paused all new purchases of R/N detection equipment, such as personal radiation detectors, radiation detection backpacks, radiation isotope identification devices, and mobile detection systems. However, the STC national PMO continued to provide the following to the lead agencies:

i. One-for-one replacement of R/N detection equipment that has reached the end of its life cycle or is broken beyond repair;
ii. Purchase of R/N detection equipment monitoring services (e.g., DTECT)
iii. Purchases of support supplies for existing R/N detection equipment; and
iv. Maintenance and sustainment of existing R/N detection equipment.

18. As an example, the STC national PMO replaced a significant amount of equipment that had reached end of life for the New York/New Jersey STC regional program. Ex. E. The STC national PMO also approved a contract for new detectors for Chicago and Boston. Ex. F-1, Ex. K, Ex. L. Similarly, the STC national PMO procured 50 new personal radiation detection devices for Seattle. Ex. H. The STC national PMO continues to fund regions' program administration including salaries and fringe benefits for local program management offices, backfill and overtime for personnel to attend training and exercises, equipment repairs, equipment warranties, equipment

[1] *See* Ex. B-2 at 83, where the joint explanatory statement accompanying the House Appropriations Committee's DHS annual appropriations act, dated June 26, 2025, proposed transferring STC functions and appropriations to FEMA. *See also* Ex. B-3 at 8. The joint explanatory statement accompanying the draft Senate Appropriations Committee's DHS annual appropriations act, dated December 9, 2025, proposed transferring STC functions and appropriations to CISA.

accessories and office supplies and consumables. Ex. F-2 to F-6, Ex. G-1; Ex. G-4; Ex. H; Ex. I-1; Ex. I-4; Ex. J-; Ex. J-4; Ex. K; Ex. L; Ex. M-1, Ex. M-4; Ex. N-1; Ex. N-4.

The STC Program Continued to Promote Public Safety During the Pause

19. To ensure sustained R/N detection capabilities across the 13 STC regions, the CWMD Office can deploy mobile detection deployment units (MDDUs) to temporarily augment the regions' detection and reporting efforts at the requests of local jurisdictions. An MDDU consists of CBRN detection operators and a mobile vehicle outfitted with an extensive suite of R/N detection equipment and communication capabilities. Technical support staff are deployed with the MDDU to provide detection devices and just-in-time training to local personnel on the use of equipment and to integrate these capabilities into planned counterterrorism operations. MDDUs can readily integrate into the STC regions' existing operations when requested by STC partners.

20. In 2025, the CWMD Office deployed MDDUs under the MDDP to support more than 132 operations in 43 states and territories at the request of FSLTT partners.

21. From October 2025 through July 2026, the MDDP did not receive support requests from the Denver STC office; however, MDDP successfully mobilized to support requested missions in Colorado Springs for the Air Force Academy graduation and the Bolder Boulder 10K in Boulder, Colorado.

22. From October 2025 through July 2026, the MDDP supported Chicago Fire Department, the STC Chicago lead agency, for three out of six requests. Three requests were not fulfilled due to two federal government shutdowns and one instance of a personnel shortage. The MDDP was not an exempt activity that the CWMD Office could carry out without appropriations. MDDP did not receive requests from other stakeholders in Chicago.

23. During the same time period, MDDP supported the Boston Police Department, the STC Boston Lead Agency, across six operations. Although a federal government shutdown occurred from February 14 to April 30, 2026, the Department's CBRN detection activities remained active under mission exemptions for NSSE and SEAR events. This exemption allowed MDDP to mobilize and support the Boston Police Department for the Boston Marathon during the funding lapse.

24. In the San Francisco Bay Area, the MDDP supported nine of 13 requested operations from October 2025 through July 2026; the remaining four were canceled due to two federal government shutdowns. The MDDP routinely coordinates with the San Francisco Bay Area STC program to support a diverse group of partners.

25. The MDDP supported Seattle Fire Department, Seattle's lead agency, for seven operations since FY 2025.

<u>Current Status of the Equipment Pause</u>

26. The program management review that I initiated upon my appointment was placed on hold during the partial DHS shutdown that began on February 14, 2026. Congress eventually terminated the CWMD Office permanently and transferred the FY 2026 STC appropriations and functions to FEMA through the enactment of the Department of Homeland Security Appropriations Act, 2026, on April 30, 2026. Ex. A-1 at 26, A-2 at 13-14, 81.

27. Now reconstituted at FEMA, the STC national PMO has completed its national-level program management review in June 2026. In the upcoming days, the STC National PMO will continue its efforts to establish, in consultation with FSLTT partners, a baseline for each STC region. Additionally, the STC national PMO will ensure that R/N detection equipment is used

primarily for steady-state activities; and that program expansion is based on threat and risk assessments. Ex. G-2, I-2, J-2, M-2, N-2.

28. The STC national PMO also plans to standardize the testing and evaluation of detection equipment to meet program requirements and conduct equipment purchases through centralized procurement to ensure integration and interoperability. To that end, the STC national PMO has obligated $19 million through a purchase order for the Defense Logistics Agency to purchase personal radiation detectors and radioisotope identification devices for STC and MDDP operations. Ex. O. The projected equipment purchases are based on the equipment-need forecasts provided by the STC regions and informed by the program management review outcomes. Ex. G-3, I-3, J-3, M-3, N-3.

I solemnly affirm and decare that the above information is true and correct to the best of my knowledge. Executed on August 31, 2026, at Washington, DC.

Brian Kuleski

BRIAN KULESKI