# Exhibit C



# Securing the Cities Implementation Plan

*June 29, 2023*

Fiscal Year 2023 Report to Congress

Homeland Security

*Countering Weapons of Mass Destruction Office*



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Message from the Acting Assistant Secretary

June 29, 2023



I am pleased to present the following report, "Securing the Cities Implementation Plan", which was prepared by the Countering Weapons of Mass Destruction Office (CWMD).

This report was compiled pursuant to a requirement in the Joint Explanatory Statement, which accompanies the Fiscal Year (FY) 2023 Department of Homeland Security (DHS) Appropriations Act (P.L. 117-328). It updates and revises the "Securing the Cities Implementation Plan " published on June 4, 2021, and the one-year assessment published on November 4, 2022. This report contains major updates that have evolved from lessons learned as the program matures. It includes a detailed assessment of program expenditures, their impact on achieving key program milestones, and updated performance measures.

Pursuant to congressional requirements, this report is submitted to the following Members of Congress:

The Honorable David Joyce
Chairman, House Appropriations Subcommittee on Homeland Security

The Honorable Henry Cuellar
Ranking Member, House Appropriations Subcommittee on Homeland Security

The Honorable Chris Murphy
Chair, Senate Appropriations Subcommittee on Homeland Security

The Honorable Katie Britt
Ranking Member, Senate Appropriations Subcommittee on Homeland Security

Should you have any questions, please contact DHS's Office of Legislative Affairs at (202) 447-5890.

Sincerely,

Gary Rasicot
Acting Assistant Secretary



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Executive Summary

The Securing the Cities (STC) program is the Department of Homeland Security (DHS) CWMD's radiological and nuclear (R/N) detection and reporting program. It is structured in accordance with the statutory language contained in the Homeland Security Act of 2002, as amended by Countering Weapons of Mass Destruction Act of 2018 (P.L. 115-387) and in other appropriations language dating back to 2009. In addition, Presidential Policy Directive 8, National Security Presidential Memorandum – 36, and DHS CWMD Strategic Plan of 2019 guide the implementation of the STC program. The program's goal is to develop and enhance sustainable R/N detection and reporting capabilities among regional operational partners, currently consisting of 13 STC regions that are centered around 14 high-risk urban areas (HRUA).[1]

An internal review of STC performance documents revealed that the previous set of impact measures and measures of performance developed for program assessment lacked the dimensions needed to assess changes within STC regions. As a result, the STC National Program Management Office (PMO) developed an STC program logic model and derived new measures in accordance with the Foundations for Evidence-Based Policymaking Act of 2018 (P.L. 115-435). The logic model outlines how the program's inputs, activities, outputs, and outcomes support the overall program goal. The new set of performance measures, which are included in this report, move beyond program standards to incorporate measurable program targets and benchmarks.

Based on the first quarter of FY 2023 reports submitted by 13 STC regions per cooperative agreements, 4 regions are in Phase IV (Sustainment), 6 regions are in Phase II (Implementation), 2 regions are in Phase I (Engagement), and 1 region is in the process of completing Phase I. The National PMO and STC regions have worked collectively to increase the overall award expenditure rate over the past year.

Overall, the regions are demonstrating progress in STC program implementation. The National PMO is performing more extensive outreach initiatives with STC Regions and implementing more effective performance measures to better guide the regions in their capability development while enhancing the ability to assess a region's progress toward achieving program goals.

[1] HRUAs are defined by Federal Emergency Management Agency each year in its annual Homeland Security Grant Program Notice of Funding Opportunity and are determined through an analysis of the relative risk of terrorism faced by the 100 most populous metropolitan statistical areas in the United States. Currently, CWMD combines two HRUAs (New York City and Jersey City/Newark, New Jersey) under one STC region. Because of this, 14 HRUAs make up 13 STC regions.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Securing the Cities Program Implementation Plan

## Table of Contents

I. Legislative Language....1

II. Background....2
A. Purpose....2
B. Securing the Cities Program Establishment....2
C. Program Goals and Objectives....3
STC Objective 1: Assist state, local, tribal, and territorial (SLTT) agencies in developing R/N detection and reporting capability....3
STC Objective 2: Establish information connectivity to support R/N alarm adjudication through developed interagency protocols....4
STC Objective 3: Establish administrative infrastructure to support an R/N detection program....4
STC Objective 4: Establish coordination mechanisms between FSLTT partners for steady-state operations, enhanced steady-state operations, and search operations....4

III. Program Implementation Approach....6
A. Overarching Approach....6
Regional Approach....6
Phased Implementation....6
Outreach and Communications....8
Interagency Coordination....9
B. Resource Management Approach....9
C. Equipment Procurement and Management Approach....10
D. Information Exchange and Data Management Support....11
E. Training and Exercise Approach....11
F. STC Program Expansion....12

IV. Program Assessment Approach....14



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

A. STC Region Program Execution....14
B. Performance Measures and Assessment....14
C. Determination of Milestone Achievements and Phase Completion by STC Regions18

Appendices....19
Appendix A: Detailed Assessment of Expenditure and Status of STC Regions....19
1. Awards and Expenditure Status....19
2. Program Implementation Status by Regions....22
Appendix B: STC Program Periods....26
Appendix C: GAO Recommendations and CWMD Responses....27
Appendix D: Lessons Learned....30
Cooperative Agreement Period of Performance....30
Management/Federal Oversight....30
Cooperative Agreement Structure....31
Enterprise Architecture and Information Exchange....31
Long-Range Training and Exercise Plan....31
Long-Term Capability Sustainment....32
Standardized Implementation Structure and Methodology....32
Sustainment Funding....32
Appendix E: Definitions....34
Appendix F: Acronyms and Abbreviations....36


FOR OFFICIAL USE ONLY

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid “need-to-know” without prior approval of an authorized DHS official.

# I. Legislative Language

The Joint Explanatory Statement accompanying the Fiscal Year (FY) 2023 Department of Homeland Security (DHS) Appropriations Act (P.L. 117-328), includes the following requirement:

> *Securing the Cities Implementation Plan.*—The Countering Weapons of Mass Destruction Act of 2018 requires CWMD to develop an implementation plan for the Securing the Cities program that, among other things, identifies program goals and a strategy for achieving them. CWMD is directed to provide the Committees, within 120 days of the date of enactment of this Act, an updated implementation plan for the Securing the Cities program, including a detailed assessment of program expenditures and their impact on achieving key program milestones.

**For Official Use Only (FOUO) Justification:**

Pursuant to DHS Management Directive 11042.1, Safeguarding Sensitive but Unclassified (For Official Use Only) Information, this report is classified FOUO consistent with category (j) in the Directive: "Information that could constitute an indicator of U.S. Government intentions, capabilities, operations, or activities or otherwise threaten operations security."



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# II. Background

## A. Purpose

The purpose of this document is to fulfill the reporting requirement stated in the Joint Explanatory Statement accompanying P.L. 117-328. This Implementation Plan updates and revises the "Securing the Cities Implementation Plan " published on June 4, 2021, and the one-year assessment published on November 4, 2022. This report contains major updates, including updated performance measures and Countering Weapons of Mass Destruction Office's (CWMD) approach to program assessment, which have evolved from lessons learned. It also includes a detailed assessment of program expenditures and their impact on achieving key program milestones (see Appendix A).

## B. Securing the Cities Program Establishment

The Countering Weapons of Mass Destruction Act of 2018 amended the Homeland Security Act of 2002 to establish CWMD. Further, § 1928 of the amended Homeland Security Act (6 U.S.C. § 596b) directed the Secretary of DHS, through the CWMD Assistant Secretary, to establish the "Securing the Cities" or "STC" program. The program's purpose is "to enhance the ability of the United States to detect and prevent terrorist attacks and other high-consequence events utilizing nuclear or other radiological materials that pose a high risk to homeland security in high-risk urban areas."[2]

The initial STC implementation was conducted with the New York City (NYC) region as a pilot program beginning in 2007. The NYC region consisted of two high-risk urban areas (HRUA)—NYC and Jersey City/Newark, New Jersey. This was followed by STC implementation in four other HRUAs: Los Angeles/Long Beach (LA/LB), National Capital Region (NCR), Houston, and Chicago in 2012, 2014, 2015, and 2016 respectively. These four HRUAs combined with the two HRUAs from the pilot program made up the five STC regions, sometimes known as the "legacy cities." Cooperative agreements and funding profiles changed as other HRUAs were added.

In accordance with the Homeland Security Act, as amended by the Countering Weapons of Mass Destruction Act of 2018, the Secretary designates eligible HRUAs to participate in the STC program. During 2019 and 2020, the Secretary designated eight new HRUAs (or STC regions). Currently, there are 13 STC regions, covering 14 HRUAs throughout the United States. See Appendix B for the brief description of program evolution.

In May 2019, the Government Accountability Office (GAO) published GAO-19-327, Combating Nuclear Terrorism: DHS Should Address Limitations to Its Program to Secure Key Cities to

[2] Sec. 1928(a) of the Homeland Security Act (6 U.S.C. § 596b(a)).



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

improve coordination and collaboration with STC partner cities. In the report, GAO issued four recommendations and CWMD successfully closed all recommendations as of November 2021. In closing recommendation one, the STC National Program Management Office (PMO) issued a new Expenditure Report that would become part of quarterly reporting from the regions. See Appendix C for details of GAO recommendations and CWMD responses.

## C. Program Goals and Objectives

The STC program goal and objectives support Presidential Policy Directive 8: National Preparedness; National Security Presidential Memorandum – 36 (NSPM-36): Guidelines for U.S. Government Interagency Response to Terrorist Threats or Incidents in the United States and Overseas; and the CWMD Strategic Plan of 2019.

The STC goal is to develop and enhance sustainable radiological and nuclear (R/N) detection capabilities among regional operational partners currently consisting of 13 STC regions that are centered around 14 HRUAs. To accomplish the goal, the STC program executes the following objectives that are linked directly to the Homeland Security Act of 2002, as amended by the Countering Weapons of Mass Destruction Act of 2018:

**STC Objective 1: Assist state, local, tribal, and territorial (SLTT) agencies in developing R/N detection and reporting capability.**[3]

CWMD assists SLTT agencies in developing and enhancing R/N detection and reporting capabilities through a holistic approach addressing three foundational elements – Equipment, Proficiency of Operators, and Protocols.

***Equipment.*** STC provides funding for and/or assistance with the procurement and proper maintenance of the equipment necessary for primary and secondary screening for R/N materials with technical guidance as they develop their respective protocols. STC ensures that the Domestic Detection Concept of Operations (CONOPS) co-authored by three federal agencies is incorporated into each region's plans and standard operating procedures, ensuring more efficient operations and better communication and coordination with federal partners in the event of a potential R/N terrorism event.

Whether establishing a new capability or maintaining a mature one, CWMD continuously supports SLTT agencies to foster sustainment and improvement of capabilities developed under the STC program. This support results in greater threat awareness by participants as they employ equipment, conduct training and exercises, and conduct operations throughout the region.

[3] *See* Homeland Security Act § 1928(b)(1)-(3) and (6) (6 U.S.C. § 596b(b)(1)-(3), (6)).



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

CWMD's methodology is proven and flexible – adapted to each STC region's requirements. This approach ensures that consistent and comprehensive capabilities are developed across the nation while fitting within the unique requirements and challenges of each region.

**STC Objective 2: Establish information connectivity to support R/N alarm adjudication through developed interagency protocols.**[4]

CWMD provides resources to enhance detection, analysis, communications, and coordination to better integrate SLTT assets into federal operations. This requires establishment and connection of information flows among domestically deployed detection systems and with federal, state, local, tribal, and territorial (FSLTT) agencies. The connectivity includes information required for technical reachback and adjudication support. The DHS Chief Information Officer provides cell phones, tablets, and laptops to the STC program to enable information connectivity. CWMD also works in close coordination with the DHS Geospatial Management Office to use its Geospatial Information Infrastructure (GII) to provide an infrastructure for information sharing.

**STC Objective 3: Establish administrative infrastructure to support an R/N detection program.**[5]

CWMD assists each STC region in establishing management and governance structures. This assistance enables the operating capability of the region to successfully support R/N detection and reporting to include appropriately escalating priorities, issues, and gaps within the region. CWMD provides products, templates, and subject matter experts in support of operational partners to develop a self-managed and sustainable program supported by long-term federal funding and technical assistance.

**STC Objective 4: Establish coordination mechanisms between FSLTT partners for steady-state operations, enhanced steady-state operations, and search operations.**[6]

The ability to exchange information is critical to reducing the risk of any radiological or nuclear attack. The information sharing mechanism established through the STC program facilitates local alarm adjudication, response, and when appropriate, federal alarm adjudication through National-Level Reachback.[7] An effective STC regional Operations Plan that complies with the Domestic Detection CONOPS, and regional Information Exchange Plan are examples of key

---

[4] *See* Homeland Security Act § 1928(b)(2) & (4) (6 U.S.C. § 596b(b)(2), (4)).
[5] *See* Homeland Security Act § 1928(b)(2), (3), (5) & (7) (6 U.S.C. § 596b(b)(2), (3), (5), (7)).
[6] *See* Homeland Security Act § 1928(b)(4) & (5) (6 U.S.C. § 596b(b)(4), (5)).
[7] National Reachback is the process by which skilled technical experts in R/N detection concepts, spectroscopy, technologies, and nuclear weapons, analyze site-specific data and confirm radioisotope identification in the event of a R/N threat or incident to enable responders to develop and implement response options, including if appropriate, the Federal Bureau of Investigation's (FBI) Threat Credibility Evaluation process. National-Level Reachback includes the full resources of the Department of Energy (DOE)/National Nuclear Security Administration (NNSA) Triage or U.S. Customs and Border Protection/Laboratories and Scientific Services Directorate - Teleforensic Center.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

documents that can help establish the coordination mechanisms between FSLTT partners. The CONOPS guides agencies to properly elevate events to expedite notifications and speed the arrival of follow-on assets when required. In addition, the CONOPS lays out the mechanisms for activities described in NSPM-36 when the threat is determined to be credible. Moreover, CWMD in coordination with Federal Bureau of Investigation (FBI) and NNSA's Office of Counterterrorism and Counterproliferation in the Department of Energy (DOE) provides products, templates, and subject matter experts to the STC regions to develop these key documents and assists in regional training and exercises to help implement the coordinating mechanisms.

In addition to the four objectives stated above and per § 1928(b)(8) of the Homeland Security Act (6 U.S.C. § 596b(b)(8)), other support may be provided per the direction of the Secretary.


FOR OFFICIAL USE ONLY
**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

FOR OFFICIAL USE ONLY

# III. Program Implementation Approach

## A. Overarching Approach

CWMD, through its STC National PMO, executes and manages a phased implementation of the program that is led by the lead agency (cooperative agreement award recipient) in each respective STC region. The STC National PMO leverages a regional approach using cooperative agreements, outreach, and interagency coordination throughout the program implementation. Further, lessons learned to date since the pilot program have been integrated into the implementation approach. See Appendix D for lessons learned.

**Regional Approach**

The National PMO uses a regional approach to assist STC regions in developing R/N detection and reporting capability. The intent of this approach is to build detection capability through multiple agencies beginning at the city center and expanding outward. Deploying detection capabilities in this manner, i.e., involving multiple agencies that are geographically spread out, increases opportunities for detection further away from higher population densities in the city center. A designated STC region may contain multiple states, counties, and localities, and may include the city limits and surrounding counties and towns as well as the extended transportation pathways leading into the region.

The National PMO executes and manages the program through a "cooperative agreement"[8] with STC regions. Unlike a traditional grant program, CWMD's National PMO is substantially involved in the program and is a partner to the lead agencies in their respective STC regions.

Within each region, a lead agency is chosen that is responsible for the establishment of its regional PMO and administration of the STC program. The National PMO provides federal funding to the lead agency through a noncompetitive cooperative agreement process. The lead agency works through principal partners, which are designated in the program application and reviewed by the National PMO, to deliver STC capability to the region. The principal partners consist of fire services, radiation health agencies, special district government entities (such as regional transit authorities), and the law enforcement agencies in the region as well as those in other local cities, counties, and state agencies.

**Phased Implementation**

The National PMO executes and manages STC program implementation in a phased approach that enables each lead agency to take a graduated progression towards capability development.

[8] Within the meaning of the Federal Grant and Cooperative Agreement Act of 1977 (P.L. 95-244) (1978) (codified via P.L. 97-258 at 31 U.S.C. §§ 6301 *et seq.*).


FOR OFFICIAL USE ONLY

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

The approach further helps the lead agency to develop the capability deliberately while building a strong program foundation and infrastructure. The process involves completion of deliverables and a myriad of activities, such as standing up the local program office and governance structure with committees, procuring equipment, training and equipping personnel, conducting exercises, and sustaining the developed capability while planning and executing program expansion.

There are five implementation phases. Phase 0 and Phases I–IV. After issuance of Notice of Funding Opportunity (NOFO) and award, the lead agency of a region builds the STC capability in the first five years (Phases I to III) and sustains its capability upon entering Phase IV which generally begins in the sixth year.

- ***Phase 0 (Planning and Analysis):*** Phase 0 consists of activities that prepare an STC region to enter into a cooperative agreement with the STC National PMO. The activities include the development and issuance of the annual NOFO for each respective region; initial engagement with federal partners, including the FBI and NNSA of DOE; and coordination with potential lead agencies to understand the needs. The NOFO for the cooperative agreement lays out timelines and lists required activities, deliverables, and reports which are considered foundational documents that are required to successfully implement a sustainable R/N detection capability. This phase starts approximately one year prior to Phase I.

- ***Phase I (Engagement):*** Phase I begins with the award of a cooperative agreement to the lead agency of an STC region. Before the award, the National PMO evaluates the application that identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. After the award, the National PMO engages with the lead agency and principal partners to refine requirements and build local program structure. This phase is expected to take up to one year.

- ***Phase II (Implementation):*** Phase II efforts focus on the STC region's immediate requirements to establish initial operational capability (IOC).[9] Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a tabletop exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. In coordination with the National PMO, some regions may also be ready during the later stages of Phase II and during Phase III to begin execution of expansion. Phase II is expected to take up to three years.

[9] IOC is established on an individual basis with each region through cooperation between the regional PMO and the STC National PMO, and centers on the region's ability to detect and report the presence of R/N materials out of regulatory control.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

- ***Phase III (Integration):*** During Phase III, the National PMO expects a region to achieve full operational capability (FOC), [10] which includes integration into the national detection framework, as defined in NSPM-36, and the Domestic Detection CONOPS. A region must successfully complete a full-scale exercise (FSE) and comply with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- ***Phase IV (Sustainment):*** The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years, review regional documents regularly, and incorporate updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO, which can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.

**Outreach and Communications**

Over the last year, the STC National PMO has focused on extensive outreach as well as consistent, frequent, and two-way communications with and between FSLTT partners. In conjunction with lessons learned and GAO recommendations from GAO-19-327, Combating Nuclear Terrorism: DHS Should Address Limitations to Its Program to Secure Key Cities, and GAO-22-104498, DHS Could Improve Its Acquisition of Key Technology and Coordination with Partners, CWMD has instituted semi-annual meetings, annual program reviews, regular workshops, and monthly information sessions on programmatic and technical topics to ensure guidance and requirements are clearly communicated to stakeholders. Some of these engagements have served as an opportunity for the regions to exchange lessons learned and best practices among themselves. This is re-affirmed in CWMD's State, Local, Tribal, and Territorial Engagement Strategy Implementation Plan FY 2022-25 published on July 8, 2022.

Additionally, in the spirit and intent of cooperative agreements, the STC National PMO has aligned federal leads from CWMD for each STC region to assist the region as they work through STC's phased capability development. This ensures a degree of implementation standardization across the Nation and alignment with foundational national-level documents and policies. It also assures distribution of policies, best practices, escalation of requirements, progress, and issues to the STC National PMO in a timely manner.

---

[10] FOC is established on an individual basis with each region through cooperation between the regional PMO and the STC National PMO, and centers on the region's ability to detect and report the presence of R/N materials out of regulatory control.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

**Interagency Coordination**

CWMD works closely with federal agencies, especially with the NNSA Office of Counterterrorism and Counterproliferation in DOE, and the FBI. CWMD works with NNSA to align their incident response capabilities with the STC program. Aligning NNSA capabilities with DHS, CWMD's preparedness programs is part of a whole-of-government effort to prevent and counter acts of R/N terrorism. Additionally, CWMD works closely with the FBI to implement NSPM-36. The FBI is responsible for leading and coordinating the operational law enforcement response and investigative activities associated with terrorist threats or incidents, including R/N detection incidents. CWMD supports the FBI in this mission by ensuring STC-developed capabilities support FBI operations to detect, locate, and interdict R/N threat materials.

Further, in coordination with NNSA and FBI, CWMD publishes the Domestic Detection CONOPS, which describes a whole-of-government approach among federal departments and agencies. An STC region develops a regional Operations Plan in coordination with CWMD, NNSA, and FBI. The regional Operations Plan comprises region-specific CONOPS, mission considerations, and detailed protocols that outline coordinated planning and operations with STC, regional principal partners, and other federal agencies. All secondary screening alarms are reported via CWMD-approved mechanisms that have been coordinated with other federal agencies, and in accordance with the Domestic Detection CONOPS.

## B. Resource Management Approach

The resource planning for an STC region corresponds to the period of performance set in the cooperative agreement with the lead agency. The program currently uses a 10-year period of performance: the first five years (Phases I–III) are intended to achieve IOC with a successful conduct of an FSE, and the subsequent years (Phase IV) are for sustaining and expanding that capability. The Homeland Security Act has allowed funding for sustainment that includes equipment maintenance, calibration, and recapitalization to those regions that have successfully developed the STC capability during the first five years.[11]

The National PMO leads the resource planning, funding distribution, and oversight of funding execution by the STC regions in coordination with their respective lead agencies and the CWMD budget/resource management office. The National PMO participates in resource planning activities through the DHS Resource Allocation Planning cycles and submits a program budget to be included in the annual President's Budget. The DHS Office of Procurement Operations (OPO) distributes funding to the regions in coordination with the National PMO. The National PMO monitors the execution of the funding using the region's Federal Financial Reports (FFR) and Performance Progress Report (PPR).

---

[11] *See* Homeland Security Act § 1928(b)(6) (6 U.S.C. § 596b(b)(6)).



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Table 1 shows the enacted budget for FY 2022 and FY 2023, and the FY 2024 budget for the implementation of the STC program across the 13 STC regions and the National PMO.

**Table 1: STC Enacted Budget (FY 2022–23) and President's Budget (FY 2024)**

| $ in Thousands | FY 2022 Enacted | FY 2023 Enacted | FY 2024 President's Budget |
|---|---|---|---|
| **Training[1]** | $4,379 | $8,032 | $7,288 |
| **Equipment[2]** | $18,080 | $10,882 | $8,670 |
| **Regional Program Management[3]** | $7,581 | $6,577 | $4,939 |
| **Other[4]** | - | $9,137 | $13,568 |
| **Total** | **$30,040** | **$34,628** | **$34,465** |

**Notes:**
[1] Training: This funding provides backfill and overtime to support SLTT participation in regional training, exercises, and other regional program development activities.
[2] Equipment: This funding supports new equipment procurements as well as operations, maintenance of fielded assets, and recapitalization.
[3] Regional Program Management: Each region receives cooperative agreement funds to pay for one full-time program manager, one full-time deputy program manager, and a limited number of part-time staff to support the program. CWMD will continue limited funding for regional program management staff to support sustainment of the program.
[4] Other: Contracts for the direct/indirect support to STC regions and the STC National PMO to include: logistics, radiation subject matter expertise, finance, program administration, equipment management, training support, and data reporting.

## C. Equipment Procurement and Management Approach

CWMD approaches equipment procurement and management for the STC program though a hybrid approach by providing both indirect and direct support pursuant to STC program authority in § 1928(b)(1), (3), and (6) of the Homeland Security Act.[12] Through the STC cooperative agreements, CWMD provides funding to the regions to procure equipment themselves to meet more specific regional operational requirements. For equipment which the STC lead regional agencies procure with cooperative agreement funds, CWMD provides technical specifications and other notes for consideration.

Additionally, CWMD directly procures Personal Radiation Detectors (PRD) and communications equipment, which the National PMO then distributes to STC regions. More specifically, the National PMO leverages a centralized equipment acquisition approach through the CWMD Systems Support Directorate to procure PRDs for STC regions. The centralized acquisition approach assists with reducing the price of STC equipment through economy of scale. Another advantage to having the System Support Directorate PRD contract is to alleviate the sometimes burdensome, time-consuming procurement processes of the SLTT partners.

[12] 6 U.S.C. § 596b(b)(1), (3), (6).


**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Currently, the National PMO conducts asset management for communication devices and tracks detection equipment via regional reporting but plans to support the lifecycle management of CWMD-owned and STC grant-funded R/N detection equipment through its centralized "Logistics Hub" concept. The Hub will provide integrated logistics support and track operational availability of equipment across the regions. It will support the lifecycle of STC managed equipment with equipment issuance, maintenance, calibration, recapitalization, and deposition. The centralized Hub approach will enable long-term equipment sustainability and enhance asset management for all STC procured equipment with its inventory tracking capability.

## D. Information Exchange and Data Management Support

The National PMO collects and manages two types of information and data for the STC program. One type is focused on performance measures that are needed for program assessment and management, and the other is focused on R/N detection and reporting operations.

The National PMO reviews the Quarterly Performance Progress Report and Quarterly FFR (Standard Form-425) from each region. The Quarterly Performance Progress Report contains three required attachments: Plan of Actions and Milestones (POAM), Quarterly Operations Report, and Quarterly Expenditure Report. The region also has the option to submit a Quarterly Performance Narrative that describes program activities in more detail. In combination, these reports inform the National PMO of the regional status related to finance, operations, training, equipment, and execution of the program.

The STC program uses the DHS GII to house its authoritative data sets for all regional reporting. The GII is a geospatial portal used for storing, visualizing, and sharing STC data. This environment includes tools to archive alarms, drills, exercises, training, and assets.

NNSA's Radiological Triage Program, DOE's National-Level Reachback asset, provides 24/7 on-call support for analysis of radiological event and alarm data, which is available for the regions. By providing essential, time-sensitive information on the nature of the threat, DOE/NNSA Triage allows SLTT stakeholders to develop and implement appropriate courses of action, ultimately leading to adjudication of the alarming event. Once adjudicated and closed, the case information within DOE's Triage system becomes available for CWMD to archive within GII.

## E. Training and Exercise Approach

In support of the regional training and exercises program, CWMD in coordination with other federal partner agencies, provides subject matter experts and templates in development of regional training and exercise plans and drills – supporting their planning and execution of TTXs and FSEs. CWMD also provides radiological source support for regional drills and functional



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

exercises. Further, CWMD leads in the development and execution of after-action reports in support of the regional exercises to provide the critical analyses of strengths, improvement areas, and recommendations that will help the regions to further improve their capabilities. Finally, CWMD supports training improvement through its participation in the annual Counter Terrorism Operations Support's review of curricula and development of new training courses for STC staff, primary screeners, and secondary screeners.

Each STC region is responsible for developing its own comprehensive training and exercise plan. CWMD expects the regions to develop an Integrated Preparedness Plan (IPP)—a multi-year plan that is based on the Homeland Security Exercise and Evaluation Program methodology. The plan should include the conduct of basic, intermediate, and repetitive drills to sustain operator proficiency, and a progressive cycle of interagency exercises that will prepare the regions to successfully complete at least one TTX and one FSE during Phases II and III, respectively. The plan further needs to include at least one optional TTX and one required FSE on a recurring five-year basis to certify a region's eligibility for continued federal sustainment funding in Phase IV. Additionally, the regions are responsible for development and maintenance of their instructor cadre to deliver DHS- and FEMA-approved training courses.

## F. STC Program Expansion

An STC region begins to explore program expansion and discussion with the National PMO during Phase II (Implementation). With concurrence from the National PMO, the region begins the expansion planning and coordination in the later stages of Phase II and Phase III (Integration). This involves the region's lead agency (always within the HRUA) engaging principal partners regarding outlying areas, agency priority threats, risks, and gaps for expansion. Because a layered defense inside and surrounding an HRUA is required to detect and prevent terrorist attacks and other high consequence events in the HRUA, partnerships with outlying areas are essential. The lead HRUA agency uses STC's funding, along with advice from their federal partners (CWMD, FBI, DOE, etc.), to determine how to allocate resources to outlying areas in a way that will best enhance the HRUA's defense against an R/N attack. The engagements for planning and execution of program expansion continue through the life of the program to include Phase IV (Sustainment).

As part of the region's annual application for continuation funds, the agency needs to provide their expansion plan which should be informed by threat and capability gaps. In addition to providing an informed and sound expansion plan, the National PMO approves the expansion request when the regional PMO has consistently demonstrated compliance with cooperative agreement requirements and the CWMD STC Implementation Plan for at least one full year. The National PMO funds the fielding of operational capability and in some cases procures equipment for regional expansion efforts.

Areas targeted for expansion include high population centers as well as major pathways and crossroads leading into high population centers. These pathways and crossroads may also be known smuggling and trafficking routes. In addition, an ideal area for expansion can include



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

regions with existing capability such as locations that have worked with DOE to harden their Category 1 and 2 resources, partners who have participated in DOE secure transportation exercises, and those with existing state Preventive Radiological Nuclear Detection (PRND) capabilities. Locations aligned to an FBI's Level 3 Stabilization Team are also ideal candidates for regional expansion.

Once a region obtains approval from the National PMO, it is required to ensure that the expansion partner is appropriately integrated. The lead agency of the STC region must establish a memorandum of agreement and memorandum of understanding with expansion partners, as well as conduct a capability survey to ensure the proper prioritization and integration of the partners. The STC region must address threat and capability more specifically for the expansion area. In addition to the capability survey, the STC region is required to ensure the expansion partner is reporting per the STC region's Information Exchange Plan (i.e., meeting reporting requirements per the cooperative agreement), standard operating procedures are aligned to the STC region's Operations Plan, and all operators have received the proper training before the issuance of equipment.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# IV. Program Assessment Approach

## A. STC Region Program Execution

The regions execute the STC program in accordance with the requirements laid out in the cooperative agreements and the CWMD STC Implementation Plan. Generally, Figure 1 shows the requirements corresponding to the phased implementation.

**Figure 1: Major Deliverables and Activities during Phased Implementation**




## B. Performance Measures and Assessment

The STC National PMO applies a set of measures and metrics to each STC region to objectively assess the progress in that region. An internal review of STC performance documents revealed that the previous set of impact measures and measures of performance lacked the dimensions needed to assess changes within STC regions. As a result, the National PMO has developed an STC program logic model and derived new measures in accordance with the Foundations for Evidence-Based Policymaking Act of 2018 (P.L. 115-435). The logic model outlines how the program's inputs, activities, outputs, and outcomes support the overall program goal. The



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

measures also incorporate recommendations from an external verification and validation[13] of STC's performance measure reported in the DHS Annual Performance Report.

The program logic model depicts key elements of the program's design. It connects the program's investments, actions, and processes to the desired changes the program strives to make in the target population. The logic model helps identify key outputs, short-term outcomes, medium-term outcomes, and long-term outcomes. Outputs are the quantity and quality of implemented activities, such as type, and level of services offered. Program outcomes are the changes expected to result from program investment, activities, and processes. Short-term outcomes describe changes in a target group's knowledge, skills, attitudes, or abilities. Medium-term outcomes describe changes in the target group's decision-making behaviors, actions, policies, and procedures. Lastly, long-term outcomes are the changes in societal conditions of the target group or broader population. From the program logic model, the National PMO has developed a new series of performance measures.

The new set of performance measures move beyond the previous Implementation Plan's methodology of binary measurement. Utilizing a set of measures with percentage targets allows the National PMO staff to better understand the progress of each STC region. For example, the previous Implementation Plan's measure of "Agency training program is in place" leads to a yes or no answer. In the new measurement system, the National PMO will understand not only if a program is in place, but how the quantity of training in a region contributes to their training goal. These measures will be part of the National PMO's decision-making process on determining funding and what phase an STC region should reside.

The program will augment performance measures as necessary to incorporate evidence learned through the DHS Priority Question, "What indicators, measures, methods, and data can better support the evaluation of Homeland Security Grant Program effectiveness as it pertains to maintaining and improving SLTT and national preparedness?" which was identified as pertaining to CWMD.[14]

The National PMO is implementing the following series of performance measures as reflected in Tables 2 through 5. Tables 3 through 5 outline the program's outcomes and measures used to assess progress towards that outcome. Performance measure target percentages will be established using historical information, performance data, and best practices. Performance data will be gathered and analyzed in FY 2023 by the National PMO to aid in setting initial target percentage baselines. The National PMO will use these target baselines (refining as necessary) for each measure to assess the regions' progress.

---

[13] Nexight Group. 2022. Independent Verification and Validation of Performance Measure Data: Countering CWMD.

[14] DHS. 2022. "FY 2022-2026 Learning Agenda". https://www.dhs.gov/sites/default/files/2022-03/DHS%20FY2022-26%20Learning%20Agenda_508c.pdf



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

**Table 2: STC Program Output Measures and Target**

| Output Measures | Target |
|---|---|
| **Measure:** Quantity and type of equipment provided by CWMD or purchased by STC region per year | Annually defined by STC region based on capability surveys, risk assessments, training completed, and external factors |
| **Measure**: Number of Law Enforcement (LE) and First Responders (FR) with primary and/or secondary screening certifications per capita | Annually defined by STC region based on capability surveys, risk assessments, and external factors |
| **Measure**: Number of discussion-based exercises conducted | One TTX in Phase II<br>Additional as defined by STC region or CWMD |
| **Measure**: Number of operational exercises conducted | One FSE every five years<br>Additional as defined by STC region or CWMD |
| **Measure**: Number of STC regional plans/protocols created with approval by CWMD | 100% of the following CWMD approved documents (phase-appropriate):<br>Regional Strategic Plan in Phase I<br>Regional Organizational Chart in Phase I<br>Executive Committee Charter in Phase I<br>Regional Implementation Plan in Phase II<br>Regional Operations Plan in Phase II<br>Integrated Preparedness Plan in Phase II<br>Information Exchange Plan in Phase II<br>Life-Cycle Sustainment Plan in Phase II |
| **Measure:** Number of new expansion partners | Annually defined by STC region |

**Table 3: Short-Term Outcomes and Measures and Target**

*Defined as changes in a target group's knowledge, skills, attitudes, or abilities*

| Short-Term Outcomes and Measures | Target *(Created with data from FY 2023)* |
|---|---|
| **Outcome**: Training and equipment meets the need of the STC region | |
| **Measure**: Percentage of LE and FR trained meets the need of the STC region | STC region meets TBD% of their training goal for the fiscal year |
| **Measure**: Increase in LE and FR's knowledge of detection equipment and protocols | TBD% of LE and FRs pass Counter Terrorism Operations Support training courses |
| **Measure**: Quantity and type of equipment provided by CWMD or purchased by the STC region meets the need of the region | STC region receives TBD% of their forecasted equipment for the fiscal year |
| **Outcome**: All trained LE and FRs utilize their detection equipment and training in the field | |
| **Measure**: Percentage of trained LE and FRs that have primary screening detection equipment | TBD% of trained LE and FRs have primary screening detection equipment for their duty shift |
| **Measure**: Percentage of operationally ready equipment | Minimum TBD% of equipment is operationally ready |
| **Measure**: Average percentage of equipment LE and FRs use during steady-state, enhanced steady-state, and search operations | Minimum of TBD% equipment utilized per quarter and per operation |
| **Outcome:** STC regions demonstrate selected core capabilities (based on the Federal Emergency Management Agency (FEMA) National Preparedness Goal) through exercises | |



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

| | |
|---|---|
| **Measure**: Number and type of core capabilities demonstrated during discussion based or operational exercises | Minimum of two type per exercise |
| **Outcome**: STC lead agency creates a robust local PMO | |
| **Measure**: Number of lead agency executive and subcommittee meetings | Minimum of one per quarter |
| **Measure**: Number of financial and performance reports submitted by Lead Agency on time | One financial and one performance report per quarter |
| **Measure**: Number of Payment Management System drawdowns conducted to ensure reconciliation of expenses and funds | One Payment Management System drawdown conducted per quarter |

**Table 4: Medium-Term Outcomes and Measures and Target**
*Defined as changes in the target group's decision-making behaviors, actions, policies, and procedures*

| Medium-Term Outcomes and Measures | Target *(Created with data from FY 2023)* |
|---|---|
| **Outcome**: LE and FRs are prepared and feel confident in their ability to detect R/N materials | |
| **Measure**: Percentage of LE and FRs who complete primary and secondary screener refresher training | TBD% LE and FRs take refresher training a maximum of two years from initial certification date |
| **Measure:** Percentage of LE and FRs who demonstrate skills through primary and secondary screening drills | TBD% of LE and FRs who demonstrate primary and secondary screening skills |
| **Measure**: Increase in level of preparedness to detect R/N materials reported by LE and FRs after a discussion based or operations-based exercise | TBD% of LE and FRs who participate in discussion-based or operations-based exercises report an increase in preparedness |
| **Outcome**: STC regions update plans and protocols to incorporate lessons learned | |
| **Measure**: Percentage of lessons learned, if applicable, incorporated into policies and plans after a discussion based or operations-based exercise | TBD% of lessons learned incorporated |
| **Outcome**: STC regions achieve FOC | |
| **Measure**: Percentage of STC regions which move into Phase III: Integration, within five years of the program | TBD% of STC regions move into FOC within five years |
| **Outcome**: FSLTT Partners conduct coordinated R/N detection operations | |
| **Measure:** Percentage of regional operational partners participating in a FSE | TBD% of regional operational partners involved in FSE |
| **Measure:** Percentage of capability surveys completed by principal partners | TBD% of surveys completed |
| **Measure:** Percentage of verified alarm reports STC regions send to CWMD and DOE | TBD% of verified alarms sent to CWMD and DOE |
| **Measure:** Percentage of PRND related exercises in which the region has participated that involved key federal partners | TBD% of PRND related exercises and drills in which the region has participated that involved key federal partners |


**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

**Table 5: Long-Term Outcomes and Measures and Target**
*Defined as changes in societal conditions of the target group or broader population*

| Long-Term Outcomes and Measures | Target *(Created with data from FY 2023)* |
|---|---|
| **Outcome:** SLTT operational partners have sustained capabilities to detect and prevent terrorist attacks that utilize R/N materials | |
| **Measure:** Percentage of STC regions which move into Phase IV (Sustainment), of the program within six years | TBD% of STC regions in Sustainment after six years |
| **Measure:** Percentage of target the STC region meets overall | TBD% of target goals achieved |

The STC National PMO will collect information throughout the year from STC regions to analyze progress towards goals. The National PMO will leverage annual program management reviews to collect target goals from lead agencies on training and equipment for the fiscal year. The National PMO will then analyze regional progress towards these goals through quarterly PPRs, which capture operational and financial information as required in STC cooperative agreements. The National PMO will provide an overall program review for each region using their program measures and expenditures/drawdowns to track performance in meeting the goals of the program.

## C. Determination of Milestone Achievements and Phase Completion by STC Regions

The National PMO led by the CWMD STC Director will determine if an STC region has achieved program milestones and completed a phase. The STC Director will consult the list of activities and documents required by each program phase, regional performance measure results, and meet with federal regional leads as well as SLTT program staff to determine the appropriate program phase. The STC Director, in written communication, will notify the lead agency if it exits an implementation phase and enters a follow-on phase. Within the written communication the STC Director will include a justification for the decision as well as optional comments on overall performance which may be used by the STC region to improve program implementation.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid “need-to-know” without prior approval of an authorized DHS official.

# Appendices

## (FOUO) Appendix A: Detailed Assessment of Expenditure and Status of STC Regions

### 1. Awards and Expenditure Status

Table A-1 depicts the total award each region received and expended for the life of the program as of the first quarter (Q1) of Fiscal Year (FY) 2023 (does not include FY 2023 funding). These values were extracted from the Federal Financial Report (FFR) SF-425 submitted quarterly by each region.

(FOUO) **Table A-1: Total Awards Funded by Region for the Life of the Program as of Q1 FY 2023**

| Regions | Total Awarded ($1) | Total Expended ($1) | Total Expended (%) |
|---|---|---|---|
| **Atlanta** | $ 5,900,000 | $ 4,403,478 | 75% |
| **Boston** | $ 4,450,000 | $ 228,460 | 5% |
| **Chicago** | $ 21,375,000 | $ 8,854,118 | 41% |
| **Denver** | $ 6,650,000 | $ 2,221,327 | 33% |
| **Houston** | $ 25,612,272 | $ 19,771,062 | 77% |
| **LA/LB** | $ 29,446,889 | $ 22,253,860 | 76% |
| **Miami** | $ 5,877,434 | $ 1,004,951 | 17% |
| **NCR** | $ 26,249,141 | $ 18,416,169 | 70% |
| **NOLA** | $ 4,449,157 | $ 1,961,226 | 44% |
| **NYC** | $ 140,858,026 | $ 125,876,226 | 89% |
| **Phoenix (Maricopa Co)** | $ 4,284,831 | $ 1,207,532 | 28% |
| **San Francisco** | $ 8,115,800 | $ 4,595,877 | 57% |
| **Seattle** | $ 3,925,007 | $ 920,560 | 23% |
| **Total** | **$ 287,193,557** | **$ 211,714,845** | **74%** |

**Note:** Total awarded and expended amounts do not include FY 2023 funding.
**Abbreviations:** LA/LB – Los Angeles/Long Beach; NCR – National Capital Region; New Orleans, Louisiana (NOLA); NYC – New York City; Phoenix Maricopa Co. – Maricopa County



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

**Detailed Expenditures by STC Region**

To collect detailed expenditures from regions, the Securing the Cities (STC) National Program Management Office (PMO) modified the cooperative agreements, requiring each region to submit a detailed quarterly expenditure report during the first month of the following quarter. This change went into effect at beginning of Q1 FY 2022. Table A-2 reflects the detailed expenditures of the FY 2020, FY 2021, and FY 2022 awards as reported by STC regions in the second quarter (Q2) FY 2023. Countering Weapons of Mass Destruction Office is currently preparing the release of FY 2023 awards; thus, FY 2023 awards and expenditures are not reflected in the table.

(FOUO) **Table A-2: Detailed Expenditures by Region for FY 2020–22 Awards Q1 FY 2023**



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

FOR OFFICIAL USE ONLY

| Regions (Dollar Unit in $1) | Salaries & Wages | Fringe Benefits | Equipment | Supplies | Travel | Other* | Contractual* | Indirect Costs* | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Chicago Awarded** | $ 778,500 | $ 456,500 | | | | | | $ 65,000 | $ 1,300,000 |
| **Chicago Expenditure** | | | | | | | | | |
| **Houston Awarded** | $ 513,918 | $ 267,615 | $ 3,609,842 | $ 39,129 | $ 54,216 | $ 27,552 | | | $ 4,512,272 |
| **Houston Expenditure** | $ 355,940 | $ 162,481 | $ 533,677 | $ 10,960 | $ 8,584 | $ 1,026 | $ 1,553 | | $ 1,074,221 |
| **LA/LB Awarded** | $ 521,087 | $ 113,413 | $ 821,830 | $ 10,500 | $ 62,194 | $ 442,875 | $ 200,000 | | $ 2,171,899 |
| **LA/LB Expenditure** | | | $ 136,800 | | | $ 203,129 | | | $ 339,929 |
| **NCR Awarded** | $ 194,957 | | $ 3,554,184 | | | | $ 150,000 | | $ 3,899,141 |
| **NCR Expenditure** | | | | | | | | | |
| **NYC Awarded** | | | | | | $ 12,429,239 | $ 2,552,561 | | $ 14,981,800 |
| **NYC Expenditure** | | | | | | $ 1,980,330 | $ 2,552,561 | | $ 4,532,891 |
| **Atlanta Awarded** | $ 653,264 | $ 132,796 | $ 4,482,807 | $ 163,900 | $ 9,640 | $ 176,400 | $ 281,193 | | $ 5,900,000 |
| **Atlanta Expenditure** | $ 206,904 | $ 62,580 | $ 3,891,548 | $ 67,050 | $ 5,732 | | $ 169,663 | | $ 4,403,478 |
| **Boston Awarded** | $ 755,956 | $ 39,532 | $ 2,556,600 | $ 6,890 | $ 15,500 | | $ 1,075,522 | | $ 4,450,000 |
| **Boston Expenditure** | $ 175,863 | $ 15,398 | | $ 11,766 | $ 2,839 | | $ 22,594 | | $ 228,460 |
| **Denver Awarded** | $ 760,649 | $ 229,994 | $ 3,850,000 | $ 126,635 | $ 40,000 | $ 1,522,721 | $ 120,000 | | $ 6,650,000 |
| **Denver Expenditure** | $ 476,653 | $ 162,705 | $ 1,201,998 | $ 10,306 | $ 15,735 | $ 166,936 | $ 186,994 | | $ 2,221,327 |
| **Phoenix (Maricopa Co) Awarded** | $ 629,392 | $ 260,457 | $ 1,600,000 | $ 38,491 | $ 6,000 | $ 1,221,450 | | $ 529,041 | $ 4,284,831 |
| **Phoenix (Maricopa Co) Expenditure** | $ 361,553 | $ 136,950 | $ 685,122 | $ 14,372 | $ 5,050 | $ 4,486 | | | $ 1,207,532 |
| **Miami Awarded** | $ 500,744 | $ 213,372 | $ 3,859,786 | $ 9,000 | $ 22,332 | $ 1,272,200 | | | $ 5,877,434 |
| **Miami Expenditure** | $ 176,902 | $ 126,393 | $ 680,210 | $ 10,620 | $ 7,694 | $ 3,131 | | | $ 1,004,951 |
| **NOLA Awarded** | $ 822,613 | $ 280,929 | $ 3,034,171 | $ 23,200 | $ 36,647 | $ 246,597 | $ 5,000 | | $ 4,449,157 |
| **NOLA Expenditure** | $ 435,631 | $ 147,698 | $ 1,356,234 | $ 7,941 | $ 11,174 | $ 2,550 | | | $ 1,961,226 |
| **San Francisco Awarded** | $ 706,147 | $ 247,151 | $ 4,195,316 | $ 40,886 | $ 42,893 | $ 1,255,559 | $ 1,627,848 | | $ 8,115,800 |
| **San Francisco Expenditure** | $ 481,124 | $ 196,984 | $ 2,635,081 | $ 12,738 | $ 3,989 | $ 130,955 | $ 1,135,006 | | $ 4,595,877 |
| **Seattle Awarded** | $ 417,394 | $ 137,326 | $ 2,933,546 | $ 60,734 | $ 21,255 | $ 22,917 | $ 331,835 | | $ 3,925,007 |
| **Seattle Expenditure** | $ 302,395 | $ 40,087 | $ 549,952 | $ 2,994 | $ 3,801 | | $ 21,331 | | $ 920,560 |
| | | | | | | | | | |
| Total Awarded | $ 7,254,622 | $ 2,379,085 | $ 34,498,082 | $ 519,365 | $ 310,677 | $ 18,617,510 | $ 6,343,959 | $ 594,041 | $ 70,517,341 |
| Total Expenditures | $ 2,972,964 | $ 1,051,275 | $ 11,670,622 | $ 148,746 | $ 64,600 | $ 2,492,543 | $ 4,089,702 | | $ 22,490,451 |
| Total Remaining | $ 4,281,657 | $ 1,327,810 | $ 22,827,460 | $ 370,619 | $ 246,077 | $ 16,124,967 | $ 2,254,257 | $ 594,041 | $ 48,026,890 |

*See footnotes for the definition of Other[15], Contractual[16], and Indirect Costs[17] columns.
**Note:** Some "Total" values do not reflect the sum of numbers as shown in the table due to an Excel rounding error. Total Awarded and Expended amounts do not include FY 2023 funding.

(FOUO) During FY 2020–22, STC region implementations were impacted by operational complications created by the Coronavirus Disease 2019 (COVID-19) pandemic and other priorities in some major cities. Delays also resulted from attrition and personnel turnover (both at the regions and the National PMO), and re-evaluation of the program assessment process and

[15] Other – Any other items proposed as direct costs. Regions provided an itemized list with costs and state the basis for each proposed item (e.g., exercises). Additionally, all backfill and overtime for training is contained in this category.
[16] Contractual – Costs of all contracts for services and goods except for those that belong under other categories such as equipment, supplies, etc. Costs include third party evaluation contracts (if applicable) and contracts with secondary recipient organizations.
[17] Indirect Costs – Indirect costs are those that have been incurred for common or joint objectives and cannot be readily identified with a particular final cost objective.


FOR OFFICIAL USE ONLY

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

regional support. As the National PMO and STC regions have worked collectively to overcome these challenges, the overall award expenditure rate has increased over the past year.

## 2. Program Implementation Status by Regions

Current funding is allocated and expended against the regions' activities as they progress through the implementation phases. During each region's annual program management review, the National PMO reviews and refines the plan of action and milestones (POAM). The regions submit the status of activities in their POAM as a part of the quarterly report submission, which allows the National PMO to track detailed status of the regions' progress. Table A-3 provides the status of program implementation for 13 STC regions in respect to the five phases of implementation. The table provides a snapshot of the regional status as reported in their quarterly reports.

(FOUO) **Table A-3: STC Regional Status by Phases (FY 2023 Q1)**

| Regions | Phase 0 | Phase I | Phase II | Phase III | Phase IV |
|---|---|---|---|---|---|
| Chicago | | | ▲ | | |
| Houston | | | | | ▲ |
| LA/LB | | | | | ▲ |
| NCR | | | | | ▲ |
| NYC | | | | | ▲ |
| Atlanta | | | ▲ | | |
| Boston | | | ▲ | | |
| Denver | | | ▲ | | |
| Phoenix (Maricopa Co) | | ▲ | | | |
| Miami | | ▲ | | | |
| NOLA | | | ▲ | | |
| San Francisco | | | ▲ | | |
| Seattle | | ▲ | | | |

(FOUO) Overall, based on the Q1 FY 2023 reports submitted by 13 STC regions per cooperative agreement, 4 regions are in Phase IV (Sustainment), 6 regions are in Phase II (Implementation), 2 regions are in Phase I (Engagement) and 1 region is in the process of completing Phase I. Since the second quarter (Q2) of FY 2022, 2 regions have progressed into Phase II, while the remaining 11 regions continue to meet milestones within their respective implementation phases.

Below are brief descriptions of STC regional statuses:

(FOUO) **Chicago – Phase II**: STC Chicago continues to execute the training and equipment distribution plans with five primary screening courses scheduled for Q2 FY 2023 alone. Expansion participant assessments are planned for late FY 2023. The tabletop exercise (TTX),


**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

key to progressing into Phase III in FY 2023, is anticipated for the third quarter (Q3) FY 2023. This TTX will prepare them for a Full-Scale Exercise (FSE) in FY 2024.

(FOUO) While Chicago began implementing STC in 2016, it is currently in Phase II. As reported in the STC Program Assessment Report, the STC Chicago PMO and the National PMO jointly decided it would benefit the regional program to remain in Phase II (Implementation). The COVID-19 pandemic and job attrition have resulted in key personnel in the STC lead agency and partner agencies to leave the program. The STC Chicago PMO is continuing to search for a new STC program manager as well as reestablishing its executive committee and subcommittees to renew each partner's commitment, which has been challenging due to first responder attrition.

(FOUO) **Houston – Phase IV**: STC Houston entered sustainment in 2020. In Q2 FY 2022, they began regional expansion with a Senior Leader's Meeting and Expansion Workshop, which included operators from the Texas Department of Public Safety, Fort Worth Fire Department, and various jurisdictions in Oklahoma. Currently, they continue to train their operational partners through their train-the-trainer instructor cadre, executing equipment recapitalization, and maintaining equipment sustainment through the procurement of a calibration laboratory and radiological training sources. STC Houston's recurring FSE is anticipated in FY 2023–24.

(FOUO) **Los Angeles/Long Beach (LA/LB)-Phase IV**: STC LA/LB entered sustainment in 2020. They are working with the Inland Empire (the metropolitan area inland of and adjacent to LA/LB) and continue to identify new partners to satisfy mission goals. STC LA/LB executes equipment recapitalization and maintains equipment sustainment through the region's established calibration laboratory.

(FOUO) **National Capital Region (NCR)-Phase IV**: STC NCR entered Phase IV in 2020. The region is continuing program execution in Virginia and Maryland jurisdictions, having conducted initial training and equipment distribution. STC NCR is also executing equipment recapitalization. The region's recurring FSE is anticipated during FY 2024.

(FOUO) **New York City (NYC) – Phase IV:** STC NYC (NYC/Newark/Jersey City HRUAs) entered sustainment in 2020. The region is executing equipment recapitalization while a series of events are scheduled in the lead-up to their recurring FSE, such as an STC NYC executive seminar in Q3 FY 2023 and a TTX in Q1 FY 2024. Execution of the FSE is anticipated for Q3 FY 2024.

(FOUO) **Atlanta – Phase II:** STC Atlanta recently progressed to Phase II by commencing the region's training and equipment deployment plans. Training and equipment distribution will continue toward full operational capability (FOC) goals with the region's TTX anticipated in Q3 FY 2023.

(FOUO) **Boston – Phase II:** STC Boston recently progressed to Phase II by commencing the execution of the region's training and equipment deployment plans and conducting a TTX in Q1



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

FY 2023 to validate regional plans and protocols. Training and equipment distribution will continue toward FOC goals as regional plans are refined and finalized. In addition to conducting initial capability development, they are executing limited expansion with neighboring states, holding an executive committee meeting in conjunction with an expansion kickoff meeting with potential expansion partners in Q1 FY 2023.

(FOUO) **Denver – Phase II:** STC Denver continues to execute the region's training and equipment distribution plan and is actively identifying and assessing potential long-term expansion participants. The region's TTX planning is in progress with anticipated execution in Q3 FY 2023.

(FOUO) **Phoenix (Maricopa Co.) – Phase I/II:** STC Phoenix, in their effort to support two recent large-scale special events, has been executing tasks in both Phases I and II simultaneously through comprehensive coordination with the National PMO. The region conducted a plans and protocols validation workshop in Q2 FY 2022. Targeted training and equipment distribution commenced in the fourth quarter (Q4) of FY 2022 to establish the capability required for support of the special events. Training paused in Q2 FY 2023 to finalize regional plans and complete additional Phase I tasks, allowing for full progression into Phase II, which is anticipated to occur by the conclusion of FY 2023.

(FOUO) **Miami – Phase I:** STC Miami continues plan development, including a workshop, and has commenced executing the region's training plan. Their equipment down select was conducted, approved through their Executive Committee, and they are in the process of equipment acquisition. Phase I regional plan validation is anticipated in Q3 FY 2023, allowing progression into Phase II by end of FY 2023.

(FOUO) **NOLA – Phase II:** STC NOLA continues progression through Phase II while executing their training and equipment distribution plans. The region conducted a TTX ahead of Mardi Gras operations in Q2 FY 2022. STC NOLA engaged with their region's Federal Bureau of Investigation (FBI) Regional Render Safe Team through observation of an exercise that executed turnover between Level 3 and Level 5 stabilization operations. STC NOLA is currently executing limited expansion to partner with Baton Rouge to provide initial training and equipment in Q2 FY 2023.

(FOUO) **San Francisco – Phase II:** STC San Francisco continues to execute the region's training and equipment distribution plans, working toward FOC goals. The region is discussing expansion plans and identifying potential partners. The region conducted a TTX in Q1 FY 2023, with the FSE anticipated in early FY 2024.

(FOUO) **Seattle – Phase I:** STC Seattle has received equipment from the National PMO and has executed procurement contracts directly with vendors. In Q1 FY 2023, STC Seattle, with support from CWMD, participated in an interagency Radiological Nuclear Search Operations training evolution with members from Department of Energy's Radiological Assistance Program, Seattle's FBI Regional Render Safe Team, and the STC Denver regional PMO.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

Training commenced in Q2 FY 2023.  Most key plans are drafted and awaiting validation, allowing progression to Phase II by the conclusion of FY 2023.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Appendix B: STC Program Periods

The Securing the Cities (STC) program may be described by three different periods in its development:

**Pilot Program (2007-11):** During this period, the Department of Homeland Security (DHS) worked with two high-risk urban areas (HRUA), New York City and Jersey City/Newark, New Jersey, to implement the program concept and to explore the best means to build out the radiological/nuclear detection capability in HRUAs. The early lessons learned helped to define the program and enabled DHS to establish a standard program implementation model.

**National Program (2012-17):** During the national program period, the STC program established a standardized implementation process, providing up to $30 million to each HRUA over a five-year implementation effort. After five years, HRUAs were responsible for sustaining their efforts with other grants funds or via local revenues. This period was characterized by sequential implementation where all eligible HRUAs competed annually, and one was awarded funds to begin implementation.

**Integrated Program (2018-present):** The current program provides funding to each eligible HRUA or STC region based on their yearly application. CWMD evaluates the application and awards available funds to all eligible regions. The eight new regions designated since 2018 are using their awarded funds to build their initial capability while the first five "legacy cities" or regions are using their funds to sustain and expand their programs.

The DHS Secretary must designate eligible STC regions. The program applies two criteria for eligibility:

1. HRUAs as annually defined in the Federal Emergency Management Agency's Urban Area Security Initiative. This criterion and the designation of HRUAs are both required by the Homeland Security Act of 2002, specifically § 1928 and 2003, respectively (6 U.S.C. §§ 596b, 604).

2. Presence of an FBI Regional Render Safe Level V Team. This criterion is published in the STC Notice of Funding Opportunity and supported by STC's role in the interagency execution of National Security Presidential Memorandum-36: Guidelines for U.S. Government Interagency Response to Terrorist Threats or Incidents in the United States and Overseas.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Appendix C: GAO Recommendations and CWMD Responses

In 2019, the Government Accountability Office (GAO) produced a report[18] that examined three areas: (1) the extent to which Department of Homeland Security (DHS) tracks cities' use of program funds and assesses their performance; (2) what assurance DHS has that cities can sustain capabilities gained through the Securing the Cities (STC) program and the challenges, if any, that cities face in sustaining such capabilities; and (3) potential changes to the STC program and how DHS plans to implement them, the basis for these changes, and the extent to which DHS has communicated with cities about the impact of making changes. After reviewing DHS documents, conducting site visits to all cities in the program regions, and interviewing DHS and city officials, GAO provided Countering Weapons of Mass Destruction Office (CWMD) with four recommendations, three of which GAO agreed to close on August 2, 2021, and one of which GAO agreed to close on November 3, 2021. Below are the recommendations and CWMD's responses to each, including the actions taken to close them.

**GAO Recommendation 1:** The Assistant Secretary of CWMD should ensure the office regularly collects detailed information from cities on expenditures made using program funds and compares that information to approved purchase plans to ensure that these funds were spent as approved, consistent with program goals, and that the expenditures are keeping with the objectives of the program.

**CWMD Response:** DHS CWMD in coordination with DHS Office of the Chief Financial Officer Financial Assistance Policy and Oversight office and the STC partners, instituted a vetted pre- and post-expenditure review process to ensure expenditures are consistent with purchase plans by utilizing restrictions, award-specific conditions, pre- and post-expenditure review measures, as well as desk audits and site visits to fully address the GAO's recommendation. Since November 30, 2021, regions have been required to report quarterly on all applicable budget category spending information to include personnel, fringe benefits, travel, equipment, supplies, contractual, construction, other, total direct, and indirect. It abides by the policies and spirit of the cooperative agreement. It allows the program to perform its due diligence regarding expenditure tracking while minimizing any undue burden to the grantee.

GAO agreed to close this recommendation as implemented on November 3, 2021.

**GAO Recommendation 2:** The Assistant Secretary of CWMD should more fully assess cities' performance by collecting information from cities on achieving key performance metrics and program milestones and enforcing reporting requirements on performance during exercises.

**CWMD Response:** The STC Program Management Office (PMO) is ensuring that regions submit quarterly financial reports and quarterly operations reports which cover key metrics (as

[18] *See* GAO Report – GAO-19-327, *Combatting Nuclear Terrorism: DHS Should Address Limitations to Its Program to Secure Key Cities* (May 2019).


**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

outlined in the STC Implementation Plan submitted to Congress in 2021), as well as reworking the assessment criteria/infrastructure for measuring each region's progress programmatically and technically. The Notice of Funding Opportunities include timelines (i.e., validation dates) in which significant regional deliverables are due. This drives regional programmatic schedules, while performance is measured through secondary screening proficiency testing, training, and exercise assessments. Currently, CWMD is re-examining the existing assessment criteria and methodology being applied to assess a region's capability more accurately.

GAO agreed to close this recommendation as implemented on August 2, 2021.

**GAO Recommendation 3:** The Assistant Secretary of CWMD should analyze risks related to sustaining detection capabilities, work with cities to address these risks, and enforce sustainment planning requirements for future cities.

**CWMD Response:** To mitigate regional sustainment risks, CWMD has implemented several resource and programmatic/policy changes to ensure regions are able to continue carrying out this mission. In FY 2020, CWMD began awarding sustainment cooperative agreements to STC regions which have reached the Sustainment Phase (IV). This will continue the critical funding and programmatic and technical expertise provided by CWMD. This will also ensure regional capability is properly maintained and sustained. In addition to funding and expertise, CWMD's hybrid equipment procurement approach enables CWMD to purchase primary screening equipment to refurbish and replenish regional equipment, as needed. As regions are considering equipment procurement, CWMD encourages their committees to address sustainment requirements and potential issues. Each region's sub-committees are required to begin discussing and contributing to their respective Life-Cycle Sustainment Plans and Integrated Preparedness Plans in the early phases of implementation. From the beginning of the capability development stage, the development of these key documents ensure regions are considering equipment sustainment requirements and the long-term operator training aspects as they make equipment purchases.

GAO agreed to close this recommendation as implemented on August 2, 2021.

**GAO Recommendation 4:** The Assistant Secretary of CWMD should clearly communicate to cities how the existing program will operate until a new program is developed and implemented.

**CWMD Response:** Regular communication from the Deputy Assistant Secretary and the STC program office is conducted. Strategic-level announcements are promulgated through meetings, emails, and conference calls when required. Recently, the STC program strategy and implementation, which are documented in the Implementation Plan (sent to Congress in June of 2021), was distributed to STC partners, and followed up with a discussion at CWMD's STC Semi-Annual Stakeholders Meeting held in the Fall of 2021. This meeting allowed the stakeholders an opportunity to hear from CWMD, Interagency Senior Leadership, and STC Management, and address the GAO recommendations and path forward. CWMD has also instituted regular workshops and information sessions on programmatic and technical topics to


**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

ensure guidance and requirements are clearly communicated to stakeholders. These events commenced in the first quarter of FY 2022 with a Cooperative Agreements 101 session, followed by Reporting, Training & Exercise, and Equipment sessions held in the second quarter of FY 2022.

GAO agreed to close this recommendation as implemented on August 2, 2021.


FOR OFFICIAL USE ONLY

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Appendix D: Lessons Learned

The initial Securing the Cities (STC) implementation was conducted with the New York City (NYC) and Jersey City/Newark high-risk urban areas (HRUA) as a pilot program beginning in 2007. Over the years, the program has collected some high-level lessons learned that are presented below; these have been integrated into the program.

**Cooperative Agreement Period of Performance**

The cooperative agreement periods of performance required adjustments to allow time to fully implement the program in each HRUA. The pilot implementation in 2007 originally specified a five-year effort to build capability in the NYC and Jersey City/Newark HRUAs. The Countering Weapons of Mass Destruction Office (CWMD) and the lead agency (New York Police Department) agreed this did not allow sufficient time to build the local program office, procure equipment, train, and equip personnel, conduct a series of exercises, and plan for sustaining the developed capability. Experience exposed that procurement alone utilizing local procurement mechanisms could take about two years. Working with the Department of Homeland Security's (DHS) Office of Procurement Operations (OPO), the Office of Management and Budget, and Congressional Appropriations Committee staffs, CWMD began implementing over a five-year period of performance once the program expanded beyond the pilot implementation. Implementations in Los Angeles/Long Beach, the National Capital Region, Houston, and Chicago all specified a five-year period of performance. Experience in these four implementations indicated that a five-year period of performance provided the lead agency the required time to successfully build the desired capability. The program currently uses a 10-year period of performance – the first five years are intended to build initial capability and the subsequent years are for sustaining that capability. This change was the result of the Countering Weapons of Mass Destruction Act of 2018, which amended the Homeland Security Act and allowed CWMD to provide HRUAs with sustainment funding and continued support for subject matter expertise. Extension of the period of performance gives the government a mechanism to provide sustainment funding to those HRUAs that have successfully developed capability during the first five years.

**Management/Federal Oversight**

CWMD observed the need for continual collaboration with our local lead agency to provide guidance and overcome the lack of local subject matter expert experience. Therefore, CWMD instituted significant Federal Government oversight and involvement to develop sustainable capability. STC is not managed as a traditional grant program, but as a "cooperative agreement", within the meaning of the Federal Grant and Cooperative Agreement Act of 1977 (P.L. 95-244) (codified via P.L. 97-258 at 31 U.S.C. §§ 6301 *et seq*.), as CWMD is substantially involved and a partner in executing capability development. In addition, CWMD STC staff attend regional meetings and provide subject matter expertise. CWMD STC and the DHS OPO Grants and Financial Assistance Division approve funding and equipment requests that drive the direction of the program in each implementation phase.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

**Cooperative Agreement Structure**

CWMD observed during the New York STC pilot program that coordinating with multiple primary agencies, with differing procedures and priorities, was an onerous process. The Federal Emergency Management Agency subrecipient model was identified for use to ensure better coordination with a single principal partner and to gain efficiencies in federal oversight of a single recipient. Therefore, by design, CWMD STC awards the funding to a lead agency (applicant). The lead agency can subaward STC funds to principal partners and sub-partners as they deem necessary to protect the HRUA. The lead agency is responsible for local program management coordination between partner agencies and CWMD as well as all consolidated reporting for the region, including metrics pertaining to measures of performance. This single interface provides smooth partner integration and a more streamlined reporting and communications infrastructure.

**Enterprise Architecture and Information Exchange**

CWMD observed in the pilot program that information pathways and enterprise architectures should be addressed early in the regional program development process. Information exchange is critical to maximize the benefits of increased detection capabilities, improved training, and regional cooperation. Pilot program implementation revealed the tendency to focus primarily on operations planning, equipment procurement, distribution, and training on detection systems at the expense of addressing information pathways and enterprise architectures. To improve the execution of the preventative radiological and nuclear (R/N) detection mission, data gathered must be distributed to appropriate operations and partners. The appropriate partners include CWMD and other related federal and regional partners. This distribution and processing of data requires the derived information be integrated with existing (and planned) communications and notification systems. As a result, CWMD STC implements a regional Information Sharing sub-committee. The committee is responsible for identifying the essential elements of information, the relevant partners in each region, and existing/non-existing information exchange processes/systems required to ensure proper and timely notifications to key essential personnel.

**Long-Range Training and Exercise Plan**

During the pilot program, CWMD observed that a training and exercise program was needed to tie together and reinforce all aspects of the program. It was determined that each aspect of the program operating independently was not effective. Multiple STC stakeholders and the Department of Energy training cadre noted that without a mandatory repetitive exercise cycle and method for accountability, competing mission requirements were likely to cause training delays, skill atrophy, or reduced compliance among responders. Operational capability cannot be built or sustained without a robust long-range training and exercise plan based on progressive Homeland Security Exercise and Evaluation Program compliant exercises to build on formal and informal training. Refresher training, routine drills, and periodic exercises must be conducted to ensure operators maintain proficiency with equipment and procedures. CWMD requires partners


WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

to develop and execute an Integrated Preparedness Plan (IPP), previously called the Multi-Year Training and Exercise Plan , that demonstrates each jurisdiction's intended training and exercise activities throughout the course of their cooperative agreement's period of performance.

**Long-Term Capability Sustainment**

CWMD observed that issuing detection equipment and having state, local, tribal, and territorial (SLTT) agencies responsible for long-term, periodic calibration, maintenance, and repair may result in the capability becoming defunct over time. The cost of maintenance and repair over the lifetime of a piece of equipment is prohibitive with respect to SLTT agency budgets and competing demands. The equipment requires periodic calibration, maintenance, and regular software upgrades; and without a federally funded and planned solution, the equipment is at risk of remaining on the shelf instead of being deployed. CWMD is in the process of pursuing an Integrated Logistic Support contract to assist with long-term sustainment covering equipment maintenance, calibration, recapitalization, and disposal.

**Standardized Implementation Structure and Methodology**

During the pilot program, CWMD observed that providing a standardized implementation structure which could be tailored to meet each region's internal procedures was needed. The CWMD STC program created a structured implementation methodology. Each implementation has the same mission, goals, and milestones that must be achieved to be successful. As a result, CWMD STC created a "Program in a Box" that consists of governance and operational templates. This concept resulted in regional implementations becoming more productive and therefore, more successful when provided with guidance, direction, products, and support. To date, the executive leadership in every implementation region has requested the same guidance and support. This ensures some degree of standardization across the Nation regarding operations, training, exercises, and equipment.

**Sustainment Funding**

By initial design, CWMD direct funding support to the region would end at the conclusion of the first five-year implementation engagement. CWMD would continue program management assistance and technical support, while the regions were expected to fund sustainment using local funds and/or other means. CWMD observed this design proved ineffective and unreliable for sustaining the regional programs for several reasons including that the R/N detection mission has not competed well against other grant requirements in STC regions.

In addition to identifying the need for a sustainment phase of the program, dedicated federal funding was also required. CWMD, subject to the availability of funds, will provide financial support to maintain the regional capability beyond the initial five-year implementation period into the sustainment phase (years 6-10 of the initial period of performance) and beyond, to improve reliability of sustainment, program stability, and providing ongoing direct technical support. Through the Notice of Funding Opportunity and deliberative processes, CWMD will


**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

evaluate funding to maintain program stability and sustainment. A region is expected to execute all plans supporting sustainment, to include the regional IPP and comply with all reporting criteria required by CWMD. In the future, CWMD will primarily support equipment maintenance, and recapitalization for each of the regions through a Logistics Hub. To maintain eligibility for CWMD federal sustainment funding, a region is expected to successfully complete the -year exercise cycle and execute expansion.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Appendix E: Definitions

**Federal Bureau of Investigations (FBI) Regional Render Safe Team:** The FBI and National Nuclear Security Administration administer the program to train and equip teams of law enforcement and technical experts from federal, state, local, tribal, and territorial agencies to identify, isolate, diagnose, and conduct render safe operations for an improvised nuclear device or a radiological dispersal device. Regional Render Safe Teams, previously called FBI Level V Stabilization Teams, have the greatest capability of the teams in the Stabilization Program.

**Federal Regional Leads:** Countering Weapons of Mass Destruction Office (CWMD) Federal Program staff who support the STC regions in the implementation of the program.

**Homeland Security Exercise and Evaluation Program:** The Homeland Security Exercise and Evaluation Program provides a set of guiding principles for exercise programs, as well as a common approach to exercise program management, design and development, conduct, evaluation, and improvement planning. Exercises are a key component of national preparedness. They provide elected and appointed officials and stakeholders from across the whole community with the opportunity to shape planning, assess and validate capabilities, and address areas for improvement.

**Lead Agency:** The lead agency (the cooperative agreement award recipient) is located in the high-risk urban area. This agency is responsible for the administration of the STC program within the region.

**National-Level Reachback:** Primary and secondary screening efforts within the STC structure that result in positive indications of threat material out of regulatory control that result in transmission to the Department of Energy Nuclear Emergency Support Team for national-level adjudication and, when appropriate, deployment of follow-on interagency response assets.

**Principal Partner:** Principal partners consist of a variety of the region’s law enforcement agencies (to include other local cities, counties, and state agencies), fire services, radiation health agencies, and special district government entities such as regional transit authorities. They could also include Native American tribal governments (federally recognized), and maritime components including members of the Area Maritime Security Committee. Principal partners are proposed by the lead agency in their Notice of Funding Opportunity application and approved by CWMD STC and the Office of Procurement Operations Grants Officer.

**Region:** Cities/regions designated by the Federal Emergency Management Agency list of high-risk urban areas each year per § 2003 of the Homeland Security Act and are located in the proximity of FBI Regional Render Safe Teams.

**Securing the Cities Program:** A congressionally authorized program, managed through the Assistant Secretary for CWMD, to enhance the ability of the United States to detect and prevent



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid “need-to-know” without prior approval of an authorized DHS official.

terrorist attacks and other high-consequence events utilizing nuclear or other radiological materials that pose a risk to homeland security in high-risk urban areas.

**Sub-Partner:** Agencies that have an agreement with the lead agency of an STC region but do not have voting privileges on the executive committee.

**Urban Area Security Initiative:** The Urban Areas Security Initiative (UASI) Program assists high-risk urban areas in efforts in preventing, preparing for, protecting against, and responding to acts of terrorism. The UASI program is intended to provide financial assistance to address the unique multi-discipline planning, organization, equipment, training, and exercise needs of high-risk urban areas, and to assist these areas in building and sustaining capabilities to prevent, prepare for, protect against, and respond to threats or acts of terrorism using the whole-of-community approach.



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Appendix F: Acronyms and Abbreviations

| Abbreviation | Definition |
|---|---|
| CONOPS | Concept of Operations |
| COVID-19 | Coronavirus Disease 2019 |
| CWMD | Counting Weapons of Mass Destruction Office |
| DHS | Department of Homeland Security |
| DOE | Department of Energy |
| FBI | Federal Bureau of Investigation |
| FEMA | Federal Emergency Management Agency |
| FFR | Federal Financial Report |
| FOC | Full Operational Capability |
| FR | First Responder |
| FSE | Full-Scale Exercise |
| FSLTT | Federal, State, Local, Tribal, and Territorial |
| FY | Fiscal Year |
| GAO | Government Accountability Office |
| GII | Geospatial Information Infrastructure |
| HRUA | High-Risk Urban Area |
| IOC | Initial Operational Capability |
| IPP | Integrated Preparedness Plan |
| LA/LB | Los Angeles/Long Beach (STC region) |
| LE | Law Enforcement |
| NCR | National Capital Region (STC region) |
| NNSA | National Nuclear Security Administration |
| NOFO | Notice of Funding Opportunity |
| NOLA | New Orleans, Louisiana (STC region) |
| NSPM-36 | National Security Presidential Memorandum–36 |
| NYC | New York City (STC region) |
| OPO | Office of Procurement Operations |
| P.L. | Public Law |
| PMO | Program Management Office |
| POAM | Plan of Actions and Milestones |
| PPR | Performance Progress Report |
| PRD | Personal Radiation Detectors |
| PRND | Preventive Radiological Nuclear Detection |
| Q1 | First Quarter |
| Q2 | Second Quarter |
| Q3 | Third Quarter |
| Q4 | Fourth Quarter |
| R/N | Radiological and Nuclear |


FOR OFFICIAL USE ONLY
**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

| Abbreviation | Definition |
|---|---|
| SLTT | State, Local, Tribal and Territorial |
| STC | Securing the Cities |
| TTX | Tabletop Exercise |
| UASI | Urban Areas Security Initiative |



**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security (DHS) policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

# Exhibit D

United States Government Accountability Office

Report to Congressional Committees

March 2024

# NUCLEAR TERRORISM PREVENTION

## DHS Has Strengthened the Securing the Cities Program, but Actions Are Needed to Address Key Remaining Challenges

GAO-24-106922

GAO
# Highlights

Highlights of GAO-24-106922, a report to congressional committees

March 2024

# NUCLEAR TERRORISM PREVENTION

## DHS Has Strengthened the Securing the Cities Program, but Actions Are Needed to Address Key Remaining Challenges


## Why GAO Did This Study

The U.S. faces an enduring threat that terrorists could steal or smuggle nuclear or radiological materials to use in a terrorist attack. The Department of Homeland Security initiated the STC program as a pilot in 2007 to reduce the risk of such attacks by developing and enhancing sustainable radiological and nuclear detection capabilities of state and local agencies in high-risk urban areas. The program includes 13 regions. CWMD awarded about $300 million to these regions through fiscal year 2023.

The CWMD Act of 2018 included a provision for GAO to evaluate the STC program once CWMD completed an assessment of the program, which it did in 2022. This report evaluates (1) CWMD's efforts to strengthen the STC program and address regions' challenges and (2) the extent to which CWMD is measuring and tracking STC regions' performance.

GAO reviewed CWMD and STC regions' documents, interviewed officials from CWMD and from each region, and visited two regions carrying out training exercises. GAO compared CWMD's performance assessment approach with key practices for assessing program effectiveness that GAO identified in prior work.

## What GAO Recommends

GAO is making five recommendations, including that CWMD clearly communicate performance expectations to STC regions, collect quality information from the regions, and ensure regions' timely progress through program phases and toward achieving program goals. DHS concurred with the recommendations.


View GAO-24-106922. For more information, contact Allison Bawden at (202) 512-3841 or bawdena@gao.gov.

## What GAO Found

The Department of Homeland Security's Countering Weapons of Mass Destruction Office (CWMD) has taken multiple steps to strengthen the Securing the Cities (STC) program and is working with regions to address remaining program implementation challenges. CWMD awards funding to support STC regions' program administration. It also funds the procurement and deployment of radiological and nuclear detection equipment and training for the law enforcement officers and other agency partners who use it. To strengthen the program, CWMD has increased outreach and communication activities, developed templates for regional planning and quarterly reporting, and ensured regions' access to long-term federal funding to sustain their STC-related capabilities.

As CWMD continues to improve the program, it is also working with STC regions to address challenges that may affect program implementation. Regions identified several key challenges, including staff attrition and turnover; availability and difficulty of scheduling training courses; and keeping partner agencies engaged with the STC program mission among other competing priorities.

**Photos of Types of Nuclear and Radiological Detection Equipment**




Source: Department of Homeland Security (photos). | GAO-24-106922

CWMD's approach to measuring and tracking regions' performance—outlined in a 2023 revision to its STC program implementation plan—generally follows the key practices and their supporting actions for assessing program effectiveness. For example, CWMD uses weekly or biweekly meetings with the STC regions to provide tailored information that regions need to address specific issues affecting their program implementation. However, it has not clearly communicated to the regions the performance expectations and planned assessment approach adopted in the revised plan. By doing so, CWMD would increase the transparency and accountability for results being achieved through the program.

CWMD is collecting and reviewing regional performance data to set targets and benchmarks for assessments that it plans to begin in fiscal year 2025. However, it needs to take additional steps to ensure that information collected from the regions is timely, consistent, complete, and accurate. CWMD officials also stated that they need to complete ongoing and planned efforts to better oversee and hold regions accountable for their performance and timely progress through program phases and toward achieving program goals. By taking these steps, CWMD will be in a better position to use evidence to manage the STC program more effectively, demonstrate regions' progress toward meeting the program goals, and communicate these results to stakeholders.

# Contents


| | | |
|---|---|---|
| Letter | | 1 |
| | Background | 5 |
| | CWMD Has Strengthened Its Program to Secure Cities and Is Addressing Regional Challenges to Ensure Progress toward Achieving and Sustaining Detection Capabilities | 11 |
| | CWMD Generally Follows Key Practices in Its Planned Approach for Assessing STC Program Effectiveness but Has Not Been Conducting Formal Performance Assessments | 18 |
| | Conclusions | 26 |
| | Recommendations for Executive Action | 27 |
| | Agency Comments | 27 |
| Appendix I | Assessment of the Countering Weapons of Mass Destruction Office's Approach Compared with 13 Key Practices | 30 |
| Appendix II | Comments from the Department of Homeland Security | 33 |
| Appendix III | GAO Contact and Staff Acknowledgments | 37 |
| Tables | | |
| | Table 1: Examples of Outcomes and Performance Measures in CWMD's STC Implementation Plan | 24 |
| | Table 2: Assessment of the Countering Weapons of Mass Destruction Office's Approach to Assessing Securing the Cities Program Performance Compared with Key Practices | 31 |
| Figures | | |
| | Figure 1: Securing the Cities Program Regions and Dates When They Joined | 3 |
| | Figure 2: Securing the Cities Program Phased Implementation Approach | 7 |
| | Figure 3: Photos of Types of Nuclear and Radiological Detection Equipment | 10 |

Figure 4: Analysis of the Countering Weapons of Mass Destruction Office's Approach for Assessing Securing the Cities Regions' Performance Compared with Key Practices 20

**Abbreviations**

| | |
|---|---|
| CWMD | Countering Weapons of Mass Destruction Office |
| DHS | Department of Homeland Security |
| STC | Securing the Cities |

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.

GAO U.S. GOVERNMENT ACCOUNTABILITY OFFICE
**441 G St. N.W.**
**Washington, DC 20548**

March 20, 2024

Congressional Committees

The U.S. faces an enduring threat that terrorists could steal or smuggle nuclear or radiological materials to use in a terrorist attack, and efforts to counter such threats are considered a top national priority.[1] The Countering Weapons of Mass Destruction Act of 2018 amended the Homeland Security Act of 2002 to establish in statute the Department of Homeland Security's (DHS) Countering Weapons of Mass Destruction Office (CWMD) and to authorize CWMD to implement the Securing the Cities (STC) program.[2] CWMD works to protect against the dangers posed by hostile state and nonstate actors who seek to acquire and use nuclear, chemical, radiological, or biological materials in the form of weapons of mass destruction to harm Americans or U.S. interests.[3]

DHS initiated the STC program in fiscal year 2007 as a pilot in the New York City, Jersey City, and Newark region. The mission of the STC program is to enhance the ability of the U.S. to detect and prevent the

[1]GAO, *Combating Nuclear Terrorism: DHS Should Address Limitation to Its Program to Secure Key Cities*, GAO-19-327 (Washington, D.C.: May 13, 2019). In addition, in March 2023, President Biden signed National Security Memorandum-19, which sets forth a national strategy to, among other things, reduce the risks posed by the malevolent use of nuclear and radiological materials. The White House, "FACT SHEET: President Biden Signs National Security Memorandum to Counter Weapons of Mass Destruction Terrorism and Advance Nuclear and Radioactive Material Security" (Mar. 2, 2023).

[2]Pub. L. No 115-387, §§ 2(a)(2), 2(a)(10), 132 Stat. 5162, 5164 (amending the Homeland Security Act of 2002, Pub. L. No. 107-296) (codified at 6 U.S.C. §§ 591, 596b). DHS's Domestic Nuclear Detection Office implemented the STC program for the program's first decade. During this time, this office was the primary entity in the U.S. government responsible for implementing domestic nuclear detection efforts to support a managed and coordinated strategy to counter nuclear or radiological threats. In October 2017, DHS initiated an intradepartmental reorganization under which the office was consolidated with other offices into a new office, known as the Countering Weapons of Mass Destruction Office. The Countering Weapons of Mass Destruction Act of 2018 redesignated the office as CWMD.

[3]CWMD manages programs intended to enhance the U.S.' ability to detect, deter, and defend against chemical, biological, radiological, and nuclear threats. The primary statutory missions of the CWMD office are coordinating with other federal efforts and developing a strategy and policy for the department to (1) plan for, detect, and protect against the importation, possession, storage, transportation, development, or use of unauthorized chemical, biological, radiological, or nuclear materials, devices, or agents in the U.S.; and (2) protect against an attack using such materials, devices, or agents against U.S. people, territory, or interests.

malevolent use of nuclear and radioactive materials that pose risks to high-risk urban areas. Therefore, the STC program seeks to reduce the risk of a successful deployment of a nuclear or radiological weapon against cities and surrounding metropolitan areas in the U.S. by providing, among other things, equipment and training to detect nuclear and radiological material before an incident involving these materials occurs. Our prior work has shown that a radiological weapon, also called a dirty bomb, detonated in an urban area has the potential of producing hundreds of deaths from evacuations and tens of billions of dollars in socioeconomic damage.[4]

From 2012 through 2016, DHS initiated efforts to expand the program beyond the pilot phase and added four major metropolitan regions across the country, which, along with the New York City region, are referred to as the legacy regions. In 2020, the STC program expanded again and currently includes 13 participating regions across the U.S., as shown in figure 1.[5] The STC program has awarded the regions about $300 million from fiscal year 2007 through the end of fiscal year 2023, with annual funding averaging around $29 million in recent years.

[4]GAO, *Combating Nuclear Terrorism: NRC Needs to Take Additional Actions to Ensure the Security of High-Risk Radioactive Material*, GAO-19-468 (Washington, D.C.: Apr. 4, 2019). According to experts and recent studies, fatalities are unlikely to result from a radiological dispersal device, or dirty bomb. Studies in 2017 and 2018 from Sandia National Laboratories measuring the consequences of these devices found that there would be no immediate fatalities from radiation. The experts convened for our 2019 report generally agreed that socioeconomic effects (e.g., relocations and cleanup costs) and fatalities that could result from evacuations are the most relevant criteria for evaluating the risks of radioactive material.

[5]CWMD uses the Federal Emergency Management Agency's designations for High-Risk Urban Areas. These areas include the 100 most populous metropolitan areas in the U.S, which are assessed annually for their relative risk of terrorist acts. In some instances, CWMD has consolidated multiple cities into a single region. As a result, the STC program includes 13 regions composed of 15 cities deemed a high risk for a nuclear or radiological attack. For reporting purposes, we will use the terms "region" or "STC regions" to refer to the participating cities and surrounding metropolitan areas.

**Figure 1: Securing the Cities Program Regions and Dates When They Joined**




Sources: Department of Homeland Security; Map Resources (map). | GAO-24-106922

In May 2019, we identified several limitations in CWMD Office's efforts to implement the STC program.[6] We found that CWMD did not collect information needed to fully track the regions' use of STC funds for approved purposes and to assess regions' performance in the program. We reported that CWMD tracked some performance data but did not

[6]GAO-19-327.

collect data needed to ensure that performance metrics and program milestones were achieved. To address limitations that we identified with CWMD's management of the STC program, we made four recommendations to CWMD, including that the agency should more fully assess regions' performance by collecting information on achievement of key performance metrics and milestones and enforcing reporting requirements.[7]

The Countering Weapons of Mass Destruction Act of 2018 included a requirement for CWMD to develop an implementation plan and strategy for the STC program. CWMD issued this plan in June 2021. The act also required that CWMD assess performance of the STC program based on this plan, which it completed in August 2022. The act also included a provision for GAO to evaluate CWMD's implementation plan and progress in achieving and sustaining STC program capabilities.[8] This report examines (1) what steps CWMD has taken to strengthen the program and address any challenges facing the STC regions in achieving and sustaining detection capabilities and (2) the extent to which CWMD is measuring and tracking participating regions' progress toward achieving the goals and objectives of the STC program.

To address the first objective, we reviewed CWMD guidance, policies, and other agency documentation that establish the structure of the program and support provided to the regions. We reviewed cooperative agreements that CWMD enters into with the STC regions, which include the terms and conditions for participation in the program and their associated funding awards. We interviewed CWMD officials about changes to the STC program, such as steps to improve communication between CWMD and the regions and CWMD's process for overseeing the regions' timely development and submission of required plans and reports. We interviewed officials from each of the 13 regions to learn about their experiences and perspectives on participating in the program, including challenges they face and steps CWMD is taking to address their

[7]In November 2021, we determined that CWMD had taken steps to implement each of the four recommendations.

[8]Pub. L. No 115-387, § 2(a)(10), 132 Stat. 5162, 5164 (codified at 6 U.S.C. § 596b(d)(3)). The act directs GAO to report on its findings within 18 months of the date when CWMD issued its 2022 assessment report.

challenges.[9] We also conducted site visits to two STC regions that were conducting training exercises and attended a semiannual national STC program meeting.

To address the second objective, we interviewed CWMD officials and analyzed regional plans and quarterly performance progress reports. We compared the 2023 STC Program Implementation Plan developed by CWMD with key practices we have previously identified for performance management and for evidence-building activities for managing and assessing the results of federal efforts.[10] We also interviewed officials from each of the 13 STC regions. We asked about their efforts to implement the program in their areas, their performance goals and objectives, and how CWMD has assessed and communicated to them about their performance and progress. Further, we discussed with regional officials what actions CWMD has taken to hold regions accountable. We obtained and reviewed performance reports and other documentation the STC regions must submit to CWMD to document their activities and progress.

We conducted this performance audit from June 2023 to March 2024 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

# Background

## STC Program Goals and Phases

The STC program has three primary goals: (1) enhance regional capabilities to detect, identify, report, and interdict nuclear and other radioactive materials out of regulatory control; (2) provide regional training and exercise opportunities necessary to enhance regional capabilities;

[9]For these interviews, we used a standard set of questions to capture the officials' responses and perspectives on the STC program. We analyzed the results of these interviews and related documents. We use the following modifiers to characterize our findings, as follows: "some" represents three to four regions, "several" represents five to six regions, "many" represents seven to eight regions, "most" represents nine to 10 regions, and "nearly all" represents 11 to 12 regions, and "all" or "each" for 13 regions.

[10]GAO, *Evidence-Based Policymaking: Practices to Help Manage and Assess the Results of Federal Efforts*, GAO-23-105460 (Washington, D.C.: July 12, 2023).

and (3) support long-term sustainment of these critical capabilities over time.

The program has the following four objectives to help accomplish these goals:

1. Assist state, local, tribal, and territorial agencies in developing radiological/nuclear detection and reporting capability. This helps ensure more efficient operations and better communications with the regions and their partners in the event of an attack.
2. Establish information connectivity to support radiological/nuclear alarm adjudication through developed interagency protocols. This requires establishment and connection of partner agencies' systems, including cellphones, tablets, and laptops, so that information about a potential threat alarm flows to those who need it to determine an appropriate response.
3. Establish administrative infrastructure to support a radiological/nuclear detection program.
4. Establish coordination mechanisms between federal, state, local, tribal, and territorial partners for day-to-day operations; enhance these operations to provide additional detection capabilities for planned special events with increased security needs or as part of coordinated responses to identified threats; and search operations.

The STC program consists of five phases that provide participating regions with a framework for the planning, engagement, implementation, integration, and sustainment of nuclear or radiological detection capabilities, as shown in figure 2.

**Figure 2: Securing the Cities Program Phased Implementation Approach**

**Phase 0: Planning and analysis**

Prepare for joining the Securing the Cities program (STC)

- Countering Weapons of Mass Destruction Office (CWMD) develops and issues a notice of funding opportunity for each region
- Initial engagement with federal partners
- Coordinate with potential lead agencies

**Phase I: Engagement**

Year 1 (est. time 1 year)

Establish regional program and governance structure

- Issue notice of financial assistance
- Establish cooperative agreement with lead agency for the STC region
- Define requirements, establish regional committees with signed charters
- Draft initial program plans, such as a regional implementation plan, information exchange plan, and life cycle sustainment plan
- Begin procuring equipment

**Phase II: Implementation**

Year 2–4 (est. time 3 year)

Achieve initial operational capability

- Finalize and sign planning documents
- Continue to procure and distribute equipment, conduct training
- Begin to discuss and explore program expansion with CWMD
- Establish initial operational capability

**Phase III: Integration**

Year 5 (est. time 1 year)

Achieve full operational capability

- Able to integrate into national detection framework
- Conduct and successfully complete a full-scale exercise
- Establish full operational capability
- Plan and execute program expansion

**Phase IV: Sustainment**

Year 6+

Routine assessment and improvement of long-term capabilities

- Continue personnel training and exercises; refresh equipment
- Regularly review and update regional plans
- Conduct one full-scale exercise every 5 years
- Establish long-term sustainment of regional detection and reporting capability
- Continue with planning and executing program expansion

Source: GAO summary of Department of Homeland Security information. | GAO-24-106922

As of December 1, 2023, four STC regions are in the sustainment phase (IV), six regions are in the implementation phase (II), and three regions are in the engagement phase (I).

## How the STC Program Operates

The STC program operates as a cooperative agreement between CWMD and eligible regions.[11] A full cooperative agreement package for the STC program includes a notice of funding opportunity, notice of financial assistance, terms and conditions for award recipients, and general guidance for the program.

[11] A cooperative agreement is a legal instrument of financial assistance between a federal agency and a recipient, the principal purpose of which is to transfer anything of value to the recipient to carry out a public purpose authorized by law instead of acquiring property or services for the federal government's direct benefit or use. The distinction between a cooperative agreement and a grant agreement is that substantial involvement is expected between the federal agency and the recipient when carrying out the activity contemplated by the federal award, whereas such involvement is not expected in carrying out a grant agreement. 31 U.S.C. §§ 6304-6305; 2 C.F.R § 200.1.

CWMD seeks applications for the program through a notice of funding opportunity, which lays out eligibility criteria and other requirements.[12] In its application to the STC program, the interested region identifies the proposed lead agency that will be responsible for administering the program, such as a city police department, and provides program details to answer the requirements specified in the funding notice. CWMD then evaluates the application, awards a cooperative agreement, and begins engaging with the lead agency to start building the local program structure.

When CWMD accepts a region into the STC program, the lead agency receives a notice of financial assistance, which details the approved budget for an approved budget period, among other requirements. The lead agency can then award funds to its local and state principal partners and subpartners, such as police departments, fire departments, and public health agencies. The lead agency is responsible for local program management, procuring and deploying equipment to its partners, and coordination with CWMD. It is also responsible for developing and submitting required plans and other reports, including required quarterly performance reports with expenditure information, as required by the cooperative agreement.

For awards to STC regions that joined the program between fiscal years 2012 and 2019, CWMD used cooperative agreements that covered a 5-year period of performance, under which the regions were eligible to receive and obligate funding. In some instances, the regions could seek an extension to obligate their funds if they had been unable to do so within the original period of performance. Beginning in fiscal year 2020, CWMD entered into a new series of cooperative agreements with each of the 13 STC regions that included 10-year periods of performance, to include continued federal support for all program phases. The new 10-year agreements include budget periods of 12 months each and require regions to apply annually for the next funding increment. According to CWMD, the applications should contain the following elements: project narrative; key personnel; principal partners; detailed budget by category; separate narrative and budget for carryover funding from prior year by

[12]Beginning in fiscal year 2012, the program opened eligibility to regions in DHS's Urban Area Security Initiative identified as having the highest risks for a terrorist attack. This initiative is a program that provides funding to enhance regional preparedness and capabilities in designated high-risk urban areas.

category, such as equipment and training; and other required standard forms.

## STC Program Activities

Regions participating in the STC program may spend their funds on nuclear and radiological detection equipment and training and administrative program costs, among other things. Such equipment and training are the basis for the detection capabilities developed through the program. Several types of detection equipment may be used.

- **Personal radiation detectors** are wearable radiation detectors, approximately the size of a cellular phone. When exposed to elevated radiation levels, the devices alarm with flashing lights, tones, vibrations, or combinations of these. Most personal radiation detectors numerically display the detected radiation intensity (on a scale of zero to nine) and alert their users to nearby radiation sources. However, they typically are not as sensitive as more advanced detectors and cannot identify the type of radiation source.
- **Radiation isotope identification devices** are radiation detectors that can analyze the energy spectrum of radiation, which enables them to identify the specific material emitting the radiation. Such devices may determine if detected radiation is coming from a potential threat or from naturally occurring radioactive material, such as granite.
- **Mobile detection systems** contain larger detectors. Typically, mobile detection systems interface with a laptop computer to display alarms and analysis, and they are capable of both detection and identification. This type of system may be mounted on vehicle platforms, such as cars, trucks, vans, boats, or helicopters.
- **Radiation detection backpacks** are used for initial screening and for conducting wide area searches, according to CWMD officials. These officials said the size of the detector contained within the backpack allows the operator greater detection sensitivity as compared with a personal radiation detector. CWMD officials also said these devices are especially useful for screening a large venue for radiological materials prior to occupancy by the public.

Figure 3 shows examples of such equipment.

**Figure 3: Photos of Types of Nuclear and Radiological Detection Equipment**




Source: Department of Homeland Security (photos). | GAO-24-106922

## STC Program Implementation Plans

The Countering Weapons of Mass Destruction Act of 2018 required CWMD to develop an implementation plan for carrying out the STC program that includes

1. a discussion of the goals of the STC program and a strategy to achieve those goals,
2. performance metrics and milestones for the STC program,
3. measures for achieving and sustaining capabilities under the STC program, and
4. costs associated with achieving the goals of the STC program.

CWMD developed and issued its initial Implementation Plan for the Securing the Cities Program on June 4, 2021.[13] Since then, language accompanying the office's appropriations has twice directed CWMD to update its STC implementation plan, with the most recent revision issued in June 2023.[14] For this report, we focus on the program assessment approach and the set of performance measures and outcomes adopted in the 2023 revisions to the plan.

---

[13]Department of Homeland Security, Countering Weapons of Mass Destruction Office, *Implementation Plan for the Securing the Cities Program, Fiscal Year 2019 Report to Congress* (June 4, 2021). The act included a deadline for the implementation plan to be submitted to the appropriate congressional committees and the Comptroller General of the United States by December 21, 2019.

[14]The directions to update the implementation plans were included in the joint explanatory statements accompanying the DHS appropriations acts for fiscal years 2022 and 2023. CWMD issued its first revision to the plan in November 2022 and its second revision in June 2023.

## CWMD Has Strengthened Its Program to Secure Cities and Is Addressing Regional Challenges to Ensure Progress toward Achieving and Sustaining Detection Capabilities

CWMD has taken multiple steps to strengthen the STC program and continues working with the regions to address challenges and ensure continued progress toward achieving and sustaining their detection capabilities. Specifically, CWMD has incorporated lessons learned from implementing the STC program over the years. Further, it has addressed our prior recommendations to strengthen the program, including increasing outreach, developing planning and reporting guidance, and providing long-term federal sustainment funding. Along with these improvements, CWMD is working with the STC regions to address challenges they continue to face in implementing their programs, such as staff attrition, training availability and scheduling, partner engagement, and expansion of their programs.

### CWMD Has Taken Multiple Steps to Strengthen the STC Program

In 2020, CWMD began taking multiple steps to strengthen the STC program that reflect lessons learned from years implementing the program, as well as recommendations in our prior work. The steps include increasing outreach and communication, developing planning and reporting templates, and providing federal funding for sustainment of capabilities developed through the STC regional programs.

#### Increased Outreach and Communication

CWMD's current STC program leadership is conducting extensive outreach activities to foster more consistent, frequent, and collaborative communication between CWMD and the STC regions and among the regions themselves. These include initiating a range of regularly scheduled activities, such as weekly or biweekly meetings for STC regions and federal program leaders; monthly webinars on programmatic and technical topics; semiannual meetings; and other information sessions, as needed, to help provide the regions with guidance on program requirements. Most of the STC regional officials we interviewed told us they appreciated the "open door" approach CWMD has fostered and the flexibility to keep in touch with their assigned federal program managers as frequently as needed to get assistance. Some officials also noted that when CWMD cannot provide the answers or solutions needed to their questions, it makes the effort to connect regions to those who can.

In our interviews with officials of the 13 STC regions, most described the increased outreach and communication between CWMD leadership and the regions as one of the primary improvements to the program in recent years. This includes encouraging the regions to coordinate and collaborate with each other to work through common issues. Regarding

the outreach activities CWMD initiated, officials from each of the 13 STC regions we interviewed told us that the semiannual meetings have presented meaningful opportunities to develop in-person relationships with their colleagues to share information, best practices, and lessons learned through their experiences in their respective regions.

## Planning and Reporting Templates

CWMD standardized its implementation structure with what it refers to as a "Program in a Box" in response to lessons learned from the pilot program and requests for guidance from regions, according to CWMD planning documents. The Program in a Box includes templates for the various planning and governance documents the STC regions must develop, such as a regional implementation plan and executive committee charters. While these templates help establish a degree of standardization and set expectations for what the regions should include in their respective plans, CWMD officials told us they are open to the regions using other formats that could be tailored to meet their needs and internal procedures.

CWMD officials told us they have also started an internal community of interest website to serve as a repository for national and regional STC program documentation. The regions can voluntarily upload their planning, quarterly performance reports, and other documentation to serve as resources and best practices for other regions to adopt. This also includes utilizing a DHS platform that offers STC regions the ability to customize and visualize the data they report on their operational, training, and equipment activities.

Additionally, in March 2023, CWMD revised its quarterly reporting templates to help ensure that more consistent and complete information was collected about the regions' operations and activities. Officials from some of the STC regions we interviewed told us they were uncertain about what information CWMD wanted them to report using the prior templates because the templates did not contain instructions or guidance on what information to include. For example, it was unclear what period should be covered in the report or what some of the acronyms meant. In revising the templates to better align with information CWMD needed to track regional performance, CWMD also developed a cover page that includes instructions for completing the report, a table with the months covered by each quarter of the federal fiscal year, and definitions for key terms.

## Federal Sustainment Funding

Beginning with fiscal year 2020 grant awards, CWMD entered into cooperative agreements that provide for a 10-year period of performance,

including funding for the sustainment phase. According to CWMD, providing federal funding beyond the initial 5-year implementation period was necessary to assure sustained regional capabilities, support program stability, and provide ongoing direct technical support.[15] As we found in our prior work, officials from the five legacy regions raised concerns about their ability to maintain and sustain capabilities over time without a dedicated source of federal funding.

Though four STC regions have entered the sustainment phase, officials from many regions we interviewed told us about planning benefits from assured federal funding beyond their initial implementation phase. For example, officials from one region told us that before federal sustainment funding was available, the region had delayed developing its life cycle sustainment plan to focus on short-term efforts to procure and distribute equipment to its existing partners. However, the officials told us the availability of the long-term funding enabled the region to take a broader outlook to sustain the capabilities it developed. Officials from many of the STC regions we interviewed told us that the sustainment funding will help their efforts to maintain and recruit additional partnerships as they work to expand their respective programs' coverage. For example, officials from two regions explained that, given the expense of equipment and trainings, the long-term funding makes it easier to recruit partner agencies because they do not need to burden their own financial resources.

## CWMD Is Working to Address a Variety of Challenges Affecting Some Regions' Program Implementation

As CWMD continues its efforts to strengthen the STC program, it is also working with the regions to address a variety of internal and external challenges and issues affecting program implementation. From our interviews with officials from each of the 13 STC regions and analysis of their annual program reviews for fiscal years 2023 and 2024, we found the following:

- **Officials from several regions reported challenges related to staff attrition and turnover in STC programs and partner agencies that can make it difficult to administer the program and maintain continuity of operations.** Staff attrition rates from retirements, reassignments, promotions, and other factors have led to staffing shortages and unfilled positions in some regional programs, causing

[15]When the STC program was initially formed, federal funding was provided for an initial 5-year implementation period when the participating regions were expected to develop their programs and detection capabilities. While CWMD would continue to assist with program management and provide technical support, the expectation was for the regions to secure the funding needed for continued sustainment of the capabilities and equipment thorough local, state, or other sources.

difficulty maintaining the organizational capacity needed to operate their programs. For example, officials in one region told us that it had gone nearly 2 years without a full-time permanent program manager, which has hampered efforts to keep up with planning and reporting requirements. Officials in another region told us that recent changes in regional program leaders have affected the continuity of their programs. Officials from a few regions noted that staff turnover in partner agencies means the regions have an ongoing need to manage new personnel and train them on the grant reporting requirements and train field staff on equipment. These program leadership and capacity issues can lead to required plans not being developed or updated as required, delays in procuring equipment and scheduling training activities, and not spending down awarded funds at expected rates.

While CWMD reports recognize that the COVID-19 pandemic played a part in these staffing challenges, in other instances they have resulted from internal factors, such as competing priorities and reorganizations within local governments that CWMD has limited ability to address. To help one region, CWMD officials told us that in fiscal year 2022, CWMD issued a direct $650,000 award to “re-establish and reinvigorate” the region’s governance and executive committee structures, which had been inconsistently staffed in recent years. CWMD also has had senior leadership visit the region to educate local officials about the STC program mission and its role in protecting public safety, along with other regional priorities.

- **Officials from several STC regions reported issues with the availability of and difficulty in scheduling training courses with CWMD’s federal vendor.** While officials from the regions told us they were generally satisfied with the quality of the training provided through CWMD’s federal vendor, several described issues with training course availability and scheduling difficulty. For example, officials from one region noted that the vendor often requires registration 6 to 9 months in advance, which is impractical for many of their law enforcement and emergency response partners. Officials from other regions told us it was difficult to meet the vendor’s minimum attendance requirements, which contributed to issues in meeting their training goals. Some of the regions reported that a shortage of law enforcement personnel was contributing to their training challenges, with personnel unavailable to backfill positions left vacant during training. Officials from one region noted that, without completing such trainings, achieving its goals for deploying the detection equipment was challenging.

CWMD and the regions have been exploring options to increase availability and flexibility in scheduling training. A leading option is for regions to use "train-the-trainer" courses to certify local staff to offer in-house training. Some of the regions have been using their own training staff to supplement the CWMD vendor's courses, while others are in the early stages of developing this capability. For example, officials from some regions told us their goal was to achieve self-sufficiency by building its train-the-trainer capacity so that it could train its partners itself. Another region is seeking to acquire its own radiological sources required for these courses to enable it to provide a more flexible training schedule for its partners. While CWMD has generally supported these efforts, officials from some of the regions told us it can be challenging to obtain the equipment and radiological source materials needed for the training courses, including having the necessary safety officers and getting the required certifications.

To help address the issues presented by shortages of law enforcement staff and their ability to attend trainings, CWMD and the regions are considering options to reduce time spent on in-person attendance. This could include a combination of virtual sessions for background or academic portions of the training, and in-person instruction on the equipment's functions and features. Another option includes streamlining the requirements for refresher trainings for those who have completed the initial courses compared with those required for new hires.

- **Officials from several regions reported concerns with how CWMD encourages expansion of STC regional programs.** A key initiative for CWMD in fiscal year 2024 is the continued expansion of STC regional programs. CWMD encourages regions to begin planning for program expansion early in the implementation phase of their program development. CWMD expects STC regions to expand their partnerships with local and state agencies so they can cover other neighboring high population centers and major threat pathways to their areas, such as known smuggling and trafficking routes.[16] According to CWMD's implementation plan, each region's annual funding application should include its expansion plans, informed by threat and capability assessments. CWMD then reviews the plans and considers how the region is performing under its cooperative agreement in determining whether to approve the request.

[16]The lead agency in the respective STC regions initiates expansion by working with its partners and other federal agencies to conduct vulnerability assessments to identify threats, risks, and gaps that can be addressed through expansion, with the objective of developing a layered defense inside and around their initial program areas.

However, officials from some regions told us their concerns about a lack of guidance and criteria from CWMD on how, when, and where to expand their programs. Officials from one region expressed reservations about program expansion without a framework or clear set of expectations from CWMD. Officials from some regions indicated that they would need additional resources to support and sustain a larger footprint. One noted that growing a region's size and partnerships can sometimes hinder communication between partners. While many regions are actively working on expanding their programs, others have elected to focus on developing capabilities in their core areas before engaging in such efforts.

CWMD officials said that while they are encouraging regions to think about expansion early in their program implementation, they also realize some regions may not be ready to initiate these efforts. CWMD officials also said that they are working with some regions whose programs have initiated expansion efforts and intend to provide lessons learned from these efforts to other regions. As other regions' programs mature and begin planning for expansion, CWMD is also looking to develop and provide the regions with threat briefings and other risk products to help them identify and assess where gaps and vulnerabilities exist that could be addressed through expansion.

- **Officials from some STC regions reported challenges in keeping partners engaged with the STC program mission compared with other priorities.** Partner agencies may range from law enforcement, fire services, and radiation health agencies to special district government entities, such as regional transit authorities, who establish principal partnerships to build detection capabilities throughout their geographic areas.[17] Although one agency is considered the lead for each region, they all have their own missions and priorities, which may compete with or take precedence over their role supporting the STC program at different times. For instance, officials for a few regions explained that a lack of understanding of the potential dangers of an event using radiological or nuclear materials, along with a minimal history of radiological detections leading directly to arrests or other law enforcement action, can make it difficult to market the program and get buy-in from law enforcement agencies that prioritize other public health and safety concerns. However, sharing program

[17]These principal partnerships are executed through a memorandum of understanding or agreement with the region's lead agency, which integrates the partners with the region's STC processes and procedures, along with the resources the program will provide for equipment and training.

successes and other benefits that the STC program offers can help with this engagement (see text box below for an example).

**Secondary Benefits of the STC Program—Houston, TX, October 2023**

The recent discovery of abandoned radiological material at a scrapyard in Houston, Texas illustrates secondary benefits to public safety that the Securing the Cities (STC) program can provide. While driving on a highway on October 16, 2023, an off-duty Houston police officer received an alert on the personal radiation detector issued to him by the STC Houston program. A single alert on a highway may be from a passing vehicle or be a false alarm, but this one formed a pattern—the officer had received an alert in the same area of northeast Houston before.

As a result, he exited the highway to investigate. His personal radiation detector helped him trace the radiation source to a nearby scrapyard. Following his training, the officer contacted the regional reporting system, which then sent the Houston Police Department bomb squad and contacted the local Federal Bureau of Investigation field office and state health department. Investigators searched the property using advanced radiation detection equipment.

The search discovered four improperly discarded devices containing cesium-137 emitting radiation at an intensity reported by the local press to be 50 times the public safety threshold. While cesium is common in medical devices and industrial gauges, improper storage can release radiation that increases cancer risk and causes burns and radiation sickness. In addition, the Nuclear Regulatory Commission considers cesium-137 an isotope of concern for its potential to be used in a "dirty bomb."

According to the local press, the discovery was among the largest finds by STC Houston region's local agency partners. Though the investigation identified no immediate threat to public safety, Countering Weapons of Mass Destruction Office officials pointed to it as evidence that the system is working as intended.

Source: GAO summary of information reported about the incident. | GAO-24-106922

One regional official told us that the region has experienced difficulties in implementing its program because, under state law, an alarm from a personal radiation detector is insufficient for establishing probable cause to stop or search someone. As noted above, personal radiation detectors do not identify the radiation by source type; accordingly, they cannot distinguish between medical or naturally occurring isotopes and others that may require a law enforcement response. Because of this, the regional official told us the region has not been deploying equipment to its law enforcement partners. Instead, the region has requested that CWMD approve its procurement of spectroscopic personal radiation detectors, which can identify the type of radiation that has been detected.[18] It has developed a set of standard operating procedures to help officers evaluate the totality of the circumstances when responding to an alarm

[18]Spectroscopic personal radiation detectors have the additional capability to measure the energy spectrum of the radiation source to identify the specific radionuclide.

from this equipment. Officials for the region explained that this more detailed information would provide officers with a better understanding of the type of material they were dealing with in determining whether to detain the individual. CWMD officials told us one of the concerns with this approach is that this equipment is more expensive, more complex to use, and requires additional training compared with the standard equipment. However, they told us they are working with the region to implement a pilot program in 2024 to evaluate if this approach is feasible for the region.

CWMD officials told us that other regions have faced similar issues. CWMD's advice to the regions has been to engage early on with their state attorney's offices and local counsels to better understand the scope of authority in their respective jurisdictions and how it applies in the STC mission space as part of developing their regions' standard operating procedures. CWMD also encourages the regions to use this outreach as an opportunity to inform their existing and potential future partners about the STC program.

## CWMD Generally Follows Key Practices in Its Planned Approach for Assessing STC Program Effectiveness but Has Not Been Conducting Formal Performance Assessments

CWMD is generally following key practices in its planned approach for assessing STC program effectiveness, but it will not begin formally measuring and tracking regional performance until fiscal year 2025. CWMD's approach for assessing the performance of the STC program, including the development of its revised 2023 STC Program Implementation Plan, generally follows key practices for building and using evidence to manage and evaluate results of federal efforts. CWMD officials told us they will continue to collect and analyze regional data and other information to set performance targets through the end of fiscal year 2024 and will not begin formally assessing STC regions' performance using the measures in its implementation plan until fiscal year 2025.

### CWMD's Approach for Assessing STC Program Performance Generally Follows Key Practices

We found that CWMD's planned approach for assessing STC program performance, which includes an implementation plan with measurable outcomes, generally follows key practices that we have identified in prior work for building and using evidence to manage and evaluate results of federal efforts. In June 2023, CWMD released an updated version of its STC Implementation Plan detailing its current planned approach for implementing the program and assessing regional performance using a

set of short-, medium-, and long-term outcomes.[19] We compared CWMD's planned approach with 13 key practices and 29 supporting actions for using evidence to more effectively manage and assess the results of federal programs.[20] These 13 practices are divided into four interrelated topic areas: (1) plan for results, (2) assess and build evidence, (3) use evidence, and (4) foster a culture of learning and continuous improvement.

In our analysis, we found that CWMD's planned approach for assessing STC program performance generally follows eight of the 13 key practices and partially follows five of the practices, as shown in figure 4. Furthermore, we found that CWMD is incorporating 24 of the 29 key actions that support implementing the 13 key practices. As CWMD is in the early stages of implementing its planned assessment approach, our assessments of the key practices that it is partially following could be more fully realized as CWMD continues these efforts.

[19]Department of Homeland Security, Countering Weapons of Mass Destruction Office, *Securing the Cities Implementation, Fiscal Year 2023 Report to Congress* (June 29, 2023).

[20]GAO-23-105460.

**Figure 4: Analysis of the Countering Weapons of Mass Destruction Office's Approach for Assessing Securing the Cities Regions' Performance Compared with Key Practices**




Sources: GAO analysis of Department of Homeland Security information; GAO (icons). | GAO-24-106922

Note: Each key practice has two to three key supporting actions. Key practices assessed as "generally following" incorporate each of the key actions for that respective key practice. Key practices assessed as "partially following" have incorporated at least one, but not all, of the supporting key actions for that respective key practice.

The following summarizes our assessment of the 13 key practices and 29 supporting key actions by topic area. See appendix I for a more detailed assessment of each key practice and supporting actions.

- **Plan for results.** We found that CWMD's planned approach is generally following two of the three key practices for this topic area

and is fully incorporating seven of the eight supporting actions. CWMD is partially following the key practice of defining goals for the STC program. Actions taken by CWMD to implement this practice include using a logic model to assess how the program's inputs, activities, and outputs support desired outcomes. This led it to adopt a new set of short-, medium-, and long-term outputs, outcomes, and performance measures in the 2023 revisions to STC implementation plan. However, though these outcomes and performance measures align with STC program phases and objectives, CWMD has not fully aligned them at the regional level. For example, the STC regions' implementation plans that we reviewed include the impact measures from the initial 2021 STC implementation plan. CWMD officials told us they will work with the regions in fiscal year 2024 to amend or supplement the performance sections of their plans to incorporate the revised set of performance measures. By ensuring that the performance sections of regions' implementation plans align with the revised set of performance measures and outcomes, CWMD will be in a better position to assess regional performance.

- **Assess and build evidence.** We found that CWMD's planned approach is generally following two of the three key practices for this topic area and is fully incorporating six of the seven supporting actions. CWMD is partially following the key practice of assessing the sufficiency of existing evidence. Actions CWMD has taken to implement this practice include identifying key questions to be addressed, such as by participating in a DHS evaluability assessment for the STC program and its 2023 implementation plan.[21] The assessment helped CWMD better understand the gaps in information needed to evaluate STC program performance and concluded it was ready to proceed with implementing its planned approach. However, CWMD has not fully incorporated the key action of assessing the coverage and quality of the evidence being collected from the regions. CWMD's internal assessments, as well as the DHS evaluation, found that the program's ability to assess regional performance was limited, due to inconsistent and incomplete information being reported by the regions. CWMD has taken steps to address this limitation by revising its quarterly reporting templates and including instructions. CWMD officials acknowledged the importance of having quality data to assess regions' performance. They stated that CWMD is working to

[21]An evaluability assessment is a systematic process for determining whether a program evaluation is justified, feasible, and likely to provide useful information. See Department of Homeland Security, Homeland Security Operation Analysis Center, *Countering Weapons of Mass Destruction Securing the Cities Program, Evaluability Assessment*, PRJ-A2401-07 (Sept. 2023).

determine how additional staff could improve CWMD's ability to monitor and review the consistency, completeness, and accuracy of this information.

- **Use evidence to learn.** We found that CWMD is generally following one and partially following two of the key practices for this topic area, while incorporating four of the six supporting actions. CWMD is partially following the key practice of communicating results. Actions taken to implement this practice include tailoring information to meet stakeholder needs, such as through the weekly or biweekly meetings and monthly webinars with the regions. This frequent and regular communication provides CWMD with the opportunity to engage with the regions to understand how well they are performing and deciding on the actions needed to further improve their progress.

  However, we found that CWMD has not fully taken actions to clearly communicate and inform interested stakeholders about the STC regions' performance and progress. CWMD issued its revised set of performance measures and outcomes in June 2023, but we found that CWMD had not clearly communicated expectations to the regions about how they would be assessed using this revised approach. For instance, in our interviews with regions starting in October 2023, nearly all of the regional officials told us they were not familiar with the new plan or how CWMD was planning to use it to assess their performance. Subsequently, CWMD included information about the new measures at its January 2024 semiannual meeting and plans for additional outreach.

  Additionally, CWMD does not routinely issue reports or make information on regional or program performance available to external entities, with the only assessment of the program issued by CWMD in 2022. Moreover, CWMD does not have a documented plan for making the results of its planned assessments under the revised implementation plan available to the regions, Congress, and other outside entities. As CWMD proceeds with its planned approach for assessing STC regions' performance, communicating its performance expectations to the regions and the results of its assessments to outside entities, such as Congress, would increase accountability for how the program is being implemented. Doing so would also demonstrate how the STC program is meeting its mission, which could help the regions in their efforts to recruit and keep partner agencies engaged as they proceed with expanding their programs.

- **Foster a culture of learning and continuous improvement.** We found that CWMD is generally following three of the four key practices for this topic area and is fully incorporating seven of the eight

supporting actions. For example, CWMD leadership has demonstrated a commitment to improve program performance through attending the STC program's semiannual meetings and actively soliciting feedback from the regions to identify and address challenges that may be affecting their progress and achieving desired results. However, CWMD has not fully incorporated all of the key actions for this topic area, as it has not demonstrated that it is currently using the evidence being collected from the regions to hold them accountable for their performance and results. This action could be satisfied, if CWMD follows its plans to begin assessing regions' performance against the performance targets and benchmarks in fiscal year 2025, along with developing plans to address results that fall short of those goals.

## CWMD Plans to Begin Assessing Regional Progress Using Its Revised Set of Performance Outcomes and Measures by Fiscal Year 2025

The Countering Weapons of Mass Destruction Act of 2018 required CWMD to assess the effectiveness of the STC program based on the performance metrics and milestones in its initial implementation plan from 2021. CWMD completed this assessment in 2022.[22] CWMD's assessment found that the five legacy regions were effectively implementing the program, but it also concluded that CWMD lacked consistent, complete, and accurate information needed to evaluate the eight newer regions that joined the STC program in 2020. Based on the findings in the 2022 assessment, along with other reviews, CWMD determined it needed to revise the approach adopted in the initial 2021 STC implementation plan and establish a new set of outcome- and output-based performance measures.[23]

As noted earlier, the 2023 revisions to the implementation plan established a new set of short-, medium-, and long-term outputs and outcomes along with associated quantitative performance measures. They also included measurable performance targets and benchmarks that the plan states should enable CWMD to better understand the progress of each STC region. The STC implementation plan also indicated that these

[22]Pub. L. No 115-387, § 2(a)(10), 132 Stat. 5162, 5164. Department of Homeland Security, Countering Weapons of Mass Destruction Office, *The Securing the Cities Program Assessment Report, Fiscal Year 2022 Report to Congress* (Aug. 29, 2022). The act also required the assessment to include proposals for any changes to the STC program, including an explanation of how those changes align with the strategy and goals of the STC program and, as appropriate, address any challenges faced by the STC program.

[23]See, for example, Countering Weapons of Mass Destruction Office, Nexight Group, *Independent Verification and Validation of Performance Measure Data, FY2022 Review and Report of Findings* (Oct. 2022).

measures will be considered in CWMD's decision-making process for determining funding and when a region is ready to enter the next program phase. The time frames for the measures are short term (1 to 2 years), medium term (3 to 4 years), and long term (4 to 6 years), which generally align with STC program phases. Examples of the outcomes and associated performance measures are shown in table 1.

**Table 1: Examples of Outcomes and Performance Measures in CWMD's STC Implementation Plan**

| Outcome time frames | Examples of outcomes | Examples of performance measures |
|---|---|---|
| Short term (1–2 years) | Training and equipment meet the needs of the STC region | Percentage of law enforcement and first responders trained meets the need of the STC region |
| | | Increase in law enforcement and first responders' knowledge of detection equipment and protocols |
| Medium term (3–4 years) | Law enforcement and first responders are prepared and feel confident in their ability to detect radiological or nuclear materials | Percentage of law enforcement and first responders who complete primary and secondary screener refresher training |
| | | Percentage of law enforcement and first responders who demonstrate skills through primary and secondary screening drills |
| Long term (4–6 years) | State, local, territorial, and tribal operational partners have sustained capabilities to detect and prevent terrorist attacks that utilize radiological or nuclear materials | Percentage of STC regions which move into Phase IV (Sustainment) of the program within 6 years |
| | | Percentage of target goals the STC region meets overall |

Source: GAO summary of the Countering Weapons of Mass Destruction Office's (CWMD) 2023 Securing the Cities (STC) Implementation Plan. | GAO-24-106922

CWMD is in the early stages of initiating the assessment approach adopted in the 2023 revision to its implementation plan. CWMD officials told us they will not begin using the quantitative performance measures to assess regional performance and progress before fiscal year 2025. They told us they would be analyzing quarterly performance data collected from the regions in fiscal years 2023 and 2024 to establish the percentage targets and benchmarks for the new performance measures. Once the data are analyzed and targets are set, the officials indicated they would then begin discussing data and trends at the weekly or biweekly meetings, as well as during annual program management reviews conducted with each region. CWMD officials stated that in the interim, they will continue to informally monitor and discuss regional performance through their ongoing periodic outreach activities, reviewing quarterly reports, and reviewing after action reports submitted following the completion of regional tabletop and full-scale exercises. While CWMD is in the process of improving its assessment approach by sharing and

discussing regional results compared with the new targets and benchmarks, there are some uncertainties in the approach. For example, CWMD officials are uncertain whether they will be assessing regions' performance on a weekly, quarterly, or annual basis.

In addition to CWMD's efforts to better use evidence in its management and oversight of the STC program, officials stated the program also needs to do a better job of ensuring that regions meet planning and reporting requirements and determining regions' progress through program phases. These areas for improvement include the following:

- **Planning and reporting.** The cooperative agreements and the STC program phases include time frames for regions to develop and complete various plans for implementing their programs. However, our work has shown that CWMD has not been monitoring the regions to ensure that they are complying with these requirements. For example, the cooperative agreements require that a plan for sustaining the regional program should initially be drafted within the first 2 years of joining the STC program. In our review, we found that seven of the regions that entered the program in 2020 have either not started or completed developing their respective plans within this time frame. Moreover, one region had not completed drafting any of the required planning documents within this 2-year period.
- **Phase determination and documentation.** In our interviews with officials from the STC regions, we found that many were uncertain what program phase they were in, the date they entered that phase, or the dates when they anticipated transitioning to the next phase. We similarly asked CWMD officials to provide this information, but they stated the program had not been routinely tracking this information or formally documenting these decisions. To help address this issue, CWMD asked regions to develop and update a plan of action and milestone tracker as part of their quarterly performance reporting. To date, CWMD officials stated that they have not been actively monitoring and engaging with the regions about the dates and status of their milestone trackers but intend to follow these more closely going forward. Furthermore, CWMD officials stated in 2024 that they are prioritizing improving the consistency and documentation of the phase determinations. The officials told us that the proposed improvements include documenting phase changes with a formal memo to the STC region and refining the criteria and milestones for advancement through the program phases.

In discussing the need for CWMD to improve oversight of the regions, CWMD officials identified staffing challenges as part of the reason they

are having difficulty ensuring that regions develop and update required planning documentation and report consistent, complete, and accurate information. CWMD officials told us that it will continue to be challenging to effectively oversee the regions' reporting, as the office does not currently expect additional staff in the near term.

Federal standards for internal control call for management to use quality information to achieve the goals and objectives of a program.[24] Quality information is appropriate, current, complete, accurate, accessible, and provided on a timely basis. By regularly tracking and reviewing the quarterly performance and progress information reported by the regions, CWMD will be better informed about their activities and where improvements are needed. When CWMD begins formally assessing regions' performance on a regular basis, it will have the increased ability to use evidence in its decision-making and management of the STC program. Further, as reflected in our key practices, these actions will also enhance CWMD's ability to use evidence in holding regions accountable for their timely progress through program phases and to ensure that regions comply with program planning and reporting requirements and are achieving and sustaining the program's goals and objectives.

## Conclusions

CWMD has taken multiple steps to strengthen its STC program to ensure that high-risk urban areas and their surrounding regions have the resources to develop and sustain the capabilities needed to detect and deter the threat of an attack using nuclear or radiological materials. As CWMD is in the process of implementing its approach for assessing the program's performance, opportunities exist for it take additional actions to increase accountability for results being achieved through the program and to communicate those results to stakeholders.

Specifically, CWMD can work to ensure that its approach fully follows key practices for building and using evidence to manage and evaluate the results of federal efforts by clearly communicating to the STC regions about performance expectations and how they will be assessed on the outcomes and quantitative metrics in its 2023 implementation plan. It can also better track and use quality information in its assessments of regional performance. These two steps will put CWMD in a better position to use evidence to manage the STC program more effectively; demonstrate achievements in meeting the program's mission; and

[24]GAO, *Standards for Internal Controls in the Federal Government,* GAO-14-704G (Washington, D.C.: Sept. 2014).

communicate these results to outside stakeholders, including agency partners and Congress.

Moreover, CWMD could do more to work with the regions to make sure they progress through program phases in a timely manner, such as ensuring that plans are developed and updated as required and formally documenting decisions on advancement to the next program phase. Doing so would enable CWMD to better guide the regions toward achieving and sustaining the goal of fully operational detection capabilities.

## Recommendations for Executive Action

We are making the following five recommendations to CWMD:

The Assistant Secretary of CWMD should ensure that the performance sections of regions' implementation plans align with the revised set of performance measures and outcomes. (Recommendation 1)

The Assistant Secretary of CWMD should clearly communicate performance expectations to the STC regions for how they will be assessed. (Recommendation 2)

The Assistant Secretary of CWMD should regularly communicate the results of its assessments to the regions and outside entities, such as Congress. (Recommendation 3)

The Assistant Secretary of CWMD should ensure that the STC regions are reporting timely, consistent, complete, and accurate information in their quarterly performance reports. (Recommendation 4)

The Assistant Secretary of CWMD should formally track and document information on regions' progress toward achieving program phases and goals. (Recommendation 5)

## Agency Comments

We provided a draft of this report to the Department of Homeland Security for review and comment. DHS provided written comments on the draft, which are reproduced in appendix II, and technical comments, which we incorporated as appropriate. In its response to our draft report, DHS concurred with all five of our recommendations and identified actions it will take to address them.

We are sending copies of this report to the appropriate congressional committees, the Secretary of Homeland Security, and other interested

parties. In addition, the report is available at no charge on the GAO website at http://www.gao.gov.

If you or your staff have any questions concerning this report, please contact me at (202) 512-3841 or bawdena@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. GAO staff who made key contributions to this report are listed in appendix III.

Allison Bawden
Director, Natural Resources and Environment

*List of Committees*

The Honorable Gary C. Peters
Chairman
The Honorable Rand Paul, M.D.
Ranking Member
Committee on Homeland Security and Governmental Affairs
United States Senate

The Honorable Chris Murphy
Chair
The Honorable Katie Britt
Ranking Member
Subcommittee on Homeland Security
Committee on Appropriations
United States Senate

The Honorable Mark E. Green, M.D.
Chairman
The Honorable Bennie G. Thompson
Ranking Member
Committee on Homeland Security
House of Representatives

The Honorable Dave Joyce
Chair
The Honorable Henry Cuellar
Ranking Member
Subcommittee on Homeland Security
Committee on Appropriations
House of Representatives

# Appendix I: Assessment of the Countering Weapons of Mass Destruction Office's Approach Compared with 13 Key Practices

On the basis of our previous work, GAO developed a guide that identifies 13 key practices that can help federal leaders and employees develop and use evidence to effectively manage and assess results of federal efforts.[1] These 13 practices are divided into four interrelated topic areas: (1) plan for results, (2) assess and build evidence, (3) use evidence, and (4) foster a culture of learning and continuous improvement. The key practices were distilled from hundreds of actions identified in GAO's past work as effective for implementing federal evidence-building and performance management activities. The key practices provide guidance for gathering and analyzing evidence, as well as assessing performance and progress toward achieving federal programs' goals. The guide also provides further details about the 13 key practices, including 29 key actions to implement the practices and related examples of how they have been implemented by one or more federal agencies.

For this report, we compared the Department of Homeland Security's Countering Weapons of Mass Destruction Office's (CWMD) planned approach for assessing performance of the Securing the Cities (STC) program with the 13 key practices. We primarily focused our analysis on the performance assessment approach established by CWMD in its June 2023 revision to the STC Program Implementation Plan.[2] We also considered other supplemental documents and information provided by CWMD.

In our assessment, we found that CWMD was generally following or partially following all of the 13 key practices.[3] In addition, as shown in table 2, we found that CWMD was implementing 24 of the 29 key actions that comprise the 13 key practices.

[1]GAO, *Evidence-Based Policymaking: Practices to Help Manage and Assess the Results of Federal Efforts*, GAO-23-105460 (Washington, D.C.: July 12, 2023).

[2]Department of Homeland Security, Countering Weapons of Mass Destruction Office, *Securing the Cities Implementation, Fiscal Year 2023 Report to Congress* (June 29, 2023).

[3]We used the following scale for our assessment of CWMD's approach: *generally following,* if it incorporates each key action for the respective key practice; *partially following,* if it incorporates at least one, but not all, of the key actions for the respective practice; and *is not following,* if it does not incorporate any of the key actions for the respective key practice.

**Table 2: Assessment of the Countering Weapons of Mass Destruction Office's Approach to Assessing Securing the Cities Program Performance Compared with Key Practices**

| Topic area | Key practice | Key actions | Individual assessment | Overall assessment |
|---|---|---|---|---|
| Plan for results | Define goals | Define goals for all activities | ✓ | ◐ |
| | | Identify both long-term outcomes and near-term goals | ✓ | |
| | | Align goals across organizational levels | X | |
| | Identify strategies and resources | Identify strategies for each goal | ✓ | ● |
| | | Coordinate with other organizations, programs, and activities contributing to the goal, when applicable | ✓ | |
| | | Identify the resources needed to achieve each goal | ✓ | |
| | Assess the environment | Identify internal and external factors that could affect goal achievement | ✓ | ● |
| | | Define strategies to mitigate the factors | ✓ | |
| Assess and build evidence | Assess the sufficiency of existing evidence | Identify key questions to address | ✓ | ◐ |
| | | Identify relevant internal and external sources of evidence | ✓ | |
| | | Assess the coverage and quality of the evidence | X | |
| | Identify and prioritize evidence needs | Identify new evidence needs | ✓ | ● |
| | | Prioritize how and when to fulfill those needs | ✓ | |
| | Generate new evidence | Develop an evidence-building implementation plan | ✓ | ● |
| | | Ensure that new evidence will meet quality standards | ✓ | |
| Use evidence | Use evidence to learn | Assess progress toward goals | X | ◐ |
| | | Develop an understanding of why results were achieved | ✓ | |
| | Apply learning to decision-making | Use evidence to inform management decisions | ✓ | ● |
| | | Identify any additional evidence needs to further inform decisions | ✓ | |
| | Communicate learning and results | Communicate relevant information internally and externally | X | ◐ |
| | | Tailor the information to meet stakeholders' needs | ✓ | |

| Topic area | Key practice | Key actions | Individual assessment | Overall assessment |
|---|---|---|---|---|
| Foster a culture of learning and continuous improvement | Demonstrate leadership commitment | Involve senior leaders | ✓ | ● |
| | | Coordinate and integrate activities | ✓ | |
| | Promote accountability | Assign responsibility | ✓ | ◐ |
| | | Hold individuals accountable for learning and results | X | |
| | Involve stakeholders | Engage stakeholders early and often | ✓ | ● |
| | | Tailor engagement based on needs and purpose | ✓ | |
| | Build and maintain capacity | Assess sufficiency of existing evidence-building capacity | ✓ | ● |
| | | Identify actions to maintain or enhance capacity | ✓ | |

✓ = action fully implemented X = action not fully implemented
● = generally following ◐ = partially following ○ = not following
Source: GAO analysis of Department of Homeland Security information. | GAO-24-106922

# Appendix II: Comments from the Department of Homeland Security

U.S. Department of Homeland Security
Washington, DC 20528

Homeland Security

March 11, 2024

Allison Bawden
Director, Natural Resources and Environment
U.S. Government Accountability Office
441 G Street, NW
Washington, DC 20548-0001

Re: Management Response to Draft Report GAO-24-106922, "NUCLEAR TERRORISM PREVENTION: DHS Has Strengthened the Securing the Cities Program, but Actions are Needed to Address Key Remaining Challenges"

Dear Ms. Bawden:

Thank you for the opportunity to comment on this draft report. The U.S. Department of Homeland Security (DHS or the Department) appreciates the U.S. Government Accountability Office's (GAO) work in planning and conducting its review and issuing this report.

DHS leadership is pleased to note GAO's recognition of the Department's Countering Weapons of Mass Destruction Office (CWMD) efforts to strengthen the Securing the Cities (STC) program by incorporating lessons learned from past implementation and working to address remaining program implementation challenges. Specific areas of improvement cited included measurable increases in outreach to state and local stakeholders; refined guidance for planning, reporting, and tracking progress; and adding strategy and funding for long-term sustainment of the program's regional capabilities.

In addition, GAO (1) found that most of the 13 STC regional officials interviewed said that they appreciated the "open door" approach CWMD fostered, and the flexibility to keep in touch with their assigned federal program managers as frequently as needed to get assistance, and (2) highlighted a real-world example where the STC Program led to one of the STC Houston region's local agency partners largest discovery of abandoned radiological material ever. DHS remains committed to protecting the Homeland from weapons of mass destruction (WMD) and chemical, biological, radiological, and nuclear (CBRN) threats.

The draft report contains five recommendations with which the Department concurs. Enclosed is our detailed response to each recommendation. DHS previously submitted technical comments addressing several accuracy, contextual, and other issues under a separate cover for GAO's consideration.

Again, thank you for the opportunity to review and comment on this draft report. Please feel free to contact me with any questions. We look forward to working with you again in the future.

Sincerely,

JIM H CRUMPACKER Digitally signed by JIM H CRUMPACKER Date: 2024.03.11 14:03:46 -04'00'

JIM H. CRUMPACKER
Director
Departmental GAO-OIG Liaison Office

Enclosure

2

**Enclosure: Management Response to Recommendations Contained in GAO-24-106922**

GAO recommended that the Assistant Secretary of CWMD:

**Recommendation 1:** Ensure that the performance sections of the regions' implementation plans align with the revised set of performance measures and outcomes.

**Response:** Concur. During fiscal year (FY) 2024, CWMD's Operations Support Directorate (OSD) Program Support Division (PSD) STC National Program Management Office (NPMO) will collect and analyze FY 2023 and FY 2024 performance inputs from regions in order to establish baseline metric targets, and will also continue to socialize the performance measures and outcomes in the 2023 revisions to the "Securing the Cities Implementation Plan" (STC Implementation Plan)[1] with the regions. In addition, CWMD OSD/PSD/NPMO will ensure these revised performance measures are integrated into the performance section of the regions' respective plans when implemented in FY 2025. Estimated Completion Date (ECD): January 31, 2025.

**Recommendation 2:** Clearly communicate performance expectations to the STC regions for how they will be assessed.

**Response:** Concur. During FY 2024, CWMD's OSD/PSD/NPMO will meet with each region individually to discuss their performance and targets to incorporate their feedback into the regional assessment process. Once finalized, CWMD's OSD/PSD/NPMO will then socialize targets with the regions and clearly communicate finalized performance expectations. ECD: January 31, 2025.

**Recommendation 3:** Regularly communicate the results of its assessment to the regions and outside entities such as Congress.

**Response:** Concur. Once the performance metric targets for regions are established and the appropriate amount of data has been collected to assess performance, CWMD's OSD/PSD/NPMO will share quarterly data with the regions during their regularly scheduled meetings and Program Management Reviews. CWMD's OSD/PSD/NPMO will also share its assessment results with Congress on annual basis as an appendix to the STC Implementation Plan. ECD: March 31, 2025.

[1] Initially released June 2021; updated June 2023 (second version)

3

**Recommendation 4:** Ensure that the STC regions are reporting timely, consistent, complete, and accurate information in their quarterly performance reports.

**Response:** Concur. On February 22, 2024, CWMD's OSD/PSD/NPMO created a quarterly reporting checklist that ensures regional quarterly submissions are timely, consistent, complete, and accurate. Further, if the report is not in compliance, the checklist asks additional questions of the reviewer to ensure it is escalated appropriately and addressed. CWMD's OSD/PSD/NPMO continues to refine this checklist as it analyzes program performance data received by STC regions, and will create a process for incorporating the checklist into all reviews. ECD: June 28, 2024.

**Recommendation 5:** Formally track and document information on regions' progress toward achieving program phases and goals.

**Response:** Concur. During FY 2024, CWMD's OSD/PSD/NPMO will formalize the tracking and documentation of regions' progress toward achieving program phases and goals. In addition to establishing a formal memo for communicating a region's phase change, CWMD's OSD/PSD/NPMO will also provide more refined criteria and milestones to include checklists for document approvals. ECD: September 30, 2024.

4

# Appendix III: GAO Contact and Staff Acknowledgments

## GAO Contact

Allison Bawden at (202) 512-3841 or bawden@gao.gov.

## Staff Acknowledgments

In addition to the contact named above, Ned Woodward (Assistant Director), Michael Meleady (Analyst in Charge), Antoinette Capaccio, Benjamin Licht, Amanda Miller, Matt McLaughlin, Sara Sullivan, and Matthew Whalen made key contributions to this report.

## GAO's Mission

The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability.

## Obtaining Copies of GAO Reports and Testimony

The fastest and easiest way to obtain copies of GAO documents at no cost is through our website. Each weekday afternoon, GAO posts on its website newly released reports, testimony, and correspondence. You can also subscribe to GAO's email updates to receive notification of newly posted products.

### Order by Phone

The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's website, https://www.gao.gov/ordering.htm.

Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537.

Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information.

## Connect with GAO

Connect with GAO on Facebook, Flickr, Twitter, and YouTube.
Subscribe to our RSS Feeds or Email Updates. Listen to our Podcasts.
Visit GAO on the web at https://www.gao.gov.

## To Report Fraud, Waste, and Abuse in Federal Programs

Contact FraudNet:

Website: https://www.gao.gov/about/what-gao-does/fraudnet

Automated answering system: (800) 424-5454 or (202) 512-7700

## Congressional Relations

A. Nicole Clowers, Managing Director, ClowersA@gao.gov, (202) 512-4400, U.S. Government Accountability Office, 441 G Street NW, Room 7125, Washington, DC 20548

## Public Affairs

Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800
U.S. Government Accountability Office, 441 G Street NW, Room 7149
Washington, DC 20548

## Strategic Planning and External Liaison

Stephen J. Sanford, Managing Director, spel@gao.gov, (202) 512-4707
U.S. Government Accountability Office, 441 G Street NW, Room 7814,
Washington, DC 20548

Please Print on Recycled Paper.

# Exhibit E

**Naylor, Jenny**

| | |
|---|---|
| **From:** | Kuleski, Brian |
| **Sent:** | Friday, May 15, 2026 10:01 AM |
| **To:** | Harvey, Ki |
| **Cc:** | Simons, Emily |
| **Subject:** | RE: STC NYC Reimbursement Request for Approval - Apr26/Proposed |

These items are approved,

V/r

Brian

**From:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Sent:** Thursday, May 14, 2026 1:58 PM
**To:** Kuleski, Brian <Brian.Kuleski@hq.dhs.gov>
**Subject:** FW: STC NYC Reimbursement Request for Approval - Apr26/Proposed
**Importance:** High

Recommend approval of this request. The Ortecs are MICRO-DET-PKG-1

V/R, Ki

**From:** PELLEGRINO, COLLEEN <COLLEEN.PELLEGRINO@nypd.org>
**Sent:** Thursday, May 14, 2026 1:25 PM
**To:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** ZOZULYA, RUSLANA <RUSLANA.ZOZULYA@nypd.org>
**Subject:** RE: STC NYC Reimbursement Request for Approval - Apr26/Proposed

Ki – I added it to the Explanation column

*Colleen Pellegrino*
*Executive Director, Fiscal Affairs*
*NYPD Counterterrorism Division*
*One Police Plaza, Rm 1109*
*New York, NY 10038*
***Colleen.pellegrino@nypd.org***
*Office: (718) 615-7076*
*Fax: (718) 615-7671*
*Cell: (347) 525-8043*

Confidentiality Notice: This email communication and any attachments contain confidential and privileged information intended solely for the use of the designated recipients named above. If you are not an intended recipient of this communication, or if you have received this communication in error, any review, disclosure, dissemination, distribution or copying of this communication, its contents as well as any attachments, is prohibited and may subject you to prosecution. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting it from your computer.

**From:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Sent:** Thursday, May 14, 2026 1:20 PM

**To:** PELLEGRINO, COLLEEN <COLLEEN.PELLEGRINO@nypd.org>
**Cc:** ZOZULYA, RUSLANA <RUSLANA.ZOZULYA@nypd.org>
**Subject:** RE: STC NYC Reimbursement Request for Approval - Apr26/Proposed
**Importance:** High

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

Colleen

Please provide the model number of the Ortecs in another column on your spreadsheet. Thanks.

V/R, Ki

**From:** PELLEGRINO, COLLEEN <COLLEEN.PELLEGRINO@nypd.org>
**Sent:** Thursday, May 14, 2026 12:56 PM
**To:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** ZOZULYA, RUSLANA <RUSLANA.ZOZULYA@nypd.org>
**Subject:** RE: STC NYC Reimbursement Request for Approval - Apr26/Proposed

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Ki,

With Gina's departure, will you provide your approval on our requests?

Colleen

*Colleen Pellegrino*
*Executive Director, Fiscal Affairs*
*NYPD Counterterrorism Division*
*One Police Plaza, Rm 1109*
*New York, NY 10038*
***Colleen.pellegrino@nypd.org***
*Office: (718) 615-7076*
*Fax: (718) 615-7671*
*Cell: (347) 525-8043*

Confidentiality Notice: This email communication and any attachments contain confidential and privileged information intended solely for the use of the designated recipients named above. If you are not an intended recipient of this communication, or if you have received this communication in error, any review, disclosure, dissemination, distribution or copying of this communication, its contents as well as any attachments, is prohibited and may subject you to prosecution. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting it from your computer.

**From:** PELLEGRINO, COLLEEN
**Sent:** Tuesday, May 5, 2026 11:17 AM
**To:** Gill, Gina <gina.gill@hq.dhs.gov>; Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** ZOZULYA, RUSLANA <RUSLANA.ZOZULYA@nypd.org>
**Subject:** FW: STC NYC Reimbursement Request for Approval - Apr26/Proposed

*Colleen Pellegrino*
*Executive Director, Fiscal Affairs*
*NYPD Counterterrorism Division*
*One Police Plaza, Rm 1109*
*New York, NY 10038*
***Colleen.pellegrino@nypd.org***
*Office: (718) 615-7076*
*Fax: (718) 615-7671*
*Cell: (347) 525-8043*

Confidentiality Notice: This email communication and any attachments contain confidential and privileged information intended solely for the use of the designated recipients named above. If you are not an intended recipient of this communication, or if you have received this communication in error, any review, disclosure, dissemination, distribution or copying of this communication, its contents as well as any attachments, is prohibited and may subject you to prosecution. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting it from your computer.

**From:** ZOZULYA, RUSLANA <RUSLANA.ZOZULYA@nypd.org>
**Sent:** Monday, April 20, 2026 1:27 PM
**To:** Gill, Gina <GINA.GILL@hq.dhs.gov>; Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** PELLEGRINO, COLLEEN <COLLEEN.PELLEGRINO@nypd.org>
**Subject:** STC NYC Reimbursement Request for Approval - Apr26/Proposed

Good Afternoon Gina,

We wanted to submit an updated version of our proposed expenditures for your review and approval. The attached Apr26 request includes all reimbursement requests from Jan26 as well as new requests for a grand total of $632,960.92

If you are able to review this request please let us know if we can move forward.

Thank you,
Ruslana Z

PS... the attached Apr26 spreadsheet supersedes the previously submitted Jan26 request.

*Ruslana Zozulya*
*Administrative Staff Analyst*
*New York City Police Department*
*Office Of Intelligence And Counterterrorism Bureau*
*One Police Plaza, Rm 1109*
*New York, NY 10038*
***Ruslana.Zozulya@NYPD.org***
*Office: (718) 615-7308*
*Fax: (718) 615-7671*
*Cell: (347) 203-7171*

Confidentiality Notice: This e-mail communication and any attachments contain confidential and privileged information intended solely for the use of the designated recipients named above. If you are not an intended recipient of this communication, or if you have received this communication in error, any review, disclosure, dissemination, distribution or copying of this communication, its contents as well as any attachments, is prohibited and may subject you to prosecution. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting it from your computer.

**From:** PELLEGRINO, COLLEEN <COLLEEN.PELLEGRINO@nypd.org>
**Sent:** Friday, February 6, 2026 1:35 PM
**To:** Gill, Gina <GINA.GILL@hq.dhs.gov>; Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** ZOZULYA, RUSLANA <RUSLANA.ZOZULYA@nypd.org>
**Subject:** RE: STC NYC Reimbursement Request for Approval - Jan26/Proposed

Hi Gina,

Just wanted to follow up on our Jan26 expense reimbursement approval. We've added two new requests: PS OT – DHSES $4,795.99 and Admin – NJSP $118,236.28 for a total submission for Jan26 of $337,326.67.

Thanks,
Colleen

*Colleen Pellegrino*
*Executive Director, Fiscal Affairs*
*NYPD Counterterrorism Division*
*One Police Plaza, Rm 1109*
*New York, NY 10038*
***Colleen.pellegrino@nypd.org***
*Office: (718) 615-7076*
*Fax: (718) 615-7671*
*Cell: (347) 525-8043*

Confidentiality Notice: This email communication and any attachments contain confidential and privileged information intended solely for the use of the designated recipients named above. If you are not an intended recipient of this communication, or if you have received this communication in error, any review, disclosure, dissemination, distribution or copying of this communication, its contents as well as any attachments, is prohibited and may subject you to prosecution. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting it from your computer.

**From:** PELLEGRINO, COLLEEN
**Sent:** Friday, January 30, 2026 1:54 PM
**To:** 'Gill, Gina' <GINA.GILL@hq.dhs.gov>; 'Harvey, Ki' <ki.harvey@hq.dhs.gov>
**Cc:** ZOZULYA, RUSLANA <RUSLANA.ZOZULYA@nypd.org>
**Subject:** RE: STC NYC Reimbursement Request for Approval - Jan26/Proposed

Good Afternoon Gina / Ki,

Attached is our January 2026 reimbursement request for proposed expenses totally $214,294. It is comprised of PS OT for training and the purchase of an Ortec (replacement of MICRO-DET-PKG-1 #14296346). We already received approval on the Ortec purchase.

Please let us know if you have any questions.

Regards,
Colleen

*Colleen Pellegrino*
*Executive Director, Fiscal Affairs*
*NYPD Counterterrorism Division*
*One Police Plaza, Rm 1109*
*New York, NY 10038*
***Colleen.pellegrino@nypd.org***
*Office: (718) 615-7076*
*Fax: (718) 615-7671*
*Cell: (347) 525-8043*

Confidentiality Notice: This email communication and any attachments contain confidential and privileged information intended solely for the use of the designated recipients named above. If you are not an intended recipient of this communication, or if you have received this communication in error, any review, disclosure, dissemination, distribution or copying of this communication, its contents as well as any attachments, is prohibited and may subject you to prosecution. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting it from your computer.

# STC - NYC/NY Program

## April 2026 Expenditures / Proposed Expenditures

| Reimbursement Period | Funding Category | Total Category Amount | Equipment | PS OT (Training/Drill) | Maintenance | Extended Warranties | Admin | M&IE |
|---|---|---|---|---|---|---|---|---|
| Apr25 - Mar26 | Salaries | | | | | | | |
| | Fringe | | | | | | | |
| | Travel | | | | | | | |
| | Equipment | | | | | | | |
| | Supplies | | | | | | | |
| | Contractual | | | | | | | |
| | Other | $ 632,960.92 | $ 454,795.00 | $ 58,742.73 | | | $ 118,236.28 | |
| | Indirect | | | | | | | |

| Funding | Billing | Federal Category | Breakdown | SubCategory | Processed | CTD FO# | Explanation |
|---|---|---|---|---|---|---|---|
| STC FFY20 | $ 144,947.00 | Other | $ 144,947.00 | Equipment | | | RECAP: Ortec w/three-year exten unit s/n 14296346 purchased with |
| STC FFY21 | $ 63,685.70 | Other | $ 48,848.00 | Equipment | | | RECAP: Ortec w/three-year exten unit s/n 14296346 purchased with |
| | | Other | $ 4,795.99 | PS OT | | | Partner Reimbursement (DHSES) f |
| | | Other | $ 8,854.80 | PS OT | | | Partner Reimbursement (DHSES) f |
| | | Other | $ 1,186.91 | FedEx | | | FedEx costs for shipping equipmer |
| STC FFY22 | $ 12,603.59 | Other | $ 12,603.59 | PS OT | | | Partner Reimbursement (WCPD) f |
| STC FFY24 | $ 411,724.63 | Other | $ 5,352.88 | PS OT | | | Partner Reimbursement (CTSP) for |
| | | Other | $ 2,542.93 | PS OT | | | Partner Reimbursement (CTSP) for |
| | | Other | $ 118,236.28 | Admin | | | STC Program/Cal Lab Rad Tech: sa |
| | | Other | $ 6,099.57 | PS OT | | | Partner Reimbursement (NJSP) for |
| | | Other | $ 7,096.33 | PS OT | | | Partner Reimbursement (NJSP) for |
| | | Other | $ 7,396.64 | PS OT | | | Partner Reimbursement (CTSP) for |
| | ESTIMATE | Other | $ 4,000.00 | PS OT | ESTIMATE | | Partner Reimbursement (CTSP) for |
| | UPCOMING EXPENSE | Other | $ 261,000.00 | Equipment | UPCOMING EXPENSE | | Partner Reimbursement (FDNY) fo |
| TOTAL | $ 632,960.92 | | $ 632,960.92 | | | | |

| Other Training | FedEx | Equipment Type | Per Unit Cost | Per Unit Warranty Cost | Warranty Duration (Years) | Equipment QTY | Equipment Make | Equipment Model | Agency Recipient |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | $ 1,186.91 | | | | | | | | |
| | | | | | | | | | |

| |
|---|
| ded warranty (DHSES) - split funded replaces older STC FFY10 funds |
| ded warranty (DHSES) - split funded replaces older STC FFY10 funds |
| or Training (Sep-Dec25) |
| or Training (May-Jun25) |
| it for maintenance services |
| or Training (4Q25) |
| Training (Nov25) |
| Training (Dec25) |
| laries/fringe costs (Dec25) |
| Training (Jul & Dec25) |
| Training (Feb-Mar26) |
| Training (Feb26) |
| Training (Mar26) |
| r Equipment (Backpacks) |

# Exhibit F-1

*Countering Weapons of Mass Destruction Office*
**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland Security

February 27, 2025

MEMORANDUM FOR: Chicago Securing the Cities Program Management Office

FROM: Kristina Frierson
Program Director, Securing the Cities
Countering Weapons of Mass Destruction
Department of Homeland Security

SUBJECT: Baselining Securing the Cities Program Implementation for Chicago

---

1. This memorandum baselines Chicago's implementation of Securing the Cities (STC) Program.

2. Chicago's status and agreed-upon projected completion dates are as follows:

a. Status of documents.

| Required Documents by Phases I and II | Current Status | Projected Date of Completion* |
|---|---|---|
| Phase I | | |
| - Strategic Plan | Revising Plan | 30 April 2025 |
| - Executive Committee Charter | Completed | N/A |
| - Organizational Chart | Included in the Executive Committee Charter. | N/A |
| Phase II | | |
| - Implementation Plan | Revising Plan | 30 April 2025 |
| - Operations Plan | Revising Plan | 30 April 2025 |
| - Information Exchange Plan | Revising Plan | 30 April 2025 |
| - Integrated Preparedness Plan | Developing Plan | 30 April 2025 |
| - Lifecycle Sustainment Plan | Developing Plan | 30 April 2025 |

b. Percent status of required equipment procured/issue, and training conducted.

| | |
|---|---|
| Training (Combined Primary and Secondary Screening) | 51% |
| Equipment (*Combined Equipment) | 70% |
| (*Equipment consists of Personal Radiation Detector, Spectroscopic Personal Radiation Detector, Radioisotope Identification Devices, Mobile Systems, Backpacks) | |

3. Chicago must submit the completed version of the regional Strategic Plan with Regional Executive Committee members' signatures to satisfy all requirements for Phase I. The agreed upon suspense date for submission is 23 June 2025.

4. All Phase II plans listed in Para 2a must be completed and submitted to CWMD before progressing to the next implementation phase, Phase III – Integration. Upon meeting all Phase II conditions per Cooperative Agreements and phase entrance criteria (see Annex A), CWMD will issue STC Implementation Phase Transition Decision Memorandum.

5. The point of contact for this office is Mr. Ki Harvey at ki.harvey@hq.dhs.gov, 1-202-893-7908.

KRISTINA M FRIERSON

Digitally signed by KRISTINA M FRIERSON
Date: 2025.02.27 11:25:46 -05'00'

Kristina Frierson
Program Director, Securing the Cities (STC)
Countering Weapons of Mass Destruction (CWMD)
Department of Homeland Security

Annex A: Enclosure: Entrance Criteria for STC Implementation Phases

| Phase I Engagement (~1 year) | Phase II Implementation (~2-3 years) | Phase III Integration (~1 year) | Phase IV Sustainment |
|---|---|---|---|
| Entrance Criteria for Phase (Ph) I | Entrance Criteria from Ph I to Ph II | Entrance Criteria from Ph II to Ph III | Entrance Criteria from Ph III to Ph IV |
| • **DHS Secretary's approval letter or memo for a new HRUA to join the STC Program**<br>• **New HRUA submits application in response to NOFO** | • **STC PMO Established**<br>• **Regional Governance Structure Established**<br>  • Executive Committee with signed Charter<br>  • Regional Organizational Chart<br>• **Regional Strategic Plan Completed*** | • **TTX with AAR Completed**<br>• **Following Regional Plans Completed*:**<br>  • Implementation Plan<br>  • Operations Plan<br>  • Integrated Preparedness Plan (IPP)<br>  • Information Exchange Plan<br>  • Lifecyle Sustainment Plan<br>• **68% Equipment Procured**<br>• **68% Trained** | • **FSE with AAR Completed**<br>• **Following Regional Plans Completed* with Updates:**<br>  • Implementation Plan<br>  • Operations Plan<br>  • Integrated Preparedness Plan (IPP)<br>  • Information Exchange Plan<br>  • Lifecyle Sustainment Plan<br>• **90% Equipment Procured**<br>• **90% Trained** |

Note: *Completed = Region submits the finalized document to CWMD with the Regional Executive Committee members' signatures. Before finalizing the document, the region must submit a final draft to CWMD for review, and all CWMD critical comments from the review must be reconciled.

# Exhibit F-2

**Naylor, Jenny**

| | |
|---|---|
| **From:** | Farah Fidai <Farah.Fidai@cityofchicago.org> |
| **Sent:** | Thursday, June 18, 2026 12:48 PM |
| **To:** | Harvey, Ki |
| **Subject:** | Fw: STC Chicago PRD Order |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Ki,

Martin has stated that we did not get a formal email approving the PRDs because at the time of purchase, it was not a requirement. He shared the following email below for your reference.

**Farah Fidai**
Deputy Program Manager, STC Chicago
Chicago Fire Department
Phone: (630) 222-3075
*Fire Academy South*
*1338 S Clinton St, Room 116*

---

**From:** Martin Li <Martin.Li@cityofchicago.org>
**Sent:** Thursday, June 18, 2026 10:59 AM
**To:** Farah Fidai <Farah.Fidai@cityofchicago.org>
**Subject:** Fw: STC Chicago PRD Order

Martin Li
Program Manager, STC-Chicago
Chicago Fire Department
martin.li@cityofchicago.org
Cell: (312) 783-7922

---

**From:** Martin Li
**Sent:** Tuesday, June 24, 2025 11:47 AM
**To:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Subject:** STC Chicago PRD Order

Hi Ki,

As requested, here’s a summary of the PRD order timeline and intended use:

Procurement Timeline:

**3/4/2025**: Pursuant to cooperative agreement and communication from DHS/CWMD that STC regions do not need to obtain one-off approval for PRD purchases, STC-Chicago reached out to Chicago United Industries (CUI) to request a quote for PRDs and accessories.
**3/18/2025**: Quote adjusted to finalize quantity based on budget.
**3/21/2025**: Purchase requisition submitted to initiate internal procurement process.
**4/2/2025**: Purchase order generated and shared with CUI.
**5/14/2025**: DHS memo issued by Brian Kuleski instructing programs to pause PRD purchases, including those "underway that have not been accepted."
**5/23/2025**: After internal and federal consultation, formal inquiry sent to CUI to determine if the order could be paused.
**5/26/2025**: Verbal confirmation from CUI that they would look into pausing the order.
**6/4/2025**: CUI confirmed the PRDs had already been manufactured, customized for STC-Chicago, and delivered to a U.S. warehouse - unable to be repurposed.
**6/23/2025**: PRDs delivered.

Intended Use:
These PRDs will be deployed to MABAS as part of our ongoing effort to expand detection capabilities across Illinois. They support our broader regional equipment strategy, as outlined in the January PMR (Program Management Review), which prioritized procurement of RIIDs and PRDs in early 2025 to support program growth, onboarding, special event readiness, and regional public safety preparedness.

Please let me know if you need additional detail.

Thank you,
Martin

Martin Li
Program Manager, STC-Chicago
Chicago Fire Department
martin.li@cityofchicago.org
Cell: (312) 783-7922

# Exhibit F-3

**Naylor, Jenny**

| | |
|---|---|
| **From:** | Mathis, Marsha |
| **Sent:** | Tuesday, August 12, 2025 1:58 PM |
| **To:** | Martin Li; Harvey, Ki |
| **Subject:** | RE: Spend down/ Purchase request - RSI Cameras and Cables |

Hi Martin,

By way of this email, the purchase as detailed in your message below is approved.

Thanks for re-submitting the justification.

**Marsha Mathis**
Division Director
Office of Procurement Operations
Office of the Chief Procurement Officer
U.S. Department of Homeland Security
T: (202) 240-9877

---

**From:** Martin Li <Martin.Li@cityofchicago.org>
**Sent:** Tuesday, August 12, 2025 11:49 AM
**To:** Harvey, Ki <ki.harvey@hq.dhs.gov>; Mathis, Marsha <marsha.mathis@HQ.DHS.GOV>
**Subject:** Spend down/ Purchase request - RSI Cameras and Cables

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Ki and Marsha,

Please see the attached quote we received today, indicating the exact amount in quality we need for the RSI cameras and cables. We've also attached the justification we previously drafted in the past detailing our use case and specifics to the cameras.

We'd appreciate your support and approval in this request.

Thanks,
Martin

Martin Li
Program Manager, STC-Chicago
Chicago Fire Department
martin.li@cityofchicago.org
Cell: (312) 783-7922

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Exhibit F-4

**Naylor, Jenny**

**Subject:** FW: Chicago STC - Req for Approval - Ortec Updates and Calibration (STC Chicago)

**From:** Osterhus, Diane <diane.osterhus@HQ.DHS.GOV>
**Sent:** Tuesday, April 22, 2025 4:42 PM
**To:** Martin Li <Martin.Li@cityofchicago.org>
**Cc:** Mark Zilch <Mark.Zilch@cityofchicago.org>; Farah Fidai <Farah.Fidai@cityofchicago.org>; Harvey, Ki <ki.harvey@hq.dhs.gov>; Osterhus, Diane <diane.osterhus@HQ.DHS.GOV>
**Subject:** RE: Chicago STC - Req for Approval - Ortec Updates and Calibration (STC Chicago)

Hi Martin,

Thanks for checking with us. It's always good to be on the safe side.

As long as this activity and the associated costs are within the approved project scope and budget for this period, which they are, no formal approval is required.

Kind Regards,

Diane

**From:** Martin Li <Martin.Li@cityofchicago.org>
**Sent:** Tuesday, April 22, 2025 9:50 AM
**To:** Osterhus, Diane <diane.osterhus@HQ.DHS.GOV>; Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** Mark Zilch <Mark.Zilch@cityofchicago.org>; Farah Fidai <Farah.Fidai@cityofchicago.org>
**Subject:** Chicago STC - Req for Approval - Ortec Updates and Calibration (STC Chicago)

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Ki and Diane,

We're requesting approval to send in our Ortec units via AirOne for software/firmware updates and calibration. I'm not sure if this needs formal CWMD approval, but I wanted to err on the safe side and loop you both in.

Per Mark, this is necessary to stay in compliance with the required 3-year calibration cycle per CWMD. The updates will also address issues we've encountered, including flash drive corruption, and will bring us up to the latest versions of the Detective-X software, firmware, and ID tables.

Attached is the quote we received from the vendor. Please let me know if you need anything else from our end.

Best,
Martin

Martin Li

Program Manager, STC-Chicago

Chicago Fire Department

martin.li@cityofchicago.org

Cell: (312) 783-7922

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Exhibit F-5

**Naylor, Jenny**

**Subject:** FW: STC Chicago Ortec Return STC Request for replacement of Sterling Cooler

**From:** Mathis, Marsha <marsha.mathis@HQ.DHS.GOV>
**Sent:** Thursday, July 31, 2025 10:54 AM
**To:** Martin Li <martin.li@cityofchicago.org>
**Cc:** Harvey, Ki <ki.harvey@hq.dhs.gov>; GILL, GINA <GINA.GILL@hq.dhs.gov>
**Subject:** RE: STC Chicago Ortec Return STC Request for replacement of Sterling Cooler

Good morning Martin,

Your budget neutral request, as outlined below, is approved.

Thanks for your continued partnership.

**Marsha Mathis**
Division Director
Office of Procurement Operations
Office of the Chief Procurement Officer
U.S. Department of Homeland Security
T: (202) 240-9877

**From:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Sent:** Thursday, July 31, 2025 10:21 AM
**To:** Mathis, Marsha <marsha.mathis@HQ.DHS.GOV>
**Subject:** FW: STC Chicago Ortec Return STC Request for replacement of Sterling Cooler

Hi Marsha

Recommend that this request be approved.

V/R, Ki

**From:** Martin Li <Martin.Li@cityofchicago.org>
**Sent:** Thursday, July 31, 2025 10:20 AM
**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>; Harvey, Ki <ki.harvey@hq.dhs.gov>; IVEY, KEYA (CTR) <KEYA.IVEY@associates.hq.dhs.gov>; GILL, GINA <GINA.GILL@hq.dhs.gov>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>
**Subject:** Re: STC Chicago Ortec Return STC Request for replacement of Sterling Cooler

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Good morning Ki  and team,

Just getting caught up after some time off - apologies if this has already been handled. I believe Mark is tied up with Lollapalooza through the weekend, but I see he sent over the attached quote.

For context: we previously sent our older Ortec units to Air One (our city vendor) for updates and maintenance. We've since learned that one of the units requires a cooler replacement, which exceeds the original quoted cost. The units are currently with the manufacturer, pending our approval to move forward with the recommended repair.

If you're able to help get this approved, that would be greatly appreciated.

Thanks,
Martin

Martin Li
Program Manager, STC-Chicago
Chicago Fire Department
martin.li@cityofchicago.org
Cell: (312) 783-7922

---

**From:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Sent:** Monday, July 28, 2025 12:11 PM
**To:** KI HARVEY <ki.harvey@hq.dhs.gov>; IVEY, KEYA (CTR) <keya.ivey@associates.hq.dhs.gov>; GILL, GINA <gina.gill@hq.dhs.gov>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Martin Li <Martin.Li@cityofchicago.org>
**Subject:** Fw: STC Chicago Ortec Return STC Request for replacement of Sterling Cooler

Hello Ki, Keya, and Gina,

We have an Ortec that has a bad sterling cooler we need to replace it, here is the quote for approval.  Let us know what else you need to help expedite this, we are trying to get it back before Air and Water.

Mark J. Zilch
*Chicago Fire Department*
Commander Homeland Security

Chicago Fire Department Fire Academy South
1338 S Clinton St
Chicago IL, 60607
Cell # 1-312-613-2043

---

**From:** Brett Frey <BFrey@aoe.net>
**Sent:** Monday, July 28, 2025 11:57 AM

**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Cc:** Martin Li <Martin.Li@cityofchicago.org>; Farah Fidai <Farah.Fidai@cityofchicago.org>
**Subject:** RE: STC Chicago Ortec Return

[Warning: External email]

Good afternoon Mark-

Attached is the quote that you requested on the Ametek upgrade/repair.

Thank you,

Brett

Air One Equipment, Inc.
Phone: 847-289-9000
Fax: 847-289-9001
Email: bfrey@aoe.net
WEB: www.aoe.net

---

**From:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Sent:** Friday, July 25, 2025 9:09 AM
**To:** Brett Frey <BFrey@aoe.net>
**Cc:** Martin Li <Martin.Li@cityofchicago.org>; Farah Fidai <Farah.Fidai@cityofchicago.org>
**Subject:** Re: STC Chicago Ortec Return

Is that supporting documentation coming from us or from Ametek?

Mark Zilch
Chicago Fire Department
Commander Of Homeland Security
312-613-2043

---

**From:** Brett Frey <BFrey@aoe.net>
**Sent:** Friday, July 25, 2025 8:59:16 AM
**To:** Martin Li <Martin.Li@cityofchicago.org>; Lea Ann Cox <LeaAnn.Cox@ametek.com>
**Cc:** Ron Zeszut <Ron.Zeszut@ametek.com>; Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>; Mark Zilch <Mark.Zilch@cityofchicago.org>
**Subject:** RE: STC Chicago Ortec Return

[Warning: External email]

Good morning Martin-

Yes. I have received this quote and will send it over as soon as I receive the supporting documentation for the contract.

Thank you,

Brett

Air One Equipment, Inc.
Phone: 847-289-9000
Fax: 847-289-9001
Email: bfrey@aoe.net
WEB: www.aoe.net

---

**From:** Martin Li <Martin.Li@cityofchicago.org>
**Sent:** Thursday, July 24, 2025 11:44 AM
**To:** Lea Ann Cox <LeaAnn.Cox@ametek.com>; Brett Frey <BFrey@aoe.net>
**Cc:** Ron Zeszut <Ron.Zeszut@ametek.com>; Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>; Mark Zilch <Mark.Zilch@cityofchicago.org>
**Subject:** Re: STC Chicago Ortec Return

Hi Brett - are you able to review Lea Ann's request and provide us an update to the quote you shared to us?

We cannot take the quote their team provided directly as they don't have a contract with the city and we initiated this Ortec request with AirOne since this is how we originally bought these units.

Please share the adjusted quote to us (make sure to include Mark and Farah). We'll need to get approval from our grantor before sending it to accounting and greenlighting this adjustment.

Thanks,
Martin

Martin Li
Program Manager, STC-Chicago
Chicago Fire Department
martin.li@cityofchicago.org
Cell: (312) 783-7922

---

**From:** Lea Ann Cox <LeaAnn.Cox@ametek.com>
**Sent:** Monday, July 21, 2025 2:14 PM
**To:** bfrey <bfrey@aoe.net>
**Cc:** Ron Zeszut <Ron.Zeszut@ametek.com>; Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>; Martin Li <Martin.Li@cityofchicago.org>; Mark Zilch <Mark.Zilch@cityofchicago.org>
**Subject:** RE: STC Chicago Ortec Return

[Warning: External email]

Brett,

Serial number 19346369 looks good and will ship on time.
Serial number 19346368 shows high cooler drive voltage and power consumption.  We have cooled it twice with the same result.  We can proceed with the upgrades but recommend replacing the cooler now before it is a bigger problem later. Currently it has 36K hours of operation.

I have attached the repair report for your reference, along with the revised quotation. Approval and a revised purchase order is required before work may begin.

This had previously sent to Chicago Fire. They requested a direct quote from you. Please let me know if you need anything else from me.

Best regards,

Lea Ann Cox
Customer Support Coordinator

AMETEK®
ADVANCED MEASUREMENT TECHNOLOGY
801 South Illinois Avenue, Oak Ridge, TN 37830
Telephone: + 1-865-481-2457 | Fax: + 1-865-483-0396
Email: LeaAnn.Cox@ametek.com

Product Websites:
www.ortec-online.com | www.princetonappliedresearch.com
www.solartronanalytical.com | www.signalrecovery.com | www.sunpowerinc.com

---

**From:** Martin Li <Martin.Li@cityofchicago.org>
**Sent:** Monday, July 21, 2025 8:25 AM
**To:** Lea Ann Cox <LeaAnn.Cox@ametek.com>; Mark Zilch <Mark.Zilch@cityofchicago.org>
**Cc:** Ron Zeszut <Ron.Zeszut@ametek.com>; Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** Re: STC Chicago Ortec Return

*****NOTICE***** This came from an external source. Use caution when replying, clicking links, or opening attachments.

Good morning Lea Ann,

Thank you for the update here. Since we hold the vendor contract with Air One, we'd need the quote to come from them in order for this to be official. From there, we'd need to get approval from our grantor before we can proceed with the recommended maintenance.

Best,
Martin

Martin Li
Program Manager, STC-Chicago
Chicago Fire Department
martin.li@cityofchicago.org
Cell: (312) 783-7922

---

**From:** Lea Ann Cox <LeaAnn.Cox@ametek.com>
**Sent:** Friday, July 18, 2025 3:35 PM
**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>

**Cc:** Ron Zeszut <Ron.Zeszut@ametek.com>; Martin Li <Martin.Li@cityofchicago.org>; Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** FW: STC Chicago Ortec Return

[Warning: External email]

Mark,

Serial number 19346369 on looks good and will ship on time.

Serial number 19346368 shows high cooler drive voltage and power consumption. We have cooled it twice with the same result. We can proceed with the upgrades but recommend replacing the cooler now before it is a bigger problem later. Currently it has 36K hours of operation.

I have attached the repair report for your reference, along with the revised quotation. Approval and a revised purchase order is required before work may begin. Please let me know if you need anything else from me.

Best regards,

Lea Ann Cox
Customer Support Coordinator

AMETEK®
ADVANCED MEASUREMENT TECHNOLOGY
801 South Illinois Avenue, Oak Ridge, TN 37830
Telephone: + 1-865-481-2457 | Fax: + 1-865-483-0396
Email: LeaAnn.Cox@ametek.com

Product Websites:
www.ortec-online.com | www.princetonappliedresearch.com
www.solartronanalytical.com | www.signalrecovery.com | www.sunpowerinc.com

---

**From:** Lea Ann Cox
**Sent:** Monday, June 23, 2025 2:13 PM
**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>; Donna Thompson <Donna.Thompson@ametek.com>; Ron Zeszut <Ron.Zeszut@ametek.com>; Martin Li <Martin.Li@cityofchicago.org>
**Subject:** RE: STC Chicago Ortec Return

Mark,

Both units are in the troubleshooting/repair stage. Also, both are currently scheduled to ship July 21. Please note our office is closed June 30 through July 7 in observance of the July 4 holiday. Let me know if you need anything else.

Best regards,

Lea Ann Cox
Customer Support Coordinator

AMETEK®
ADVANCED MEASUREMENT TECHNOLOGY
801 South Illinois Avenue, Oak Ridge, TN 37830
Telephone: + 1-865-481-2457 | Fax: + 1-865-483-0396
Email: LeaAnn.Cox@ametek.com

Product Websites:
www.ortec-online.com | www.princetonappliedresearch.com
www.solartronanalytical.com | www.signalrecovery.com | www.sunpowerinc.com

---

**From:** Donna Thompson <Donna.Thompson@ametek.com>
**Sent:** Monday, June 23, 2025 11:56 AM
**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>; Ron Zeszut <Ron.Zeszut@ametek.com>; Martin Li <Martin.Li@cityofchicago.org>; Lea Ann Cox <LeaAnn.Cox@ametek.com>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** RE: STC Chicago Ortec Return

Hi Mark,

Lea Ann Cox processed the RA for these items and can provide you with an update. The case number is 00066657 and they are listed under the account name of Air One Equipment, Inc.

Regards,
*Donna Thompson*
*AMT Customer Support Specialist*

AMETEK®
ADVANCED MEASUREMENT TECHNOLOGY
801 South Illinois Avenue, Oak Ridge, TN 37830
**Telephone:** + 1 865-483-2171 | **Fax:** + 1 865-483-0396
**Email:** donna.thompson@ametek.com

**Product Websites:**
www.ortec-online.com | www.princetonappliedresearch.com
www.solartronanalytical.com | www.signalrecovery.com | www.sunpowerinc.com

---

**From:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Sent:** Monday, June 23, 2025 11:49 AM
**To:** Donna Thompson <Donna.Thompson@ametek.com>; Ron Zeszut <Ron.Zeszut@ametek.com>; Martin Li <Martin.Li@cityofchicago.org>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** Re: STC Chicago Ortec Return

*****NOTICE***** This came from an external source. Use caution when replying, clicking links, or opening attachments.

Here you go.

SN 19346368
SN 19346369

Respectfully,

Mark J. Zilch
Chicago Fire Department
Commander Homeland Security

Public Safety Headquarters
3510 S Michigan Ave, Floor 2
Chicago IL, 60653
Cell # 1-312-613-2043

---

**From:** Donna Thompson <Donna.Thompson@ametek.com>
**Sent:** Monday, June 23, 2025 10:32 AM
**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>; Ron Zeszut <Ron.Zeszut@ametek.com>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** RE: STC Chicago Ortec Return

[Warning: External email]

Mark,

Do you have serial numbers or an RA number for those units? I'm not finding any other units for Chicago Fire.

Regards,

Donna Thompson
*AMT Customer Support Specialist*

AMETEK®
ADVANCED MEASUREMENT TECHNOLOGY
801 South Illinois Avenue, Oak Ridge, TN 37830
**Telephone:** + 1 865-483-2171 | **Fax:** + 1 865-483-0396
**Email:** donna.thompson@ametek.com

**Product Websites:**
www.ortec-online.com | www.princetonappliedresearch.com
www.solartronanalytical.com | www.signalrecovery.com | www.sunpowerinc.com

---

**From:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Sent:** Monday, June 23, 2025 11:24 AM
**To:** Donna Thompson <Donna.Thompson@ametek.com>; Ron Zeszut <Ron.Zeszut@ametek.com>

**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** Re: STC Chicago Ortec Return

***NOTICE*** This came from an external source. Use caution when replying, clicking links, or opening attachments.

Thank you Donna,

Are the other 2 units that were sent for updates also almost done? I think they were getting the firmware and software updates and calibrated.

Mark Zilch
Chicago Fire Department
Commander Of Homeland Security
312-613-2043

---

**From:** Donna Thompson <Donna.Thompson@ametek.com>
**Sent:** Monday, June 23, 2025 9:59:26 AM
**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>; Ron Zeszut <Ron.Zeszut@ametek.com>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** RE: STC Chicago Ortec Return

[Warning: External email]

Mark,

Understood. We will forgo the extra labor and continue normally to return the unit as soon as possible.

Regards,
*Donna Thompson*
*AMT Customer Support Specialist*

AMETEK®
**ADVANCED MEASUREMENT TECHNOLOGY**
801 South Illinois Avenue, Oak Ridge, TN 37830
**Telephone:** + 1 865-483-2171 | **Fax:** + 1 865-483-0396
**Email:** donna.thompson@ametek.com

**Product Websites:**
www.ortec-online.com | www.princetonappliedresearch.com
www.solartronanalytical.com | www.signalrecovery.com | www.sunpowerinc.com

---

**From:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Sent:** Monday, June 23, 2025 10:56 AM
**To:** Donna Thompson <Donna.Thompson@ametek.com>; Ron Zeszut <Ron.Zeszut@ametek.com>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** Re: STC Chicago Ortec Return

***NOTICE*** This came from an external source. Use caution when replying, clicking links, or opening attachments.

Hello Donna,

Thank you for getting back to us, unfortunately the location we work out of will not be open on Saturday. We have 1 operational unit, we will run with it, I always just like redundancy.

Mark Zilch
Chicago Fire Department
Commander Of Homeland Security
312-613-2043

---

**From:** Donna Thompson <Donna.Thompson@ametek.com>
**Sent:** Monday, June 23, 2025 9:29:50 AM
**To:** Mark Zilch <Mark.Zilch@cityofchicago.org>; Ron Zeszut <Ron.Zeszut@ametek.com>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>; Dan Mayer <Dan.Mayer@ametek.com>; John Tekstar <John.Tekstar@ametek.com>
**Subject:** RE: STC Chicago Ortec Return

[Warning: External email]

Hi Mark,

I have spoken with our service team. The unit failed in final test but is being worked on currently. Our service team believe they can devote 100% attention to his unit and have it ready for shipment on Friday for Saturday delivery, but we want to be sure someone will be available to receive the unit on Saturday to turn it on and cool it down for use on Sunday for the parade. Will this be possible? If so, we will work to make it happen. Please advise.

Regards,
*Donna Thompson*
*AMT Customer Support Specialist*

AMETEK®
ADVANCED MEASUREMENT TECHNOLOGY
801 South Illinois Avenue, Oak Ridge, TN 37830
**Telephone:** + 1 865-483-2171 | **Fax:** + 1 865-483-0396
**Email:** donna.thompson@ametek.com

**Product Websites:**
www.ortec-online.com | www.princetonappliedresearch.com
www.solartronanalytical.com | www.signalrecovery.com | www.sunpowerinc.com

---

**From:** Mark Zilch <Mark.Zilch@cityofchicago.org>
**Sent:** Monday, June 23, 2025 7:33 AM
**To:** Ron Zeszut <Ron.Zeszut@ametek.com>; Donna Thompson <Donna.Thompson@ametek.com>
**Cc:** Farah Fidai <Farah.Fidai@cityofchicago.org>
**Subject:** STC Chicago Ortec Return

***NOTICE*** This came from an external source. Use caution when replying, clicking links, or opening attachments.

Hello All,

I was checking on the status of return for the Ortecs to Chicago. We would really like them to be back this week before the Pride Parade which is this Sunday. Is there any chance we can get them before then?

Respectfully,

Mark J. Zilch
*Chicago Fire Department*
Commander Homeland Security

Public Safety Headquarters
3510 S Michigan Ave, Floor 2
Chicago IL, 60653
Cell # 1-312-613-2043

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Exhibit F-6

**Naylor, Jenny**

**Subject:** FW: Spend down/ purchase request - IT Equipment

**From:** Mathis, Marsha <marsha.mathis@HQ.DHS.GOV>
**Sent:** Tuesday, August 12, 2025 1:59 PM
**To:** Martin Li <Martin.Li@cityofchicago.org>; Harvey, Ki <ki.harvey@hq.dhs.gov>
**Subject:** RE: Spend down/ purchase request - IT Equipment

Hi Martin,

By way of this email and pursuant to the quote provided, the purchase as detailed in your message below is approved.

Thanks,

**Marsha Mathis**
Division Director
Office of Procurement Operations
Office of the Chief Procurement Officer
U.S. Department of Homeland Security
T: (202) 240-9877

**From:** Martin Li <Martin.Li@cityofchicago.org>
**Sent:** Tuesday, August 12, 2025 11:06 AM
**To:** Harvey, Ki <ki.harvey@hq.dhs.gov>; Mathis, Marsha <marsha.mathis@HQ.DHS.GOV>
**Subject:** Spend down/ purchase request - IT Equipment

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hi Ki and Marsha,

We're looking to make a purchase for some IT equipment. Please see the attached quote we received from our IT department/ vendor.

The laptops are computer upgrades - the current ones are aging and don't have a strong processer for when we have multiple programs running at the same time. And the smart screen (and accessories) are for training room set up. We don't have any set up currently and we've been using training facilities that are primarily dedicated to other agencies or CFD academy.

Please advise if we have approval to proceed with the quote we received.

Thanks,
Martin

Martin Li
Program Manager, STC-Chicago
Chicago Fire Department
martin.li@cityofchicago.org
Cell: (312) 783-7922

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Exhibit F-7

# Securing the Cities (STC)

## Chicago Region
## FY25 Program Management Review
## 10-01-2025

Bethany Hand
Mark Zilch
Martin Li
Farah Fidai



**[FOR OFFICIAL USE ONLY]**

# Agenda

Phase Gate Status

Equipment and Training End State Goals

Equipment Forecast

Training Forecast

Exercise Forecast

Funding and Expenditure Status

Anticipated Needs for Cooperative Agreement Award

Challenges and Risks to Program

DHS National PMO Discussion (led by Ki Harvey)

# Entrance Criteria for Phase Transitions (Final Draft)

| | Phase I Engagement (~1 year) | Phase II Implementation (~2-3 years) | Phase III Integration (~1 year) | Phase IV Sustainment |
|---|---|---|---|---|
| | Entrance Criteria for Phase (Ph) I | Entrance Criteria from Ph 1 to Ph II | Entrance Criteria from Ph II to Ph III | Entrance Criteria from Ph III to Ph IV |
| Requirements that need to be accomplished to enter the next phase | • **DHS Secretary's approval letter or memo for a new HRUA to join the STC Program**<br>• **New HRUA submits application in response to NOFO** | • **Establish STC PMO**<br>• **Establish Regional Governance Structure**<br>  • Executive Committee with signed Charter*<br>  • Regional Organizational Chart*<br>• **Finalize Regional Strategic Plan*** | • **Conduct TTX* with AAR completion**<br>• **Finalize Documents with Signatures***<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **68% Equipment Procured**<br>• **68% Trained** | • **Conduct FSE* with AAR completion**<br>• **Complete review and update documents**<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **90% Equipment Procured**<br>• **90% Trained** |

**Short term (1-2 years)****

**Medium term (3-4 years)****

**Long term (4-6 years)****

# Phase Gate Status

- Current phase
  - Phase III Integration
- Completed milestones
  - TTX Completed – Purple Thunder
  - Above 90% trained and equipped within CFD
  - PMO Staffing
- Outstanding milestones
  - Finalizing and updating plans (Regional Operations Plan, Integrated Preparedness Plan (IPP) , Information Exchange Plan., Equipment Strategy Plan, Sustainment Plan)
  - 90% Equipment Procured
  - 90% Trained
- Planned milestones to accomplish this FY
  - Organize and conduct one TTX (regional comms-focused) and one FSE ("Curieus Disintegration")
  - Continue equipment procurement and deployment to principal and regional partners
  - Enhance equipment management by implementing a new asset management system for improved tracking
  - Begin planning efforts for the 2026 World Cup
  - Strengthen the PMO with consistent subcommittee meetings, a comprehensive outreach schedule, a robust reporting framework, and other process improvements

# Equipment and Training "End State" Goals

The training end goals outlined here are estimates and heavily depend on how CPD and other partner agencies prioritize resources. Given the significant staffing challenges faced by many of our partnering agencies, achieving these ambitious goals in the short term may be difficult.

…training goals for reaching full operational …t include expansion partners.

… many personnel do you need trained, to cover your

| Category | Quantity Target for End State | Methodology |
|---|---|---|
| Certified Primary Screening Operators | 13,000 | Focus: CPD, ISP, and other LE agencies |
| Certified Secondary Screening Operators | 1,300 | Focus: MABAS-IL |
| PRDs | 4,000 | Deployment: CPD, CCSO, and ISP |
| SPRDs | 250 | Deployment: CPD, CCSO, and ISP |
| RIIDs | 90 | Deployment: CFD/ STC regional backups |
| Backpacks | 50 | Deployment: CFD/ STC regional backups |
| Mobile Systems (vehicle) | 6 | Deployment: ISP |
| Maritime System | - | - |
| Aerial System | 1 | Deployment: CFD and regional asset |



[FOR OFFICIAL USE ONLY]

# Equipment Forecast – Initial Procurement

Please provide your equipment forecasts for initial procurement (excluding expansion and recapitalization). You can utilize the calculators in the provided Excel file to assist with these forecasts.

Please see notes section for additional instructions.

| Equipment | Average Cost | % Region Purchased | % CWMD Purchased | Equipment Forecast (FY is Oct. 1 – Sept. 30) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FY25 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
| PRDs | $ 3,400 | 100% | 0% | | 300 | 400 | 423 | | | |
| SPRDs | $ 3,725 | 100% | 0% | | 50 | 59 | | | | |
| RIIDs | $ 18,000 | 100% | 0% | 31 | | | | | | |
| Backpacks | $ 38,000 | 100% | 0% | 10 | 5 | | | | | |
| Mobile Systems | $ 440,000 | 100% | 0% | | | | | | | |
| CF-33s/Tablets | $ 3,950 | 0% | 100% | | | | | | | |
| HED/ Ortec (RIIDs) | $ 210,000 | 100% | 0% | 2 | | | | | | |
| Fill-In (if needed) | | | | | | | | | | |
| Fill-In (if needed) | | | | | | | | | | |
| **Total Cost** | | | | $ 1,358,000 | $ 1,396,250 | $ 1,579,775 | $ 1,438,200 | $ - | $ - | $ - |
| **Cost to CWMD** | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cost to Region** | | | | $ 1,358,000 | $ 1,396,250 | $ 1,579,775 | $ 1,438,200 | $ - | $ - | $ - |
| **Carry Over Funding for Equipment** | | | | $ 1,823,010 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Regional Cost Remaining for Request** | | | | $ (465,010) | $ 1,396,250 | $ 1,579,775 | $ 1,438,200 | $ - | $ - | $ - |

Homeland Security



[FOR OFFICIAL USE ONLY]

# Equipment Forecast – Expansion

Please provide your equipment needs for expansion. You can utilize the calculators in the provided Excel file to assist with these forecasts.

You can also update the “average cost” and the “% purchased” if you want these figures to be more specific for your region’s requirements.

| Equipment | Average Cost | % Region Purchased | % CWMD Purchased | Equipment Forecast for Expansion (FY is Oct. 1 – Sept. 30) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FY25 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
| PRDs | $ 3,400 | 100% | 0% | | 500 | 500 | 500 | 500 | | |
| SPRDs | $ 3,725 | 100% | 0% | | 20 | 20 | 20 | 20 | | |
| RIIDs | $ 18,000 | 100% | 0% | 4 | | 4 | 4 | 4 | | |
| Backpacks | $ 38,000 | 100% | 0% | 15 | | 15 | 15 | 15 | | |
| Mobile Systems | $ 440,000 | 100% | 0% | | | 1 | 1 | 1 | | |
| CF-33s/Tablets | $ 3,950 | 0% | 100% | | | | | | | |
| HED/ Ortec (RIIDs) | $ 210,000 | 100% | 0% | | | | | | | |
| Fill-In (if needed) | | | | | | | | | | |
| Fill-In (if needed) | | | | | | | | | | |
| **Total Cost** | | | | **$ 642,000** | **$ 1,774,500** | **$ 2,856,500** | **$ 2,856,500** | **$ 2,856,500** | **$ -** | **$ -** |
| **Cost to CWMD** | | | | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Cost to Region** | | | | **$ 642,000** | **$ 1,774,500** | **$ 2,856,500** | **$ 2,856,500** | **$ 2,856,500** | **$ -** | **$ -** |
| **Carry Over Funding for Equipment** | | | | **$ 1,823,010** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Regional Cost Remaining for Request** | | | | **$ (1,181,010)** | **$ 1,774,500** | **$ 2,856,500** | **$ 2,856,500** | **$ 2,856,500** | **$ -** | **$ -** |



[FOR OFFICIAL USE ONLY]

# Equipment Forecast – Recapitalization

Please provide your equipment recapitalization needs through FY31. You can utilize the calculators these forecasts.

You can also update the "average cost" and the "% purchased" if you want these figures to be mo

Most of our equipment has a 10-year lifecycle, and starting in FY28, we'll see some of our oldest equipment reaching the end of its service life.

| Equipment | Average Cost | % Region Purchased | % CWMD Purchased | Equipment Forecast for Recapi… (FY is Oct. 1 – Sept. 3…) FY25 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
|---|---|---|---|---|---|---|---|---|---|---|
| PRDs | $ 3,400 | 100% | 0% | | | | 517 | 723 | 277 | |
| SPRDs | $ 3,725 | 100% | 0% | | | | 28 | 33 | | |
| RIIDs | $ 18,000 | 100% | 0% | | | | | | | |
| Backpacks | $ 38,000 | 100% | 0% | | | | 12 | 3 | | |
| Mobile Systems | $ 440,000 | 100% | 0% | | | | | 2 | | |
| CF-33s/Tablets | $ 3,950 | 0% | 100% | | | | | | | |
| HED/ Ortec (RIIDs) | $ 210,000 | 100% | 0% | | | | | | | |
| Fill-In (if needed) | | | | | | | | | | |
| Fill-In (if needed) | | | | | | | | | | |
| **Total Cost** | | | | $ - | $ - | $ - | $ 2,318,100 | $ 3,575,125 | $ 941,800 | $ - |
| **Cost to CWMD** | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cost to Region** | | | | $ - | $ - | $ - | $ 2,318,100 | $ 3,575,125 | $ 941,800 | $ - |
| **Carry Over Funding for Equipment** | | | | $ 1,823,010 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Regional Cost Remaining for Request** | | | | $ (1,823,010) | $ - | $ - | $ 2,318,100 | $ 3,575,125 | $ 941,800 | $ - |



[FOR OFFICIAL USE ONLY]

# Primary Screener Training Forecast

This model assumes all personnel receive overtime or backfill funding, but this is not the case in Chicago. CPD, one of our primary focuses for screener training, currently does not receive OT payments from grant funds.

Please provide your projected forecast for training primary screeners – Please see Notes under slide for instructions.

| | FY25 | | FY26 | | FY27 | | FY28 | |
|---|---|---|---|---|---|---|---|---|
| Type | Initial | Refresh. | Initial | Refresh. | Initial | Refresh. | Initial | Refresh. |
| Average Backfill Cost Per Operator | $ 750 | $ - | $ 800 | $ - | $ 850 | $ - | $ 900 | $ - |
| Initial Operating Capability | 1500 | | 1500 | | 1500 | | 1500 | |
| Expansion | 100 | | 300 | | 200 | | 200 | |
| Attrition | | 0 | | 0 | | 0 | | 0 |
| Initial Operating Capability Cost | $ 1,125,000 | | $ 1,200,000 | | $ 1,275,000 | | $ 1,350,000 | |
| Expansion Cost | $ 75,000 | | $ 240,000 | | $ 170,000 | | $ 180,000 | |
| Attrition Cost | $ | | | | | | | - |
| Indirect Training Backfill/ OT — courses/yr: 5; Avg # refresher courses/yr: 10 | | | | | | | | |
| Indirect Training Assumptions: $80 per hour; 8 hrs initial; 2 hours refresher; 1 trainer per class — $80; 8; 2 | $ 3,200 | $ 1,600 | $ 3,200 | $ 1,600 | $ 3,200 | $ 1,600 | $ 3,200 | $ 1,600 |
| Total Cost | $ 1,204,800 | | $ 1,444,800 | | $ 1,449,800 | | $ 1,534,800 | |
| Carry Over Funding for Training | $ 300,054.17 | | $ - | | $ - | | $ - | |
| Total Cost Projection | $ 904,745.83 | | $ 1,444,800.00 | | $ 1,449,800.00 | | $ 1,534,800.00 | |

The Chicago region has faced inconsistencies in training schedules over the past few years, making this estimate a directional guide for our path forward. Additionally, OT and BF for refresher training are not currently compensated

CFD and CPD members are paid significantly more than personnel in many partner agencies outside the city. The average backfill cost here might be slightly oversimplified, and further analysis may be needed for accurate cost projection

# Secondary Screener Training Forecast

Please provide your projected forecast for training primary screeners – Please see Notes under slide for instructions.

| | FY25 | | FY26 | | FY27 | | FY28 | |
|---|---|---|---|---|---|---|---|---|
| Type | Initial | Refresh. | Initial | Refresh. | Initial | Refresh. | Initial | Refresh. |
| Average Backfill Cost Per Operator | $ 1,500 | $ 750 | $ 1,600 | $ 800 | $ 1,700 | $ 850 | $ 1,800 | $ 900 |
| Initial Operating Capability | 200 | | 250 | | 300 | | 300 | |
| Expansion | 50 | | 350 | | 200 | | 200 | |
| Attrition | | 0 | | 0 | | 0 | | 0 |
| Initial Operating Capability Cost | $ 300,000 | | $ 400,000 | | $ 510,000 | | $ 540,000 | |
| Expansion Cost | $ 75,000 | | $ 560,000 | | $ 340,000 | | $ 360,000 | |
| Attrition Cost | $ - | | $ - | | $ - | | $ - | |
| Indirect Training Backfill/ OT (courses/yr: 5; Avg # refresher courses/yr: 10) | $ 3,200 | $ 1,600 | $ 3,200 | $ 1,600 | $ 3,200 | $ 1,600 | $ 3,200 | $ 1,600 |
| Indirect Training Assumptions: $80 per hour; 8 hrs initial; 2 hours refresher ($80; 8; 2) | | | | | | | | |
| Total Cost | $ 379,800 | | $ 964,800 | | $ 854,800 | | $ 904,800 | |
| Carry Over Funding for Training | $ 300,054.17 | | $ - | | $ - | | $ - | |
| Total Cost Projection | $ 79,745.83 | | $ 964,800.00 | | $ 854,800.00 | | $ 904,800.00 | |

# Exercise Forecast

- When was your last STC-sponsored exercise and what type (i.e. TTX, FE, FSE)?
  - Purple Thunder TTX (Q1 2025)
- When are you planning your next STC-sponsored exercise and what type?
  - Regional Comms TTX (June 2025)
  - Regional FSE Curieus Disintigration (November 2025)

| Criteria | Status | Goal | Est. Completion Date |
|---|---|---|---|
| Partner SOPs Reviewed/Completed | Ongoing | Ensure all SOPs are up-to-date | Q2 2025 |
| Partner Trained & Equipment Distributed | Ongoing | Ensure all partnering agencies are equipped properly for the FSE | Q2 2025 |
| Most Current After-Action Report/Improvement Plan (i.e., remedial actions) | In Progress | Close out all action items from Purple Thunder TTX AAR | Q2 2025 |



[FOR OFFICIAL USE ONLY]

# Carry Over Funding Forecast

| Budget Category | | Carry Over Amounts |
|---|---|---|
| A. | Salaries and Wages | $ 1,504,028.97 |
| B. | Fringe Benefits | $ 912,165.15 |
| C. | Travel | $ 5,359.26 |
| D. | Equipment | $ 1,823,010.45 |
| E. | Supplies | $ 805.11 |
| F. | Contractual | $ 274,973.39 |
| G. | Other Direct Costs (Overtime) | $ 300,802.36 |
| H. | Indirect Costs | $ 300,054.17 |
| Total Carry Over Request | | $ 5,121,198.86 |

- The above table summarizes what we have available as of our expenditure reports in December. We will not know a carry over funding forecast until later in the FY because:
  - We foresee a few budget revisions due to the spend down effort for older grant funds
  - We anticipate significant draw downs in Equipment

# Anticipated Needs for Cooperative Agreement Award

| | Budget Category | Amount | Details and Justification |
|---|---|---|---|
| A. | Salaries and Wages | $ 390,000.00 | Salary and wages for 3 positions |
| B. | Fringe Benefits | $ 240,000.00 | Estimate = ~62.81% of Salaries and Wages |
| C. | Travel | $ 30,000.00 | Increased budget to account for World Cup logistics |
| D. | Equipment | $1,396,250.00 | Calculated using FY26 estimates in slide 6; did not include expansion cost |
| E. | Supplies | $ - | |
| F. | Contractual | $ 200,000.00 | DTECT and inventory management software |
| G. | Other Direct Costs (Overtime) | $ 400,000.00 | OT only needed for ISP, MABAS, and future expansion partners |
| H. | Indirect Costs | $ 63,000.00 | 5% of award, minus Equipment |
| Total Request | | $2,719,250.00 | |



[FOR OFFICIAL USE ONLY]

# Anticipated Needs for Cooperative Agreement Award – World Cup

This cost estimate is for STC Chicago's support for the Kansas City 2026 World Cup events and matches

| | Budget Category | Amount | Details and Justification |
|---|---|---|---|
| A. | Salaries and Wages | | |
| B. | Fringe Benefits | | |
| C. | Travel | $ 20,000.00 | Travel budget for training and the events |
| D. | Equipment | $1,550,000.00 | Estimated equipment needs for the (6) World Cup events |
| E. | Supplies | | |
| F. | Contractual | $ 23,500.00 | Equipment training from our vendors |
| G. | Other Direct Costs | $ 150,000.00 | OT and BF in Kansas City |
| H. | Indirect Costs | $ 9,675.00 | 5% of award, minus equipment |
| Total Request | | $1,753,175.00 | |

Current World Cup 2026 Game Schedule in Kansas City includes 4 group stage matches and 2 playoff matches (including 1 quarter-final match)

Potential Purchase of New Equipment:
- (1) Mobile system
- (100) PRDs
- (8) Backpacks
- (8) RIIDs

While we don't anticipate paying for CTOS trainings, we expect to have training from RSI Mobile System and perhaps H3D

# Maritime and Aerial

- Does your region have an Area Maritime Security Committee (AMSC)? – Yes.
- If yes, please answer the below:
  - Which USCG Sector Chairs the AMSC in your region? – Sector Lake Michigan (Southern Tip of Lake Michigan Port Area)
  - How many AMSC meetings have you attended in the past year? – All meetings (represented by AC Bethany and Chief Jason Lach)
  - How many do you plan to attend in the next year? – All meetings
  - Are you a member of any AMSC sub-committees or working groups? – N/A
  - Do you need assistance from the National PMO to engage with your AMSC? – No
- For devices identified for maritime or aerial surveillance, how many deployments did you accomplish for steady state and enhanced steady state operations? – ASR team (2 units) and CPD (2 units) are out in the water everyday utilizing backpack in their vessel.
  - Steady State: 9 months out of the year – 6 backpacks out in the water
- Please describe your maritime or aerial operations/goals for FY25.
  - Enhancing Capabilities: Transitioning from non-spectroscopic backpacks to aspectrospic detection backpacks to improve operations
  - Expanding Reach: Allocating backpacks to Wilmette FD to increase coverage and enhance surveillance in key areas
  - Improving Communication: Strengthening integration between STC Chicago and the USCG to ensure seamless communications
  - Developing Aerial Detection: Exploring the feasibility of aerial radiation detection capabilities through drone acquisition to expand surveillance capabilities



[FOR OFFICIAL USE ONLY]

# Challenges and Risks to Program

- Training Challenges
  - Significant lead time required to coordinate with CTOS for scheduling and conducting trainings in Chicago
  - Limited capacity to provide training across state lines – we fear this might create a bottleneck for regional expansion
- Expansion Logistics
  - We're uncertain if we can transport equipment across state lines, and if so, how? This will be critical in preparing for trainings and capabilities in Kansas City for World Cup
  - Uncertainty about city policies on shipping equipment to out-of-state locations may further complicate expansion
- Funding and Sustainability
  - Continued financial support from CWMD/ DHS is critical, as the City of Chicago cannot independently fund the program. In a shifting political climate, sustained advocacy from CWMD/ DHS is essential for the program's survival and success
- Real-time Detection Technology
  - Uncertainty about whether other regions are utilizing real-time detection systems, which have proven highly effective in Chicago – so we're seeking pathways to maintain this capability for broader application

# DHS National PMO Discussion

DHS National PMO Discussion (led by Ki Harvey)

Agenda:

- Drawdown Status
- Application Expectations
  - Enhancement/Expansion Risk-based Justifications
  - Application Review criteria
  - Current Equipment Inventory (confirm regional equipment ownership)
- Reporting Updates

# Drawdown Status

- Last year we were at 53% expended
- As of 30 August and with the FY 24 Awards we are at 57%
- Remember drawdown percentages are used in determining FY 25 awards
- Total Awarded (Includes Houston & Chicago legacy agreements)
  - $181,874,020.00
- Total Expended (drawn down)
  - $104,313,093.80
- Total Remaining
  - $77,560,926.20

# Application Expectations

- Application Review criteria
  - We use a Review Template, It was recently sent out to all Regions
  - Fed Leads fill out part and National PMO fills out part.
  - If there are questions or clarifications needed, Grants Officer sends an email
- Enhancement/Expansion Risk-based Justifications
  - Expansion plans should be included in the application
  - Expansion justifications should be risk-based



[FOR OFFICIAL USE ONLY]

# Reporting Updates

- Regional equipment ownership (included in the T&Cs)
  - Current Equipment Inventory included in the FY 24 Award
  - Up for discussion, equipment inventory with the Quarterly PPR (in lieu of Annual)
- The schedule for both PPRs and FFRs is the Federal Fiscal Year Quarters
  - Oct-Dec due 30 Jan
  - Jan-Mar due 30 Apr
  - Apr-Jun due 30 Jul
  - Jul-Sep due 30 Oct
- Several Regions had a schedule with the award that was a month off.
- Janet is trying to fix in GrantSolutions



[FOR OFFICIAL USE ONLY]

Homeland Security

# Backup

# STC Implementation Phases

- Phase 0 (Planning and Analysis): Phase 0 is an ongoing programmatic process for each implementation cycle, where the annual Notice of Funding Opportunity (NOFO) is built for entering into a cooperative agreement with each HRUA or STC region. Initial engagement with federal partners, such as FBI and DOE's NNSA occurs as well as initial contact with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, which are foundational documents required to successfully implement a sustainable R/N detection capability, reports, and associated timelines. The reports are operationally focused and directly tied to program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis.

- Phase I (Engagement): Phase I begins with the award of a cooperative agreement with a STC region. The application submitted by the region identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to refine requirements and build local program structure. Phase I is expected to take up to 1 year.

- Phase II (Implementation): Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC). Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a Tabletop Exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. Phase II is expected to take 3 years.

- Phase III (Integration): During Phase III, CWMD expects a region to achieve Full Operational Capability (FOC) and successfully demonstrate its ability to integrate into a national detection framework as defined in National Security Presidential Memorandum-36 and the Domestic Detection Concept of Operations. A region must successfully complete a Full-Scale Exercise (FSE) and be in compliance with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- Phase IV (Sustainment): The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years and review regional documents regularly -- incorporating updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO who can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.

# Exhibit G-1

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

THURSDAY, AUG 6, 2026

MENU

Payment Management System

(/pms/app/main) (/pms/app/logout)

Benjamin Showers
(OPO1BS250711)

```
INQUIRY: Document Data w/ FCO Segments w/ Appr ID Extended    DATE: 08/06/2026  TIME: 10:46:33 AM

*** SEARCH PARAMETERS **********************************
      GRANT AWARD: 21CWDSTC00017
  POSTED EXT DATE: All thru 08/06/2026
     REQUEST DATE: All thru 08/06/2026
        PAID DATE: All thru 08/06/2026
*********************************************************
------------------------------------------------------
*ACCT** *PIN* ****EIN***** *****UEI***** ********Organization Name********
E2557P1 E2557 1366005820D1 SF6NEGGTK8U7   CHICAGO, CITY OF
HHS-REG: 05 STATE: IL PMT: ACH STOP: N MAN-REV: N 272: File GROUP: F93B USER: Vivian Hughes

AGY* *******GRANT********                          ****DOC AUTHORIZED***** ****DOC DISBURSED***** *****DOC CHG-ADV****** *RPT DISB* RS DS ***UEI NUM***
                                                   ****DOC CANCEL AUTH**** ****DOC CANCEL DISB*** *****DOC CANCEL CHG***
     ********EIN*********                          ****DOC FUTURE AUTH**** ****DOC SNAP DISB***** *****DOC SNAP CHRG****            RI CT
     ********FCO********* *********APPR ID********* ****FCO AUTHORIZED***** ****FCO DISBURSED***** *****FCO CHG-ADV****** *SUB ACCT*          FS >90
     ***BEG*** ***END**** *******STD COMP TAS****** ****FCO FUTURE AUTH**** ****FCO SNAP DISB***** *****FCO SNAP CHRG****
B    21CWDSTC00017                                           3,175,000.00          1,025,345.77          1,025,345.77 03/31/2024  A  O
                                                                      .00                   .00                   .00
     1366005820D1                                                     .00          1,025,345.77          1,025,345.77            N  5
   2019-BPRO924-4100      70  9/10411                          438,225.67            438,225.67            438,225.67 21CWDSTC00017       O  N
    09/30/21 08/31/30     07020192021 0411000                         .00            438,225.67            438,225.67
   2021-BPRO102-4100      70  1/30411                          211,774.33            211,774.33            211,774.33 21CWDSTC00017       O  N
    09/30/21 08/31/30     07020212023 0411000                         .00            211,774.33            211,774.33
   2022-BPRO204-4100      70  2/40411                          650,000.00            375,345.77            375,345.77 21CWDSTC00017       O  N
    09/01/22 08/31/30     07020222024 0411000                         .00            375,345.77            375,345.77
   2023-BPRO311-4100      70  3/50411                          500,000.00                   .00                   .00 21CWDSTC00017       O  N
    09/01/23 08/31/30     07020232025 0411000                         .00                   .00                   .00
   2024-BPRO409-4100      70  4/60411                        1,375,000.00                   .00                   .00 21CWDSTC00017       O  N
    09/01/24 08/31/30     07020242026 0411000                         .00                   .00                   .00

-------------------------------------------------------------------------------------
INQUIRY: AUTHTC-E (Authorization Transactions Extended)
-------------------------------------------------------------------------------------
DOC:21CWDSTC00017         OP DIV:B   AUTH TC's Follow --
T/C RM ************FCO************ ****INC-AUTH***** POST DT  TIME  START DT END DT   ISSUE DT *****EIN**** REF *USER** R ***UEI NUM*** P *SUFFIX
050 13 2024-BPRO409-4100               1,375,000.00 08/30/24 11:21 09/01/24 08/31/30 08/20/24 1366005820D1 BPR OPO1DIAON
050 13 2023-BPRO311-4100                 500,000.00 08/28/23 19:48 09/01/23 08/31/30 08/28/23 1366005820D1 BPR OPO1DIAON
050 13 2022-BPRO204-4100                 650,000.00 01/13/23 11:11 09/01/22 08/31/30 01/12/23 1366005820D1 BPR WFF1JGR N
050 15 2021-BPRO102-4100                        .00 01/20/26 15:48 09/30/21 08/31/30 01/20/26 1366005820D1 BPR WFF1MM  N
050 13 2021-BPRO102-4100                 211,774.33 01/11/24 14:37 09/30/21 08/31/22 01/11/24 1366005820D1 BPR OPO1DIAON
050 15 2019-BPRO924-4100                        .00 01/20/26 15:51 09/30/21 08/31/30 01/20/26 1366005820D1 BPR WFF1MM  N
050 13 2019-BPRO924-4100                 438,225.67 01/11/24 14:43 09/30/21 08/31/22 01/11/24 1366005820D1 BPR OPO1DIAON
                          NET TC:       3,175,000.00
------------------------------------------------------
Hits:  7


-------------------------------------------------------------------------------------
INQUIRY: DBT (Disbursement Transactions)
-------------------------------------------------------------------------------------
DOC: 21CWDSTC00017         AGY: FFEPBPR             DISB TC's Follow --
T/C ***ROD**** ******INC-AMT***** ******CUM-AMT***** POST DATE* *FY* *******CAN******* *OC* ****ICN*****
084 05/12/2026         213,417.82       1,025,345.77 05/12/2026  2022          BPRO204 4100 G306_G264
084 02/02/2026         161,927.95         811,927.95 02/02/2026  2022          BPRO204 4100 G306_G264
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 084 | 02/02/2026 | 211,774.33 | 650,000.00 | 02/02/2026 | 2021 | BPRO102 | 4100 G306_G264 |
| 084 | 02/02/2026 | 139,482.37 | 438,225.67 | 02/02/2026 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 06/24/2025 | 31,575.29 | 298,743.30 | 06/24/2025 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 06/23/2025 | 11,342.25 | 267,168.01 | 06/23/2025 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 06/18/2025 | 30,632.53 | 255,825.76 | 06/18/2025 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 01/17/2025 | 113,891.14 | 225,193.23 | 01/17/2025 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 12/18/2024 | 95,498.85 | 111,302.09 | 12/18/2024 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 10/16/2024 | 12,409.65 | 15,803.24 | 10/16/2024 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 07/29/2024 | -3,393.59 | 3,393.59 | 07/29/2024 | 2022 | BPRO204 | 4100 G306_G264 |
| 084 | 07/29/2024 | 3,393.59 | 6,787.18 | 07/29/2024 | 2019 | BPRO924 | 4100 G306_G264 |
| 084 | 06/16/2024 | 3,393.59 | 3,393.59 | 06/16/2024 | 2022 | BPRO204 | 4100 G306_G264 |

------------------------------------------------------

Hits: 13

------------------------------------------------------------------------------------------

INQUIRY: CHG-ADV (Charging Transactions)

------------------------------------------------------------------------------------------

CHARGING TCs Follow --

| T/C | ******INC-AMT****** | POST DATE* | *FY* | *******CAN******* | *OC* |
|---|---|---|---|---|---|
| 062 | 213,417.82 | 05/12/2026 | 2022 | BPRO204 | 4100 |
| 062 | 161,927.95 | 02/02/2026 | 2022 | BPRO204 | 4100 |
| 062 | 211,774.33 | 02/02/2026 | 2021 | BPRO102 | 4100 |
| 062 | 139,482.37 | 02/02/2026 | 2019 | BPRO924 | 4100 |
| 062 | 31,575.29 | 06/24/2025 | 2019 | BPRO924 | 4100 |
| 062 | 11,342.25 | 06/23/2025 | 2019 | BPRO924 | 4100 |
| 062 | 30,632.53 | 06/18/2025 | 2019 | BPRO924 | 4100 |
| 062 | 113,891.14 | 01/17/2025 | 2019 | BPRO924 | 4100 |
| 062 | 95,498.85 | 12/18/2024 | 2019 | BPRO924 | 4100 |
| 062 | 12,409.65 | 10/16/2024 | 2019 | BPRO924 | 4100 |
| 062 | -3,393.59 | 07/29/2024 | 2022 | BPRO204 | 4100 |
| 062 | 3,393.59 | 07/29/2024 | 2019 | BPRO924 | 4100 |
| 062 | 3,393.59 | 04/20/2024 | 2022 | BPRO204 | 4100 |
| NET TC: | 1,025,345.77 | | | | |

------------------------------------------------------

Hits: 13

Note : Charging TCs have been created in the new system only . If there were charging transaction in the old/legacy system (pre July 2000), then the Charging TCs may not equal to the total CHG-ADV on the grant document

------------------------------------------------------

| REPORT TOTAL | ****DOC AUTHORIZED**** / ****DOC CANCEL AUTH*** / ****DOC FUTURE AUTH*** / ****FCO AUTHORIZED**** / ****FCO FUTURE AUTH*** | *****DOC DISBURSED**** / *****DOC CANCEL DISB** / *****DOC SNAP DISB**** / *****FCO DISBURSED**** / *****FCO SNAP DISB**** | *****DOC CHG-ADV****** / *****DOC CANCEL CHG*** / *****DOC SNAP CHRG**** / *****FCO CHG-ADV****** / *****FCO SNAP CHRG**** | |
|---|---|---|---|---|
| TOTAL: | 3,175,000.00 | 1,025,345.77 | 1,025,345.77 | |
| | .00 | .00 | .00 | |
| | .00 | 1,025,345.77 | 1,025,345.77 | |
| | 3,175,000.00 | 1,025,345.77 | 1,025,345.77 | |
| | .00 | 1,025,345.77 | 1,025,345.77 | HITS: 1 |

Case: 1:25-cv-05462 Document #: 65-2 Filed: 09/02/26 Page 152 of 360 PageID #:1916

```
      OPEN & CLOSED:          23,250,000.00          21,006,597.50          21,006,597.50      CT:       2
               OPEN:          23,250,000.00          21,006,597.50          21,006,597.50      CT:       2
             CLOSED:                    .00                    .00                    .00      CT:       0


************************************************
*********** Inquiry Results Complete ***********
************************************************
You may now make another selection from the Menu
```

Back

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support). Privacy Policy (https://www.hhs.gov/web/policies-and-standards/hhs-web-policies/privacy/index.html)

Posted Date Range

# Exhibit G-2

# Securing the Cities (STC) Program Management Review

Chicago Region
FY26 Program Management Review
20-05-2026

Bethany Hand
Mark Zilch
Martin Li
Farah Fidai



[FOR OFFICIAL USE ONLY]

# Agenda

Program Management Office

Partner Status

Phase Status

Steady-State & Enhanced Steady State Operations

Special Events

Expansion

Training

Equipment

Maritime & Aerial Capability

Exercise Forecast

Challenges & Risks

PMR Workbook – Training, Equipment, & Financial Forecasts

# Program Management Office

- Bethany Hand, Assistant Commissioner
- Mark Zilch, Commander of Homeland Security/ Operations Manager
- Martin Li, Program Manager
- Farah Fidai, Deputy Program Manager

# Partner Status

- Principal partners
  - CFD
  - CPD
  - ISP
  - CCSO
  - IEMA
  - OEMC

- Regional partners
  - MABAS
  - Metra PD (new)

# Phase Status

- Current Phase: Implementation / Integration
- Phase II – Implementation
  - Estimated Year of Completion: 2026-2027*

Context

- Prior phase assessment reflected documentation gaps, including unsigned and outdated planning documents that had not been updated or submitted in several years.
- Following re-establishment of the PMO, a coordinated effort was initiated to revise, review, update, and obtain signatures across core STC planning documents.

**Dependent on FY26 funding levels and equipment procurement availability.*

Completed Milestones

- Core planning documents revised, reviewed, and signatures obtained (2025–2026)
- Regional TTX completed (2025)
- Equipment procurement and Training progression continues toward required capability targets

Outstanding Milestones / Estimated Completion

- Final AAR completion and corrective action integration (2026)
- Continue training growth and equipment procurement toward target capability levels (2026-2027)

# Steady-State & Enhanced Steady-State

- Steady-State Operations
  - Yes – Steady-state operations are conducted daily through deployment of PRDs to trained primary screeners across partner agencies. Secondary screener capability remains available through on-call personnel, established communications pathways, and documented SOPs. Operations are integrated into routine agency activities and frontline deployments.

- Enhanced Steady-State Operations
  - Conducted during SEAR events, large-scale gatherings, and intelligence-driven operations across Chicago and regional partner jurisdictions. STC-Chicago maintains operational visibility through DTECT-integrated assets (Backpacks, Mobile Systems, and R425 RIIDs). Capability exists to share data through AVID to support DOE and FBI visibility and operational integration.

- Common Operating Picture
  - Current COP platforms include DTECT, AVID, and ATAK. DTECT provides visibility into deployed radiation detection assets and operational activity, while AVID supports broader federal visibility and integration. ATAK may also be leveraged during joint operations and coordination with regional and federal partners.

# Upcoming Special Events

- Sueños Fest (May)
- Pride Parade (June)
- Navy Pier July 4th Fireworks (July)
- Lollapalooza (August)
- Air and Water Show (August)
- Chicago Triathlon (August)
- Mexican Independence Day (September)
- Chicago Marathon (October)
- Light Parade (November)

# Expansion

- Milwaukee PD & FD
  - Status: Engaged
  - Reason for selection: Nearest metropolitan area to Chicago
- SSERT (South Suburban Emergency Response Team)
  - Status: Engaged
  - Reason for selection: Expanded SWAT resource for the South Suburban area of Chicago
- ILEAS (Illinois Law Enforcement Alarm System)
  - Status: Engaged
  - Reason for selection: Shared state-wide LE resource for the entire Chicago region

# Training

- In-Direct Program:
  - We have informal refresher trainings and other equipment specific trainings provided to the region.
- Source License
  - Do not have one
- Challenges
  - Still don't have the ability to secure source locally

# Equipment

- PRDs
  - 395 (initial procurement to equip principal partner)
  - 56 (OOS replacement)
- Backpacks
  - 10 (Maritime operations, MABAS teams supporting JHAT events)
- Mobiles
  - Land: 1 (ISP)
  - Maritime:
  - Aerial: 1 (CFD)
- RIIDs
  - Not this immediate FY

# Maritime and Aerial Capability

- Does your region have an Area Maritime Security Committee (AMSC)? Yes
- If yes, please answer the below:
  - Which USCG Sector Chairs the AMSC in your region? Sector Lake Michigan (Southern Tip of Lake Michigan Port Area)
  - How many AMSC meetings have you attended in the past year? All Meetings – represented by AC Bethany Hand and CFD AS&R Chief
  - How many do you plan to attend in the next year? All meetings
  - Are you a member of any AMSC sub-committees or working groups? N/A
  - Do you need assistance from the National PMO to engage with your AMSC? No
- For devices identified for maritime or aerial surveillance, how many deployments did you accomplish for steady-state and enhanced steady-state operations? ASR team (2 units) and CPD (2 units) are out in the water everyday utilizing backpack in their vessel.
  - Steady State: 9 months out of the year – 6 backpacks out in the water
- Please describe your maritime or aerial operations/goals for FY26. Increase capability with aerial system
- Do you have a requirement for underwater RIIDs? 4 UW RIIDs



[FOR OFFICIAL USE ONLY]

# Exercise Forecast

- Last STC-Sponsored Exercise:
  - TTX, June 2025
  - Outstanding Items:
    - AAR draft was never updated upon feedback provided by the region

- Next STC-Sponsored Exercise:
  - Comms TTX, May 2026
  - FSE, Target: November 2026 – pending regional and DHS support availability

# Challenges & Risks

- Federal procurement/equipment spending pause impacted planned acquisition timelines
- No FY26 funding creates uncertainty for sustainment and future capability growth
- Changes in federal support and workforce availability resulted in FSE schedule impacts and rescoping efforts
- Train-the-Trainer dependency continues to create challenges for long-term sustainment and local training capacity
- Limited regional/federal surge asset availability impacted support for expanding operational requests (e.g., Joliet support request / FIFA-related resource constraints)



[FOR OFFICIAL USE ONLY]

Homeland Security

# Backup

# Entrance Criteria for Phase Transitions

| | Phase I Engagement (~1 year) | Phase II Implementation (~2-3 years) | Phase III Integration (~1 year) | Phase IV Sustainment |
|---|---|---|---|---|
| | Entrance Criteria for Phase (Ph) I | Entrance Criteria from Ph 1 to Ph II | Entrance Criteria from Ph II to Ph III | Entrance Criteria from Ph III to Ph IV |
| Requirements that need to be accomplished to enter the next phase | • **DHS Secretary's approval letter or memo for a new HRUA to join the STC Program**<br>• **New HRUA submits application in response to NOFO** | • **Establish STC PMO**<br>• **Establish Regional Governance Structure**<br>  • Executive Committee with signed Charter*<br>  • Regional Organizational Chart*<br>• **Finalize Regional Strategic Plan*** | • **Conduct TTX* with AAR completion**<br>• **Finalize Documents with Signatures***<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **68% Equipment Procured**<br>• **68% Trained** | • **Conduct FSE* with AAR completion**<br>• **Complete review and update documents**<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **90% Equipment Procured**<br>• **90% Trained** |
| | | **Short term (1-2 years)**** | **Medium term (3-4 years)**** | **Long term (4-6 years)**** |

# STC Implementation Phases

- Phase 0 (Planning and Analysis): Phase 0 is an ongoing programmatic process for each implementation cycle, where the annual Notice of Funding Opportunity (NOFO) is built for entering into a cooperative agreement with each HRUA or STC region. Initial engagement with federal partners, such as FBI and DOE's NNSA occurs as well as initial contact with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, which are foundational documents required to successfully implement a sustainable R/N detection capability, reports, and associated timelines. The reports are operationally focused and directly tied to program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis.

- Phase I (Engagement): Phase I begins with the award of a cooperative agreement with a STC region. The application submitted by the region identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to refine requirements and build local program structure. Phase I is expected to take up to 1 year.

- Phase II (Implementation): Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC). Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a Tabletop Exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. Phase II is expected to take 3 years.

- Phase III (Integration): During Phase III, CWMD expects a region to achieve Full Operational Capability (FOC) and successfully demonstrate its ability to integrate into a national detection framework as defined in National Security Presidential Memorandum-36 and the Domestic Detection Concept of Operations. A region must successfully complete a Full-Scale Exercise (FSE) and be in compliance with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- Phase IV (Sustainment): The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years and review regional documents regularly -- incorporating updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO who can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.



[FOR OFFICIAL USE ONLY]

# Exhibit G-3

| Equipment Type | Preferred Manufacturer | Preferred Model | Average Cost |
|---|---|---|---|
| PRDs | Thermo Fisher | PRD-ER4 | $2,112 |
| SPRDs | Thermo Fisher | SPRD-ER | $3,725 |
| RIIDs | FLIR | R425 | $20,260 |
| Backpacks | FLIR | R700 | $30,734 |
| Mobiles (Land) | RSI | RS-700 GN | $432,432 |
| Mobiles (Maritime) | n/a | n/a | $0 |
| Mobiles (Aerial) | n/a | n/a | $0 |
| CF-33s/Tablets | Samsung | SM-X828U | $1,000 |

**Yellow cells require input.**

This section forecasts initial equipment procurement. This is procurement that goes toward meeting the originally established end state quantity. This

| Initial Procurement | | | | | | Initial E | |
|---|---|---|---|---|---|---|---|
| **Equipment Type** | **Current Total** | **End State Qty** | **End State (%)** | **End State Year** | | **2026** | **2027** |
| PRDs | 3027 | 5000 | 61% | 2030 | | 395 | 395 |
| SPRDs | 141 | 150 | 94% | 2030 | | 2 | 2 |
| RIIDs | 94 | 100 | 94% | 2030 | | 1 | 1 |
| Backpacks | 35 | 50 | 70% | 2030 | | 3 | 3 |
| Mobiles (Land) | 6 | 8 | 75% | 2030 | | 0 | 0 |
| Mobiles (Maritime) | 0 | 0 | 0 | 2030 | | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 | 0 | 2030 | | 0 | 0 |
| CF-33s/Tablets | 139 | 155 | 90% | 2030 | | 3 | 3 |

***Information for recap is pulled from the Equip Recap Calculator worksheet (yellow tab).**

This section forecasts recap equipment procurement.

| Recapitalization | Recap I | |
|---|---|---|
| **Equipment Type** | **2026** | **2027** |
| PRDs | 0 | 0 |
| SPRDs | 0 | 0 |
| RIIDs | 0 | 0 |
| Backpacks | 0 | 0 |
| Mobiles (Land) | 0 | 0 |

| | | |
|---|---|---|
| Mobiles (Maritime) | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 |
| CF-33s/Tablets | 0 | 0 |

***Agency information for Expansion is pulled from the Training tab.**

This section forecasts primary screening equipment for expansion partners. Agency names, locations, year issuing begins, and year issuing complete

| Expansion | | | | | | Expansio | |
|---|---|---|---|---|---|---|---|
| **Agency** | **Agency Location (City, ST)** | **Year Issuing Begins** | **Year Issuing Complete** | **Equipment** | **End State Qty** | **2026** | **2027** |
| Milwaukee Police | Milwaukee | 2028 | 2035 | PRD | 200 | 0 | 0 |
| | | | | Backpack | 2 | 0 | 0 |
| | | | | Mobile - Land | 1 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| Milwaukee Fire | Milwaukee | 2028 | 2035 | PRD | 80 | 0 | 0 |
| | | | | Backpack | 2 | 0 | 0 |
| | | | | Mobile - Land | 1 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| SSERT (South Suburba | Illinois | 2027 | 2035 | SPRD | 25 | 0 | 3 |
| | | | | Backpack | 2 | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| ILEAS (Illinois Law Enfo | Illinois | 2027 | 2035 | PRD | 150 | 0 | 17 |
| | | | | Backpack | 4 | 0 | 0 |
| | | | | Mobile - Land | 1 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| Agency Name 5 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| Agency Name 6 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |

This table requires no input and is a summation of all tables.

| **Equipment Type** | **FY26** | **FY27** |
|---|---|---|
| PRDs | 395 | 414 |
| SPRDs | 2 | 2 |
| RIIDs | 1 | 1 |
| Backpacks | 3 | 4 |
| Mobiles (Land) | 0 | 1 |
| Mobiles (Maritime) | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 |
| CF-33s/Tablets | 3 | 3 |

s does not include expansion. If the End State Quantity is 0, leave the End State Year blank.

| Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Initial Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2028 | 2029 | 2030 | 2031 | 2032 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| 395 | 395 | 395 | 0 | 0 | $833,352 | $833,352 | $833,352 | $833,352 | $833,352 | $0 |
| 2 | 2 | 2 | 0 | 0 | $6,705 | $6,705 | $6,705 | $6,705 | $6,705 | $0 |
| 1 | 1 | 1 | 0 | 0 | $24,312 | $24,312 | $24,312 | $24,312 | $24,312 | $0 |
| 3 | 3 | 3 | 0 | 0 | $92,203 | $92,203 | $92,203 | $92,203 | $92,203 | $0 |
| 0 | 0 | 0 | 0 | 0 | $172,973 | $172,973 | $172,973 | $172,973 | $172,973 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | 3 | 3 | 0 | 0 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $0 |

| Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Recap Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2028 | 2029 | 2030 | 2031 | 2032 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
| 516 | 1003 | 0 | 0 | 0 | $0 | $0 | $1,089,735 | $2,118,226 | $0 | $0 |
| 28 | 33 | 0 | 0 | 0 | $0 | $0 | $104,300 | $122,925 | $0 | $0 |
| 0 | 2 | 0 | 0 | 0 | $0 | $0 | $0 | $40,520 | $0 | $0 |
| 12 | 3 | 0 | 0 | 0 | $0 | $0 | $368,811 | $92,203 | $0 | $0 |
| 0 | 3 | 0 | 0 | 0 | $0 | $0 | $0 | $1,297,295 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 6 | 0 | $0 | $0 | $0 | $0 | $0 | $6,000 |

will populate from the Expansion Training Table on the Training worksheet.

| n Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Expansion Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2028** | **2029** | **2030** | **2031** | **2032** | **2026** | **2027** | **2028** | **2029** | **2030** | **2031** |
| 25 | 25 | 25 | 25 | 25 | $0 | $0 | $52,797 | $52,797 | $52,797 | $52,797 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $7,684 | $7,684 | $7,684 | $7,684 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $54,054 | $54,054 | $54,054 | $54,054 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | 10 | 10 | 10 | 10 | $0 | $0 | $21,119 | $21,119 | $21,119 | $21,119 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $7,684 | $7,684 | $7,684 | $7,684 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $54,054 | $54,054 | $54,054 | $54,054 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | 3 | 3 | 3 | 3 | $0 | $5,866 | $5,866 | $5,866 | $5,866 | $5,866 |
| 0 | 0 | 0 | 0 | 0 | $0 | $6,830 | $6,830 | $6,830 | $6,830 | $6,830 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 17 | 17 | 17 | 17 | 17 | $0 | $35,198 | $35,198 | $35,198 | $35,198 | $35,198 |
| 0 | 0 | 0 | 0 | 0 | $0 | $13,660 | $13,660 | $13,660 | $13,660 | $13,660 |
| 0 | 0 | 0 | 0 | 0 | $0 | $48,048 | $48,048 | $48,048 | $48,048 | $48,048 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Total Quantities | | | | | Total Cost | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FY28** | **FY29** | **FY30** | **FY31** | **FY32** | **FY26** | **FY27** | **FY28** | **FY29** | **FY30** | **FY31** |
| 965 | 1452 | 449 | 54 | 54 | $833,352 | $874,416 | $2,038,068 | $3,066,558 | $948,332 | $114,981 |
| 30 | 35 | 2 | 0 | 0 | $6,705 | $6,705 | $111,005 | $129,630 | $6,705 | $0 |
| 1 | 3 | 1 | 0 | 0 | $24,312 | $24,312 | $24,312 | $64,832 | $24,312 | $0 |
| 16 | 7 | 4 | 1 | 1 | $92,203 | $112,692 | $496,870 | $220,262 | $128,059 | $35,857 |
| 1 | 4 | 1 | 0 | 0 | $172,973 | $221,021 | $329,128 | $1,626,423 | $329,128 | $156,156 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3 | 3 | 3 | 6 | 0 | $3,200 | $3,200 | $3,200 | $3,200 | $3,200 | $6,000 |
| | | | | **Total Equipment Cost** | **$1,132,744** | **$1,242,346** | **$3,002,583** | **$5,110,905** | **$1,439,737** | **$312,993** |

| |
|---|
| 2032 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| FY32 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |

| 2032 |
|---|
| $52,797 |
| $7,684 |
| $54,054 |
| $0 |
| $0 |
| $21,119 |
| $7,684 |
| $54,054 |
| $0 |
| $0 |
| $5,866 |
| $6,830 |
| $0 |
| $0 |
| $0 |
| $35,198 |
| $13,660 |
| $48,048 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| **FY32** |
| $114,981 |
| $0 |
| $0 |
| $35,857 |
| $156,156 |
| $0 |
| $0 |
| $0 |
| **$306,993** |

# Exhibit G-4

| Carryover Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $777,401.33 |
| **Fringe Benefits** | $638,035.94 |
| **Travel** | $12,246.53 |
| **Equipment** | $459,150.00 |
| **Supplies** | $24,055.11 |
| **Contractual** | $151,338.02 |
| **Other Direct Costs** | $100,000.00 |
| **Indirect Costs** | $94,900.90 |
| **Total** | $2,257,127.83 |

Notes:
Numbers from May 2026 reflects a pending budget reprogram request. Other Direct Costs consists of our Overtime budget.

| FY26 Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $420,000.00 |
| **Fringe Benefits** | $264,600.00 |
| **Travel** | $2,000.00 |
| **Equipment** | $1,132,744.00 |
| **Supplies** | |
| **Contractual** | $160,000.00 |
| **Other Direct Costs** | $80,000.00 |
| **Indirect Costs** | $46,330.00 |
| **Total** | $2,105,674.00 |

Notes:
Salaries: 3 personnels
Fringe: ~63% of salaries
Contractual: DTECT
Other Direct Costs: Overtime
Indirect Costs: 5% on everything other than equipment expenditures

# Exhibit H

## Naylor, Jenny

**From:** Kuleski, Brian
**Sent:** Wednesday, May 20, 2026 11:24 AM
**To:** Brown, Justin; Bosman, Julie (CTR); Holston, Reagan (CTR); Nibert, Chelsea (CTR); Ninnis, James (CTR); Harvey, Ki
**Subject:** Fw: Shipping Address

Ok

Justin/Julie

Please ship 50 devices to the below address. Please let the other personnel on this chain know the S/N of the devices being shipped.

V/r

Brian

---

**From:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Sent:** Wednesday, May 20, 2026 11:15:46 AM
**To:** Kuleski, Brian <Brian.Kuleski@hq.dhs.gov>
**Subject:** FW: Shipping Address

See below, again Jim said he would do the ops check

---

**From:** Elliott, James <James.Elliott@seattle.gov>
**Sent:** Wednesday, May 20, 2026 11:14 AM
**To:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Subject:** Re: Shipping Address

This email is from an external US Government agency.

James Elliott, ABS
Seattle PD
2203 Airport Way S
Seattle, WA 98134

James Elliott
STC Seattle Program Manager
206-886-5585
STC@Seattle.gov

**From:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Sent:** Wednesday, May 20, 2026 7:42:02 AM
**To:** Elliott, James <James.Elliott@seattle.gov>
**Subject:** Shipping Address

**CAUTION: External Email**

Please provide the shipping Address for your 50 PRDs, thanks.

V/R, Ki

Ki L. Harvey
Department of Homeland Security
Cell 202-961-8010
Teams 202-893-7908

# Exhibit I-1

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES THURSDAY, AUG 6, 2026

MENU Payment Management System (/pms/app/main) (/pms/app/logout) Benjamin Showers (OPO1BS250711)

Case: 1:25-cv-05462 Document #: 65-2 Filed: 09/02/26 Page 188 of 360 PageID #:1952

```
INQUIRY: Document Data w/ FCO Segments w/ Appr ID Extended    DATE: 08/06/2026  TIME: 10:49:34 AM

*** SEARCH PARAMETERS **********************************
      GRANT AWARD: 20CWDSTC00008
  POSTED EXT DATE: All thru 08/06/2026
     REQUEST DATE: All thru 08/06/2026
        PAID DATE: All thru 08/06/2026
*********************************************************
------------------------------------------------------
*ACCT** *PIN* ****EIN***** *****UEI***** ********Organization Name********
E7338P1 E7338 1916001275B6 RGJ5CPK2YHK1   SEATTLE, CITY OF
HHS-REG: 10 STATE: WA PMT: ACH STOP: N MAN-REV: N 272: File GROUP: F93B USER: Vivian Hughes

AGY* *******GRANT********                           ****DOC AUTHORIZED***** ****DOC DISBURSED***** *****DOC CHG-ADV****** *RPT DISB* RS DS ***UEI NUM***
                                                    ****DOC CANCEL AUTH**** ****DOC CANCEL DISB*** *****DOC CANCEL CHG***
     ********EIN*********                           ****DOC FUTURE AUTH**** ****DOC SNAP DISB***** *****DOC SNAP CHRG****            RI CT
     ********FCO********* *********APPR ID********* ****FCO AUTHORIZED***** ****FCO DISBURSED***** *****FCO CHG-ADV****** *SUB ACCT*          FS >90
     ***BEG*** ***END**** *******STD COMP TAS****** ****FCO FUTURE AUTH**** ****FCO SNAP DISB***** *****FCO SNAP CHRG****
B    20CWDSTC00008                                            4,962,507.00          2,857,481.73          2,857,481.73 03/31/2024  A  O
                                                                       .00                   .00                   .00
     1916001275B6                                                      .00          2,857,481.73          2,857,481.73            N  6
   2019-BPRO911-4100      70  9/10411                         1,525,007.00          1,525,007.00          1,525,007.00 20CWDSTC00008        O  N
    03/04/20 10/29/29     07020192021 0411000                          .00          1,525,007.00          1,525,007.00
   2021-BPRO113-4100      70  1/30411                           950,000.00            873,000.69            873,000.69 20CWDSTC00008        O  N
    03/09/21 06/30/22     07020212023 0411000                          .00            873,000.69            873,000.69
   2021-BPRO922-4100      70  9/10411                           500,000.00            459,474.04            459,474.04 20CWDSTC00008        O  N
    03/09/21 10/30/29     07020192021 0411000                          .00            459,474.04            459,474.04
   2022-BPRO214-4100      70  2/40411                           950,000.00                   .00                   .00 20CWDSTC00008        O  N
    07/01/22 10/30/29     07020222024 0411000                          .00                   .00                   .00
   2023-BPRO307-4100      70  3/50411                           475,000.00                   .00                   .00 20CWDSTC00008        O  N
    03/04/20 10/30/29     07020232025 0411000                          .00                   .00                   .00
   2024-BPRO405-4100      70  4/60411                           562,500.00                   .00                   .00 20CWDSTC00008        O  N
    07/01/24 10/30/29     07020242026 0411000                          .00                   .00                   .00

---------------------------------------------------------------------------------------
INQUIRY: AUTHTC-E (Authorization Transactions Extended)
---------------------------------------------------------------------------------------
DOC:20CWDSTC00008         OP DIV:B   AUTH TC's Follow --
T/C RM ************FCO************ ****INC-AUTH***** POST DT  TIME  START DT END DT   ISSUE DT *****EIN**** REF *USER** R ***UEI NUM*** P *SUFFIX
050 13 2024-BPRO405-4100                562,500.00 07/16/24 11:33 07/01/24 10/30/29 07/16/24 1916001275B6 BPR OPO1DIAON
050 13 2023-BPRO307-4100                475,000.00 06/22/23 08:01 03/04/20 10/30/29 06/21/23 1916001275B6 BPR OPO1DIAON
050 13 2022-BPRO214-4100                950,000.00 03/22/23 09:04 07/01/22 10/30/29 03/22/23 1916001275B6 BPR OPO1DIAON
050 13 2021-BPRO113-4100                950,000.00 09/28/21 16:01 03/09/21 06/30/22 09/28/21 1916001275B6 BPR OPO1DIAON
050 13 2021-BPRO922-4100                500,000.00 03/23/23 07:00 03/09/21 10/30/29 03/22/23 1916001275B6 BPR OPO1DIAON
050 13 2019-BPRO911-4100              1,525,007.00 05/07/20 14:21 03/04/20 10/29/29 05/01/20 1916001275B6 BPR OPO1SP  N RGJ5CPK2YHK1
                          NET TC:       4,962,507.00
------------------------------------------------------
Hits:  6


---------------------------------------------------------------------------------------
INQUIRY: DBT (Disbursement Transactions)
---------------------------------------------------------------------------------------
DOC: 20CWDSTC00008         AGY: FFEPBPR             DISB TC's Follow --
T/C ***ROD**** ******INC-AMT***** ******CUM-AMT***** POST DATE* *FY* *******CAN******* *OC* ****ICN*****
084 07/10/2026          44,155.06       2,857,481.73 07/10/2026  2021          BPRO113 4100
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 084 | 07/10/2026 | 23,239.50 | 2,813,326.67 | 07/10/2026 | 2021 | BPRO922 4100 |
| 084 | 05/01/2026 | 44,155.06 | 2,790,087.17 | 05/01/2026 | 2021 | BPRO113 4100 |
| 084 | 05/01/2026 | 23,239.50 | 2,745,932.11 | 05/01/2026 | 2021 | BPRO922 4100 |
| 084 | 02/02/2026 | 45,202.29 | 2,722,692.61 | 02/02/2026 | 2021 | BPRO113 4100 |
| 084 | 02/02/2026 | 23,790.68 | 2,677,490.32 | 02/02/2026 | 2021 | BPRO922 4100 |
| 084 | 01/20/2026 | 118,624.00 | 2,653,699.64 | 01/20/2026 | 2021 | BPRO113 4100 |
| 084 | 01/20/2026 | 62,433.69 | 2,535,075.64 | 01/20/2026 | 2021 | BPRO922 4100 |
| 084 | 08/12/2025 | 330,804.01 | 2,472,641.95 | 08/12/2025 | 2021 | BPRO113 4100 |
| 084 | 08/12/2025 | 174,107.37 | 2,141,837.94 | 08/12/2025 | 2021 | BPRO922 4100 |
| 084 | 06/24/2025 | 67,978.41 | 1,967,730.57 | 06/24/2025 | 2021 | BPRO113 4100 |
| 084 | 06/24/2025 | 35,778.11 | 1,899,752.16 | 06/24/2025 | 2021 | BPRO922 4100 |
| 084 | 02/13/2025 | 56,464.46 | 1,863,974.05 | 02/13/2025 | 2021 | BPRO113 4100 |
| 084 | 02/13/2025 | 29,718.13 | 1,807,509.59 | 02/13/2025 | 2021 | BPRO922 4100 |
| 084 | 11/01/2024 | 28,883.85 | 1,777,791.46 | 11/01/2024 | 2021 | BPRO113 4100 |
| 084 | 11/01/2024 | 15,202.04 | 1,748,907.61 | 11/01/2024 | 2021 | BPRO922 4100 |
| 084 | 08/08/2024 | 13,600.49 | 1,733,705.57 | 08/08/2024 | 2021 | BPRO113 4100 |
| 084 | 08/08/2024 | 7,158.14 | 1,720,105.08 | 08/08/2024 | 2021 | BPRO922 4100 |
| 084 | 06/16/2024 | -.40 | 1,712,946.94 | 06/16/2024 | 2021 | BPRO113 4100 |
| 084 | 06/16/2024 | -.21 | 1,712,947.34 | 06/16/2024 | 2021 | BPRO922 4100 |
| 084 | 03/31/2024 | 50,276.41 | 1,712,947.55 | 05/02/2024 | 2021 | BPRO113 4100 |
| 084 | 03/31/2024 | 26,461.27 | 1,662,671.14 | 05/02/2024 | 2021 | BPRO922 4100 |
| 084 | 12/31/2023 | 72,857.05 | 1,636,209.87 | 02/01/2024 | 2021 | BPRO113 4100 |
| 084 | 12/31/2023 | 38,345.82 | 1,563,352.82 | 02/01/2024 | 2021 | BPRO922 4100 |
| 084 | 12/31/2023 | 10,628.99 | 1,525,007.00 | 02/01/2024 | 2019 | BPRO911 4100 |
| 084 | 09/30/2023 | 450,527.53 | 1,514,378.01 | 11/28/2023 | 2019 | BPRO911 4100 |
| 084 | 06/30/2023 | 143,290.26 | 1,063,850.48 | 07/28/2023 | 2019 | BPRO911 4100 |
| 084 | 12/31/2022 | 76,706.26 | 920,560.22 | 01/31/2023 | 2019 | BPRO911 4100 |
| 084 | 09/30/2022 | 72,171.60 | 843,853.96 | 10/31/2022 | 2019 | BPRO911 4100 |
| 084 | 06/30/2022 | 771,682.36 | 771,682.36 | 07/14/2022 | 2019 | BPRO911 4100 |

-------------------------------------------------------

Hits: 30

-------------------------------------------------------------------------------------------

INQUIRY: CHG-ADV (Charging Transactions)

-------------------------------------------------------------------------------------------

CHARGING TCs Follow --

| T/C | ******INC-AMT****** | POST DATE* | *FY* | *******CAN******* | *OC* |
|---|---|---|---|---|---|
| 062 | 44,155.06 | 07/10/2026 | 2021 | BPRO113 | 4100 |
| 062 | 23,239.50 | 07/10/2026 | 2021 | BPRO922 | 4100 |
| 062 | 23,239.50 | 05/01/2026 | 2021 | BPRO922 | 4100 |
| 062 | 44,155.06 | 05/01/2026 | 2021 | BPRO113 | 4100 |
| 062 | 45,202.29 | 02/02/2026 | 2021 | BPRO113 | 4100 |
| 062 | 23,790.68 | 02/02/2026 | 2021 | BPRO922 | 4100 |
| 062 | 118,624.00 | 01/20/2026 | 2021 | BPRO113 | 4100 |
| 062 | 62,433.69 | 01/20/2026 | 2021 | BPRO922 | 4100 |
| 062 | 330,804.01 | 08/12/2025 | 2021 | BPRO113 | 4100 |
| 062 | 174,107.37 | 08/12/2025 | 2021 | BPRO922 | 4100 |
| 062 | 67,978.41 | 06/24/2025 | 2021 | BPRO113 | 4100 |
| 062 | 35,778.11 | 06/24/2025 | 2021 | BPRO922 | 4100 |
| 062 | 56,464.46 | 02/13/2025 | 2021 | BPRO113 | 4100 |
| 062 | 29,718.13 | 02/13/2025 | 2021 | BPRO922 | 4100 |
| 062 | 15,202.04 | 11/01/2024 | 2021 | BPRO922 | 4100 |

```
062              28,883.85 11/01/2024 2021 BPRO113          4100
062              13,600.49 08/08/2024 2021 BPRO113          4100
062               7,158.14 08/08/2024 2021 BPRO922          4100
062              50,276.01 05/06/2024 2021 BPRO113          4100
062              26,461.06 05/06/2024 2021 BPRO922          4100
062              38,345.82 04/26/2024 2021 BPRO922          4100
062             527,740.52 04/26/2024 2019 BPRO911          4100
062              72,857.05 04/26/2024 2021 BPRO113          4100
062             225,584.12 02/01/2023 2019 BPRO911          4100
062             771,682.36 07/16/2022 2019 BPRO911          4100
NET TC:        2,857,481.73
------------------------------------------------------
Hits: 25

Note : Charging TCs have been created in the new system only . If there were charging transaction
 in the old/legacy system (pre July 2000), then the Charging TCs may not equal to the total CHG-ADV on the grant document

------------------------------------------------------

REPORT TOTAL               ****DOC AUTHORIZED**** *****DOC DISBURSED**** *****DOC CHG-ADV******
                           ****DOC CANCEL AUTH*** *****DOC CANCEL DISB** *****DOC CANCEL CHG***
                           ****DOC FUTURE AUTH*** *****DOC SNAP DISB**** *****DOC SNAP CHRG****
                           ****FCO AUTHORIZED**** *****FCO DISBURSED**** *****FCO CHG-ADV******
                           ****FCO FUTURE AUTH*** *****FCO SNAP DISB**** *****FCO SNAP CHRG****
                  TOTAL:             4,962,507.00          2,857,481.73          2,857,481.73
                                              .00                   .00                   .00
                                              .00          2,857,481.73          2,857,481.73
                                     4,962,507.00          2,857,481.73          2,857,481.73
                                              .00          2,857,481.73          2,857,481.73    HITS:      1

         OPEN & CLOSED:              4,962,507.00          2,857,481.73          2,857,481.73      CT:      1
                  OPEN:              4,962,507.00          2,857,481.73          2,857,481.73      CT:      1
                CLOSED:                       .00                   .00                   .00      CT:      0


************************************************
*********** Inquiry Results Complete ***********
************************************************
You may now make another selection from the Menu
```

Back

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support). Privacy Policy (https://www.hhs.gov/web/policies-and-standards/hhs-web-policies/privacy/index.html)

Posted Date Range

# Exhibit I-2

# Securing the Cities (STC) Program Management Review

Seattle STC (SEA)

FY26 Program Management Review

02 February 2026

James Elliott

# Agenda

Program Management Office

Partner Status

Phase Status

Steady-State & Enhanced Steady State Operations

Special Events --

Expansion

Training

Equipment

Maritime & Aerial Capability

Exercise Forecast

Challenges & Risks

PMR Workbook – Training, Equipment, & Financial Forecasts

# Program Management Office

- James Elliott – Program Manager
- Tai Yin – Grants Manager

# Partner Status

SEA is currently partnered with twenty-five separate agencies in the grant. Twenty-one agencies have signed MOUs, nine are law enforcement (LE) agencies, one is a port security agency with limited LE powers, and eleven are fire fighting (FF) agencies. Four agencies actively request program status updates but have declined to sign MOUs and will not engage in enforcement activities or receive equipment. One LE agency that was involved in the grant from the beginning later withdrew due to a lack of manpower resources.

Numerous agencies have requested membership in the grant but have been delayed due to the current moratorium on agency expansion.

Currently, twenty-one officers from Seattle PD and twenty-five deputies from the King County Sheriff's Office are deployed full time with SPRDs. These officers received SPRDs as part of a DHS mandated field test project that was later abandoned.

Nine LE agency bomb squads serve as Secondary Screener response teams throughout the state. Seattle PD SWAT and the Seattle PD Marine Unit have also received SPRDs in preparation for upcoming NFL and FIFA events. All combined, 122 SPRDs and 17 RIIDs have been issued to those agencies.

The port security agency and all of the FF agencies have all received PRDs. A total of 323 STC-sPRDs and 7 RIIDs have been issued as of this date.

# Phase Status

- Current Phase: Two / Three

- Phase I – Engagement
  - Year Complete: 2021

- Phase II – Implementation
  - Estimated Year of Completion: 2022
  - Completed Milestones
    - Item 1 (YEAR)
  - Outstanding Milestones
    - Item 1 (YEAR)

- Phase III – Integration: 2026
  - Estimated Year of Completion
  - Completed Milestones
    - Item 1 -- 2026
  - Outstanding Milestones
    - Item 2 -- 2026



[FOR OFFICIAL USE ONLY]

# Steady-State & Enhanced Steady-State

- Steady-State Operations
  - As described in the Partner Status block, 122 SPRDs and 323 STC-sPRDs have been issued to SEA agencies and are deployed for daily LE and FF Steady State Operations.

- Enhanced Steady-State Operations
  - The Seattle PD Bomb Squad deploys SEA issued SPRDs and RIIDs almost daily for Enhanced Steady State Operations. The Seattle Fire Department deploys an unknown number of PRDs routinely on Enhanced Steady State Operations. Exact numbers vary due to changes in shift and station deployments. Outside SEA agencies have unknown ESS deployments.
  - SEA PM participates in special events, special event planning meetings, and training/ exercise events.

- Common Operating Picture
  - No COP software is held by SEA. When deployed with CST or RAP, SEA utilizes their COP software.

# Upcoming Special Events

- Special Event Name
  - January 17, 2026
  - National Football League Play-off game with the Seattle Seahawks at home. Numerous SEA grant participating agencies as well as the 10th CST, RAP 8, and MDDP were present.

  - January 24, 2026
  - National Football League Play-off game with the Seattle Seahawks at home. Numerous SEA grant participating agencies as well as the 10th CST, RAP 8, and MDDP were present.

  - June 15 – July 6, 2026
  - FIFA World Cup Soccer matches. Numerous SEA grant participating agencies as well as the 10th CST, RAP 8, and MDDP will be participating.

# Expansion

Washington Department of Fish and Wildlife

- Status: Waiting on lifting of DHS expansion moratorium
- Reason for selection: Second largest LE agency in the state. Traditionally patrols rural areas not covered by most LE agencies. Previous participant in maritime radiation detection grant funded by expired FEMA grant.

Vancouver Fire Department

- Status: Waiting on lifting of DHS expansion moratorium
- Reason for selection: FF agency that covers southern border with Oregon. Response area includes Columbia River Basin and Cascade Locks. Responds to incidents on the I-5 Freeway, the major traffic arterial into Washington State from the south.

Spokane County Police Department/ Sheriff's Department

- Status: Waiting on lifting of DHS expansion moratorium
- Reason for selection: Second largest sheriff's department in the state. PD covers the second largest urban area in the state. Both agencies cover I-90, the major traffic arterial into Washington State from the East.

# Expansion

- Kitsap County Sheriff's Office
  - Status: Waiting on lifting of DHS expansion moratorium.
  - Reason for selection: Largest sheriff's department that covers the west side of the Puget Sound. Responsible for enforcement around US Naval Submarine Base Bangor, the West Coast home port for the Ohio Class Trident Fleet Ballistic Missile Submarines.

All of the scheduled expansion agencies have upcoming FIFA related events scheduled in their areas of responsibility for summer 2026.

# Training

- In-Direct Program:
- 100% of all PER-243 training classes that have been held in SEA have been instructed by local area instructors. CTOS provided instruction for the initial PER-243 Train the Trainer (TtT) course that was held in December 2021. Eleven local instructors were certified.
- Lack of a Radiological Material's License prevents in-house training capability and forces reliance on CTOS which requires multi-day commitment and roster number requirements.
- Source License
  - SEA obtained a Radioactive Materials License, issued by the State of Washington Department of Health (DOH), to procure and utilize two radiological sources for training. A 3-millicurie Cs-137 and a 1-millicurie Co-60 source are currently held under the existing license. The sources are stored in a secure Seattle PD facility, manned 24/7. SEA intends to contract with DOH to provide required radiological sources for the PER-245 classes.
- Challenges
  - Manpower shortages of participating agencies continues to be the single largest challenge, preventing large volume class attendance and out of area travel for training.

# Equipment

- SPRDs / PRDs
  - Purchase 500 SPRDs – For general issue to all LE grant participants, as outlined in the Challenges and Risks Block.
  - Purchase 500 RD4 PRDs to replace current stocks of STC-sPRDs in service, as outlined in the Challenges and Risks Block.
- Backpacks
  - Qty 0 – Due to the proximity of the 10th CST, MDDP, and RAP 8, the need for backpacks in the SEA is minimized. SEA will focus on SPRD/ PRD procurement for the immediate future,
- Mobiles
  - Land/ Aerial: Qty 0 – See above regarding backpacks.
  - Maritime: Qty unknown – SEA has inherited the remains of the existing Maritime Radiological Detection grant that was funded by FEMA and expired in 2024. SEA will induct those agencies into the STC grant and begin refurbishment/ replacement of necessary maritime agency equipment as soon as the SPRD issue has been resolved.
- RIIDs
  - Qty 0 – SEA has sufficient stocks of RIIDs on hand for the immediate expansion future.



[FOR OFFICIAL USE ONLY]

# Maritime and Aerial Capability

- Does your region have an Area Maritime Security Committee (AMSC)? -- Yes
- If yes, please answer the below:
  - Which USCG Sector Chairs the AMSC in your region? -- USCG Sector Puget Sound
  - How many AMSC meetings have you attended in the past year? -- Two
  - How many do you plan to attend in the next year? -- Four
  - Are you a member of any AMSC sub-committees or working groups? -- No
  - Do you need assistance from the National PMO to engage with your AMSC? -- No
- For devices identified for maritime or aerial surveillance, how many deployments did you accomplish for steady-state and enhanced steady-state operations? -- Zero
- Please describe your maritime or aerial operations/goals for FY26. – See Equipment Block
- Do you have a requirement for underwater RIIDs? – SEA purchased ten R-425 UW variants in 2025, for maritime usage.



[FOR OFFICIAL USE ONLY]

# Exercise Forecast

- Last STC-Sponsored Exercise:
  - Type – Live Event JHAT Training Exercise
  - Date January 17, 2026, and January 24, 2026
  - Outstanding Items: Twelve FF agencies participated.

- Next STC-Sponsored Exercise:
  - Type FSE involving all King County Zone 1 Haz-Mat Fire Agencies
  - Date – April 2026
  - Additional info – JHAT operations, Primary and Secondary Screening drills will be conducted



[FOR OFFICIAL USE ONLY]

# Challenges & Risks

Due to the ongoing disagreement between Seattle STC and DHS management regarding the issue of SPRDs verse PRDs, expansion in the Seattle STC region has been concentrated on fire fighting agencies rather than law enforcement.

Washington State residents enjoy enhanced 4th Amendment protections regarding detentions and seizures. In conference with the legal representatives of the law enforcement (LE) agencies of the Executive Committee, it was determined that SPRDs were needed to enjoy the greatest likelihood of success in the case of a detection/ detention/ arrest scenario that LE would be engaged in. Fire agencies can effectively utilize PRDs in their day-to-day activities since they do not engage in LE activities.

Previous DHS supervision denied Seattle STC permission to purchase SPRDs. However, Seattle intends to re-visit the issue with new DHS management when full operations resume.

Further, Seattle STC intends to purchase Thermo Fisher RadEye RD4 PRDs to replace current issue STC-sPRDs. RD4s enjoy a 30%+ better detection range and have the all-important neutron detection capability. For a program intended to interdict terrorist activity, a lack of neutron detection capability for primary screeners is concerning.

Homeland Security

# Backup

# Entrance Criteria for Phase Transitions

| | Phase I Engagement (~1 year) | Phase II Implementation (~2-3 years) | Phase III Integration (~1 year) | Phase IV Sustainment |
|---|---|---|---|---|
| | Entrance Criteria for Phase (Ph) I | Entrance Criteria from Ph 1 to Ph II | Entrance Criteria from Ph II to Ph III | Entrance Criteria from Ph III to Ph IV |
| Requirements that need to be accomplished to enter the next phase | • **DHS Secretary's approval letter or memo for a new HRUA to join the STC Program**<br>• **New HRUA submits application in response to NOFO** | • **Establish STC PMO**<br>• **Establish Regional Governance Structure**<br>  • Executive Committee with signed Charter*<br>  • Regional Organizational Chart*<br>• **Finalize Regional Strategic Plan*** | • **Conduct TTX* with AAR completion**<br>• **Finalize Documents with Signatures***<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **68% Equipment Procured**<br>• **68% Trained** | • **Conduct FSE* with AAR completion**<br>• **Complete review and update documents**<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **90% Equipment Procured**<br>• **90% Trained** |
| | | **Short term (1-2 years)**** | **Medium term (3-4 years)**** | **Long term (4-6 years)**** |



[FOR OFFICIAL USE ONLY]

# STC Implementation Phases

- Phase 0 (Planning and Analysis): Phase 0 is an ongoing programmatic process for each implementation cycle, where the annual Notice of Funding Opportunity (NOFO) is built for entering into a cooperative agreement with each HRUA or STC region. Initial engagement with federal partners, such as FBI and DOE's NNSA occurs as well as initial contact with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, which are foundational documents required to successfully implement a sustainable R/N detection capability, reports, and associated timelines. The reports are operationally focused and directly tied to program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis.

- Phase I (Engagement): Phase I begins with the award of a cooperative agreement with a STC region. The application submitted by the region identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to refine requirements and build local program structure. Phase I is expected to take up to 1 year.

- Phase II (Implementation): Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC). Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a Tabletop Exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. Phase II is expected to take 3 years.

- Phase III (Integration): During Phase III, CWMD expects a region to achieve Full Operational Capability (FOC) and successfully demonstrate its ability to integrate into a national detection framework as defined in National Security Presidential Memorandum-36 and the Domestic Detection Concept of Operations. A region must successfully complete a Full-Scale Exercise (FSE) and be in compliance with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- Phase IV (Sustainment): The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years and review regional documents regularly -- incorporating updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO who can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.



[FOR OFFICIAL USE ONLY]

# Exhibit I-3

| Equipment Type | Preferred Manufacturer | Preferred Model | Average Cost |
|---|---|---|---|
| PRDs | Thermo Fisher | RD4 | $1,100 |
| SPRDs | Thermo Fisher | SPRD | $1,500 |
| RIIDs | FLIR | R425 | $14,500 |
| Backpacks | | | |
| Mobiles (Land) | | | |
| Mobiles (Maritime) | | | |
| Mobiles (Aerial) | | | |
| CF-33s/Tablets | Panasonic | CF-33 | $3,600 |

**Yellow cells require input.**

This section forecasts initial equipment procurement. This is procurement that goes toward meeting the originally established end state quantity. Thi

| Initial Procurement | | | | | | Initial E | |
|---|---|---|---|---|---|---|---|
| **Equipment Type** | **Current Total** | **End State Qty** | **End State (%)** | **End State Year** | | **2026** | **2027** |
| PRDs | 600 | 1000 | 60% | 2030 | | 80 | 80 |
| SPRDs | 135 | 1000 | 14% | 2030 | | 173 | 173 |
| RIIDs | 45 | 100 | 45% | 2030 | | 11 | 11 |
| Backpacks | 0 | | 0 | | | 0 | 0 |
| Mobiles (Land) | 0 | | 0 | | | 0 | 0 |
| Mobiles (Maritime) | 0 | | 0 | | | 0 | 0 |
| Mobiles (Aerial) | 0 | | 0 | | | 0 | 0 |
| CF-33s/Tablets | 26 | 100 | 26% | 2030 | | 15 | 15 |

***Information for recap is pulled from the Equip Recap Calculator worksheet (yellow tab).**

This section forecasts recap equipment procurement.

| Recapitalization | | Recap I | |
|---|---|---|---|
| **Equipment Type** | **Overdue** | **2026** | **2027** |
| PRDs | 0 | 600 | 0 |
| SPRDs | 0 | 0 | 0 |
| RIIDs | 0 | 0 | 0 |
| Backpacks | 0 | 0 | 0 |
| Mobiles (Land) | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| Mobiles (Maritime) | 0 | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 | 0 |
| CF-33s/Tablets | 0 | 0 | 0 |

***Agency information for Expansion is pulled from the Training tab.**

This section forecasts primary screening equipment for expansion partners. Agency names, locations, year issuing begins, and year issuing complete

| Expansion | | | | | | Expansio | |
|---|---|---|---|---|---|---|---|
| **Agency** | **Agency Location (City, ST)** | **Year Issuing Begins** | **Year Issuing Complete** | **Equipment** | **End State Qty** | **2026** | **2027** |
| Vancouver Fire | Vancouver, WA | 2026 | 2026 | PRD | 30 | 30 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| Snohomish Regional Fi | Monroe, WA | 2026 | 2026 | PRD | 30 | 30 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| Spokane County Sherif | Spokane, WA | 2026 | 2027 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| Spokane Police Depart | Spokane, WA | 2026 | 2027 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| Richland Police Depart | Richland, WA | 2026 | 2026 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| Washingotn State Fish | Olympia, WA | 2026 | 2027 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |

This table requires no input and is a summation of all tables.

| Equipment Type | FY26 | FY27 |
|---|---|---|
| PRDs | 740 | 80 |
| SPRDs | 173 | 173 |
| RIIDs | 11 | 11 |
| Backpacks | 0 | 0 |
| Mobiles (Land) | 0 | 0 |
| Mobiles (Maritime) | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 |
| CF-33s/Tablets | 15 | 15 |

s does not include expansion. If the End State Quantity is 0, leave the End State Year blank.

| Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Initial Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2028** | **2029** | **2030** | **2031** | **2032** | **2026** | **2027** | **2028** | **2029** | **2030** | **2031** |
| 80 | 80 | 80 | 0 | 0 | $88,000 | $88,000 | $88,000 | $88,000 | $88,000 | $0 |
| 173 | 173 | 173 | 0 | 0 | $259,500 | $259,500 | $259,500 | $259,500 | $259,500 | $0 |
| 11 | 11 | 11 | 0 | 0 | $159,500 | $159,500 | $159,500 | $159,500 | $159,500 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 15 | 15 | 15 | 0 | 0 | $53,280 | $53,280 | $53,280 | $53,280 | $53,280 | $0 |

| Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Recap Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2028** | **2029** | **2030** | **2031** | **2032** | **FY26** | **FY27** | **FY28** | **FY29** | **FY30** | **FY31** |
| 0 | 0 | 0 | 200 | 401 | $660,000 | $0 | $0 | $0 | $0 | $220,000 |
| 0 | 0 | 0 | 0 | 10 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 25 | 0 | $0 | $0 | $0 | $0 | $0 | $362,500 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 1 | 1 | $0 | $0 | $0 | $0 | $0 | $3,600 |

: will populate from the Expansion Training Table on the Training worksheet.

| n Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Expansion Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2028** | **2029** | **2030** | **2031** | **2032** | **2026** | **2027** | **2028** | **2029** | **2030** | **2031** |
| 0 | 0 | 0 | 0 | 0 | $33,000 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $33,000 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| **Total Quantities** | | | | | **Total Cost** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FY28** | **FY29** | **FY30** | **FY31** | **FY32** | **FY26** | **FY27** | **FY28** | **FY29** | **FY30** | **FY31** |
| 80 | 80 | 80 | 200 | 401 | $814,000 | $88,000 | $88,000 | $88,000 | $88,000 | $220,000 |
| 173 | 173 | 173 | 0 | 10 | $259,500 | $259,500 | $259,500 | $259,500 | $259,500 | $0 |
| 11 | 11 | 11 | 25 | 0 | $159,500 | $159,500 | $159,500 | $159,500 | $159,500 | $362,500 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 15 | 15 | 15 | 1 | 1 | $53,280 | $53,280 | $53,280 | $53,280 | $53,280 | $3,600 |
| | | | **Total Equipment Cost** | | **$1,286,280** | **$560,280** | **$560,280** | **$560,280** | **$560,280** | **$586,100** |

| |
|---|
| 2032 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| FY32 |
| $441,100 |
| $15,000 |
| $0 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $3,600 |

| 2032 |
|---|
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| **FY32** |
| $441,100 |
| $15,000 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $3,600 |
| **$459,700** |

# Exhibit I-4

| Carryover Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $286,805.00 |
| **Fringe Benefits** | $166,074.00 |
| **Travel** | $35,626.00 |
| **Equipment** | $2,382,752.00 |
| **Supplies** | $9,668.00 |
| **Contractual** | $106,924.00 |
| **Other Direct Costs** | $6,924.00 |
| **Indirect Costs** | $0.00 |
| **Total** | $2,994,773.00 |

These numbers reflect the actual carryover amounts rather than adjusted amounts that were not allowed for equipment purchases.

| FY26 Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $300,000.00 |
| **Fringe Benefits** | $175,000.00 |
| **Travel** | $35,000.00 |
| **Equipment** | $1,000,000.00 |
| **Supplies** | $10,000.00 |
| **Contractual** | $250,000.00 |
| **Other Direct Costs** | $0.00 |
| **Indirect Costs** | $0.00 |
| **Total** | $1,770,000.00 |

Equipment funding request centers on large scale purchase of SPRDs and replacemtn PRDs

# Exhibit J-1

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

THURSDAY, AUG 6, 2026

MENU Payment Management System (/pms/app/main) (/pms/app/logout) Benjamin Showers (OPO1BS250711)

```
INQUIRY: Document Data w/ FCO Segments w/ Appr ID Extended    DATE: 08/06/2026  TIME: 10:51:03 AM

*** SEARCH PARAMETERS **********************************
      GRANT AWARD: 20CWDSTC00005
  POSTED EXT DATE: All thru 08/06/2026
     REQUEST DATE: All thru 08/06/2026
        PAID DATE: All thru 08/06/2026
*********************************************************
------------------------------------------------------
*ACCT** *PIN* ****EIN***** *****UEI***** ********Organization Name********
E7340P1 E7340 1946000417D1 MYM4VNNBN6T9   SAN FRANCISCO, CITY & COUNTY OF
HHS-REG: 09 STATE: CA PMT: ACH STOP: N MAN-REV: N 272: File GROUP: F93B USER: Vivian Hughes

AGY* *******GRANT********                           ****DOC AUTHORIZED***** ****DOC DISBURSED***** *****DOC CHG-ADV****** *RPT DISB* RS DS ***UEI NUM***
                                                    ****DOC CANCEL AUTH**** ****DOC CANCEL DISB*** *****DOC CANCEL CHG***
     ********EIN*********                           ****DOC FUTURE AUTH**** ****DOC SNAP DISB***** *****DOC SNAP CHRG****            RI CT
     ********FCO********* *********APPR ID********* ****FCO AUTHORIZED***** ****FCO DISBURSED***** *****FCO CHG-ADV****** *SUB ACCT*          FS >90
     ***BEG*** ***END**** *******STD COMP TAS****** ****FCO FUTURE AUTH**** ****FCO SNAP DISB***** *****FCO SNAP CHRG****
B    20CWDSTC00005                                            10,265,800.00          8,702,093.00          8,702,093.00 03/31/2024  A  O
                                                               2,000,000.00          2,000,000.00          2,000,000.00
     1946000417D1                                                       .00          8,702,093.00          8,702,093.00            N  7
   2018-BPRO807-4100      70  8/00411                          2,000,000.00          2,000,000.00          2,000,000.00 20CWDSTC00005       O  N
    03/04/20 10/30/29     07020182020 0411000                           .00          2,000,000.00          2,000,000.00
   2019-BPRO917-4100      70  9/10411                            600,000.00            600,000.00            600,000.00 20CWDSTC00005       O  N
    03/09/21 10/30/29     07020192021 0411000                           .00            600,000.00            600,000.00
   2020-BPRO012-4100      70  0/20411                          2,465,800.00          2,465,800.00          2,465,800.00 20CWDSTC00005       O  N
    03/09/21 10/30/29     07020202022 0411000                           .00          2,465,800.00          2,465,800.00
   2021-BPRO107-4100      70  1/30411                          2,100,000.00          2,100,000.00          2,100,000.00 20CWDSTC00005       O  N
    03/09/21 06/30/22     07020212023 0411000                           .00          2,100,000.00          2,100,000.00
   2022-BPRO213-4100      70  2/40411                            950,000.00            950,000.00            950,000.00 20CWDSTC00005       O  N
    07/01/22 10/30/29     07020222024 0411000                           .00            950,000.00            950,000.00
   2023-BPRO302-4100      70  3/50411                            950,000.00            586,293.00            586,293.00 20CWDSTC00005       O  N
    03/04/20 10/30/29     07020232025 0411000                           .00            586,293.00            586,293.00
   2024-BPRO402-4100      70  4/60411                          1,200,000.00                   .00                   .00 20CWDSTC00005       O  N
    07/01/24 10/30/29     07020242026 0411000                           .00                   .00                   .00

---------------------------------------------------------------------------------------
INQUIRY: AUTHTC-E (Authorization Transactions Extended)
---------------------------------------------------------------------------------------
DOC:20CWDSTC00005         OP DIV:B   AUTH TC's Follow --
T/C RM ************FCO************ ****INC-AUTH***** POST DT  TIME  START DT END DT   ISSUE DT *****EIN**** REF *USER** R ***UEI NUM*** P *SUFFIX
050 13 2024-BPRO402-4100               1,200,000.00 07/16/24 11:30 07/01/24 10/30/29 07/16/24 1946000417D1 BPR OPO1DIAON
050 13 2023-BPRO302-4100                 950,000.00 06/22/23 07:58 03/04/20 10/30/29 06/21/23 1946000417D1 BPR OPO1DIAON
050 13 2022-BPRO213-4100                 950,000.00 03/07/23 09:27 07/01/22 10/30/29 03/07/23 1946000417D1 BPR WFF1JGR N
050 13 2021-BPRO107-4100               2,100,000.00 09/28/21 14:40 03/09/21 06/30/22 09/28/21 1946000417D1 BPR OPO1DIAON
050 13 2020-BPRO012-4100               2,465,800.00 08/10/22 12:23 03/09/21 10/30/29 08/10/22 1946000417D1 BPR OPO1DIAON
050 13 2019-BPRO917-4100                 600,000.00 08/10/22 12:25 03/09/21 10/30/29 08/10/22 1946000417D1 BPR OPO1DIAON
050 13 2018-BPRO807-4100               2,000,000.00 04/30/20 15:44 03/04/20 10/30/29 04/30/20 1946000417D1 BPR OPO1SL  N MYM4VNNBN6T9
                          NET TC:      10,265,800.00
------------------------------------------------------
Hits:  7


---------------------------------------------------------------------------------------
INQUIRY: DBT (Disbursement Transactions)
---------------------------------------------------------------------------------------
```

DOC: 20CWDSTC00005 AGY: FFEPBPR DISB TC's Follow --

| T/C | ***ROD**** | ******INC-AMT***** | ******CUM-AMT***** | POST DATE* | *FY* | *******CAN******* | *OC* | ****ICN***** |
|---|---|---|---|---|---|---|---|---|
| 084 | 05/01/2026 | 170,685.00 | 8,702,093.00 | 05/01/2026 | 2023 | BPRO302 | 4100 | |
| 084 | 01/27/2026 | 124,340.00 | 8,531,408.00 | 01/27/2026 | 2023 | BPRO302 | 4100 | |
| 084 | 01/20/2026 | 174,415.00 | 8,407,068.00 | 01/20/2026 | 2023 | BPRO302 | 4100 | |
| 084 | 07/25/2025 | 116,853.00 | 8,232,653.00 | 07/25/2025 | 2023 | BPRO302 | 4100 | |
| 084 | 07/25/2025 | 21,691.00 | 8,115,800.00 | 07/25/2025 | 2022 | BPRO213 | 4100 | |
| 084 | 06/24/2025 | 412,083.00 | 8,094,109.00 | 06/24/2025 | 2022 | BPRO213 | 4100 | |
| 084 | 01/16/2025 | 86,917.00 | 7,682,026.00 | 01/16/2025 | 2022 | BPRO213 | 4100 | |
| 084 | 10/25/2024 | 121,231.00 | 7,595,109.00 | 10/25/2024 | 2022 | BPRO213 | 4100 | |
| 084 | 07/19/2024 | 80,237.00 | 7,473,878.00 | 07/19/2024 | 2022 | BPRO213 | 4100 | |
| 084 | 03/31/2024 | 82,630.00 | 7,393,641.00 | 04/18/2024 | 2022 | BPRO213 | 4100 | |
| 084 | 12/31/2023 | 145,211.00 | 7,311,011.00 | 01/18/2024 | 2022 | BPRO213 | 4100 | |
| 084 | 12/31/2023 | 669,593.00 | 7,165,800.00 | 01/18/2024 | 2021 | BPRO107 | 4100 | |
| 084 | 09/30/2023 | 1,430,407.00 | 6,496,207.00 | 10/26/2023 | 2021 | BPRO107 | 4100 | |
| 084 | 09/30/2023 | 100,032.00 | 5,065,800.00 | 10/26/2023 | 2020 | BPRO012 | 4100 | |
| 084 | 06/30/2023 | 217,934.00 | 4,965,768.00 | 07/17/2023 | 2020 | BPRO012 | 4100 | |
| 084 | 03/31/2023 | 151,957.00 | 4,747,834.00 | 05/01/2023 | 2020 | BPRO012 | 4100 | |
| 084 | 12/31/2022 | 926,177.00 | 4,595,877.00 | 01/18/2023 | 2020 | BPRO012 | 4100 | |
| 084 | 09/30/2022 | 450,245.00 | 3,669,700.00 | 10/20/2022 | 2020 | BPRO012 | 4100 | |
| 084 | 06/30/2022 | -1,219,455.00 | 3,219,455.00 | 08/10/2022 | 2021 | BPRO107 | 4100 | |
| 084 | 06/30/2022 | 325,960.00 | 4,438,910.00 | 07/25/2022 | 2021 | BPRO107 | 4100 | |
| 084 | 06/30/2022 | 619,455.00 | 4,112,950.00 | 08/10/2022 | 2020 | BPRO012 | 4100 | |
| 084 | 06/30/2022 | 600,000.00 | 3,493,495.00 | 08/10/2022 | 2019 | BPRO917 | 4100 | |
| 084 | 03/31/2022 | 893,495.00 | 2,893,495.00 | 04/12/2022 | 2021 | BPRO107 | 4100 | |
| 084 | 03/31/2022 | 635,253.00 | 2,000,000.00 | 04/12/2022 | 2018 | BPRO807 | 4100 | |
| 084 | 12/31/2021 | 130,047.00 | 1,364,747.00 | 01/19/2022 | 2018 | BPRO807 | 4100 | |
| 084 | 09/30/2021 | 142,283.00 | 1,234,700.00 | 10/18/2021 | 2018 | BPRO807 | 4100 | |
| 084 | 06/30/2021 | 129,935.00 | 1,092,417.00 | 07/19/2021 | 2018 | BPRO807 | 4100 | |
| 084 | 03/31/2021 | 261,682.00 | 962,482.00 | 04/01/2021 | 2018 | BPRO807 | 4100 | |
| 084 | 12/31/2020 | 459,300.00 | 700,800.00 | 01/20/2021 | 2018 | BPRO807 | 4100 | |
| 084 | 09/30/2020 | 241,500.00 | 241,500.00 | 10/22/2020 | 2018 | BPRO807 | 4100 | |

------------------------------------------------------

Hits: 30

---------------------------------------------------------------------------------------

INQUIRY: CHG-ADV (Charging Transactions)

---------------------------------------------------------------------------------------

CHARGING TCs Follow --

| T/C | ******INC-AMT****** | POST DATE* | *FY* | *******CAN******* | *OC* |
|---|---|---|---|---|---|
| 062 | 170,685.00 | 05/01/2026 | 2023 | BPRO302 | 4100 |
| 062 | 124,340.00 | 01/27/2026 | 2023 | BPRO302 | 4100 |
| 062 | 174,415.00 | 01/20/2026 | 2023 | BPRO302 | 4100 |
| 062 | 116,853.00 | 07/25/2025 | 2023 | BPRO302 | 4100 |
| 062 | 21,691.00 | 07/25/2025 | 2022 | BPRO213 | 4100 |
| 062 | 412,083.00 | 06/24/2025 | 2022 | BPRO213 | 4100 |
| 062 | 86,917.00 | 01/16/2025 | 2022 | BPRO213 | 4100 |
| 062 | 121,231.00 | 10/25/2024 | 2022 | BPRO213 | 4100 |
| 062 | 80,237.00 | 07/19/2024 | 2022 | BPRO213 | 4100 |
| 062 | 82,630.00 | 04/20/2024 | 2022 | BPRO213 | 4100 |
| 062 | 145,211.00 | 01/19/2024 | 2022 | BPRO213 | 4100 |
| 062 | 669,593.00 | 01/19/2024 | 2021 | BPRO107 | 4100 |

```
062          1,430,407.00 10/27/2023 2021 BPRO107          4100
062            100,032.00 10/27/2023 2020 BPRO012          4100
062            217,934.00 07/18/2023 2020 BPRO012          4100
062            151,957.00 04/20/2023 2020 BPRO012          4100
062            926,177.00 01/19/2023 2020 BPRO012          4100
062            450,245.00 10/24/2022 2020 BPRO012          4100
062            619,455.00 08/10/2022 2020 BPRO012          4100
062            600,000.00 08/10/2022 2019 BPRO917          4100
062         -1,219,455.00 08/10/2022 2021 BPRO107          4100
062            325,960.00 07/27/2022 2021 BPRO107          4100
062            893,495.00 04/13/2022 2021 BPRO107          4100
062            635,253.00 04/13/2022 2018 BPRO807          4100
062            130,047.00 01/21/2022 2018 BPRO807          4100
062            142,283.00 10/21/2021 2018 BPRO807          4100
062            129,935.00 07/20/2021 2018 BPRO807          4100
062            261,682.00 04/09/2021 2018 BPRO807          4100
062            459,300.00 01/21/2021 2018 BPRO807          4100
062            241,500.00 10/24/2020 2018 BPRO807          4100
NET TC:      8,702,093.00
------------------------------------------------------
Hits: 30

Note : Charging TCs have been created in the new system only . If there were charging transaction
 in the old/legacy system (pre July 2000), then the Charging TCs may not equal to the total CHG-ADV on the grant document

------------------------------------------------------

REPORT TOTAL              ****DOC AUTHORIZED**** *****DOC DISBURSED**** *****DOC CHG-ADV******
                          ****DOC CANCEL AUTH*** *****DOC CANCEL DISB** *****DOC CANCEL CHG***
                          ****DOC FUTURE AUTH*** *****DOC SNAP DISB**** *****DOC SNAP CHRG****
                          ****FCO AUTHORIZED**** *****FCO DISBURSED**** *****FCO CHG-ADV******
                          ****FCO FUTURE AUTH*** *****FCO SNAP DISB**** *****FCO SNAP CHRG****
                  TOTAL:           10,265,800.00          8,702,093.00          8,702,093.00
                                    2,000,000.00          2,000,000.00          2,000,000.00
                                             .00          8,702,093.00          8,702,093.00
                                   10,265,800.00          8,702,093.00          8,702,093.00
                                             .00          8,702,093.00          8,702,093.00    HITS:      1

          OPEN & CLOSED:           10,265,800.00          8,702,093.00          8,702,093.00      CT:      1
                  OPEN:            10,265,800.00          8,702,093.00          8,702,093.00      CT:      1
                CLOSED:                      .00                   .00                   .00      CT:      0


************************************************
*********** Inquiry Results Complete ***********
************************************************
You may now make another selection from the Menu
```

Back

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support).

Privacy Policy (https://www.hhs.gov/web/policies-and-standards/hhs-web-policies/privacy/index.html)

Posted Date Range

# Exhibit J-2



# Securing the Cities (STC) Program Management Review

STC San Francisco Bay Area

FY26 Program Management Review

05-May-2026

Matt Devine – Program Manager

Homeland Security

Countering Weapons of Mass Destruction

[FOR OFFICIAL USE ONLY]

# Agenda

Program Management Office

Partner Status

Phase Status

Steady-State & Enhanced Steady State Operations

Special Events

Expansion

Training

Equipment

Maritime & Aerial Capability

Exercise Forecast

Challenges & Risks

PMR Workbook – Training, Equipment, & Financial Forecasts

# Program Management Office

- Matt Devine, Program Manager
- Leo Samuelson, Senior Administrative Analyst

# Partner Status

## 39 total partners

Alameda County Fire Department
Alameda County Sheriff's Office
Bay Area Rapid Transit (BART) Police Department
City of Oakland Fire Department
City of Santa Rosa Fire Department
Reno Police Department
Fresno County Sheriff's Office
Roseville Fire Department
Golden Gate Bridge Highway & Transportation District
Merced Police Department
Sacramento City Fire Department
San Francisco Fire Department
Napa County Sheriff's Office
San Francisco International Airport
San Francisco Police Department
San Mateo Consolidated Fire Department
Santa Clara County Sheriff's Office
University of California, San Francisco (UCSF)
Washoe County Sheriff's Office
West Sacramento Police Department
Contra Costa Fire Protection District
Monterey County Sheriff's Office

Port of San Francisco
Rancho Adobe Fire District
Roseville Police Department
Sacramento Metropolitan Fire District
San Jose Fire Department
San Mateo County Sheriff's Office
Santa Clara City Fire Department
Sonoma County Sheriff's Office
Sunnyvale Department of Public Safety
Visalia Police Department
Gilroy Fire Department (awaiting contact update)
Milpitas Fire Department
NCRIC (Northern California Regional Intel. Center)
Sacramento City Police Department
Sacramento Sheriff's Office
Santa Clara County Fire Department
Union Pacific Railroad

*Palo Alto Fire Department withdrew from the program citing the termination of their Haz Mat Team.

# Phase Status

- Phase I – Engagement
  - Year Complete: 2021
- Phase II – Implementation
  - Estimated Year of Completion: 2023
  - Completed Milestones
    - Item 1 (YEAR)
  - Outstanding Milestones
    - Item 1 (YEAR)
- Phase III – Integration: 2024
  - Estimated Year of Completion
  - Completed Milestones
    - Item 1 (YEAR)
  - Outstanding Milestones
    - Item 1 (YEAR)

- Current Phase: Sustainment

- Completed milestones

1. Complete review and update documents
2. Continued Engagement with Regions to Expand to Outlying Areas/Agencies
3. Conduct Operation Radiological Resolve training
4. Complete Active Attacker FSE with radiological exposure device
5. Created job/adjudication aids.

Outstanding milestones

1. Obtain Radiological Materials license
2. Full-Scale Exercise



[FOR OFFICIAL USE ONLY]

# Steady-State & Enhanced Steady-State

- Steady-State Operations and Enhanced Steady State Operations
  - Data captured via quarterly reporting by partner agencies.

  - 2025= 172 events
  - 2026 to date= 62 Events




- Common Operating Picture
  - Not used by the STC.

*Additional usage of STC equipment, training, challenges, requests for training, etc. also capture in quarterly reporting



[FOR OFFICIAL USE ONLY]

# Upcoming Special Events

- FIFA World Cup
  - Date: June-13-July 1, 2026
  - Info – Levi's Stadium- Santa Clara
- Bay to Breakers
  - Date: May 17, 2026
  - Info – SF road race
- July 4/250 celebration
  - Date: July 4, 2026
- X-Games
  - Date: June 26-28, 2026
  - Info – Sacramento
- California State Fair
  - Date: July 17- August 2nd
  - Info – Sacramento
- Hot August Nights
  - Date: July 31- August 9, 2026
  - Info – Reno
- NFL Football
  - Date: Fall, 2026
  - Info – Levi's Stadium- Santa Clara
- Major League Baseball
  - Date: Summer/Fall 2026
  - Info – San Francisco/Sacramento
- NBA Basketball
  - Date: Fall 2026
  - Info – Sacramento/San Francisco
  - –

# Expansion

- California State Parks
  - Status: Paused- requesting to join
  - Reason for selection: California State Parks conduct preventative security activities at numerous state facilities including the California State Capitol Building.

- Fresno Police Department/ Fire Department
  - Status: Paused- requesting to join
  - Reason for selection: Fresno FD is a Type II Haz Mat team and lacks radiological/nuclear detection capability. Fresno PD has an EOD team and lacks radiological/nuclear detection capability. The STC SF Bay Area currently works with the Fresno County Sheriff's Office and Visalia Sheriff's Office.

- San Francisco Sheriff

  -Status: Paused-requesting to join.

  - Reason for selection: The San Francisco Sheriff's Office provides security activities at numerous public buildings in San Francisco including City Hall. The Sheriff's Office also works in conjunction with the San Francisco Police Department on law enforcement activities.

- Truckee Meadows Fire Department
  - Status: Paused- requesting to join
  - Reason for selection: Truckee Meadows Fire Department conducts preventative EOD operations with the Washoe County Sheriff's Office (a partner agency) but lack radiological detection capabilities.

- Placer County Sheriff's Office
  - Status: Paused- requesting to join
  - Reason for selection: Placer County Sheriff's Office has an EOD that lacks radiological detection capabilities.



[FOR OFFICIAL USE ONLY]

# Expansion

- Berkey Police Department
  - Status: Paused- requesting to join
  - Reason for selection: Berkeley Police Department has an EOD team that lacks radiological detection capability.

- UC Berkeley Police Department
  - Status: Paused- requesting to join
  - Reason for selection: The UC Berkeley Police Department has an EOD team that lacks radiological detection capability. This department's jurisdiction includes the Lawrence Berkely National Laboratory.

- Walnut Creek Police Department
  - Status: Paused- requesting to join
  - Reason for selection: The Walnut Creek Police Department has an EOD team that lacks radiological detection capability.

- Santa Cruz County Sheriff's Office
  - Status: Paused- requesting to join
  - Reason for selection: The Santa Cruz County Sheriff's Office has an EOD team that lacks radiological detection capability.

- California Highway Patrol
  - Status: Paused- requesting to join
  - Reason for selection: The California Highway Patrol maintains oversight over all interstate traffic within California including Highway 5, a primary direct north-south artery on the west coast frequently used for the transportation of contraband and Highway 80, route is known for trafficking, with incidents reported of drivers being arrested for possessing narcotics for sale and illegal, high-capacity weapons. It is also a corridor monitored for hazardous material (HazMat) compliance.

# Expansion

- Sonoma County Fire Department
  - Status: Paused- requesting to join
  - Reason for selection: Sonoma County Fire Department operates a county-wide Haz-Mat Team that has no radiological detection capabilities.

- San Ramon Valley Fire Department
  - Status: Paused- requesting to join
  - Reason for selection: A Type II Haz Mat Team that has no radiological detection capabilities.

# Expansion

- 13 EOD Teams in region. STC partners with 7.
  6 remaining team needs: 48 PRD + 12 RIID's

- 12 Type I Haz Mat Teams . STC partners with 9.
  3 remaining team needs: 30 PRD's and 3 RIID's

Below represents additional expansion

---

- 17 Type II Haz Mat Teams. STC partners with 3.
  14 remaining team needs: 140 PRD + 28 RIID's

- 6 Cal-OES sponsored Haz Mat Teams. STC partners with 0
  6 team needs: 60 PRD + 12 RIID's

- 12 Principal Partners consist of 7301 personnel. 10% of agency personnel trained = 730

# Training

- In-Direct Program: I am the only TTT for STC but cannot teach PER-243 due to the lack of radiological sources to teach the class.

- Source License
  - The Port of San Francisco

- Challenges
  - None

---

- In calendar year 2025, the STC trained 632 public safety partners.

- CTOS delivered training to 497 students

- The STC office delivered training to 135 students via Operation Radiological Resolve

---

- In calendar year 2026 to date the STC has trained 408 public safety partners

- CTOS delivered training to 252 students

- The STC office delivered training to 156 students via Operation Radiological Resolve

---

STC Training Tune-Ups delivered to 658 public safety partners

# Equipment

- PRDs – O PRD's
  - Currently in possession of 330 PRD's. No request for new equipment.

- Backpacks- 3 Backpacks
  - 1 Backpack in inventory
  - (3) (rotational reserve for enhanced steady-state ops and replacement)

- Mobiles – 1 mobile detector
  - (1) multi-purpose detector for land/maritime use in San Francisco (possibility of upgrading current detector(s)

- RIIDs- 20 RIID's
  - 6 in office
  - 14 needed for expansion partners
  - 6 for reserve/ training/replacements

# Maritime and Aerial Capability

- Does your region have an Area Maritime Security Committee (AMSC)? Yes
- If yes, please answer the below:
  - Which USCG Sector Chairs the AMSC in your region? Captain Jordan Baldueza
  - How many AMSC meetings have you attended in the past year? 3
  - How many do you plan to attend in the next year? 4
  - Are you a member of any AMSC sub-committees or working groups? Chair of the PRND Subcommittee
  - Do you need assistance from the National PMO to engage with your AMSC? No
- For devices identified for maritime or aerial surveillance, how many deployments did you accomplish for steady-state and enhanced steady-state operations? 0
- Please describe your maritime or aerial operations/goals for FY26.
- We would like to conduct a Maritime Course (PER-350) and foster great collaboration between the Coast Guard and our Public Safety Partners
- Potential purchase of mobile detectors to provide steady state and enhanced state activity.

# Exercise Forecast

- Last STC-Sponsored Exercise:
  - FSE at Levi's Stadium in April 2024
  - Active Attacker FSE- March 2025
  - East Bay Hub Exercise- April 27th, April 30th and May 1st 2026
  - West Bay Hub Exercise- June 4th, 2026

- Next STC-Sponsored Exercise:
  - FSE in 2027/2028 with location TBD
  - North + South Exercises in 2026/2027



[FOR OFFICIAL USE ONLY]

# Challenges & Risks

- Lack of expansion to key partners limits capability of the region. For example, STC partners with 7 out of 13 EOD teams meaning 6 lack the requisite radiological training and/or equipment.
- Lack of a Radiological Material's License prevents in-house training capability and forces reliance on CTOS which requires multi-day commitment and roster number requirements.
- Since STC is an administrative office, we are often left out of operational meetings/events.

Homeland Security

# Backup

# Entrance Criteria for Phase Transitions

| | Phase I Engagement (~1 year) | | Phase II Implementation (~2-3 years) | Phase III Integration (~1 year) | Phase IV Sustainment |
|---|---|---|---|---|---|
| | Entrance Criteria for Phase (Ph) I | Entrance Criteria from Ph 1 to Ph II | Entrance Criteria from Ph II to Ph III | Entrance Criteria from Ph III to Ph IV | |
| Requirements that need to be accomplished to enter the next phase | • **DHS Secretary's approval letter or memo for a new HRUA to join the STC Program**<br>• **New HRUA submits application in response to NOFO** | • **Establish STC PMO**<br>• **Establish Regional Governance Structure**<br>  • Executive Committee with signed Charter*<br>  • Regional Organizational Chart*<br>• **Finalize Regional Strategic Plan*** | • **Conduct TTX* with AAR completion**<br>• **Finalize Documents with Signatures***<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **68% Equipment Procured**<br>• **68% Trained** | • **Conduct FSE* with AAR completion**<br>• **Complete review and update documents**<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **90% Equipment Procured**<br>• **90% Trained** | |

**Short term (1-2 years)**** (Phase I through Entrance Criteria from Ph 1 to Ph II)

**Medium term (3-4 years)**** (Entrance Criteria from Ph II to Ph III)

**Long term (4-6 years)**** (Entrance Criteria from Ph III to Ph IV)

# STC Implementation Phases

- Phase 0 (Planning and Analysis): Phase 0 is an ongoing programmatic process for each implementation cycle, where the annual Notice of Funding Opportunity (NOFO) is built for entering into a cooperative agreement with each HRUA or STC region. Initial engagement with federal partners, such as FBI and DOE's NNSA occurs as well as initial contact with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, which are foundational documents required to successfully implement a sustainable R/N detection capability, reports, and associated timelines. The reports are operationally focused and directly tied to program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis.

- Phase I (Engagement): Phase I begins with the award of a cooperative agreement with a STC region. The application submitted by the region identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to refine requirements and build local program structure. Phase I is expected to take up to 1 year.

- Phase II (Implementation): Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC). Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a Tabletop Exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. Phase II is expected to take 3 years.

- Phase III (Integration): During Phase III, CWMD expects a region to achieve Full Operational Capability (FOC) and successfully demonstrate its ability to integrate into a national detection framework as defined in National Security Presidential Memorandum-36 and the Domestic Detection Concept of Operations. A region must successfully complete a Full-Scale Exercise (FSE) and be in compliance with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- Phase IV (Sustainment): The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years and review regional documents regularly -- incorporating updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO who can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.

# Exhibit J-3

| Equipment Type | Preferred Manufacturer | Preferred Model | Average Cost |
|---|---|---|---|
| PRDs | STE | STE-600 | $1,438 |
| SPRDs | N/A | N/A | $0 |
| RIIDs | STE | R400 | $19,025 |
| Backpacks | STE | Radpack Max | $100,027 |
| Mobiles (Land) | N/A | N/A | $0 |
| Mobiles (Maritime) | N/A | N/A | $0 |
| Mobiles (Aerial) | N/A | N/A | $0 |
| CF-33s/Tablets | N/A | N/A | $0 |

Yellow cells require

This section forecasts initial equipment procurement. This is procurement that goes toward meeting the originally established end state quantity. This does

| Initial Procurement | | | | | | |
|---|---|---|---|---|---|---|
| Equipment Type | Current Total | End State Qty | End State (%) | End State Year | | 2026 |
| PRDs | 1117 | 1117 | 100% | 2032 | | 0 |
| SPRDs | 0 | 0 | 0 | 0 | | 0 |
| RIIDs | 64 | 64 | 100% | 2032 | | 0 |
| Backpacks | 21 | 21 | 100% | 2033 | | 0 |
| Mobiles (Land) | 0 | 0 | 0 | 0 | | 0 |
| Mobiles (Maritime) | 0 | 0 | 0 | 0 | | 0 |
| Mobiles (Aerial) | 0 | 0 | 0 | 0 | | 0 |
| CF-33s/Tablets | 0 | 0 | 0 | 0 | | 0 |

***Information for recap is pulled from the Equip Recap Calculator worksheet (yellow tab).**

This section forecasts recap equipment procurement.

| Recapitalization | | |
|---|---|---|
| Equipment Type | Overdue | 2026 |
| PRDs | 0 | 0 |
| SPRDs | 0 | 0 |
| RIIDs | 0 | 0 |
| Backpacks | 0 | 0 |
| Mobiles (Land) | 0 | 0 |

| | | |
|---|---|---|
| Mobiles (Maritime) | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 |
| CF-33s/Tablets | 0 | 0 |

***Agency information for Expansion is pulled from the Training tab.**

This section forecasts primary screening equipment for expansion partners. Agency names, locations, year issuing begins, and year issuing complete will p

| Expansion | | | | | | |
|---|---|---|---|---|---|---|
| **Agency** | **Agency Location (City, ST)** | **Year Issuing Begins** | **Year Issuing Complete** | **Equipment** | **End State Qty** | **2026** |
| Berkeley PD (EOD) | Berkeley, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 2 | 2 |
| Walnut Creek PD (EOD) | Walnut Creek, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 2 | 2 |
| Santa Cruz County Sheriff (EOD | Santa Cruz, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 2 | 2 |
| UC Berkeley (EOD) | Berkeley, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | RIID | 2 | 2 |
| Humbolt County Sheriff EOD | Eureka, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 2 | 2 |
| San Jose PD (EOD) | San Jose, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 2 | 2 |
| Solano County JPA (Type 1 Haz Mat Team | Solano County | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 1 | 1 |
| Marin County JPA (Type 1 Haz Mat Team) | Marin County | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 1 | 1 |
| Salinas JPA (Type 1 Haz Mat Team) | Salinas, Ca | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 1 | 1 |
| | | | | PRD | 10 | 10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| San Ramon Fire (Type II Haz Mat Team ) | San Ramon, CA | 2026 | 2026 | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 1 | 1 |
| Fresno Police Department (EOD Team) | Fresno, CA | 2026 | 2026 | PRD | 8 | 8 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 2 | 2 |
| Fresno Fire Department | Fresno, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 1 | 1 |
| California State Parks | Sacramento, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 0 | 0 |
| Sonoma County Fire Department | Santa Rosa, CA | 2026 | 2026 | PRD | 10 | 10 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 1 | 1 |
| Agency Name 15 | 0 | 0 | 0 | PRD | 0 | 0 |
| | | | | Backpack | 0 | 0 |
| | | | | Mobile - Land | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Agency Name 15 | 0 | 0 | 0 | Mobile - Maritime | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 |
| | | | | RIID | 0 | 0 |

This table requires no input and is a summation of all tables.

| Equipment Type | FY26 |
|---|---|
| PRDs | 138 |
| SPRDs | 0 |
| RIIDs | 20 |
| Backpacks | 0 |
| Mobiles (Land) | 0 |
| Mobiles (Maritime) | 0 |
| Mobiles (Aerial) | 0 |
| CF-33s/Tablets | 0 |

e input.

s not include expansion. If the End State Quantity is 0, leave the End State Year blank.

| Initial Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | | Initial Equipment Forecast by Cost (FY is 1 Oct - 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2026 | 2027 | 2028 | 2029 | 2030 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |

| Recap Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | | Recap Equipment Forecast by Cost (FY is 1 Oct - 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | FY26 | FY27 | FY28 | FY29 | FY30 |
| 0 | 0 | 0 | 0 | 0 | 1117 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 54 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |

populate from the Expansion Training Table on the Training worksheet.

| Expansion Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | | Expansion Equipment Forecast by Cost (FY is 1 Oct | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2026 | 2027 | 2028 | 2029 | 2030 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $38,050 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $38,050 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $38,050 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | $38,050 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $38,050 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $38,050 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $19,025 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $19,025 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $19,025 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $19,025 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $11,504 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $38,050 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $19,025 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $14,380 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $19,025 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |

| Total Quantities | | | | | | Total Cost | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FY27** | **FY28** | **FY29** | **FY30** | **FY31** | **FY32** | **FY26** | **FY27** | **FY28** | **FY29** | **FY30** |
| 0 | 0 | 0 | 0 | 0 | 1117 | $198,444 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 54 | 0 | $380,500 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| | | | | **Total Equipment Cost** | | **$578,944** | **$0** | **$0** | **$0** | **$0** |

| 30 Sep) | |
|---|---|
| 2031 | 2032 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |

| 30 Sep) | |
|---|---|
| FY31 | FY32 |
| $0 | $1,606,246 |
| $0 | $0 |
| $1,027,350 | $0 |
| $0 | $0 |
| $0 | $0 |

| | |
|---|---|
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |

| - 30 Sep) | |
|---|---|
| 2031 | 2032 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |

| | |
|---|---|
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |

| | |
|---|---|
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |

| | |
|---|---|
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |

| | |
|---|---|
| **FY31** | **FY32** |
| $0 | $1,606,246 |
| $0 | $0 |
| $1,027,350 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| $0 | $0 |
| **$1,027,350** | **$1,606,246** |

# Exhibit J-4

| Carryover Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $382,921.61 |
| **Fringe Benefits** | $127,009.28 |
| **Travel** | $7,729.27 |
| **Equipment** | $803,500.00 |
| **Supplies** | $30,709.30 |
| **Contractual** | $0.00 |
| **Other Direct Costs** | $94,339.17 |
| **Indirect Costs** | $0.00 |
| **Total** | $1,446,208.63 |

Notes:
1. Ram Licensure estimated at $47,357 (not included in request)
2. Equipment is shown in the event expansion/equipment procurement is authorized.

| FY26 Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $382,921.61 |
| **Fringe Benefits** | $127,009.28 |
| **Travel** | $7,729.27 |
| **Equipment** | $803,500.00 |
| **Supplies** | $30,709.30 |
| **Contractual** | $0.00 |
| **Other Direct Costs** | $94,339.17 |
| **Indirect Costs** | $0.00 |
| **Total** | $1,446,208.63 |

Notes:
1. Estimated drawdown for current quarter (April, May, June 2026) is 170k. Carryover is estimated at $1,390,083, and the request is for $56,125.63. Subject to change based on actuals this quarter.

# Exhibit K

**NAYLOR, JENNY**

**Subject:** FW: STC Boston - drawdown request - April - June 2026

**From:** Kuleski, Brian <Brian.Kuleski@hq.dhs.gov>
**Sent:** Tuesday, July 14, 2026 3:47 PM
**To:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** Simons, Emily <EMILY.SIMONS@hq.dhs.gov>
**Subject:** RE: STC Boston - drawdown request - April - June 2026

Approved

**From:** Harvey, Ki <ki.harvey@hq.dhs.gov>
**Sent:** Tuesday, July 14, 2026 3:27 PM
**To:** Kuleski, Brian <Brian.Kuleski@hq.dhs.gov>
**Cc:** Simons, Emily <EMILY.SIMONS@hq.dhs.gov>
**Subject:** FW: STC Boston - drawdown request - April - June 2026
**Importance:** High

Brian

Recommend approval, has 67K of equipment for FIFA and previously approved.

V/R, Ki

**From:** Anthony Rizzo <anthony.rizzo@pd.boston.gov>
**Sent:** Tuesday, July 14, 2026 3:20 PM
**To:** Mathis, Marsha <marsha.mathis@HQ.DHS.GOV>; Harvey, Ki <ki.harvey@hq.dhs.gov>
**Cc:** Simons, Emily <EMILY.SIMONS@hq.dhs.gov>
**Subject:** STC Boston - drawdown request - April - June 2026

This email is from an external US Government agency.

Ki, Marsha,

Attached, please find STC Boston's drawdown request for April - June (Q3). Please note, there is a request to draw down for equipment. This is part of the FIFA equipment purchase exception granted to Boston through the STC PMO due to ongoing litigation. The equipment was received prior to 1 June and deployed by the Boston Fire Department during FanFest. There will be one other request to draw down for equipment purchases through the exception - we have not paid the entire invoice yet. Please let me know if you need anything additional from me. Thank you!

v/r

Tony

Anthony Rizzo
Program Manager
*Metro Boston Securing the Cities*
*Boston Police Department*
*One Schroeder Plaza*
*Boston, MA  02120*
*anthony.rizzo@pd.boston.gov*

# Exhibit L

**NAYLOR, JENNY**

**Subject:** FW: recent equipment purchase - FIFA

**From:** Anthony Rizzo <anthony.rizzo@pd.boston.gov>
**Sent:** Thursday, 20 August 2026 09:44:25
**To:** Kuleski, Brian <Brian.Kuleski@hq.dhs.gov>; Harvey, Ki <ki.harvey@hq.dhs.gov>; Simons, Emily (FEMA) <emily.simons@fema.dhs.gov>
**Subject:** recent equipment purchase - FIFA

This email is from an external US Government agency.

All,

Per STC Boston's equipment authorization for FIFA purchases, Boston received:

Backpacks:
Two Radiation Detection Backpacks (Guardian 901)
**$67,230 total**

Mobiles:
1 CB5
4 vertical radiation mobile systems
1 upright boat mounting kit
2 neutron detectors
3 year extended warranty
**$336,086 total**

v/r

Tony

Anthony Rizzo
Program Manager
*Metro Boston Securing the Cities*
*Boston Police Department*
*One Schroeder Plaza*
*Boston, MA 02120*
*anthony.rizzo@pd.boston.gov*

# Exhibit M-1

```
INQUIRY: Document Data w/ FCO Segments w/ Appr ID Extended    DATE: 08/06/2026  TIME: 10:44:13 AM

*** SEARCH PARAMETERS **********************************
      GRANT AWARD: 20CWDSTC00014
  POSTED EXT DATE: All thru 08/06/2026
     REQUEST DATE: All thru 08/06/2026
        PAID DATE: All thru 08/06/2026
*********************************************************
------------------------------------------------------
*ACCT** *PIN* ****EIN***** *****UEI***** ********Organization Name********
E8862P1 E8862 1046001380B6 KJJBSAU7MXK7   BOSTON, CITY OF
HHS-REG: 01 STATE: MA PMT: ACH STOP: N MAN-REV: N 272: File GROUP: F93B USER: Vivian Hughes

AGY* *******GRANT********                          ****DOC AUTHORIZED***** ****DOC DISBURSED***** *****DOC CHG-ADV****** *RPT DISB* RS DS ***UEI NUM***
                                                   ****DOC CANCEL AUTH**** ****DOC CANCEL DISB*** *****DOC CANCEL CHG***
     *********EIN*********                         ****DOC FUTURE AUTH**** ****DOC SNAP DISB***** *****DOC SNAP CHRG****            RI CT
     ********FCO********* *********APPR ID********* ****FCO AUTHORIZED***** ****FCO DISBURSED***** *****FCO CHG-ADV****** *SUB ACCT*          FS >90
     ***BEG*** ***END**** *******STD COMP TAS****** ****FCO FUTURE AUTH**** ****FCO SNAP DISB***** *****FCO SNAP CHRG****
B    20CWDSTC00014                                           6,450,000.00          4,311,059.48          4,311,059.48 03/31/2024  A  O
                                                                      .00                   .00                   .00
     1046001380B6                                                     .00          4,311,059.48          4,311,059.48            N  5
   2020-BPRO003-4100      70  0/20411                        2,000,000.00          2,000,000.00          2,000,000.00 20CWDSTC00014       O  N
    09/11/20 07/31/30     07020202022 0411000                         .00          2,000,000.00          2,000,000.00
   2021-BPRO104-4100      70  1/30411                        1,500,000.00          1,500,000.00          1,500,000.00 20CWDSTC00014       O  N
    08/01/21 07/31/30     07020212023 0411000                         .00          1,500,000.00          1,500,000.00
   2022-BPRO203-4100      70  2/40411                          950,000.00            811,059.48            811,059.48 20CWDSTC00014       O  N
    08/01/22 07/31/23     07020222024 0411000                         .00            811,059.48            811,059.48
   2023-BPRO310-4100      70  3/50411                        1,000,000.00                   .00                   .00 20CWDSTC00014       O  N
    08/01/23 07/31/30     07020232025 0411000                         .00                   .00                   .00
   2024-BPRO406-4100      70  4/60411                        1,000,000.00                   .00                   .00 20CWDSTC00014       O  N
    08/01/24 07/31/30     07020242026 0411000                         .00                   .00                   .00

-------------------------------------------------------------------------------------
INQUIRY: AUTHTC-E (Authorization Transactions Extended)
-------------------------------------------------------------------------------------
DOC:20CWDSTC00014         OP DIV:B   AUTH TC's Follow --
T/C RM ************FCO************ ****INC-AUTH***** POST DT  TIME  START DT END DT   ISSUE DT *****EIN**** REF *USER** R ***UEI NUM*** P *SUFFIX
050 13 2024-BPRO406-4100               1,000,000.00 08/05/24 14:54 08/01/24 07/31/30 08/05/24 1046001380B6 BPR OPO1DIAON
050 13 2023-BPRO310-4100               1,000,000.00 08/01/23 15:08 08/01/23 07/31/30 08/01/23 1046001380B6 BPR OPO1DIAON
050 13 2022-BPRO203-4100                 950,000.00 09/01/22 11:33 08/01/22 07/31/23 09/01/22 1046001380B6 BPR OPO1DIAON
050 13 2021-BPRO104-4100               1,500,000.00 11/02/22 11:20 08/01/21 07/31/30 11/02/22 1046001380B6 BPR OPO1DIAON
050 13 2020-BPRO003-4100               2,000,000.00 04/08/21 09:17 09/11/20 07/31/30 04/06/21 1046001380B6 BPR OPO1SP  N
                          NET TC:      6,450,000.00
------------------------------------------------------
Hits:  5


-------------------------------------------------------------------------------------
INQUIRY: DBT (Disbursement Transactions)
-------------------------------------------------------------------------------------
DOC: 20CWDSTC00014         AGY: FFEPBPR            DISB TC's Follow --
T/C ***ROD**** ******INC-AMT***** ******CUM-AMT***** POST DATE* *FY* *******CAN******* *OC* ****ICN*****
084 07/22/2026        115,427.96       4,311,059.48 07/22/2026  2022          BPRO203 4100 BPD24159
084 05/23/2026         59,080.53       4,195,631.52 05/23/2026  2022          BPRO203 4100 BPD24159
084 02/06/2026        525,191.40       4,136,550.99 02/06/2026  2022          BPRO203 4100 BPD24159
084 08/12/2025         69,675.06       3,611,359.59 08/12/2025  2022          BPRO203 4100 BPD24159
```

```
084 07/01/2025         41,684.53       3,541,684.53 07/01/2025  2022         BPRO203 4100 BPD24159
084 07/01/2025        759,916.37       3,500,000.00 07/01/2025  2021         BPRO104 4100 BPD24159
084 11/05/2024        740,083.63       2,740,083.63 11/05/2024  2021         BPRO104 4100 BPD24159
084 11/05/2024        555,519.30       2,000,000.00 11/05/2024  2020         BPRO003 4100 BPD24159
084 03/31/2024        135,278.00       1,444,480.70 05/06/2024  2020         BPRO003 4100 BPD24159
084 12/31/2023        559,932.56       1,309,202.70 01/30/2024  2020         BPRO003 4100 BPD24159
084 06/30/2023        585,760.34         749,270.14 08/18/2023  2020         BPRO003 4100 BPD24159
084 09/30/2022         28,760.27         163,509.80 10/31/2022  2020         BPRO003 4100 BPD24159
084 06/30/2022        134,749.53         134,749.53 09/09/2022  2020         BPRO003 4100 BPD24159
------------------------------------------------------
Hits:  13




-------------------------------------------------------------------------------------
INQUIRY: CHG-ADV (Charging Transactions)
-------------------------------------------------------------------------------------


CHARGING TCs Follow --
T/C     ******INC-AMT****** POST DATE* *FY* *******CAN******* *OC*
062            115,427.96 07/22/2026 2022 BPRO203          4100
062             59,080.53 05/23/2026 2022 BPRO203          4100
062            525,191.40 02/06/2026 2022 BPRO203          4100
062             69,675.06 08/12/2025 2022 BPRO203          4100
062             41,684.53 07/01/2025 2022 BPRO203          4100
062            759,916.37 07/01/2025 2021 BPRO104          4100
062            555,519.30 11/05/2024 2020 BPRO003          4100
062            740,083.63 11/05/2024 2021 BPRO104          4100
062            135,278.00 05/08/2024 2020 BPRO003          4100
062            531,172.29 02/01/2024 2020 BPRO003          4100
062            614,520.61 08/21/2023 2020 BPRO003          4100
062             28,760.27 11/01/2022 2020 BPRO003          4100
062            134,749.53 09/12/2022 2020 BPRO003          4100
NET TC:        4,311,059.48
------------------------------------------------------
Hits: 13

Note : Charging TCs have been created in the new system only . If there were charging transaction
 in the old/legacy system (pre July 2000), then the Charging TCs may not equal to the total CHG-ADV on the grant document

------------------------------------------------------


REPORT TOTAL               ****DOC AUTHORIZED**** *****DOC DISBURSED**** *****DOC CHG-ADV******
                           ****DOC CANCEL AUTH*** *****DOC CANCEL DISB** *****DOC CANCEL CHG***
                           ****DOC FUTURE AUTH*** *****DOC SNAP DISB**** *****DOC SNAP CHRG****
                           ****FCO AUTHORIZED**** *****FCO DISBURSED**** *****FCO CHG-ADV******
                           ****FCO FUTURE AUTH*** *****FCO SNAP DISB**** *****FCO SNAP CHRG****
                 TOTAL:            6,450,000.00          4,311,059.48          4,311,059.48
                                            .00                   .00                   .00
                                            .00          4,311,059.48          4,311,059.48
                                   6,450,000.00          4,311,059.48          4,311,059.48
                                            .00          4,311,059.48          4,311,059.48    HITS:      1

          OPEN & CLOSED:           6,450,000.00          4,311,059.48          4,311,059.48      CT:      1
                  OPEN:            6,450,000.00          4,311,059.48          4,311,059.48      CT:      1
```

```
            CLOSED:                .00                .00                .00      CT:     0


***********************************************
*********** Inquiry Results Complete ***********
***********************************************
You may now make another selection from the Menu
```

Back

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support). Privacy Policy (https://www.hhs.gov/web/policies-and-standards/hhs-web-policies/privacy/index.html)

Posted Date Range

# Exhibit M-2

# Securing the Cities (STC) Program Management Review

Boston

FY26 Program Management Review

29 May 2026

Tony Rizzo (Program Manager)

# Agenda

Program Management Office

Partner Status

Phase Status

Steady-State & Enhanced Steady State Operations

Special Events

Expansion

Training

Equipment

Maritime & Aerial Capability

Exercise Forecast

Challenges & Risks

PMR Workbook – Training, Equipment, & Financial Forecasts

# Program Management Office

- Captain Tim Connolly, Commander Boston Police Homeland Security Unit
- Tony Rizzo, Program Manager

# Partner Status

- Primary Partners
  - Boston Police Department (Lead Agency)
  - Boston Fire Department
  - Boston Emergency Medical Services
  - Boston Office of Emergency Management
  - Cambridge Fire Department
  - *Massachusetts Department of Fire Services
  - Massachusetts Environmental Police
  - Massachusetts Port Authority Police Department
  - Quincy Police and Fire Department
  - Massachusetts State Police

- Secondary Partners
  - New Bedford Police and Fire Departments (highest value commercial fishing port in the US)
  - Hingham Police Department (direct ferry into Boston)
  - 21 local Fire Departments (Department of Fire Services)



[FOR OFFICIAL USE ONLY]

# Phase Status

- Current Phase:

- Phase I – Engagement
  - Year Complete: 2022

- Phase II – Implementation
  - Estimated Year of Completion: 2022
  - Completed Milestones
    - PMO established (2022)
    - TTX completed (Dec 2022)

- Phase III – Integration
  - Estimated Year of Completion: 2026
  - Completed Milestones
    - All plans completed except for lifecycle sustainment plan, 69% trained, 99% equipment
  - Outstanding Milestones
    - Lifecycle sustainment plan, FSE

# Steady-State & Enhanced Steady-State

- Steady-State Operations
  - Steady state operations represent partners' daily R/N detection operations. All regional partners have personnel who have been issued PRDs and completed, at a minimum, PER-243. Requirements for steady state operations is outlined in our operations plan and SOPs. We also encourage the use of daily operations by utilizing vehicle mounts with rechargeable batteries, which ensures PRDs are consistently being deployed with minimal constraints to end users. Charging stations have also been issued to numerous partners to encourage daily use. This is verified through training, briefings, and requests for additional batteries and LuTests.

- Enhanced Steady-State Operations
  - Partners are engaged in ESS operations approximately 150-180 days per year. Visibility on the operations depends on the partner, it is more challenging for expansion partners. All partners are expected to provide reports of all alarms adjudicated. All alarms have either been background or medical, there have been no real-world triage submissions.



[FOR OFFICIAL USE ONLY]

# Steady-State & Enhanced Steady-State

- Common Operating Picture

  - Mobile Field Kit: BFD, MSP and DFS JHAT teams can provision their packs (Rapiscan/Nucsafe) to MFK when they are integrated with CST during ESS operations. 1st CST S6 provides direct support and training for provisioning.

  - DTECT: BPD and MSP utilizes DTECT during ESS operations supported by MDDP 1. We provision Accurads, R425s, and RSX4s directly to MDDP 1's DTECT.

  - radView: MSP utilizes radView to provide one COP of all mobile detection systems to CST, DFS, and all other partners via web based platform. BFD mobile will be integrated into radView giving aerial and maritime monitoring on one system. MSP has operational need for four RSI packs to deploy with additional Marine Units/ land based JHAT teams.

# Upcoming Special Events

- FIFA World Cup Games/Events
  - 12 - 27 June (Boston Fan Festival); 13 – 29 June, 9 July (Boston/Gillette Stadium)
    - Boston PD/FD covering Fan Fest, MSP DFS covering Gillette. RAP 1, MDDP, CST in support;
- Boston Pops
  - 4 July Boston Pops
    - MSP DFS with support from BPD, BFD
- Sail Boston
  - 11 – 16 July



[FOR OFFICIAL USE ONLY]

# Expansion

- STC Boston paused all expansion efforts IAW STC PMO directive. We do not anticipate resuming expansion efforts if the directive is lifted.

- Rhode Island (RIEMA, Dept of Environmental Management, RI Bomb Squad, RI Nuclear Science Center)
  - Status: MOU executed (March 2025), PRNDOR (September 2025), 3 PER 243 classes (June, July 2025, Feb 2026)
  - Reason for selection: Direct route to City of Boston via I95 (45 minutes); TF Green International Airport; overlap with regional stabilization/render safe team; overlap with principal partners in Sector Southeast New England

- Vermont (Division of Fire Safety)
  - Status: MOU executed (June 2025)
  - Reason for selection: Direct route to City of Boston, overlap with regional stabilization/render safe team; Operation Northeast Kingdom

# Training

- In-Direct Program:
  - We deliver PER 243 with internal trainers approximately once every six weeks. We have enough trainers and currently rely on source support from a third party vendor. STC Boston would benefit from a second screening internal training. We currently have a demand for RIID training, but not enough to justify CTOS direct support.

- Source License
  - Boston Police Department has a license through the state radiation control program and two trained RSOs. Sources will be safely stored at a Boston Police Department Facility. We will be purchasing Cs-137 sources and a safe for storage. Department of Fire Services will be applying for a license next year.

- Challenges
  - No challenges for teams or maritime training. We struggle meeting the minimum requirement for PRNDOR or refresher training.

# Equipment

- PRDs
  - 0
- Backpacks (12 total)
  - 4 RSI packs Massachusetts State Police (incorporate state land and maritime assets into radView);
  - 8 R700s Department of Fire Services for operational needs
- Mobiles (3 total)
  - Land: 0
  - Maritime: 3 RSI units (replace MEP unit, new units for BPD)
  - Aerial: 0
- RIIDs (10 total)
  - 2 RadEaglets BFD for recap
  - 8 R425s Department of Fire Services for operational needs

# Maritime ...

- STC Boston AO has two AMSC Committees – Sector Boston and Sector Southeast New England
  - STC PMO has attended one Sector Southeast New England meeting in the past year
  - Anticipate attending 1 – 2 next year, will incorporate Sector Southeast New England into CTOS Maritime Ops class in October 2026
  - STC PMO is not a member of any AMSC sub-committees or working groups, but some of our partners are
  - We have incorporated Sector Boston personnel into PRD trainings, will continue to engage with CDR Tim Jones for additional training/exercises.
- For devices identified for maritime surveillance, how many deployments did you accomplish for steady-state and enhanced steady-state operations?
  - 0 mobile (pending receipt of RSI)
  - Approximately 90 steady state deployment of R700s in New Bedford Harbor AO – routine marine patrols and every escort in/out of harbor;
- No requirement for underwater RIIDs at this time

# ... and Aerial Capability

- For devices identified for aerial surveillance, how many deployments did you accomplish for steady-state and enhanced steady-state operations?
  - Aerial deployments – 40 total
    - 27 enhanced steady state – Boston Marathon, Boston Pops, Pride, Northeast Kingdom, numerous parades
    - 13 training / steady state
- Please describe your maritime or aerial operations/goals for FY26.
  - Integration of BFD's maritime mobile with MSP's aerial mobile for one COP via radView
  - DOE training with MSP AMS, continue to incorporate AMS into teams and maritime trainings
  - Extend communications range for maritime and aerial units by upgrading from cellular to satellite via Starlink Mini with Roam subscription.
    - Anticipated cost for one year of Starlink = $5,131.44 per RSX4 ($2,500 mount, $231.44 Starlink mini, $9.00 HIEbee for Starlink Mini USB C to DC power cable, $200 monthly subscription 50 GB approved for speeds up to 300 mph)

# Exercise Forecast

- Last STC-Sponsored Exercise:
  - Functional Exercise conducted by STC: 6 October 2024
    - Outstanding Items: none
  - Teams Training Exercise conducted by CTOS: 13 March 2026 (FIFA venue)
    - Outstanding Items: none
  - Maritime Training Exercise conducted by CTOS: 21 May 2026 (Sail Boston venue)
    - Outstanding Items: replace crystal(s) in MSP Marine Mobile Unit, integrate BFD Harbor Mobile into radView

- Next STC-Sponsored Exercise:
  - Functional or Full Scale sponsored by STC: TBD
  - Maritime Training Exercise conducted by CTOS: October 2026 (New Bedford)



[FOR OFFICIAL USE ONLY]

# Challenges & Risks

- Updated terms and conditions for continuation of funding;
- Leadership retirement within Boston Police Department HazMat Unit, Department of Fire Services;
- FLIR R700 backpacks
  - Way forward: continuing to return packs to FLIR incrementally

Homeland Security

# Entrance Criteria for Phase Transitions

| | Phase I Engagement (~1 year) | Phase II Implementation (~2-3 years) | Phase III Integration (~1 year) | Phase IV Sustainment |
|---|---|---|---|---|
| | Entrance Criteria for Phase (Ph) I | Entrance Criteria from Ph 1 to Ph II | Entrance Criteria from Ph II to Ph III | Entrance Criteria from Ph III to Ph IV |
| Requirements that need to be accomplished to enter the next phase | • **DHS Secretary's approval letter or memo for a new HRUA to join the STC Program**<br>• **New HRUA submits application in response to NOFO** | • **Establish STC PMO**<br>• **Establish Regional Governance Structure**<br>  • Executive Committee with signed Charter*<br>  • Regional Organizational Chart*<br>• **Finalize Regional Strategic Plan*** | • **Conduct TTX* with AAR completion**<br>• **Finalize Documents with Signatures***<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **68% Equipment Procured**<br>• **68% Trained** | • **Conduct FSE* with AAR completion**<br>• **Complete review and update documents**<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **90% Equipment Procured**<br>• **90% Trained** |
| | | **Short term (1-2 years)**** | **Medium term (3-4 years)**** | **Long term (4-6 years)**** |

# STC Implementation Phases

- Phase 0 (Planning and Analysis): Phase 0 is an ongoing programmatic process for each implementation cycle, where the annual Notice of Funding Opportunity (NOFO) is built for entering into a cooperative agreement with each HRUA or STC region. Initial engagement with federal partners, such as FBI and DOE's NNSA occurs as well as initial contact with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, which are foundational documents required to successfully implement a sustainable R/N detection capability, reports, and associated timelines. The reports are operationally focused and directly tied to program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis.

- Phase I (Engagement): Phase I begins with the award of a cooperative agreement with a STC region. The application submitted by the region identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to refine requirements and build local program structure. Phase I is expected to take up to 1 year.

- Phase II (Implementation): Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC). Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a Tabletop Exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. Phase II is expected to take 3 years.

- Phase III (Integration): During Phase III, CWMD expects a region to achieve Full Operational Capability (FOC) and successfully demonstrate its ability to integrate into a national detection framework as defined in National Security Presidential Memorandum-36 and the Domestic Detection Concept of Operations. A region must successfully complete a Full-Scale Exercise (FSE) and be in compliance with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- Phase IV (Sustainment): The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years and review regional documents regularly -- incorporating updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO who can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.

# Exhibit M-3

| Equipment Type | Preferred Manufacturer | Preferred Model | Average Cost |
|---|---|---|---|
| PRDs | ThermoFisher | STC sPRD | $950 |
| SPRDs | n/a | n/a | $0 |
| RIIDs | FLIR | R425 | $15,499 |
| Backpacks | FLIR | R700 | $48,175 |
| Mobiles (Land) | n/a | n/a | $0 |
| Mobiles (Maritime) | RSI | RSX1, RSN2S | $234,878 |
| Mobiles (Aerial) | RSI | RSX4 | $203,000 |
| CF-33s/Tablets | Panasonic | CF33 | $4,162 |

Yellow cells require input.

This section forecasts initial equipment procurement. This is procurement that goes toward meeting the originally established end state quantity. Thi

| Initial Procurement | | | | | | Initial E | |
|---|---|---|---|---|---|---|---|
| Equipment Type | Current Total | End State Qty | End State (%) | End State Year | | 2026 | 2027 |
| PRDs | 1200 | 1200 | 100% | 2026 | | 0 | 0 |
| SPRDs | 0 | 0 | 0 | | | 0 | 0 |
| RIIDs | 39 | 39 | 100% | 2025 | | 0 | 0 |
| Backpacks | 44 | 44 | 100% | 2026 | | 0 | 0 |
| Mobiles (Land) | 0 | 0 | 0 | | | 0 | 0 |
| Mobiles (Maritime) | 3 | 3 | 100% | 2026 | | 0 | 0 |
| Mobiles (Aerial) | 2 | 2 | 100% | 2026 | | 0 | 0 |
| CF-33s/Tablets | 16 | 16 | 100% | 2025 | | 0 | 0 |

***Information for recap is pulled from the Equip Recap Calculator worksheet (yellow tab).**

This section forecasts recap equipment procurement.

| Recapitalization | | Recap E | |
|---|---|---|---|
| Equipment Type | Overdue | 2026 | 2027 |
| PRDs | 0 | 0 | 0 |
| SPRDs | 0 | 0 | 0 |
| RIIDs | 0 | 0 | 0 |
| Backpacks | 0 | 0 | 0 |
| Mobiles (Land) | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| Mobiles (Maritime) | 0 | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 | 0 |
| CF-33s/Tablets | 0 | 0 | 0 |

***Agency information for Expansion is pulled from the Training tab.**

This section forecasts primary screening equipment for expansion partners. Agency names, locations, year issuing begins, and year issuing complete

| Expansion | | | | | | Expansio | |
|---|---|---|---|---|---|---|---|
| **Agency** | **Agency Location (City, ST)** | **Year Issuing Begins** | **Year Issuing Complete** | **Equipment** | **End State Qty** | **2026** | **2027** |
| Rhode Island DEM | Providence, Rhode Island | 2025 | 2028 | PRD | 50 | 20 | 20 |
| | | | | Backpack | 4 | 1 | 1 |
| | | | | Mobile - Land | 0 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| | | | | RIID | 6 | 2 | 2 |
| Vermont DFS | Waterbury, Vermont | 2025 | 2028 | PRD | 55 | 14 | 14 |
| | | | | Backpack | 6 | 2 | 2 |
| | | | | Mobile - Land | 0 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| | | | | RIID | 6 | 2 | 2 |
| Massachusetts DFS | Stowe, Massachusetts | 2025 | 2028 | PRD | 225 | 56 | 56 |
| | | | | Backpack | 8 | 2 | 2 |
| | | | | Mobile - Land | 0 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| | | | | RIID | 8 | 2 | 2 |
| Agency Name 4 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | RIID | | 0 | 0 |
| Agency Name 5 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 6 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 7 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 8 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 9 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| | | | | PRD | | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agency Name 10 | 0 | 0 | 0 | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 11 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 12 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 13 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 14 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |
| | | | | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |
| Agency Name 15 | 0 | 0 | 0 | PRD | | 0 | 0 |
| | | | | Backpack | | 0 | 0 |
| | | | | Mobile - Land | | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agency Name 15 | 0 | 0 | 0 | Mobile - Maritime | | 0 | 0 |
| | | | | Mobile - Aerial | | 0 | 0 |
| | | | | RIID | | 0 | 0 |

This table requires no input and is a summation of all tables.

| Equipment Type | FY26 | FY27 |
|---|---|---|
| PRDs | 90 | 90 |
| SPRDs | 5 | 0 |
| RIIDs | 5 | 5 |
| Backpacks | 5 | 5 |
| Mobiles (Land) | 0 | 0 |
| Mobiles (Maritime) | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 |
| CF-33s/Tablets | 0 | 0 |

s does not include expansion. If the End State Quantity is 0, leave the End State Year blank.

| :quipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Initial Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2028 | 2029 | 2030 | 2031 | 2032 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Recap Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2028 | 2029 | 2030 | 2031 | 2032 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
| 0 | 0 | 0 | 50 | 307 | $0 | $0 | $0 | $0 | $0 | $47,500 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 12 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

e will populate from the Expansion Training Table on the Training worksheet.

| n Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Expansion Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2028** | **2029** | **2030** | **2031** | **2032** | **2026** | **2027** | **2028** | **2029** | **2030** | **2031** |
| 10 | 0 | 0 | 0 | 0 | $19,000 | $19,000 | $9,500 | $0 | $0 | $0 |
| 1 | 0 | 0 | 0 | 0 | $48,175 | $48,175 | $48,175 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | 0 | 0 | 0 | 0 | $23,249 | $23,249 | $23,249 | $0 | $0 | $0 |
| 14 | 0 | 0 | 0 | 0 | $13,063 | $13,063 | $13,063 | $0 | $0 | $0 |
| 2 | 0 | 0 | 0 | 0 | $72,263 | $72,263 | $72,263 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | 0 | 0 | 0 | 0 | $23,249 | $23,249 | $23,249 | $0 | $0 | $0 |
| 56 | 0 | 0 | 0 | 0 | $53,438 | $53,438 | $53,438 | $0 | $0 | $0 |
| 2 | 0 | 0 | 0 | 0 | $96,350 | $96,350 | $96,350 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | 0 | 0 | 0 | 0 | $30,998 | $30,998 | $30,998 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Total Quantities | | | | | Total Cost | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FY28** | **FY29** | **FY30** | **FY31** | **FY32** | **FY26** | **FY27** | **FY28** | **FY29** | **FY30** | **FY31** |
| 80 | 0 | 0 | 50 | 307 | $85,500 | $85,500 | $76,000 | $0 | $0 | $47,500 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5 | 0 | 0 | 0 | 12 | $77,495 | $77,495 | $77,495 | $0 | $0 | $0 |
| 5 | 0 | 0 | 0 | 0 | $216,788 | $216,788 | $216,788 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | **Total Equipment Cost** | | **$379,783** | **$379,783** | **$370,283** | **$0** | **$0** | **$47,500** |

| |
|---|
| 2032 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| FY32 |
| $291,650 |
| $0 |
| $185,988 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |

| 2032 |
|---|
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |

| |
|---|
| **FY32** |
| $291,650 |
| $0 |
| $185,988 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| **$477,638** |

# Exhibit M-4

| Carryover Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $250,000.00 |
| **Fringe Benefits** | $26,000.00 |
| **Travel** | $25,000.00 |
| **Equipment** | $100,000.00 |
| **Supplies** | $50,000.00 |
| **Contractual** | $300,000.00 |
| **Other Direct Costs** | $1,100,000.00 |
| **Indirect Costs** | $0.00 |
| **Total** | $1,851,000.00 |

Notes: carryover request is based on anticipated remaining funds 15 June 2026. As of 27 May, there is $2,254,368.48 remaining in unobligated funds. Boston will submit a drawdown for approximately $410,000 ($403,316 in FIFA equipment) within the next two weeks. $100,000 for equipment is to replace old, inoperable equipment (need to replace at least one NaI crystal on an RSI detector).

| FY26 Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $0.00 |
| **Fringe Benefits** | $0.00 |
| **Travel** | $0.00 |
| **Equipment** | $500,000.00 |
| **Supplies** | $0.00 |
| **Contractual** | $0.00 |
| **Other Direct Costs** | $0.00 |
| **Indirect Costs** | $0.00 |
| **Total** | $500,000.00 |

Notes:

# Exhibit N-1

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

THURSDAY, AUG 6, 2026

MENU

Payment Management System

(/pms/app/main) (/pms/app/logout)

Benjamin Showers
(OPO1BS250711)

```
INQUIRY: Document Data w/ FCO Segments w/ Appr ID Extended    DATE: 08/06/2026  TIME: 10:48:09 AM

*** SEARCH PARAMETERS **********************************
      GRANT AWARD: 20CWDSTC00009
  POSTED EXT DATE: All thru 08/06/2026
     REQUEST DATE: All thru 08/06/2026
        PAID DATE: All thru 08/06/2026
*********************************************************
------------------------------------------------------
*ACCT** *PIN* ****EIN***** *****UEI***** ********Organization Name********
E7333P1 E7333 1846000580C8 JPKVFSLKLVJ5   OFFICE OF EMERGENCY MGMT.
HHS-REG: 08 STATE: CO PMT: ACH STOP: N MAN-REV: N 272: File GROUP: F93B USER: Vivian Hughes

AGY* *******GRANT********                          ****DOC AUTHORIZED***** ****DOC DISBURSED***** *****DOC CHG-ADV****** *RPT DISB* RS DS ***UEI NUM***
                                                   ****DOC CANCEL AUTH**** ****DOC CANCEL DISB*** *****DOC CANCEL CHG***
     ********EIN*********                          ****DOC FUTURE AUTH**** ****DOC SNAP DISB***** *****DOC SNAP CHRG****            RI CT
     ********FCO********* *********APPR ID********* ****FCO AUTHORIZED***** ****FCO DISBURSED***** *****FCO CHG-ADV****** *SUB ACCT*          FS >90
     ***BEG*** ***END**** *******STD COMP TAS****** ****FCO FUTURE AUTH**** ****FCO SNAP DISB***** *****FCO SNAP CHRG****
B    20CWDSTC00009                                            8,362,500.00           6,560,374.18           6,560,374.18 03/31/2024  A  O
                                                              2,000,000.00           2,000,000.00           2,000,000.00
     1846000580C8                                                      .00           6,560,374.18           6,560,374.18             N  6
   2018-BPRO806-4100      70  8/00411                         2,000,000.00           2,000,000.00           2,000,000.00 20CWDSTC00009        O  N
    03/04/20 10/30/29     07020182020 0411000                          .00           2,000,000.00           2,000,000.00
   2019-BPRO919-4100      70  9/10411                         2,500,000.00           2,500,000.00           2,500,000.00 20CWDSTC00009        O  N
    03/04/20 10/30/29     07020192021 0411000                          .00           2,500,000.00           2,500,000.00
   2021-BPRO103-4100      70  1/30411                         1,200,000.00           1,200,000.00           1,200,000.00 20CWDSTC00009        O  N
    03/09/21 06/30/22     07020212023 0411000                          .00           1,200,000.00           1,200,000.00
   2022-BPRO205-4100      70  2/40411                           950,000.00             860,374.18             860,374.18 20CWDSTC00009        O  N
    07/01/22 10/30/29     07020222024 0411000                          .00             860,374.18             860,374.18
   2023-BPRO305-4100      70  3/50411                           712,500.00                    .00                    .00 20CWDSTC00009        O  N
    03/04/20 10/30/29     07020232025 0411000                          .00                    .00                    .00
   2024-BPRO403-4100      70  4/60411                         1,000,000.00                    .00                    .00 20CWDSTC00009        O  N
    07/01/24 10/30/29     07020242026 0411000                          .00                    .00                    .00

---------------------------------------------------------------------------------------
INQUIRY: AUTHTC-E (Authorization Transactions Extended)
---------------------------------------------------------------------------------------
DOC:20CWDSTC00009         OP DIV:B   AUTH TC's Follow --
T/C RM ************FCO************ ****INC-AUTH***** POST DT  TIME  START DT END DT   ISSUE DT *****EIN**** REF *USER** R ***UEI NUM*** P *SUFFIX
050 13 2024-BPRO403-4100               1,000,000.00 07/16/24 08:35 07/01/24 10/30/29 07/16/24 1846000580C8 BPR OPO1DIAON
050 13 2023-BPRO305-4100                 712,500.00 06/22/23 08:04 03/04/20 10/30/29 06/21/23 1846000580C8 BPR OPO1DIAON
050 13 2022-BPRO205-4100                 950,000.00 02/13/23 07:56 07/01/22 10/30/29 02/13/23 1846000580C8 BPR OPO1DIAON
050 13 2021-BPRO103-4100               1,200,000.00 09/28/21 16:03 03/09/21 06/30/22 09/28/21 1846000580C8 BPR OPO1DIAON
050 13 2019-BPRO919-4100               2,500,000.00 02/13/23 07:53 03/04/20 10/30/29 02/10/23 1846000580C8 BPR OPO1DIAON
050 15 2018-BPRO806-4100               1,572,203.00 02/09/23 13:06 03/04/20 10/30/29 02/09/23 1846000580C8 BPR OPO1DIAON
050 13 2018-BPRO806-4100                 427,797.00 05/08/20 08:10 03/04/20 10/30/29 05/01/20 1846000580C8 BPR OPO1SP  N JPKVFSLKLVJ5
                          NET TC:      8,362,500.00
------------------------------------------------------
Hits:  7


---------------------------------------------------------------------------------------
INQUIRY: DBT (Disbursement Transactions)
---------------------------------------------------------------------------------------
DOC: 20CWDSTC00009         AGY: FFEPBPR             DISB TC's Follow --
T/C ***ROD**** ******INC-AMT***** ******CUM-AMT***** POST DATE* *FY* *******CAN******* *OC* ****ICN*****
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 084 | 06/11/2026 | 18,321.61 | 6,560,374.18 | 06/11/2026 | 2022 | BPRO205 4100 |
| 084 | 05/23/2026 | 46,806.45 | 6,542,052.57 | 05/23/2026 | 2022 | BPRO205 4100 |
| 084 | 02/11/2026 | 27,009.60 | 6,495,246.12 | 02/11/2026 | 2022 | BPRO205 4100 |
| 084 | 09/16/2025 | 2,350.43 | 6,468,236.52 | 09/16/2025 | 2022 | BPRO205 4100 |
| 084 | 08/15/2025 | 13,097.21 | 6,465,886.09 | 08/15/2025 | 2022 | BPRO205 4100 |
| 084 | 07/01/2025 | 432,701.41 | 6,452,788.88 | 07/01/2025 | 2022 | BPRO205 4100 |
| 084 | 06/24/2025 | 144,606.10 | 6,020,087.47 | 06/24/2025 | 2022 | BPRO205 4100 |
| 084 | 06/16/2025 | 32,921.01 | 5,875,481.37 | 06/16/2025 | 2022 | BPRO205 4100 |
| 084 | 02/06/2025 | 142,560.36 | 5,842,560.36 | 02/06/2025 | 2022 | BPRO205 4100 |
| 084 | 02/06/2025 | 144,081.00 | 5,700,000.00 | 02/06/2025 | 2021 | BPRO103 4100 |
| 084 | 11/21/2024 | 399,000.00 | 5,555,919.00 | 11/21/2024 | 2021 | BPRO103 4100 |
| 084 | 10/25/2024 | 79,484.14 | 5,156,919.00 | 10/25/2024 | 2021 | BPRO103 4100 |
| 084 | 07/22/2024 | 221,282.61 | 5,077,434.86 | 07/22/2024 | 2021 | BPRO103 4100 |
| 084 | 06/16/2024 | -28,768.50 | 4,856,152.25 | 06/16/2024 | 2021 | BPRO103 4100 |
| 084 | 03/31/2024 | 81,313.86 | 4,884,920.75 | 04/19/2024 | 2021 | BPRO103 4100 |
| 084 | 12/31/2023 | 303,606.89 | 4,803,606.89 | 01/19/2024 | 2021 | BPRO103 4100 |
| 084 | 12/31/2023 | 245,408.35 | 4,500,000.00 | 01/19/2024 | 2019 | BPRO919 4100 |
| 084 | 09/30/2023 | 133,114.33 | 4,254,591.65 | 10/31/2023 | 2019 | BPRO919 4100 |
| 084 | 06/30/2023 | 337,682.34 | 4,121,477.32 | 08/03/2023 | 2019 | BPRO919 4100 |
| 084 | 03/31/2023 | 1,783,794.98 | 3,783,794.98 | 06/05/2023 | 2019 | BPRO919 4100 |
| 084 | 03/31/2023 | 372,203.00 | 2,000,000.00 | 06/05/2023 | 2018 | BPRO806 4100 |
| 084 | 12/31/2022 | 1,627,797.00 | 1,627,797.00 | 02/17/2023 | 2018 | BPRO806 4100 |

------------------------------------------------------

Hits: 22

------------------------------------------------------------------------------------

INQUIRY: CHG-ADV (Charging Transactions)

------------------------------------------------------------------------------------

CHARGING TCs Follow --

| T/C | ******INC-AMT****** | POST DATE* | *FY* | *******CAN******* | *OC* |
|---|---|---|---|---|---|
| 062 | 18,321.61 | 06/11/2026 | 2022 | BPRO205 | 4100 |
| 062 | 46,806.45 | 05/23/2026 | 2022 | BPRO205 | 4100 |
| 062 | 27,009.60 | 02/11/2026 | 2022 | BPRO205 | 4100 |
| 062 | 2,350.43 | 09/16/2025 | 2022 | BPRO205 | 4100 |
| 062 | 13,097.21 | 08/15/2025 | 2022 | BPRO205 | 4100 |
| 062 | 432,701.41 | 07/01/2025 | 2022 | BPRO205 | 4100 |
| 062 | 144,606.10 | 06/24/2025 | 2022 | BPRO205 | 4100 |
| 062 | 32,921.01 | 06/16/2025 | 2022 | BPRO205 | 4100 |
| 062 | 144,081.00 | 02/06/2025 | 2021 | BPRO103 | 4100 |
| 062 | 142,560.36 | 02/06/2025 | 2022 | BPRO205 | 4100 |
| 062 | 399,000.00 | 11/21/2024 | 2021 | BPRO103 | 4100 |
| 062 | 79,484.14 | 10/25/2024 | 2021 | BPRO103 | 4100 |
| 062 | 221,282.61 | 07/22/2024 | 2021 | BPRO103 | 4100 |
| 062 | 87,447.91 | 04/04/2024 | 2021 | BPRO103 | 4100 |
| 062 | 307,356.51 | 02/01/2024 | 2019 | BPRO919 | 4100 |
| 062 | 268,704.34 | 02/01/2024 | 2021 | BPRO103 | 4100 |
| 062 | 6,809.33 | 11/10/2023 | 2019 | BPRO919 | 4100 |
| 062 | 1,019,566.65 | 09/08/2023 | 2019 | BPRO919 | 4100 |
| 062 | 370,120.29 | 06/22/2023 | 2019 | BPRO919 | 4100 |
| 062 | 796,147.22 | 04/25/2023 | 2019 | BPRO919 | 4100 |
| 062 | 1,626,281.68 | 04/25/2023 | 2018 | BPRO806 | 4100 |
| 062 | 373,718.32 | 02/27/2023 | 2018 | BPRO806 | 4100 |

```
NET TC:        6,560,374.18
------------------------------------------------------
Hits: 22

Note : Charging TCs have been created in the new system only . If there were charging transaction
 in the old/legacy system (pre July 2000), then the Charging TCs may not equal to the total CHG-ADV on the grant document

------------------------------------------------------

REPORT TOTAL               ****DOC AUTHORIZED**** *****DOC DISBURSED**** *****DOC CHG-ADV******
                           ****DOC CANCEL AUTH*** *****DOC CANCEL DISB** *****DOC CANCEL CHG***
                           ****DOC FUTURE AUTH*** *****DOC SNAP DISB**** *****DOC SNAP CHRG****
                           ****FCO AUTHORIZED**** *****FCO DISBURSED**** *****FCO CHG-ADV******
                           ****FCO FUTURE AUTH*** *****FCO SNAP DISB**** *****FCO SNAP CHRG****
                 TOTAL:              8,362,500.00          6,560,374.18          6,560,374.18
                                     2,000,000.00          2,000,000.00          2,000,000.00
                                              .00          6,560,374.18          6,560,374.18
                                     8,362,500.00          6,560,374.18          6,560,374.18
                                              .00          6,560,374.18          6,560,374.18    HITS:      1

         OPEN & CLOSED:              8,362,500.00          6,560,374.18          6,560,374.18      CT:      1
                  OPEN:              8,362,500.00          6,560,374.18          6,560,374.18      CT:      1
                CLOSED:                       .00                   .00                   .00      CT:      0


************************************************
*********** Inquiry Results Complete ***********
************************************************
You may now make another selection from the Menu
```

Back

For more information or assistance please contact us at 1-877-614-5533 or PMSSupport@psc.hhs.gov (mailto:PMSSupport@psc.hhs.gov?subject=PMS Support). Privacy Policy (https://www.hhs.gov/web/policies-and-standards/hhs-web-policies/privacy/index.html)

Enter the Fiscal Yr Range

# Exhibit N-2

# Securing the Cities (STC) Program Management Review

Denver STC

2026 Program Management Review

May 28, 2026

Kayla Ibarra & Caroline Buhse

# Agenda

Program Management Office

Partner Status

Phase Status

Steady-State & Enhanced Steady State Operations

Special Events

Expansion

Training

Equipment

Maritime & Aerial Capability

Exercise Forecast

Challenges & Risks

PMR Workbook – Training, Equipment, & Financial Forecasts



[FOR OFFICIAL USE ONLY]

# Program Management Office

- PMO Personnel
  - Kayla Ibarra, Program Manager
  - Vacant, Deputy Program Manager

- Personnel Updates
  - Did not have a permanent PM for ~ 1 year
    - Hired a permanent PM this week.
  - Now our Deputy PM position remains vacant.
    - Once we receive our NOA, we will consider hiring for this position.



[FOR OFFICIAL USE ONLY]

# Partner Status

- Denver Partners
  - Denver Police Department (DPD)
  - Denver Fire Department (DFD)
  - Denver Department of Public Health & Environment (DDPHE)
  - Colorado State Patrol (CSP)
  - Denver Health and Paramedic Division (DHPD)
  - Denver Office of Emergency Management (OEM)

- Partners Involved in the Program
  - No changes

- Most Active Partner
  - DPD

# Phase Status

- Current Phase
  - Phase II – Implementation
- Phase I – Engagement
  - Year Complete: November 2024
- Phase II – Implementation
  - Estimated Year of Completion: 2026
  - Completed Milestones
    - Finalizing various regional plans
    - Procuring and distributing equipment
    - Discussions began regarding expansion
  - Outstanding Milestones
    - Life Cycle Sustainment Plan & IPP
- Phase III – Integration
  - Estimated Year of Completion: 2027



[FOR OFFICIAL USE ONLY]

# Steady-State Operations

- Steady-State Operations
  - How do you determine if there are steady-state operations?
    - Business as usual.
    - No major local events or unplanned incident response needs taking place.
    - No additional planning, coordination, or resources needed.
  - Are they being conducted?
    - Yes, conducted daily by all 5 partners.
    - Daily use of assigned equipment:
      - PRDs
      - SPRDs
      - Vehicle Mobile Units
      - RIIDs, CF33s, and backpacks (as needed)



[FOR OFFICIAL USE ONLY]

# Enhanced Steady-State Operations

- Enhanced Steady-State Operations
  - When are they being conducted?
    - When additional plans, coordination, and resources are needed for specific events such as:
      - Parades
      - Sporting events (NBA, NHL, NFL, MLB)
      - Protests
      - Select events at the Convention Center
      - Dignitary visits
    - Operations are typically planned on a quarterly basis, primarily by DPD.
  - Do you have visibility into them?
    - The PMO has visibility into enhanced steady-state operations.
      - Discussed during Monthly Operational Committee meetings.
      - On occasion, PMO staff attend events.
- Common Operating Picture
  - We do not have a COP Software.
  - At this time, we are unsure if we will purchase one.

# Upcoming Special Events

- Special Events
  - No special events upcoming within the next year.



[FOR OFFICIAL USE ONLY]

# Expansion

- Rationale for Expansion
  - All Expansion Partners
    - Focused on partner jurisdictions outside the Denver metro area to expand the rad/nuc detection capability.
    - Partners with sufficiently sized law enforcement and fire agencies able to effectively use equipment and sustain long-term maintenance, training, and exercise requirements.
    - Provide strategic coverage along major transportation corridors.
    - Strategic proximity to critical infrastructure and/or high-risk special events.



[FOR OFFICIAL USE ONLY]

# Expansion

- Expansion Partners Engaged
  - Colorado Springs
    - Engaged prior to the pause; MOU not signed.
    - Status: Informed expansion is on hold indefinitely.
    - Reason for selection:
      - 2nd largest city in Colorado; 2nd largest MSA.
      - Sufficiently sized law enforcement and fire departments.
      - Located in the south-central part of Colorado along the I-25 corridor south of the Denver metro.
      - Significant military, defense industrial base, medical, research institutions, academic, and economic infrastructure.
      - Major special events

# Expansion Cont.

- Expansion Partners Engaged
  - Fort Collins
    - Engaged prior to the pause; MOU not signed.
    - Status: Informed expansion is on hold indefinitely.
    - Reason for selection:
      - 4th largest city in Colorado; 3rd largest MSA.
      - Sufficiently sized law enforcement and fire departments.
      - Located in north-central Colorado along the I-25 corridor north of the Denver metro
      - Significant agricultural, medical, research institutions, academic, and economic infrastructure.
      - Major special events

# Expansion Cont.

- Expansion Partners Engaged
  - Boulder
    - Engaged prior to the pause; MOU not signed.
    - Status: Informed expansion is on hold indefinitely.
    - Reason for selection:
      - 12th largest city in Colorado; 5th largest MSA.
      - Sufficiently sized law enforcement and fire departments.
      - Located northwest of the Denver metro area and situated along the U.S. 36 corridor.
      - Significant government, medical, military, research institutions, academic, and economic infrastructure.
      - Major special events



[FOR OFFICIAL USE ONLY]

# Training

- In-Direct Program
  - Sufficient number of PER-243 trainers at this time.
    - DPD and DHPD requested 4 new trainers.
    - Not pursuing new trainers due to inability to meet CTOS class minimums.
  - Current cadre instructs 100% of PER-243 classes in Denver.
  - Interested in getting secondary screening trainers.

- Source License
  - Our DDPHE partner acquired a license in 2025, on behalf of Denver STC.
    - 15 sources were purchased from Eckert and Ziegler.
    - Sources stored in an outdoor storage unit at the District 3 Denver Police Department.



[FOR OFFICIAL USE ONLY]

# Training

- Challenges
  - CTOS class minimums are high and not flexible, making scheduling difficult
    - One Secondary Screener Course and one Team Ops Course canceled in 2025.
  - Ongoing uncertainty around OT/backfill reimbursement for partner agencies
    - Some agencies are unwilling to schedule training without reimbursement assurance.
      - Ki advised that we should send each request and receive approval to ensure we will receive reimbursement.
    - Significant ongoing need remains for primary/secondary screener training.



[FOR OFFICIAL USE ONLY]

# Equipment

- PRDs
  - Current: 1531 PRDS to equip principal partners.
  - Requests: 0 additional PRDs, at this time.
- Backpacks
  - Current: 18 backpacks to equip principal partners.
  - Requests: 0 additional backpacks, at this time.
- Mobiles
  - Current: 3 mobile units and 1 aerial unit (needs to be reconfigured)
  - Requests:
    - Land: 3 units for operational needs.
      - If aerial unit is not reconfigured we will need 4.
- RIIDs
  - Current: 33 RIIDs to equip principal partners.
  - Requests: 0 additional RIIDs, at this time.

# Equipment

- Challenges
  - Pause in purchasing new equipment.
    - Impacted ability to purchase mobile units and any other needed equipment.
  - Delayed deployment of one mobile unit.
    - Due to an imbalance issue, we need to reconfigure the aerial unit into a vehicle mobile unit.
    - Awaiting federal approval to convert the aerial mobile unit.
    - High-value asset has remained in storage for nearly 1 year.
  - RIID Service Agreement Extension
    - RIID agreement expired for all 33 RIIDs.
    - Requested approval to extend agreement for 3 years. Awaiting federal approval.
  - Performance metric: 75% of equipment in the region has been issued beyond the regional warehouse.
    - Need confirmation whether the ~500 expansion PRDs in storage count toward this metric.

# Maritime and Aerial Capability

- Does your region have an Area Maritime Security Committee (AMSC)?
  - No, our region does not have an AMSC.

- Aerial Unit
  - Our aerial unit has been in storage since April and remains non-operational.
  - Due to the high cost and usage of the unit, we have requested to reconfigure it into a vehicle mobile unit.

# Exercise Forecast

- Last STC-Sponsored Exercise:
  - Annual Drill, held December 2024
  - Outstanding Items: Six corrective actions remain.
    - With program operations resuming and PM hired, we will plan to address.

- Next STC-Sponsored Exercise:
  - 2026 December Drill
    - Concerns about our ability to hold the drill due to the reimbursement uncertainty, ongoing litigation, and recurringgovernment shutdowns.
  - FSE rescheduled for 2027 per federal guidance
    - Need confirmation if this exercise is still planned for 2027.
      - If so, we will need to begin conversations and initial meetings.



[FOR OFFICIAL USE ONLY]

# Challenges & Risks

- Partner Engagement
  - Decline in partner engagement due to the program pause and ongoing uncertainty.
- Reimbursement
  - Delayed reimbursement and uncertainty about receiving reimbursement
    - Impacts procurement, training, personnel, equipment deployment/repairs, and meeting partner needs.
- Staffing Constraints
  - Reduced internal capacity due to prolonged PM vacancy.
  - Delays in completing required plans.
  - Risk of not meeting annual performance metrics.

# Challenges & Risks Cont.

- Annual Exercise & Refresher Training Metrics
  - 10% of primary screeners participate in ops-based exercise annually.
  - 50% of secondary screeners participate in ops-based exercise annually.
  - 10% of primary screeners participate in refresher training annually.
  - 50% of secondary screeners participate in refresher training annually

- Current Challenges
  - Need clarification on whether the annual drill counts toward both exercise and refresher training metrics.
  - Unclear if quarterly Secondary Screener RIID triage submissions count toward refresher training.
    - If the above activities do not count, partners may lack bandwidth for participating in multiple trainings, which may prevent us from meeting the above metrics.
  - If we are unable to hold the annual drill, this may prevent us from meeting the above metrics.



[FOR OFFICIAL USE ONLY]

# Challenges & Risks Cont.

- Expansion Pause
  - Loss of momentum and engagement with potential expansion partners.
  - Unable to extend rad/nuc detection capability beyond the Denver metro.
  - ~500 PRDs remain in storage.
    - Reduced warranty coverage at time of deployment, resulting in a potential increase in future repair/maintenance costs.
  - Equipment is still needed for expansion partners. Approval for purchasing will be needed.



[FOR OFFICIAL USE ONLY]

Homeland Security

# Backup

# Entrance Criteria for Phase Transitions

| | Phase I Engagement (~1 year) | Phase II Implementation (~2-3 years) | Phase III Integration (~1 year) | Phase IV Sustainment |
|---|---|---|---|---|
| | Entrance Criteria for Phase (Ph) I | Entrance Criteria from Ph 1 to Ph II | Entrance Criteria from Ph II to Ph III | Entrance Criteria from Ph III to Ph IV |
| Requirements that need to be accomplished to enter the next phase | • **DHS Secretary's approval letter or memo for a new HRUA to join the STC Program**<br>• **New HRUA submits application in response to NOFO** | • **Establish STC PMO**<br>• **Establish Regional Governance Structure**<br>  • Executive Committee with signed Charter*<br>  • Regional Organizational Chart*<br>• **Finalize Regional Strategic Plan*** | • **Conduct TTX* with AAR completion**<br>• **Finalize Documents with Signatures***<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecyle Sustainment Plan<br>• **68% Equipment Procured**<br>• **68% Trained** | • **Conduct FSE* with AAR completion**<br>• **Complete review and update documents**<br>• Regional Implementation Plan<br>• Regional Operations Plan<br>• Integrated Preparedness Plan (IPP)<br>• Information Exchange Plan<br>• Lifecycle Sustainment Plan<br>• **90% Equipment Procured**<br>• **90% Trained** |

**Short term (1-2 years)****

**Medium term (3-4 years)****

**Long term (4-6 years)****

Homeland Security



[FOR OFFICIAL USE ONLY]

# STC Implementation Phases

- Phase 0 (Planning and Analysis): Phase 0 is an ongoing programmatic process for each implementation cycle, where the annual Notice of Funding Opportunity (NOFO) is built for entering into a cooperative agreement with each HRUA or STC region. Initial engagement with federal partners, such as FBI and DOE's NNSA occurs as well as initial contact with potential lead agencies to understand the needs. The NOFO for the STC cooperative agreement lists required deliverables, which are foundational documents required to successfully implement a sustainable R/N detection capability, reports, and associated timelines. The reports are operationally focused and directly tied to program and financial metrics. This aids CWMD in monitoring regional performance measures and expenditures on an ongoing basis.

- Phase I (Engagement): Phase I begins with the award of a cooperative agreement with a STC region. The application submitted by the region identifies the proposed lead agency and provides program details to ensure compliance with the NOFO. DHS evaluates the application and awards a cooperative agreement. After the award, CWMD engages with the lead agency and principal partners to refine requirements and build local program structure. Phase I is expected to take up to 1 year.

- Phase II (Implementation): Phase II efforts focus on meeting immediate regional requirements to establish or enhance Initial Operational Capabilities (IOC). Achieving IOC mainly involves finalizing documents that include various regional plans, equipment procurement and distribution, and conduct of a Tabletop Exercise (TTX). Additionally, the region begins to discuss and explore program expansion with the National PMO. Phase II is expected to take 3 years.

- Phase III (Integration): During Phase III, CWMD expects a region to achieve Full Operational Capability (FOC) and successfully demonstrate its ability to integrate into a national detection framework as defined in National Security Presidential Memorandum-36 and the Domestic Detection Concept of Operations. A region must successfully complete a Full-Scale Exercise (FSE) and be in compliance with all requirements in the cooperative agreement to complete Phase III. A successful implementation of this phase, with concurrence from the National PMO, enables the region to move into the sustainment phase, Phase IV. In coordination with the National PMO, a region also plans, and can begin execution of expansion. Phase III is expected to last one year.

- Phase IV (Sustainment): The region continues to train and exercise its personnel while refreshing R/N detection equipment during this phase. Going forward, to maintain eligibility for federal sustainment funding during the phase, a region must successfully complete an FSE once every five years and review regional documents regularly -- incorporating updates as needed. This requirement is intended to facilitate long-term sustainment of the regional PMO who can maintain the regional detection and reporting capability. Program expansion planning and execution continue in this phase.



[FOR OFFICIAL USE ONLY]

# Exhibit N-3

| Equipment Type | Preferred Manufacturer | Preferred Model | Average Cost |
|---|---|---|---|
| PRDs | Thermo | sPRD | $750 |
| SPRDs | Thermo | Radeye SPRD-ER | $3,726 |
| RIIDs | Berkley Nucleonics | SAM950 | $34,040 |
| Backpacks | Bubble Tech Industries | FlexSpec X5600 | $47,500 |
| Mobiles (Land) | Bubble Tech Industries | FlexSpec X8400 | $199,500 |
| Mobiles (Maritime) | | | |
| Mobiles (Aerial) | Bubble Tech Industries | FlexSpec X8400 | $263,000 |
| CF-33s/Tablets | Panosonic | Toughbook CF-33 | $7,000 |

**Yellow cells require input.**

This section forecasts initial equipment procurement. This is procurement that goes toward meeting the originally established end state quantity. This

| Initial Procurement | | | | | | Initial E | |
|---|---|---|---|---|---|---|---|
| **Equipment Type** | **Current Total** | **End State Qty** | **End State (%)** | **End State Year** | | **2026** | **2027** |
| PRDs | 1521 | 1521 | 100% | 2026 | | 0 | 0 |
| SPRDs | 81 | 81 | 100% | 2026 | | 0 | 0 |
| RIIDs | 33 | 33 | 100% | 2026 | | 0 | 0 |
| Backpacks | 18 | 18 | 100% | 2026 | | 0 | 0 |
| Mobiles (Land) | 3 | 7 | 43% | 2026 | | 4 | 0 |
| Mobiles (Maritime) | 0 | 0 | 100% | | | 0 | 0 |
| Mobiles (Aerial) | 1 | 0 | 0 | | | 0 | 0 |
| CF-33s/Tablets | 25 | 25 | 100% | 2026 | | 0 | 0 |

***Information for recap is pulled from the Equip Recap Calculator worksheet (yellow tab).**

This section forecasts recap equipment procurement.

| Recapitalization | Recap E | |
|---|---|---|
| **Equipment Type** | **2026** | **2027** |
| PRDs | 0 | 0 |
| SPRDs | 0 | 0 |
| RIIDs | 0 | 0 |
| Backpacks | 0 | 0 |
| Mobiles (Land) | 0 | 0 |

| | | |
|---|---|---|
| Mobiles (Maritime) | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 |
| CF-33s/Tablets | 0 | 0 |

***Agency information for Expansion is pulled from the Training tab.**

This section forecasts primary screening equipment for expansion partners. Agency names, locations, year issuing begins, and year issuing complete **due to expansion pause. Further discussions need to be had to solidify numbers. Confirming we will be issuing CF-33s.**

| Expansion | | | | | | Expansio | |
|---|---|---|---|---|---|---|---|
| **Agency** | **Agency Location (City, ST)** | **Year Issuing Begins** | **Year Issuing Complete** | **Equipment** | **End State Qty** | **2026** | **2027** |
| Fort Collins | Fort Collins, CO | 2026 | 2027 | PRD | 200 | 200 | 0 |
| | | | | Backpack | 10 | 5 | 5 |
| | | | | Mobile - Land | 0 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| Colorado Springs | Colorado Springs, CO | 2026 | N/A | PRD | 200 | 200 | 0 |
| | | | | Backpack | 10 | 5 | 5 |
| | | | | Mobile - Land | 0 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |
| Boulder | Boulder, CO | 2026 | 2027 | PRD | 200 | 200 | 0 |
| | | | | Backpack | 10 | 5 | 5 |
| | | | | Mobile - Land | 0 | 0 | 0 |
| | | | | Mobile - Maritime | 0 | 0 | 0 |
| | | | | Mobile - Aerial | 0 | 0 | 0 |

This table requires no input and is a summation of all tables.

| **Equipment Type** | **FY26** | **FY27** |
|---|---|---|
| PRDs | 600 | 0 |
| SPRDs | 0 | 0 |

| | | |
|---|---|---|
| RIIDs | 0 | 0 |
| Backpacks | 15 | 15 |
| Mobiles (Land) | 3 | 0 |
| Mobiles (Maritime) | 0 | 0 |
| Mobiles (Aerial) | 0 | 0 |
| CF-33s/Tablets | 0 | 0 |

does not include expansion. If the End State Quantity is 0, leave the End State Year blank.

| :quipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Initial Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2028 | 2029 | 2030 | 2031 | 2032 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $798,000 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| :quipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Recap Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2028 | 2029 | 2030 | 2031 | 2032 | FY26 | FY27 | FY28 | FY29 | FY30 | FY31 |
| 0 | 0 | 0 | 0 | 1000 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 13 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

will populate from the Expansion Training Table on the Training worksheet.**Note: These are only estimates we have not had discussions regarding these**

| n Equipment Forecast by Qty (FY is 1 Oct - 30 Sep) | | | | | Expansion Equipment Forecast by Cost (FY is 1 Oct - 30 Sep) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2028** | **2029** | **2030** | **2031** | **2032** | **2026** | **2027** | **2028** | **2029** | **2030** | **2031** |
| 0 | 0 | 0 | 0 | 0 | $150,000 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $237,500 | $237,500 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $150,000 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $237,500 | $237,500 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $150,000 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $237,500 | $237,500 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| Total Quantities | | | | | Total Cost | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FY28** | **FY29** | **FY30** | **FY31** | **FY32** | **FY26** | **FY27** | **FY28** | **FY29** | **FY30** | **FY31** |
| 0 | 0 | 0 | 0 | 1000 | $450,000 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 13 | $712,500 | $712,500 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $598,500 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | **Total Equipment Cost** | | **$1,761,000** | **$712,500** | **$0** | **$0** | **$0** | **$0** |

| |
|---|
| **2032** |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| **FY32** |
| $750,000 |
| $0 |
| $0 |
| $617,500 |
| $0 |

| |
|---|
| $0 |
| $0 |
| $0 |

numbers

| |
|---|
| 2032 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |
| $0 |

| |
|---|
| FY32 |
| $750,000 |
| $0 |

| |
|---|
| $0 |
| $617,500 |
| $0 |
| $0 |
| $0 |
| $0 |
| **$1,367,500** |

# Exhibit N-4

| Carryover Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $380,000.00 |
| **Fringe Benefits** | $150,000.00 |
| **Travel** | $20,000.00 |
| **Equipment** | $125,000.00 |
| **Supplies** | $124,000.00 |
| **Contractual** | $326,447.43 |
| **Other Direct Costs** | $676,678.39 |
| **Indirect Costs** | |
| **Total** | $1,802,125.82 |

**Notes:** Carryover funds total pulled from 5.26.26 accounting tracking s ($1802,125,82).

| FY26 Funding Request | |
|---|---|
| **Budget Category** | **Amount** |
| **Salaries & Wages** | $0.00 |
| **Fringe Benefits** | $0.00 |
| **Travel** | $0.00 |
| **Equipment** | $533,500.00 |
| **Expansion - Equipment** | $1,162,500.00 |
| **Supplies** | $0.00 |
| **Contractual** | $0.00 |
| **Expansion - Other Direct Costs** | $100,000.00 |
| **Indirect Costs** | $0.00 |
| **Total** | $1,796,000.00 |

**Notes:** Funding request for expansion (equipment and training), if expa approved by the National STC PMO, and expansion efforts resume.

heet

nsion is

# Exhibit O

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**REQUISITION AND COMMITMENT FOR SERVICES AND SUPPLIES**

DOCUMENT CONTROL NO.
☐ (Location) WX04523Y2026T ☒ (Pro Trac)

See Instructions on Reverse (FAILURE TO COMPLETE OR COORDINATE ALL ITEMS ON THIS FORM MAY RESULT IN PROCESSING DELAYS)

1. PROGRAM OFFICE (Office symbol, building, room no.)
RES, 400, CBRN
70FPRS: RESILIENCE (OTHER)

2. CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (Name and telepone no.)
CLARKSON, KARIN CASTRO (202) 774-4126

3. DATE OF REQUEST
07/29/2026

4. ESTIMATED PERIOD OF PERFORMANCE/DATE REQUIRED
08/13/2026 to 03/13/2027

5. TOTAL ESTIMATED COST
$19,000,000.00

6. DELIVER TO: NAME (Include office symbol, building, room no. - if different than item 1.)

☐ Ship to Personal Property & Management Service Section

7. SUGGESTED SOURCE(S) (Name, address, contact, telephone no.)

☐ Attached

A

8. PROJECT TITLE/DESCRIPTION OF SUPPLIES, EQUIPMENT AND/OR SERVICES (For supplies indicate item/model/stock number, item name, quantity, unit price and amount - Attach an additional sheet, if necessary)

**Short Description:** Personal Radiation Detectors

| **Model:** | **Stock No:** | **Quantity:** | **UOM:** | **Unit Price:** |
|---|---|---|---|---|
| | | 1 | Each | $19,000,000.00 |

**Long Description:**
The Purpose of this purchase order is to order Commercial Off the Shelf Personal Radiation Detectors, and Radioisotope Identification Devices to support STC and MDDP operators. Models, quantities, and prices will be updated.

9. LIST OF ATTACHMENTS
- ☒ Scope/Statement of Work
- ☐ Contract Security Classification Specification *(DD Form 254)*
- ☐ Government Property
- ☐ Proposal Evaluation Criteria
- ☐ Reports and Data Other
- ☒ Independent Government Cost Estimate
- ☐ Recommendation for other than Full and Open Competition
- ☒ *(Specify)* (files)

10. REFERENCES
- ☐ Amendment/Modification To
- ☐ Classified Documents
- ☐ Procurement Planning Sheet (FEMA Form 40-19) Control No. PD
- ☐ Other *(Specify)*

11. JUSTIFICATION/COMMENTS (Attach an additional sheet, if necessary)
GT&C: A2503-070-097-075877

12. REFERENCES

| | |
|---|---|
| *KARIN CLARKSON* | 07/30/2026 |
| Contracting Officer's Technical Representative | Date |
| | |
| Intermediate Approval | Date |
| *CHARLES SPENCE III* | 07/30/2026 |
| Program Head | Date |
| Other Coordination | Date |
| Other Coordination | Date |
| Other Coordination | Date |
| Other Coordination | Date |

13. APPROVALS - ADMINISTRATIVE *(Supplies and Equipment)*

Personal Property & Management Services Section Date

Contact:

14. FUNDING
2026-FA-CW20-W100-XXXX-3160-D
BIN: 2026-FA-CW20-W100-3160-D

Contracting Disposition: ProTrac

Funds in the amount of $ $19,000,000.00
are hereby certified available and reserved
Certifying Officer *CHRISTINE ROBINSON* Date 08/04/2026

15. ASSIGNMENT

| | NAME | TELEPHONE NO. | DATE PR RECEIVED |
|---|---|---|---|
| Contract/Asst. Officer | | | |
| Contract Specialist | | | |
| Contract Number | Notes | | |

# Line Items (this includes first supply item from Block 8)

**1. Short Description:** Personal Radiation Detectors

| Model: | Stock# : | Quantity : | UOM: | Unit Price: |
|---|---|---|---|---|
| | | 1 | Each | $19,000,000.00 |

Long Description :

The Purpose of this purchase order is to order Commercial Off the Shelf Personal Radiation Detectors, and Radioisotope Identification Devices to support STC and MDDP operators. Models, quantities, and prices will be updated.

**Funding :** 2026-FA-CW20-W100-XXXX-3160-D **BIN:** 2026-FA-CW20-W100-3160-D