**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CITY OF CHICAGO, CITY OF BOSTON, CITY AND COUNTY OF DENVER, CITY AND COUNTY OF SAN FRANCISCO, and CITY OF SEATTLE,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

Defendants.

Case No. 1:25-cv-05462

Hon. John J. Tharp, Jr.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully request that the Court extend the remaining summary judgment briefing deadlines by 9 days. Defendants do not oppose this request. In support, Plaintiffs state as follows:

1. The Parties are engaged in summary judgment briefing. Plaintiffs filed their opening motion for summary judgment on June 15, 2026. ECF No. 55. Defendants filed their combined cross-motion for summary-judgment and opposition to Plaintiffs' motion on September 2, 2026. ECF Nos. 64, 64-1.

2. Pursuant to the Court's most recent order, Plaintiffs' combined opposition to Defendants' cross-motion and reply in support of their opening motion is currently due by September 23, 2026. ECF No. 63.

3. Plaintiffs request, and Defendants do not oppose, extending the remaining summary

judgment briefing deadlines by 9 days. This extension request is not meant to delay the case or for any other improper purpose. Given the scope of Defendants' cross-motion and opposition brief and supporting materials, Plaintiffs would benefit from additional time to fully present the issues at stake for the Court's consideration.

4. Plaintiffs previously sought and received two extensions of the full summary judgment briefing schedule before submitting their opening motion. ECF Nos. 36, 52. This is Plaintiffs' first request to extend the deadline for their combined opposition and reply specifically.

5. Plaintiffs therefore request the Court modify the briefing schedule and extend the remaining deadlines by 9 days as follows:

a. By October 2, 2026, Plaintiffs will file a combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment.

b. By October 23, 2026, Defendants will file a reply in support of Defendants' cross-motion for summary judgment.

For these reasons, Plaintiffs request that the Court modify the briefing schedule as set forth above.

Dated: September 18, 2026

Respectfully submitted,

**Mary B. Richardson-Lowry**
Corporation Counsel of the City of Chicago

By: _/s/ Nathan Cummings_
Chelsey Metcalf (IL Bar No. 6447233)
Stephen Kane (IL Bar No. 6272490)
Raphael J. Ginsburg (IL Bar No. 6332724)
John Kauffman (IL Bar No. 6353229)
Nathan Cummings (IL Bar No. 6345560)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602

(312) 744-0458
Chelsey.Metcalf@cityofchicago.org
Stephen.Kane@cityofchicago.org
Raphael.Ginsburg@cityofchicago.org
John.Kauffman@cityofchicago.org
Nathan.Cummings@cityofchicago.org

*Counsel for Plaintiff City of Chicago*

**Michael Firestone**
Corporation Counsel, City of Boston

By: <u>/s/ *Samuel B. Dinning*</u>
Samuel B. Dinning (MA BBO 704304)
Teresa K. Anderson (MA BBO 669985)
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
(617) 635-4034
samuel.dinning@boston.gov
teresa.anderson@pd.boston.gov

*Counsel for Plaintiff City of Boston*

**Michiko (Miko) Ando Brown**
City Attorney, City and County of Denver

By: <u>/s/ *Matthew J. Mulbarger*</u>
Matthew J. Mulbarger (CO Bar No. 51918)
Denver City Attorney's Office
201 W. Colfax Avenue
Denver, CO 80202
(720) 913-8050
matthew.mulbarger@denvergov.org

*Counsel for Plaintiff City and County of Denver*

**David Chiu**
City Attorney

By: <u>/s/ *Nancy E. Harris*</u>
Nancy E. Harris
Sara J. Eisenberg
San Francisco City Attorney's Office
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
(415) 355-3308
Nancy.Harris@sfcityatty.org
Sara.Eisenberg@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

**Erika Evans**
Seattle City Attorney

By: <u>/s/ *Rebecca Widen*</u>
Rebecca Widen
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200
Rebecca.Widen@seattle.gov

*Counsel for Plaintiff City of Seattle*