**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

City of Chicago, et al.

Plaintiff,

v.

Case No.: 1:25−cv−05462
Honorable John J. Tharp Jr.

United States Department of Homeland Security, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 22, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiffs' unopposed motion for an extension of time [67] is granted. The briefing schedule is modified as follows. Plaintiffs must file their reply in support of their motion and their opposition to defendants' cross motion for summary judgment by 10/2/2026; defendants must file a reply in support of their cross motion for summary judgment by 10/23/2026. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.